IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: 1:05cv994 |
| ) | |
| UNITED RENTALS, INC.; ) | |
| SAINT-GOBAIN ABRASIVES, INC., ) | |
| formerly dba Clipper Manufacturing ) | |
| Company, Inc., and dba Norton ) | |
| Construction Products; GAST ) | |
| MANUFACTURING, INC., a Unit of IDEX ) | |
| CORPORATION, and formerly ) | |
| dba GAST MANUFACTURING., ) | |
| MILWAUKEE ELECTRIC TOOL ) | **DEMAND FOR JURY TRIAL** |
| CORPORATION and fictitious ) | |
| defendnats ABC, DEF, GHI, JKL ) | |
| and MNO. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

COMES NOW YOUR PETITIONER, defendant MILWAUKEE ELECTRIC TOOL CORPORATION, and respectfully petitions this Honorable Court pursuant to 28 U.S.C. 1332 and 1441(a) to remove the above styled cause from the Circuit Court of Houston County, Alabama, case number CV-2005-534-A, where the same has been filed, and as grounds therefore shows unto this Court as follows:

1. On or about August 26, 2005, plaintiff filed with the Circuit Court Clerk of Houston County, Alabama a complaint alleging *inter alia,* causes of action against this defendant corporation organized under the laws of Delaware and as a resident of the state of Wisconsin.

2. This is a complaint based on product liability which seeks unspecified damages from the defendants.

3. Petitioners hereby reserve any and all rights to assert defenses to Plaintiff's complaint the insufficiency of service of process or insufficiency of process.

4. The first receipt by this defendant of the summons or complaint, by service or otherwise, occurred within thirty days before the filing of this Removal. Therefore, pursuant to 28 U.S.C. 144(b), this Notice of removal is timely filed.

5. Petitioner has filed no pleadings or papers in this action in the Circuit Court of Houston County, Alabama, and the time in which this defendant is required by state law or rules of court to answer or plead to the complaint has not expired.

6. Plaintiff is a resident of the state of Alabama.

7. Defendants are residents of states other than Alabama and are, in fact, residents of foreign states.

8. Defendants Saint-Gobain Abrasives, Inc. and United Rentals, Inc. have been served and each are contemporaneously filing a Joinder of Removal. Defendant Gast Manufacturing, Inc. a unit of IDEX Corporation has no been served with process.

9. For that it affirmatively appears from plaintiff's complaint that the amount in controversy is in excess of $75,000.00 exclusive of interests and costs of court.

10. As set forth above, diversity of citizenship exists between the parties in this case and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, pursuant to 28 U.S.C. 1332 and 1446, this case is removable to this Court.

11. Pursuant to 28 U.S.C. 1446(d), a copy of this Notice of Removal is being filed with the Circuit Court of Houston County, Alabama

12. Copies of all process, pleadings and other orders served on defendants are attached as Exhibit A.

13. Petitioners reserve the right to amend or supplement this Notice of Removal.

14. Petitioner further requests trial by jury of all issues.

15. If any question arises as to the propriety of the removal of this action, petitioners request opportunity to present a brief and oral argument in support of its position that this case is removable.

WHEREFORE, your petitioners pray that this Court will consider this petition filed herewith and conditioned as provided by law governing the removal of causes to this Court; that this Court will make the proper Orders to effect this removal of this cause from the Circuit Court of Houston County, Alabama, to this Court, and such other and further Orders as may be deemed appropriate as to effect the preparation and filing of a true record in this cause of all proceedings that may have been had in said Circuit Court.

_____
W. SCOTT MCGARRAH, III (MCG005)

_____
TERESA D. DAVENPORT (DAV074)
Attorneys for Defendant,
Milwaukee Electric Tool Corporation

**OF COUNSEL:**

MCGARRAH & DAVENPORT, P.C.
Post Office Box 43548
Birmingham, AL 35243
(205) 972-8989

**CERTIFICATE OF SERVICE**

I hereby certify that I have this the 14 day of OCT, 2005, served a copy of the foregoing pleading on the following attorneys of record:

Joseph D. Lane, Esq.
COCHRAN, CHERRY,
GIVENS, SMITH, LANE & TAYLOR, P.C.
P. O. Box 927
Dothan, AL 36302

Robert H. Sprain, Esq.
SPRAIN & ASSOCIATES, P.C.
201Beacon Parkway
Suite 317
Birmingham, AL 35209

John A. Earnhardt, Esq.
MAYNARD, COOPER & GAYLE, P..C.
1901 6th Ave North
Birmingham, AL 35203

Gast Manufacturing Corporation/Idex Coporation
C/O Ivy B. Suter / President
630 Dundee Road, Suite 400
Northbrook, IL 60062

_____
OF COUNSEL