UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED RENTALS (NORTH AMERICA),<br>INC., et. al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:05cv994-W<br>)<br>)<br>)<br>)<br>) |

2005 OCT 17 P 1:23

### DEFENDANT UNITED RENTALS (NORTH AMERICA), INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, the proper Defendant in this action is **United Rentals (North America), Inc.** United Rentals (North America), Inc.'s parent corporation is United Rentals, Inc., a corporation publicly traded on the New York Stock Exchange under the symbol "URI". United Rentals, Inc. owns more than ten percent of the stock of Defendant United Rentals (North America), Inc.

/s/ John A. Earnhardt, EAR006
Attorney for Defendant United Rentals
(North America), Inc.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01243990.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert Sprain, Jr., Esq.
SPRAIN & ASSOCIATES, PC
201 Beacon Pkwy W.
Suite 317
Birmingham, AL 35209-3129

Gast Manufacturing Corporation
c/o Ivy B. Suter, President
630 Dundee Rd.
Suite 400
Northbrook, IL 60062

Milwaukee Electric Corporation
c/o Daniel Perry, President
13135 W. Lisbon Rd.
Brookfield, WI 53005

on this the 14th day of October, 2005.

_____
OF COUNSEL

01243990.1