# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO.:** /:0 5*CV994-W* |
| | ) | |
| **UNITED RENTALS (NORTH AMERICA),** | ) | |
| **INC., et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT UNITED RENTALS (NORTH AMERICA), INC.'S
## CONSENT TO AND JOINDER IN REMOVAL

United Rentals (North America), Inc.'s incorrectly identified in the Complaint as United Rentals, Inc., Defendant in the above-styled action, hereby gives notice that it joins in and consents to the Notice of Removal filed by Milwaukee Electric Tool Corporation and adopts and incorporates by reference herein all those grounds in support of the removal of this action from the Circuit Court of Houston County, Alabama to the United States District Court for the Middle District of Alabama, Southern Division.

John A. Earnhardt, EAR006
Attorney for Defendant United Rentals
(North America), Inc.

**OF COUNSEL**:
**MAYNARD, COOPER & GALE, P.C**.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01244782.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert Sprain, Jr., Esq.
SPRAIN & ASSOCIATES, PC
201 Beacon Pkwy W.
Suite 317
Birmingham, AL 35209-3129

W. Scott McGarrah, III, Esq.
Teresa D. Davenport, Esq.
MCGARRAH & DAVENPORT, P.C.
PO Box 43548
Birmingham, AL 35243

Gast Manufacturing Corporation
c/o Ivy B. Suter, President
630 Dundee Rd.
Suite 400
Northbrook, IL 60062

on this the _14th_ day of October, 2005.

OF COUNSEL

01244782.1

- 2 -