## IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO:  CV 05-994-SRW** |
| | ) | |
| **UNITED RENTALS (NORTH AMERICA)** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

## CONSENT TO AND JOINDER IN REMOVAL

COMES now the defendant designated as Gast Manufacturing, Inc., a Unit of Idex

Corporation and formerly d/b/a Gast Manufacturing, Inc., and hereby gives notice that it joins in

and consents to th Notice of Removal filed by Milwaukee Electric Tool Corporation and adopts

and incorporates hereby all grounds in support of the removal of this action from the Circuit

Court of Houston County, Alabama to the United States District Court for the Middle District of

Alabama, Southern Division.

/s/  Eugene P.  Stutts
Eugene P.  Stutts, ASB-0303-s577e
Attorney for Gast Manufacturing, Inc.

**OF COUNSEL**:
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
(205) 328-4100

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record by placing a copy of same in the United States Mail, first class, postage prepaid, on this the _____ day of OCTOBER, 2005.

Joseph D. Lane                                  Attorney for Plaintiff
Cochrane, Cherry, Givens,
   Smith, Lane & Taylor, PC
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert H. Sprain, Jr.                           Attorney for Saint-Gobain
Sadler Sullivan PC
2500 SouthTrust Tower
420 20th Street N
Birmingham, AL 35203-5203

John A. Earnhardt                               Attorney for United Rentals
Maynard, Cooper & Gayle, PC
1901 6th Ave N
Birmingham, AL 35203

W. Scott McGarrah III                           Attorneys for Milwaukee Electric
Teresa D. Davenport
McGarrah & Davenport PC
P.O. Box 43548
Birmingham, AL 35243

                        /s/ Eugene P. Stutts _____
                        OF COUNSEL