**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

October 27, 2005

# NOTICE OF REASSIGNMENT

Re:     Matthew Riley v. United Rentals, Inc. Et al
        Civil Action No.1:05cv994-W

The above-styled case has been reassigned to District Judge Myron H. Thompson..

Please note that the case number is now 1:05cv994-T.   This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk