IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: 1:05cv994-W |
| ) | |
| UNITED RENTALS, INC.; ) | |
| SAINT-GOBAIN ABRASIVES, INC., ) | |
| formerly dba Clipper Manufacturing ) | |
| Company, Inc., and dba Norton ) | |
| Construction Products; GAST ) | |
| MANUFACTURING, INC., a Unit of IDEX ) | |
| CORPORATION, and formerly ) | |
| dba GAST MANUFACTURING., ) | |
| MILWAUKEE ELECTRIC TOOL ) | |
| CORPORATION and fictitious ) | |
| defendants ABC, DEF, GHI, JKL ) | |
| and MNO. ) | |
| ) | |
| Defendants. ) | |

## JOINDER IN REMOVAL

COMES NOW the Defendant SAINT-GOBAIN ABRASIVES, INC. and joins in the removal of this lawsuit from the Circuit Court of Houston County, CV 05-534-A, to the United States District Court for the Middle District of Alabama, Southern Division. This defendant is organized and existing under the laws of Massachusetts with its principal place of business in Massachusetts.

_____
Robert H. Sprain, Esq. (SPR013)
Attorney for Saint-Gobain, Inc.

**OF COUNSEL:**
SPRAIN & ASSOCIATES, P.C.
201 Beacon Parkway
Suite 317
Birmingham, AL 35209

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals by placing a copy thereof in the United States mail, postage prepaid, on this 26th day of October, 2005.

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
P. O. Box 927
Dothan, AL 36302

W. Scott McGarrah, Esq,
MCGARRAH & DAVENPORT, P.C.
Post Office Box 43548
Birmingham, AL 35243

John A. Earnhardt, Esq.
MAYNARD, COOPER & GAYLE, P..C.
1901 6th Ave North
Birmingham, AL 35203

Eugene P. Stutts, Esq.
SPAIN GILLION, LLC
The Zinszer Building
2117 2nd Avenue North
Birmingham, AL 35203

_____
OF COUNSEL