IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No.: 1:05cv994-T |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. Et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW THE PLAINTIFF and respectfully request this Court grant him leave to amend his complaint. As grounds for this Motion, Plaintiff submits the following:

a) Plaintiff received Defendant United Rentals, Inc., answer to complaint informing Plaintiff has named Defendant incorrectly.

b) The proper name for the Defendant is "United Rentals (North America), Inc." Plaintiff hereby moves the Court for leave to replace all references to "United Rentals, Inc." in the complaint with "United Rentals North America, Inc."

c) The filing of this Motion for Leave to Amend Complaint does not affect the jurisdiction of the Court and is merely a correction to properly identify the name of the Defendant.

Respectfully submitted this the 7th day of November 2005.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane_____
**JOSEPH D. LANE (lane9991)**
Attorney for Plaintiff
Alabama Bar No. 118498
163 West Main Street
P.O. Box 927
Dothan, AL 36302
(334) 793-1555
FAX (334) 793-8280

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

John a. Earnhardt, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618
Defense Counsel for United Rentals (North America), Inc.

Robert H. Sprian, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317
Birmingham, Alabama 35209
Defense Counsel for Saint-Gobain Abrasives, Inc.

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Defense Counsel for Gast Manufacturing, Inc.

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243
Defense Counsel for Milwaukee Electric Tool Corporation

On this the 7th day of November, 2005

/s/ Joseph D. Lane_____
OF COUNSEL