IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: 1:05 CV-994-W |
| ) | |
| UNITED RENTALS, INC.; ) | |
| SAINT-GOBAIN ABRASIVES, INC., ) | |
| formerly dba Clipper Manufacturing ) | |
| Company, Inc., and dba Norton ) | |
| Construction Products; GAST ) | |
| MANUFACTURING, INC., a Unit of IDEX ) | |
| CORPORATION, and formerly ) | |
| dba GAST MANUFACTURING., ) | |
| MILWAUKEE ELECTRIC TOOL ) | |
| CORPORATION and fictitious ) | |
| defendnats ABC, DEF, GHI, JKL ) | |
| and MNO. ) | |
| ) | |
| Defendants. ) | |

## AMENDMENT TO NOTICE OF REMOVAL

COMES NOW YOUR PETITIONER, defendant MILWAUKEE ELECTRIC TOOL CORPORATION, and files this Amendment to it's Notice of Removal in compliance with this Court's Order dated November 2, 2005. This defendant amends its previously filed Notice of Removal by adding the following paragraphs:

1. Plaintiff is a citizen of the state of Alabama.

2. Defendants are citizens of states other than Alabama and are, in fact, citizens of foreign states.

    /s/   W. Scott McGarrah
**W. SCOTT MCGARRAH, III (MCG005)**

    /s/ Teresa D. Davenport
**TERESA D. DAVENPORT (DAV074)**
Attorneys for Defendant,
Milwaukee Electric Tool Corporation

**OF COUNSEL:**

MCGARRAH & DAVENPORT, P.C.
Post Office Box 43548
Birmingham, AL 35243
(205) 972-8989

### CERTIFICATE OF SERVICE

    I hereby certify that I have this the 8   day of Nov.   , 2005, served a copy of the foregoing pleading on the following attorneys of record through e-filing:

Joseph D. Lane, Esq.
COCHRAN, CHERRY ,
GIVENS, SMITH, LANE & TAYLOR, P.C.
P. O. Box 927
Dothan, AL 36302

Robert H. Sprain, Esq.
SPRAIN & ASSOCIATES, P.C.
201Beacon Parkway
Suite 317
Birmingham, AL 35209

John A.  Earnhardt, Esq.
MAYNARD, COOPER & GAYLE, P..C.
1901 6th Ave North
Birmingham, AL 35203

Eugene P. Stutts, Esq.
SPAIN & GILLON, L.L. C.
The Zinszer Building
2117 second Avenue North
Birmingham, AL 35203

      /s/ W. Scott McGarrah
    OF COUNSEL