IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv994-T |
| | ) | |
| UNITED RENTALS (NORTH | ) | |
| AMERICA), Inc., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion for leave to amend complaint (Doc. No. 12) is granted. The court assumes that the defendants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 9th day of November, 2005.

                              /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE