IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) CASE NO: 1:05cv994-W |
| UNITED RENTALS (NORTH AMERICA) INC., et al., | ) ) ) ) |
| DEFENDANTS. | ) ) |

### DEFENDANT GAST MANUFACTURING, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, Gast Manufacturing, Inc., a Unit of Idex Corporation states that Idex Corporation is the parent corporation of Gast Manufacturing, Inc. Idex common stock (IEX) is listed on the New York Stock Exchange and the Chicago Stock Exchange. Idex Corporation is also the parent corporation of Gast LTD which is located in High Wycombe, England and does some assembly and a sales office is located in Hong Kong.

/s/ Eugene P. Stutts
Eugene P. Stutts, STU003
Attorney for Defendant

OF COUNSEL:
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
(205) 328-4100

# **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon all counsel of record by placing a copy of same in the United States Mail, first class, postage prepaid, on this the ___ day of NOVEMBER, 2005.

| | |
|---|---|
| Joseph D. Lane<br>Cochrane, Cherry, Givens,<br>   Smith, Lane & Taylor, PC<br>163 West Main Street<br>P.O. Box 927<br>Dothan, AL 36302 | Attorney for Plaintiff |
| Robert H. Sprain, Jr.<br>Sadler Sullivan PC<br>2500 SouthTrust Tower<br>420 20th Street N<br>Birmingham, AL 35203-5203 | Attorney for Saint-Gobain |
| John A. Earnhardt<br>Maynard, Cooper & Gayle, PC<br>1901 6th Ave N<br>Birmingham, AL 35203 | Attorney for United Rentals |
| W. Scott McGarrah III<br>Teresa D. Davenport<br>McGarrah & Davenport PC<br>P.O. Box 43548<br>Birmingham, AL 35243 | Attorneys for Milwaukee Electric |

                                                 /s/ Eugene P. Stutts_____
                                                 OF COUNSEL