IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| VS. | )   CASE NO: 1:05cv994-W |
| | ) |
| UNITED RENTALS (NORTH AMERICA) INC., et al., | ) |
| | ) |
|     DEFENDANTS. | ) |

**AMENDMENT TO NOTICE OF REMOVAL**

Pursuant to this court's Order of November 2, 2005, Milwaukee Electric Tool Corporation amends its Notice of Removal as follows:

    **A.    THE PARTIES ARE OF DIVERSE CITIZENSHIP.**

    1.    Upon information and belief, plaintiff, Matthew Riley, is a citizen of the state of Alabama and according to the complaint resides in Houston County, Alabama.

    2.    Defendant Milwaukee Electric Tool Corporation is a corporation organized, existing and incorporated under the laws of the State of Delaware with it's principal place of business within the State of Wisconsin.

    3.    United Rentals (North America), Inc., is a corporation organized, existing and incorporated under the laws of the State of Delaware with it's principal place of business within Greenwich, Connecticut.

    4.    Saint-Gobain is a corporation organized, existing and incorporated under the laws of the State of Massachusetts with it's principal place of business within Worcester, Massachusetts.

    5.    Gast Manufacturing, Inc., a Unit of Idex Corporation, is a corporation organized, existing and incorporated under the laws of the State of Michigan with it's principal place of business within Benton Harbor, Michigan.

    6.    IDEX is a corporation organized, existing and incorporated under the laws of the

State of Delaware with its principal place of business within Northbrook Illinois. Idex is the parent corporation of Gast Manufacturing, Inc.

   7. This action is a controversy between a citizen of the State of Alabama on the one hand, and a citizens of states other than Alabama on the other hand, and is wholly between citizens of foreign states and the controversy between the parties can be fully determined in this case. No change in citizenship of the parties to this action has occurred since the commencement of this suit.

   **WHEREFORE, ALL PREMISES CONSIDERED,** defendant prays that this action be removed from the Circuit Court of Houston County, Alabama to this Honorable Court.

           **/s/ W. Scott McGarrah**
           W. Scott McGarrah, III (MCG005)


           /s/ Teresa D. Davenport
           Teresa D. Davenport (DAV074)
           Attorneys for Defendant,
           Milwaukee Electric Tool Corporation


**OF COUNSEL:**

McGarrah & Davenport, P.C.
P.O. Box 43548
Birmingham, AL 35243
(205) 972-8989

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Amended Notice of Removal has been served by United States Mail, postage prepaid and properly addressed, to

Joseph D. Lane, Esq.
Cocharn, Cherry, Givens,
   Smith, Lane & Taylor, P.C.
P.O. Box 927
Dothan, AL 36302

Robert H. Sprain, Esq.
Sprain & Associates, P.C.
201 Beacon Parkway, Ste 317
Birmingham, AL 35209

John A. Earnhardt, Esq.
Maynard, Cooper & Gayle, P.C.
1901 6th Ave North
Birmingham, AL 35203

      This the __17__ Day of NOVEMBER, 2005.

                                              **/s/ W. Scott McGarrah**
                                              W. Scott McGarrah, III (MCG005)


                                              /s/ Teresa D. Davenport
                                              Teresa D. Davenport (DAV074)