IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
|     PLAINTIFF, | ) |
| VS. | )   CASE NO: 1:05cv994-T |
| UNITED RENTALS (NORTH AMERICA) INC., et al., | ) |
|     DEFENDANTS. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a conference call was held on November 17, 2005, and the participants were:

   Joseph D. Lane, on behalf of the plaintiff, Matthew Riley; and
   Robert H. Sprain, Jr., on behalf of the defendant, Saint-Gobain Abrasives, Inc.;
   W. Scott McGarrah, on behalf of the defendant, Milwaukee Electric Tool;
   John A. Earnhardt, on behalf of the defendant, United Rentals (North America), Inc.; and
   Eugene P. Stutts, on behalf of the defendant, Gast Manufacturing, Inc.

2. Pre-Discovery Disclosures. The parties will exchange by December 31, 2005 the information required by Local Rule 26.1(a)((1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

   a) Discovery will be needed on the following subjects:

   *    Facts of incident;
   *    Design of complete product;
   *    Design of components of product;
   *    History of similar product failures;

1

    \* Alternative designs;
    \* Warnings;
    \* Maintenance of product; and
    \* Damages.

  b) All discovery commenced in time to be completed by October 31, 2006.

  c) Maximum of 40 Interrogatories and Request for Admissions by each party to any other party, with responses due forty-five (45) days after service.

  d) Maximum of 15 depositions by the Plaintiff and 15 depositions by the Defendants.

  e) Each deposition limited to a maximum of 6 hours unless extended by agreement of the parties.

  f) Reports from retained experts under Rule 26(a)(2) due:

   From Plaintiff by June 30, 2006
   From Defendants by August 31, 2006

  g) Supplementations will be due under Rule 26(e) by September 30, 2006.

4. Other Items.

  a) The parties do not request a conference with the court before entry of the scheduling order.

  b) The parties request a pretrial conference in November, 2006.

  c) Plaintiff should be allowed until April 15, 2006 to join additional parties and until May 15, 2006 to amend the pleadings.

  d) Defendants should be allowed until May 15, 2006 to join additional parties and until June 15, 2006 to amend the pleadings.

  e) All potentially dispositive motions should be filed by November 30, 2006.

  f) Settlement cannot be realistically evaluated prior to September 15, 2006, and may be enhanced by use of the following alternative dispute resolution procedure: Mediation.

  g) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

   From Plaintiff thirty (30) days prior to trial; and

    From Defendants fourteen (14) days prior to trial.

 h) Parties should have seven (7) days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

 i) The case should be ready for trial by February 1, 2007, and at this time, is expected to take approximately seven (7) days.

Respectfully submitted this the 22nd day of November 2005.

        **COCHRAN, CHERRY, GIVENS,**
        **SMITH, LANE & TAYLOR, P.C.**


        /s/ Joseph D. Lane_____
        **JOSEPH D. LANE (lane9991)**
        Attorney for Plaintiff
        Alabama Bar No. 118498
        163 West Main Street
        P.O. Box 927
        Dothan, AL 36302
        (334) 793-1555
        FAX (334) 793-8280


## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

John a. Earnhardt, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618
Defense Counsel for United Rentals (North America), Inc.

Robert H. Sprian, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317

Birmingham, Alabama 35209
Defense Counsel for Saint-Gobain Abrasives, Inc.

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Defense Counsel for Gast Manufacturing, Inc.

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243
Defense Counsel for Milwaukee Electric Tool Corporation

On this the 22nd day of November, 2005

                                        /s/ Joseph D. Lane_____
                                        OF COUNSEL