UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | )<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) CASE NO.: 1:05-CV994-T<br>) |
| UNITED RENTALS (NORTH AMERICA), INC., et. al. | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF APPEARANCE

COMES NOW, Mitesh Shah and appears as additional counsel for Defendant United Rentals (North America), Inc. in the above-styled case.

/s/
John A. Earnhardt, EAR006
Mitesh Shah, SHA066
Attorney for Defendant United Rentals
(North America), Inc.

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

01281070.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert Sprain, Jr., Esq.
SPRAIN & ASSOCIATES, PC
201 Beacon Pkwy W.
Suite 317
Birmingham, AL 35209-3129

W. Scott McGarrah, Esq.
Terest D. Davenport, Esq.
McGARRAH & DAVENPORT, P.C.
P.O. Box 43548
Birmingham, AL 35243

Eugene P. Stutts, Esq.
SPAIN & GILLON
The Zinszer Building
3117 2nd Avenue North
Birmingham, AL 35203-3753

on this the 30th day of December, 2005.

_____
OF COUNSEL

-2-

01281070.1