# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| Mathew Riley, | ) | |
| | ) | |
| **Plaintiff** | ) | Civil Action No.: 1:05cv994-T |
| | ) | |
| v. | ) | |
| | ) | |
| United Rentals, Inc., et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT SAINT-GOBAIN ABRASIVES, INC.'S INITIAL DISCLOSURES PURSUANT TO RULE 26, FRCP

COMES NOW the Defendant, Saint-Gobain Abrasives, Inc., and submits its initial disclosures pursuant to Rule 26, *Federal Rules of Civil Procedure* and Local Rule 26.1 as follows:

A.    Individuals likely to have discoverable information are:

1.    Plaintiff

2.    Plaintiff's expert, Don Shaver

3.    Ronald L. Karbowski
World Product Safety Manager for Saint-Gobain Abrasives, Inc.
One New Bond Street
Worcester, MA  01615-0008

4.    Gabriel A. Uriegas
Product Manager for Saint-Gobain Abrasives, Inc.
46 Cantrell Street, Suite B
Flowery Branch, GA  30542

5.    Employees or representatives of the Parties

6.    Employees of Diamond Products

7.    Representatives of Applied Technical Services
1190 Atlanta Industrial Drive
Marietta, GA 30066

B.    Documents, data, compilations and tangible things, in the possession, custody or control of Saint-Gobain Abrasives, Inc. that are relevant to disputed facts alleged with particularity in the pleadings:

1.    Photographs taken of the product made the subject of this lawsuit.

2.    Owners Manual: DM450 & DM500 Core Drills.

C.    Defendant is not claiming damages.

D.    This Defendant identifies ACE USA Insurance, Policy No.: HDOD20595280, with an effective policy period from March 1, 2003 to March 1, 2004 with policy limits of $ 3,000,000.00 per occurrence.

s/Robert H. Sprain, Jr.
Robert H. Sprain, Jr.
ASB-4177-A38R
Attorney for the Defendant,
Saint-Gobain Abrasives, Inc.
Sprain & Associates
201 Beacon Parkway West
Suite 317
Birmingham, Alabama 35209
Tel: (205) 437-3232
Fax: (205) 453-1012
Email: rhs@sprainlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following individuals by placing a copy thereof in the United States mail, postage prepaid, on this 5th day of January, 2006.

Joseph D. Lane
Cochrane, Cherry, Givens, Smith, Lane & Taylor, PC
P. O. Box 927
Dothan, Ala. 36302

John A. Earnhardt
Maynard, Cooper & Gayle, PC
1901 6th Avenue North
Birmingham, AL  35203

W. Scott McGarrah, III
Teresa D. Davenport
McGarrah & Davenport, PC
P.O. Box 43548
Birmingham, AL  35243

Eugene P. Stutts
Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL  35203

s/Robert H. Sprain, Jr.
OF COUNSEL