IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO: 1:05cv994-W |
| | ) |
| UNITED RENTALS (NORTH AMERICA) | ) |
| INC., et al., | ) |
| | ) |
| DEFENDANTS. | ) |

## DEFENDANTS' INITIAL DISCLOSURES

Defendant, designated as Gast Manufacturing, Inc., a Unit of Idex Corporation and formerly d/b/a Gast Manufacturing, Inc., in compliance with Local Rule 26.1, makes the following initial disclosures:

A. The names, addresses and telephone numbers, if known, of any persons believed to have discoverable non-privileged personal knowledge about the significant factual disputes specifically raised by the pleadings are as follows:

1. Plaintiff;

2. Mike Deering, or such other designated representative of Gast Manufacturing, Inc., a Unit of Idex Corporation;

3. Employees of Flavor House who have knowledge of the incident made the basis of this lawsuit who are unknown to the defendant at this time;

4. Employees and/or designated representatives of defendant United Rentals (North America, Inc.); Saint-Gobain Abrasives, Inc.; Milwaukee Electric Tool Corporation;

5. Employees of Diamond Products who are unknown to the defendant at this time;

6. Plaintiff's experts who have inspected the product and product components;

7. All medical personnel who treated the plaintiff as a result of the injury made the basis of this lawsuit;

8. All witnesses disclosed by any other party;

9. Any other witnesses who may otherwise be unknown to the defendants at the time of its initial disclosures;

B. A copy of, or description by category and location of, all documents, data compilations, and tangible things in possession, custody or control of party that are relevant to disputed facts alleged with particularity in the pleadings:

1. Photographs taken of the product made the subject of this lawsuit;

2. Documents pertaining to the product which have been retrieved to date in the possession of the defendant;

3. Medical records of plaintiff which have been obtained to date;

4. Incident report related to the incident made the basis of this lawsuit;

5. Any and all worker's compensation records pertaining to plaintiff as a result of the incident made the basis of this lawsuit currently not obtained;

6. All documents disclosed by any other party;

7. Such other documents obtained during the course of discovery which are otherwise unknown to the defendants at this time.

C. At this time defendant is not aware of any claim it has for damages. Defendant will supplement this disclosure in the event it files a cross claim, counterclaim and/or third party claim.

D. Liberty Mutual Insurance Company, Policy # RG2-641-004088-043 with policy limits of $2,000,000.00.

Eugene P. Stutts
Attorney Bar No.: STU003

**OF COUNSEL:**
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
(205) 328-4100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by United States Mail, postage prepaid and properly addressed, to

| | |
|---|---|
| Joseph D. Lane<br>Cochrane, Cherry, Givens,<br>   Smith, Lane & Taylor, PC<br>163 West Main Street<br>P.O. Box 927<br>Dothan, AL 36302 | Attorney for Plaintiff |
| Robert H. Sprain, Jr.<br>Sadler Sullivan PC<br>2500 SouthTrust Tower<br>420 20th Street N<br>Birmingham, AL 35203-5203 | Attorney for Saint-Gobain |
| John A. Earnhardt<br>Maynard, Cooper & Gayle, PC<br>1901 6th Ave N<br>Birmingham, AL 35203 | Attorney for United Rentals |
| W. Scott McGarrah III<br>Teresa D. Davenport<br>McGarrah & Davenport PC<br>P.O. Box 43548<br>Birmingham, AL 35243 | Attorneys for Milwaukee Electric |

                                                /s/ Eugene P. Stutts
                                                OF COUNSEL