**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 9, 2006

# NOTICE OF NON-COMPLIANCE

To:     ALL COUNSEL OF RECORD

Case Style:   Riley v. United Rentals, Inc. Et al

Case Number: 1:05cv994-T

Docket Entry Numbers: #20 and #21

The referenced pleadings were electronically filed on 1/6/06 in this case. These pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket for the following reasons:

Entry #20 was incorrectly filed a Corporate Disclosure Statement; however the pleading is "Initial Disclosures" which is not allowed pursuant to Local Rule 5.1 Non-Filing of Civil Discovery.

Entry #21, Initial Disclosures, is also stricken pursuant to Local Rule 5.1.

******This pleading is discovery and is not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

These pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket. Parties should be aware that the striking of these entries do not affect their responsibilities as to the discovery process.