IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:05cv994-T** |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. Et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

TO:  United States District Court, Middle District of Alabama
     Southern Division

Please take notice that the following discovery documents have this day been served upon the defendants on behalf of the Plaintiff, Matthew Riley:

|   |   |
|---|---|
| ___ | Interrogatories |
| ___ | Answers to Defendant's First Interrogatories |
| ___ | Request for Production |
| ___ | Response to Defendant's First Request for Production |
| ___ | Request for Admissions |
| ___ | Notice of Intent to Serve Subpoena |
| ___ | Notice of Deposition of: |
| _X_ | Other: Plaintiff's Initial Disclosures Pursuant to Rule 26, F.R.C.P |

**COCHRAN, CHERRY, GIVENS,**
**SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSPEH D. LANE (lane991)**
Attorney for Plaintiff
Alabama Bar No. 118498
163 West Main Street
Post Office Box 927
Dothan, Alabama 36302
(334) 793-1555
(334) 793-8280 fax

CERTIFICATE OF SERVICE

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 9th day of January, 2006:

W. Scott McGarrah, III, Esq.
Teresa D. Davenport, Esq.
McGarrah & Davenport, P.C.
Post Office 43548
Birmingham, AL  35243

John A. Earnhardt, Esquire
Mitesh Shah, Esquire
Maynard, Cooper & Gale, PC
Amsouth/Harbert Plaza
1901 6th Avenue North
Suite, 2400
Birmingham, AL  35203

Robert H. Sprain,, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Ste 317
Birmingham, AL  35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

                                              /s/ Joseph D. Lane
                                              Joseph D. Lane