UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JAN -9 A 9:51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| MATTHEM RILEY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED RENTALS, INC.; SAINT-GOBAIN ABRASIVES, INC., formerly dba Clipper Manufacturing Company, Inc., and dba Norton Construction Products; GAST MANUFACTURING, INC., a Unit of IDEX CORPORATION, and formerly dba GAST MANUFACTURING; MILWAUKEE ELECTRIC TOOL CORPORATION and fictitious defendants ABC, DEF, GHI, JKL, and MNO.<br><br>    Defendants, and<br><br>RALCORP HOLDINGS, INC.<br><br>    Intervenor. | CIVIL ACTION NO.<br>1:05cv994-T |

## RALCORP HOLDINGS, INC.'S MOTION TO INTERVENE

COMES NOW RalCorp Holdings, Inc. (hereinafter referred to as "RalCorp"), and hereby files this its Motion to Intervene for the purpose of enforcing its workers' compensation lien as provided under Ala. Code § 25-5-11 and Rule 24(a)(2) of the Federal Rules of Civil Procedure.

In support of this Motion, RalCorp relies on: (1) the Affidavit of Jill Roper and (2) RalCorp's Brief in Support of its Motion to Intervene, each of which is incorporated by reference as

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW
ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822

if fully set forth herein.

    Pursuant to the right of intervention as provided under Rule 24 of the Federal Rules of Civil Procedure and Ala. Code § 25-5-11 (establishing a right of intervention in any action to protect and enforce workers' compensation liens), RalCorp hereby requests that this Court enter an order allowing it to be joined as an Intervenor in the above-captioned action for the purpose of protecting and enforcing its statutory workers' compensation lien.

    Respectfully submitted this _____ day of January, 2006.

_____
JOSEPH T. BRASHER
State Bar No.: # BRA084

**Attorney for Intervenor**

HAMILTON, WESTBY, ANTONOWICH
 & ANDERSON
One Georgia Center
17th Floor
600 West Peachtree Street NW
Atlanta, GA 30308
(404) 872-3500
jbrasher@hwaalaw.com

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW

ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **RALCORP HOLDINGS, INC.'S MOTION TO INTERVENE** document upon all parties by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Jospeh D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL. 36302

W. Scott McGarrah, III, Esq.
Teresa D. Davenport, Esq.
MCGARRAH & DAVENPORT, P.C.
P.O. Box 43548
Birmingham, AL. 35243

Robert H. Sprain, Esq.
SPRAIN & ASSOCIATES, P.C.
201 Beacon Parkway
Suite 317
Birmingham, AL. 35209

John A. Earnhardt, Esq.
MAYNARD, COOPER, & GAYLE, P.C.
1901 Sixth Avenue North
Birmingham, AL. 35203

Eugene P. Stutts, Esq.
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, AL. 35203

Dated this 4th day January, 2006.

_____
JOSEPH T. BRASHER
State Bar No.: # BRA084

HAMILTON, WESTBY, ANTONOWICH
 & ANDERSON
One Georgia Center
600 W. Peachtree Street, NW
17th Floor
Atlanta, GA  30308
(404) 872-3500

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW
ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822