UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JAN -9 A 9: 51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST...

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:05cv994-T |
| UNITED RENTALS, INC.; ) | |
| SAINT-GOBAIN ABRASIVES, INC., ) | |
| formerly dba Clipper Manufacturing ) | |
| Company, Inc., and dba Norton ) | |
| Construction Products; GAST ) | |
| MANUFACTURING, INC., a Unit of ) | |
| IDEX CORPORATION, and formerly ) | |
| dba GAST MANUFACTURING; MILWAUKEE ) | |
| ELECTRIC TOOL CORPORATION and ) | |
| fictitious defendants ABC, DEF, ) | |
| GHI, JKL, and MNO. ) | |
| ) | |
| Defendants, and ) | |
| ) | |
| RALCORP HOLDINGS, INC ) | |
| ) | |
| Intervenor. ) | |

## AFFIDAVIT OF JILL ROPER

STATE OF PENNSYLVANIA

CITY OF READING

    Personally appeared before me, the undersigned officer, duly authorized to administer oaths, Jill Roper, who, upon being duly sworn, states as follows:

                          1.

    My name is Jill Roper. I hold the position of Claims

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW
ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822

Representative with St. Paul Travelers, the workers' compensation insurer of RalCorp Holdings, Inc. I am over 18 years of age and have personal knowledge of the matters stated in this Affidavit and am otherwise competent to testify as to all matters stated herein. I give this testimony in support of a Motion to Intervene.

2.

I have been employed with St. Paul Travelers since before the accident.

3.

On or about August 29, 2003, Matthew Riley was employed by RalCorp Holdings, Inc.

4.

On or about August 29, 2003, Matthew Riley received certain injuries while in the course and scope of his employment with RalCorp Holdings, Inc. and as a result of which filed a claim for workers' compensation benefits.

5.

At the time of said accident, St. Paul Travelers was the workers' compensation insurer for RalCorp Holdings, Inc.

6.

RalCorp Holdings, Inc., by and through its workers' compensation insurer, has paid a total of $85,073.72, ($11,648.99 in indemnity benefits and $73,424.73 in medical benefits) in workers' compensation benefits to the incident serving to give rise to the present action.

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW
ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822

7.

RalCorp Holdings, Inc. by and through its attorneys, placed the Plaintiffs and the Defendants on notice of its workers' compensation lien as created under Ala. Code § 25-5-11.

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW

ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822

FURTHER AFFIANT SAYETH NOT.

*Jill Roper*
JILL ROPER
Claims Representative
TRAVELERS PROPERTY CASUALTY

Subscribed and sworn to before me this 21 day of December, 2005.

*Amie Cussigh*
Notary Public

My Commission Expires: 5/29/07

> Notarial Seal
> Amie Cussigh, Notary Public
> Wyomissing Boro, Berks County
> My Commission Expires May 29, 2007
> Member, Pennsylvania Association of Notaries

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW

ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing **AFFIDAVIT OF JILL ROPER** document upon all parties by depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

Jospeh D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL. 36302

W. Scott McGarrah, III, Esq.
Teresa D. Davenport, Esq.
MCGARRAH & DAVENPORT, P.C.
P.O. Box 43548
Birmingham, AL. 35243

Robert H. Sprain, Esq.
SPRAIN & ASSOCIATES, P.C.
201 Beacon Parkway
Suite 317
Birmingham, AL. 35209

John A. Earnhardt, Esq.
MAYNARD, COOPER, & GAYLE, P.C.
1901 Sixth Avenue North
Birmingham, AL. 35203

Eugene P. Stutts, Esq.
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, AL. 35203

Dated this _____ day of January, 2006.

JOSEPH T. BRASHER
Alabama State Bar # BRA084

HAMILTON, WESTBY, ANTONOWICH & ANDERSON
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308
(404) 872-3500

HAMILTON, WESTBY,
ANTONOWICH &
ANDERSON L.L.C.
ATTORNEYS AT LAW
ONE GEORGIA CENTER
600 W. PEACHTREE ST., N.W.
17TH FLOOR
ATLANTA, GA 30308
TELEPHONE
(404) 872-3500
TELECOPIER
(404) 872-1822