IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv994-MHT |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERICA), Inc., et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion to intervene (Doc. No. 25) is set for submission, without oral argument, on January 27, 2006, with all briefs due by said date.

DONE, this the 11th day of January, 2006.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**