IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) |
| | ) 1:05CV994-T |
| UNITED RENTALS | ) |
| (NORTH AMERICA), INC., et. al. | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT UNITED RENTALS' MOTION FOR LEAVE TO AMEND ANSWER
AND TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSE**

COMES NOW, Defendant United Rentals (North America), Inc. and moves this Court for leave to amend its Answer and Affirmative Defenses and assert an additional affirmative defense pursuant to Rule 15 of the Federal Rules of Civil Procedure. In support thereof, Defendant United Rentals states as follows:

1. Pursuant to Fed. R. Civ. P. 15(a), leave to amend a party's pleading "shall be given freely when justice so requires." *See McKinley v. Kaplan*, 177 F.3d 1253, 1258 (11th Cir. 1999).

2. The deadline for amended pleadings set forth in the Court's scheduling order has not expired.

3. Neither the Court nor Plaintiff will be unduly prejudiced by allowing Defendants' Amended Answer and affirmative defenses as discovery is ongoing.

1

01282422.1

4. A copy of the proposed First Amended Answer is attached hereto as Exhibit A.

**WHEREFORE**, Defendant United Rentals respectfully request this Court to allow it to amend its Answer to assert an additional affirmative defense.

Respectfully submitted,

/s/ Mitesh B. Shah
Mitesh B. Shah
One of the Attorneys for Defendant United Rentals

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

01282422.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of same in the United States mail, postage prepaid and properly addressed, this the 12th day of January, 2006

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert Sprain, Jr., Esq.
SPRAIN & ASSOCIATES, PC
201 Beacon Pkwy W.
Suite 317
Birmingham, AL 35209-3129

W. Scott McGarrah, Esq.
Terest D. Davenport, Esq.
McGARRAH & DAVENPORT, P.C.
P.O. Box 43548
Birmingham, AL 35243

Eugene P. Stutts, Esq.
SPAIN & GILLON
The Zinszer Building
3117 2nd Avenue North
Birmingham, AL 35203-3753

/s/ Mitesh B. Shah
OF COUNSEL

01282422.1

# EXHIBIT A

Case 1:05-cv-00994-MHT-SRW     Document 28     Filed 01/12/2006     Page 4 of 6

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO.: 1:05CV994-T |
| UNITED RENTALS (NORTH AMERICA), INC., et. al. | ) ) ) |
| Defendants. | ) ) |

### FIRST AMENDED ANSWER

COMES NOW, the Defendant United Rentals (North America), Inc., ("hereinafter "United" or "Defendant") incorrectly named in the Complaint as "United Rentals, Inc." and amends it Answer to add an additional affirmative defense. Defendant United adopts and incorporates its previous Answer and Affirmative Defenses to Plaintiff's Complaint as if fully set forth herein.

### THIRTY-SEVENTH DEFENSE

Plaintiff's claims are barred by spoliation of evidence.

### RESERVATION OF DEFENSES

United Rentals reserves the right to amend its Answer and add any additional affirmative defenses which become applicable after the completion of discovery.

John A. Earnhardt, EAR006
Mitesh B. Shah SHA066
Attorney for Defendant United Rentals
(North America), Inc.

01243990.1

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, first-class postage prepaid and properly addressed as follows:

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert Sprain, Jr., Esq.
SPRAIN & ASSOCIATES, PC
201 Beacon Pkwy W.
Suite 317
Birmingham, AL 35209-3129

W. Scott McGarrah, Esq.
Terest D. Davenport, Esq.
McGARRAH & DAVENPORT, P.C.
P.O. Box 43548
Birmingham, AL 35243

Eugene P. Stutts, Esq.
SPAIN & GILLON
The Zinszer Building
3117 2nd Avenue North
Birmingham, AL 35203-3753

on this the 12th day of January, 2006.

OF COUNSEL

-2-

01243990.1