IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| Mathew Riley, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.: 1:05cv994-T |
| | ) | |
| v. | ) | |
| | ) | |
| United Rentals, Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### SAINT-GOBAIN ABRASIVES, INC.'S MOTION FOR LEAVE TO AMEND ANSWER AND TOASSERT AN ADDITIONAL AFFIRMATIVE DEFENSE

Comes now, the Defendant, Saint-Gobain Abrasives, Inc., and moves this court for leave to amend its answer to raise an additional affirmative defense. This Defendant brings this motion pursuant to Rule 15, *Federal Rules of Civil Procedure*, and as grounds for said motion states as follows:

1. Saint-Gobain Abrasives, Inc., learned through initial discovery disclosures, made pursuant to Rule 26, *Federal Rules of Civil Procedure*, of an additional affirmative defense. Rule 15(a) allows parties to freely amend their pleadings when justice so requires. The deadline for submission of amended pleadings has not expired.

2. Saint-Gobain Abrasives, Inc. submits as Exhibit A its proposed first amendment to its answer.

Wherefore, Defendant Saint-Gobain Abrasives, Inc. requests that this court allow it to amend its answer to assert the additional affirmative defense as set forth on Exhibit A attached hereto and incorporated by reference.

s/Robert H. Sprain, Jr.
Robert H. Sprain, Jr.
ASB-4177-A38R
Attorney for the Defendant,
Saint-Gobain Abrasives, Inc.
Sprain & Associates
201 Beacon Parkway West
Suite 317
Birmingham, Alabama 35209
Tel: (205) 437-3232
Fax: (205) 453-1012
Email: rhs@sprainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals by placing a copy thereof in the United States mail, postage prepaid, on this 19th day of January, 2006.

Joseph D. Lane
Cochrane, Cherry, Givens, Smith, Lane & Taylor, PC
P. O. Box 927
Dothan, Ala. 36302

John A. Earnhardt
Maynard, Cooper & Gayle, PC
1901 6th Avenue North
Birmingham, AL 35203

W. Scott McGarrah, III
Teresa D. Davenport
McGarrah & Davenport, PC
P.O. Box 43548
Birmingham, AL 35243

Eugene P. Stutts
Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203

                                        s/Robert H. Sprain, Jr.
                                        OF COUNSEL