# EXHIBIT A

# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| Mathew Riley, ) | |
| ) | |
| Plaintiff ) | Civil Action No.: 1:05cv994-T |
| ) | |
| v. ) | |
| ) | |
| United Rentals, Inc., et al., ) | |
| ) | |
| Defendants. ) | |

## SAINT-GOBAIN ABRASIVES, INC.'S FIRST AMENDED ANSWER

Comes now, the Defendant Saint-Gobain Abrasives, Inc., (hereinafter "Saint-Gobain") and amends its Answer to add the additional affirmative defense of spoliation of evidence. Defendant asserts that Plaintiff's Claims are barred by spoliation of evidence. Saint-Gobain adopts and incorporates its previous Answer and Affirmative Defenses to Plaintiff's Complaint as if fully set forth herein.

s/Robert H. Sprain, Jr.
Robert H. Sprain, Jr.
ASB-4177-A38R
Attorney for the Defendant,
Saint-Gobain Abrasives, Inc.
Sprain & Associates
201 Beacon Parkway West
Suite 317
Birmingham, Alabama 35209
Tel: (205) 437-3232
Fax: (205) 453-1012
Email: rhs@sprainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals by placing a copy thereof in the United States mail, postage prepaid, on this 19th day of January, 2006.

Joseph D. Lane
Cochrane, Cherry, Givens, Smith, Lane & Taylor, PC
P. O. Box 927
Dothan, Ala. 36302

John A. Earnhardt
Maynard, Cooper & Gayle, PC
1901 6th Avenue North
Birmingham, AL 35203

W. Scott McGarrah, III
Teresa D. Davenport
McGarrah & Davenport, PC
P.O. Box 43548
Birmingham, AL 35243

Eugene P. Stutts
Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203

s/Robert H. Sprain, Jr.
OF COUNSEL
