IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv994-MHT |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc., et al.,** ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that the motions for leave to amend (Doc. Nos. 28 & 29) are granted. The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 20th day of January, 2006.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**