IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:  1:05cv994-T |
| vs. | ) | |
| | ) | |
| UNITED RENTALS (NORTH | ) | |
| AMERICA), Inc. Et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO RALCORP'S MOTION TO INTERVENE**

COMES NOW, the Plaintiff, by and through his undersigned counsel and pursuant to Rule 24 (a)(2), *Federal Rules of Civil Procedure* hereby submits his response to Ralcorp's Motion to Intervene for the purpose of enforcing its workers' compensation lien as provided under Ala. Code § 25-5-11 and Rule 24 (a) (2) of the Federal Rules of Civil Procedure.  Plaintiff has no objection to Ralcorp's Statutory Intervention.

**RESPECTFULLY SUBMITTED** this 27th day of January, 2006.

                                              **COCHRAN, CHERRY, GIVENS,**
                                              **SMITH, LANE & TAYLOR, P.C.**

                                              /s/Joseph D. Lane
                                              **JOSEPH D. LANE (lane9991)**
                                              Attorney for Plaintiffs
                                              163 W. Main Street
                                              P. O. Box 927
                                              Dothan, AL  36302
                                              (334) 793-1555

CERTIFICATE OF SERVICE

    I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 27th day of January, 2006:

John a. Earnhardt, Esq.
Mitesh Shah, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618

Robert H. Sprian, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317
Birmingham, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

Joseph T. Brasher
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, GA  30308

        /s/ Joseph D. Lane
        **OF COUNSEL**