IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY,                ) | |
|                            ) | |
|     Plaintiff,             ) | |
|                            ) | CIVIL ACTION NO. |
|    v.                          ) | 1:05cv994-MHT |
|                            ) | |
| UNITED RENTALS (NORTH         ) | |
| AMERICA), Inc., et al.,       ) | |
|                            ) | |
|     Defendants.            ) | |

**ORDER**

It is ORDERED that the motion to intervene (Doc. No. 25) is granted.

DONE, this the 6th day of February, 2006.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**