**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| MATTHEW RILEY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action Number: 1:05 CV-994-T |
| | ) |
| UNITED RENTALS, INC.; | ) |
| SAINT-GOBAIN ABRASIVES, INC., | ) |
| formerly dba Clipper Manufacturing | ) |
| Company, Inc., and dba Norton | ) |
| Construction Products; GAST | ) |
| MANUFACTURING, INC., a Unit of IDEX | ) |
| CORPORATION, and formerly | ) |
| dba GAST MANUFACTURING., | ) |
| MILWAUKEE ELECTRIC TOOL | ) |
| CORPORATION and fictitious | ) |
| defendants ABC, DEF, GHI, JKL | ) |
| and MNO. | ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT MILWAUKEE ELECTRIC TOOL CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to the rules of the United States District Court for the Middle District of Alabama, and in order to enable the Judges of this Court to evaluate possible disqualification or recusal, Milwaukee Electric Tool Corporation states that it is owned by Esstar Industries, Inc., a Delaware corporation, which is owned by Esstar, Inc., a Delaware corporation, which is owned by Techtronic Industries North America, Inc., a Delaware corporation, which is owned by Techtronic Industries Co. Ltd., which is a Hong Kong company that is publically traded on the Hong Kong Exchange.

    /s/ W. Scott McGarrah, III
**W. Scott McGarrah, III (MCG005)**

    /s/ Teresa D. Davenport
**Teresa D. Davenport (DAV074)**
Attorneys for defendant,
Milwaukee Electric Tool Corporation

**OF COUNSEL:**
MCGARRAH & DAVENPORT, P.C.
Post Office Box 43548
Birmingham, AL 35243
(205) 972-8989

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___17___ day of February, 2006, electronically served a copy of the foregoing on the following attorneys of record:

Joseph D. Lane, Esq.
Cochran, Cherry, Givens, Smith Lane & Taylor, P.C.
163 West Main Street
Post Office Box 927
Dothan, Alabama 36302

John A. Earnhardt, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618

Robert H. Sprain, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317
Birmingham, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich
     & Anderson
One Georgia Center
600 W. Peachtree Street, N.W.
17th Floor
Atlanta, Ga. 30308

                                     /s/ W. Scott McGarrah, III
                                            OF COUNSEL