IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| PLAINTIFF, | ) ) ) |
| VS. | ) ) CASE NO: 1:05cv994-MHT-SRW |
| UNITED RENTALS (NORTH AMERICA) INC., et al., | ) ) ) ) |
| DEFENDANTS. | ) ) |

## GAST MANUFACTURING FIRST AMENDED ANSWER

Comes now Defendant, designated as Gast Manufacturing, Inc., a Unit of Idex Corporation and formerly d/b/a Gast Manufacturing, Inc., and amends its answer to add an additional affirmative defense of spoilation of evidence. Gast Manufacturing asserts that plaintiff's claims are barred by spoilation of evidence. Gast Manufacturing adopts and incorporates its previous Answer and Affirmative Defenses to plaintiff's complaint as if fully set forth herein.

               /s/Eugne P. Stutts
               Eugene P. Stutts
               Attorney Bar No.: STU003

OF COUNSEL:
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
(205) 328-4100

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served by United States Mail, postage prepaid and properly addressed, to

Joseph D. Lane
Cochrane, Cherry, Givens,
  Smith, Lane & Taylor, PC
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert H. Sprain, Jr.
Sadler Sullivan PC
2500 SouthTrust Tower
420 20th Street N
Birmingham, AL 35203-5203

John A. Earnhardt
Maynard, Cooper & Gayle, PC
1901 6th Ave N
Birmingham, AL 35203

W. Scott McGarrah III
Teresa D. Davenport
McGarrah & Davenport PC
P.O. Box 43548
Birmingham, AL 35243

This the 20th day of March, 2006.

/s/ Eugene P. Stutts
OF COUNSEL