IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv994-MHT |
| | ) |
| UNITED RENTALS (NORTH | ) |
| AMERICA) INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendant Gast Manufacturing, Inc.'s motion for HIPAA Order (Doc. # 35), filed March 20, 2006, and for good cause, it is

ORDERED that the plaintiff may respond to the motion on or before April 3, 2006.

Done, this 20th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE