IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No.: 1:05cv994-T** |
| vs. | ) | |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERICA), Inc. Et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE AND OBJECTION TO DEFENDANT GAST MANUFACTURING, INC'S., MOTION FOR HIPAA ORDER IN CIVIL ACTION FOR OBTAINING PLAINTIFF'S MEDICAL RECORDS PURSUANT TO THE HIPAA PRIVACY RULES, 45 C.F.R.§ 164.512(e)(1)**

COMES NOW Plaintiff in the above-styled cause and pursuant to the HIPAA Privacy Rules, 45 C.F.R. § 164.512(e)(1) and "45 C.F.R. § 164.512(3)" responds and objects to Defendant's motion for HIPAA order in obtaining Plaintiff's medical records as follows:

1.    Defendant Gast Manufacturing Inc. (Gast) cites to 45 C.F.R. § 164.512(3) in support of its Proposed Protective Order. Upon review of 45 C.F.R. § 164.512 Plaintiff can find no section or sub-section listed as "45 C.F.R. § 164.512**(3)**" (emphasis added), and therefore cannot specifically address Defendant's position with regards to this non-existent citation.

2.    While Plaintiff does not object to the issuance of a properly proposed Order, pursuant to 45 C.F.R. § 164.512(e)(1)(v), Plaintiff specifically objects to the issuance of the Order as proposed by Defendant Gast. The Proposed Order fails to provide that the parties are prohibited "from using or disclosing the protected health information for any purpose other than the litigation or proceeding for which such information was requested" pursuant to the requirements of 45 C.F.R. § 164.512(e)(1)(v)(A).

3.    Furthermore, Plaintiff requests that the Order limit the time pertinent to the disclosure to protected health information reasonably expected to relate to the injuries claimed in the instant

action pursuant to the intent of 45 C.F.R. 164.512(e)(1)(i). For example, Plaintiff requests that the Order authorizing the disclosure of protected health information be limited to records dating no further than 5 years prior to the subject incident.

4.      It should be noted that Plaintiff has previously provided Defendant Gast, Inc., and other defendants with all medical records generated in the treatment of Plaintiff's injuries suffered in this action.

5.      With the exception of the aforementioned objections and suggested modifications to the proposed "HIPAA Order in Civil Action" Plaintiff has no objection to this issuance an Order allowing the disclosure of relevant health information.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to deny Defendant Gast, Inc.'s Motion and proposed Order as written. In the alternative, Plaintiff requests this Honorable Court to issue an Order pursuant to Defendant Gast, Inc.'s request, but with the modifications as suggested by Plaintiff.

**RESPECTFULLY SUBMITTED** this 28th day of March, 2006.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**


/s/Joseph D. Lane
**JOSEPH D. LANE (lane9991)**
Attorney for Plaintiffs
163 W. Main Street
P. O. Box 927
Dothan, AL  36302
(334) 793-1555

**CERTIFICATE OF SERVICE**

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 28th day of March, 2006:

John a. Earnhardt, Esq.
Mitesh Shah, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618
Defense Counsel for United Rentals (North America), Inc.

Robert H. Sprian, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317
Birmingham, Alabama 35209
Defense Counsel for Saint-Gobain Abrasives, Inc.

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Defense Counsel for Gast Manufacturing, Inc.

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243
Defense Counsel for Milwaukee Electric Tool Corporation

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 West Peachtree Street NW
Atlanta, GA  30308
Defense Counsel for RalCorp Holdings, Inc.

                                                 /s/ Joseph D. Lane__
                                                 **OF COUNSEL**