IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:05cv994-MHT |
| | ) |
| UNITED RENTALS (NORTH | ) |
| AMERICA) INC., et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of defendant Gast Manufacturing, Inc.'s motion for HIPAA Order (Doc. # 35), filed March 20, 2006, and plaintiff's response and objection to motion (Doc. # 38), filed March 28, 2006, and for good cause, it is

ORDERED that the parties are DIRECTED to confer in a good faith effort to prepare a joint proposed HIPAA order which shall be filed with the court on or before April 17, 2006.

DONE, this 30th day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE