IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05cv994-MHT |
| ) | WO |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of Gast Manufacturing, Inc.'s, motion for HIPAA Order (Doc. # 35), filed March 30, 2006, and for good cause, it is

ORDERED that the motion be and hereby is DENIED without prejudice due to the parties' failure to comply with the court's order to confer and file a joint proposed order (Doc. # 39).

DONE, this 24th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE