IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Civil Action No.: 1:05cv994-MHT |
| | ) |
| **UNITED RENTALS (NORTH AMERCIA), INC., et al.** | ) |
| | ) |
| **Defendants.** | ) |

### NOTICE OF APPEARANCE ON BEHALF OF UNITED RENTALS

**COMES NOW** C. Winston Sheehan, Jr., an attorney with the law firm of Ball, Ball, Matthews & Novak, P.A., Post Office Box 2148, Montgomery, Alabama 36102-2148, and enters his appearance as counsel for United Rentals (North America), Inc.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

### CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

- **Joseph T. Brasher**
  jbrasher@hwaalaw.com

- **Teresa Davidson Davenport**
  tdmcgdav@bellsouth.net

- **John Aaron Earnhardt**
  jearnhardt@mcglaw.com

- **Joseph Davie Lane**
  jlane@cochranfirm.com jdavidlane@aol.com

- **W. Scott McGarrah, III**
  mcgdav@bellsouth.net

- **Mitesh Bansilal Shah**
  mshah@mcglaw.com

- **Robert H. Sprain, Jr**
  rhs@sprainlaw.com

- **Eugene P. Stutts**
  eps@spain-gillon.com clb@spain-gillon.com

/s/ C. Winston Sheehan, Jr.
OF COUNSEL