IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO.: ) ) 1:05-CV-994-T |
| UNITED RENTALS (NORTH AMERICA), INC., et. al. | ) ) ) |
| Defendants. | ) |

## MOTION FOR AND NOTICE OF WITHDRAWAL

COME NOW John A. Earnhardt and Mitesh B. Shah of the law firm of Maynard, Cooper & Gale, P.C. and file this Motion for and Notice of Withdrawal as attorneys for Defendant United Rentals (North America), Inc. Winston C. Sheehan, Jr. of Ball, Ball, Matthews & Novak, P.A. has filed a notice of appearance and will serve as counsel for United Rentals from this point forward.

Wherefore, premises considered, Maynard, Cooper & Gale, P.C. requests that this Court grant this motion to withdraw its representation of Defendant United Rentals (North America), Inc.

Respectfully submitted,

/s/ John A. Earnhardt
John A. Earnhardt (EAR006)
Attorney for Defendant United Rentals
(North America), Inc.

01335030.1

- 2 -

/s/ Mitesh B. Shah
Mitesh B. Shah (SHA066)
Attorney for Defendant United Rentals
(North America), Inc.

OF COUNSEL:

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1000
Fax: 205.254.1999

- 2 -

01335030.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by the Court's CM\ECF:

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.
163 West Main Street
P.O. Box 927
Dothan, AL 36302

Robert Sprain, Jr., Esq.
SPRAIN & ASSOCIATES, PC
201 Beacon Pkwy W., Suite 317
Birmingham, AL 35209-3129

W. Scott McGarrah, Esq.
Terest D. Davenport, Esq.
McGARRAH & DAVENPORT, P.C.
P.O. Box 43548
Birmingham, AL 35243

Eugene P. Stutts, Esq.
SPAIN & GILLON
The Zinszer Building
3117 2nd Avenue North
Birmingham, AL 35203-3753

Winston C. Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
P.O. Box 2148
Montgomery, AL 36102-2148

on this the 4th day of May, 2006.

_____
OF COUNSEL

- 3 -
01335030.1