IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,**   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>**UNITED RENTALS (NORTH**   )<br>**AMERICA), Inc., et al.,**   )<br>   )<br>   Defendants.   ) | CIVIL ACTION NO.<br>1:05cv994-MHT |

### ORDER

It is ORDERED that the motion for withdrawal (Doc. No. 44) is granted.

DONE, this the 5th day of May, 2006.

　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**