IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action Number: 1:05 CV-994-T<br>) |
| UNITED RENTALS, INC.; et al | )<br>) |
| Defendants. | )<br>) |

## **DEFENDANT MILWAUKEE ELECTRIC TOOL CORPORATION'S**
## **MOTION FOR SUMMARY JUDGMENT**

Defendant MILWAUKEE ELECTRIC TOOL CORPORATION pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in its favor with respect to each and every count and claim asserted against it in plaintiff's Complaint. In support of their motion, MILWAUKEE ELECTRIC TOOL CORPORATION rely upon, and incorporates herein by reference, the following:

    a.    Al pleadings filed by the parties;

    b.    MILWAUKEE ELECTRIC TOOL CORPORATION contemporaneously filed memorandum Brief ;

    c.    Exhibit A -    Saint Gobain's responses to Plaintiff's Interrogatories;

    d.    Exhibit B -    Matthew Riley's deposition, pgs. 18 and 65;

    e.    Exhibit C  -    Report of Shaver Engineering & Design

    f.    Exhibit D  -    Report and Findings of John C. Frost

WHEREFORE, defendant MILWAUKEE ELECTRIC TOOL CORPORATION respectfully request the Court to enter summary judgment in its favor.

/s/ W. Scott McGarrah

--------

**W. Scott McGarrah, III (MCG005)**

/s/ Teresa d. Davenport

--------

**Teresa D. Davenport (DAV074)**
Attorneys for defendant MILWAUKEE ELECTRIC TOOL CORPORATION

**OF COUNSEL:**

McGarrah & Davenport, P.C.
P. O. Box 43548
Birmingham, AL 35243
(205) 972-8989

## CERTIFICATE OF SERVICE

I hereby certify that I have this the ___30___ day of __August_____, 2006, served a copy of the foregoing pleading on the following attorneys of record:

Joseph D. Lane, Esq.
Cochran, Cherry, Givens, Smith Lane & Taylor, P.C.
163 West Main Street
Post Office Box 927
Dothan, Alabama 36302

Robert H. Sprain, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317
Birmingham, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

/s/ W. Scott McGarrah

_____
OF COUNSEL