# EXHIBIT "B"

COPY

1

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION

MATTHEW RILEY,

       Plaintiff,

Vs.                               CIVIL ACTION NO.

                                  1:05 CV-994-W

MILWAUKEE ELECTRIC TOOL

CORPORATION, et al.,

       Defendants.


        VIDEO DEPOSITION OF **MATTHEW RILEY**, taken pursuant to notice and stipulation on behalf of the Defendants, in the conference room of Cochran, Cherry, Givens, Smith, Lane & Taylor, 163 West Main Streeet, Dothan, Alabama, before Ricky L. Tyler, (AL-CSR-212) Certified Shorthand Reporter and Notary Public in and for the State of Alabama at Large, on Wednesday, June 21st, 2006, commencing at 10:35 A.M.

MONTGOMERY REPORTING SERVICE
(334) 262-3331

```
 1            third shift at the time of the accident?
 2   A.       Approximately three or four.
 3   Q.       Three or four days?
 4   A.       Yes.
 5   Q.       All right, sir.  When did you actually begin
 6            work at Flavor House?
 7   A.       Approximately three or four days.
 8   Q.       All right.  If the accident happened late on
 9            August the 28th of 2003 or the early morning
10            hours of August the 29th, 2003, your best
11            judgment of when you first went to work at
12            Flavor House would be what, sir?  What date?
13   A.       What date?  In my best judgment, I think it was
14            the 25th.
15   Q.       All right, sir.  And as I understand, the
16            accident happened either late Thursday the 28th
17            of August or the early morning Friday the 29th
18            of August?
19   A.       Correct.
20   Q.       And you had first gone to work at Flavor House
21            on the 25th, which would have been a Monday?
22   A.       Right.
23   Q.       All right, sir.  Now, the next exhibit there,
```

|    |    |    |
|----|----|----|
| 1  | Q. | When the drill was used for the first hole, you |
| 2  |    | say it took approximately ten minutes? |
| 3  | A. | Yeah. |
| 4  | Q. | Did you have any difficulty drilling that first |
| 5  |    | hole? |
| 6  | A. | No. |
| 7  | Q. | And as I understand, the second hole was |
| 8  |    | drilled by you without Mike being present? |
| 9  | A. | Correct. |
| 10 | Q. | And how long before the accident occurred while |
| 11 |    | you were drilling that second hole? |
| 12 | A. | About the same time, about ten minutes. |
| 13 | Q. | And what happened, sir? |
| 14 | A. | The bit lodged inside the hole, the base broke |
| 15 |    | loose, the whole unit began to spin around. |
| 16 |    | And I jumped away from it, but the cord caught |
| 17 |    | my leg from the spinning and I landed on -- |
| 18 |    | down on my elbow, and as instantly as I hit the |
| 19 |    | ground, the unit, you know, flung out of the |
| 20 |    | hole, became airborne and hit me in the left |
| 21 |    | side of my face. |
| 22 | Q. | Sir, can you help us understand that mechanism |
| 23 |    | of that injury maybe using this demonstrative |