IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action Number: 1:05-cv-994-W |
| UNITED RENTALS, INC.; SAINT-GOBAIN ABRASIVES, INC., formerly dba Clipper Manufacturing Company, Inc., and dba Norton Construction Products; GAST MANUFACTURING, INC., a Unit of IDEX CORPORATION, and formerly dba GAST MANUFACTURING.; MILWAUKEE ELECTRIC TOOL CORPORATION and fictitious Defendants ABC, DEF, GHI, JKL and MNO. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes Now Kevin T. Shires and files this Notice of Appearance for Defendant Saint-Gobain Abrasives, Inc., formerly d/b/a Clipper Manufacturing Company, Inc., and d/b/a Norton Construction Products (hereinafter "Saint-Gobain"). Saint-Gobain will also continue to be represented by Robert H. Sprain, Jr.

/s/ Kevin T. Shires
Kevin T. Shires, Esq. (ASB-4382-E64K)
Attorney for Saint-Gobain Abrasives, Inc.

**OF COUNSEL:**
SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 802-7037
Email: ktshires@bellsouth.net

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following attorneys of record by placing emailing a copy thereof in the United States mail, first class, postage prepaid, and electronically filing the same on this the 31st day of August, 2006.

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
P. O. Box 927
Dothan, AL 36302

W. Scott McGarrah, Esq,
MCGARRAH & DAVENPORT, P.C.
Post Office Box 43548
Birmingham, AL 35243

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama   36102-2148

Eugene P. Stutts, Esq.
SPAIN GILLION, LLC
The Zinszer Building
2117 2nd Avenue North
Birmingham, AL  35203

/s/ Kevin T. Shires
OF COUNSEL