```
                IN THE UNITED STATES DISTRICT COURT FOR

                   THE MIDDLE DISTRICT OF ALABAMA

                          SOUTHERN DIVISION




    MATTHEW RILEY,

            Plaintiff,

    Vs.                                 CIVIL ACTION NO.

                                        1:05 CV-994-W

    MILWAUKEE ELECTRIC TOOL

    CORPORATION, et al.,

            Defendants.




            DEPOSITION OF KENNETH TEW, taken pursuant
    to notice and stipulation on behalf of the
    Defendants, in the conference room of Cochran,
    Cherry, Givens, Smith, Lane & Taylor, 163 West Main
    Street, Dothan, Alabama, before Ricky L. Tyler,
    Certified Court Reporter and Notary Public in and for
    the State of Alabama at Large, on Monday, July 17th,
    2006, commencing at 1:05 P.M.
```

EXHIBIT 1

```
 1              second year I was there I got promoted to
 2              Production Superintendent.
 3    Q.        And how long were you Production
 4              Superintendent?
 5    A.        Until I left in -- it must have been about
 6              August of '04.
 7    Q.        So about a year after this accident when you
 8              received -- is when you left?
 9    A.        Uh-huh.  (Positive response.)
10    Q.        And how long had you been a Production
11              Superintendent?
12    A.        For about three years.
13    Q.        So you had been a Production Superintendent at
14              Flavor House since 2001?
15    A.        Yes.
16    Q.        Did you hold any position or did you perform
17              the functions of a Safety Director for Flavor
18              House at the time of this accident?
19    A.        I can't remember if -- at the time.  I know our
20              Safety Director, Levin Hamm, had left and there
21              was a female, I can't remember her name, she
22              stayed for about three months.  And I can't
23              remember if she was still there or not.  It
```