IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO: 1:05cv994-T |
| ) | |
| UNITED RENTALS (NORTH AMERICA) ) | |
| INC., et al., ) | |
| ) | |
| DEFENDANTS. ) | |

### DEFENDANTS' RULE 26(a) INFORMATION

COMES NOW defendant designated as Gast Manufacturing, Inc., a Unit of Idex Corporation and formerly d/b/a Gast Manufacturing, Inc., and submit the following Rule 26 information regarding the expert witnesses that they may use at the trial of this case either live or by deposition:

1. Defendant reserves the right to call William C. Cloyd as an expert at the trial of this case. Mr. Cloyd is expected to testify as to the design of the Gast DOA V-185A-AA vacuum pump and the integration of that pump into the Clipper DM500 Core Drill system. The basis for his opinions include education, training and experience in the design of mechanical systems as well as various materials reviewed in this case. A copy of Mr. Cloyd's Rule 26(a)(2) Disclosures, Curriculum Vitae, and Trial & Deposition List are attached as Exhibit A.

2. Defendant reserves the right to call C. Andrew Robinson, PhD as an expert at the trial of this case. Dr. Robinson is expected to testify as to the use of marijuana by

the plaintiff and marijuana's association with impaired cognitive and performance tasks. A copy of Dr. Robinson's Rule 26(a)(2) Disclosures and Curriculum Vitae are attached hereto as Exhibit B.

The defendant reserves the right to supplement this Rule 26 information if necessary.

Respectfully submitted,

/s/ Eugene P. Stutts
Eugene P. Stutts - ASB-0303-577E
Attorney for Gast Manufacturing, Inc.

OF COUNSEL:
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
(205) 328-4100
eps@spain-gillon.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Joseph D. Lane  Attorney for Plaintiff
Cochrane, Cherry, Givens,
   Smith, Lane & Taylor, PC
163 West Main Street
P.O. Box 927
Dothan, AL  36302

Robert H. Sprain, Jr.  Attorney for Saint-Gobain
Sprain & Associates, PC
201 Beacon Parkway West
Suite 317
Birmingham, AL 35209-3129

C. Winston Sheehan, Jr.  Attorney for United Rentals
Ball, Ball, Matthews & Novak, P.C.
2000 Interstate Park Drive, Suite 204
P.O. Box 2148
Montgomery, AL 36102

W. Scott McGarrah III  Attorneys for Milwaukee Electric
Teresa D. Davenport
McGarrah & Davenport PC
P.O. Box 43548
Birmingham, AL  35243

Heather S. Robinson, Esq.
Hamilton, Westby, Antonowich & Anderson
600 W. Peachtree St., NW
17th Floor
Atlanta, GA 30308

/s/ Eugene P. Stutts
OF COUNSEL