# EXHIBIT A

August 31, 2006


Rule 26 (a) (2): Disclosure of Expert Testimony


To:   Mr. Eugene P. Stutts
      Spain & Gillon
      2117 Second Avenue North
      Birmingham, AL  35203


1.    William C. Cloyd
      4388 Ft. Springs Road
      Lexington, KY 40513

2.  Qualifications:

      See Attached Curriculum Vitae, Trial and Deposition List

3.  Opinions:

      It is my opinion that the Gast DOA V-185A-AA vacuum pump that was
integrated into the Clipper DM500 Core Drill system, by Norton Construction
Products, was safe, non-defective and suitable for its intended use.

      Norton Construction Products as the ultimate designer of the DM500 Core
Drill system specified and integrated the subject Gast vacuum pump device as
one component in a multi-component industrial drilling device. Gast had no part
in designing the drill system and provided an off-the-shelf product identical to
that supplied to other manufacturers for many other uses.

      The Gast DOA V-185A-AA vacuum pump system, as designed and
supplied, consists of the motor and pump unit, a vacuum gauge and a power
cord. The Gast vacuum pump supplied to Norton Construction Products was
ultimately modified by adding external componentry and assigned a new and
different set of part numbers in their Operator's Manual.

      The vacuum pump system, as used on the DM500 Core Drill, was simply
to provide a vacuum source and there is no evidence that it did not do exactly
that. Plaintiff's experts have opined that the pump should have incorporated an
interlock switch to detect loss of vacuum and shut off power to the drill. If, in
this special use case, the designer or manufacturer of the drill unit considered

that feature necessary, they easily could have added it. Gast was an outside vendor that provided a basic vacuum pump system which performed exactly as expected.

I am not aware of any aspect of this incident that can reasonably be attributed to Gast or any aspect of the vacuum system that they produced.

4. The basis for these opinions includes my education, training and experience in the design of mechanical systems. In addition I have reviewed the following materials and reserve the right to modify this report based upon review of additional materials:

Complaint                                        8-26-05

Accident Report                                  8-29-03

Statement:    James Mason
              Kenneth Tew

Riley Employment Records

Depositions

          Matthew Riley                          6-21-06
          Michael Waters                         7-18-06
          Kenneth Tew                            7-17-06

          Exhibits to Mike Walters Deposition

Medical Records of Matthew Riley

Operator's Manual - Clipper DM 500

Gast – Parts and Data Sheets

Shaver Engineering Report

Report of John Frost                             6-28-06

Video of Drill Inspection

Photographs from Drill Inspection

I am compensated at an hourly rate of $240.00 for research, deposition and trial testimony. Major expenses such as travel, meals and lodging are billed at direct cost.

Respectfully submitted,

William C. Cloyd

CURRICULUM VITAE

William C. Cloyd
4388 Ft. Springs Road
Lexington, KY 40513

859-255-3652 Voice/FAX

TECHNICAL SPECIALIZATION

Evaluation of design and design processes with emphasis on guarding, manufacturability, utility, reliability and safety of mechanical, electrical and robotic production and material handling equipment.

Industrial and vehicular accident reconstruction including causation, site analysis, and calculation of pre and post crash dynamics. Determination of vehicle speed and direction using conservation of momentum techniques.

Design, analysis and construction of automated, manual and remotely controlled manufacturing, assembly and production systems. The integration of automated systems into manufacturing lines including the loading, securing, transporting, unloading and installation of such systems on the factory floor. The design of robotic work cells with emphasis on end-of-arm tooling and safety related matters.

EDUCATIONAL AND PROFESSIONAL ASSOCIATIONS

Bachelor of Science in Mechanical Engineering – University of Kentucky, (1966)

Master of Science in Mechanical Engineering (Bio-Engineering) – University of Kentucky, (1968)

Thesis: "Ground Based Simulation of Rocket-Borne Gravity Preference Experiment"

Certified as Trainer for Lift Truck Operators – Clark Material Handling Co.
"Trainer the Trainer" program, July 1993. Re-Certified in the Operation of Sit-Down, Stand-Up and Walkie-Rider style Lift Trucks, May 2004, Portman Equipment Company.

William C. Cloyd – Curriculum Vitae
Page Two


Seminars and additional instruction in design, pneumatic tooling and systems, patent and copyright protection, licensing and related matters.

Professional Affiliations include:


Society of Automotive Engineers

American Society of Agricultural Engineers


Patents:

      Issued  -  Robotic Arm Coupling Device     4,696,524

      Issued  -  Robotic Liquid Sampling System     5,166,889

      Issued  -  Sealing Cap with One Way Valve     5,202,093


EMPLOYMENT HISTORY


1986 – Present          Owner
                        Automation Development Corporation
                        Lexington, Kentucky

Independent consultant in the field of industrial material handling and automation, performing design and concept analysis, design engineering and market functions. Also provides prototyping of new devices and technical consultation involving design processes and automation. Testing, research services for industrial, agricultural and construction equipment. Hazard risk analysis and development of contemporary design warning labels for heavy equipment. Construction of static and fully operational exhibits for demonstration, seminar and educational purposes.

William C. Cloyd -- Curriculum Vitae
Page Three


1987 – 1991          Vice President – Research and Development
                     Medical Robotics, Inc.
                     Lexington, Kentucky

Designed, prototyped and refined for manufacture, medical equipment and devices
related to blood serum processing and containment. Filed patents, both in the United
States and foreign countries for recognition of newly developed art in the areas of closed
tube sample acquisition. Developed appropriate operational and safety materials for
utilization of automated processes.


1979 – 1986          President
                     Tri Tek Engineering, Inc.
                     Lexington, Kentucky

Owner/Partner of company and responsible for all aspects of technical design,
development and company management. Designed, built and installed automated systems
for industry. Company also specialized in electronic, electro-mechanical and
environmental product development.


1971 – 1979          Vice President – Engineering
                     Visumatic Industrial Products
                     Lexington, Kentucky

Engineering support for high volume assembly of consumer products such as typewriters,
electronic devices and electro-mechanical assemblies. Created an automation group to
design and build specific assembly automation for customers nation wide. Responsible
for design, construction and marketing of automated units produced by the group.


1970 – 1971          Staff Engineer
                     Robinson Tool & Die Co.
                     Richmond, Kentucky

Served as staff engineer involved with sales and production of precision tools and metal
stampings for the automotive industry.

William C. Cloyd  --  Curriculum Vitae
Page Four


1964 – 1970           Staff Research Associate
                      Wenner-Gren Aeronautical Research Lab
                      University of Kentucky
                      Lexington, Kentucky


Designed ground based simulation equipment for Aerobee-150 rocket launches carrying live animal payloads, a joint NASA / University of Kentucky project, Wallops Island, Virginia. Technical representative on a team responsible for design, analysis and functional improvement of an orthopedic fracture table.


RESEARCH, DESIGN AND DEVELOPMENT

Court appointed expert retained by U.S. Magistrate Judge, Cincinnati, Ohio in a matter involving a claim of economic loss from the purchase and use of an automated production system.

Stability determinations of industrial lift trucks in original equipment design in comparison to configurations as modified by ultimate users, and conformance with applicable ANSI B56.1 Safety Standard for Powered Industrial Trucks.

Design and build of a specialized scissors lift work platform mounted to an industrial utility vehicle. Process included hazard analysis, thorough review and adherence to ANSI A92.6, UL wiring and AWS welding standards and creation of appropriate warning labels per ANSI Z535.4.

Damage Analysis and Energy Methods in Traffic Accident Reconstruction, John Daly & Nathan Shigemura,  January 17-21, 2005

Special Problems in Traffic Crash Reconstruction – Institute of Police Technology and Management          Jacksonville, FL   April 2004, April 2005, April 2006

Crash Data Retrieval - User Certification Course – Institute of Police Technology and Management          Jacksonville, FL   November 2003

Accident Reconstruction Course – *Vehicle Dynamics* – Northwestern University, Evanston, IL      October 8-12, 2001

Accident reconstruction training seminar by Rudolf Limpert, SAE Conference, Detroit, MI, February 24-26, 1997.
William C. Cloyd – Curriculum Vitae
Page Five

Accident Reconstruction software training (PC Crash), MacInnis Engineering Associates, Vancouver, B.C.  August 2000 and August 2001

Product Liability Seminar, SAE Conference, Detroit, MI, February 23-24, 1998.

Co-authored paper, 'Lift Truck Safety Enhancement in the Workplace', for Modern Material Handling Magazine, April 1994. Presented paper at the Material Handling Conference, Detroit, MI, April 19, 1994.

Managed the design, development, construction and installation of more that 150 highly automated and fully refined assembly systems into industrial service for clients in the consumer products industry.

Determination of ground level and pedestrian visibility from right-hand drive vehicles including postal delivery vans and refuse collection vehicles. Evaluation of mirror position and types for rearward visibility.

Survey of driver visibility of expected pedestrian populations, from the operator position, for various vehicles found on U.S. highways. Vehicles included full and compact sedans, foreign and domestic sport utility vehicles, full and mini-sized vans, full and compact pick-up trucks, highway tractors both conventional and cab over, and straight trucks including low front entry. Visibility included forward, rearward and an analysis of the mirrors commonly used.

Designed, developed and patented high volume, disposable blood tube closures for use in the clinical laboratory.

Development of warning and informational placards and labeling system for underground, longwall mining and feeding system.

Survey of the use and impact of audible and visual travel alarm systems on pedestrian traffic on airport concourses. The study was designed to determine the recognition of and response to safety alarms on a population that would not ordinarily encounter this type of alarm.

Survey of PTO shaft positions on commercial straight trucks and highway tractor units, including method of attachment relative to the type of setscrews used; square head versus Allen recess. Measurements documented location, shaft length, and height above ground, distance from front of vehicle and distance to nearest access opening.

Development of hardware and measurement methods for visibility assessment of industrial lift trucks in conformance with ANSI B56.11.6 Safety Standard: "Evaluation of

William C. Cloyd – Curriculum
Page Six

Visibility from Powered Industrial Trucks." Provide certification, to manufacturers, of visibility compliance for new lift truck products prior to market introduction.

Determination of conformance of lift truck and mast assemblies to ANSI B56.11.6 Safety Standard: "Evaluation of Visibility from Powered Industrial Trucks."

Survey of industrial lift truck fork retention methods and designs. Survey included assessing the level of redundancy of the majority of lift trucks sold in the United States during the period 1975 to 1993.

Designed, developed, patented and licensed a 'Quick Change Device' for robotic end-of-arm tooling.

Survey of commercially available audible and visual travel and back-up alarm systems potentially applicable to industrial trucks. This survey related to over 400 audible devices and 350 visual devices produced by 14 manufacturers.

Study of the sound levels produced when using commercial back-up alarms on lift trucks in warehouse conditions and in semi-trailers. Measurements included the effects of position of the alarm relative to the lift truck, and the interaction of multiple alarms working in close proximity. A 'smart alarm' was also included in the testing. This is an alarm that can increase the output level based on the ambient sound conditions.

Conducted coefficient of friction study using multiple shoe configurations on new and in-service, diamond pattern, aluminum tread plate as found on heavy vehicle steps used for ingress and egress. Tests performed in both the dry and water-wetted conditions. A statistical analysis was done to show conformance with accepted, safe, slip resistant parameters.

An analysis of an ultrasonic object detection device mounted, on the rear of a lift truck, and used as a rear travel alert system for the operator. Study included ease of installation, adequacy of instructions, ease of calibration and object detection effectiveness. Analysis also included operational characteristics in real driving and maneuvering situations.

Study of the location and function of the hydraulic control levers in rough terrain lift trucks as they relate to boom lift/lower, tilt and extension. The survey included the inspection of various lift trucks to determine the use of two function control levers versus the four function "joy stick" style.

Launched a series of four sounding rockets to determine animal behavior under conditions of reduced gravity. Responsible for ground-based equipment design and animal training.

William C. Cloyd – Curriculum
Page Seven

Designed and flew gravity preference experiments aboard USAF KC-135 aircraft to demonstrate animal locomotion in near weightless conditions.

Designed and developed two models of automated blood serum processing instruments for the clinical laboratory.

# Trial & Deposition List  -  William C. Cloyd

| Trial/Deposition | File Name | State | Year |
|---|---|---|---|
| Deposition | Seibel v. Builders Supply | Iowa | 2002 |
| Deposition | Walters v. Lucas Sumitomo | Ohio | 2002 |
| Trial | Commonwealth of KY v. Cook | Kentucky | 2002 |
| Deposition | Dickens v. Lafis Material Handling<br>U.S. District Court – Philadelphia<br>00-6048 | Pennsylvania | 2002 |
| Deposition | Burden v. DBT America, Inc.<br>U.S. District Court – Owensboro<br>4:01-CV-016-M | Kentucky | 2002 |
| Trial | Dickens v. Lafis Material Handling<br>U.S. District Court – Eastern Pennsylvania | Pennsylvania | 2002 |
| Deposition | Kossa v. Nissan Forklift Co.<br>U.S. District Court – Southern Texas<br>V-01-58 | Texas | 2002 |
| Deposition | Canada v. Adams Trucking<br>Pike Circuit Court<br>01-CI-01284 | Kentucky | 2002 |
| Deposition (2x) | Grigsby v. Williams, et al.<br>U.S. District Court – W. Kentucky<br>3:01 CV-302-S | Kentucky | 2002 |
| Deposition | Henderson v. Steel Terminals | Florida | 2002 |
| Trial | Kossa v. Nissan Forklift Co.<br>U.S. District Court – Southern Texas<br>V-01-58 | Texas | 2003 |
| Deposition | Wilson v. Soule Steam Feed Works<br>Laurel Circuit Court    No. 00-CI-0015 | Kentucky | 2003 |

| | | | |
|---|---|---|---|
| Deposition | Scott v. Freightliner<br>U.S. District Court – Eastern Kentucky<br>Case No. 01-269 | Kentucky | 2003 |
| Trial | Brown v. Shaw<br>Barren Circuit Court    00-CI-00122 | Kentucky | 2003 |
| Deposition | Nunez v. Mair Research,  S.P.A.<br>U.S. District Court – Little Rock<br>4:01 CV00146GH | Arkansas | 2003 |
| Deposition | Hight v. Kenworth Alaska<br>Superior Court State of Alaska<br>3AN-02-7763  CI | Alaska | 2003 |
| Deposition | Straub v. B&R Rubber<br>Gallatin Circuit Court<br>01-CI-00069 | Kentucky | 2003 |
| Trial | Nunez v. Mair Rsearch,  S.P.A.<br>U.S. District C ourt – Little Rock<br>4:01 CV00146GH | Arkansas | 2004 |
| Deposition | Collett v. Maxedon Hauling<br>Pendleton Circuit Court<br>02-CI-00142 | Kentucky | 2004 |
| Deposition | Buhrke v. Servicemax<br>Circuit Court of Cook County<br>Illinois    01 L 10255 | Illinois | 2004 |
| Trial | Chico v. Barrett/Nissan<br>Circuit Court - State of Wisconsin<br>02-CV-000687 | Wisconsin | 2004 |
| Deposition | Allen v. M&M Mechanika B. V.<br>United States District Court<br>Western District of Kentucky<br>Civil Action 1:03CV59-R | Kentucky | 2004 |
| Deposition | Graff v. Schaeff Incorporated<br>Circuit Court of Illinois – Cook<br>01-L-009060 | Illinois | 2004 |

2

| | | | |
|---|---|---|---|
| Deposition | Tottleben v. Kwik Tek<br>United States District Court<br>Western District of Kentucky<br>5: 03-CV-063-J | Kentucky | 2004 |
| Trial | Contessa v. Cascade Corporation<br>Supreme Court State of New York<br>County of Kings      12939/98 | New York | 2004 |
| Deposition | Hanna v. Majestic Steel Service<br>Cuyahoga County Common Pleas<br>Case No. 504325 | Ohio | 2005 |
| Deposition | White v. Municipal Supply<br>Circuit Court-Third Judicial Circuit<br>Madison County, Illinois  03-L-1512 | Illinois | 2005 |
| Deposition | Duffy v. Commercial Waste Disposal<br>Commonwealth of Kentucky<br>Calloway Circuit Court  04-CI-00015 | Kentucky | 2005 |
| Deposition | Terri Bernard v. Maxon Liftgate Inc.<br>Commonwealth of Kentucky<br>Jefferson Circuit Court, Division 3<br>Civil Action No. 03-CI-03015 | Kentucky | 2005 |
| Deposition | Lyons v. Anheuser Busch<br>Workers Compensation Matter | Kentucky | 2005 |
| Trial | Buhrke v. Servicemax<br>Circuit Court of Cook County<br>Illinois    01 L 10255 | Illinois | 2005 |
| Trial | Duffy v. Commercial Waste Disposal<br>Commonwealth of Kentucky<br>Calloway Circuit Court    04-CI-00015 | Kentucky | 2005 |
| Deposition | Linker v. Pep Boys<br>Commonwealth of Kentucky<br>Jefferson Circuit Court    04-CI-06979 | Kentucky | 2006 |
| Deposition | McAuly v. R&L Transfer, Inc.<br>U.S. District Court, Western Kentucky<br>2:04CV-676-M | Kentucky | 2006 |

3

| | | | |
|---|---|---|---|
| Deposition | Kemmeter v. Miller Lumber Co.<br>Court of Common Pleas<br>Brown County, Ohio<br>2002 0260 CHV | Ohio | 2006 |
| Deposition | Mivelaz v. R&L Transfer, Inc<br>U.S. District Court<br>Western District of Kentucky<br>305-CV-00438-S | Kentucky | 2006 |
| Deposition | Putrino v. Nissan Forklift Corporation<br>North America, et al.<br>Los Angeles County Superior Court<br>(Lancaster) Case No. MCO016499 | California | 2006 |
| Trial | Duncan v. Liftech Handling, Inc<br>State of New York<br>Supreme Court: County of Niagara<br>Index Number     103074 | New York | 2006 |
| Trial | McAuly v. R&L Transfer, Inc.<br>U.S. District Court, Western Kentucky<br>2:04CV-676-M | Kentucky | 2006 |