# EXHIBIT B

# C. Andrew Robinson, PhD
## Consultant in Toxicology

August 30, 2006

Eugene P. Stutts
Spain & Gillon
The Zinszer Building
2117 2nd Ave N.
Birmingham, AL 35203

    Re:   Riley vs. United Rentals, Inc., et al.

In reference to the above noted case, I have reviewed the record of Matthew Riley from Alta Care. In arriving at my opinions in this case I have relied on the medical records and my education and experience in forensic toxicology.

    1.   Mr. Riley was involved in an accident on August 29, 2003. Following the accident Mr. Riley tested positive for marijuana. Mr. Riley admits to smoking marijuana on August 29, 2003.

    2.   The use of marijuana initially causes a period of euphoria and relaxation. Acute consumption is also associated with impaired cognitive and performance tasks, driving, the operation of industrial equipment, and other divided attention tasks.

    3.   The marijuana Mr. Riley smoked on the day of the accident could have contributed to a lack of attention to detail, and could have contributed to the cause of the accident.

Sincerely,

C. Andrew Robinson, Ph.D

# CURRICULUM VITAE

## CLOYD ANDREW ROBINSON, JR., Ph.D.

**HOME ADDRESS:** 789 Arabian Road
Columbiana, AL 35051

**HOME PHONE NUMBER:** 205-664-7678

**EDUCATION:**
- 1966  B.S. Degree, Birmingham Southern College, Birmingham, AL
- 1970  Ph.D. Degree (Biochemistry), University of Alabama at Birmingham, Birmingham, AL

**CERTIFICATION:**
- 1982  American Board of Clinical Chemistry, Diplomate
- 1996  Fellow American Academy Forensic Sciences

**HONORS AND AWARDS:**
- 1969-1970  National Institutes of Health Pre-doctoral Fellowship Training Grant Recipient
- 1988  Veterans Administration Superior Performance Award
- 1994  Veterans Administration Special Contribution Award

**LICENSES:**
Drug Enforcement Administration
Radioactive Materials License, University of Alabama at Birmingham, Birmingham, AL

**APPOINTMENTS:**
- 1971-1972  Postdoctoral Training, Department of Medicine, Division of Diabetes, University of Alabama at Birmingham (UAB), Birmingham, AL
- 1972-1974  Instructor, Department of Clinical Pathology, Schools of Medicine and Dentistry, UAB
- 1972-2003  Clinical Chemist, Clinical Pathology Section, Veterans Administration Hospital, Birmingham, AL, retired 10-03
- 1974-1980  Assistant Professor, Department of Pathology, UAB
- 1977-1978  Consultant, Clinical Chemistry Section Department of Pathology, Carraway Methodist Medical Center, Birmingham, AL
- 1980-1984  Research Associate Professor, Department of Pathology, UAB
- 1981-Present  Associate Director, General Chemistry Section, Hospital Laboratories, University of Alabama Hospital, Birmingham, AL
- 1984-2003  Associate Professor, Department of Pathology, UAB
- 1991-Present  Director, Forensic Toxicology Laboratory, Department of Pathology, UAB
- 2003-Present  Professor, Department of Pathology, UAB
- 2003-Present  Section Head, UED Laboratory

Cloyd Andrew Robinson, Jr., Ph.D.

**MEMBERSHIPS AND COMMITTEES:**
    Sigma Xi Society
    American Academy of Forensic Sciences
    American Association for Clinical Chemistry
    National Academy of Clinical Biochemistry, Fellow
    Radiation Safety Committee, UAB Medical Center

**TEACHING EXPERIENCE:**

    1980-1991    Course Master, Laboratory Toxicology. One quarter course for post-graduate MDs, DVMs, and MTASCP students. Principles of instrumentation and methodology used in toxicology.

    1979-1991    Course Master, Clinical Chemistry. Two quarter course for post-graduate MDs, DVMs and MTASCP students. Review of the methods in chemistry, electrophoresis and endocrinology sections of clinical pathology, and the diagnosis of classical diseases with the use of specific tests.

    1976-Present    Course Master, Laboratory Instrumentation. One quarter course for graduate students. Principles and use of instrumentation from manual to high volume automated instrument systems, including spectrophotometer, fluorometer, gas chromatograph, liquid chromatograph, mass spectrometer.

    1972-Present    Lectures in medical technology chemistry course.

Cloyd Andrew Robinson, Jr., Ph.D.

## PUBLICATIONS:

### Papers since 1990

1. Ketchum CH, **Robinson CA**, Huang ST. *Analysis of 8-methoxypsoralen by high performance liquid chromatography.* Clin Chem 36:1956-1957, 1990.

2. Williams B, Ketchum CH, **Robinson CA**, Bell DSH. *Screening for slight albuminuria: A comparison of selected commercially available methods.* South Med J 83:1447-1449, 1990.

3. Kissin I, Brown PT, **Robinson CA**, Bradley EL. *Acute tolerance in morphine analgesia: Continuous infusion and single injection in rats.* Anesthesiology 74:166-171, 1991.

4. **Robinson CA** and Ketchum CH. *Common hemoglobinopathies and thalassemias.* Clinical Chemistry News 16:8, 1990.

5. Kissin I, Brown PT, **Robinson CA**, Bradley EL. *Acute tolerance to the Hypnotic Effect of Morphine in Rats.* Anesth Analg 73:619-21, 1991.

6. Yacoub I, **Robinson CA**, Simmons GT, Hall M. *A case report of death attributed to ethyl chloride.* J Anal Toxicology 17:384, 1993.

7. **Robinson CA**, Hall MA, Brissie RM, Day SK and Hortin G. *Detection of Sodium Azide by Capillary Electrophoresis.* Society of Forensic Toxicologists 18:12, 1994.

8. Hortin G, Day SK, **Robinson CA**, Hall MA. *Sodium Azide.* Clinical Chemistry, June 1994.

9. Hall, Marilyn A., **C. Andrew Robinson** and Robert M. Brissie. *High performance liquid chromatography analysis of alprazolam in postmortem blood using solid-phase extraction.* J. Anal. Toxicol. 19:511-514, 1995.

10. Sloop, Gregory, Hall, Marilyn A. and **Robinson, C. Andrew**. *False positive post-mortem EMIT drugs of abuse assay due to lactate dehydrogenase and lactate in Urine.* J. Anal. Toxicol. 19:554-556, 1995.

11. Rogers, William O., Hall, Marilyn A., Brissie, Robert M. and **Robinson, C. Andrew**. *Detection of alprazolam in three cases of methadone/benzodiazepine overdose.* J. Forensic Scic 42(1):155-156, 1997.

12. Kimerling ME, Phillips P, Patterson P, Hall MA, **Robinson CA.** Low serum antimycobacterial drug levels in non-HIV-infected tuberculosis patients. Chest 113 (5): 1178-1183, 1998, May.

13. Milner DA, Hall MA, Davis GG, Brissie RM, **C.A. Robinson**   Fatal multiple drug

3

Cloyd Andrew Robinson, Jr., Ph.D.

intoxication following acute sertraline use. *J. Anal Tox* **22**:545-548. October 1998.

14. Khuu H, **Robinson CA**, Brissie RM, and Konrad RJ. Postmortem diagnosis of unsuspected diabetes mellitus established by determination of decedent's hemoglobin A1c level. *J Forensic Scis*, (44):643-646, 1999 May.

15. Hortin GL, Dey SK, Hall M, and **Robinson CA**: Detection of Azide in forensic samples by capillary electrophoresis. *J Forensic Scis*, (44):1310-1313, 1999, November.

16. Khuu HM, **Robinson CA**, Goolsby K, Hardy RW, Konrad RJ. Evaluation of a new, fully-automated HPLC assay for hemoglobin $A_{1c}$. *Arch Pathol Lab Med* 1999;123:763-767.

17. Volk AL, Hardy RW, **Robinson CA**, Konrad R. False positive cardiac troponin I results: Two case results. *Lab Med* 1999;30:610-612.

18. Mikolaenko I, Benson E, Konrad RJ, Chaffin C, **Robinson CA**, Hardy RW. Evaluation of the Beckman LX20 clinical chemistry analyzer. *Lab Med* 2000;31:387-393.

19. Fu K, Konrad RJ, Hardy RW, Brissie RM, **Robinson CA**. An unusual multiple drug intoxication case involving citalopram. *J Anal Toxicol* 2000;24:648-650.

20. Ragland BD, Konrad RJ, Chaffin C, **Robinson CA**, Hardy RW. Evaluation of a homogeneous direct LDL-cholesterol assay in diabetic patients: The effect of glycemic control. *Clin Chem* 2000;46:1848-1851.

21. Benson EW, Hardy RW, Chaffin C, **Robinson CA**, Konrad RJ. A new automated chemiluminescent assay for erythropoietin. *J Clin Lab Anal* 2000;14:271-273.

22. Steinhauer JR, Volk A, Hardy RW, Konrad RJ, Daly TM, **Robinson CA**. Detection of ketosis in vitrious at autopsy after embalming. *J Forensic Sciences* 2002;47:221

23. Steinhauer JR, Hardy RW, **Robinson CA**, Daly TM, Chaffin C, Konrad RJ. Comparison of Non-Diglyceride- and Diglyceride-Based Assays for Pancreatic Lipase Activity. *J Clin Lab Anal* 2002;16:52-55

24. Gruszecki AC, Kloda S, Simmons GT, Daly TM, Hardy RW, **Robinson CA**. Polydrug Fatality Involving Metaxalone, *Journal of Forensic Sciences* 2003;48:432-434

25. Gruszecki AC, Hortin G, Lam J, Kahler D, Smith D, Vines J, Lancaster L, Daly TM, **Robinson CA**, Hardy RW. Utilization, Reliability, and Clinical Impact of Point-of-Care Testing during Critical Care Transport: Six years of experience. *Clinical Chemistry*;2003;49:1017-1019

Cloyd Andrew Robinson, Jr., Ph.D.

## Abstracts since 1990

1. **Robinson A**, Ketchum CH, Colburn N, Meyer R. *Effect of ethyl alcohol on reaction times as measured on a motorcycle simulator.* Clin Chem **36**:1170, 1990.

2. **Robinson CA**, Morrison M, Ketchum CH. *Evaluation of On-site THC screen products.* Clin Chem **36**:1027, 1990.

3. **Robinson CA**, Ketchum CH, Huang ST. *Analysis of 8-Methoxysoralen by HPLC.* Clin Chem **36**:1047, 1990.

4. Ketchum CH, **Robinson CA**, Williams B, Bell DSH. *Evaluation of commercially available tests for urinary microalbumin.* Clin Chem **36**:1180, 1990.

5. Ketchum CH, Stabler TV, Upton KA, **Robinson CA**. *Positivity rate of urine opiate tests following ingestion of poppy seeds.* Clin Chem **36**:1026, 1990.

6. Stabler TV, Ketchum CH, **Robinson CA**, Scott JW, Siegel AL. *Comparison of 4 Free T4 (FT4) Methods with FT4 by Equilibrium Dialysis (ED).* Clin Chem **37**:940, 1991.

7. **Robinson CA**, Ketchum CH, Stabler TV. *Five Way Comparison of Quinidine.* Clin Chem **37**:1012, 1991.

8. **Robinson CA**, Stabler TV, Ketchum CH. *Comparison of Ferritin by two Non-Isotopic Methods with IRMA.* Clin Chem **37**:1038, 1991.

9. **Robinson CA**, Broussard EE, Peiper SC. *Detection of EBV Sequences by HPLC Analysis of PCR Amplification Products.* Clin Chem **37**:1059, 1991.

10. **Robinson CA**, Hall M. *Laboratory Evaluation of the Widmark Formula to Calculate Ethyl Alcohol Levels.* Clin Chem 1992 (accepted for presentation at Annual meeting of American Association of Clinical Chemist, July 1992 and publication)

11. **Robinson CA**. *Evaluation of Thyroid Stimulating Hormone Assay on the Boehringer ES 300 Analyzer.* Clin Chem 1992 (accepted for presentation at Annual meeting of American Association of Clinical Chemist, July 1992 and publication)

12. Fisher K, Hall M, and **Robinson CA**. *False Positive Syva Emit Monoclonal Amphetamine Screens in Forensic Toxicology.* Am Acad. Forensic Scis, Boston 1993.

13. **Robinson CA**, Hall MA, Yacoub I. *Osmolal gap, enzymatic ethanol and inhalant abuse with ethyl chloride.* Soc Forensic Toxicol, October 1993.

14. Yacoub I. **Robinson CA**. Simmons GT. Hall M. *Death attributed to ethyl chloride.* Journal

Cloyd Andrew Robinson, Jr., Ph.D.

of Analytical Toxicology. 17(6):384-5, 1993 Oct.

15. **Robinson CA**, Hall MA & Yacoub I. *Inhalant abuse.* Am Society of Forensic Sciences, February 1994.

16. Hortin G, Day SK, **Robinson CA**, Hall MA. *Sodium Azide.* Clin Chem 40:1086, 1994.

17. Gruszecki AC, LaPorte GM, **Robinson CA**. Davis GG. Correlation of the incidence of Cocaine and its Metabolites in Hair as Postmortum Biological Specimens. AM Acad Forensic Sci. February 1995.

18. Hall MA. **Robinson CA**. Brissie RM. *High-performance liquid chromatography of alprazolam in postmortem blood using solid-phase extraction.* Journal of Analytical Toxicology. 19(6):511-3, 1995 Oct.

19. Sloop G. Hall M. Simmons GT. **Robinson CA**. *False-positive postmortem EMIT drugs-of-abuse assay due to lactate dehydrogenase and lactate in urine.* Journal of Analytical Toxicology. 19(7):554-6, 1995 Nov-Dec

20. Whitaker CH, Hall MA and **Robinson CA**. *Drug Screening in Bile by Syva Emit Immunoassay,* Am Acad Forensic Scis, Nashville, Tennessee, February 1996.

21. Rogers WO. Hall MA. Brissie RM. **Robinson CA**. *Detection of alprazolam in three cases of methadone/benzodiazepine overdose.* Journal of Forensic Sciences. 42(1):155-6, 1997 Jan.

22. Kimerling ME. Phillips P. Patterson P. Hall M. **Robinson CA**. Dunlap NE. *Low serum antimycobacterial drug levels in non-HIV-infected tuberculosis patients.* Chest 113(5):1178-83, 1998 May.

23. Walker RH, Simmons GT, **Robinson CA** and Hall MA. *The effect of increased temperature on the rate of cocaine metabolism in blood.* Proceedings of the American Academy of Forensic Sciences 4:160, 1998 February

24. **Robinson CA**, Brissie RM, Hortin GL and Hall MA. *Detection of azide poisoning by capillary ion electrophoresis.* Proceedings of the American Academy of Forensic Sciences 4:247, 1998 February.

25. Steinhauer JR, Volk A, Hardy R, Konrad R, Daly T, and **CA Robinson**. *Detection of Ketosis in Vitreous at Autopsy after Embalming.* Society of Forensic Toxicology, October 2001.

Cloyd Andrew Robinson, Jr., Ph.D.

26. Gruszecki AC, Kloda S, Simmons GT, Daly TM, Hardy RW, **Robinson CA**: Polydrug fatality involving metaxalone. Proceedings of the American Academy of Forensic Sciences (K2), page 300; 2003. Gruszecki AC, Robinson CA, Kloda S, Brissie RM. High urine ethanol and negative blood and vitreous ethanol in a diabetic female: a case report, retrospective case survey and review of the literature. Abstract Book of the National Association of Medical Examiners, #5, 2004.

**PRESENTATIONS since 1990**

1. Common Hemoglobinopathies and Thalassemias: Instructional Video, Educational Reviews Incorporated, Vol. III, #5, 1990.

2. False Positive Syva EMIT Monoclonal Amphetamine Screens in Forensic Toxicology. AAFS Meeting, Boston, Massachuettes, February 1993.

3. Inhalant Abuse: Propane/Butane, Ethyl Chloride and Trichloroethane. AAFS Meeting, San Antonio, Texas, February 1994.

4. Detection of Sodium Azide By Capillary Electrophoresis. American Association of Clinical Chemistry, New Orleans, Louisiana, July1994.

5. Improved methods for detecting felbamate by thin-layer chromatography. Society of Forensic Toxicology, Tampa, Florida, October 1994.

6. False positive post-mortem EMIT drugs of abuse assay due to lactate dehydrogenase and lactate in urine. Society of Forensic Toxicology, Tampa, Florida, October 1994.

7. Correlation of the incidence of cocaine and its metabolites in hair and postmortem biological specimens. AAFS, Seattle, Washington, 1995, Society of Forensic Sci.

8. Drug Screening in Bile by Syva Emit, AAFS, February 1995.

9. Glycerine Presence Causing False Positive Methanol by Gas Chromatography, Denver, CO, October 1996

10. Acetylcodeine Abuse—A Case Report, SOFT, Utah, October 1997

11. Case Report: A Sertraline/Alprazolam Suicide, *SOFT*, Utah, October 1997

12. Detection of alprazolam in three cases of methadone/benzodiazepine overdose. AAFS 1997.

13. The effect of increased temperature on the rate of cocaine metabolism in blood. AAFS 1997

14. Detection of Azide Poisoning Capillary Ion Electrophoresis. AAFS, San Francisco, Calif.

7

Cloyd Andrew Robinson, Jr., Ph.D.

    February 1998.

15.     Forensic Toxicology Review, Jackson, Wyoming, 1998.

16.     A review of methadone deaths in Jefferson County, Alabama.  Presented to the National Association of Medical Examiners, Richmond, 2001.

17.     Clinical and Forensic Uses of LC/MSMS.  International Mass Spectrometry Conference, Edinburg, Scotland, August 2003.

18.     Gruszecki AC, Simmons GT, Kloda S, Daly TM, Hardy RW, Robinson CA:  Polydrug fatality involving metaxalone.  Presented to the American Academy of Forensic Sciences, Chicago, Illinois, 2003

19.     Gruszecki AC, **Robinson CA**, Kloda S, Brissie RM. High urine ethanol and negative blood and vitreous ethanol in a diabetic female: a case report, retrospective case survey and review of the literature. Presented by ACG to the National Association of Medical Examiners, Nashville 2004.