IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERCIA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT UNITED RENTAL (NORTH AMERICA), INC.'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, United Rentals (North America), Inc., and Jean Hartzog, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby moves this Honorable Court to enter Summary Judgment in its favor on all counts in the Complaint as a matter of law, on the grounds that there is no genuine issue of material fact, and that it is entitled to Summary Judgment as a matter of law.

In support of this Motion for Summary Judgment, Defendant submits the following evidence:

1. The Narrative Statement of Facts contained in the Brief in Support of Motion for Summary Judgment filed contemporaneously herein.

2. The Evidentiary Submission in Support of the Motion for Summary Judgment filed contemporaneously herein

WHEREFORE, THE PREMISES CONSIDERED, Defendant United Rental (North America), Inc., respectfully requests, pursuant to Rule 56 of the Federal Rules of Civil Procedure

that Summary Judgment be entered in its favor on all counts as a matter of law and against the Plaintiff.

/s/ C. Winston Sheehan, Jr.<br>
C. WINSTON SHEEHAN, JR.   (SHE013)<br>
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

| | |
|---|---|
| Joseph T. Brasher<br>Hamilton Westby Antonowich<br> & Anderson LL<br>600 W Peachtree Street, NW<br>Suite 2400<br>Atlanta, GA 30308 | Robert H. Sprain, Jr.<br>Sprain & Associates PC<br>1707 29th Court, South<br>Birmingham, AL 35209 |
| Joseph David Lane<br>Cochran Cherry Givens & Smith, PC<br>PO Box 927<br>Dothan, AL 36302-0927 | Eugene P. Stutts<br>Spain & Gillon, L.L.C.<br>2117 Second Avenue, North<br>The Zinszer Building<br>Birmingham, AL 35203 |
| W. Scott McGarrah, III<br>McGarrah & Davenport, P.C.<br>PO Box 43548<br>Birmingham, AL 35243 | |

/s/ C. Winston Sheehan, Jr.<br>
OF COUNSEL