IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 1:05cv994-MHT |
| | ) | |
| **UNITED RENTALS (NORTH AMERCIA), INC., et al.** | ) ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, United Rentals (North America), Inc., and makes the following Evidentiary Submission in support of the Motion for Summary Judgment contemporaneously filed herein.

1. Excerpts from the deposition of Matthew Riley.

2. Excerpts from the deposition of Michael Walters.

3. Excerpts from the deposition of Kenneth Tew.

4. Affidavit of Chris Waymire and exhibits thereto.

5. Report and Sworn Declaration of Defendant's Expert, Paul Guthorn.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Joseph T. Brasher
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308

Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927

W. Scott McGarrah, III
McGarrah & Davenport, P.C.
PO Box 43548
Birmingham, AL 35243

Robert H. Sprain, Jr.
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209

Eugene P. Stutts
Spain & Gillon, L.L.C.
2117 Second Avenue, North
The Zinszer Building
Birmingham, AL 35203


/s/ C. Winston Sheehan, Jr.
OF COUNSEL