[1]

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION


MATTHEW RILEY,

    Plaintiff,

Vs.                              CIVIL ACTION NO.

                                1:05 CV-994-W

MILWAUKEE ELECTRIC TOOL

CORPORATION, et al.,

    Defendants.


VIDEO DEPOSITION OF MATTHEW RILEY, taken pursuant to notice and stipulation on behalf of the Defendants, in the conference room of Cochran, Cherry, Givens, Smith, Lane & Taylor, 163 West Main Streeet, Dothan, Alabama, before Ricky L. Tyler, (AL-CSR-212) Certified Shorthand Reporter and Notary Public in and for the State of Alabama at Large, on Wednesday, June 21st, 2006, commencing at 10:35 A.M.

6-21-2006                                                                                                    Matthew Riley

[7] (Pages 22 to 25)

[22]

1   A.   A sink that was, I believe --
2   Q.   Sir, if I might, there's some enlargements --
3        we have taken these photographs and tried to
4        enlarge them as best we can. Can you note
5        maybe on that foam board there -- which we will
6        go on and mark as Exhibit Number 11.
7            MR. SHEEHAN: Joe, do you mind putting
8            an exhibit label on there?
9            MR. LANE: Which one?
10           MR. SHEEHAN: Just on the foam board,
11           sir, I guess.
12           MR. LANE: Oh, just the whole thing?
13           MR. SHEEHAN: Please, sir.
14           MR. LANE: Okay.
15           MR. STUTTS: Do you have two boards
16           with pictures?
17           MR. SHEEHAN: Yes.
18           MR. STUTTS: Okay.
19       (Exhibit 11 marked for identification.)
20  BY MR. SHEEHAN:
21  Q.   If you could, sir, on Exhibit Number 11 there,
22       does that help identify where the sink might
23       be?

[23]

1   A.   The sink was going to be in this area right
2        here (Indicating).
3   Q.   Okay. The sink had not been created as of yet?
4   A.   No.
5   Q.   I'm sorry, that was a poor question. Had the
6        sink been built yet?
7   A.   No.
8   Q.   Okay. And when was that to be built?
9   A.   I'm not sure.
10  Q.   And what was the purpose of the sink?
11  A.   I'm not sure.
12  Q.   Okay. Did you -- how did you know that evening
13       when you came on at 11:00 that y'all were going
14       to drill some holes?
15  A.   I was informed by my supervisor.
16  Q.   And that would have been Mr. Walters?
17  A.   Correct.
18  Q.   Did he have anything or did you receive
19       anything in writing, any written instruction as
20       to what your job was to be that evening?
21  A.   No, I didn't.
22  Q.   Let's see. You had been there a total of four
23       days at the time of the accident?

[24]

1   A.   Right.
2   Q.   Had you ever received written work orders?
3   A.   No, I haven't.
4   Q.   How did you find out what jobs you might be
5        working on on that third shift?
6   A.   Oh, they just come from my supervisor.
7   Q.   And that would be Mr. Walters?
8   A.   Right.
9   Q.   And where would Mr. Walters receive his
10       instructions?
11  A.   From Ricky Smothers, the Maintenance Manager.
12  Q.   Now, was Mr. Smothers on duty that evening?
13  A.   No, he wasn't.
14  Q.   And who would be above Mr. Smothers there at
15       the Flavor House Products?
16  A.   That would be Marianne. I don't know her last
17       name.
18  Q.   And what position did she hold?
19  A.   She's the Plant Manager.
20  Q.   And is she still the Plant Manager?
21  A.   I'm not sure, but I believe she is.
22  Q.   Okay. And who would be over Marianne?
23  A.   I don't know.

[25]

1   Q.   Had you ever had any contact with the Plant
2        Manager, Marianne?
3   A.   No, I haven't.
4   Q.   Had you ever had any contact with Mr. Smothers?
5   A.   Yes.
6   Q.   What sort of contact had you had with him?
7   A.   I did my interviewing for the job through him.
8   Q.   And what shift did he normally appear?
9   A.   First shift.
10  Q.   Would you have breaks during your third shift?
11  A.   Yes.
12  Q.   And when would they occur, sir?
13  A.   They were -- they wouldn't have any set breaks
14       because we -- it was in between, you know,
15       times we weren't busy.
16  Q.   All right. Would you be allowed a certain
17       number of breaks during a shift?
18  A.   Yes.
19  Q.   And how many would that be?
20  A.   That was usually, you know, two ten minute
21       breaks and a 30 minute lunch.
22  Q.   And where would you get your lunch break?
23  A.   I would bring my lunch and eat it in the

[34]

1  A. He said -- he said we were going to drill the
2     holes in the floor and that's -- you know, I
3     really can't remember the conversation, but it
4     was basically we're going to, you know, use the
5     drill and drill the holes in the floor.
6  Q. Had y'all gone over and decided where the holes
7     would be drilled?
8  A. Correct.
9  Q. And how did you go about determining where the
10    holes would be drilled?
11 A. He decided that. I'm not sure how he, you
12    know, came up with that, but that was his
13    decision where the holes were going to be.
14 Q. All right. If you could, on Exhibit Number 11
15    there to your deposition, the foam board, the
16    photograph there on the bottom right of the two
17    holes, and I believe you've identified the one
18    on the left is the one that you were actually
19    drilling; is that correct, sir?
20 A. Correct.
21 Q. Were they marked by Mr. Walters or by you
22    before you drilled the hole?
23 A. They were marked by Mr. Walters.

[35]

1  Q. And how did he mark those positions where the
2     holes would be drilled?
3  A. He didn't -- he didn't actually mark the floor
4     or anything, you know, he just eyeballed it and
5     set the drill in place and says we're going to
6     drill right here.
7  Q. Okay. So did Mr. Walters position the drill or
8     did you, sir?
9  A. For the first hole he positioned it and the
10    second hole I positioned it under his
11    instruction.
12 Q. All right, sir. And can you tell us, did he go
13    over to the wall and say the sink is going to
14    be in this general area as depicted, I guess,
15    in the top right photograph?
16 A. I'm not sure how he done it.
17 Q. All right. But you recall that the sink was to
18    be to the right of the photograph at the top
19    right of the Exhibit Number 11?
20 A. Correct.
21 Q. All right, sir. Did he tell you how large this
22    sink was going to be?
23 A. No.

[36]

1  Q. Was it laying out to be installed later that
2     evening?
3  A. No.
4  Q. Was the sink going to be installed that night?
5  A. No.
6  Q. So the only project you knew of that you had
7     that evening was to drill two holes?
8  A. Correct.
9  Q. Were there any other holes drilled earlier that
10    day?
11 A. No.
12 Q. And how many drill bits did you see there at
13    the site?
14 A. One.
15 Q. Okay. And can you describe the drill bit that
16    you used or that was being used that evening?
17 A. Yes. It was approximately a three inch drill
18    bit and one of the teeth were missing. I know
19    at least one of the teeth were missing off of
20    it.
21 Q. Now, how do you know that, sir?
22 A. Because I looked everything over, the drill and
23    everything, before we used it.

[37]

1  Q. And why did you do that?
2  A. Because I've never used the drill before and I
3     wanted to, you know, familiarize myself with it
4     and how it works.
5  Q. And what did you do to ensure that you knew how
6     it worked?
7  A. Prior to -- prior to even using it, I checked
8     everything. You know, looked at everything and
9     I familiarized myself with it then, assisted
10    Mike Walters in setting it up -- setting it up
11    and using it when he drilled the first hole.
12 Q. Okay. Did you take care to make sure that you
13    knew how to operate it?
14 A. Yes.
15 Q. And what -- what efforts did you make or take
16    to ensure that you knew how to properly operate
17    that drill machine that evening?
18 A. I observed Mike using it prior to I using it
19    and, you know, familiarized myself with it, you
20    know, looking at all of the different parts and
21    how everything works.
22 Q. Okay. And did you look at the various
23    information on the drill itself?

[38]

1   A.   I believe I did.
2   Q.   All right.
3   A.   But, you know, I could have overlooked
4        something.
5   Q.   Okay. And was this before Mike actually
6        operated the drill --
7   A.   Correct.
8   Q.   -- to drill the first hole?
9   A.   Right.
10  Q.   How much time was there between the drilling of
11       the first hole by Mike Walters and your
12       drilling the second hole?
13  A.   Approximately 10 to 15 minutes.
14  Q.   So immediately after Mike Walters drills the
15       first hole, you begin drilling the second hole?
16  A.   Right.
17           MR. LANE: Object to the form.
18  Q.   And let me -- since there's been an objection
19       to that question. Can you tell us what
20       happened after Mike drilled that first hole?
21  A.   After the first hole was drilled -- first hole
22       was drilled, we moved it over, you know,
23       approximately two or three feet, set it up to

[39]

1        drill the second hole.
2   Q.   Okay. Can you show me where you actually moved
3        it over on that photograph there on the top
4        right of Exhibit Number 11?
5   A.   From this area to this area right here
6        (Indicating).
7   Q.   Okay. And what side -- let me ask you this; is
8        there a vacuum pump on that drill?
9   A.   Correct.
10  Q.   Okay. Which side of -- is it on the opposite
11       side of the drill bit?
12  A.   Right.
13  Q.   Okay. Which side of the hole was the vacuum
14       pump facing?
15  A.   This way, to the left.
16  Q.   Okay. Now, you pointed at the first hole that
17       Mike Walters drilled. What about the second
18       hole that you were drilling, which side was the
19       vacuum pump on?
20  A.   It was the same way, to the left.
21  Q.   All right. Can you show us there on that
22       photograph?
23  A.   This side (Indicating).

[40]

1   Q.   All right. And which -- so the drill was
2        actually -- where were you positioned? I
3        guess, if you would for us, show us where you
4        were actually positioned?
5   A.   I was positioned over here (Indicating).
6   Q.   All right, sir. And where was Mike Walters
7        while you were drilling the second hole?
8   A.   I'm not sure where he was. He left the scene.
9        I believe he went back to the maintenance shop.
10  Q.   And why was that, sir?
11  A.   I'm not sure.
12  Q.   Did you tell Mike that you would like for him
13       to stay since you had never used a drill
14       machine?
15  A.   No.
16           MR. LANE: Object to the form.
17  Q.   Was Mike convinced that you knew how to operate
18       the drill machine properly?
19           MR. LANE: Object to the form.
20           MR. BRASHER: Object to the form.
21  A.   Yes.
22  Q.   And how do you know that?
23  A.   He wouldn't have left me there, you know, using

[41]

1        it by myself if I didn't know how to do it.
2            (Exhibit Riley 12 marked
3            for identification.)
4   Q.   Okay. Let me see if I can get your help. I
5        will show you Exhibit Number 12, which may be
6        -- it's an enlargement of the photographs that
7        were provided to us by your lawyer. If I
8        could, on Exhibit Number 12 there, could you
9        kind of just draw in where you were on that
10       photograph using that black pen, please, sir?
11           MR. STUTTS: Why don't you put an X with a
12       circle around it?
13           MR. LANE: I'm going to object to the
14       form. You can go ahead and do
15       your best on that, understanding
16       the fact that the perspective in
17       the photograph may not be suitable
18       for such accurate depiction.
19  A.   (Witness complies.)
20  Q.   And does that --
21  A.   That was --
22  Q.   All right. If you could, maybe -- and did you
23       put an X inside that circle, sir?

[46]

1   that gauge is on top of the vacuum pump?
2   A.  That is a vacuum gauge.
3   Q.  Okay. Now, what does that represent, sir?
4       What's the purpose of that gauge?
5   A.  That represents how much vacuum is being used.
6   Q.  All right. And at the time of your accident
7       how much vacuum was being used?
8   A.  I don't know.
9   Q.  And why is that, sir?
10  A.  I really can't remember.
11  Q.  You can't remember what now, sir?
12  A.  How much vacuum -- exactly how much vacuum was
13      being used.
14  Q.  All right. Was the vacuum pump being used at
15      the time of the accident?
16  A.  Yes.
17  Q.  And had you set up the machine for use or had
18      Mr. Walters set up the machine for use in
19      drilling the second hole?
20          MR. LANE: Object to the form. Broad
21          and vague.
22  Q.  Thank you. Since there's been -- let me see if
23      I can help clarify and narrow that. When the

[47]

1   first hole was drilled by Mr. Walters, who set
2   the machine up?
3   A.  Myself and Mike Walters.
4   Q.  All right. And can you describe for us how you
5       set the machine up when that first hole was
6       drilled by Mike Walters?
7   A.  We cleared the area out, we installed the
8       gasket on the base, made sure everything, you
9       know, was level. We laid a water hose on the
10      floor where we were drilling at and plugged in
11      the machine and everything.
12  Q.  Okay. And can you describe for us how you
13      installed the -- you say there was something on
14      the base?
15  A.  Yeah, the gasket for the base.
16  Q.  All right. Can you describe how you installed
17      that?
18  A.  We installed it into the -- there's a groove
19      that it fits in; we installed it into that
20      groove.
21  Q.  And is there a gasket on that particular
22      machine that you're looking at now?
23  A.  Yes.

[48]

1   Q.  All right. And you pointed to something. Can
2       you show us how you installed that gasket on
3       the base of the machine?
4   A.  Oh, do you want me to actually put it on there?
5   Q.  Please. If you could for us.
6   A.  (Witness complies.)
7   Q.  All right. And can you maybe turn the -- I
8       will be glad to help you. Can we turn that so
9       that we can show it on the camera?
10  A.  (Witness complies.)
11  Q.  All right. Now, had the gasket been on the
12      machine before that evening?
13  A.  Can you specify when?
14  Q.  Please, yeah, thank you. You say you actually
15      installed the gasket --
16  A.  Correct.
17  Q.  -- on the base of the machine?
18          MR. LANE: Object to the form.
19  Q.  All right. Thank you. Who installed the
20      gasket on the base of the machine that evening?
21  A.  I did.
22  Q.  And that's before the first hole was drilled by
23      Mike Walters?

[49]

1   A.  Correct.
2   Q.  Where had the drill been before you came on
3       scene there at 11:00 A.M. -- or, excuse me,
4       11:00 P.M. that Thursday night?
5   A.  I don't know. I came into contact -- it was in
6       our maintenance shop when I came to work.
7   Q.  Okay. Had the machine been used before?
8   A.  Not that I know of.
9   Q.  Okay. Can you describe the condition of the
10      machine when you arrived there at the
11      maintenance shop?
12  A.  It was in used condition.
13  Q.  Okay. And what do you mean by that, sir?
14  A.  It wasn't a new machine. It looked like it had
15      been used several times.
16  Q.  All right. Can you describe it just in general
17      terms?
18  A.  Everything -- it was in used condition, but
19      everything seemed to working properly on it.
20  Q.  And did you check it out there in the
21      maintenance shop, you and Mr. Walters?
22  A.  Correct.
23  Q.  And how did you go about checking it out to

[50]

1  make sure it was in proper working order there
2  in the maintenance shop?
3  A. Just, you know, looked at all of the parts and
4     fiddled with it a little bit and looked it
5     over, that's about all.
6  Q. You checked the gaskets on the machine to make
7     sure they were in good condition?
8  A. Right.
9  Q. Why did you do that? And why did you do that,
10    sir?
11 A. I was trying to familiarize myself with the
12    machine.
13 Q. And what was the condition of the gaskets on
14    the machine?
15 A. The gaskets seemed to be in good shape.
16 Q. All right, sir. Did Mike Walters also inspect
17    the gaskets?
18 A. I'm not sure. I don't know.
19 Q. Were you present or had you arrived at the
20    maintenance shop before Mike Walters?
21 A. I don't know.
22 Q. Other than checking the gaskets on the machine,
23    what else did you do there at the maintenance

[51]

1  shop?
2  A. We tightened the drill bit and made sure it was
3     tightened.
4  Q. Okay. Now, there's a drill bit here for
5     demonstration purposes. The drill bit there in
6     the maintenance shop, was that the three inch
7     drill bit that you've previously testified
8     about?
9  A. Correct.
10 Q. Did you see more than one drill bit there at
11    the maintenance shop?
12 A. No, I didn't.
13 Q. Had the drill bit been used before?
14 A. It appeared to be used.
15 Q. And why do you say that, sir?
16 A. Because one of the teeth were missing and it
17    had, you know, scuffs and burrs on it from use.
18 Q. Okay. And when you say burrs, what do you
19    mean, sir?
20 A. That's scratches, you know.
21 Q. All right, sir. Was there any material inside
22    the bit itself?
23 A. No.

[52]

1  Q. Did you check to see if the machine appeared to
2     have been properly maintained before you used
3     it?
4     MR. LANE: Object to the form.
5  A. It appeared to be maintained.
6  Q. And what do you base that on, sir?
7  A. By everything seemed to be working on it, you
8     know. The vacuum pump was on, the motor come
9     on, it didn't make any funny noises, the lever
10    seemed to go up and down properly.
11 Q. All right. And when you say the lever, can you
12    show us what you're talking about, sir?
13 A. This (Indicating).
14 Q. All right. And did you actually start the
15    motor there in the maintenance shop before
16    going out to the floor?
17 A. No, I didn't.
18 Q. When did you first operate the machine or when
19    was the machine first put into operation for
20    you to check it?
21 A. Before drilling the first hole when it was
22    turned on.
23 Q. There at the --

[53]

1  A. There at the --
2  Q. -- site?
3  A. Right.
4  Q. All right, sir. And did you apply power from a
5     wall plug to the machine?
6  A. True.
7  Q. And that wall plug was located where in
8     relationship, let's say, to the sink?
9     MR. LANE: Object to the form. There
10    was no sink.
11    MR. SHEEHAN: Oh, I'm sorry. Thank
12    you.
13 Q. In the area where the sink was to be
14    positioned, I guess, since we've identified
15    that point, that's what I'm trying to -- if
16    there's a better reference point, please?
17 A. Approximately maybe 20, 25 feet from the area.
18 Q. We had gone out this morning to inspect the
19    Flavor House facility and I was able to take a
20    Polaroid camera with me. Let me show you three
21    Polaroid snapshots and see if I can get you to
22    help us identify maybe the area.
23    MR. LANE: Do we need to sit down now?

[66]

1  aid here?
2     MR. LANE: Object to the form, but --
3  A. Could you maybe be more specific?
4  Q. Surely. Can you, using this demonstrative aid,
5     show us how and where you were as the hole was
6     being drilled and what happened in the
7     accident?
8  A. I was positioned like this (Indicating).
9  Q. You were standing behind -- closest to the
10    wheels and the vacuum pump?
11 A. Right.
12 Q. Is that the position you were in at the time?
13 A. Yeah, approximately, you know, like this,
14    holding onto the drill.
15 Q. Okay. And which hand -- what were you holding
16    onto there, sir?
17 A. I'm not sure if I was holding onto this, that's
18    just, you know, where I had my hand, but my
19    right hand was on the lever. And I'm not --
20    you know, I'm not sure where my left hand was.
21 Q. What was that you just touched at the top of
22    the machine there at the top of the column?
23 A. I'm not sure what that is. We never messed

[67]

1  with that.
2  Q. All right. What is that for, this right here
3     at the top of the column?
4  A. I don't -- I don't really know.
5  Q. Can you show us what you were doing during that
6     -- you say it took about ten minutes before the
7     accident occurred as you were drilling the
8     second hole?
9  A. Correct.
10 Q. Were you almost through the hole?
11 A. We was about, I'm saying, probably about four
12    inches deep.
13 Q. Okay. What do you base that on, sir?
14 A. Oh, I'm guessing, you know.
15 Q. Okay. Is that your -- what was the thickness
16    of the slab that you were drilling?
17 A. I'm not sure.
18 Q. What was the thickness of the hole -- that
19    first hole that had been drilled by Mike
20    Walters?
21 A. About six inches.
22 Q. So you were of the opinion you had about
23    two-thirds of the hole already drilled when the

[68]

1     accident occurred?
2  A. Correct.
3  Q. Can you show us again then as you were
4     operating the machine what you were actually
5     doing and your position with respect to that
6     demonstrative aid there?
7  A. I was applying pressure to this handle right
8     here lowering the drill.
9  Q. Okay. And where were your feet at the time?
10 A. They were about in this -- you know, I'm not
11    exactly sure where my feet were, but anyway,
12    you know, if I was standing right here, they
13    were approximately in this position.
14 Q. Okay. And what did the pressure gauge read?
15 A. On the vacuum pump?
16 Q. Please, sir.
17 A. I don't know.
18 Q. What sort of protective clothing or equipment
19    were you using at the time?
20 A. I was wearing steel-toed boots and pants,
21    T-shirt.
22 Q. Earplugs?
23 A. No.

[69]

1  Q. Eye protector?
2  A. No.
3  Q. A hat?
4  A. Yeah, a ball cap.
5  Q. So you were able to hear the machine then in
6     operation?
7  A. Correct.
8  Q. Okay. And what noises, if any, did you hear
9     from the machine as you were drilling there for
10    ten minutes?
11 A. I heard the drill motor running, the vacuum
12    pump running.
13 Q. Did it make any strange noise?
14 A. No.
15 Q. Was there any indication that the vacuum pump
16    was not working properly?
17 A. No.
18 Q. When had you actually affixed the base of the
19    core drill machine to the floor before
20    operating the drill the second time?
21    MR. LANE: Object to the form.
22 A. Could you repeat that?
23 Q. Please. As I understand it, Mike Walters had

[70]

1  affixed the suction to drill the first hole?
2      MR. BRASHER: Objection.
3      MR. LANE: Do you mean placed the
4      drill?
5      MR. SHEEHAN: Placed it, thank you.
6      MR. LANE: I'm confused on the
7      question, I'm sorry.
8      MR. SHEEHAN: No, I appreciate you
9      helping me.
10 Q. The first hole that Mike Walters drilled, you
11    and Mike helped set up the machine; is that
12    correct?
13 A. Correct.
14 Q. He had affixed the core drill machine using
15    suction?
16 A. Correct.
17 Q. Had he used the anchor bolts?
18 A. No.
19 Q. All right. Can you show me the anchor bolts?
20 A. These four bolts in each corner of the base.
21 Q. Okay. Is there one in the front of the --
22     MR. LANE: He said the four corners, I
23     think.

[71]

1  Q. Okay. Can you point the anchor bolts out to
2     us?
3  A. (Indicating) And two on the back corners.
4  Q. And what do you use the anchor bolts for?
5  A. To secure it to the floor.
6  Q. And how would you affix that core drill machine
7     to the floor using anchor bolts?
8  A. I'm not exactly sure on that. I've never done
9     that. But I assume you have to have prior
10    holes in the floor with some kind of, you know,
11    attachment for the bolts to get into in the
12    floor.
13 Q. And what causes you to assume that, sir?
14 A. I mean, the bolts have to have some threads to
15    get into to hold it down. I'm not sure about
16    that. I've never used that; I'm just assuming.
17 Q. Did you ask Mike Walters about using the anchor
18    bolts to secure the core drill machine before
19    operating it?
20 A. No.
21 Q. And why not?
22 A. I assumed the vacuum pump was sufficient.
23 Q. Did you check the anchor bolts before you left

[72]

1  the maintenance shop?
2  A. Yes.
3  Q. All right.
4  A. Just to make sure, you know, they weren't in
5     the way of the vacuum pump from working.
6  Q. And how did you go about checking those four
7     anchor bolts before you left the maintenance
8     shop?
9  A. Just to make sure they were screwed up enough
10    to not hold the base off the floor.
11 Q. Okay. Were those anchor bolts touching the
12    floor at the time of the operation by either
13    Mike Walters or the second hole that you
14    drilled?
15 A. No.
16 Q. How do you know that?
17 A. Because we checked them.
18 Q. And how did you go about checking them there at
19    the site?
20 A. Just made sure they weren't holding the base up
21    off the floor, made sure they were screwed up
22    and out of the way.
23 Q. Were they screwed up into the base or were they

[73]

1  -- could you see the end of the bolt?
2      MR. LANE: From underneath, do you
3      mean?
4  Q. In other words, did you actually touch to make
5     sure that those bolts were not making contact
6     with the slab?
7  A. I didn't actually touch them, but, you know,
8     you can look at them and -- you can just, you
9     know, look at them and tell they're not
10    touching.
11 Q. You made sure of that?
12 A. Right.
13 Q. Before you drilled the second hole?
14 A. No. This is before we set it up the first
15    time.
16 Q. How do you know that they weren't touching the
17    floor while you were drilling the second hole?
18 A. Just from the feel of the drill. You know, you
19    could tell it was sitting on the gasket, you
20    know, it's got that cushion play to it. It
21    wasn't like a hard something hitting the floor.
22 Q. If you could, sir, show us how you set the
23    machine up to drill the hole that you were

[74]

1  involved with, that second hole?
2  A. Installed the gasket on it, as I did before.
3  Q. In other words, the gasket had been taken off
4     after Mike Walters had used it to drill the
5     first hole?
6  A. Right. When we moved it, you know, we put the
7     -- you know, made sure the gasket was in there
8     right, made sure it didn't come loose.
9  Q. All right. So you actually reinstalled the
10    gasket after the first use?
11 A. Correct.
12 Q. Did you do that or did Mike Walters?
13 A. I did that.
14 Q. Did you check the gasket to make sure it was in
15    good condition before you drilled the second
16    hole?
17 A. Yes.
18 Q. And how did you go about checking the gasket to
19    make sure?
20 A. Whenever I was installing the gasket, you know,
21    it appeared to be in the same condition, you
22    know.
23 Q. Pliable, flexible?

[75]

1  A. Correct.
2  Q. Any cracks or tears in the gasket?
3  A. No.
4  Q. So you moved it approximately how far before
5     installing the gasket the second time?
6  A. Two or three feet.
7  Q. And you've shown us on Exhibit, I believe it
8     was, Number 12 where you positioned the drill
9     machine?
10 A. Correct.
11 Q. And then what did you do after positioning the
12    drill machine and how did you position it?
13 A. Well, I got instructions from Mike where to
14    drill the hole from. We moved it over,
15    installed the gasket, you know, moved the water
16    hose over to where we were drilling, and, you
17    know, it was already plugged up, so all we had
18    to do was, you know, turn the machine on and
19    begin drilling.
20 Q. Had Mike used the hose and the water attachment
21    to the drill to drill the first hole?
22        MR. LANE: Object to the form. Asked
23           and answered.

[76]

1  A. He didn't use the attachment. He used the
2     water hose, you know, laying on the floor
3     spraying to the work area.
4  Q. Okay. In other words, laying it on the floor
5     and just letting it surround the machine, the
6     base of the machine?
7  A. Right.
8  Q. All right. Did you attach the water hose to
9     the drill --
10 A. No.
11 Q. -- for your second -- or the second hole?
12 A. No.
13 Q. All right. Was Mike still there when you
14    started or were in the process of setting the
15    machine up?
16 A. Right.
17 Q. Have you now told us everything you did in
18    order to properly set up the machine to drill
19    the second hole?
20 A. I believe so.
21 Q. Did you leave anything out?
22        MR. LANE: Object to the form.
23 A. Not that I can think of. I believe we've

[77]

1  covered everything.
2  Q. Okay. Did you -- what did you do next after
3     the machine was set up?
4  A. I began -- I began drilling.
5  Q. Okay. And you say that process took about ten
6     minutes?
7  A. Correct.
8  Q. And you were listening to the sound of not only
9     the drill motor but also the vacuum motor?
10 A. Right.
11 Q. And they were operating properly?
12 A. They appeared to be operating properly.
13 Q. Was there any difference between the operation
14    of the motor of the drill or the vacuum pump
15    from Mike's operation of the machine to drill
16    the first hole and your operation of the
17    second?
18        MR. LANE: Object to the form.
19 A. They sound -- the sounds were similar from the
20    first to second hole.
21 Q. And what happened as you're drilling and you're
22    down into the slab, you say, about four inches?
23 A. True.

[86]

1  A.  19.
2  Q.  -- 19? Is that the maintenance tag or a
3      photostatic copy of the maintenance tag?
4  A.  That doesn't look to be like the maintenance
5      tag right there.
6  Q.  You didn't check both sides of the maintenance
7      tag?
8  A.  No.
9  Q.  Let me see if I can -- if you would, Exhibit
10     Number 19, if you can help me, let me read this
11     and see -- do you see there the fourth line
12     down on the maintenance tag?
13 A.  Okay.
14 Q.  "Confirm that I have received adequate
15     instruction and acknowledge the safety sheet to
16     enable myself and/or my crew to use the
17     equipment in a safe and proper manner without
18     risk to injury;" did I read that correctly?
19 A.  Yes.
20         MR. LANE: Are you marking this as an
21         exhibit?
22         MR. SHEEHAN: I believe it's Exhibit
23         Number 19.

[87]

1          MR. LANE: Oh, I'm sorry.
2          MR. SHEEHAN: It's the front and back
3          of the maintenance tag.
4  Q.  I'm going to show you what I will mark as
5      Exhibit Number 20.
6          (Exhibit Riley 20 marked
7          for identification.)
8  Q.  Exhibit Number 20 is identified as General
9      Safety at the top; is that correct, sir?
10 A.  Correct.
11 Q.  And do you see item number one, "Only operate
12     if you have been authorized and are trained in
13     equipment's safe operation;" did I read that
14     correctly?
15 A.  Correct.
16 Q.  Were you provided with this safety sheet
17     before --
18 A.  No.
19 Q.  -- you operated the core drill machine?
20 A.  No.
21         (Exhibit Riley 21 marked
22         for identification.)
23 Q.  Let me show you what I will mark as Exhibit

[88]

1      Number 21, which is a rental out contract.
2      Down at the bottom left-hand corner is a
3      customer's signature, do you see a signature
4      down in the bottom left-hand corner there?
5  A.  Yes.
6  Q.  And whose signature is that?
7  A.  I don't know.
8  Q.  And do you see on the right-hand corner there
9      the date 8/28/03?
10 A.  Yes.
11 Q.  And do you recognize those initials?
12 A.  No.
13 Q.  And do you see right above the customer's
14     signature in three it says "Is fully familiar
15     with its operation and use"?
16         MR. LANE: Beg your pardon? Where was
17         that?
18 Q.  Right above the customer's signature, number
19     three, "Equipment in good working condition,"
20     and, paren, three, close paren, "is fully
21     familiar with its operation and use"?
22 A.  Yes.
23 Q.  And were you fully familiar with the operation

[89]

1      and use of this core drill machine that was
2      involved in this accident?
3          MR. LANE: Object to the form. When?
4  Q.  Well, are you fully familiar with the operation
5      and use of a core drill machine?
6  A.  What time frame are you talking about?
7  Q.  Well, are you now familiar with the proper
8      operation and use of a core drill machine?
9  A.  To the best of my knowledge, I am.
10 Q.  Are you now familiar or were you at the time of
11     the accident familiar with the proper use and
12     operation of a core drill machine?
13 A.  To the best of my knowledge, I was.
14 Q.  Have you learned anything since the accident
15     that would indicate to you that you were not
16     familiar with the proper operation and use of a
17     core drill machine?
18 A.  No.
19 Q.  Sir, if you could, let me mark this second --
20     mark this second foam board as Exhibit Number
21     28 to your deposition.
22         (Exhibit Riley 28 marked
23         for identification.)

[90]

1  Q.  If you could, sir, up in the left-hand corner
2      of that foam board is Exhibit Number 21;
3      underneath that is the safety sheet, Exhibit
4      Number 20; in the middle there at the top is
5      the maintenance tag, which is Exhibit Number
6      19; underneath the maintenance tag there is a
7      photograph of a label made from the subject
8      core machine. Did you see the warning on
9      the --
10 A.  No, I didn't.
11 Q.  -- on the Milwaukee tool when you inspected it?
12 A.  No.
13 Q.  To the very far right there is a photograph of
14     a warning on the machine, could you read for us
15     the first item underneath the warning?
16 A.  "For your own safety, read and understand the
17     operator's manual."
18 Q.  And did you read and understand the
19     owner's/operator?
20 A.  I didn't see that warning label.
21     MR. LANE: No. He asked if you read
22            the operator's manual.
23 A.  Oh. No, I didn't.

[91]

1  Q.  And why not?
2  A.  There was none provided.
3  Q.  Did you ask anyone for the operator's manual
4      before you used --
5  A.  No.
6  Q.  -- the drill machine?
7  A.  No.
8  Q.  And why not?
9  A.  Could you repeat that?
10 Q.  Yes, sir. Did you ask anyone to see the
11     operator's manual before you used the core
12     drill machine?
13 A.  No.
14 Q.  And why not?
15 A.  I didn't know there was one to be looked at.
16     MR. SHEEHAN: Sir, I appreciate your
17            time. Thank you.
18     MR. SPRAIN: Sir, I've got some
19            questions to follow up.
20     MR. SPRAIN: Do we want to take a break
21            for lunch or to order some
22            sandwiches?
23     MR. LANE: Yeah, whatever y'all want to

[92]

1      do.
2  (Lunch recess from 12:30 to 1:25 P.M.)
3      MR. GRISWOLD: Back on the record.
4
5  CROSS-EXAMINATION
6  BY MR. SPRAIN:
7  Q.  Sir, my name is Robert Sprain and I'm
8      representing Saint Gobain Abrasives in this
9      case. I'm going to ask you a series of
10     questions and if I don't ask the question
11     right, if you don't understand it, then you
12     please let me know and I will try to rephrase
13     it so that you do understand it, okay?
14 A.  Okay.
15 Q.  First I'm going to ask you about your
16     background a little bit. What is your age?
17 A.  I'm 30 years old.
18 Q.  Okay. What's your date of birth?
19 A.  May 14th, 1976.
20 Q.  What's your Social Security number?
21 A.  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.
22 Q.  What is your residence?
23 A.  100 Ricky Lane, Taylor, Alabama.

[93]

1  Q.  Zip code?
2  A.  36301.
3  Q.  What is your phone number?
4  A.  (334) 718-5073.
5  Q.  How long have you resided at 100 Ricky Lane?
6  A.  Approximately two and a half months.
7  Q.  Okay. And before that where did you live?
8  A.  186 County Road 82, Abbeville.
9  Q.  Zip code?
10 A.  36310.
11 Q.  At the time of the accident where were you
12     living?
13 A.  I was living at -- I'm trying to remember the
14     address now.
15 Q.  Just do the best you can.
16 A.  I believe it was 104 Ward Street in Abbeville.
17 Q.  The same zip code?
18 A.  Correct.
19 Q.  Okay. Other than those three residences, have
20     you lived anywhere else in the past five years?
21 A.  Yes.
22 Q.  Okay. Tell me.
23 A.  750 County Road 182, Abbeville, the same zip

[126]

1    MR. LANE: I think he said he had not
2        read the manual.
3  A. Yeah.
4  Q. Okay. In this case I believe it was brought up
5        and you were shown the warnings. Did you in
6        fact read the warnings on the drill involved in
7        this case?
8  A. No, I did not read this warning right here. I
9        didn't see any of it, because it don't really
10       stand out that well. And I don't remember
11       seeing that one either.
12 Q. Okay. But in prior cases you had read warnings
13       on products?
14 A. Correct.
15 Q. Okay. And you're familiar that warnings are
16       typically in yellow or in orange?
17 A. Right.
18 Q. Okay. And had you ever been through any safety
19       classes or seminars about how to properly use
20       machinery and equipment?
21 A. I don't believe so.
22 Q. What about in the Navy, what kind of training
23       did you have in the Navy?

[127]

1  A. My primary training was an electronics
2        technician.
3  Q. Okay. And what experience in the Navy did you
4        have with regard to using machinery and
5        equipment?
6  A. I had a lot of knowledge on, you know,
7        different -- different items. I also had to,
8        you know, cross-train on a lot of different
9        systems, because I was stationed on a
10       submarine, which we don't have a lot of people
11       on there, so we have to, you know, kind of
12       cross-train and learn other systems,
13       mechanical, hydraulic, pneumatic and
14       ventilation systems.
15 Q. Okay. And what kind of machinery exactly did
16       you become familiar with while serving in the
17       Navy?
18 A. What exactly kind of machinery?
19 Q. Yeah. What kind of equipment or products or
20       machinery did you become familiar with, did you
21       use while serving in the Navy?
22 A. A lot of navigation electronics, communication
23       electronics, a lot of ventilation for recycling

[128]

1        the air, mechanical, engine.
2  Q. What kind of mechanical parts or machinery did
3        you work with or maintain?
4  A. I didn't maintain any of it, but we were
5        required to, you know, familiarize ourself with
6        it, learn all of the, you know, parts of it, in
7        case an accident happened, we could, you know,
8        jump in there and do something about it.
9  Q. Okay. What kind of safety classes did you
10       have, if any, while in the Navy?
11 A. All kinds. Fire safety, you know, let's see,
12       first aid.
13 Q. Well, what about classes with respect to using
14       machinery and equipment?
15 A. We didn't really have any classes, it was
16       mainly, you know, manuals.
17 Q. It was manuals?
18 A. Right.
19 Q. Okay. And what kind of manuals did you read,
20       just best judgment? I mean, was it manuals
21       about how to operate this machinery or this
22       equipment?
23 A. Yes.

[129]

1  Q. Was it that kind of thing?
2  A. Correct.
3  Q. Okay. And who supplied you with the manuals?
4  A. The -- my company commander. I've forgotten
5        exactly what it's called, it's been a while,
6        but it was my --.
7  Q. Okay. And did those manuals and having read
8        those manuals help you to better operate the
9        machinery and the equipment?
10 A. Yes.
11 Q. Okay. And did those manuals and having read
12       those manuals help you to more safely operate
13       the machinery and equipment?
14 A. Yes.
15 Q. Okay. Now, while at JKM Manufacturing did you
16       have any safety training or classes about
17       machinery and products in particular?
18 A. No.
19 Q. Okay. Was it on-the-job training?
20 A. Yes.
21 Q. Okay. Who was your supervisor there?
22 A. It was Bill Benton.
23 Q. Benton?

**[134]**

1  Q. Okay. Where was that?
2  A. Sparks State Technical College in Eufaula.
3  Q. Okay. And did you graduate?
4  A. No.
5  Q. When did you attend classes at Sparks Technical
6     School?
7  A. From '94 through '95.
8  Q. Okay. What kind of classes did you take?
9  A. Industrial electronics.
10 Q. Did you have any -- any specific classes in
11    machinery and equipment?
12 A. No.
13 Q. Did you have any specific classes in workplace
14    safety?
15 A. No.
16 Q. Or safe use and operation of machinery and
17    equipment?
18 A. No.
19 Q. And what did you do after you completed the
20    course work at Sparks Technical College?
21 A. I joined the military, joined the Navy.
22 Q. Okay. And you were in the Navy from when to
23    when?

**[135]**

1  A. From, let me see, October of '95 through '97.
2  Q. Okay. And what was your first job upon being
3     discharged from the Navy? Was that JKM
4     Manufacturing?
5  A. No, that would be the Georgia Department of
6     Natural Resources.
7  Q. Okay. All right. I got them backwards, excuse
8     me. All right. And then the next job was JKM
9     Manufacturing?
10 A. Correct.
11 Q. Okay. And then after that you went to work at
12    Flavor House?
13 A. Right.
14 Q. All right. Any other training or education
15    with respect to machinery and equipment and
16    maintenance?
17 A. Well, my grandfather was a mechanic, my father
18    is a carpenter, and my stepfather is an
19    electrician. So working with them through all
20    the years, I've learned a lot.
21 Q. Okay. You learned about what, using equipment
22    and various machinery; is that correct?
23 A. For the most part.

**[136]**

1  Q. Okay. And during the course of using equipment
2     and machinery growing up, did you learn about
3     safe operation of machinery and equipment?
4  A. Yeah.
5  Q. Okay. All right. I'm going to go -- I want to
6     go back to before the accident. You and
7     Mr. Walters had met and the job was to drill
8     two holes, correct?
9  A. Correct.
10 Q. Okay. And how long did it take you and
11    Mr. Walters to set up the drill rig for the
12    first hole?
13 A. Approximately five or ten minutes.
14 Q. Okay. And during that time did Mr. Walters
15    give you any instructions about how to use the
16    drill?
17 A. No.
18 Q. Okay. What did he call the drill?
19 A. I don't remember exactly what he called it. I
20    think just a drill,
21 Q. Okay.
22 A. A floor drill.
23 Q. Floor drill. Okay. I've heard -- I've heard

**[137]**

1     core drill, drill rig, and now floor drill.
2     I'll use floor drill, does that work with you?
3  A. That's fine with me.
4  Q. Okay. And during that five to ten minutes what
5     did you and he talk about, if anything?
6  A. We talked about, you know, how we were going
7     to, you know, get it set up, you know, what we
8     had to do, you know, putting the gasket on,
9     getting the water, and get it positioned right
10    and everything.
11 Q. Okay. What is the purpose of the vacuum pump
12    and the vacuum system for the floor drill?
13 A. My assumption is to -- for it to hold it
14    securely to the floor so, you know, it won't be
15    moving around while you're drilling.
16 Q. And why is that important?
17 A. Because it will spin out of control.
18 Q. Okay. And what could happen if it spun out of
19    control?
20 A. A lot of things can happen. You could -- you
21    know, somebody could get hurt.
22 Q. Okay. And at the time of this accident did you
23    understand the importance of using the vacuum

[138]

1  system to keep the drill secure to the ground
2  so that it wouldn't go out of control and cause
3  injury?
4  A. Right.
5  Q. Okay. And did you -- is that correct? Yes?
6  A. Yes.
7  Q. And did you and Mr. Walters talk about the
8     importance of properly securing the drill base
9     to the ground so that it would be controlled
10    and it would not become disengaged which could
11    then cause injury?
12 A. No.
13 Q. Okay. Is that something you knew outside of
14    Mr. Walters giving you any training or
15    understanding of the floor drill?
16 A. Right.
17 Q. Is that correct?
18 A. Yes.
19 Q. Okay. And that's based on what we've talked
20    about, all of your prior experience with these
21    other employers and growing up with your father
22    and grandfather and learning about machinery
23    and equipment, correct?

[139]

1        MR. LANE: Object to the form. Object
2           to the form. Go ahead.
3  Q. That's fine. You can answer, sir.
4  A. State that again.
5  Q. Okay. And that knowledge, I assume, is based
6     on your prior training and education and
7     experience of working with other employers, and
8     having grown up with your father, and I think
9     you said your grandfather, working with and
10    around machinery and equipment?
11       MR. LANE: And I'm going to object to
12          the form again.
13 A. Correct.
14       MR. LANE: I don't know that he's
15          listed any prior experience with a
16          core drill, but that's the basis
17          of my objection.
18       MR. SPRAIN: Okay. Sure. Sure.
19 Q. But you had used many other pieces of machinery
20    and equipment other than this specific core
21    drill on prior occasions to this accident,
22    correct?
23 A. Correct.

[140]

1  Q. All right. Did you -- now, I assume that the
2     procedures you followed in setting up the drill
3     for the first hole were the same with the
4     second hole?
5  A. Correct.
6  Q. Any differences in what you did?
7  A. No.
8  Q. Okay. Did Mr. Walters work with you in setting
9     up the drill for the second hole?
10 A. Yes.
11 Q. All right. As to both setup procedures, did
12    you check the base of the drill for any damage?
13 A. It didn't appear to be damaged.
14 Q. Okay. Just so we're clear for the record, I'm
15    going to -- and excuse me for this blurred
16    picture, but this is the bottom of the drill
17    base -- of a drill base similar to the one in
18    the accident, and I'm going to mark it as
19    Defendant's Exhibit 30.
20       (Defendant's Exhibit 30 marked
21          for identification.)
22 Q. And for purposes of helping to understand the
23    testimony this picture I'll use, and this right

[141]

1     here is the base; is that fair?
2  A. Right.
3  Q. The base of the drill. And this would be the
4     gasket. This right here would be the gasket;
5     is that correct?
6  A. Correct.
7  Q. Okay. And before you started to use the drill
8     for the first hole, rather Mr. Walters, and
9     then you used it for the second hole, did you
10    check the perimeter of the base of the drill
11    for any defects or damage?
12       MR. LANE: You're excluding the seal
13          from that, is that what you're
14          saying?
15       MR. SPRAIN: By the seal -- yes, I'm
16          excluding --
17       MR. LANE: Are you including the seal
18          or excluding the seal?
19       MR. SPRAIN: Well, the seal -- yes, I'm
20          excluding the seal.
21       MR. LANE: Okay.
22 Q. I'm referring to the base, the actual base of
23    the drill. And I'll be happy to show you over

6-21-2006                                                                       Matthew Riley

[62] (Pages 242 to 245)

[242]

1  Q.  Senn? It's Senn?
2  A.  Yeah.
3  Q.  I heard Senn to start with, but then somebody
4      said Sims, so I changed what I wrote down. So
5      it's Ms. Senn?
6  A.  Right.
7  Q.  S-E-N-N?
8  A.  Right.
9  Q.  I believe your testimony was she had indicated
10     that there was a problem with a shear pin,
11     correct?
12 A.  Correct.
13 Q.  Do you have any other information that
14     indicates there is even a shear pin on this
15     device?
16 A.  No. That's the only indication that I had on
17     it, just by what they told me.
18 Q.  Okay. And do you know where she even got that
19     information?
20 A.  No.
21 Q.  Okay. You were shown some pictures, let's look
22     at the ones behind you here. The warning that
23     you were shown earlier on -- it's Riley Exhibit

[243]

1      28, up here where this warning label is, you're
2      not sure where that was or even if you saw it,
3      correct?
4  A.  Correct.
5  Q.  All right. Well, let's talk about it anyway.
6      It says "For your own safety, read and
7      understand the operator's manual." Again,
8      there was no operator's manual that you were
9      aware of, correct?
10 A.  Correct.
11 Q.  All right. "Failure to plug cord into properly
12     grounded receptacle may cause electrical
13     shock." It's your understanding that the cord
14     was plugged into a grounded receptacle,
15     correct?
16 A.  Correct.
17 Q.  All right. "Failure to properly secure unit
18     before drilling may cause serious injury." Is
19     it your understanding that based on everything
20     you and Mr. Walters did you felt like the
21     device was properly secured?
22 A.  Correct.
23 Q.  Okay. I don't know if I've got anything in

[244]

1      here. Oh, yeah, here we are. I know we've
2      been looking at the exemplar, we may have to go
3      back to it, or we may have a better picture.
4      Let me show you what -- do we have the one that
5      was marked 01? Okay. In Exhibit Riley 1, do
6      you see on the vacuum pump -- well, let me ask
7      you to look at the vacuum -- the exemplar we've
8      got over there. Is there a power supply going
9      to that vacuum pump over there on the exemplar?
10     And if you need to stand up and look at it.
11 A.  What do you mean by power supply though?
12 Q.  A power supply, electrical power supply going
13     to it?
14 A.  Do you mean a cord?
15 Q.  Yes.
16 A.  Yes.
17 Q.  All right. Is the power supply that goes to
18     this vacuum pump that's depicted in Riley 1, is
19     the cord showing in that picture?
20 A.  Yes.
21 Q.  Okay. Where is the cord coming from the vacuum
22     pump itself?
23 A.  I don't see it on here, not coming from the

[245]

1      vacuum pump.
2  Q.  Okay. And that's what I wanted to ask you.
3      Was there a power supply going to that vacuum
4      pump before the accident?
5  A.  Yes.
6  Q.  Okay. But you don't see it in the picture
7      marked 1?
8  A.  Correct.
9  Q.  Okay. So do you know what happened to that
10     power cord from the time you used it until this
11     picture was taken?
12 A.  No.
13 Q.  Okay. It's not present in the picture though?
14 A.  Correct.
15 Q.  So that would be something that's different in
16     that picture than what you recall the condition
17     of it was before the accident, correct?
18 A.  Right.
19         MR. LANE: All right. One last look.
20     I think that's all I have. That's
21     all I have.
22         MR. SHEEHAN: Sir, if I could maybe
23     just follow-up with a few things.