Page 1

                IN THE UNITED STATES DISTRICT COURT FOR

                   THE MIDDLE DISTRICT OF ALABAMA

                         SOUTHERN DIVISION



     MATTHEW RILEY,

              Plaintiff,

     Vs.                          CIVIL ACTION NO.

                                  1:05 CV-994-W

     MILWAUKEE ELECTRIC TOOL

     CORPORATION, et al.,

              Defendants.



              DEPOSITION OF MICHAEL JAMES WALTERS, taken

     pursuant to notice and stipulation on behalf of the

     Defendants, in the conference room of Cochran,

     Cherry, Givens, Smith, Lane & Taylor, 163 West Main

     Street, Dothan, Alabama, before Ricky L. Tyler,

     Certified Court Reporter and Notary Public in and for

     the State of Alabama at Large, on Monday, July 17th,

     2006, commencing at 9:05 A.M.

1          condition, sir?

2    A.    I inspected it, to the best of my knowledge.

3    Q.    Okay.  And how did you inspect it, sir?

4    A.    Checked the gaskets, checked the plugs, made

5          sure it was freely moving and all before we set

6          it up to drill the first hole.

7    Q.    All right, sir.  And where was this inspection

8          conducted?

9    A.    In the maintenance shop.

10   Q.    And who was present during this inspection?

11   A.    Me and Mr. Riley.

12   Q.    Was anyone else in the maintenance shop at the

13         time?

14   A.    No, sir.

15   Q.    Were you and Mr. Riley the only maintenance

16         people on that third shift that evening?

17   A.    As far as I can remember.

18   Q.    All right, sir.  How was it that James Mason

19         happened to be at the plant that evening?

20   A.    He's Sanitation Supervisor.  He was there with

21         sanitation.  That's when they come in and clean

22         the plant.

23   Q.    Third shift, that's makes sense.  Was the mill

1      it right.

2  Q.   And were you involved in the employment of

3       Mr. Riley, either by recommending him --

4  A.   No, sir.

5  Q.   -- or telling him about the job?

6  A.   No, sir.

7  Q.   How did Mr. Riley happen to obtain the

8       position?

9  A.   I have no idea, sir.

10  Q.   Did you know Mr. Riley before the accident?

11  A.   No, sir.

12  Q.   Before the day of the accident or that evening,

13       had you worked with Mr. Riley?

14  A.   No, sir.

15  Q.   What, if anything, had Mr. Riley been doing for

16       the two or three days he was working there?

17  A.   I don't remember exactly, sir.

18  Q.   Had you seen him around?

19  A.   Yes, sir.

20  Q.   And had you used a core drill machine before

21       that evening?

22  A.   Yes, sir.

23  Q.   Approximately how many times, sir?

7-17-2006                                    Michael Walters

1    A.    Probably a dozen.

2    Q.    Okay.  And what projects had you used a core

3          drill machine on?

4    A.    I had put pylons in at work and I had used it

5          from previous jobs.

6    Q.    All right.  And what sort of previous jobs had

7          you -- let me see if I can get you to help me.

8          Can you kind of give us just a brief work

9          history?  Before going to work at Flavor House,

10         where had you worked, sir?

11   A.    I worked for Baxley Blow Pipe Company.

12   Q.    And when was that, sir?

13   A.    Where was it?

14   Q.    When?

15   A.    I left there in 2000 and I think I went to work

16         there in '93 or '94.

17   Q.    All right, sir.

18             MR. STUTTS:  What was the name of it?

19   A.    Baxley Blow Pipe Company.

20   Q.    And what did you do at Baxley Blow Pipe?

21   A.    I was the road foreman.

22   Q.    And what would -- what were your duties and

23         responsibilities during those seven years as

120691a4-ba18-47e1-b36c-d89ee38a8474

1          that time on second shift.

2    Q.    And, again, the purpose of the project was

3          what, sir?

4    A.    To put some stanchions up to protect the sink.

5    Q.    And you say that you had inspected the core

6          drill machine before you went to the site?

7    A.    Yes, sir.

8    Q.    About when did y'all head out to the site?

9    A.    I don't even recall, sir.  It wasn't long after

10         we come to work.

11   Q.    Had Mr. Riley already told you that he didn't

12         know how to operate a core drill machine?

13   A.    Once we got to the job site.

14   Q.    Was that the first time you realized that he

15         didn't know what he was --

16   A.    Yes, sir.

17   Q.    -- what he was doing?

18               MR. LANE:  I object to the form.

19   Q.    Let me see if I can rephrase it.  Is that the

20         first time you realized that he did not know

21         how to operate a core drill machine?

22   A.    Yes, sir.

23   Q.    When he told you that he didn't know how to

Page 26

1        operate a core drill machine, what did you say
2        to him?
3    A.  That I would show him how and I would drill the
4        first hole.
5    Q.  How many holes were to be drilled?
6    A.  I don't recall.
7    Q.  And did you feel like you knew how to use a
8        core drill sufficient to instruct Mr. Riley?
9    A.  Yes, sir.
10   Q.  Because you had used it at least a dozen times
11       before?
12   A.  Yes, sir.
13   Q.  Okay.  Did you consult an owner's manual before
14       operating the core drill machine?
15   A.  No, sir.
16   Q.  And why not?
17   A.  There was not one furnished with it.
18   Q.  Okay.  Did you ask anyone at the plant to
19       review a core drill machine manual before going
20       to the site to make these holes?
21   A.  No, sir.
22   Q.  Did you seek counsel from anyone as to how to
23       properly operate a core drill machine before

7-17-2006                                    Michael Walters

1        going to the site --

2    A.   No, sir.

3    Q.   -- to make the first hole?  I'm sorry?

4    A.   No, sir.

5    Q.   And why not?

6    A.   I felt that I had the knowledge and that I

7         could do it without it because I had ran it

8         before.

9    Q.   Did you tell Mr. Riley that you would be glad

10        to get help from someone else there at the

11        plant who might have also used a core drill

12        machine before?

13                MR. BRASHER:  Object to the form.

14                MR. LANE:  Object to the form.

15                MR. BRASHER:  You may answer, if you

16                    can.

17   A.   Can you ask that again?

18   Q.   Sure.

19                MR. BRASHER:  The same objection.

20                    Well, you can ask the question

21                    first.

22                MR. SHEEHAN:  Thank you, sir.

23   Q.   Did you tell Mr. Riley that you would check

 1          and -- excuse me, I'm sorry, I misspoke.  Does
 2          Exhibit Number 10, 11 and 12 to your
 3          deposition, do those three photographs fairly
 4          and accurately depict the condition of the
 5          accident site after apparently the core drill
 6          machine had been moved?
 7     A.   Yes, sir.
 8     Q.   And where would the sink have been positioned?
 9     A.   Yes, sir, it's on the wall.
10     Q.   Okay.  And you've pointed to Exhibit Number 10?
11     A.   10.
12     Q.   And you pointed to the right-hand side of that
13          photograph?
14     A.   Yes, sir.
15     Q.   Was the sink ever installed?
16     A.   The sink was already installed, sir.
17     Q.   Oh, it was.  Okay.  I'm sorry, I just didn't
18          see it in that photograph.
19     A.   I believe it's covered up with plastic right
20          there, sir.
21     Q.   Okay.  So in the upper right-hand corner
22          there's an object that's covered up -- appears
23          to be covered up with plastic, would that be

1        fair?

2    A.   Yes, sir.

3              MR. BRASHER:  Do you want him to mark

4                   it?

5              MR. SHEEHAN:  No, that's all right.

6                   Thank you though.

7    Q.   Before beginning the operation, did you ask for

8         anyone to come over and assist Mr. Riley with

9         the drilling of the second hole?

10   A.   No, sir.

11   Q.   Do you know if anyone was assisting Mr. Riley

12        while he was drilling the second hole?

13   A.   No, sir.

14   Q.   Did you prepare a written statement of the

15        events of that evening?

16   A.   I don't recall, sir.

17   Q.   Would it have been customary for you to have

18        prepared a written report of the accident?

19   A.   To the best of my knowledge you should have.

20   Q.   Okay.  Is that standard procedure at Flavor

21        House, for a written report to be prepared?

22   A.   Yes, sir.

23   Q.   Were witness statements written as to what

Page 60

1              MR. SHEEHAN:  Okay.  I think that's

2                   well put.  Could I see those?

3              MR. SHIRES:  Sure.

4    Q.   Let me show you Exhibit Number 19 to your

5         deposition.  That appears to be a drill bit

6         with all of the teeth present?

7    A.   Yes, sir.

8    Q.   And was that the drill bit that Mr. Riley was

9         using at the time of his accident?

10             MR. BRASHER:  If you know.

11   A.   I don't know.

12   Q.   Does that appear to be the bit that you were

13        using when you drilled the first hole?

14             MR. LANE:  Again, object to the form.

15   A.   Again, I don't know.  I don't know if they've

16        changed the bit after the accident or what.

17             MR. BRASHER:  You didn't take these

18                  photographs, did you?

19   A.   No, sir.

20   Q.   Did you --

21   A.   I wasn't present at the time these were taken.

22   Q.   Okay.  Well, would you have used a drill bit

23        without all of the teeth present?

7-17-2006                                          Michael Walters

Page 61

1    A.    No, sir.

2    Q.    And why not?

3    A.    Because it could have hung up and it wouldn't

4          have drilled right.

5    Q.    Okay.  When you went to the accident -- or

6          excuse me.  When you left the maintenance shop

7          after inspecting the drill, did you make sure

8          the drill bit had all of its teeth present

9          before you went to the site?

10   A.    Yes, sir.

11   Q.    Did you use or instruct Mr. Riley to use a

12         drill bit with any of the teeth missing?

13   A.    No, sir.

14   Q.    Would you have instructed Mr. Riley to use a

15         drill bit that had missing teeth?

16   A.    No, sir.

17   Q.    And why not?

18              MR. LANE:  Asked and answered.  Object

19                 to the form.

20   A.    Because it just wouldn't work.

21   Q.    Okay.  Now, I notice Exhibit Number 20 does

22         have a drill bit with teeth missing, as well

23         as, on the bottom of that photograph, what

Page 63

1    A.    Yes, sir.

2          (Exhibit 21 marked for identification.)

3    Q.    Okay.  Photograph Number 21, what is that, sir?

4    A.    It appears to be a tag of some sort.

5    Q.    Okay.  Is that the checklist tag that you were

6          referring to before?

7    A.    I assume so.

8          (Exhibit 22 marked for identification.)

9    Q.    And let me show you Exhibit Number 22 and ask

10         you what that is, sir?

11   A.    That appears to be the checklist tag.

12   Q.    And did you review this checklist tag before

13         taking the core drill machine to the site of

14         the sink placement?

15   A.    Yes, sir.

16   Q.    Okay.  And did you inspect the back of that

17         checklist tag as well?

18   A.    No, sir.

19   Q.    And why not?

20   A.    I didn't see a reason to because it said Ready

21         to Rent.

22   Q.    Okay.  And do you know where this tag is

23         currently?

1          it appeared that the core drill had hung up and

2          he had fell on the floor and it went airborne

3          and hit him.

4    Q.    What else did you tell Mr. Smothers?

5    A.    I don't recall.

6    Q.    Have you spoken to anyone else at Flavor House

7          other than their --

8    A.    I don't recall who all I had spoke to or if I

9          did or I didn't.

10   Q.    While you were drilling the first hole, did you

11         have any problems with the core drill machine?

12   A.    Yes, sir.

13   Q.    And what problems, if any, did you have, sir?

14   A.    It appeared that the vacuum come loose from the

15         floor and spun around.

16   Q.    And at what point in time did the vacuum come

17         loose?

18   A.    While I was drilling the first hole.

19   Q.    And why did it come loose?

20   A.    I could not tell you that, sir.

21   Q.    After the vacuum came loose, what, if anything,

22         did you do?

23   A.    Mr. Riley pulled the plug.

Page 70

1   Q.   And where was the plug, sir?

2   A.   It's right around the corner on the other side

3        of the wall.

4   Q.   From the sink?

5   A.   Yes, sir.

6   Q.   And what sort of plug was that?

7   A.   It's a 110 regular outlet.

8   Q.   Did you have an extension cord?

9   A.   I don't recall.

10  Q.   Did Mr. Riley get tangled up in the cord,

11       either an extension cord or any of the cords on

12       the core drill machine, at the time of the

13       accident?

14  A.   I couldn't tell you that.

15  Q.   You say that the vacuum came loose during the

16       drilling of the first hole.  Did you check the

17       gasket on the core drill machine after it came

18       loose?

19  A.   Yes, sir.

20  Q.   And what was the condition of the gasket?

21  A.   It appeared to be in good condition.

22  Q.   Did you inspect the core drill machine to see

23       if there were any problems with the core drill

Page 71

1      machine which had caused the vacuum to come

2      loose?

3   A.  No, sir.

4   Q.  Did you recognize that as a result of the

5       vacuum coming loose that it would create a

6       danger of injury to either you or someone

7       standing nearby?

8           MR. LANE:  Object to the form.

9   A.  Not to any extent.

10  Q.  Okay.  But to some extent you recognized that

11      it could create a danger --

12  A.  Yes, sir.

13  Q.  -- if the vacuum did come loose?

14  A.  Yes, sir.

15  Q.  So what precautions did you take once the

16      vacuum did come loose to ensure it did not

17      injure others?

18          MR. LANE:  Object to the form.

19  A.  Repositioned the drill and started over and

20      ensured the vacuum was holding.

21  Q.  And how did you ensure that the vacuum was

22      holding?

23  A.  Tried to shift it back and forth.

Page 72

1   Q.   Can you explain that to me?

2   A.   Taking the base of it and shifting it back and

3        forth to ensure it was holding.

4   Q.   Okay.  What do you mean when you say shifting

5        it back and forth?

6   A.   From side to side, trying to break the vacuum

7        loose from the floor.

8   Q.   And did you check the gauge on the vacuum?

9   A.   No, sir.

10  Q.   And why not?

11  A.   It didn't even appear to me to do it.

12  Q.   Sir?

13  A.   It didn't appear to me to do it.

14  Q.   Do what, sir?

15  A.   It was holding to the floor, so I didn't see

16       the reason to check the gauge.

17  Q.   But, again, I guess what I'm trying to figure

18       out is, what did you do once you realized that

19       there was a problem that could create an injury

20       to you and others?

21            MR. LANE:  Object to the form.

22  Q.   If you could, maybe just tell me the procedures

23       that you followed as a lead mechanic after the

7-17-2006                                    Michael Walters

1          problems with the core drill machine during the
2          drilling of the first hole?
3                    MR. LANE:  Object to the form.
4     A.   I repositioned it and verified that the vacuum
5          was holding.
6     Q.   Anything else?
7     A.   And continued to drill.
8     Q.   And how did you reposition it?
9     A.   We just swept the floor out and cleaned the
10         gasket and all off from any of the dust and
11         debris and then repositioned it back to where
12         we could drill the hole.
13    Q.   And did you inspect the -- I will show you
14         Exhibit Number 2.  Did you inspect this water
15         filter?
16    A.   No, sir.
17    Q.   And why not?
18    A.   I just didn't do it.
19    Q.   Okay.
20                   MR. LANE:  By the way, I object to the
21                        form, classifying that as a water
22                        filter.  I don't know what it's
23                        called, but I don't think the

7-17-2006                                    Michael Walters

1                 record has established what it is.

2    Q.    Okay.  If you could, sir, can you, just in your

3          own words, describe what the item is there on

4          Exhibit Number 2 that is in the middle of the

5          photograph that appears to be a plastic

6          container of some sort?  Just in your own

7          words?

8    A.    It appears to be a filter of some sort.

9    Q.    Okay.

10   A.    Whether it being an air filter or a water

11         filter, I couldn't tell you.

12   Q.    Okay.  Did you check with anyone before taking

13         it to the site to see what that was?

14   A.    No, sir.

15   Q.    Let me ask you, what are these bolts here at

16         the corners of the base of the drill machine?

17   A.    Leveling bolts.

18   Q.    And what are they used for, sir?

19   A.    To ensure you have a good seal.

20   Q.    And how do you use those leveling bolts to

21         ensure you have a good seal?

22   A.    You seal the vacuum to the floor and then run

23         your bolts down until they touch the floor so

Ricky L. Tyler                 Montgomery Reporting Service
(334) 262-3331                          (877) 834-6048

7-17-2006                                          Michael Walters

1       it don't move.

2   Q.  And did you perform that operation before you

3       began the first and second drilling of the

4       hole?

5   A.  Yes, sir.

6   Q.  And did Mr. Matthew Riley observe you using the

7       leveling bolts to ensure that there was proper

8       suction to the floor?

9   A.  Yes, sir.

10  Q.  And so that I'm clear then, you actually

11      screwed the leveling bolts down so that the

12      base of the core drill machine was level or

13      would be level on that concrete slab?

14          MR. LANE:  Object to the form.

15  A.  Yes, sir.

16  Q.  Okay.  As I understand it, initially you

17      started out the drilling of the first hole with

18      your feet to the side of the base of the core

19      drill machine?

20  A.  Yes, sir.

21  Q.  And then for some reason you placed both feet

22      on the core drill base; was that after you had

23      already leveled it?

7-17-2006                                          Michael Walters

                                                              Page 109

1    Q.    Now, tell me, did you stand on the drill at
2          that point in time, on the base of the drill?
3    A.    At which point in time, sir?
4    Q.    When you first started drilling that hole that
5          day.
6    A.    No, sir.
7    Q.    You did not stand on it?
8    A.    No, sir.
9    Q.    Did you stand on it at all before you developed
10         a problem with the operation?
11   A.    I don't recall.
12   Q.    Well, you said you stood on it because it was
13         easier to operate?
14   A.    Yes, sir.
15   Q.    When did you make that determination?
16   A.    It was during the course of drilling the hole.
17   Q.    Was it before you had a problem with it?
18   A.    I don't think it was, sir.
19   Q.    All right.  So you did not stand on the drill
20         base prior to encountering the problem with the
21         operation; is that a fair statement?
22   A.    Yes, sir.
23   Q.    What's the first thing you noticed when this

7-17-2006                                    Michael Walters

Page 110

1          problem occurred?  What happened?

2                    MR. LANE:  On his hole?

3     Q.   On the first hole.

4     A.   That the base of the drill shifted.

5     Q.   How far did it shift?

6     A.   It spun all the way around.

7     Q.   All right.  So you're standing on the ground at

8          this point in time; is that correct?

9     A.   Yes, sir.

10    Q.   And where are your hands?

11    A.   One is on top of the machine and one is on the

12         handle to push the bit down.

13    Q.   All right.  So when the -- did the whole

14         machine start to rotate?

15    A.   Just the base of it.

16    Q.   Just the base.  Did it come around and hit your

17         feet or were your feet clear enough where when

18         it rotated it didn't hit them?

19    A.   I was standing back far enough that it didn't

20         hit me.

21    Q.   Okay.  Were you hurt in any way when this

22         occurred?

23    A.   No, sir.

Page 111

1   Q.   How long was it between the time it first began
2        to shift that Mr. Riley unplugged it?
3   A.   It was almost immediately just about it.
4   Q.   Did you have to yell at him to do that or is
5        that something he did on his own accord?
6   A.   I don't recall.
7   Q.   So what did you do immediately after that
8        occurred?
9   A.   Removed it from the hole and inspected the
10       gasket and all and made sure it was in good
11       working order.
12  Q.   How were you able to retract the drill bit from
13       the hole?
14  A.   Just pulled the handle back up.
15  Q.   Did you have any problem pulling it out of the
16       hole?
17  A.   No, sir.
18  Q.   And then you -- what did you do?  Did you turn
19       it on its side to look at the gasket or what
20       did you do?
21  A.   I don't know which way I turned it.
22  Q.   All right.  But you checked out the gasket?
23  A.   Yes, sir.

Page 112

1   Q.   Is the water flowing during this period of time
2        or had somebody turned the water off?
3   A.   No, sir, we had already cut the water off.
4   Q.   Did you look in the hole at all to see what
5        might have caused it?
6   A.   Yes, sir.  Yes, sir.
7   Q.   Could you see anything in there that you
8        thought might have caused it to get hung up?
9   A.   No, sir.
10  Q.   And when you pulled the drill bit out, did the
11       drill bit still have all of its teeth?
12  A.   Yes, sir.
13  Q.   So you -- my understanding is you swept out the
14       area again or cleaned up the area?
15  A.   Yes, sir.
16  Q.   And you cleaned off the gasket?
17  A.   Yes, sir.
18  Q.   And then what did you do with the drill?
19  A.   We set it back up over the first hole and
20       releveled it and sealed it back to the floor.
21  Q.   All right.  And how did you level it on that
22       occasion?
23  A.   With the leveling bolts.

Page 113

1  Q.  How were you able to line up the drill bit with
2      the hole?  Did you lower it down into the hole
3      before you got it positioned?
4  A.  Yes, sir.
5  Q.  All right.  And take me through it again.  How
6      did you turn on the system and how did you get
7      started re-cutting the hole?
8  A.  Turned the system on and then I took and pushed
9      it from side to side to make sure it had a good
10     seal.
11 Q.  All right.  Did it have a good seal at that
12     point in time?
13 A.  Yes, sir.
14 Q.  Was the water running at this point?
15 A.  No, sir, I don't believe it was.
16 Q.  All right.  Then what happened?
17 A.  Then we proceeded drilling the hole after we
18     turned the water on.
19 Q.  And at this point did you stand on the base?
20 A.  Yes, sir.
21 Q.  And you're saying you stood on it just because
22     it was easier to operate the drill?
23 A.  Yes, sir.  It's a long ways to reach over the

Page 116

1    Q.    All right.  Now, he told us that some comment
2          was made that it didn't look like the vacuum
3          was going to hold it, so you need to stand on
4          it.  Did you make any comment at all to that
5          effect to him?
6                   MR. LANE:  Object to the form.
7    A.    I don't recall.
8    Q.    Did you have any conversations at all at that
9          point in time with him about the operation of
10         the pump, whether you thought it was working
11         properly or not?
12   A.    I don't recall if I did or not.
13   Q.    Were you of the opinion, after that problem
14         with the drill, whether or not the vacuum
15         system was sufficient to hold the drill in
16         place?
17                  MR. LANE:  Object to the form.
18   A.    I considered it efficient enough or I wouldn't
19         have never used it.
20   Q.    Well, did it seem to you to be proper operation
21         for the vacuum to somehow lose its suction on
22         the floor and let it go loose?  Did that seem
23         to you to be the proper operation of the drill?

Page 117

1    A.    No, sir.

2    Q.    All right.  So when that happened, you thought

3          that the drill malfunctioned; is that correct?

4    A.    Either that or we had dirt up under the gasket

5          or something and it lost its seal.

6    Q.    All right.  But you knew it wasn't supposed to

7          operate like that?

8    A.    Yes, sir.

9    Q.    After you completed the first hole, did you

10         have any conversations with Mr. Riley about the

11         fact that he should stand on the base to make

12         sure it stayed secure to the floor?

13   A.    I don't recall that.  I don't think I did, but

14         I don't recall it.

15   Q.    When you were with the military and using that

16         core drill with the separate pump, did you ever

17         have a situation where the vacuum system did

18         not hold the drill in place?

19   A.    No, sir.

20   Q.    Is this the first time you ever had or seen

21         this occur, for the drill base to become loose

22         during operation?

23   A.    Yes.

Page 118

1    Q.    Are you -- had anybody ever talked to you about
2          that happening before?
3    A.    No, sir.
4    Q.    For instance, these gentlemen you mentioned,
5          Mr. Hall and Mr. Cody, have they ever talked to
6          you before or after the accident, "Oh, yeah, I
7          used it one time and that thing released or I
8          had a problem with it"?
9    A.    No, sir.
10   Q.    When you were operating the drill that day, did
11         you notice any unusual noises that you thought
12         indicated it might not be operating properly?
13   A.    No, sir.
14   Q.    Do you recall having any problem with the
15         actual drill motor itself that you thought was
16         working improperly or didn't sound right or
17         didn't operate properly?
18   A.    No, sir.
19   Q.    As far as you knew, the drill motor was running
20         correctly as it cut that hole?
21   A.    Yes, sir.
22   Q.    Have you ever read a manual, an operator's
23         manual or anything of that nature, with regards

7-17-2006                                    Michael Walters

Page 124

1      mean?

2   A.    It's like a big suction cup.

3   Q.    In other words, is it drawing air up?

4          MR. LANE:  Well, object to the form.

5   A.    I don't exactly know how the vacuum works, but

6          I know what it's supposed to do.

7   Q.    And it's supposed to hold the whole apparatus

8          to the floor; is that right?

9   A.    It's supposed to hold it in place.

10  Q.    All right.  Are you saying that there was --

11         when you drilled the first hole, was there any

12         problem whatsoever with the vacuum pump?

13         MR. LANE:  Object to the form.

14  A.    I don't know why it broke loose.

15  Q.    Well, let's put it this way; did it make any

16         unusual sound?

17  A.    No, sir.

18  Q.    As far as it looked and it sounded, it appeared

19         to be working normally to you; is that correct?

20         MR. LANE:  Object to the form.  What is

21                    "it"?

22  Q.    Is that correct?

23  A.    Yes, sir.