IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 1:05cv994-MHT |
| | ) | |
| UNITED RENTALS (NORTH | ) | |
| AMERCIA), INC., et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF CHRIS WAYMIRE

STATE OF ALABAMA
COUNTY OF HOUSTON

My name is Chris Waymire. I am an adult resident citizen of the State of Alabama, and have personal knowledge of the matters set forth herein. I have been employed as a delivery truck driver for United Rentals (North America), Inc. in Dothan, Alabama at all times material hereto. I was the truck driver who delivered to Flavor House Products the Norton Core Drilling Machine that is the subject of this lawsuit. I am familiar with how to operate the Norton Core Drill and had the opportunity to operate a Norton Core Drill prior to August of 2003.

On August 28, 2003, I arrived at the Flavor House premises to deliver the Norton Core Drill to the Maintenance Shop. Upon my arrival, I met a man dressed in a Flavor House uniform with nametag, whose name I do not recall. This man signed and accepted delivery for the subject machine. I specifically asked the Flavor House Mechanic if he knew how to use the machine and he replied that he did. This man signed the attached Rental Out Contract and I also delivered a Safety Sheet at the same time. I left the "ready to rent" tag on the drill. Copies of the Rental Out Contract and Safety Sheet that accompanied the machine on this day are attached to this

Affidavit as Exhibits "A" and "B." I can positively identify the Rental Out Contract and the initials at the bottom of the Rental Out Contract are mine. They are the initials "WCW."

Based upon my familiarity with a core drill, and in particular a Norton Core Drill Machine, there were no parts to the machine missing upon delivery. Based upon my familiarity with this machine, I could have instructed any employee of Flavor House how to properly and safely use said machine, if asked. I do not remember any warnings missing on the machine.

The above is true and correct to the best of my knowledge and belief. This Affidavit was executed within the United States, particularly Dothan, Alabama. I declare and certify under penalty of perjury that the foregoing is true and correct.

Executed on this the __24__ day of August, 2006.

_____
CHRIS WAYMIRE



**United Rentals**

1103 MONTANA STREET
DOTHAN, AL 36303
334-793-1103

## RENTAL OUT CONTRACT

Page: 1

**Job Site**

FLAVOR HOUSE PRODUCTS INCORPOR
FLAVOR HOUSE
2700 HORACE SHEPARD RD.
DOTHAN, AL 36304
C#: 205-983-5643 J#: 205-983-5643

**Customer**

FLAVOR HOUSE PRODUCTS INCORPOR
2700 HORACE SHEPARD DRIVE
P O BOX 8084
DOTHAN, AL 36304

Customer.... 237318
Contract #.. 35499488
Contract dt. 8/28/03
Date out.... 8/28/03    12:25 PM
Date Due In. 8/29/03    11:19 AM

Job Loc..... FLAVOR HOUSE, DOTHAN
Job No...... 1 - FLAVOR HOUSE PRO
P.O. #...... 60025
Ordered By.. DONNA
Written by.. UR828PL1
Salesperson. 1812
Terms....... Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS (NORTH AMERICA), INC.
PO BOX 4719
HOUSTON, TX 77210-4719

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | CORE DRILL MACHINE | 41.00 | 61.00 | 184.00 | 551.00 | |
| | 502881    Make: NORTON   Model: DM500   Ser #: 02G016 | | | | | |
| 1 | DIAMOND CORE BIT 4 IN | 45.00 | 56.00 | 224.00 | 505.00 | |
| | 441882    Make: CORE CUT   Model: 00007   Ser #: 03961 | | | | | |
| | OUT:    21.80 | | | | | |
| | DELIVERY CHARGE | | | | | 10.00 |
| | PICKUP CHARGE | | | | | 10.00 |

```
***************************************************
*                                                 *
*         Customer MUST call for Release Number    *
*            Before Rental Contract Is Closed       *
*           Telephone Number is (334) 793-1103      *
*          A Cleaning Charge will apply to all       *
*         Equipment Returned with excessive Dirt    *
*   Customer is responsible for all damages including tires *
*   There is a $15.00 Charge for all Keys not Returned *
*   Signature _____                           *
***************************************************
```



EXHIBIT
A

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: THE RENTAL PROTECTION PLAN IS NOT INSURANCE! Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer waives covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence.    Customer Accepts ( )    Customer Declines ( )

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all TERMS AND CONDITIONS listed in this rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Optional Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays; (4) This rental agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the TERMS AND CONDITIONS on reverse. THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT, (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _____

CUSTOMER SIGNATURE    DATE    NAME PRINTED

wxw    08-28-03

DELIVERED BY    DATE

A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

United Rentals-0050

## RENTAL CONTRACT ADDITIONAL TERMS AND CONDITIONS

1. **DEFINITIONS.** "United" means the corporate subsidiary of United Rentals, Inc. identified on the first page of this Rental Contract from whom the Customer has rented the Equipment. "Equipment" means any one or more of the items identified as such on the first page of this Rental Contract, and shall include any accessories, attachments or other similar items delivered to Customer, such as air hoses, electric cords, blades, welding cables, liquid fuel tanks and nozzles. "Customer" means the person or entity identified as such on the first page of this Rental Contract, including any representative, agent, officer or employee of Customer. "Store Location" means the United address in the upper left-hand corner on the first page of this Rental Contract. "Rental Period" means the period of time between the "Date Out" and "Date Due In," set forth on the first page of this Rental Contract, except that the Rental Period may terminate earlier as provided in item 17.

2. **AUTHORITY TO SIGN.** Any individual signing this Rental Contract represents and warrants that he or she is of legal age, and has the authority and power to sign this Rental Contract on their own behalf or for the Customer.

3. **DISCLAIMER OF WARRANTIES.** UNITED MAKES NO WARRANTIES, EXPRESS OR IMPLIED, AS TO THE MERCHANTABILITY OF THE EQUIPMENT OR ITS FITNESS FOR ANY PARTICULAR PURPOSE. THERE IS NO WARRANTY THAT THE EQUIPMENT IS SUITED FOR CUSTOMER'S INTENDED USE, OR THAT IT IS FREE FROM DEFECTS. EXCEPT AS MAY BE SPECIFICALLY SET FORTH IN THIS RENTAL CONTRACT, UNITED DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, MADE IN CONNECTION WITH THIS RENTAL TRANSACTION.

4. **INDEMNITY/HOLD HARMLESS/DAMAGES.** IN CONSIDERATION OF THE RENTAL OF THE EQUIPMENT TO CUSTOMER, CUSTOMER ACKNOWLEDGES AND ASSUMES ALL RISKS INHERENT IN THE OPERATION AND USE OF THE EQUIPMENT BY CUSTOMER, AND WILL TAKE ALL NECESSARY PRECAUTION TO PROTECT ALL PERSONS AND PROPERTY FROM INJURY OR DAMAGE WHILE IN POSSESSION OF THE EQUIPMENT. UNITED SHALL NOT BE RESPONSIBLE TO CUSTOMER OR TO ANY OTHER PARTY FOR ANY LOSS, DAMAGE OR INJURY (INCLUDING ANY LOSS OF PROFITS, BUSINESS INTERRUPTION OR OTHER SPECIAL OR CONSEQUENTIAL DAMAGES) CAUSED BY, RESULTING FROM, OR IN ANY WAY CONNECTED WITH THE EQUIPMENT, ITS OPERATION OR USE, ANY DEFECT WITH RESPECT THERETO, OR IN ANY WAY RELATING TO UNITED'S PERFORMANCE OF THIS AGREEMENT. CUSTOMER AGREES TO DEFEND, INDEMNIFY AND HOLD UNITED HARMLESS FROM ANY AND ALL LIABILITY, CLAIMS AND DAMAGES OF ANY KIND (INCLUDING ATTORNEY'S FEES AND EXPENSES AND OTHER LEGAL COSTS) FROM INJURIES OR DEATH TO PERSONNEL AND DAMAGE TO PROPERTY ARISING OUT OF THE USE, MAINTENANCE, INSTRUCTIONS, OPERATION, POSSESSION, OWNERSHIP OR RENTAL OF THE EQUIPMENT, HOWEVER CAUSED.

In common language, the above hold harmless provision means that customer is voluntarily renting equipment from United when customer could rent it form someone else. In exchange for payment for the rental and use of the equipment, customer is assuming all risk of injury to himself and others as result of renting the equipment, and, most importantly, is agreeing that customer will pay any and all damage awards, attorney's fees, costs and other expenses which United is required to pay in any way relating to customer's rental and use of the equipment.

5. **RECEIPT & INSPECTION OF EQUIPMENT.** Customer acknowledges that Customer has inspected the Equipment prior to taking possession thereof, finds it in good working order and repair, and suitable for Customer's needs. Customer is familiar with the proper operation and use of each item of Equipment. Customer has inspected or will inspect all hitches, bolts, safety chains, hauling tongues and other devices and materials used to connect the Equipment to Customer's towing vehicle, if any; United is not responsible for any damage to Customer's towing vehicle caused by detachable hitches or mirrors.

6. **USE OF EQUIPMENT.** Customer will not use or allow anyone to use the Equipment: (a) for an illegal purpose or in an illegal manner; (b) without a license, if required under any applicable law, or (c) who is not qualified to operate it. Customer agrees, at Customer's sole expense, to comply with all applicable municipal, state, and federal laws, ordinances and regulations (including O.S.H.A.) which may apply to the use of the Equipment. Customer agrees to check filters, oil, fluid levels and tire air pressure, to clean and visually inspect the Equipment daily and to immediately notify United when Equipment needs repair or maintenance. Customer acknowledges that United has no responsibility to inspect the Equipment while it is in Customer's possession. United shall have the right to replace the Equipment with other similar equipment at any time and for any reason.

7. **MALFUNCTIONING EQUIPMENT.** Should the Equipment become unsafe, malfunction or require repair, Customer shall immediately cease using the Equipment and immediately notify United. If such condition is the result of normal operation, United will repair or replace the Equipment with similar Equipment in working order, if such replacement Equipment is available. United has no obligation to repair or replace Equipment rendered inoperable by misuse, abuse or neglect. Customer's sole remedy for any failure or defect in Equipment shall be the termination of any rental charges accruing after the time of failure. Customer must return the Equipment to the Store Location within 24 hours from the time of defect in order to terminate rental charges.

8. **RETURN OF EQUIPMENT, DAMAGED & LOST EQUIPMENT.** At the expiration of the Rental Period, Customer will return the Equipment to the Store Location during United's regular business hours, such Equipment to be in the condition and repair as when delivered to Customer, subject to reasonable wear and tear, as defined below. Customer shall be liable for all damages to or loss of the Equipment from the time the Equipment leaves the Store Location until the Equipment is returned to the Store Location, including any damage during transit to or from Customer. In the case of the loss or destruction of any Equipment, or inability or failure to return same to United for any reason whatsoever, Customer will pay United the then full replacement list value together with the full rental rate as specified until such Equipment is replaced. If the Equipment is returned in a damaged or excessively worn condition, Customer shall pay United the reasonable cost of repair and pay rental on the Equipment at the regular rental rate until all repairs have been completed. United shall be under no obligation to commence repair work until Customer has paid to United the estimated cost therefor.

9. **REASONABLE WEAR AND TEAR.** Reasonable wear and tear of the Equipment shall mean only the normal deterioration of the Equipment caused by ordinary and reasonable use on a one shift (8 hours per day, 40 hours per week) basis. The following shall not be deemed reasonable wear and tear: (a) damage resulting from lack of lubrication or maintenance of necessary oil, water and air pressure levels; (b) except where United expressly assumes the obligation to service or maintain the Equipment, any damage resulting from lack of servicing or preventative maintenance suggested in the manufacturer's operation and maintenance manual; (c) damage resulting from any collision, overturning, or improper operation, including overloading or exceeding the rated capacity of the Equipment; (d) damage in the nature of dents, bending, tearing, staining and misalignment to or of the Equipment or any part thereof; (e) wear resulting from use in excess of shifts for which rented; and (f) any other damage to the Equipment which is not considered ordinary and reasonable in the equipment rental industry. Repairs to the Equipment shall be made to the reasonable satisfaction of United and in a manner which will not adversely affect the operation, manufacturer's design or value of the Equipment.

10. **LATE RETURN.** If not returned by the end of the Rental Period, in addition to the rental rates set forth in this Rental Contract, Customer agrees to pay an additional charge of 1/6 of the daily rental rate for each hour the Equipment is retained beyond the expiration of the Rental Period. Customer agrees to pay for any damage to or loss of the Equipment occurring between the time the Equipment is returned and the commencement of United's next business day in the event the Equipment is returned to the Store Location at other than United's regular business hours.

11. **RENTAL PERIOD & CALCULATION OF CHARGES. Rental charges commence when the Equipment leaves the Store Location and end when the Equipment is returned to the Store Location.** Rental charges accrue during Saturdays, Sundays and Holidays. Rental rates are for normal usage based on an 8 hour day, 40 hours per week and 160 hours per month. On power equipment, operations in excess of one shift will be at United's standard premium rental rates. Customer will truthfully and accurately certify to United the number of shifts the equipment was operated. Customer's right to possess the Equipment terminates on the expiration of the Rental Period and retention of possession after this time is a material breach of this Rental Contract. TIME IS OF THE ESSENCE.

12. **DEPOSIT.** In addition to securing the payment of rental charges hereunder, Customer agrees that any rental deposit shall be deemed to be a guaranty by Customer of the full and complete performance of each and all of the terms, covenants, and agreements to be performed by Customer hereunder, and in the event of any breach by Customer, the deposit will be credited against any damages, cost or expense incurred by United as a result of the breach.

13. **PAYMENT.** All amounts due hereunder shall be payable in full upon the end of the Rental Period, return of the Equipment to United, or 30 days following United's invoice to Customer, whichever comes first. Customer acknowledges that timely payment of rental charges is essential to United's business operations and it would be impractical and extremely difficult to fix the actual damages caused by late payment. Customer and United agree that there shall be added to all post due rental charges a late payment fee equal to the lesser of 2% per month (24% per annum) on any such post due amounts, or the maximum amount allowed by applicable law.

14. **FAILURE TO DELIVER.** Customer releases and discharges United from any and all liability or damages (including consequential and special damages) which might be caused by United's failure or inability to deliver any Equipment by any specified date or time.

15. **TITLE / NO PURCHASE OPTION / NO LIENS.** This Rental Contract is not a contract of sale, and title to the Equipment shall at all times remain with United. Unless covered by a specific supplemental agreement signed by United, the Customer has no option or right to purchase the Equipment. Customer shall keep the Equipment free and clear of all mechanics and other liens and encumbrances.

16. **TIRE/TUBE REPAIR OR REPLACEMENT.** Repair or replacement of tires and tubes is the responsibility of the Customer, and is not included in the rental rate.

17. **DEFAULT.** Customer shall be deemed to be in default should Customer in any way fail to pay any amount when due hereunder, or to perform, observe or keep any provision of this Rental Contract, or should the Customer become "insolvent" (as defined herein), or should United anticipate that Customer may become insolvent or that Customer may otherwise become in default. If Customer is in default, United may do any one or more of the following: (a) terminate the Rental Period; (b) declare the entire amounts due hereunder immediately due and payable and commence legal action therefor; (c) cause United's employees or agents, without notice or legal process, to enter upon Customer's property and take all action necessary to retake and repossess the Equipment, in which event Customer waives all claims for damages and losses, physical and pecuniary, caused thereby and shall pay all costs and expenses incurred by United in retaking and repossessing; or (d) pursue any other remedies available by law. The Customer shall be considered "insolvent" if the Customer (i) shall generally not pay, or shall be unable to pay, or shall admit its inability or anticipated inability to pay its debts as such debts become due; or (ii) shall make an assignment for the benefit of creditors, or petition or apply to any tribunal for the appointment of a custodian, receiver, or trustee for it or a substantial part of its assets; or (iii) shall commence any proceeding under any bankruptcy, reorganization, arrangement, readjustment of debt, dissolution, or liquidation law or statute of any jurisdiction, whether now or hereafter in effect; or (iv) shall have had any such petition or application filed or any such proceeding commenced against it in which an order for relief is entered or an adjudication or appointment is made; or (v) shall take any action indicating its consent to, approval of, or acquiescence in any such petition, application, proceeding, or order for relief or the appointment of a custodian, receiver, or trustee for all or any substantial part of its properties.

18. **CUSTOMER'S INSURANCE COVERAGE.** Customer agrees to maintain and carry, at its sole cost, adequate liability, physical damage, public liability, property damage and casualty insurance for the full replacement cost of the Equipment, including all risks of loss or damage covered by the standard extended coverage endorsement, to cover any damage or liability arising from the handling, transportation, maintenance, operation, possession or use of the Equipment during the entire Rental Period. When requested, Customer shall supply to United proof of such insurance by Certificate of Insurance clearly setting forth the coverage for the Equipment and naming United as loss payee and additional insured; such insurance and evidence thereof to be in amounts and form satisfactory to United. The Certificate of Insurance and policy shall provide that United shall receive not less than 30 days' notice prior to any cancellation of the insurance required hereunder.

19. **NO ASSIGNMENT, LENDING OR SUBLETTING.** Customer shall not sublease, sublet, assign or loan the Equipment without first obtaining the written consent of United, and any such action by Customer, without United's written consent, shall be void. Customer agrees to use and keep the Equipment at the job site set forth on the first page of this Rental Contract unless United approves otherwise in writing.

20. **RENTAL PROTECTION PLAN PROVISIONS. The Plan is not insurance.**

A. If Customer elects to accept and pay for the Rental Protection Plan (the "Plan") on the first page of this Rental Contract, Customer will not be responsible for more than 10% of replacement value, not to exceed $500, from losses arising from theft or direct physical damage to the Equipment, if it is used for its specific purpose and not misused.

B. If Customer rents a truck under this Rental Contract and Customer has accepted and paid for the Plan, United waives certain of its rights to require the Customer to reimburse United for payments made by United to others for accidents involving the truck. The waiver of reimbursement applies only if United's liability to others is limited to the minimum financial responsibility limits of the state in which the accident occurs, and only if the sole driver of the truck is Customer, or an employee of a Customer, who or which has an approved credit application on file with United, and only if Customer or its employee does not use the truck in violation of any terms of this Rental Contract or of any law.

C. Customer agrees that Customer, or an employee of a Customer who or which has an approved credit application on file, will be the only driver of any vehicle used to tow any United trailer, and that Customer will not use the trailer in violation of any terms of the Rental Contract or law. United will reimburse Customer for accidental loss or damage to Customer's goods from any collision, overturn, landslide, flood, hail, explosion, fire, windstorm or lightning which occurs while a United trailer is towed by Customer's vehicle. This reimbursement is limited to actual cash value up to a total of $10,000 for private passenger vehicles and Customer's owned equipment; and to actual cash value up to a total of $3,000 for Customer's personal belongings.

D. Notwithstanding the foregoing, United will not waive a claim for loss or damage: (i) to Equipment as a result of overloading or exceeding its rated capacity; (ii) to motors, generators, drills or other electrical appliances or devices caused by portable electric current; unless the source is a generator supplied by United; (iii) to hydraulic cylinders; (iv) to tires and tubes caused by blow out, bruises, cuts, punctures or other causes inherent in the use of the Equipment; (v) resulting from a lack of, or improper lubrication or servicing of the Equipment, or damage resulting from misuse, abuse, failure to maintain, cleanliness, proper fuel, hydraulic fluid, coolant or pressure levels; (vi) due to mysterious disappearance, or any Equipment that is not returned for whatever reason, including theft, unless from break and entry substantiated by a police report. Break and entry includes forced entry into a building, enclosed area, or fencing at which the Equipment is located, or forced entry into the Equipment itself; (vi) due to theft of all accessories, such as, but not limited to air hoses, electric cords, blades, welding cable, liquid fuel tanks, harnesses and lanyards and other similar items; and (vii) due to use of Equipment in violation of any terms of the Rental Contract or any illegal use.

E. If Customer has insurance covering any loss or damage to which this paragraph "20" relates, the Plan becomes secondary and shall only apply to the extent such damage is not covered by Customer's insurance. Customer shall exercise all rights available to Customer under said insurance and take all action necessary to process a claim therefor. Customer hereby assigns said claim and any and all proceeds from such insurance to United. Upon request of United, Customer shall fully cooperate with United and furnish the name of Customer's insurance agent, insurance company, and information concerning Customer's insurance coverage.

21. **ENTIRE AGREEMENT / ONLY AGREEMENT.** This Rental Contract represents the entire agreement between the Customer and United with respect to the Equipment and the rental of the Equipment. There are no oral or other representations or agreements not included herein. None of United's rights or Customer's rights may be changed and no extension of the terms of this Rental Contract may be made except in writing, signed by both United and Customer. Any use of Customer's purchase order number on this Rental Contract is for Customer's convenience only. This Rental Contract supersedes any purchase order or other Customer provisions or forms whether sent to or received prior, or subsequent to this Rental Contract.

22. **OTHER PROVISIONS.**

A. Any failure of United to insist upon strict performance by Customer of any terms and conditions of this Rental Contract shall not be construed as a waiver of United's right to demand strict compliance. Customer has carefully reviewed this Rental Contract and waives any principle of law which would construe any provision hereof against United as the draftsperson of this Rental Contract.

B. Customer agrees to pay all reasonable costs of collection, court, attorneys' fees and other expenses incurred by United in the collection of any charges due under this Rental Contract or in connection with the enforcement of its terms.

C. Customer shall pay the rental charge(s) without any offsets, deductions or claims.

D. The federal and state courts in the county in which the Store Location is located shall have exclusive jurisdiction over all matters relating to this Rental Contract. TRIAL BY JURY IS WAIVED. Service of process may be effected by certified mail to CSC-Lawyers Incorporating Service Incorporated, 150 South Perry Street, Montgomery, AL 36104. United shall be entitled to decrees of specific performance (without posting bond or other security) in addition to such other remedies as may be available.

**CRIMINAL WARNING:** The use of false identification to obtain Equipment or the failure to return the Equipment by the end of the Rental Period may be considered a theft subject to criminal prosecution pursuant to applicable criminal or penal code provisions.

United Rentals-0051

# ◖ United Rentals

FORM 1524-000                    GENERAL SAFETY                    09/00

Any piece of equipment can be dangerous if not operated properly. You are responsible for the safe operation of this equipment. The operator must carefully read and follow any warnings, safety signs and instructions provided with or located on the equipment. Do not remove, defeat, deface or render inoperable any of the safety devices or warnings on this equipment. If any safety devices or warnings have been removed, defeated, defaced or rendered inoperable, DO NOT USE THE EQUIPMENT!!!! The use and operation of this equipment, accessories, and its component parts contain a chemical(s) known to cause cancer, birth defects, and other reproductive harm.

1. Only operate if you have been authorized and are trained in equipment's safe operation.

2. Check with rental yard on correct operating procedures. Call if you have any questions!

3. Only use equipment for its intended purpose.

4. Always wear proper safety glasses/shield, hard hat, safety shoes and ear protection.

5. Obey all state and local laws when driving, towing, and operating equipment.

6. Always maintain total control of the equipment you are operating.

7. Never fuel equipment while engine is hot or running. Do not smoke.

8. Always keep equipment away from wet or damp locations. Water is an electrical hazard which could cause serious electrical shock.

9. DO NOT OPERATE DAMAGED OR FAULTY EQUIPMENT! CALL RENTAL LOCATION IMMEDIATELY FOR A REPLACEMENT. STOP USING UNTIL REPLACEMENT ARRIVES.

10. Always inspect your work area for hazards that may cause an accident. Remove debris and obstacles. If digging, always call all available services to locate underground cables, pipes, gas and water lines, and electrical wiring. Only operate equipment where it should be operated. Do not operate equipment on slopes of more than 20 degrees.

11. Always wear safety belt located on equipment.

If the person receiving this handout will not be the user of the equipment, forward these instructions to the operator. If there is any doubt as to the operation or safety of the equipment, DO NOT USE !!!
CALL US IMMEDIATLY!!!

**FAILURE TO FOLLOW THESE INSTRUCTIONS COULD RESULT IN INJURY OR DEATH**



EXHIBIT
B

United Rentals-0052