IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), Inc., et al., ) | |
| ) | |
|    Defendants. ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 46) is set for submission, without oral argument, on September 18, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 1st day of September, 2006.

                             /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE