IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), Inc., et al., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motions for summary judgment (doc. nos. 49 & 51) are set for submission, without oral argument, on September 25, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 11th day of September, 2006.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**