IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv994-MHT |
| | ) | |
| UNITED RENTALS (NORTH | ) | |
| AMERICA), Inc., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

It is ORDERED as follows:

(1) The joint motion for modification (Doc. No. 55) is granted only to the extent set forth in this order.

(2) The uniform scheduling order (Doc. No. 18) is modified in the following respects:

    (A) The deadline for completing discovery is extended to November 29, 2006.

    (B) The parties are allowed until October 13, 2006, to supplement the expert reports to meet state licensing requirements.

    **(C)   All other deadlines are unchanged.**

**DONE, this the 15th day of September, 2006.**


                    <u>/s/ Myron H. Thompson</u>
                    **UNITED STATES DISTRICT JUDGE**