IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 1:05cv994-T ) |
| UNITED RENTALS (NORTH AMERICA), Inc. et al., | ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
RESPONE TO DEFENDANT MILWAUKEE ELECTRIC
TOOL CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff in the above-styled matter and, responds to Defendant Milwaukee Tool Company's Motion for Summary Judgment as follows:

1. On August 30, 2006, Defendant Milwaukee submitted its Motion for Summary Judgment.

2. Pursuant to the Court's Order, Plaintiff's Response to Defendant Milwaukee's Motion is due September 18th, 2006.

3. On Friday, September 15th, Plaintiff and Defendant Milwaukee reached a compromise settlement of the claims against Defendant Milwaukee.

4. In light of the compromise settlement, Defendant Milwaukee's Motion for Summary Judgment is moot.

5. Defendant Milwaukee has no objection to having the Motion for Summary Judgment denied as moot.

6.     Appropriate settlement documents and Motion for Dismissal of all claims against Defendant Milwaukee will be submitted to the Court in a timely manner.

WHEREFORE, Plaintiff requests this Honorable Court to deny Defendant Milwaukee's Motion for Summary Judgment as moot.

                                                **COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

                                                /s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama 36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 18th day of September, 2006:

John A. Earnhardt, Esq.
Mitesh Shah, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, Alabama 35203-2618

Robert H. Sprian, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317
Birmingham, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

/s/ Joseph D. Lane
**JOSEPH D. LANE**