IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY,           )<br>                          )<br>    Plaintiff,         )<br>                          )    CIVIL ACTION NO.<br>    v.                    )      1:05cv994-MHT<br>                          )<br>UNITED RENTALS (NORTH    )<br>AMERICA), Inc., et al., )<br>                          )<br>    Defendants.           ) | |

ORDER

In light of the notice and response (doc. no. 58), it is ORDERED as follows:

(1) Defendant Milwaukee Electric Tools Corporation's motion for summary judgment (doc. no. 46) is denied as moot.

(2) Plaintiff and said defendant are allowed 14 days from the date of this order to submit the appropriate settlement papers.

DONE, this the 21st day of September, 2006.

　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE