**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW RILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1:05cv994-T** |
| **vs.** | ) | |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERICA), Inc. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND
RESPONSE TO DEFENDANT GAST MANUFACTURING'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

COMES NOW Plaintiff in the above-styled matter and, responds to Defendant Gast Manufacturing's Motion for Summary Judgment as follows:

1.    On August 31, 2006, Defendant Gast submitted its Motion for Summary Judgment.

2.    Pursuant to the Court's Order, Plaintiff's Response to Defendant Gast's Motion is due September 25, 2006.

3.    On Thursday, September 21, Plaintiff and Defendant Gast reached a compromise settlement of the claims against Defendant Gast.

4.    In light of the compromise settlement, Defendant Gast's Motion for Summary Judgment is moot.

5.    Defendant Gast has no objection to having the Motion for Summary Judgment denied as moot.

6.    Appropriate settlement documents and Motion for Dismissal of all claims against Defendant Gast will be submitted to the Court in a timely manner.

WHEREFORE, Plaintiff requests this Honorable Court to deny Defendant Gast's Motion for Summary Judgment as moot.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 25th day of September, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

/s/ Joseph D. Lane

**OF COUNSEL**