IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:05cv994-T |
| vs. | ) |
| | ) |
| UNITED RENTALS (NORTH AMERICA), Inc. et al., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANT UNITED RENTALS'
MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff in the above-styled matter and submits his Response in Opposition to Defendant United Rentals' Motion for Summary Judgment as follows:

1. On August 31, 2006, Defendant United Rentals submitted its Motion for Summary Judgment.

2. Defendant United Rentals' Motion is due to be denied in that there are Genuine issues of material fact precluding summary judgment.

3. Plaintiff submits his Narrative Facts and Brief in Support of Plaintiff's Response in Opposition to Defendant's Motion for Summary along with attached evidentiary material.

WHEREFORE, Plaintiff requests this Honorable Court to deny Defendant United Rentals' Motion for Summary Judgment accordingly.

                                                 **COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

                                                 /s/ Joseph D. Lane
                                                 **JOSEPH D. LANE**

Alabama Bar No. 118498  
163 W. Main Street  
Post Office Box 927  
Dothan, Alabama  36302  
(334) 793-1555  
(334) 793-8280 (facsimile)  
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 21st day of September, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

/s/ Joseph D. Lane  
**OF COUNSEL**
