[98]

1  A.  Yes, sir.
2  Q.  Have you ever requested that one be rented?
3  A.  No, sir.
4  Q.  How do they show up then when you need one? Do
5      you have to make plans ahead of time, or does
6      your supervisor go ahead and arrange for it to
7      be there and then tell you what to do when you
8      get to work?
9  A.  I assume they have that all prearranged.
10 Q.  All right. Have you ever actually gone down
11     and picked one up from a rental shop or
12     anywhere like that?
13 A.  No, sir.
14 Q.  Have you ever dealt with anyone at United
15     Rentals before?
16 A.  No, sir.
17 Q.  And you said you've used these on prior
18     occasions; is that correct?
19 A.  Yes.
20 Q.  The ones that you've used previously, were they
21     like this one in configuration?
22 A.  Similar.
23 Q.  Did the ones you've used before, did they have

[99]

1      a vacuum pump on it?
2  A.  Not on it. Usually it sat off to the side.
3  Q.  Is that usually a separate piece of equipment?
4  A.  The ones that I've used in the past, yes, sir.
5  Q.  All right. So the ones you've used in the
6      past, explain to me what you would get? You
7      would get the drill with the press mechanism;
8      is that correct?
9  A.  Yes.
10 Q.  And then there would be a separate piece that
11     was the vacuum pump?
12 A.  Yes, sir.
13 Q.  And how did that connect to the base of the
14     drill itself?
15 A.  With a hose.
16 Q.  All right. So was this the first time you had
17     seen one with the vacuum pump actually mounted
18     to the base of the drill?
19 A.  No, sir, it wasn't the first one.
20 Q.  So you had used one of this same configuration
21     prior to this accident?
22 A.  Yes, sir.
23 Q.  Did you use one in this same configuration at

[100]

1      Flavor House?
2  A.  Yes, sir.
3  Q.  And what types of usage had you put it to use
4      before this accident, the ones y'all have
5      rented before?
6  A.  It was for the same application.
7  Q.  Drilling these holes for the pylons?
8  A.  Yes, sir.
9  Q.  About how many times had you used a core drill
10     at Flavor House before this accident occurred?
11 A.  Once or twice.
12 Q.  And on those two occasions were they of this
13     same type of configuration or was it a separate
14     pump system?
15 A.  It was the same as that one, sir.
16 Q.  All right. Where did you use one with the
17     separate pump configuration?
18 A.  In the military.
19 Q.  And in the military was that a military piece
20     of equipment?
21 A.  Yes, sir.
22 Q.  I guess it was painted Army drab green; is that
23     correct?

[101]

1  A.  Yes, sir.
2  Q.  So it's not something that the Army rented from
3      another location?
4  A.  No, sir.
5  Q.  So on the couple of occasions that you used
6      this before at Flavor House, it was the same
7      type of equipment that was used on the
8      accident; is that correct?
9  A.  Yes, sir.
10 Q.  Had you ever received any kind of training
11     before the first time you used this similar
12     type of equipment?
13 A.  No, sir.
14     MR. LANE: Object to the form. Go
15     ahead.
16 Q.  Let me clear it up.
17     MR. LANE: Well, your use of the term
18     "training," you know, it's kind of
19     a little bit vague.
20 Q.  Okay. Let me back up and I will try and get
21     that straightened up. Had anybody given you
22     any kind of instructions on how to use this
23     type of equipment prior to the first time you

[102]

1  ever used it?
2  A. Yes, sir.
3  Q. Tell me about that.
4  A. Pretty much on-the-job training. They just
5     showed me how to set it up and how to get it
6     sealed to the floor and that you needed the
7     water hooked up to it. And that was about
8     basically it.
9  Q. All right. So somebody at Flavor House told
10    you how to do all of that?
11 A. Yes, sir.
12 Q. Do you recall the name of that person?
13 A. No, sir, I don't.
14 Q. All right. Tell me a little bit more in detail
15    of what that person told you to do before you
16    operated this piece of equipment.
17 A. I don't recall exactly what all they had told
18    me.
19 Q. All right. Well, let me back up to some of the
20    things you just mentioned. One of them was to
21    hook up water to the drill?
22 A. Yes, sir.
23 Q. On those occasions was there an attachment on

[103]

1     the drill itself to connect the water hose?
2  A. Yes, sir.
3  Q. Was there a similar attachment on this
4     particular drill?
5  A. Yes, sir.
6  Q. Did you attach the hose to that connection on
7     this drill before you drilled the first hole?
8  A. Yes, sir.
9  Q. So the hose was actually -- let me look at a
10    picture here. Looking at Exhibit Number 2, was
11    that -- when you first did the first hole, did
12    you attach the water hose to that connection up
13    there?
14 A. Yes, sir.
15 Q. Did you have any problem doing that?
16 A. No, sir.
17 Q. When this person first told you about how to
18    use the core drill, did he tell you to do
19    anything with respect to the gasket?
20 A. Not other than inspect it and make sure it was
21    in good condition.
22 Q. All right. What kind of things would you look
23    for in looking at the gasket to determine

[104]

1     whether or not it was in good condition or not?
2  A. Make sure there was no cracks and it wasn't dry
3     rotted or no holes in it and it was free and
4     clear of any debris or anything.
5  Q. All right. And if there was a problem with the
6     gasket like that, how would it affect the
7     operation of the core drill?
8  A. It wouldn't maintain a seal to the floor.
9  Q. All right. So you knew that that gasket had to
10    be in good shape to maintain a good seal on
11    that unit; is that correct?
12 A. Yes, sir.
13 Q. What else did they tell you on how to use it
14    the first time you used one of these?
15 A. I don't recall everything.
16 Q. Did they describe to you how to actually take
17    the drill bit into the surface, how to do that?
18 A. No, sir.
19 Q. How did you learn how to do that?
20 A. Pretty much trial by error.
21 Q. All right. Did you ever incur any operational
22    problems when you first started using it trying
23    to put the drill bit into the concrete or the

[105]

1     floor?
2  A. No, sir.
3  Q. Did you receive any instructions on checking
4     how to make sure the vacuum was running
5     properly or if you were getting a good seal?
6     Did you receive any instructions on that?
7  A. No, sir.
8  Q. So on the occasion of this accident you did
9     check the gasket to make sure it was in good
10    order; is that correct?
11 A. Yes, sir.
12 Q. And you saw no problems with it?
13 A. Yes, sir.
14 Q. And when you went out there you swept up the
15    floor. Did you hose the floor down at all or
16    was the floor dry when you first turned on the
17    vacuum pump and the system?
18 A. I don't recall.
19 Q. How long did it take you -- how long were you
20    operating the drill before you first incurred a
21    problem with it time-wise?
22 A. I couldn't give you a correct answer on that.
23 Q. All right. Well, let me ask you this; how long

7-17-2006                                                                 Michael Walters

[28] (Pages 106 to 109)

[106]

1   -- you said you were about three-quarters of
2   the way through the hole before you -- before
3   the vacuum released; is that correct?
4   A.  Yes, sir.
5   Q.  How long would it normally take you to drill a
6   hole two to two and a half inches deep in this
7   kind of concrete?
8   A.  It just depends.
9   Q.  Are we talking 15 minutes or five minutes or a
10  minute, just some kind of --
11  A.  Maybe five minutes at the most.
12  Q.  Okay. So would it be your best judgment then
13  that you were using the drill without any kind
14  of problem for about, say, three or four
15  minutes, somewhere in that time range?
16  A.  Yes, sir.
17  Q.  So you went out to the site, you cleaned up the
18  area, you positioned the drill. Now, did you
19  plug it into the wall yourself?
20  A.  I don't recall.
21  Q.  So you position the drill, you've got to turn
22  the power on, right, in order to draw the
23  vacuum; is that correct?

[107]

1   A.  Yes, sir.
2   Q.  And the drill doesn't necessarily run while the
3   vacuum is running, does it?
4   A.  No, sir.
5   Q.  Once you turned the drill on, I think you
6   testified that you tried to shift it around to
7   see if you had a good seal or not?
8   A.  Yes, sir.
9      MR. LANE: Object to the form.
10  Q.  Well, tell me what you did to make sure -- did
11  you make sure you had a good seal?
12  A.  Yes, sir.
13     MR. LANE: And I was just talking about
14        you said when you turned the drill
15        on as opposed to the system. I
16        don't know what you meant, but I
17        think you meant the vacuum.
18     MR. MCGARRAH: That's fine. You're
19        right.
20  Q.  So you turned the system on and then you shook
21  it around to make sure it was secure; is that
22  correct?
23  A.  Yes, sir.

[108]

1   Q.  And did you have the water hose hooked up at
2   this point in time?
3   A.  I don't recall if I did or not.
4   Q.  All right. When did you hook the water hose
5   up?
6   A.  It was prior to drilling.
7   Q.  Okay. But in any event, you had it hooked up
8   to the water inlet that's attached to the core
9   drill; is that correct?
10  A.  Yes, sir.
11  Q.  Did somebody turn on the water before you
12  started using it or how did you get that water
13  flow going?
14  A.  Somebody turned it on.
15  Q.  Do you know who turned it on?
16  A.  No, sir, I don't.
17  Q.  Well, do you know if Mr. Riley was there to
18  assist you in that manner?
19  A.  He was there, but I can't say if he turned it
20  on or not.
21  Q.  All right. Did you have the water on before
22  you started drilling?
23  A.  Yes, sir.

[109]

1   Q.  Now, tell me, did you stand on the drill at
2   that point in time, on the base of the drill?
3   A.  At which point in time, sir?
4   Q.  When you first started drilling that hole that
5   day.
6   A.  No, sir.
7   Q.  You did not stand on it?
8   A.  No, sir.
9   Q.  Did you stand on it at all before you developed
10  a problem with the operation?
11  A.  I don't recall.
12  Q.  Well, you said you stood on it because it was
13  easier to operate?
14  A.  Yes, sir.
15  Q.  When did you make that determination?
16  A.  It was during the course of drilling the hole.
17  Q.  Was it before you had a problem with it?
18  A.  I don't think it was, sir.
19  Q.  All right. So you did not stand on the drill
20  base prior to encountering the problem with the
21  operation; is that a fair statement?
22  A.  Yes, sir.
23  Q.  What's the first thing you noticed when this

[110]

1    problem occurred? What happened?
2         MR. LANE: On his hole?
3  Q. On the first hole.
4  A. That the base of the drill shifted.
5  Q. How far did it shift?
6  A. It spun all the way around.
7  Q. All right. So you're standing on the ground at
8     this point in time; is that correct?
9  A. Yes, sir.
10 Q. And where are your hands?
11 A. One is on top of the machine and one is on the
12    handle to push the bit down.
13 Q. All right. So when the -- did the whole
14    machine start to rotate?
15 A. Just the base of it.
16 Q. Just the base. Did it come around and hit your
17    feet or were your feet clear enough where when
18    it rotated it didn't hit them?
19 A. I was standing back far enough that it didn't
20    hit me.
21 Q. Okay. Were you hurt in any way when this
22    occurred?
23 A. No, sir.

[111]

1  Q. How long was it between the time it first began
2     to shift that Mr. Riley unplugged it?
3  A. It was almost immediately just about it.
4  Q. Did you have to yell at him to do that or is
5     that something he did on his own accord?
6  A. I don't recall.
7  Q. So what did you do immediately after that
8     occurred?
9  A. Removed it from the hole and inspected the
10    gasket and all and made sure it was in good
11    working order.
12 Q. How were you able to retract the drill bit from
13    the hole?
14 A. Just pulled the handle back up.
15 Q. Did you have any problem pulling it out of the
16    hole?
17 A. No, sir.
18 Q. And then you -- what did you do? Did you turn
19    it on its side to look at the gasket or what
20    did you do?
21 A. I don't know which way I turned it.
22 Q. All right. But you checked out the gasket?
23 A. Yes, sir.

[112]

1  Q. Is the water flowing during this period of time
2     or had somebody turned the water off?
3  A. No, sir, we had already cut the water off.
4  Q. Did you look in the hole at all to see what
5     might have caused it?
6  A. Yes, sir. Yes, sir.
7  Q. Could you see anything in there that you
8     thought might have caused it to get hung up?
9  A. No, sir.
10 Q. And when you pulled the drill bit out, did the
11    drill bit still have all of its teeth?
12 A. Yes, sir.
13 Q. So you -- my understanding is you swept out the
14    area again or cleaned up the area?
15 A. Yes, sir.
16 Q. And you cleaned off the gasket?
17 A. Yes, sir.
18 Q. And then what did you do with the drill?
19 A. We set it back up over the first hole and
20    releveled it and sealed it back to the floor.
21 Q. All right. And how did you level it on that
22    occasion?
23 A. With the leveling bolts.

[113]

1  Q. How were you able to line up the drill bit with
2     the hole? Did you lower it down into the hole
3     before you got it positioned?
4  A. Yes, sir.
5  Q. All right. And take me through it again. How
6     did you turn on the system and how did you get
7     started re-cutting the hole?
8  A. Turned the system on and then I took and pushed
9     it from side to side to make sure it had a good
10    seal.
11 Q. All right. Did it have a good seal at that
12    point in time?
13 A. Yes, sir.
14 Q. Was the water running at this point?
15 A. No, sir, I don't believe it was.
16 Q. All right. Then what happened?
17 A. Then we proceeded drilling the hole after we
18    turned the water on.
19 Q. And at this point did you stand on the base?
20 A. Yes, sir.
21 Q. And you're saying you stood on it just because
22    it was easier to operate the drill?
23 A. Yes, sir. It's a long ways to reach over the

[114]

1    top of that to get to the handle and it's just
2    easier to push straight down than it is to lean
3    over.
4  Q.  The reason you stood on it had nothing to do
5    with the fact that the vacuum -- that somehow
6    the unit did not maintain secureness with the
7    floor, it had nothing to do with it?
8  A.  No, sir.
9  Q.  Had you ever seen anybody operate one of these
10   core drills by standing on the base?
11 A.  Yes, sir.
12 Q.  Who had you seen do that?
13 A.  Just about every one I've ever seen operated.
14 Q.  Tell me who you've seen operating it standing
15   on there.
16 A.  Donald Cody and Adam Hall and Larry Glime.
17 Q.  And you had seen them standing on it before you
18   operated it that day; is that correct?
19 A.  Yes, sir.
20 Q.  Well, why didn't you just go ahead and stand on
21   it the first time if you had seen them all do
22   it?
23 A.  I don't know.

[115]

1  Q.  Had you operated one of these before?
2  A.  Yes, sir.
3  Q.  On the prior occasions did you stand on the
4    base?
5  A.  Sometimes.
6  Q.  Sometimes you would and sometimes you wouldn't?
7  A.  Yes, sir.
8  Q.  What would differentiate the times when you
9    would do it and when you wouldn't do it?
10 A.  How I felt that day.
11 Q.  All right. Just how you felt?
12 A.  Yeah.
13 Q.  So you finished up the hole; is that correct?
14 A.  Yes, sir.
15 Q.  And did Mr. Riley watch you do the entire
16   operation that day?
17 A.  Yes, sir.
18 Q.  Did you have any conversations with him about
19   the operation of a core drill after it got hung
20   up?
21      MR. LANE: Object to the form.
22 Q.  After you had a problem with its operation?
23 A.  I don't recall.

[116]

1  Q.  All right. Now, he told us that some comment
2    was made that it didn't look like the vacuum
3    was going to hold it, so you need to stand on
4    it. Did you make any comment at all to that
5    effect to him?
6       MR. LANE: Object to the form.
7  A.  I don't recall.
8  Q.  Did you have any conversations at all at that
9    point in time with him about the operation of
10   the pump, whether you thought it was working
11   properly or not?
12 A.  I don't recall if I did or not.
13 Q.  Were you of the opinion, after that problem
14   with the drill, whether or not the vacuum
15   system was sufficient to hold the drill in
16   place?
17      MR. LANE: Object to the form.
18 A.  I considered it efficient enough or I wouldn't
19   have never used it.
20 Q.  Well, did it seem to you to be proper operation
21   for the vacuum to somehow lose its suction on
22   the floor and let it go loose? Did that seem
23   to you to be the proper operation of the drill?

[117]

1  A.  No, sir.
2  Q.  All right. So when that happened, you thought
3    that the drill malfunctioned; is that correct?
4  A.  Either that or we had dirt up under the gasket
5    or something and it lost its seal.
6  Q.  All right. But you knew it wasn't supposed to
7    operate like that?
8  A.  Yes, sir.
9  Q.  After you completed the first hole, did you
10   have any conversations with Mr. Riley about the
11   fact that he should stand on the base to make
12   sure it stayed secure to the floor?
13 A.  I don't recall that. I don't think I did, but
14   I don't recall it.
15 Q.  When you were with the military and using that
16   core drill with the separate pump, did you ever
17   have a situation where the vacuum system did
18   not hold the drill in place?
19 A.  No, sir.
20 Q.  Is this the first time you ever had or seen
21   this occur, for the drill base to become loose
22   during operation?
23 A.  Yes.

[118]

1  Q. Are you -- had anybody ever talked to you about
2     that happening before?
3  A. No, sir.
4  Q. For instance, these gentlemen you mentioned,
5     Mr. Hall and Mr. Cody, have they ever talked to
6     you before or after the accident, "Oh, yeah, I
7     used it one time and that thing released or I
8     had a problem with it"?
9  A. No, sir.
10 Q. When you were operating the drill that day, did
11    you notice any unusual noises that you thought
12    indicated it might not be operating properly?
13 A. No, sir.
14 Q. Do you recall having any problem with the
15    actual drill motor itself that you thought was
16    working improperly or didn't sound right or
17    didn't operate properly?
18 A. No, sir.
19 Q. As far as you knew, the drill motor was running
20    correctly as it cut that hole?
21 A. Yes, sir.
22 Q. Have you ever read a manual, an operator's
23    manual or anything of that nature, with regards

[119]

1     to the operation of the core drill machine?
2  A. No, sir.
3  Q. To your knowledge, did Flavor House own a core
4     drilling machine?
5  A. No, sir, we do not.
6  Q. Have you ever operated any other type of
7     equipment like this that uses a vacuum system
8     to secure a piece of equipment to the floor?
9  A. No, sir.
10 Q. Were you able to complete the drilling
11    operation after you repositioned it without
12    having any additional problems?
13 A. The first hole, yes, sir.
14 Q. Okay. And how long after you repositioned and
15    started again do you think you drilled before
16    you finished drilling that hole to completion?
17 A. Probably a couple of minutes.
18 Q. And never noticed any problem with it on that
19    second attempt to drill that hole?
20 A. No, sir.
21 Q. Do you socialize at all with Mr. Riley?
22 A. No, sir.
23 Q. Is your relationship with him strictly from a

[120]

1     work relationship?
2  A. Yes, sir.
3     MR. MCGARRAH: I think that's all I've
4     got. Thank you.
5
6     CROSS-EXAMINATION
7  BY MR. STUTTS:
8  Q. Have you seen him since this accident?
9  A. One time.
10 Q. Where was that?
11 A. Over at a friend of mine's house.
12 Q. What was that about?
13 A. I just went by there because he had some work
14    he wanted me to do on the side.
15 Q. And what was he doing?
16 A. He was just there.
17 Q. Have you ever been around him when he was using
18    marijuana?
19 A. No, sir.
20 Q. Were you aware that he was doing that?
21    MR. LANE: Object to the form.
22 A. Not until after the accident.
23 Q. And how did you find out about that?

[121]

1  A. That -- Mr. Smothers informed me that he had
2     failed his urinalysis.
3  Q. Did you ever have any discussion about it --
4  A. No, sir.
5  Q. -- with Mr. Riley?
6  A. No, sir.
7  Q. And when you went over to your friend's house,
8     what was going on over there?
9  A. They were just standing out there by the barn.
10 Q. Standing out what?
11 A. By the barn.
12 Q. By the barn?
13 A. Yeah.
14 Q. What were they doing?
15 A. They were waiting on me to get there.
16 Q. What were y'all going to do?
17 A. I was going to weld his trailer.
18 Q. Trailer?
19 A. Yeah.
20 Q. And do what?
21 A. I was going to weld it.
22 Q. Whose trailer was it?
23 A. Jay Nolan's.

[122]

1  Q. And why was Matthew there?
2  A. I don't know. I guess he's his friend.
3  Q. And did y'all discuss this accident at all?
4  A. No, sir.
5  Q. Have you ever had any discussions about this
6     with him?
7  A. No, sir.
8  Q. He's never given you his thoughts on what
9     happened and you've never given him your
10    thoughts?
11 A. No, sir.
12 Q. When you say that the base started spinning
13    around, look here on Exhibit 2 and tell me
14    exactly what you're talking about?
15 A. Well, I will have to rephrase that. The drill
16    bit stayed in place and the entire thing went
17    around.
18 Q. Well, that's what I couldn't figure out,
19    because this all looks like it's all welded and
20    bolted.
21 A. Yeah.
22 Q. But the whole -- you're talking about the whole
23    mechanism other than the drill bit --

[123]

1  A. Yes, sir.
2  Q. -- spun? And is it spinning rapidly?
3  A. It wasn't that fast.
4  Q. Not too fast?
5  A. No.
6  Q. But it did spin more than one time you're
7     saying?
8  A. I don't recall how many times it spun around.
9  Q. I'm not trying to get you to give an exact
10    number, but it did spin more than one time is
11    my point?
12       MR. LANE: Well, I object to the form.
13 A. It could have had.
14 Q. Okay. Now, show me the vacuum pump on this?
15 A. It's right here (Indicating).
16 Q. All right. That's the piece of machinery
17    that's got "Gast" written on it?
18 A. I can't see that.
19 Q. G-A-S-T?
20 A. I assume that's what it is, sir.
21 Q. Okay. And just what does the vacuum pump do?
22 A. Creates a vacuum to hold it to the floor.
23 Q. And when you say creates a vacuum, what do you

[124]

1     mean?
2  A. It's like a big suction cup.
3  Q. In other words, is it drawing air up?
4        MR. LANE: Well, object to the form.
5  A. I don't exactly know how the vacuum works, but
6     I know what it's supposed to do.
7  Q. And it's supposed to hold the whole apparatus
8     to the floor; is that right?
9  A. It's supposed to hold it in place.
10 Q. All right. Are you saying that there was --
11    when you drilled the first hole, was there any
12    problem whatsoever with the vacuum pump?
13       MR. LANE: Object to the form.
14 A. I don't know why it broke loose.
15 Q. Well, let's put it this way; did it make any
16    unusual sound?
17 A. No, sir.
18 Q. As far as it looked and it sounded, it appeared
19    to be working normally to you; is that correct?
20       MR. LANE: Object to the form. What is
21          "it"?
22 Q. Is that correct?
23 A. Yes, sir.

[125]

1  Q. And then all you know is the drill bit got
2     caught, the drill bit quit turning?
3        MR. LANE: Object to the form.
4  A. I can't say exactly what happened. I know the
5     drill bit was stopped and --
6  Q. The drill bit stopped and the --
7  A. -- the whole base went around.
8  Q. -- base started -- and the whole other
9     machinery started turning around?
10 A. Yes, sir.
11 Q. And wouldn't that indicate to you that the
12    drill bit got caught in something --
13       MR. BRASHER: Object to the form.
14       MR. LANE: Object to the form.
15 Q. -- and it caused the whole other apparatus then
16    to start turning around?
17       MR. BRASHER: Same objection.
18       MR. LANE: Object to the form.
19 A. Well, that I can't answer, because there's many
20    stipulations that can happen. If the vacuum
21    didn't hold and there was enough friction with
22    it turning in the concrete, it's going to turn
23    loose, too.

[126]

1  Q. Okay. What would cause the vacuum to not hold?
2  A. It could be dirt under the gasket; it could be
3     a bad gasket; it could have quit pumping; the
4     filter could have been hung up.
5  Q. Well, did you hear anything that made you think
6     it had quit pumping?
7  A. No, sir.
8  Q. Can you give me any opinion whatsoever -- now,
9     we're talking about the first hole. Can you
10    give me any opinion whatsoever as to why you
11    think you lost vacuum on that hole?
12         MR. LANE: Object to the form. Asked
13           and answered.
14 A. No, sir.
15 Q. You don't even have a thought?
16 A. No, sir.
17 Q. You are just completely in the dark as to what
18    happened?
19         MR. BRASHER: Object to the form of the
20           question.
21         MR. LANE: The same.
22 A. The only thing I can think of is the drill bit
23    might have got hung up.

[127]

1  Q. Okay. But you don't have any knowledge as to
2     what it hung up on?
3  A. No, sir.
4  Q. Other than the concrete slab that it was
5     drilling through?
6  A. Yes, sir.
7  Q. Did you check that hole to see if there was
8     something in there that it could have --
9  A. Yes, sir.
10 Q. And did you find anything?
11 A. No, sir.
12 Q. Did you check the vacuum pump?
13         MR. LANE: Object to the form.
14 A. When I repositioned it and set it back up, I
15    ensured it was sealed to the floor.
16 Q. When you cut it back on, you could hear the
17    pump come on and it appeared to be operating
18    properly?
19 A. Yes, sir.
20 Q. It appeared to be holding?
21 A. Yes, sir.
22 Q. And you finished that drill?
23 A. Yes.

[128]

1  Q. And then you left the scene?
2  A. Yes, sir.
3          MR. LANE: Well, object to the form.
4          MR. BRASHER: Misstates the evidence.
5  Q. And at that point Mr. Riley then started to
6     drill the second hole?
7          MR. LANE: Object to the form.
8          MR. BRASHER: Misstates the evidence.
9  A. After I set the drill up.
10 Q. After you set it up. Okay. Like you've told
11    us previously?
12 A. Yes, sir.
13 Q. All right. You talked about leveling it and so
14    forth?
15 A. Yes, sir.
16 Q. What was left to do to drill that hole when you
17    left?
18         MR. LANE: The second hole?
19         MR. STUTTS: The second hole.
20 A. Was to drill it.
21 Q. I mean, what did he have to do? I mean, was
22    the machine on or was it off?
23 A. I don't recall when I left.

[129]

1  Q. Was there any further positioning? Was it over
2     the exact spot?
3  A. It was in place.
4  Q. It was over the exact spot you wanted to drill
5     the hole?
6  A. Yes, sir.
7  Q. You can't recall whether the power was on or
8     off?
9  A. No, sir.
10 Q. And at the point that you left, was Mr. Riley
11    standing on the machine at that point?
12 A. I don't recall.
13 Q. When you got back to the scene and he was lying
14    there, what did he tell you happened?
15 A. I don't recall even talking to him about what
16    happened.
17 Q. Was the machine still running at this point?
18 A. No, sir.
19 Q. It had been -- the power had been disengaged?
20 A. Yes, sir. It ripped the plug off the end of
21    it.
22 Q. Who done that?
23 A. The machine done that.

[130]

1  Q. The machine done it itself?
2  A. Yes, sir.
3  Q. And then that cut the power to it?
4  A. Yes, sir.
5  Q. And you don't recall saying "What happened?"
6  A. No, sir. I was more worried about him being
7     all right than I was worried about what was
8     happening.
9  Q. I mean, was he communicating?
10 A. Vaguely. He had consciousness, but I don't
11    think he was all there.
12 Q. One thing I'm a little bit confused about, you
13    say it's easier to stand on the machine to
14    operate it?
15 A. Yes, sir.
16 Q. Why is that? I'm not quite clear I understand
17    that.
18 A. Because you don't have to lean over near as
19    far.
20 Q. When you say lean over, lean over to get to the
21    lever?
22 A. Yes, sir.
23 Q. So this gets you closer to the lever?

[131]

1  A. Yes, sir.
2  Q. Well, can't you just walk around to the side
3     where the lever is?
4  A. Yes, sir, but you're going to get wet.
5  Q. Well, how are you going to get wet?
6  A. Because it's going to sling water all over you.
7  Q. Is it water coming out from under the --
8  A. From around the drill bit.
9  Q. Where the drill bit is?
10 A. (Witness nods head in the affirmative.)
11 Q. All right. So you stand back to the rear away
12    from that?
13 A. Yes, sir.
14 Q. But if you stand up on it, doesn't that get you
15    close to the drill bit?
16 A. Yes, sir, but you're up off the floor.
17 Q. So it's underneath you?
18 A. Yes, sir.
19 Q. As I understand it, on any of the times you had
20    ever used the core drilling machine, you never
21    used the gauge that gave you a reading of the
22    pressure; is that correct?
23 A. Yes, sir.

[132]

1  Q. No one had ever instructed you to do that and
2     you had never done that?
3  A. Yes, sir.
4  Q. And you didn't do it on this occasion?
5  A. No, sir.
6  Q. So you don't really know what amount of
7     pressure the gauge was reading then, do you?
8  A. No, sir.
9  Q. Had y'all wet the floor yourself?
10 A. I don't recall if it was wet or if it was dry.
11 Q. Do you recall whether Mr. Riley got a water
12    hose and wet the floor down?
13 A. No, sir.
14 Q. Where is water coming from for the drill bit,
15    is that coming from the machine?
16 A. It's coming from the water hose that's attached
17    to the machine.
18 Q. And where do you put water?
19    MR. LANE: Object to the form.
20 A. Into an intake there above the drill bit.
21 Q. Can you show that to me?
22 A. Right there (Indicating).
23 Q. Do you hook a hose up to that?

[133]

1  A. Yes, sir.
2  Q. And then is that hooked to the base of the
3     machine itself?
4  A. What's that, the hose.
5  Q. Yeah.
6  A. The hose is hooked to the water source.
7  Q. In the building somewhere?
8  A. Yes, sir.
9  Q. Okay. When you set the machine up, had it in
10    position, tell me what instructions you gave
11    Mr. Riley before you left.
12 A. I asked him if he was competent enough to drill
13    the hole.
14 Q. And what did he say?
15 A. He told me yes.
16 Q. What was your opinion?
17 A. I felt that he was competent enough to do it or
18    I wouldn't have ever left him.
19 Q. Based on what made you make that decision?
20 A. That he told me that he was.
21 Q. Okay. Anything else? Any other instructions
22    or precautions or anything you told him?
23 A. Not that I recall.

[134]

1  Q.  You just asked him if he could do it and he
2      said yes and you left?
3  A.  Yes, sir.
4  Q.  All right. When they conducted the
5      investigation at Flavor House, did they
6      interview you?
7  A.  I don't recall if they did or not.
8  Q.  Do you recall going out to the job site with
9      any of the people making the investigation?
10 A.  I recall showing Ricky Smothers where it
11     happened.
12 Q.  Do you recall being present when they were
13     taking pictures?
14 A.  No, sir, I wasn't.
15 Q.  Do you know when they took the pictures?
16 A.  No, sir.
17 Q.  We know they took the pictures before the
18     machine was returned to United Rentals?
19 A.  Yes, sir.
20 Q.  So somewhere between the time of the accident
21     and the time it was returned those pictures
22     were taken; is that correct?
23     MR. LANE: Object to the form, but go

[135]

1      ahead.
2  A.  To the best of my knowledge, it is.
3  Q.  Did anybody use the machine again after that?
4  A.  No, sir.
5  Q.  Did anybody break the machine down and look at
6      it?
7  A.  That I can't tell you.
8  Q.  What have you heard about that?
9  A.  I don't know if they broke it down or not.
10 Q.  What did they do?
11 A.  But I heard that there was a bolt inside of it
12     where a shear pin should have been.
13 Q.  There was a bolt instead of a shear pin?
14 A.  Yes, sir.
15 Q.  How did they find that out?
16 A.  That I don't know, sir, I wasn't there.
17 Q.  Where are we talking about?
18 A.  It's up there in the neck of it. It's
19     somewhere up in here where the shaft is at,
20     there's a shear pin.
21 Q.  Above the drill bit you're talking about?
22 A.  Yes, sir.
23 Q.  Where the hoses and pump -- I mean --

[136]

1  A.  I don't know exactly where it goes, I just know
2      what I was told.
3  Q.  And what is supposed to shear?
4  A.  It's supposed to shear it if it ever hangs up.
5  Q.  If the drill bit gets hung, the shear pin is
6      supposed to shear?
7  A.  Yes, sir.
8  Q.  And what, that stops the drill from turning?
9  A.  Well, the drill will kept turning, but the
10     drill bit won't.
11 Q.  The drill bit won't. All right. And you said
12     they found out that that was missing?
13 A.  That it had a bolt in it instead of a shear
14     pin.
15 Q.  Okay. Who told you that?
16 A.  Donald Cody.
17 Q.  All right. Did he break that down and look at
18     it?
19     MR. LANE: Object to the form.
20 A.  I couldn't tell you if he did or not.
21 Q.  All right. Did they seem to think that was the
22     cause of the accident?
23 A.  From what I've been told.

[137]

1  Q.  Okay. Did they take a picture of that?
2  A.  I don't know if they did or not, sir.
3  Q.  Okay. Do you feel responsible for this
4      accident happening?
5      MR. BRASHER: Object to the form.
6  A.  No, sir.
7  Q.  But you don't have an opinion as to why it
8      happened?
9      MR. LANE: Object to the form.
10 A.  No, sir.
11 Q.  When is the last time you had used a core
12     drilling machine before this time?
13 A.  It had probably been a year or so prior to
14     that.
15 Q.  And was that at Flavor House?
16 A.  Yes, sir.
17     MR. STUTTS: I think that's all I have.
18     MR. BRASHER: Let me ask a question
19     before I give him to you, Joe.
20
21     CROSS-EXAMINATION
22 BY MR. BRASHER:
23 Q.  I want to show you, Mr. Walters, what has been

7-17-2006                                                                    Michael Walters

[36] (Pages 138 to 141)

[138]

1    marked as Exhibit 4 in your deposition. Now,
2    you testified earlier that you didn't see this
3    document in regard to the core drill machine
4    that was involved in this accident; is that
5    right?
6  A. Yes, sir.
7  Q. When had you seen this document or when do you
8    believe you may have seen a document like this?
9  A. Probably a year or so prior to this.
10 Q. And what was that in conjunction with?
11 A. With the rental of another core drill.
12 Q. Okay. Do you have a photographic memory?
13 A. No, sir.
14 Q. Did you memorize each and every line of the
15    text involved in the document you may have seen
16    a year previously with a core driller?
17 A. No, sir.
18 Q. So when you were asked to read sections of the
19    text from Exhibit 4, that is not instruction or
20    information that you recall having when you
21    were using the core driller in this case, is
22    it?
23        MR. MCGARRAH: Object to the form.

[139]

1        MR. STUTTS: Object to the form,
2           leading and suggestive, your own
3           witness.
4        MR. SHEEHAN: Object to the form.
5  Q. Let me ask you this way; are you -- do you have
6    personal knowledge -- well, at the time you
7    were using the drill, did you have knowledge of
8    any of the information that may be contained in
9    Exhibit 4?
10 A. No, sir.
11       MR. BRASHER: That's all I have.
12       MR. LANE: Could I see Exhibit 4,
13          please?
14
15       CROSS-EXAMINATION
16 BY MR. LANE:
17 Q. Mr. Walters, were you using this equipment for
18    its intended purpose as you understood that
19    purpose?
20 A. Yes, sir.
21 Q. All right. Do you feel like you were wearing
22    the proper safety equipment --
23 A. Yes, sir.

[140]

1  Q. -- to be used when you're operating this
2    equipment?
3  A. Yes, sir.
4  Q. Were you maintaining total control of the
5    equipment while you were operating it?
6        MR. MCGARRAH: Object to the form.
7  A. To the best of my knowledge.
8  Q. Now, on Exhibit 4 there's a number eight there.
9    It says "Always keep equipment away from wet or
10    damp locations. Water is an electrical hazard
11    which could cause serious electrical shock."
12    Now, is this machine intended to be used with
13    water?
14 A. Yes, sir.
15 Q. Okay. Is there any way to use this machine
16    without placing it in contact with water if
17    you're using that water hookup that we've
18    talked about previously?
19 A. No, sir.
20 Q. Okay. So if you read Exhibit 4 and followed
21    all of the general safety instructions as are
22    stated on here, if number eight says "Always
23    keep equipment away from wet or damp

[141]

1    locations," you would not be able to use the
2    water on that machine and comply with number
3    eight, would you?
4        MR. SHEEHAN: Object to the form.
5  A. Yes, sir.
6  Q. Is that correct?
7        MR. SHEEHAN: Object to the form.
8  A. Yes, sir.
9  Q. Do you feel like this machine was damaged or
10    faulty, or did you have any knowledge that this
11    machine was damaged or faulty before you
12    operated it to drill that first hole?
13 A. No, sir.
14 Q. Do you feel like it was damaged or faulty when
15    you operated it to drill that hole?
16 A. No, sir.
17 Q. When you set up the machine for Mr. Riley to
18    operate it to drill the second hole, did you
19    feel like the machine was damaged or faulty at
20    that point?
21 A. No, sir.
22 Q. And would you have allowed Mr. Riley to operate
23    that machine if you felt it was damaged or

[142]

1  faulty?
2  A. No, sir.
3  Q. Now, number ten on Exhibit Number 4 says
4     "Always inspect your work area for hazards that
5     may cause an accident." Did you do that before
6     you operated this equipment?
7  A. Yes, sir.
8  Q. And were all obstacles and debris removed from
9     the work area?
10 A. Yes, sir.
11 Q. The exhibit there with the yellow label, could
12    I see that, that's Exhibit Number 28? Did you
13    feel like this rig, this core drill rig, was
14    properly secured when you began drilling the
15    first hole that day?
16 A. Yes, sir.
17 Q. Now, after the -- I just want to kind of make
18    sure we're clear on this. After the machine
19    appeared to have a loss of vacuum, did you feel
20    like the machine was properly secured with the
21    vacuum system after you re-set that machine up
22    to finish drilling the first hole?
23 A. Yes, sir.

[143]

1  Q. Okay. And did you properly set up the machine
2     for the second hole that Mr. Riley was going to
3     do?
4  A. Yes, sir.
5  Q. All right. And did you ensure that the setup
6     was proper on that setup for that hole?
7  A. Yes, sir.
8  Q. Is there anything that you're aware of that
9     Mr. Riley did wrong to cause this machine to in
10    any way fail during the drilling of the second
11    hole?
12 A. No, sir.
13       MR. SHIRES: Object to the form.
14 Q. Okay. Now, what is your understanding of what
15    this drill is supposed to do if the bit for
16    some reason becomes jammed or in any way binds
17    in the hole?
18 A. There's supposed to be a shear pin in it to
19    where the drill bit will stop turning, but the
20    drill will keep turning.
21 Q. Okay. And that's just your understanding based
22    on conversations with Mr. Cody?
23 A. Yes, sir.

[144]

1  Q. Okay. Do you know whether or not there is a
2     clutch in this machine that serves the same
3     purpose?
4  A. No, sir.
5  Q. You don't know?
6  A. No, sir.
7  Q. That was a poorly asked question. Is it that
8     you don't know or is there a clutch?
9  A. I don't know.
10       MR. LANE: Okay. That's all I have.
11       MR. SHEEHAN: I'm going to try to be
12    brief.
13
14    REDIRECT EXAMINATION
15 BY MR. SHEEHAN:
16 Q. You mentioned that when you saw Mr. Riley at
17    the barn you had gone over to do some work for
18    a friend of his, was that a mutual friend of
19    both of y'all's or just --
20       MR. LANE: I object to the form. Go
21    ahead.
22 A. It's a person at work.
23 Q. Okay. About how long ago would that have been?

[145]

1  A. Oh, God.
2  Q. Or maybe better yet, how long after the
3     accident was it; days, months?
4  A. Maybe six or eight months later.
5  Q. All right, sir. So six or eight months after
6     the accident you saw Mr. Riley?
7  A. Yes.
8  Q. Did he complain about any physical problems?
9  A. No.
10 Q. Did he appear to have any physical problems?
11 A. Not that I could tell, you know. I don't
12    really recall.
13 Q. Okay. If he had said that there were physical
14    problems, would it make sense that you would
15    have asked him about the accident and then
16    gotten into what his opinion was as to what
17    caused the accident?
18       MR. BRASHER: Object to the form.
19       MR. LANE: Object to the form. It's
20    total speculation.
21 A. Well, I had already been told not to discuss
22    the accident.
23 Q. Okay. And that was from whom?

[146]

1  A.  From Ricky Smothers.
2  Q.  Okay. If Mr. Riley had told you he had been
3      smoking marijuana, would you have allowed him
4      to drill that second hole?
5  A.  No, sir, he would have went to the house.
6  Q.  And why?
7  A.  Because I don't tolerate drugs and it's company
8      policy not to tolerate drugs.
9  Q.  You've been asked some questions about warning
10     labels. Are warning labels important?
11 A.  Yes, sir.
12 Q.  And why is that?
13 A.  To keep you from getting hurt.
14 Q.  Okay. And if this warning label had been
15     defaced when you inspected it there in the
16     maintenance shop at Flavor House before taking
17     it to the site, would you have contacted
18     someone and found out what the warning label
19     said?
20     MR. BRASHER: Object to the form.
21 A.  Probably not.
22 Q.  And why not, sir?
23 A.  Because I had used one before.

[147]

1  Q.  And you felt comfortable handling this type
2      core drill machine?
3  A.  Yes, sir.
4  Q.  After you had the problem with the core drill
5      machine coming loose during the operation for
6      the first hole, did you discuss that with
7      Mr. Riley?
8      MR. LANE: Objection. Asked and
9           answered.
10 A.  I don't recall.
11 Q.  I was just -- just out of -- it just seemed
12     that if you had a problem you would say, "Hey,
13     look, let's figure out what's going on." Would
14     that be --
15 A.  We may have had, but I don't recall.
16 Q.  All right, sir. In other words, it could have
17     been that you said, "Hey, look, we've got to
18     figure out what's going on, it's not supposed
19     to come loose"?
20     MR. LANE: Object to the form.
21 A.  I don't recall if we did or not.
22 Q.  Okay. If I could show you Exhibit Number 11.
23     Were y'all running water from a water hose out

[148]

1      to the side around these holes or was the water
2      just coming through the attachment that I think
3      you've identified in photograph number 2?
4  A.  I believe it was hooked to the machine.
5  Q.  All right, sir.
6  A.  The best I recall.
7      MR. SHEEHAN: Thank you, sir. I
8           appreciate it.
9
10          CROSS-EXAMINATION
11 BY MR. SHIRES:
12 Q.  Mr. Walters, my name is Kevin Shires. You were
13     Mr. Riley's immediate supervisor on the date of
14     this incident?
15 A.  No, sir, I was the lead mechanic.
16 Q.  But he was looking to you for instruction on
17     how to operate this machine, correct?
18 A.  Yes, sir.
19 Q.  Okay. And you knew, whether or not you were
20     able to memorize the contents, you knew the
21     General Safety sheet that's been discussed,
22     Exhibit 4, correct?
23     MR. BRASHER: Object to the form.

[149]

1  Q.  You knew about this document, correct?
2      MR. LANE: Object to the form.
3      MR. BRASHER: As a matter of fact,
4           that's contrary to his prior
5           testimony.
6  Q.  I think you had seen this the year before?
7  A.  I couldn't say I seen that sheet the year
8      before, but I had seen one similar to it.
9  Q.  You had seen one similar to it. And did you
10     ask to have that provided to you when you were
11     asked to drill these holes?
12 A.  No, sir.
13 Q.  Okay. Did you not think it was necessary to
14     show this to Mr. Riley, this or the document
15     you had seen the year previously?
16     MR. BRASHER: Object to the form.
17 A.  No, sir.
18 Q.  Okay. I think you testified earlier that when
19     you drilled the first hole with Mr. Riley y'all
20     were wearing eye protection?
21 A.  Yes, sir.
22 Q.  And y'all had hearing protection?
23 A.  Yes, sir.

[150]

1  Q.  Did y'all wear hats?
2  A.  It wasn't a hard hat.
3  Q.  Okay.
4  A.  I know I had a ball cap on.
5  Q.  Would it have been against Flavor House
6      policies for Mr. Riley to have removed his
7      eyewear and ear wear when he was drilling the
8      second hole?
9          MR. LANE: Object to the form.
10 A.  Yes, sir.
11 Q.  It would have been; is that correct?
12 A.  I believe so.
13         MR. SHIRES: Okay. Thank you,
14             Mr. Walters.
15         MR. MCGARRAH: Just a couple of
16             follow-ups.
17
18         RECROSS-EXAMINATION
19 BY MR. MCGARRAH:
20 Q.  There was a picture in here of Mr. Riley
21     standing with the unit.
22         MR. BRASHER: I think that's 13.
23 Q.  Yeah, look at Exhibit 13. When you were

[151]

1      drilling the first hole and before there was a
2      problem with the operation, were you standing
3      in a similar position that Mr. Riley is
4      standing with his operation?
5          MR. LANE: Object to the form.
6  A.  Yes.
7  Q.  Pardon?
8  A.  Yes, sir.
9  Q.  Okay. And he's standing on the pump side of
10     the unit; is that correct?
11 A.  Yes, sir.
12 Q.  And his feet are on the floor?
13 A.  Yes, sir.
14 Q.  And his right hand is on the lever that
15     controls the up and down movement of the drill
16     head?
17 A.  Yes.
18 Q.  And his left hand is on top of the post there?
19 A.  Yes.
20 Q.  So when you were drilling the first time, were
21     your hands in a similar position?
22 A.  Yes, sir.
23 Q.  And were your feet in a similar position?

[152]

1  A.  Yes, sir.
2  Q.  All right. Then after the vacuum broke loose
3      for whatever reason and you started drilling
4      again, you said you stood on top of the unit;
5      is that correct?
6  A.  Yes, sir.
7  Q.  Where was your right foot located?
8  A.  I would say right here (Indicating).
9          MR. MCGARRAH: Do you mind if I draw on
10             this where his --
11         MR. SHEEHAN: That's the only copy I've
12             got, but you're welcome to --
13         MR. MCGARRAH: Can I do that?
14         MR. SHEEHAN: Like I said, that's the
15             only copy I've got.
16         MR. STUTTS: We've got other copies of
17             that.
18         MR. BRASHER: I mean, you've got the
19             email still, right?
20         MR. SHEEHAN: This, I think, was --
21         MR. BRASHER: Oh, no, you're right, I'm
22             sorry. That was taken here.
23         MR. MCGARRAH: Can we just make a copy

[153]

1      of this then?
2          MR. LANE: I mean, we can get more of
3              them. I think they're on our
4              system and we can just print them.
5          MR. BRASHER: Who took that picture?
6          MR. LANE: I think I took it, if I
7              remember correctly. I mean, there
8              might have been other people
9              taking pictures, but I think I
10             took it.
11 BY MR. MCGARRAH:
12 Q.  All right. We'll just do this; your right foot
13     was in front of the pump -- in between the pump
14     and the drill bit, is that correct, on the
15     base?
16 A.  The best I recall.
17 Q.  And where was your left foot?
18 A.  Probably directly on the other side.
19 Q.  All right. Let's look on Exhibit Number 2.
20     Your left foot would have been somewhere where
21     the --
22 A.  Somewhere in the same position.
23 Q.  All right. So you were basically straddled