[154]

1  over the vacuum pump?
2  A. Yes.
3  Q. Now, this may have been asked to you before,
4     but we've seen pictures of two different bits,
5     one of them had teeth missing and one of them
6     had all of its teeth. Did y'all have two drill
7     bits there when you were working on the floor?
8  A. I don't recall. I don't believe we did. I
9     know we didn't have two out there.
10 Q. Well, do you know -- and the bit you had had
11    all of the -- the bit you were using that day
12    had all of the teeth on it?
13 A. Yes, sir, when we started.
14 Q. Do you know where the drill bit with some of
15    the teeth missing came from?
16 A. No, sir, I don't.
17 Q. Did y'all have drill bits there at Flavor
18    House?
19 A. No, sir.
20 Q. When you went to the job site was the drill --
21    when you took the core machine from the
22    maintenance shack when you first got it, was
23    there a bit already mounted on it?

[155]

1  A. Yes, sir.
2  Q. So when you took it to the site where you were
3     going to do the drilling, the bit was already
4     on the drill; is that correct?
5  A. Yes, sir.
6  Q. Did you or Mr. Riley take an extra drill bit
7     with you that morning -- that day?
8  A. No, sir.
9     MR. MCGARRAH: That's all I've got.
10    Thank you.
11    MR. STUTTS: No further questions.
12    MR. SHEEHAN: If I could just
13    follow-up.
14
15    FURTHER REDIRECT EXAMINATION
16 BY MR. SHEEHAN:
17 Q. As I understand it, this is a -- in this
18    facility y'all are using -- the product is
19    peanuts?
20 A. It's all different type of nuts.
21 Q. Okay. Are you roasting them and packaging them
22    or just packaging them?
23 A. Yes, sir, both.

[156]

1  Q. All right, sir. Is it my understanding that
2     one of the major hazards there is slippery
3     floors?
4  A. Yes, sir.
5  Q. And in order to avoid slipping, what
6     precautions are taken?
7  A. The proper shoes.
8  Q. And what sort of shoes were you wearing that
9     day?
10 A. Oil resistant and slip resistant.
11 Q. Okay. I mean, Rogans or --
12 A. Wal-Mart.
13 Q. Okay. Good sturdy hard-soled --
14 A. Yes.
15 Q. -- shoes?
16 A. Yes, sir.
17 Q. And was Mr. Riley, even though he had only
18    worked there for three days, was he also
19    wearing good sturdy hard-soled shoes?
20 A. Yes, sir.
21    MR. SHEEHAN: Thank you.
22    MR. BRASHER: Anyone?
23    MR. LANE: That's all.

[157]

1         FURTHER DEPONENT SAITH NOT
2
3              * * * * *
4
5         REPORTER'S CERTIFICATE
6
7  STATE OF ALABAMA
8  COUNTY OF MONTGOMERY
9     I, Ricky L. Tyler, Certified Court
10 Reporter and Notary Public in and for the State of
11 Alabama at Large, do hereby certify that on Monday,
12 July 17th, 2006, pursuant to notice and stipulation
13 on behalf of the Defendants, I reported the
14 deposition of MICHAEL JAMES WALTERS, who was first
15 duly sworn by me to speak the truth, in the matter of
16 MATTHEW RILEY, Plaintiff, vs. MILWAUKEE ELECTRIC TOOL
17 CORPORATION, et al., Defendants, Civil Action Number
18 1:05 CV-994-W, now pending in the United States
19 District Court for the Middle District of Alabama,
20 Southern Division, that the foregoing 156
21 computer-printed pages contain a true and accurate
22 transcription of the examination of said witness by
23 counsel for the parties set out herein; that the

7-17-2006                                                                                     Michael Walters

[41]  (Page 158)

```
                                              [158]
 1   reading and signing of said deposition was waived by
 2   witness and counsel for the parties.
 3           I further certify that I am neither of kin
 4   nor of counsel to the parties to said cause, nor in
 5   any manner interested in the results thereof.
 6           This 24th day of July, 2006.
 7
 8
 9
10
11
             Ricky L. Tyler (AL-CSR-212)
12           Certified Shorthand Reporter
             and Notary Public
13           State of Alabama at Large
14
15
16
17
18
19
20
21
22
23
```

| A | | | | |
|---|---|---|---|---|
| **Aaron** 67:20 | 52:18 53:13,19 | **affect** 104:6 | 157:11,19 | 87:15 89:2,13 |
| **able** 33:22 57:6 | 53:22 56:20 | **affirmative** | 158:13 | 90:1 98:14 |
| 111:12 113:1 | 57:11 58:4,10 | 131:10 | **allowed** 65:19 | 156:22 |
| 119:10 141:1 | 58:19 59:5 60:9 | **after** 25:9 40:5 | 93:23 141:22 | **anyone's** 92:10 |
| 148:20 | 60:16 61:5 64:3 | 60:16 61:7 65:5 | 146:3 | **anything** 18:4 |
| **about** 10:7,14 | 65:5,20 66:5,18 | 69:21 70:17 | **almost** 8:20 111:3 | 20:15 34:3,20 |
| 18:5,16 20:5 | 67:1,3,23 68:7 | 72:23 75:22 | **already** 19:20 | 48:14 50:20 |
| 22:6 25:8 31:4 | 68:16 70:13 | 77:15 79:21 | 25:11 40:16 | 58:1 67:11 |
| 34:3 37:1 45:20 | 83:3,8,15,17,20 | 83:3,8,15,20 | 75:23 87:9 | 69:21 73:6 88:6 |
| 50:8 52:19 | 83:21 84:4,20 | 85:15,23 89:6 | 88:10 97:6 | 90:18 94:15,19 |
| 53:12,22 54:11 | 85:2,7,16,21,23 | 89:15 95:16 | 112:3 145:21 | 95:21 103:19 |
| 56:18,19 57:18 | 86:1 87:3,6 | 111:7 113:17 | 154:23 155:3 | 104:4 112:7 |
| 68:2,17 76:8 | 88:15 89:22 | 115:19,22 | **Always** 140:9,22 | 118:23 126:5 |
| 78:5 83:17 87:1 | 90:1 95:16,22 | 116:13 117:9 | 142:4 | 127:10 133:21 |
| 89:3 90:15 | 96:13 99:21 | 118:6 119:11,14 | **AL-CSR-212** | 133:22 143:8 |
| 96:15 100:9 | 100:4,10 101:8 | 120:22 128:9,10 | 158:11 | **anywhere** 98:12 |
| 102:3,7 103:17 | 105:8 118:6 | 135:3 142:17,18 | **amount** 132:6 | **apparatus** 124:7 |
| 106:1,14 107:13 | 120:8,22 122:3 | 142:21 145:2,5 | **anchor** 77:2 | 125:15 |
| 111:3 114:13 | 134:20 136:22 | 147:4 152:2 | **anchored** 77:6 | **apparently** 40:5 |
| 115:18 116:9 | 137:4 138:4 | **again** 25:2 27:17 | **anchoring** 77:11 | **appear** 37:13 |
| 117:10 118:1 | 142:5 145:3,6 | 60:14,15 72:17 | **Anderson** 2:11 | 60:12 72:11,13 |
| 120:12,23 121:3 | 145:15,17,22 | 77:21 79:18 | **and/or** 38:14 | 145:10 |
| 122:5,14,22 | **accidents** 42:15 | 80:18 112:14 | **another** 11:20 | **APPEARANC...** |
| 126:9 128:13 | **accord** 111:5 | 113:5 119:15 | 13:23 31:18 | 2:1 |
| 129:15 130:6,7 | **accurate** 157:21 | 135:3 152:4 | 39:18 59:10 | **appeared** 66:23 |
| 130:12 135:8,17 | **accurately** 11:16 | **against** 150:5 | 77:13 101:3 | 69:1,14 70:21 |
| 135:21 140:18 | 12:5 39:20 40:4 | **age** 7:20 | 138:11 | 86:4 124:18 |
| 144:23 145:8,15 | 55:19,22 56:8 | **ago** 66:13,14 | **answer** 15:1 | 127:17,20 |
| 146:9 149:1 | 58:8,16 59:3 | 144:23 | 24:12 27:15 | 142:19 |
| **above** 132:20 | **acknowledge** | **agreeable** 55:14 | 50:10 92:5 | **appears** 11:1 12:3 |
| 135:21 | 38:13 | **agreed** 6:11 7:1,9 | 105:22 125:19 | 13:16 24:5 37:3 |
| **ABRASIVES** 3:1 | **Action** 1:8 157:17 | 94:5 | **answered** 61:18 | 37:6 39:5,7 |
| **accident** 8:23 | **active** 22:15,16 | **agreement** 93:9 | 77:20 82:17 | 40:22 43:13 |
| 10:2 11:12,13 | **actual** 83:13 | 94:22 | 126:13 147:9 | 52:10,13,19 |
| 12:2,6 15:7 | 118:15 | **ahead** 35:6 97:6 | **answering** 8:8 | 54:13,20 56:13 |
| 18:13,15 20:10 | **actually** 32:16 | 98:5,6 101:15 | **Antonowich** 2:11 | 57:13,22 58:1 |
| 20:12 24:11 | 42:1 75:10 | 114:20 135:1 | **anybody** 101:21 | 58:15 59:1,10 |
| 28:12,16 29:9 | 82:21 98:10 | 144:21 | 114:9 118:1 | 59:17,18,19 |
| 31:12,17 36:4 | 99:17 103:9 | **air** 22:2 74:10 | 135:3,5 | 60:5 62:1,6,23 |
| 39:21 40:5 | 104:16 | 124:3 | **anyone** 17:12 | 63:4,11 64:10 |
| 41:18 42:1,11 | **Adam** 13:20,22 | **airborne** 69:2 | 26:18,22 29:7 | 64:23 65:4,8,23 |
| 42:17,19 43:1,5 | 28:23 29:11,19 | **al** 1:11 2:7,22 3:5 | 31:1 36:1,5 41:8 | 74:5,8 90:23 |
| 43:15,19,21 | 84:11 114:16 | 3:12,19 157:17 | 41:11 68:2 69:6 | 91:4,9,11,17 |
| 47:17 49:1 | **additional** 119:12 | **Alabama** 1:2,19 | 74:12 82:18 | **application** 100:6 |
| | **adequate** 38:12 | 1:21 6:15 157:7 | 83:23 86:20 | **appreciate** 96:1 |

148:8
**approximate**
  15:2
**approximately**
  20:23 22:22
  66:13
**area** 39:21 56:8
  82:19 106:18
  112:14,14 142:4
  142:9
**Army** 100:22
  101:2
**arose** 50:20
**around** 20:18
  23:4 49:3 69:15
  70:2 79:11,13
  79:22 81:10,11
  81:13,15,19
  82:14 107:6,21
  110:6,16 120:17
  122:13,17 123:8
  125:7,9,16
  131:2,8 148:1
**arrange** 98:6
**arrived** 89:6
**asked** 61:18
  77:20 82:16
  126:12 133:12
  134:1 138:18
  144:7 145:15
  146:9 147:8
  149:11 154:3
**asking** 31:5 53:8
  84:13
**assigned** 18:6
  19:14,16 50:17
**assignment** 24:18
**assist** 41:8 81:3
  87:18 95:17
  108:18
**assisted** 32:7
**assisting** 41:11
**assume** 8:7 9:20
  63:7 98:9
  123:20

**assumes** 93:15
  95:5
**Atlanta** 2:15
**attach** 103:6,12
**attached** 108:8
  132:16
**attachment**
  102:23 103:3
  148:2
**attempt** 119:19
**attended** 88:11
**attention** 92:10
**August** 54:6,12
**authorized** 15:21
**available** 64:18
**Avenue** 3:11
**avoid** 156:5
**aware** 12:10
  24:17 42:17,23
  120:20 143:8
**away** 131:11
  140:9,23
**A.M** 1:22

**B**
**back** 15:9 31:14
  32:8 57:7 63:16
  71:23 72:2,5
  73:11 78:2
  87:11 101:20
  102:19 110:19
  111:14 112:19
  112:20 127:14
  127:16 129:13
  131:11
**bad** 126:3
**bag** 57:14
**ball** 3:16,16 150:4
**barn** 121:9,11,12
  144:17
**base** 12:1 46:23
  47:6,15,17,19
  48:17 49:12,16
  57:23 72:2
  74:16 75:12,18

75:22 76:2 78:9
79:9,13,22 81:9
82:5,6,9,13 91:7
92:11 99:13,18
109:2,20 110:4
110:15,16
113:19 114:10
115:4 117:11,21
122:12 125:7,8
133:2 153:15
**based** 30:22
  133:19 143:21
**basically** 97:15
  102:8 153:23
**basis** 94:2
**bathroom** 51:19
**Baxley** 21:11,19
  21:20 22:7,11
**Beach** 23:21
**become** 117:21
**becomes** 96:11
  143:16
**before** 1:19 6:13
  11:9 12:9,13,22
  13:4,8 14:18
  15:4,6 17:5
  20:10,12,20
  21:9 22:4,10
  23:6,19 25:6
  26:11,13,19,23
  27:8,12 28:1,8
  28:12,16 29:8
  29:13 30:9
  32:11 34:5,14
  34:21 35:2,16
  41:7 42:11
  43:22 44:2
  47:17 52:17
  61:9 63:6,12
  66:21 67:8,16
  74:12 75:2
  76:13,18,22
  79:5 83:17,20
  87:2 91:12
  96:16 97:22

98:15,23 100:4
100:5,10 101:6
101:11 102:15
103:7 105:20
106:2,2 108:11
108:21 109:9,17
113:3 114:17
115:1 118:2,6
119:15 133:11
134:17 137:12
137:19 141:11
142:5 146:16,23
149:6,8 151:1
154:3
**began** 43:22 44:3
  46:9,20 50:9
  62:8,16 67:16
  75:3 76:13,23
  111:1 142:14
**beginning** 41:7
  62:14 76:18
**begun** 49:23 50:4
  50:11
**behalf** 1:16
  157:13
**being** 28:15 46:6
  59:4 64:17
  74:10 88:10
  97:3 130:6
  134:12
**believe** 10:13
  14:13 23:15
  30:4 40:19
  43:17 57:10
  81:18 85:4 90:4
  113:15 138:8
  148:4 150:12
  154:8
**best** 13:3,9 17:2
  38:22 41:19
  45:9,11 46:22
  49:20 54:8 59:6
  91:14 106:12
  135:2 140:7
  148:6 153:16

**better** 57:5 145:2
**between** 6:11 7:2
  7:10 87:7 111:1
  134:20 153:13
**big** 124:2
**binds** 143:16
**Birmingham**
  2:22 3:5,12
**bit** 24:7,8,10 59:1
  59:4,10,11,17
  59:19,23 60:5,8
  60:12,16,22
  61:8,12,15,22
  62:1,4,7,11,16
  78:22 79:15,21
  80:1,3,8,11,11
  80:13,15,16,20
  80:22 81:4,6
  86:4,14,20
  101:19 102:14
  104:17,23
  110:12 111:12
  112:10,11 113:1
  122:16,23 125:1
  125:2,5,6,12
  126:22 130:12
  131:8,9,15
  132:14,20
  135:21 136:5,10
  136:11 143:15
  143:19 153:14
  154:10,11,14,23
  155:3,6
**bits** 59:14 62:23
  154:4,7,17
**blood** 90:7,9,11
  90:15
**Blow** 21:11,19,20
  22:7,11
**bolt** 135:11,13
  136:13
**bolted** 122:20
**bolts** 74:15,17,20
  74:23 75:7,11
  76:14,18,21

112:23
**born** 23:16
**both** 47:19,23
  48:1,11,20 50:2
  75:21 93:21
  144:19 155:23
**bottom** 16:2
  36:12 59:18
  61:23
**Bowden** 8:16
**Box** 2:6,21
**BRASHER** 2:10
  4:5 11:6 24:13
  27:13,15,19
  28:3 31:9 33:14
  34:12 35:5,11
  41:3 42:6 44:19
  55:1,5 59:13,21
  60:10,17 64:11
  65:11,14 77:7
  77:19 79:19
  82:16 84:5,12
  84:15,17,19
  91:20 92:8,20
  93:4,10,14,20
  93:23 94:8,20
  95:2,5,15
  125:13,17
  126:19 128:4,8
  137:5,18,22
  139:11 145:18
  146:20 148:23
  149:3,16 150:22
  152:18,21 153:5
  156:22
**break** 51:19 52:5
  52:6,14 72:6
  135:5 136:17
**brief** 21:8 144:12
**bring** 94:12
**Brocton** 23:15
**broke** 79:1
  124:14 135:9
  152:2
**building** 3:10

133:7
**business** 42:4

―――― C ――――
**C** 3:15 7:18
**call** 16:12,15
  31:18 37:4
  92:10
**called** 35:13
  73:23 96:7
**came** 69:21 70:15
  70:17 79:3,8
  154:15
**cap** 150:4
**caption** 92:3
**cardboard** 57:16
**care** 12:17
**cart** 88:5
**case** 7:2,5 138:21
**caught** 125:2,12
**cause** 95:18,21
  126:1 136:22
  140:11 142:5
  143:9 158:4
**caused** 71:1 79:15
  85:21 86:1
  112:5,8 125:15
  145:17
**cell** 32:1
**Center** 2:12
**CERTIFICATE**
  157:5
**Certified** 1:20
  6:14 157:9
  158:12
**certify** 157:11
  158:3
**changed** 51:10
  60:16
**changes** 66:4,7
  83:19 84:1
**check** 13:4,7
  27:23 28:7
  34:13 62:11
  70:16 72:8,16

74:12 79:21
  80:7 86:11
  105:9 127:7,12
**checked** 17:4,4
  111:22
**checking** 105:3
**checklist** 4:22
  37:6,8,13,19,21
  38:5 63:5,11,12
  63:17 65:1
**Cherry** 1:18 2:4
**circle** 45:2
**Civil** 1:8 6:23
  157:17
**clarification** 81:1
**classifying** 73:21
**clean** 17:21 89:22
  90:1,11
**cleaned** 73:9
  77:22 90:16
  106:17 112:14
  112:16
**cleaning** 38:7
**clear** 11:15 62:4
  66:18 75:10
  79:5 81:2,8
  82:12 95:16
  101:16 104:4
  110:17 130:16
  142:18
**clocked** 52:15
  54:13,18
**close** 131:15
**closer** 130:23
**clutch** 144:2,8
**Cochran** 1:17 2:4
**Cody** 28:23 29:15
  30:1 31:4 51:17
  84:7,8 114:16
  118:5 136:16
  143:22
**collection** 22:2
**come** 9:8 17:21
  25:10 41:8 54:6
  54:10,11 69:14

69:16,19 71:1
  71:13,16 86:5
  89:1 91:10
  110:16 127:17
  147:19
**comfortable** 37:9
  147:1
**coming** 14:8
  44:11 71:5
  131:7 132:14,15
  132:16 147:5
  148:2
**commencing** 1:22
**comment** 116:1,4
**commission** 6:16
**communicating**
  130:9
**communication**
  32:3
**company** 21:11
  21:19 96:7
  146:7
**competent** 133:12
  133:17
**complain** 145:8
**complete** 89:17
  119:10
**completed** 82:21
  117:9
**completely** 8:8
  126:17
**completion**
  119:16
**comply** 141:2
**composite** 55:14
  55:15 64:15
**computer-print...**
  157:21
**concerns** 34:4
**concrete** 75:13
  78:22 79:7,16
  86:5 104:23
  106:7 125:22
  127:4
**condition** 12:5

13:2 17:1 39:20
  40:4 58:2,9,17
  59:11 66:4,21
  67:2,4,15 70:20
  70:21 103:21
  104:1
**conducted** 17:8
  134:4
**conference** 1:17
**configuration**
  98:21 99:20,23
  100:13,17
**confirm** 38:12
**confused** 130:12
**conjunction**
  138:10
**connect** 99:13
  103:1
**connected** 36:6
**connection** 15:11
  103:6,12
**consciousness**
  130:10
**considered**
  116:18
**consult** 26:13
**contact** 140:16
**contacted** 146:17
**contain** 157:21
**contained** 139:8
**container** 74:6
**contaminant**
  90:13
**contents** 148:20
**continue** 79:2,6
**continued** 73:7
**contract** 4:13
  13:12
**contrary** 149:4
**control** 140:4
**controls** 38:11
  151:15
**conversations**
  115:18 116:8
  117:10 143:22

copies 152:16
copy 15:16
  152:11,15,23
cord 70:8,10,11
  82:3
cords 34:18 70:11
core 8:23 10:20
  11:12,17 12:1,5
  12:9,19,21 13:5
  13:7 15:11
  16:23 20:20
  21:2 22:3,6,19
  23:2 24:5,7,8,10
  25:5,12,21 26:1
  26:8,14,19,23
  27:11 28:2,7,11
  28:15,21 29:8
  29:12 30:11,23
  32:13 33:5,9
  34:3,8,13,20
  35:2,9,15 40:5
  43:23 44:3 47:1
  47:6,10,20 48:3
  48:6,10,17 49:7
  49:12,17 50:1
  57:22 58:3,9,15
  58:17 59:2
  63:13 67:17
  69:1,11 70:12
  70:17,22,23
  73:1 75:12,18
  75:22 76:22
  77:2 78:20
  82:13,22 83:3,8
  83:15,19 90:23
  91:7 96:9,18,21
  97:17 100:9
  103:18 104:7
  108:8 114:10
  115:19 117:16
  119:1,3 131:20
  137:11 138:3,11
  138:16,21
  142:13 147:2,4
  154:21

corner 13:17
  36:12 40:21
  70:2 81:20
corners 74:16
Corporation 1:11
  2:18 55:12
  157:17
correct 38:11
  62:2 97:23
  98:18 99:8
  100:23 101:8
  104:11 105:10
  105:22 106:3,23
  107:22 108:9
  110:8 114:18
  115:13 117:3
  124:19,22
  131:22 134:22
  141:6 148:17,22
  149:1 150:11
  151:10 152:5
  153:14 155:4
correctly 15:22
  16:6,20 38:8,16
  91:13 95:13
  118:20 153:7
Coty 84:7
counsel 6:12 7:2
  26:22 157:23
  158:2,4
County 23:10,11
  23:16,20 157:8
couple 101:5
  119:17 150:15
course 42:3 93:20
  109:16
Court 1:1,20 3:4
  6:14 157:9,19
covered 40:19,22
  40:23
cracking 66:17
cracks 104:2
create 71:5,11
  72:19
creates 123:22,23

crew 38:14,19
Cross-Examina...
  4:4,4,5,5,6 96:4
  120:6 137:21
  139:15 148:10
cup 124:2
currently 63:23
  66:1
customary 41:17
  44:9
cut 81:16 112:3
  118:20 127:16
  130:3
cutting 97:7
CV-994-W 1:9
  157:18

          D
D 2:3 4:1 7:18
Dale 23:10,11,16
  23:20
damage 83:6,7
damaged 141:9
  141:11,14,19,23
damp 140:10,23
danger 71:6,11
dark 126:17
date 28:12 52:13
  52:14 54:18
  148:13
Davenport 2:20
day 9:1,3 20:12
  30:2 35:12
  50:12 52:13,20
  53:2 54:17
  96:13,16,18
  109:5 114:18
  115:10,16
  118:10 142:15
  154:11 155:7
  156:9 158:6
days 15:3 19:23
  20:16 66:13
  145:3 156:18
deal 90:13

dealt 98:14
death 16:19
debris 73:11
  104:4 142:8
decide 47:9
decision 133:19
deep 33:2 45:6,12
  45:18,20,21
  46:1,2 106:6
defaced 91:23
  92:2,17 146:15
defeated 92:17
Defendant 2:17
  3:1,7,14 4:9
Defendants 1:12
  1:17 157:13,17
definite 15:1
degrees 79:11
  81:10 82:6
depends 106:8
depict 11:16 12:5
  39:20 40:4
  55:20 58:2,16
  59:3
depicted 46:6
  56:9 59:15,21
  62:1
depicts 56:8 58:8
  91:22
DEPONENT
  157:1
deposition 1:15
  6:12,21 7:3,4,11
  8:4 10:22 11:22
  13:11 14:11
  15:19 24:3
  36:16 37:9 38:3
  39:3 40:3 46:14
  52:8 55:16 60:5
  90:22 138:1
  157:14 158:1
depth 45:13
describe 19:13
  74:3 104:16
detail 102:14

deteriorated
  66:17,20
determination
  109:15
determine 95:21
  103:23
developed 109:9
device 32:3
devices 18:6
  92:16
different 28:19
  28:19 77:10
  154:4 155:20
differentiate
  115:8
difficulties 49:13
difficulty 78:7
Direct 4:3 8:1
directly 153:18
Director 10:16
  85:13,15
dirt 117:4 126:2
discuss 122:3
  145:21 147:6
discussed 85:4
  148:21
discussion 62:18
  68:15 121:3
discussions 122:5
disengaged
  129:19
District 1:1,2
  157:19,19
dive 23:4
diver 22:18 23:3
Division 1:3
  157:20
document 4:15
  14:12,15,17
  15:6 52:22
  138:3,7,8,15
  149:1,14
documents 53:3
doing 20:15 23:4
  25:17 32:16

| | | | | |
|---|---|---|---|---|
| 47:14 103:15 | 34:20 35:2,9,15 | 125:5,6,12 | dry 104:2 105:16 | employment 20:2 |
| 120:15,20 | 40:5 43:23 44:3 | 126:22 127:22 | 132:10 | enable 38:14 |
| 121:14 | 45:18 47:1,6,11 | 128:6,9,16,20 | due 86:15 | encountering |
| **Donald** 28:23 | 47:15,17,20 | 129:4 131:8,9 | duly 7:21 157:15 | 109:20 |
| 51:17 84:7 | 48:3,6,10,18 | 131:15 132:14 | during 8:22 | end 83:11 97:3 |
| 114:16 136:16 | 49:7,12,17 50:1 | 132:20 133:12 | 17:10 21:23 | 129:20 |
| **done** 10:3 23:6 | 57:22 58:3,9,15 | 135:21 136:5,8 | 42:1 70:15 73:1 | enough 30:20 |
| 33:13 35:3,8 | 58:17 59:2,19 | 136:9,10,11 | 78:11,20 79:22 | 51:2 110:17,19 |
| 87:12 88:22 | 60:5,8,22 61:7,8 | 138:3,11 139:7 | 89:2 109:16 | 116:18 125:21 |
| 89:7 129:22,23 | 61:12,15,22 | 141:12,15,18 | 112:1 117:22 | 133:12,17 |
| 130:1 132:2 | 62:1,4,7,7,11,15 | 142:13 143:15 | 143:10 147:5 | ensure 16:22 |
| **Donley** 85:9 | 62:23 63:13 | 143:19,20 146:4 | dust 73:10 | 38:19 67:15 |
| **Dothan** 1:19 2:7 | 67:17 69:1,11 | 147:2,4 149:11 | duties 21:22 | 71:16,21 72:3 |
| 8:17 | 70:12,17,22,23 | 151:15 153:14 | duty 9:8 22:15,16 | 74:19,21 75:7 |
| **doubt** 16:8 | 71:19 73:1,7,12 | 154:6,14,17,20 | | 143:5 |
| **down** 13:16 16:2 | 74:16 75:12,19 | 155:4,6 | **E** | ensured 71:20 |
| 24:19 36:10,11 | 75:22 76:20,22 | **drilled** 26:5 28:8 | E 4:1 7:18,18 | 127:15 |
| 36:13 49:7 51:7 | 77:2 78:17,20 | 33:2 45:4,7 46:5 | each 56:7 57:3 | entire 59:23 82:9 |
| 74:23 75:11 | 78:22 79:2,6,15 | 60:13 61:4 86:8 | 138:14 | 115:15 122:16 |
| 98:10 105:15 | 79:21 80:1,3,6,6 | 103:7 119:15 | ear 150:7 | **EOD** 22:18 |
| 110:12 113:2 | 80:8,10,11,13 | 124:11 149:19 | earlier 138:2 | equipment 16:5,9 |
| 114:2 132:12 | 80:15,16,20 | **driller** 138:16,21 | 149:18 | 19:7 35:19,22 |
| 135:5,9 136:17 | 81:4,6,9 82:5,11 | **drilling** 18:17,20 | earplugs 18:11,23 | 38:6,10,15,20 |
| 151:15 | 82:13,22 83:4,8 | 19:5 33:7 34:6 | 19:3,11 33:20 | 92:18 95:11 |
| **dozen** 21:1 22:9 | 83:13,15,20 | 41:9,12 46:10 | 33:23 | 99:3 100:20 |
| 26:10 | 86:4,14,20 | 46:20 47:2,18 | easier 48:13 | 101:7,12,23 |
| **drab** 100:22 | 90:23 91:7 | 49:11,13,17,23 | 82:10 109:13 | 102:16 119:7,8 |
| **draw** 106:22 | 94:11 96:8,9,18 | 50:4,9,12 67:8 | 113:22 114:2 | 139:17,22 140:2 |
| 152:9 | 96:21 97:16,17 | 68:4,5,23 69:10 | 130:13 | 140:5,9,23 |
| **drawing** 124:3 | 99:7,14,18 | 69:18 70:16 | effect 116:5 | 142:6 |
| **drill** 8:23 10:20 | 100:9 102:21 | 73:2 75:3,17 | efficient 116:18 | equipment's |
| 11:12,17 12:1,6 | 103:1,4,7,18 | 76:13,19,23 | efficiently 30:21 | 15:21 |
| 12:9,19,21 13:5 | 104:7,17,23 | 77:16 78:21 | eight 140:8,22 | error 104:20 |
| 13:8 15:8,11 | 105:20 106:5,13 | 79:7 81:8 82:18 | 141:3 145:4,5 | **ESQ** 2:3,10,19 |
| 16:23 17:6 | 106:18,21 107:2 | 100:7 108:6,22 | either 6:22 7:6 | 3:2,8,15 |
| 20:20 21:3 22:3 | 107:5,14 108:9 | 109:4,16 113:17 | 20:3 31:13,23 | established 74:1 |
| 22:7,19 23:2 | 109:1,2,19 | 119:4,10,16 | 51:21 70:11 | et 1:11 157:17 |
| 24:5,7,8,10 25:6 | 110:4 111:12 | 127:5 131:20 | 71:6 117:4 | **EUGENE** 3:8 |
| 25:12,21 26:1,3 | 112:10,11,18 | 137:12 142:14 | Electric 1:10 2:17 | even 22:23 25:9 |
| 26:8,14,19,23 | 113:1,22 115:19 | 142:22 143:10 | 96:7 157:16 | 42:19 67:16 |
| 27:11 28:2,7,11 | 116:14,15,23 | 150:7 151:1,20 | electrical 140:10 | 72:11 89:12 |
| 28:15,21 29:8 | 117:3,16,18,21 | 152:3 155:3 | 140:11 | 126:15 129:15 |
| 29:12 30:11,23 | 118:10,15,19 | **drills** 114:10 | email 152:19 | 156:17 |
| 32:13,18,19,23 | 119:1,19 122:15 | **Drive** 3:17 | emailed 65:14 | evening 9:8 10:5 |
| 33:6,9 34:4,8,13 | 122:23 125:1,2 | **drugs** 146:7,8 | employee 42:22 | 12:9 14:1 17:16 |

17:19 20:12,21
41:15 50:17
54:4 68:3 89:18
90:18 96:14
**event** 108:7
**events** 41:15
**ever** 11:8,11
14:15 16:15
31:4 35:15,18
35:21 36:1
40:15 64:5
80:13,15 97:19
98:2,10,14
101:10 102:1
104:21 114:9,13
117:16,20 118:1
118:5,22 119:6
120:17 121:3
122:5 131:20
132:1 133:18
136:4
very 114:13
138:14
**everybody** 19:18
**everyone** 55:15
**everything** 65:12
65:15 104:15
**evidence** 6:21
93:15 95:6
128:4,8
**exact** 123:9 129:2
129:4
**exactly** 20:17
31:13 88:22
102:17 122:14
124:5 125:4
136:1
**Exam** 4:7
**examination** 4:3
4:6 8:1 144:14
155:15 157:22
**examine** 12:21
**except** 94:6,23
ꞏclamation
16:10,12 92:19

**excuse** 18:1 40:1
54:17 61:6
**exhibit** 10:18,21
11:15,19,22
12:4 13:13 14:9
14:10 24:1
36:16,17,21
37:1,12,16 38:1
38:2 39:2,16,17
39:23 40:2,10
43:11 46:6,12
46:13 50:6 52:3
52:7 53:17 55:3
55:14,15,17
56:10 57:8,19
58:6,7,12,13,21
58:22 59:7,8
60:4 61:21 62:2
62:21 63:2,8,9
64:7,8,21 65:2,3
65:6,7,16,17,22
73:14 74:4
90:20,21 91:1,2
91:11,21 92:14
93:6 94:11
103:10 122:13
138:1,19 139:9
139:12 140:8,20
142:3,11,12
147:22 148:22
150:23 153:19
**Exhibits** 4:8
36:18 38:23
64:12
**explain** 52:11
72:1 99:6
**extension** 70:8,11
82:3
**extent** 42:7 71:9
71:10 91:21
93:5
**extra** 15:16 155:6
**eye** 18:9,20 19:2
149:20
**eyeglasses** 33:20

**eyewear** 19:11,13
150:7
**E-6** 22:18

---
F
---
**face** 88:18
**facility** 18:1
155:18
**fact** 92:3,10 114:5
117:11 149:3
**facts** 93:15 95:5
**fail** 143:10
**failed** 121:2
**Failure** 16:18
91:15
**fair** 8:9 10:2 41:1
51:2 109:21
**fairly** 11:16 12:4
39:20 40:3
55:19,22 56:8
58:2,8,16 59:3
**familiar** 42:13
**family** 23:11,13
**far** 10:4 17:17
18:8,14 54:5
85:14 110:5,19
118:19 124:18
130:19
**fast** 123:3,4
**father** 23:14,22
**faulty** 141:10,11
141:14,19 142:1
**Federal** 6:23
**feel** 26:7 30:18
37:9 137:3
139:21 141:9,14
141:19 142:13
142:19
**feet** 46:23 47:19
47:23 48:1,11
50:2 75:18,21
110:17,17
151:12,23
**fell** 69:2
**fellow** 42:22

**felt** 27:6 115:10
115:11 133:17
141:23 147:1
**few** 96:9
**figure** 72:17
122:18 147:13
147:18
**filing** 7:3,8
**filter** 73:15,22
74:8,10,11
126:4
**finally** 16:17
**find** 86:8 120:23
127:10 135:15
**fine** 52:1 107:18
**finish** 142:22
**finished** 115:13
119:16 127:22
**first** 7:21 14:4,5
17:6 18:17,20
19:5,17 25:14
25:20 26:4 27:3
27:21 28:8
36:22 44:22
47:18 49:11,14
49:17 50:1,9,11
54:2 56:9 60:13
62:8 67:9 68:4
69:10,18 70:16
73:2 75:3,17
77:16 78:6,11
78:21 79:17,22
81:9 82:21 85:8
86:8 99:16,19
101:11,23 103:7
103:11,11,17
104:14,22
105:16,20 109:4
109:23 110:3
111:1 112:19
114:21 117:9,20
119:13 124:11
126:9 141:12
142:15,22 147:6
149:19 151:1,20

154:22 157:14
**five** 8:20 106:9,11
**Flavor** 3:22 9:6
9:10 11:21 21:9
28:12,16,22
29:7,12,19 30:6
36:21 37:18,20
39:19 41:20
42:4,10,14,18
44:9 45:14 51:2
52:17 55:13
62:8,20 66:1
68:2 69:6 83:23
84:3 85:18
97:20 100:1,10
101:6 102:9
119:3 134:5
137:15 146:16
150:5 154:17
**floor** 2:13 66:8,10
66:15,18 67:1
67:10,16 69:2
69:15 72:7,15
73:9 74:22,23
75:8 77:23
88:10 90:7,10
90:12,16 102:6
104:8 105:1,15
105:15,16
112:20 114:7
116:22 117:12
119:8 123:22
124:8 127:15
131:16 132:9,12
151:12 154:7
**floors** 156:3
**flow** 108:13
**flowing** 112:1
**follow** 16:18
**followed** 72:23
140:20
**follows** 7:22
**follow-up** 43:20
53:14 155:13
**follow-ups**

| | | | | H |
|---|---|---|---|---|
| 150:16 | **forth** 71:23 72:3 | 70:17,20 73:10 | 116:22 134:23 | |
| **food** 90:14 | 72:5 128:14 | 77:22 103:19,23 | 144:20 | **half** 42:12 45:12 |
| **foot** 48:20 152:7 | **forward** 16:5 | 104:6,9 105:9 | **GOBAIN** 3:1 | 46:3 106:6 |
| 153:12,17,20 | 95:11 | 111:10,19,22 | **God** 145:1 | **Halfway** 87:7 |
| **foregoing** 157:20 | **found** 136:12 | 112:16 117:4 | **goes** 136:1 | **Hall** 13:20,22 |
| **foreman** 21:21 | 146:18 | 126:2,3 | **going** 9:20 10:16 | 28:23 29:11,19 |
| 22:1 | **four** 92:19 106:14 | **gaskets** 13:4 17:4 | 11:20 21:9 | 31:4 84:11 |
| **forklift** 44:13 | **free** 34:17 104:3 | **Gast** 3:7 123:17 | 23:19 26:19 | 114:16 118:5 |
| **form** 6:19 25:18 | **freely** 17:5 | **gauge** 72:8,16 | 27:1 31:18 | **Hamilton** 2:11 |
| 27:13,14 28:3,4 | **friction** 125:21 | 131:21 132:7 | 34:11,19 42:12 | **hand** 151:14,18 |
| 28:10 33:14 | **friend** 120:11 | **gave** 34:4 97:12 | 50:12 55:23 | **handle** 110:12 |
| 34:1,12,16 35:5 | 122:2 144:18,18 | 131:21 133:10 | 56:23 62:19 | 111:14 114:1 |
| 35:11 42:7 | **friend's** 121:7 | **general** 4:15 | 79:9,11 81:15 | **handling** 89:19 |
| 43:16 44:18,19 | **from** 14:18,18,19 | 14:12 15:6 | 97:7 108:13 | 147:1 |
| 47:12 48:8 49:9 | 14:22 21:5 | 92:15 93:1 | 116:3 121:8,16 | **handout** 16:4 |
| 52:21 56:14 | 23:11,14,15 | 140:21 148:21 | 121:17,21 | 95:10 |
| 60:14 61:19 | 24:19,21 26:22 | **generally** 56:1 | 125:22 131:4,5 | **hands** 110:10 |
| 62:13 67:18 | 27:10 31:20 | **gentlemen** 118:4 | 131:6 134:8 | 151:21 |
| 71:8,18 72:21 | 35:19,22 36:23 | **Georgia** 2:12,15 | 143:2 144:11 | **handwritten** 43:4 |
| 73:3,21 75:14 | 43:1 50:22 51:7 | **gets** 130:23 136:5 | 147:13,18 155:3 | **hang** 78:22 79:15 |
| 76:15 77:9,19 | 59:1 69:14 70:4 | **getting** 105:5 | **gone** 55:9 87:1 | **hangs** 136:4 |
| 79:18,19 80:19 | 72:6,7 73:10 | 146:13 | 98:10 144:17 | **happen** 13:14 |
| 80:21 81:17 | 82:14 87:1 | **Gillon** 3:9 | **good** 16:23 43:20 | 15:5 20:7 |
| 86:16 91:20 | 90:16 98:11 | **give** 15:1 19:18 | 53:14 66:23 | 125:20 |
| 92:21 93:8,11 | 101:2 111:9,12 | 21:8 24:12 | 67:2,3 70:21 | **happened** 17:19 |
| 93:12,17,19 | 113:9 119:23 | 32:11 45:9 | 74:19,21 78:19 | 53:13 68:3,17 |
| 94:7,15,19,21 | 131:7,8,12 | 49:20 50:10 | 84:22 103:21 | 68:18,19,20,22 |
| 95:1,3,6 101:14 | 132:14,15,16 | 57:2 105:22 | 104:1,10,10 | 78:16 88:8 89:3 |
| 107:9 115:21 | 136:8,23 138:19 | 123:9 126:8,10 | 105:5,9 107:7 | 89:6,15 110:1 |
| 116:6,17 120:21 | 140:9,23 142:8 | 137:19 | 107:11 111:10 | 113:16 117:2 |
| 123:12 124:4,13 | 145:23 146:1,13 | **given** 24:18,22 | 113:9,11 156:13 | 122:9 125:4 |
| 124:20 125:3,13 | 147:23 154:15 | 89:4 101:21 | 156:19 | 126:18 129:14 |
| 125:14,18 | 154:21 | 122:8,9 | **gotten** 145:16 | 129:16 130:5 |
| 126:12,19 | **front** 153:13 | **Givens** 1:18 2:4 | **graduate** 23:9 | 134:11 137:8 |
| 127:13 128:3,7 | **full** 48:3 | **glad** 8:6 27:9 | **green** 100:22 | **happening** 118:2 |
| 132:19 134:23 | **function** 38:11 | **glasses** 18:11,12 | **ground** 34:18 | 130:8 137:4 |
| 136:19 137:5,9 | **furnished** 26:17 | 19:15 | 110:7 | **hard** 150:2 |
| 138:23 139:1,4 | **further** 4:7 7:1,9 | **Glime** 28:23 29:2 | **guess** 9:19 10:10 | **hard-soled** |
| 140:6 141:4,7 | 94:13 129:1 | 114:16 | 16:17 23:19 | 156:13,19 |
| 143:13 144:20 | 155:11,15 157:1 | **gloves** 18:10 | 72:17 100:22 | **Harold** 85:4 |
| 145:18,19 | 158:3 | **go** 10:21 19:17 | 122:2 | **hat** 150:2 |
| 146:20 147:20 | | 32:8 35:5 45:16 | **guesstimate** | **hats** 150:1 |
| 148:23 149:2,16 | G | 56:6 57:1 79:13 | 22:23 | **having** 7:20 |
| 150:9 151:5 | **G** 7:18 | 97:15 98:6 | **G-A-S-T** 123:19 | 118:14 119:12 |
| **formality** 6:16,16 | **gasket** 34:17 | 101:14 114:20 | **G-L-I-M-E** 29:6 | 138:20 |

hazard 140:10
hazards 142:4
　156:2
head 25:8 44:15
　131:10 151:16
headed 31:14
hear 8:5 31:5
　33:9,22 77:13
　126:5 127:16
heard 135:8,11
hearing 149:22
help 12:11 15:2
　15:14 21:7
　27:10 28:20
　29:3 32:19 36:8
　38:4 81:3 89:10
helped 55:10
hereto 7:6,10
Hey 147:12,17
high 23:8,10
him 20:3,5,18
　26:2,3 28:2
　32:12,19 33:15
　33:16,18 41:3
　68:20,21 69:3
　77:21 78:16
　85:5 89:1 111:4
　115:18 116:5,9
　119:23 120:8,17
　122:6,9 129:15
　130:6 133:12,18
　133:22 134:1
　137:19 145:15
　146:3
history 21:9
hit 44:15 69:3
　110:16,18,20
hold 29:19 48:6
　116:3,15 117:18
　123:22 124:7,9
　125:21 126:1
holding 49:6
　71:20,22 72:3
　72:15 73:5
　127:20

hole 17:6 18:17
　18:21 19:5 26:4
　27:3 28:8 32:18
　32:20 33:7 34:6
　41:9,12 44:22
　44:22 45:1,4,6
　45:18 46:2,4,5
　46:10,21 47:2
　47:18 49:11,14
　49:18,22 50:1,4
　50:9,13 60:13
　67:9 68:4,5,23
　69:10,18 70:16
　73:2,12 75:4,17
　76:14,19,23
　77:16 78:1,6,11
　78:21 79:17,22
　81:9 82:11,21
　86:9,11,15,18
　86:22 103:7,11
　106:2,6 109:4
　109:16 110:2,3
　111:9,13,16
　112:4,19 113:2
　113:2,7,17
　115:13 117:9
　118:20 119:13
　119:16,19
　124:11 126:9,11
　127:7 128:6,16
　128:18,19 129:5
　133:13 141:12
　141:15,18
　142:15,22 143:2
　143:6,11,17
　146:4 147:6
　149:19 150:8
　151:1
holes 26:5,20
　44:21 50:13
　97:7,16 100:7
　104:3 148:1
　149:11
honestly 8:8
hook 102:21

　108:4 132:23
hooked 102:7
　108:1,7 133:2,6
　148:4
hookup 140:17
hose 99:15 103:1
　103:6,9,12
　105:15 108:1,4
　132:12,16,23
　133:4,6 147:23
hoses 135:23
hour 89:11
hours 14:5 52:16
　52:19 89:11
house 3:22 9:6,10
　11:21 21:9
　28:12,16,22
　29:7,12,20 30:7
　36:21 37:18,21
　39:19 41:21
　42:4,11,14,18
　44:9 45:14 51:2
　52:17 55:13
　62:9,21 66:2
　68:2 69:6 83:23
　84:3 85:18
　97:20 100:1,10
　101:6 102:9
　119:3 120:11
　121:7 134:5
　137:15 146:5,16
　150:5 154:18
hung 61:3 69:1
　78:9,13,17 82:2
　86:4,14,20
　112:8 115:19
　126:4,23 127:2
　136:5
hurt 110:21
　146:13

─────── I ───────
idea 20:9 79:20
identification
　4:11,12,14,15

　4:17,18,20,21
　4:23 5:1,3,4,6,7
　5:9,10,12,13,15
　5:16,18,19,21
　5:22 6:1,3,4,6
　10:18 11:19
　13:13 14:9 24:1
　36:19 37:16
　38:1 39:1,16
　46:12 52:3
　55:17 57:19
　58:6,12,21 59:7
　63:2,8 64:7 65:2
　65:6,16 90:20
　91:1
identified 8:21
　37:14 44:16
　62:22 148:3
identify 10:22
　14:11 36:22
　37:2 52:9 56:7
　64:19 65:22
identifying 37:10
III 2:19
illegible 92:4
immediate 68:8
　148:13
immediately
　16:12 111:3,7
importance 76:9
important 146:10
improper 35:1
improperly 35:10
　118:16
INC 3:1
inches 45:12 46:3
　106:6
incident 148:14
incorrect 53:2
incur 104:21
incurred 105:20
indicate 125:11
indicated 77:15
　118:12
Indicating 123:15

　132:22 152:8
indication 53:12
individual 46:15
individually 57:1
individuals 84:23
infers 93:5 94:8
information 55:3
　138:20 139:8
informed 121:1
initially 75:16
injure 71:17
injury 16:19
　38:16,21 42:22
　57:12 71:6
　72:19 95:18
inlet 108:8
inoperable 92:18
inside 135:11
inspect 13:1 17:3
　63:16 65:19
　70:22 73:13,14
　83:3 103:20
　142:4
inspected 17:2
　25:5 34:8,17
　111:9 146:15
inspecting 61:7
inspection 17:7
　17:10
install 22:2
installed 40:15,16
instance 118:4
instead 135:13
　136:13
instruct 26:8 47:4
　61:11 76:8,17
instructed 61:14
　90:4 132:1
instruction 38:13
　93:2 138:19
　148:16
instructions 16:5
　16:18 32:12
　89:3 95:12
　101:22 105:3,6

7-17-2006                                                                  Michael Walters
                                                                           Page 167

| | | | | |
|---|---|---|---|---|
| 133:10,21 140:21<br>**intake** 132:20<br>**intended** 139:18 140:12<br>**interested** 158:5<br>**interject** 59:14<br>**interpret** 53:16<br>**Interstate** 3:17<br>**INTERVENOR** 2:9<br>**interview** 134:6<br>**introduced** 7:5<br>**investigating** 84:4<br>**investigation** 84:21 85:1 95:17 134:5,9<br>**involved** 11:13 12:2,6 20:2 24:16 84:3,20 85:1 87:3 138:4 138:15<br>**involving** 8:23 28:13 29:9 36:4 58:4 68:3 83:9<br>**issue** 56:16<br>**item** 74:3<br>**items** 55:20<br><br>――― **J** ―――<br>**James** 1:15 3:22 6:13 7:3,20 8:12 10:7 17:18 67:22 90:4 157:14<br>**jammed** 143:16<br>**Jay** 121:23<br>**job** 20:5 25:13 34:19 39:5,9,10 56:13 57:13 65:4,23 66:5 87:7 88:4 134:8 154:20<br>**jobs** 21:5,6 50:23 | **Joe** 65:9 93:7 137:19<br>**JOSEPH** 2:3,10<br>**JR** 3:15<br>**judgment** 45:9 49:20 53:21 106:12<br>**July** 1:21 157:12 158:6<br>**June** 65:18<br>**just** 19:15 21:8 23:18 37:8 40:17 45:9 47:9 48:13,15 49:20 51:5,7,21 52:6 53:8,9 55:23 56:1 61:20 66:12,17 67:19 68:17 72:22 73:9,18 74:2,6 76:12 78:23 80:23 82:10 84:13 88:5 89:10 96:10 97:9 102:4,20 106:8,10 107:13 110:15,16 111:3 111:14 113:21 114:1,13,20 115:11 120:13 120:16 121:9 123:21 126:17 131:2 134:1 136:1 142:17 143:21 144:19 147:11,11,11 148:2 150:15 152:23 153:4,12 155:12,22<br><br>――― **K** ―――<br>**keep** 140:9,23 143:20 146:13<br>**Ken** 10:14 85:13<br>**kept** 136:9 | **Kevin** 3:2 148:12<br>**kin** 158:3<br>**kind** 21:8 32:3 96:11 101:10,18 101:22 103:22 106:7,10,13 142:17<br>**knew** 26:7 38:19 104:9 117:6 118:19 148:19 148:20 149:1<br>**know** 8:6 11:6,8 14:7 18:3,14 20:10 25:12,15 25:20,23 31:9 36:8,14 41:11 44:8 47:13 51:13,14 52:7 53:11 56:18 60:10,11,15,15 63:22 68:1 73:22 78:23 84:5,6,23 85:17 95:7 96:21 97:6 101:18 107:16 108:15,17 111:21 114:23 122:2 124:5,6 124:14 125:1,4 132:6 134:15,17 135:9,16 136:1 136:1 137:2 144:1,5,8,9 145:11 150:4 154:9,10,14<br>**knowledge** 13:3 17:2 27:6 29:10 30:20 38:22 41:19 45:11 46:22 59:6 96:20 119:3 127:1 135:2 139:6,7 140:7 141:10<br>**knows** 84:14,18 | 84:19<br><br>――― **L** ―――<br>**L** 1:19 6:13 157:9 158:11<br>**label** 36:9,11,15 56:10 92:7,11 142:11 146:14 146:18<br>**labels** 13:7 146:10,10<br>**lacerations** 88:18<br>**Lane** 1:18 2:3,5 4:5 15:16 25:18 27:14 28:4,10 34:1,16 43:16 44:18 47:12 48:8 49:9 51:18 51:21 52:21 53:7 55:23 56:14 60:14 61:18 62:13 67:18 71:8,18 72:21 73:3,20 75:14 76:15 77:9 78:13,15 79:18 80:18 81:17 84:18 86:16 90:9 93:19 101:14,17 107:9,13 110:2 115:21 116:6,17 120:21 123:12 124:4,13,20 125:3,14,18 126:12,21 127:13 128:3,7 128:18 132:19 134:23 136:19 137:9 139:12,16 144:10,20 145:19 147:8,20 149:2 150:9 151:5 153:2,6 156:23 | **Large** 1:21 6:15 157:11 158:13<br>**Larry** 28:23 29:2 29:4,17 30:3 114:16<br>**last** 14:17,21 15:19 16:2,17 29:1 53:5 137:11<br>**later** 94:1 145:4<br>**lawful** 7:20<br>**laying** 15:8 24:5 30:14<br>**lead** 8:22 9:11 24:21,23 29:22 30:2,4 35:12 50:22 51:7,8 72:23 97:13 148:15<br>**leading** 93:13 139:2<br>**lean** 114:2 130:18 130:20,20<br>**leaning** 48:14<br>**learn** 104:19<br>**learned** 87:2,5<br>**least** 26:10 81:13<br>**leave** 85:18<br>**leaving** 30:9 32:11 35:2<br>**left** 18:4 21:15 32:9,15,17 33:3 34:5 43:11 47:9 48:20 61:6 89:15 128:1,16 128:17,23 129:10 133:11 133:18 134:2 151:18 153:17 153:20<br>**left-hand** 13:17 36:12 46:7<br>**let** 8:6 10:19 13:10 14:10 15:14 21:7 24:2 |