25:19 36:17 37:17 38:2 39:17 42:6 46:13 52:6 55:1 55:10 58:7,13 58:22 59:8,13 60:4 62:21 63:9 64:8,11 65:17 74:15 90:21 91:2,10,20 92:14,20 93:4 95:9 101:16,20 102:19 103:9 105:23 116:22 137:18 139:5
**let's** 36:15 124:15 147:13 153:19
**level** 67:16 75:12 75:13 76:22 112:21
**leveled** 75:23
**veling** 74:17,20 75:7,11 76:5,9 76:14,18,21 112:23 128:13
**lever** 130:21,23 131:3 151:14
**lift** 57:15
**like** 11:4 26:7 28:6 42:21 98:12,21 104:6 116:2 117:7 119:7 122:19 124:2 128:10 138:8 139:21 141:9,14,19 142:13,20 152:14
**line** 113:1 138:14
**list** 51:14,15
**little** 101:19 102:14 130:12
**live** 8:13,15
**"ed** 23:19
**.ving** 23:7
**LLC** 3:9
**located** 91:7 152:7
**location** 97:16 101:3
**locations** 140:10 141:1
**long** 8:19 19:21 22:13,15 25:9 32:22 42:11 49:16 85:15 87:1 88:23 89:8 105:19,19,23 106:5 111:1 113:23 119:14 144:23 145:2
**look** 30:10,15 31:1 55:18 103:9,22 111:19 112:4 116:2 122:13 135:5 136:17 147:13 147:17 150:23 153:19
**looked** 52:22 67:19 124:18
**looking** 91:10 103:10,23 148:16
**looks** 11:4 122:19
**loose** 69:14,17,19 69:21 70:15,18 71:2,5,13,16 72:7 79:1,3,8 86:5 116:22 117:21 124:14 125:23 147:5,19 152:2
**lose** 116:21
**loss** 142:19
**lost** 117:5 126:11
**lower** 113:2
**lying** 129:13

**M**

**machine** 8:23 10:20 11:12,17 12:1,6,9,19,21 13:1,5,8 15:11 16:23 18:17 20:20 21:3 22:4 22:7,20 23:3 24:7 25:6,12,21 26:1,14,19,23 27:12 28:2,8,11 29:8,12 30:11 32:13 33:6,10 33:11 34:4,9,13 34:21 35:2,9,16 40:6 43:23 44:4 47:1,6,11,20 48:4,7,11,18 49:7,13,17 50:2 58:3,9 63:13 64:2,5 67:17 69:11 70:12,17 70:22 71:1 73:1 74:16 75:12,19 76:22 77:2 78:20 79:6 82:13,22 83:4,8 83:15,20 91:8 92:12 110:11,14 119:1,4 128:22 129:11,17,23 130:1,13 131:20 132:15,17 133:3 133:9 134:18 135:3,5 137:12 138:3 140:12,15 141:2,9,11,17 141:19,23 142:18,20,21 143:1,9 144:2 147:2,5 148:4 148:17 154:21
**machinery** 123:16 125:9
**machines** 28:15 28:21
**made** 6:19 17:4 34:17 65:21 87:9 96:8 111:10 116:2 126:5 133:19
**Main** 1:18
**maintain** 104:8 104:10 114:6
**maintained** 34:10 34:14 35:10
**maintaining** 140:4
**maintenance** 9:15,19 11:4 17:9,12,15 23:4 30:9 31:14,16 32:8 35:1,3 37:22 61:6 85:8 87:8,9,12,15,19 88:1 146:16 154:22
**major** 156:2
**make** 12:18 13:1 26:20 27:3 34:9 34:14 61:7 62:11 83:14,19 83:23 93:23 98:5 103:20 104:2 105:4,9 107:10,11,21 109:15 113:9 116:4 117:11 124:15 133:19 142:17 145:14 152:23
**makes** 17:23
**making** 93:22 134:9
**malfunctioned** 117:3
**Manager** 3:22 9:15,19,20 10:10
**Manager's** 10:1
**manner** 7:6 38:15 38:21 108:18 158:5
**manual** 26:13,19 30:10,15 31:2,5 91:12 118:22,23
**many** 20:23 22:6 22:23 23:1 26:5 52:16 62:15 79:13 81:10 100:9 123:8 125:19
**marijuana** 120:18 146:3
**mark** 10:21 11:21 13:11 24:2 38:2 39:2 41:3 46:13 55:13
**marked** 10:18 11:19 13:13 14:9 24:1 36:18 36:21 37:16,19 38:1,23 39:16 46:12 52:3 53:17 55:17 57:19 58:6,12 58:21 59:7 63:2 63:8 64:7 65:2,6 65:16 90:20 91:1 138:1
**Mason** 10:7 17:18 31:22 67:22 90:4
**matter** 149:3 157:15
**Matthew** 1:6 9:1 12:8 52:10 68:23 75:6 80:7 122:1 157:16
**Matthews** 3:16
**may** 6:13,20,21 7:4 27:15 56:2 78:15 91:16 92:5 94:16 138:8,15 139:8 142:5 147:15

154:3
**maybe** 15:2 28:20 32:9 36:11 72:22 106:11 145:2,4
**McGarrah** 2:19 2:20 4:4,7 96:5 96:6 107:18 120:3 138:23 140:6 150:15,19 152:9,13,23 153:11 155:9
**mean** 50:21 54:17 59:22 72:4 77:7 124:1 128:21,21 130:9 135:23 152:18 153:2,7 156:11
**meant** 107:16,17
**mechanic** 8:22 9:11 13:23 24:23 29:21,22 30:2,4 35:13 50:22 51:7,8 72:23 85:8,10 97:13 148:15
**mechanics** 28:19 28:21
**mechanism** 99:7 122:23
**meet** 87:15
**memorize** 138:14 148:20
**memory** 138:12
**mentioned** 102:20 118:4 144:16
**method** 77:11
**Michael** 1:15 6:13 7:3,20 8:12 157:14
**middle** 1:2 74:4 157:19
**midnight** 54:21
**might** 27:11 112:5,8 118:12 126:23 153:8
**military** 22:12,13 22:19 23:6,22 100:18,19,19 117:15
**mill** 17:23
**Milwaukee** 1:10 2:17 96:7 157:16
**mind** 53:8 152:9
**mine's** 120:11
**minor** 42:19
**minute** 106:10
**minutes** 87:4 106:9,9,11,15 119:17
**missing** 59:17 61:12,15,22 62:6,15 80:1 81:4 136:12 154:5,15
**misspoke** 9:3 40:1
**Misstates** 128:4,8
**Mixon** 85:4
**modifications** 83:14 84:1
**Monday** 1:21 157:11
**Montgomery** 3:19 157:8
**month** 66:13
**months** 15:3 145:3,4,5
**more** 35:20 80:13 102:14 123:6,10 130:6 153:2
**morning** 35:14 155:7
**MOS** 22:17
**most** 106:11
**mother** 23:14
**motor** 33:10,22 96:8 118:15,19
**mounted** 99:17 154:23
**move** 67:13 75:1
**moved** 40:6 82:22
**movement** 76:2 151:15
**moving** 17:5 34:18
**much** 48:22 49:1 102:4 104:20
**mutual** 144:18
**Myers** 67:20
**myself** 38:14 53:10

N

**N** 4:1 7:18
**name** 8:3,11 9:21 10:1 21:18 29:1 29:3 96:6 102:12 148:12
**names** 28:20
**nature** 118:23
**near** 130:18
**nearby** 71:7
**necessarily** 56:22 107:2
**necessary** 45:21 90:11 96:11 149:13
**neck** 135:18
**need** 6:19 45:18 46:1,2 52:6 81:22 98:4 116:3
**needed** 30:18 76:17 77:5 89:21 102:6
**neither** 33:4 158:3
**never** 12:8,13,14 77:5 116:19 119:18 122:8,9 131:20 132:2
**New** 23:15
**Newville** 8:18
**next** 24:21 32:18 35:14 51:8
**night** 9:9 97:4,5
**nods** 131:10
**noises** 118:11
**Nolan's** 121:23
**none** 19:9 62:17 68:8
**normally** 106:5 124:19
**North** 3:11
**Notary** 1:20 6:14 157:10 158:12
**note** 83:6
**nothing** 67:14 68:14 114:4,7
**notice** 1:16 61:21 118:11 157:12
**noticed** 35:1 83:10 109:23 119:18
**notified** 35:12
**notify** 12:14
**Novak** 3:16
**number** 11:15,22 12:4 14:10 36:16,17 37:1 37:12 39:3,17 39:23 40:2,10 43:11 44:16,21 46:6,14 50:6 52:7 57:3,8,20 58:7,13,22 59:8 60:4 61:21 62:2 62:5,21 63:3,9 64:8,21 65:3,7 65:17,22 73:14 74:4 90:21 91:2 91:11 92:14 103:10 123:10 140:8,22 141:2 142:3,3,12 147:22 148:3 153:19 157:17
**nuts** 155:20
**N.W** 2:14

O

**O** 2:6,21 7:18
**object** 25:18 27:13,14 28:3,4 28:10 33:14 34:1,12,16 35:5 35:11 40:22 42:6 43:16 44:18,19 47:12 48:8 49:9 52:21 56:1,14 60:14 61:18 62:13 67:18 71:8,18 72:21 73:3,20 75:14 76:15 77:9,19 79:18 79:19 80:18,21 81:17 86:16 91:20 92:20 93:4 94:20,23 101:14 107:9 115:21 116:6,17 120:21 123:12 124:4,13,20 125:3,13,14,18 126:12,19 127:13 128:3,7 132:19 134:23 136:19 137:5,9 138:23 139:1,4 140:6 141:4,7 143:13 144:20 145:18,19 146:20 147:20 148:23 149:2,16 150:9 151:5
**objecting** 95:2
**objection** 27:19 56:6 92:8 93:8 93:10,18 94:2 95:7,15 125:17 147:8

**objections** 6:18 6:18
**observe** 33:5 75:6 82:18 88:17,19
**observed** 67:22 68:1
**obstacles** 142:8
**obtain** 20:7
**obtained** 96:22
**occasion** 96:23 105:8 112:22 132:4
**occasions** 98:18 100:12 101:5 102:23 115:3
**occur** 53:23 117:21
**occurred** 42:18 66:19 67:3 68:7 100:10 110:1,22 111:8
**ff** 34:5 73:10 77:22 79:6 81:16 83:11 99:2 112:2,3,16 128:22 129:8,20 131:16
**offered** 6:21
**Off-the-record** 62:18
**Oh** 40:17 118:6 145:1 152:21
**Oil** 156:10
**okay** 9:3,18,21 10:7 11:5,8 12:11,14,17 13:10,19 14:1 14:15 15:5 17:3 18:12,16,23 19:19,21 21:2 22:10,15 23:2,9 23:16,18 26:13 26:18 30:15 31:8,11 32:11 32:12,16 35:8 37:1,4,7,12,17 39:6 40:10,17 40:21 41:20 42:13 43:7,14 45:6,13,21 46:1 46:23 47:19,22 48:3 49:6 50:8 50:16 51:15 52:16 53:21 59:11,16 60:1 60:22 61:5,21 62:4,11 63:3,5 63:16,22 66:1 66:21 67:8,11 68:15 71:10 72:4 73:19 74:2 74:9,12 75:16 76:2,21 79:2,11 79:21 81:15 84:15 88:8,17 89:2,13 90:15 91:2,5,10,18 96:16 101:20 106:12 108:7 110:21 119:14 123:14,21 126:1 127:1 128:10 133:9,21 136:15 137:1,3 138:12 140:15,20 143:1 143:14,21 144:1 144:10,23 145:13,23 146:2 146:14 147:22 148:19 149:13 149:18 150:3,13 151:9 155:21 156:11,13
**once** 25:13 71:15 72:18 81:13 100:11 107:5
**one** 2:12 11:1 12:13 14:13,18 14:19,21 15:15 15:20 24:21 26:17 31:23 35:20 44:23 56:7,9,16 57:3 59:13,16 66:16 77:5,11 80:13 87:13 97:2,2,19 98:2,4,11,21 99:17,19,20,23 100:15,16 102:20 104:14 110:11,11 114:9 114:13 115:1 118:7 120:9 123:6,10 130:12 132:1 146:23 149:8,9 154:5,5 156:2
**ones** 98:20,23 99:4,5 100:4
**only** 15:20 17:15 19:10 53:7 64:17 80:15 83:10 126:22 152:11,15 156:17
**on-the-job** 102:4
**operate** 15:20 25:12,21 26:1 26:23 28:2,7 30:21 32:13 79:7 109:13 113:22 114:9 117:7 118:17 130:14 141:18 141:22 148:17
**operated** 28:15 102:16 114:13 114:18 115:1 119:6 141:12,15 142:6
**operating** 13:4,8 18:16 26:14 32:14,23 33:6 33:11 34:15,21 34:22 42:13 43:22 44:3 47:6 80:11 105:20 114:14 118:10 118:12 127:17 140:1,5
**operation** 15:22 16:8 18:1 38:11 41:7 44:13 62:8 62:16 67:17 75:2 78:20 80:7 104:7 109:10,21 115:16,19,22 116:9,20,23 117:22 119:1,11 147:5 151:2,4
**operational** 104:21
**operations** 91:12
**operator** 16:6 95:12
**operator's** 118:22
**opinion** 85:20,23 86:2 116:13 126:8,10 133:16 137:7 145:16
**opposed** 107:15
**order** 24:15 82:13 97:10,12 105:10 106:22 111:11 156:5
**orders** 51:3,12
**ordinary** 42:3
**other** 6:17,18,22 7:6 19:7 23:18 37:7,17 50:16 50:19,21,23 56:2 57:17 65:9 66:16 68:8 69:7 70:2 89:17,18 89:19 96:23 103:20 119:6 122:23 124:3 125:8,15 127:4 133:21 147:16 152:16 153:8,18
**others** 71:17 72:20
**otherwise** 8:7
**ought** 57:2
**out** 4:13 13:11 25:8 31:15 43:4 44:11 52:15 72:18 73:9 75:17 94:13 105:14 106:17 111:15,22 112:10,13 120:23 121:9,10 122:18 131:7 134:8 135:15 136:12 146:18 147:11,13,18,23 154:9 157:23
**outlet** 70:7
**over** 9:16,19 10:12 33:17 41:8 55:9 68:23 71:19 77:22,23 78:2 82:22 91:10 112:19 113:23 114:3 120:11 121:7,8 129:1,4 130:18 130:20,20 131:6 144:17 154:1
**overlooked** 76:12
**own** 19:20 74:3,6 111:5 119:3 139:2
**owner's** 26:13 30:10,15 31:2,5

**P**

**P** 2:6,21 3:8 7:18
**packaging** 155:21 155:22
**Page** 4:2
**paged** 87:13
**pages** 157:21
**painted** 100:22

**pair** 19:15,18
**pallet** 57:15
**pallets** 43:13,14 43:21 44:2,6,9 44:15 56:17 57:13 67:13
**paragraph** 15:15 15:20 16:3,3 95:9
**paramedics** 89:1 89:6,8,15
**Pardon** 151:7
**Park** 3:17
**part** 22:9
**particular** 96:22 96:23 103:4
**parties** 6:12 7:2 7:10 157:23 158:2,4
**party** 6:22 7:6
**passed** 24:19,20 51:7
**past** 28:22 99:4,6
**PC** 3:3
**Peachtree** 2:14
**peanuts** 57:14 155:19
**peeling** 66:16
**pending** 157:18
**Pennsylvania** 23:14
**people** 17:16 84:14,18 90:4 134:9 153:8
**perfectly** 45:2
**perform** 75:2
**performance** 38:5
**period** 112:1
**permitted** 94:3
**person** 16:3 24:21 87:18 95:10 102:12,15 103:17 144:22
**personal** 18:5 19:10 33:19 55:6 139:6
**phone** 32:1
**photo** 59:22
**photograph** 4:10 4:12,16,18,19 4:21 5:1,2,4,5,8 5:10,11,13,14 5:16,17,19,20 5:22 6:1,2,4,5 11:3,5,9,20,23 24:4 36:10 37:17 39:18 40:13,18 44:16 44:21 46:7,15 56:3,4,9,21 57:20 59:16 61:23 62:5,22 63:3 65:21 74:5 148:3
**photographic** 138:12
**photographs** 10:20 11:11 36:20 37:20 39:19,23 40:3 55:9,11,12,19 55:21,21 60:18 62:20 64:15,17 65:10 89:13
**physical** 145:8,10 145:13
**picked** 98:11
**picture** 36:23 57:22 58:15 59:1,10 64:10 64:23 65:4 80:20 90:23 91:4 103:10 137:1 150:20 153:5
**pictures** 39:12,13 134:13,15,17,21 153:9 154:4
**piece** 35:18,22 99:3,10 100:19 102:16 119:8 123:16
**piling** 45:22
**pilings** 45:19
**pin** 135:12,13,20 136:5,14 143:18
**Pipe** 21:11,19,20 22:8,11
**place** 39:21 42:1 43:9 46:23 48:7 66:5 82:10 116:16 117:18 122:16 124:9 129:3
**placed** 75:21
**placement** 63:14
**placing** 140:16
**Plaintiff** 1:7 2:2 157:16
**plans** 98:5
**plant** 9:20 10:1 17:19,22 19:22 26:18 27:11 28:1
**plastic** 40:19,23 74:5
**please** 10:23 52:9 68:13 92:6 139:13
**plug** 34:18 69:23 70:1,6 81:18,19 81:22 83:10,12 83:13 106:19 129:20
**plugs** 17:4
**point** 51:22,23 69:16 78:19 108:2 109:2,3 110:8 113:12,14 113:19 116:9 123:11 128:5 129:10,11,17 141:20
**pointed** 40:10,12
**points** 16:10,13 92:19
**policies** 150:6
**policy** 42:9 146:8
**poor** 18:19 95:20
**poorly** 144:7
**portions** 92:2
**position** 9:10,14 9:18 10:9,15 14:3 20:8 22:3 22:17 29:19 46:19 48:13 50:5 106:21 133:10 151:3,21 151:23 153:22
**positioned** 40:8 82:8,23 106:18 113:3
**positioning** 129:1
**post** 151:18
**pounds** 49:4,7,12 82:9
**power** 106:22 129:7,19 130:3
**prearranged** 50:21 98:9
**precautions** 12:18 16:22 71:15 133:22 156:6
**preparation** 67:9
**prepare** 41:14
**prepared** 41:18 41:21 42:19
**prepares** 51:15
**present** 3:21 8:22 17:10 18:14 43:21 57:10 59:20 60:6,21 60:23 61:8 62:12 80:4,10 80:16 96:18 134:12
**press** 99:7
**pressure** 131:22 132:7
**Pretty** 102:4 104:20
**prevent** 82:13
**previous** 21:5,6 30:23 96:18
**previously** 34:8 56:18 80:23 98:20 128:11 138:16 140:18 149:15
**print** 153:4
**prior** 34:11,18 47:13 50:22 62:14 98:17 99:21 101:23 108:6 109:20 115:3 137:13 138:9 149:4
**probably** 9:3 15:4 21:1 33:17 45:11 49:22 57:4 66:14 119:17 137:13 138:9 146:21 153:18
**problem** 10:4 31:19 32:10 72:19 77:15 87:23 88:16 103:15 104:5 105:21 106:14 109:10,17,20 110:1 111:15 115:22 116:13 118:8,14 119:18 124:12 147:4,12 151:2
**problems** 33:5,9 35:15,18,21 69:11,13 70:23 73:1 104:22 105:12 119:12 145:8,10,14
**procedural** 6:17

**procedure** 6:23 41:20 42:9
**procedures** 42:14 72:22
**proceeded** 113:17
**produced** 62:20
**product** 44:11 90:14 155:18
**production** 53:5
**project** 24:15,22 25:2 50:11 54:2
**projects** 21:2 50:16,19 89:17 89:18
**proper** 13:2 38:15,20 75:7 116:20,23 139:22 143:6 156:7
**properly** 12:19 26:23 28:7 34:9 34:14 91:16 92:22 105:5 116:11 118:12 118:17 127:18 142:14,20 143:1
**protect** 25:4
**protection** 18:9 18:20 19:2 50:13 149:20,22
**protections** 19:10
**protective** 18:5 33:20
**provided** 6:23 7:6 10:19 11:21 19:7 36:20 37:18 39:13,18 53:3 55:11 64:16 149:10
**Public** 1:20 6:14 157:10 158:12
**pulled** 69:23 81:18,19,22 83:11 111:14 112:10
**pulling** 111:15
**pump** 99:1,11,17 100:14,17 105:17 116:10 117:16 123:14 123:21 124:12 127:12,17 135:23 151:9 153:13,13 154:1
**pumping** 126:3,6
**purported** 65:19
**purpose** 6:22 25:2 44:7 66:15 139:18,19 144:3
**purposes** 37:8
**pursuant** 1:16 157:12
**push** 110:12 114:2
**pushed** 113:8
**put** 21:4 25:4 29:14 36:9,11 36:15 60:2 100:3 104:23 124:15 132:18
**pylons** 21:4 100:7
**P.C** 2:20
**P.M** 54:6 96:15

**Q**

**question** 8:4,8 18:19 27:20 53:15 56:15 77:13 84:22 90:10 92:5,6 93:5 94:8,16,18 95:3,20 126:20 137:18 144:7
**questioning** 94:13
**questions** 6:18,19 84:12 96:9 146:9 155:11
**quit** 125:2 126:3 126:6
**quite** 130:16

**R**

**R** 7:18
**Ralcorp** 2:9 53:4 55:12 64:16
**ran** 27:7
**range** 106:15
**rapidly** 123:2
**reach** 113:23
**reached** 33:17
**read** 15:22 16:6 16:19 38:8,16 91:11,12,18 92:16,22 95:9 95:12 118:22 138:18 140:20
**reading** 92:23 131:21 132:7 158:1
**reads** 15:20
**Ready** 63:20
**realized** 25:14,20 72:18
**really** 51:13 88:20 132:6 145:12
**rear** 131:11
**reared** 23:16
**reason** 63:20 72:16 75:21 114:4 143:16 152:3
**reasonably** 58:2
**rebar** 86:6,8,12 86:15,18,21
**recall** 9:1,2,17,21 10:3 19:23 24:13,23 25:9 26:6 33:1,4 34:2 41:16 43:6 45:8 47:3 49:19 51:1 54:1,5,8 64:6 69:5,8 70:9 78:4 79:14 81:7,12 82:20 86:7 87:17,22 88:13 88:20,22 89:5,7 89:9,12,16,19 90:19 102:12,17 104:15 105:18 106:20 108:3 109:11 111:6 115:23 116:7,12 117:13,14 118:14 123:8 128:23 129:7,12 129:15 130:5 132:10,11 133:23 134:7,8 134:10,12 138:20 145:12 147:10,15,21 148:6 153:16 154:8
**receive** 105:3,6
**received** 38:12 97:9 101:10
**receiving** 16:4 95:10
**Recess** 52:2
**recognize** 46:14 71:4
**recognized** 71:10
**recollection** 55:6
**recommending** 20:3
**record** 55:1 74:1 94:3
**Recross-Exami...** 4:7 150:18
**Redirect** 4:6,7 144:14 155:15
**redoing** 66:15
**redone** 66:8,10
**refer** 37:7 57:7
**reference** 68:15 94:1
**referring** 55:2 63:6 77:12 80:19 92:1
**reflect** 55:1
**reflected** 54:9 62:5
**reflects** 53:18
**regard** 138:3
**regarding** 42:9
**regardless** 7:7
**regards** 56:15 118:23
**regular** 70:7
**relationship** 119:23 120:1
**released** 106:3 118:7
**releveled** 112:20
**remember** 13:9 17:17 20:17 78:16 85:12,14 153:7
**removed** 66:9 92:17 111:9 142:8 150:6
**rendered** 92:18
**Rent** 63:21
**rental** 4:13 13:11 15:12 16:15 31:7,8 98:11 138:11
**Rentals** 3:14 14:20,22 35:13 35:19,22 36:2,5 98:15 134:18
**rented** 11:1 14:18 14:19,21 35:19 35:22 97:19 98:2 100:5 101:2
**repairs** 83:14
**repeat** 8:7 92:6
**repetitive** 96:10
**rephrase** 25:19 122:15
**report** 41:18,21 42:19 43:5

**reported** 157:13
**Reporter** 1:20 6:14 157:10 158:12
**REPORTER'S** 157:5
**reporting** 42:15
**reposition** 73:8 77:18
**repositioned** 71:19 73:4,11 77:17,23 119:11 119:14 127:14
**represent** 65:18 96:7
**represented** 13:19 50:6 52:12 55:20
**representing** 6:12 7:2
**request** 53:4 97:1
**requested** 98:2
**requirements** 6:17
**reserved** 6:20
**resided** 8:19
**resistant** 156:10 156:10
**respect** 6:17 42:15 103:19
**response** 53:4,6
**responsibilities** 21:23
**responsible** 38:7 137:3
**result** 12:17 16:19 71:4 86:21
**results** 158:5
**resurfaced** 66:22
**retract** 111:12
**returned** 134:18 134:21
**returning** 87:11 88:4
**review** 26:19 37:21 63:12 92:7
**re-cutting** 113:7
**re-set** 142:21
**Ricky** 1:19 6:13 9:13 10:5 68:10 68:11 84:9 134:10 146:1 157:9 158:11
**rig** 91:15 142:13 142:13
**right** 10:14 11:2 13:16 14:21 15:10 17:7,18 18:5 20:1 21:6 21:17 29:7 30:6 36:15 40:19 41:5 44:23 46:4 48:20 49:23 50:11 51:10 52:11 54:9,14 56:12 57:20 61:4 62:19 68:21 70:2 77:14 95:4 96:21 97:5,15 98:10 99:5,16 100:16 102:9,14 102:19 103:22 104:5,9,21 105:23 106:22 107:19 108:4,21 109:19 110:7,13 111:22 112:21 113:5,11,16 115:11 116:1 117:2,6 118:16 123:15,16 124:8 124:10 128:13 130:7 131:11 132:22 134:4 136:11,17,21 138:5 139:21 143:5 145:5 147:16 148:5 151:14 152:2,7 152:8,19,21 153:12,12,19,23 156:1
**right-hand** 40:12 40:21
**Riley** 1:6 5:7 9:1 12:8 17:11,15 18:12,19 19:21 20:3,7,10,13,15 25:11 26:8 27:9 27:23 28:6,13 29:9 32:11,22 33:2,6,10,19 34:5,22 36:5 41:8,11 43:22 44:3,15 46:5,9 46:18,19,23 47:4,9 50:5 52:17 53:22 54:10 58:4 59:12 60:8 61:11,14 68:5 69:23 70:10 75:6 76:8,13,17 76:22 79:5 80:7 80:11 81:3,16 82:23 83:9,19 87:2 88:10,18 89:4 95:18 108:17 111:2 115:15 117:10 119:21 121:5 128:5 129:10 132:11 133:11 141:17,22 143:2 143:9 144:16 145:6 146:2 147:7 149:14,19 150:6,20 151:3 155:6 156:17 157:16
**Riley's** 52:10 57:12 58:10,19 59:5 148:13
**ripped** 129:20
**risk** 38:16,21
**road** 21:21 22:1
**roasting** 155:21
**Rogans** 156:11
**room** 1:17
**rotate** 78:9 82:6 110:14
**rotated** 110:18
**rotted** 104:3
**round** 45:2 79:9 79:10
**routine** 38:7
**Roy** 85:9
**Rules** 6:23
**ruling** 6:20
**run** 74:22 107:2
**running** 18:4 105:4 107:3 113:14 118:19 129:17 147:23

**S**

**S** 7:18
**safe** 15:22 38:15 38:20
**safely** 30:21
**safety** 3:22 4:15 10:16 14:12,23 15:6 16:9 18:10 18:12 19:7,10 19:15 38:5,13 85:13,15 92:15 92:16 93:1 139:22 140:21 148:21
**SAINT** 3:1
**SAITH** 157:1
**same** 7:8 27:19 29:16,18 49:3 56:22 62:1 64:10,13,23 65:8 92:8 95:15 99:20,23 100:6 100:13,15 101:6 125:17 126:21 144:2 153:22
**sanitation** 10:10 17:20,21 31:21 50:20 87:14 89:19
**sat** 99:2
**saw** 80:15,22 105:12 144:16 145:6
**saying** 113:21 123:7 124:10 130:5
**says** 91:17 140:9 140:22 142:3
**scene** 32:5 43:21 57:11 128:1 129:13
**school** 23:8,10,19
**Scott** 2:19 96:6
**screwed** 75:11
**screws** 76:6,9
**seal** 74:19,21,22 104:8,10 105:5 107:7,11 113:10 113:11 117:5
**sealed** 102:6 112:20 127:15
**second** 3:11 25:1 30:4 32:20 33:7 34:6 41:9,12 46:4,10,21 47:2 68:5 75:3 76:14 76:19,23 80:6 86:14,18,21 97:14 119:19 128:6,18,19 141:18 143:2,10 146:4 150:8
**sections** 138:18
**secure** 91:15 107:21 117:12 119:8
**secured** 142:14

142:20
**secureness** 114:6
**see** 13:14 14:17 15:5 21:7 25:19 30:10,14 31:1 31:19 34:20 36:15 40:18 60:2 63:20 64:5 66:4 70:22 72:15 74:13 80:13 86:11,18 88:15 89:13 94:10 95:9 107:7 112:4,7 123:18 127:7 138:2 139:12 142:12
**seek** 26:22
**seem** 116:20,22 136:21
**seemed** 147:11
**en** 11:8,11 14:15,22 20:18 28:15 32:10 35:9 47:13,14 77:5 99:17 114:9,12,13,14 114:17,21 117:20 120:8 138:7,8,15 149:6,7,8,9,15 154:4
**sense** 17:23 145:14
**sentence** 16:17 38:4 92:15 93:1
**separate** 99:3,10 100:13,17 117:16
**serious** 42:22 91:16 140:11
**serves** 144:2
**service** 38:7 17:5 32:19 /6:20 80:6 82:23 102:5 112:19 127:14 128:9,10 133:9 141:17 143:1 157:23
**setup** 143:5,6
**seven** 21:23
**several** 55:9
**shack** 154:22
**shaft** 135:19
**shape** 104:10
**shear** 135:12,13 135:20 136:3,4 136:5,6,13 143:18
**Sheehan** 3:15 4:3 4:6,7 8:2,3 15:18 27:22 41:5 51:20 52:1 52:4 53:1,14 57:4 60:1 64:14 65:9 78:14,18 84:13,22 95:8 96:1 139:4 141:4,7 144:11 144:15 148:7 152:11,14,20 155:12,16 156:21
**sheet** 5:7 14:23 38:13 52:10,12 53:17,19 54:10 148:21 149:7
**shift** 9:4,11 14:3 14:4,5 17:16,23 24:19,19 25:1 30:2,4 35:12 50:22 54:2,4 71:23 85:6,8,11 85:12 97:14 107:6 110:5 111:2
**shifted** 110:4
**shifting** 72:2,4
**shifts** 28:19
**Shires** 3:2,3 4:6 60:3 143:13 148:11,12 150:13
**shock** 140:11
**shoes** 156:7,8,15 156:19
**shook** 107:20
**shop** 11:4 17:9,12 23:5 30:9 31:14 31:16 32:8 35:3 37:22 61:6 87:8 87:10,12,16,19 88:1 98:11 146:16
**Shorthand** 158:12
**shoulder** 33:18
**show** 10:19 11:20 13:10 14:10 24:2 26:3 36:9 36:17 37:17 38:2 39:2,17 46:13 52:7 55:10 58:7,13 58:22 59:8,23 60:4 62:21 63:9 64:8 65:17 73:13 90:21 91:2 92:14 98:4 123:14 132:21 137:23 147:22 149:14
**showed** 102:5
**showing** 28:1 134:10
**side** 24:6 40:12 46:7 70:2 72:6,6 75:18 78:2 99:2 111:19 113:9,9 120:14 131:2 148:1 151:9 153:18
**signature** 7:11 13:16,20
**signing** 158:1
**similar** 98:22 101:11 103:3 149:8,9 151:3 151:21,23
**since** 36:4 68:6,7 120:8
**sink** 25:4 40:8,15 40:16 50:14 63:14 66:8 70:4
**sir** 8:10,11,13,14 9:14,23 10:6,8,9 10:14,23 11:2,3 11:7,10,14,18 12:7,10,16,20 12:23 13:6,15 13:21 14:2,6,13 14:16,19 15:10 15:10,13,23 16:1,6,7,11,14 16:16,21 17:1,3 17:7,14,18 18:8 18:10,14,18,22 19:1,4,6,9,12,18 20:4,6,9,11,14 20:17,19,22,23 21:10,12,17 22:5,13,21 23:12,17,23 24:8,9,17,20 25:3,7,9,16,22 26:9,12,15,21 27:2,4,22 28:5,9 28:14,17,18 29:7,23 30:6,8 30:12,16,19,22 31:3,6,10,20 32:2,4,6,14,17 32:21 33:4,8,13 34:2,7,11,23 35:4,17,20,21 35:23 36:3,7,23 36:23 37:2,11 37:15,23 38:8,9 38:17,18 39:4,8 39:9,22 40:7,9 40:14,16,20 41:2,10,13,16 41:22 42:2,5,16 42:20 43:2,3,6,8 43:10,12 44:1,5 44:8,14,20,21 44:22,23 45:3,4 45:5,8,15,17 46:4,8,11,16,17 46:22 47:3,8,14 47:14,21 48:1,2 48:5,9,16,19,21 48:22 49:2,5,10 49:15,15,23 50:3,7,10,15,18 50:19 51:1,4,6,9 51:10,11,13,16 52:9,11 53:16 53:20 54:3,5,9 54:14,23 55:8,9 55:18 56:10,12 56:12 57:8,20 57:21 58:5,11 58:14,18,20,23 59:9 60:7,19 61:1,10,13,16 62:2,3,14,19 63:1,3,10,15,18 64:1,4,21,22 65:3,22 66:3,6 66:10,11 67:5,7 67:12,14 68:9 68:13 69:12,13 69:20 70:1,5,19 71:3,12,14 72:9 72:12,14 73:16 74:2,14,18 75:5 75:9,15,20 76:1 76:4,7,10,16,20 77:1,3,18 78:8 78:11,12,14 79:4,9,12,23 80:2,5,9,12,14 80:17 81:2,5,12

81:14,21 82:1,4 82:7,10,15 83:2 83:5,12,16,18 83:22 84:10,16 85:3,11,22 86:3 86:10,13,19,23 87:11 88:2,3,7 88:12,19 89:14 89:20,23 90:2 90:17,22 92:5,9 92:13 93:3 95:13,16,19,23 96:17 97:8,11 97:18,21 98:1,3 98:13,16 99:4 99:12,19,22 100:2,8,15,21 101:1,4,9,13 102:2,11,13,22 103:2,5,8,14,16 104:12,18 105:2 105:7,11,13 106:4,16 107:1 107:4,8,12,23 108:10,16,23 109:3,6,8,14,18 109:22 110:9,23 111:17,23 112:3 112:6,6,9,12,15 112:17 113:4,13 113:15,20,23 114:8,11,19 115:2,7,14,17 117:1,8,19 118:3,9,13,18 118:21 119:2,5 119:9,13,20,22 120:2,19 121:4 121:6 122:4,7 122:11 123:1,20 124:17,23 125:10 126:7,14 126:16 127:3,6 127:9,11,19,21 128:2,12,15 129:6,9,18,20 130:2,4,6,15,22 131:1,4,13,16 131:18,23 132:3 132:5,8,13 133:1,8 134:3 134:14,16,19 135:4,14,16,22 136:7 137:2,6 137:10,16 138:6 138:13,17 139:10,20,23 140:3,14,19 141:5,8,13,16 141:21 142:2,7 142:10,16,23 143:4,7,12,23 144:4,6 145:5 146:5,11,22 147:3,16 148:5 148:7,15,18 149:12,17,21,23 150:10 151:8,11 151:13,22 152:1 152:6 154:13,16 154:19 155:1,5 155:8,23 156:1 156:4,16,20

**sit** 45:9 53:21 66:12 89:10

**site** 11:12 25:6,8 25:13 26:20 27:1 34:11,19 39:5,9,10 40:5 56:13 57:13 61:9 63:13 65:4 65:20,21,23 66:5 74:13 87:1 87:7 88:4,9 89:22 90:1 106:17 134:8 146:17 154:20 155:2

**situation** 42:21 117:17

**six** 145:4,5

**size** 24:8,10 81:6

**slab** 33:2 45:13 45:16 75:13 78:22 86:6 127:4

**sling** 131:6

**slip** 156:10

**slippery** 156:2

**slipping** 156:5

**Smith** 1:18 2:4

**smoking** 146:3

**Smothers** 9:13,16 10:5,12 68:10 68:11 69:4 84:9 121:1 134:10 146:1

**socialize** 119:21

**solved** 87:23

**some** 25:4 28:20 34:4 59:17 63:4 71:10 74:6,8 75:21 102:19 106:10 116:1 120:13 143:16 144:17 146:9 154:14

**somebody** 97:1 102:9 108:11,14 112:2

**somehow** 114:5 116:21

**someone** 27:10 28:1 71:6 97:2 146:18

**something** 19:16 33:18 53:9 94:17 101:2 111:5 117:5 125:12 127:8

**sometimes** 96:10 115:5,6,6

**somewhere** 106:15 133:7 134:20 135:19 153:20,22

**SOP** 42:14

**sorry** 12:11 15:19 27:3 29:1 40:1 40:17 47:14 81:22 95:20 152:22

**sort** 21:6 63:4 70:6 74:6,8 156:8

**sound** 118:16 124:16

**sounded** 124:18

**source** 133:6

**Southern** 1:3 157:20

**Spain** 3:9

**speak** 157:15

**speculation** 145:20

**speeches** 93:22

**spelling** 29:5

**spin** 123:6,10

**spinning** 82:14 122:12 123:2

**spoke** 69:8

**spoken** 36:1,5 68:2 69:6

**spot** 129:2,4

**Sprain** 3:3

**spun** 69:15 79:22 110:6 123:2,8

**stable** 66:23

**stack** 43:13,14

**stanchion** 45:23 46:1

**stanchions** 25:4 29:14

**stand** 47:10 49:16 82:12 109:1,7,9 109:19 113:19 114:20 115:3 116:3 117:11 130:13 131:11 131:14

**standard** 41:20

**standing** 46:20 47:5,15,16 48:10 49:15 50:1 71:7 82:5 110:7,19 114:10 114:14,17 121:9 121:10 129:11 150:21 151:2,4 151:9

**start** 89:18 110:14 125:16

**started** 71:19 75:17 82:6 104:22 108:12 108:22 109:4 113:7 119:15 122:12 125:8,9 128:5 152:3 154:13

**Starting** 32:18

**State** 1:21 6:15 157:7,10 158:13

**stated** 12:13 140:22

**statement** 41:14 109:21

**statements** 41:23 42:23

**States** 1:1 157:18

**Statute** 7:7

**stay** 88:23

**stayed** 117:12 122:16

**steps** 95:17

**sticker** 91:6,23

**still** 22:14 30:6 32:9 33:22 112:11 129:17 152:19

**stipulated** 6:11 7:1,9

**stipulation** 1:16 157:12

**stipulations** 6:9

125:20
**stood** 76:3 109:12 113:21 114:4 152:4
**stop** 143:19
**stopped** 33:15,16 125:5,6
**stopping** 51:22 51:23
**stops** 136:8
**straddled** 153:23
**straight** 114:2
**straightened** 101:21
**Street** 1:19 2:14 3:4 8:16
**strictly** 119:23
**striking** 86:21
**sturdy** 156:13,19
**STUTTS** 3:8 4:4 21:18 39:7,10 39:12,14 47:23 54:15,21 56:23 57:6 93:7,12,17 93:21 94:5,12 94:22 95:4 120:7 128:19 137:17 139:1 152:16 155:11
**subject** 10:20 11:17 12:1 56:4
**substance** 94:17
**suction** 75:8 116:21 124:2
**sufficient** 26:8 116:15
**suggestive** 139:2
**Suite** 3:18
**supervisor** 9:12 10:11 17:20 68:8 85:6 98:6 148:13
**supervisors** 10:4
**upplemental** 53:6
**supposed** 117:6 124:6,7,9 136:3 136:4,6 143:15 143:18 147:18
**sure** 12:18 13:1 17:5 18:3 27:18 30:5 34:9,14,17 51:20 60:3 61:7 62:11 92:7 103:20 104:2 105:4,9 107:10 107:11,21 111:10 113:9 117:12 142:18
**surface** 104:17
**swept** 67:10 73:9 77:23 105:14 112:13
**switch** 81:16
**switched** 10:3
**sworn** 7:21 157:15
**system** 100:14 105:17 107:15 107:20 113:6,8 116:15 117:17 119:7 142:21 153:4
**systems** 22:2

**T**

**T** 2:10 3:2
**tag** 4:22 37:3,4,5 37:8,13,19,21 37:22 38:5 63:4 63:5,11,12,17 63:22 64:5,10 64:23 65:1 91:4 91:5
**take** 12:17 16:22 51:18 52:6 60:17 71:15 89:13 104:16 105:19 106:5 113:5 137:1
155:6
**taken** 1:15 6:13 11:3,5 37:20 42:23 43:9 52:5 55:13 56:21 60:21 134:22 152:22 156:6
**taking** 63:13 72:2 74:12 134:13 146:16 153:9
**talk** 89:2
**talked** 56:17 118:1,5 128:13 140:18
**talking** 56:19 106:9 107:13 122:14,22 126:9 129:15 135:17 135:21
**tangled** 70:10
**tape-recorded** 43:7
**tapped** 33:18
**Taylor** 1:18 2:5
**teeth** 59:17,20 60:6,23 61:8,12 61:15,22 62:6 62:12,15 80:1,3 80:10,16 81:4 112:11 154:5,6 154:12,15
**tell** 7:21 11:7 13:18 24:9 27:9 27:23 28:6 31:10,13 44:5 51:1 53:18 55:18 56:5,7 57:9 62:10 64:4 66:11 67:21 68:19,21 69:4 69:20 70:14 72:22 74:11 77:21 78:23 81:10 84:2 85:19 86:17,20
90:17 91:14 97:1,2 98:7 102:3,14 103:18 104:13 107:10 109:1 114:14 122:13 129:14 133:10 135:7 136:20 145:11
**telling** 20:5 68:19
**ten** 22:16 142:3
**term** 101:17
**testified** 7:21 107:6 138:2 149:18
**testify** 42:8
**testifying** 78:17
**testimony** 43:18 67:6 93:16 94:9 149:5
**Tew** 10:14 85:13
**text** 92:3 138:15 138:19
**Thank** 27:22 41:6 78:18 82:2 96:2 120:4 148:7 150:13 155:10 156:21
**their** 44:7 69:7
**theory** 85:20
**thereof** 158:5
**thing** 29:16 53:7 56:22 64:13 83:10 109:23 118:7 122:16 126:22 130:12
**things** 56:2 102:20 103:22
**think** 10:16 19:23 21:15 57:2,4 60:1 65:11 73:23 77:12 93:19 107:5,17 109:18 117:13 119:15 120:3 126:5,11,22
130:11 136:21 137:17 148:2 149:6,13,18 150:22 152:20 153:3,6,9
**third** 9:4,11 17:16,23 52:20 53:1 54:4 85:6 92:15 93:1
**though** 41:6 57:1 156:17
**thought** 30:20 112:8 116:10 117:2 118:11,15 126:15
**thoughts** 122:8 122:10
**three** 16:10,12 19:23 20:16 37:20 39:12,19 40:3 42:12 87:4 106:14 156:18
**three-quarters** 49:22 78:5 79:16 106:1
**through** 45:16 55:18 56:6 62:19 78:6 79:7 79:16 106:2 113:5 127:5 148:2
**Thursday** 54:7 54:11
**time** 5:7 6:20,21 9:22 10:1,17 17:13 18:2,7,13 18:15 19:8 24:11 25:1,14 25:20 31:6,8,11 31:17 32:14,16 33:3,19 35:20 43:15,19 46:20 49:1 50:8 51:9 52:6,10,12,13 52:14,15 53:17

53:19,19,22 54:10,11 56:19 56:20 57:11 58:3,9,19 59:4 59:12 60:9,21 64:2 65:20 69:16 70:12 78:6 82:5 85:7 89:2 90:15 96:1 96:12 97:6 98:5 99:16 101:11,23 104:14 106:15 108:2 109:2,3 110:8 111:1 112:1 113:12 114:21 116:9 117:20 118:7 120:9 123:6,10 134:20,21 137:11,12 139:6 151:20
**times** 20:23 22:6 22:23 26:10 79:13 81:11 100:9 115:8 123:8 131:19
**time-wise** 105:21
**title** 9:19
**titled** 14:12
**today** 11:9 45:10 49:21 53:21 66:12 89:10
**told** 25:11,23 50:22 68:11,12 68:14 83:7 97:15 102:9,15 102:17 103:17 116:1 128:10 133:15,20,22 136:2,15,23 145:21 146:2
**tolerate** 146:7,8
**Tool** 1:10 2:17 96:8 157:16
**top** 92:4 110:11 114:1 151:18 152:4
**total** 52:16 140:4 145:20
**touch** 74:23
**towards** 88:8
**trailer** 121:17,18 121:22
**trained** 15:21
**training** 101:10 101:18 102:4
**transcription** 157:22
**trial** 7:5 104:20
**tried** 71:23 107:6
**trouble** 49:6
**true** 157:21
**truth** 7:21 157:15
**truthful** 24:12
**try** 96:10 101:20 144:11
**trying** 53:9,16 64:18,19 72:6 72:17 104:22 123:9
**turn** 15:9 78:2 106:21 108:11 111:18 113:6 125:22
**turned** 77:22 78:4 79:5 105:16 107:5,14,20 108:14,15,19 111:21 112:2 113:8,18
**turning** 125:2,9 125:16,22 136:8 136:9 143:19,20
**twice** 77:20 100:11
**two** 15:4 19:23 20:16 39:13 42:12 44:21 45:11,11 46:3,3 50:13 59:14 62:23 66:13 87:4 89:11 100:12 106:6,6 154:4,6,9
**Tyler** 1:19 6:14 157:9 158:11
**type** 100:13 101:7 101:12,23 119:6 147:1 155:20
**types** 100:3

U

**under** 16:3 92:15 95:9 117:4 126:2 131:7
**underneath** 131:17
**understand** 8:5 9:4 12:8,11 38:10 53:10 67:22 75:16 130:16 131:19 155:17
**understanding** 112:13 143:14 143:21 156:1
**understood** 12:18 139:18
**unit** 104:11 114:6 150:21 151:10 152:4
**United** 1:1 3:14 14:20,22 16:15 35:13,19,22 36:1,5 98:14 134:18 157:18
**unplugged** 111:2
**until** 74:23 89:1 120:22
**unusual** 118:11 124:16
**upper** 40:21
**urinalysis** 121:2
**usage** 30:23 100:3
**use** 12:19 16:9 26:7 38:14,20 44:13 51:2 61:11,11,14 74:20 76:14,18 76:21 81:2 83:1 92:18 94:1 97:4 97:17 99:23 100:3,16 101:17 101:22 103:18 104:13 135:3 140:15 141:1
**used** 6:22 7:5 12:9,13,15 20:20 21:2,4 22:3,6,19 23:1,2 26:10 27:11 28:11,21 29:8 35:7 44:6 59:4 60:22 74:18 76:5 97:19,22 98:17,20,23 99:4,5,20 100:9 101:5,7,11 102:1 104:14 116:19 118:7 131:20,21 137:11 140:1,12 146:23
**user** 16:4 38:10 95:11
**uses** 119:7
**using** 12:22 18:12 18:19,23 19:2 24:10 29:11 59:12 60:9,13 75:6 80:4 81:3,6 91:12 104:22 106:13 108:12 117:15 120:17 138:21 139:7,17 140:17 154:11 155:18
**usually** 19:18 99:2,3

V

**vacuum** 33:10 69:14,16,21 70:15 71:1,5,13 71:16,20,21 72:6,8 73:4 74:22 77:8,11 77:16 78:7,23 79:3,8 86:5 99:1 99:11,17 105:4 105:17 106:3,23 107:3,17 114:5 116:2,14,21 117:17 119:7 123:14,21,22,23 124:5,12 125:20 126:1,11 127:12 142:19,21 152:2 154:1
**vague** 101:19
**Vaguely** 9:2 130:10
**verbal** 51:5 97:9
**verified** 38:6 73:4
**VERNON** 3:22
**very** 23:1
**Virginia** 23:21
**visually** 67:19
**vs** 1:8 157:16

W

**W** 2:19
**waiting** 121:15
**waive** 94:6
**waived** 6:17 7:4 7:12 158:1
**waiving** 7:7
**walk** 131:2
**walked** 34:5 88:8
**walking** 88:5
**wall** 40:9 70:3 106:19
**Walters** 1:15 6:13 7:4,20 8:3,12,21 52:5 64:20 96:6

137:23 139:17 148:12 150:14 157:14
**Wal-Mart** 156:12
**want** 19:23 41:3 57:6 94:14 137:23 142:17
**wanted** 120:14 129:4
**warning** 13:7 91:19,23 92:7 92:11 146:9,10 146:14,18
**warnings** 92:16
**wasn't** 18:14 23:1 25:9 31:6 60:21 88:5 96:20 99:19 104:2 117:6 123:3 134:14 135:16 150:2
**atch** 115:15
**water** 73:14,21 74:10 102:7,21 103:1,12 108:1 108:4,8,11,12 108:21 112:1,2 112:3 113:14,18 131:6,7 132:11 132:14,16,18 133:6 140:10,13 140:16,17 141:2 147:23,23 148:1
**way** 31:14 36:6 45:16 49:22 67:9,14 73:20 78:4 79:16 87:11 106:2 110:6,21 111:21 124:15 139:5 140:15 143:10 143:16
**ways** 77:10 113:23
**ear** 150:1,7
**wearing** 139:21 149:20 156:8,19
**week** 52:14 53:5 54:17
**weigh** 48:22,23 49:2
**weight** 48:3,12,17 49:3,8
**welcome** 152:12
**weld** 121:17,21
**welded** 122:19
**well** 27:20 42:10 60:2,22 61:22 63:17 68:4 76:21 80:18 81:17 93:14 94:5,12,20 101:17 102:19 105:23 107:10 108:17 109:12 114:20 116:20 122:15,18 123:12 124:4,15 125:19 126:5 128:3 131:2,5 136:9 139:6 145:21 154:10
**went** 15:8 21:15 25:6 32:10 52:14 61:5,9 69:2 81:9,11,13 81:19 88:15 105:14 106:17 120:13 121:7 122:16 125:7 146:5 154:20
**were** 13:10 17:15 18:16,20 19:2 19:10 20:2 21:22 22:13 23:16 24:10,16 24:18 26:5 31:11,16 32:22 33:22 41:23 42:13,17,22 43:1,7,14,18,20 44:2,7,9 46:9 48:10,14,14 49:11 50:16,19 50:21 53:2 55:12 60:12,21 62:15,19 63:5 64:18 65:19 69:10 70:23 78:5 80:1,3,4,10 81:6,8 82:5,18 84:17,20 85:1 87:5 88:5 89:8 96:19 97:6,15 98:20 100:12 105:5,19 106:1 106:13 110:17 110:21 111:12 113:1 116:13 117:15 118:10 119:10 120:20 121:9,14,15,16 134:12,22 138:18,21 139:7 139:17,21 140:4 140:5 142:8 145:13 147:23 148:12,19 149:10,20 150:23 151:2,20 151:20,23 153:23 154:7,11 155:2 156:8
**West** 1:18 2:14
**Westby** 2:11
**wet** 131:4,5 132:9 132:10,12 140:9 140:23
**We'll** 153:12
**we're** 53:16 64:21 81:2 126:9 142:18
**we've** 10:3 52:5 55:9 56:16,17 85:4 94:5 140:17 147:17 152:16 154:4
**whatsoever** 124:12 126:8,10
**while** 18:16 22:7 32:22 33:6,10 33:12 34:21 37:22 41:12 47:1,6 49:11,15 49:17 69:10,18 79:2 81:8,15 107:2 140:5
**whole** 110:13 122:22,22 124:7 125:7,8,15
**Winston** 3:15 8:3 51:18 56:23
**wires** 82:3
**witness** 7:10,11 41:23 42:8 94:10 131:10 139:3 157:22 158:2
**witnesses** 43:1
**words** 23:18 37:7 74:3,7 96:23 124:3 147:16
**work** 19:17 21:4 21:8,9,15 24:15 25:10 34:11 51:2,12 61:20 96:19 97:9 98:8 120:1,13 142:4 142:9 144:17,22
**worked** 14:3,4 20:13 21:10,11 52:17 85:12 96:16 156:18
**workers** 31:23 87:14
**working** 13:2 14:1 19:21 20:16 22:7,10 42:10 66:1 111:11 116:10 118:16 124:19 154:7
**works** 124:5
**worried** 130:6,7
**wouldn't** 19:9 32:7 35:7 57:14 57:15,16,17 61:3,20 104:8 115:6,9 116:18 125:11 133:18
**written** 24:15 41:14,18,21,23 42:23 43:4 51:14,15 97:9 123:17
**wrong** 34:20 143:9

X

**X** 4:1

Y

**yeah** 84:13 115:12 118:6 121:13,19 122:21 133:5 150:23
**year** 15:4,6 66:14 137:13 138:9,16 149:6,7,15
**years** 8:20 15:3 21:23 22:16 42:12
**yell** 111:4
**yellow** 142:11
**y'all** 19:14 25:8 51:2 93:21 100:4 121:16 122:3 132:9 147:23 149:19 149:22 150:1 154:6,17 155:18
**y'all's** 68:15 97:17 144:19

**Z**

**Zinszer** 3:10

**0**

**001** 4:10 10:18,21 11:15
**002** 4:12 11:19,22
**003** 4:13 13:11,13
**004** 4:15 14:9,10
**005** 4:16 24:1,2
**006** 36:16,21 37:12
**007** 36:17 37:1,14
**008** 37:20
**009** 38:2 39:23
**010** 39:3,23
**011** 39:3

**1**

**1:05** 1:9 157:18
**10** 4:11 5:1 38:23 39:14 40:2,10 40:11 43:11 44:17
**10:55** 54:13,19
**11** 4:12 5:2 16:3 38:23 39:14 40:2 44:21 46:6 55:11 64:15 147:22
**11:00** 9:9 54:6 96:15
**110** 70:7 83:13
**12** 5:4 39:16,17 40:2 95:10
**120** 4:4
**13** 4:14 5:5 46:12 46:14 50:6 150:22,23
**137** 4:5
**139** 4:5
**14** 4:15 5:7 52:3,7 53:18
**144** 4:6
**148** 4:6
**15** 5:8 55:15,17 56:11 57:8 106:9
**150** 4:7
**155** 4:7
**156** 157:20
**16** 5:10 57:19,20
**163** 1:18
**17** 5:11 58:6,7
**17th** 1:21 2:13 157:12
**1707** 3:4
**18** 5:13 58:12,13
**19** 5:14 58:21,22 60:4 62:2

**2**

**2** 12:4 73:14 74:4 103:10 122:13 148:3 153:19
**20** 5:16 59:7,8 61:21 62:5,21
**2000** 3:17 21:15
**2006** 1:22 65:18 157:12 158:6
**204** 3:18
**21** 5:17 63:2,3
**2117** 3:11
**22** 5:19 63:8,9
**220** 48:23 49:4,7 49:12 82:9
**23** 5:20 64:7,8,21
**23.9** 52:19
**24** 4:17 5:22 65:2 65:3
**24th** 158:6
**25** 6:1 65:6,7
**26** 6:2 65:16,17 65:22
**27** 6:4 90:20,21
**27th** 54:16
**28** 6:5 91:1,2,11 142:12
**28th** 54:7,12,16 54:20
**29th** 3:4 54:22

**3**

**3:00** 14:7
**302** 8:16
**30308** 2:15
**35203** 3:12
**35209** 3:5
**35243** 2:22
**36** 4:18,20
**360** 79:11 81:10 82:6
**36109-5413** 3:19
**36302** 2:7
**37** 4:21
**38** 4:23 5:1,3
**39** 5:4

**4**

**4** 92:14 93:6 138:1,19 139:9 139:12 140:8,20 142:3 148:22
**43548** 2:21
**46** 5:6

**5**

**52** 5:7
**55** 5:9
**57** 5:10
**58** 5:12,13,15
**59** 5:16

**6**

**6** 4:18 36:18 64:12
**6:00** 14:7,8
**600** 2:14
**63** 5:18,19
**64** 5:21
**65** 5:22 6:1,3

**7**

**7** 4:19 36:18 64:12

**8**

**8** 4:3,21 37:16 64:12

**9**

**9** 4:22 38:1
**9:05** 1:22
**90** 6:4
**91** 6:6
**927** 2:6
**93** 21:16
**94** 21:16
**96** 4:4