

EXHIBIT
Mr. Walters - 001



# United Rentals

1105 MONTANA STREET
DOTHAN, AL 36303
334-793-1103

## RENTAL OUT CONTRACT

**Job Site:**
FLAVOR HOUSE PRODUCTS INCORPOR
FLAVOR HOUSE
2700 HORACE SHEPARD RD.
DOTHAN, AL 36304
C#: 205-983-5643  J#: 205-983-5643

**Customer:**
FLAVOR HOUSE PRODUCTS INCORPOR
2700 HORACE SHEPARD DRIVE
P O BOX 8084
DOTHAN, AL 36304

Customer....: 237318
Contract #..: 35499488
Contract dt.: 8/28/03
Date out....: 8/28/03  12:25 PM
Date Due In.: 8/29/03  11:19 AM
Job Loc.....: FLAVOR HOUSE, DOTHAN
Job No......: 1 - FLAVOR HOUSE PRO
P.O. #......: 60025
Ordered By..: DONNA
Written by..: UR828PL1
Salesperson.: 1812
Terms.......: Net 30 Days

PLEASE REMIT PAYMENT TO:
UNITED RENTALS (NORTH AMERICA), INC.
PO BOX 4719
HOUSTON, TX 77210-4719

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | CORE DRILL MACHINE | 41.00 | 61.00 | 184.00 | 551.00 | |
| | 502881  Make: NORTON  Model: DM500  Ser #: 02G016 | | | | | |
| 1 | DIAMOND CORE BIT 4 IN | 45.00 | 56.00 | 224.00 | 505.00 | |
| | 441882  Make: CORE CUT  Model: 00007  Ser #: 03961 | | | | | |
| | OUT:  21.80 | | | | | |

| DELIVERY CHARGE | | | | | | 10.00 |
| PICKUP CHARGE | | | | | | 10.00 |

```
***************************************************************
*     Customer MUST call for Release Number                    *
*          Before Rental Contract Is Closed                    *
*          Telephone Number is (334) 793-1103                  *
*          A Cleaning Charge will apply to all                 *
*      Equipment Returned with excessive Dirt                  *
*     Customer is responsible for all damages including tires  *
*     There is a $15.00 Charge for all Keys not Returned       *
*     Signature                                                *
***************************************************************
```

**EXHIBIT** Mr. Walters - 003

*ENVIRONMENTAL CHARGE: The items indicated above are subject to an environmental charge which is designed to recover the company's direct and indirect expenses for the handling, managing and disposing of waste products, hazardous materials, and related administrative costs. This is not a government mandated charge.
FUEL: Fuel charges do not include federal, state or local fuel excise taxes.

OPTIONAL RENTAL PROTECTION PLAN: *THE RENTAL PROTECTION PLAN IS NOT INSURANCE!* Upon accepting the Optional Rental Protection Plan, the Customer agrees to pay a charge equal to 14% of the rental charges on Equipment Customer wants covered by the Rental Protection Plan. In return, as set out on the back page, United agrees to waive certain claims for accidental damage to such covered Equipment occurring during normal and careful use. Customer remains liable for all damages and loss due to theft listed under The Rental Protection Plan provisions in the Terms and Conditions on back page, including Customer's negligence. **Customer Accepts (   )  Customer Declines (   )**

READ BEFORE SIGNING: United hereby leases to Customer the Equipment (as defined in the Terms and Conditions on the reverse side) and Customer hereby accepts all *TERMS AND CONDITIONS* listed rental agreement, including the Terms and Conditions set forth on the reverse side, which the undersigned has read and understands. REMINDERS: (1) Rates do not include fuel or delivery; (2) Rental Protection Plan charge is 14% of the total rental charge for covered equipment; (3) Customer pays for all time the Equipment is out, including Saturdays, Sundays and Holidays; (4) This agreement supersedes all other purchase orders or terms and conditions contained in any of Customer's agreements or forms; (5) Customer assumes all risk and is responsible for all damages and other costs, including late charges. Details of the above as well as other obligations and responsibilities are contained in the *TERMS AND CONDITIONS ON REVERSE.* THE INDIVIDUAL SIGNING BELOW AS OR ON BEHALF OF CUSTOMER: (1) AGREES TO ALL OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE OF THIS RENTAL AGREEMENT; (2) ACKNOWLEDGES RECEIPT OF THE EQUIPMENT IN GOOD WORKING ORDER AND; (3) IS FULLY FAMILIAR WITH ITS OPERATION AND USE.

X _[signature]_                                                       www  08-28-03
**CUSTOMER SIGNATURE     DATE     NAME PRINTED                DELIVERED BY                DATE**
A LARGER FONT COPY OF THE TERMS AND CONDITIONS IS AVAILABLE UPON REQUEST.

# United Rentals

| | | |
|---|---|---|
| FORM 1524-000 | GENERAL SAFETY | 09/00 |

Any piece of equipment can be dangerous if not operated properly. You are responsible for the safe operation of this equipment. The operator must carefully read and follow any warnings, safety signs and instructions provided with or located on the equipment. Do not remove, defeat, deface or render inoperable any of the safety devices or warnings on this equipment. If any safety devices or warnings have been removed, defeated, defaced or rendered inoperable, DO NOT USE THE EQUIPMENT!!!! The use and operation of this equipment, accessories, and its component parts contain a chemical(s) known to cause cancer, birth defects, and other reproductive harm.

1. Only operate if you have been authorized and are trained in equipment's safe operation.

2. Check with rental yard on correct operating procedures. Call if you have any questions!

3. Only use equipment for its intended purpose.

4. Always wear proper safety glasses/shield, hard hat, safety shoes and ear protection.

5. Obey all state and local laws when driving, towing, and operating equipment.

6. Always maintain total control of the equipment you are operating.

7. Never fuel equipment while engine is hot or running. Do not smoke.

8. Always keep equipment away from wet or damp locations. Water is an electrical hazard which could cause serious electrical shock.

9. DO NOT OPERATE DAMAGED OR FAULTY EQUIPMENT! CALL RENTAL LOCATION IMMEDIATELY FOR A REPLACEMENT. STOP USING UNTIL REPLACEMENT ARRIVES.

10. Always inspect your work area for hazards that may cause an accident. Remove debris and obstacles. If digging, always call all available services to locate underground cables, pipes, gas and water lines, and electrical wiring. Only operate equipment where it should be operated. Do not operate equipment on slopes of more than 20 degrees.

11. Always wear safety belt located on equipment.

If the person receiving this handout will not be the user of the equipment, forward these instructions to the operator. If there is any doubt as to the operation or safety of the equipment, DO NOT USE !!! CALL US IMMEDIATLY!!!

**FAILURE TO FOLLOW THESE INSTRUCTIONS COULD RESULT IN INJURY OR DEATH**

EXHIBIT

Mr. Walters – 004