

EXHIBIT Mr. Walters - 005



