



**United Rentals**

**READY TO USE**

| Customer Vehicle License & Description | |
|---|---|
| Equipment # | Meter/Hour |
| Description: | Fuel Out: |

**THE SAFETY AND PERFORMANCE OF THIS EQUIPMENT HAS BEEN VERIFIED.**

I am responsible for routine service and cleaning. As user of this equipment, I understand the correct operation and function of the controls and confirm that I have received adequate instruction, and acknowledge the safety sheet, to enable myself and/or my crew to use the equipment in a safe and proper manner without risk to injury.

| Customer Signature | Date |
|---|---|
| Checked Out By | Date |

**CHECK OUT**



EXHIBIT
Mr. Walters - 009

Case 1:05-cv-00994-MHT-SRW    Document 69    Filed 09/26/2006    Page 3 of 3

