





EXHIBIT
Mr. Walters - 013

```
Punch Detail                                                                          Page 0001
08/25/03 -> 08/06/04                                                                  08/06/2004  8:45a

==================================================================================================
49493 RILEY, MATTHEW            000048                MAIN
==================================================================================================

RILEY, MATTHEW              49493      000048  793921
          ID IN   DEPT  ACTIVITY     OUT    ID IN   DEPT  ACTIVITY      OUT      TOTALS
Mon 08/18 ABSENT                                                                 (0.00)
Tue 08/19 ABSENT                                                                 (0.00)
Wed 08/20 ABSENT                                                                 (0.00)
Thu 08/21 ABSENT                                                                 (0.00)
Fri 08/22 ABSENT                                                                 (0.00)
Sat 08/23 ABSENT                                                                 (0.00)
Sun 08/24 ABSENT                                                                 (0.00)
Mon 08/25 1055p                     427a    M   457a                    730a     8.00    8.00
Tue 08/26 1055p                     437a    M   506a                    730a     8.00   16.00
Wed 08/27 1056p                     409a    M   445a*L                  730a     7.90   23.90
Thu 08/28 1055p                     655a*I                                       8.00   31.90
Fri 08/29 ABSENT                                                                 (0.00)
Sat 08/30 ABSENT                                                                 (0.00)
Sun 08/31 ABSENT                                                                 (0.00)
 - Audit Suppressed -

Acct:000048
              REG:       31.90

--------------------------------------------------------------------------------------------------

RILEY, MATTHEW              49493      000048  793921
          ID IN   DEPT  ACTIVITY     OUT    ID IN   DEPT  ACTIVITY      OUT      TOTALS
Mon 09/01 ABSENT                                                                 (0.00)
Tue 09/02 ABSENT                                                                 (0.00)
Wed 09/03 ABSENT                                                                 (0.00)
Thu 09/04 ABSENT                                                                 (0.00)
Fri 09/05 ABSENT                                                                 (0.00)
Sat 09/06 ABSENT                                                                 (0.00)
Sun 09/07 ABSENT                                                                 (0.00)
Mon 09/08 ABSENT                                                                 (0.00)
Tue 09/09 ABSENT                                                                 (0.00)
Wed 09/10 ABSENT                                                                 (0.00)
Thu 09/11 ABSENT                                                                 (0.00)
Fri 09/12 ABSENT                                                                 (0.00)
Sat 09/13 ABSENT                                                                 (0.00)
Sun 09/14 ABSENT                                                                 (0.00)
 - Audit Suppressed -

--------------------------------------------------------------------------------------------------

RILEY, MATTHEW              49493      000048  793921
          ID IN   DEPT  ACTIVITY     OUT    ID IN   DEPT  ACTIVITY      OUT      TOTALS
Mon 09/15 ABSENT                                                                 (0.00)
Tue 09/16 ABSENT                                                                 (0.00)
Wed 09/17 ABSENT                                                                 (0.00)
Thu 09/18 ABSENT                                                                 (0.00)
Fri 09/19 ABSENT                                                                 (0.00)
Sat 09/20 ABSENT                                                                 (0.00)
Sun 09/21 ABSENT                                                                 (0.00)
Mon 09/22 ABSENT                                                                 (0.00)
Tue 09/23 ABSENT                                                                 (0.00)
Wed 09/24 ABSENT                                                                 (0.00)
Thu 09/25 ABSENT                                                                 (0.00)
Fri 09/26 ABSENT                                                                 (0.00)
Sat 09/27 ABSENT                                                                 (0.00)
Sun 09/28 ABSENT                                                                 (0.00)
 - Audit Suppressed -

--------------------------------------------------------------------------------------------------

** Punch detail report overlaps with previous **

RILEY, MATTHEW              49493      000048  793921
          ID IN   DEPT  ACTIVITY     OUT    ID IN   DEPT  ACTIVITY      OUT      TOTALS
 - Audit Suppressed -

Acct:000048
              REG:       23.90
```

**EXHIBIT**

Mr. Walters - 014