6-21-2006                                                                    Matthew Riley

[26]  (Pages 98 to 101)

[98]

1  Q.   So that 14.50, that included benefits?
2  A.   Right.
3  Q.   Okay.  Which was full health insurance?
4  A.   Right.
5  Q.   Okay.  Anything else?
6  A.   Paid holidays, vacation time.
7  Q.   Okay.  What happened after the accident in
8        terms of going back to work at Flavor House?
9  A.   Oh, I stayed out for a while and I was in and
10       out of work a lot for -- having surgeries and
11       all.
12  Q.   Okay.  But did they offer you a position
13        back --
14  A.   Yes.
15  Q.   -- at Flavor House?  And what came of that?
16  A.   I worked in the -- the parts room as a
17        receiving person in the parts room.
18  Q.   At what pay rate?
19  A.   The same pay rate.
20  Q.   14.25 plus benefits?
21  A.   Right.
22  Q.   What became of that job?
23  A.   Later my pay rate was reduced to 12, 12

[99]

1        dollars.
2  Q.   Okay.  What caused your pay rate to be reduced?
3  A.   For changing positions, it wasn't in the same
4        classification -- pay range as -- pay scale as
5        a maintenance mechanic.
6  Q.   Okay.  And so your pay rate in the Parts
7        Department was reduced by two dollars?
8  A.   Right.
9  Q.   Okay.  So you went from 14.25 to 12.25?
10  A.   Right.
11  Q.   Okay.  How long did you keep your position in
12        the Parts Department at Flavor House?
13  A.   Approximately seven or eight months.
14  Q.   Okay.  Who was your supervisor in the Parts
15        Department?
16  A.   Donna Senn.
17  Q.   Okay.  And what caused you to leave that job at
18        Flavor House?
19  A.   I was fired.
20  Q.   Okay.  What was the reason for the firing?
21  A.   I failed a drug test for marijuana.
22  Q.   Okay.  And when was that exactly?
23  A.   That was August of '04.

[100]

1  Q.   Okay.  And at the time that you were working in
2        the Parts Department at Flavor House, again had
3        you been fully released by your doctors to go
4        back to work?
5  A.   I wasn't fully released.  I had, you know, some
6        limitations.
7  Q.   Okay.  All right.  And at the time of your
8        termination you were making the 12.25 per hour
9        plus benefits?
10  A.   Correct.
11  Q.   Okay.  And when was going to be your next
12        increase in pay if you had stayed on at Flavor
13        House?
14  A.   I don't know.
15  Q.   Okay.  What kind of graduated pay scale
16        increases did they have at Flavor House?
17  A.   I don't know.  I think they do it by, you know,
18        case-by-case, you know, evaluate your
19        performance on that.
20  Q.   Okay.  Now, this drug testing, was that a
21        random drug testing?
22  A.   Yes.
23  Q.   Okay.  And it was for marijuana?

[101]

1  A.   Right.
2  Q.   All right.  And at the time of the accident
3        were you using marijuana?
4            MR. LANE:  Object to the form.
5  Q.   Let me reask that question.  In August of '03
6        were you using or taking marijuana?
7  A.   Yes.
8  Q.   Okay.  And let's go to the accident date, which
9        was August 29, 2003, as a reference point.  The
10        day before the accident had you used any
11        marijuana?
12  A.   No.
13  Q.   Two days prior to the accident had you used any
14        marijuana?
15  A.   Yes.
16  Q.   And that would have been August 27th?
17            MR. LANE:  Object to the form.
18  Q.   If we use -- and let's be clear about it,
19        because the accident was on August 29 and it
20        was 2:00 in the morning.
21  A.   Well, it was either, you know, the 26th or the
22        27th, you know.
23  Q.   So that would have been a Tuesday or a

---

**[102]**

1    Wednesday?
2  A.  Approximately, you know, two days before.
3  Q.  Okay.  And that would have been a Tuesday or a
4     Wednesday?
5  A.  Right.
6  Q.  Okay.  And you hired on and began your work at
7     Flavor House on Monday?
8  A.  Right.
9  Q.  All right.  So Tuesday or Wednesday you used
10    the marijuana I assume -- well, was it before
11    work or after work?
12  A.  It was after work.
13  Q.  After work.  Okay.  And how regularly did you
14    use marijuana?
15  A.  A few times a month.
16  Q.  Okay.  And that was back in 2003 I'm talking
17    about?
18  A.  Right.
19  Q.  Okay.  A few times a month.  So on that Tuesday
20    or Wednesday preceding this accident you had
21    used marijuana.  Was it both days or just one
22    day?
23  A.  Just one day.

**[103]**

1  Q.  Just one day.  Okay.  And how much did you use?
2  A.  A joint.
3  Q.  Okay.  Where were you living at that time?
4  A.  At 104 Ward.
5  Q.  Okay.  You had told me that, excuse me.  Who
6     was living with you?
7  A.  I was living by myself.
8  Q.  Okay.  At that time were you married; did you
9     have a girlfriend?
10  A.  No, I was single.
11  Q.  Okay.  What about now, are you still single?
12  A.  Yes.
13  Q.  Okay.  On the day of the accident, which would
14    have been actually early morning of August 29,
15    were you under the influence of any drugs such
16    as marijuana?
17  A.  No.
18  Q.  Were you under the influence of any alcohol?
19  A.  No.
20  Q.  Okay.  Had you been drinking on that day?
21  A.  No.
22  Q.  Okay.  Or the preceding day?
23  A.  No.

**[104]**

1  Q.  Okay.  Do you drink alcohol?
2  A.  Yes.
3  Q.  Okay.  What do you drink, if it's your choice?
4  A.  Beer.
5  Q.  Beer.  Okay.  What's your brand?
6  A.  Bud Light.
7  Q.  Okay.  So during the week preceding this
8     accident in 2003, had you had any beer such as
9     Bud Light?
10  A.  No.
11  Q.  Okay.  And you're saying on the day of the
12    accident you were not under the influence of
13    any alcohol or drugs?
14  A.  Correct.
15  Q.  Okay.  Were you drug-tested on or about the
16    time of the accident?
17  A.  Yes.
18  Q.  Okay.  After the accident were you drug-tested?
19  A.  Right.
20  Q.  Okay.  And what did the drug test show, if you
21    know?
22  A.  It came up positive for marijuana.
23  Q.  Okay.  And is it your testimony that marijuana

**[105]**

1     would have been because you in fact had
2     consumed some marijuana or used some marijuana
3     prior to the accident?
4       MR. LANE:  Object to the form.
5  A.  A few days prior to the accident.
6  Q.  Okay.
7  A.  It was in my system from then.
8  Q.  Okay.  And let's go back from the week of the
9     accident to the week prior, had you used any
10    marijuana?  Just give us your best judgment.
11  A.  I'm trying to, you know.  I don't think so.
12  Q.  Okay.  And the week prior to that?
13  A.  No.  Because, I mean, I took a drug test to get
14    the job and I think it was -- you know, it had
15    been a while before that.  And then after I
16    took the drug test for the job, then I done it.
17  Q.  Okay.  So you're saying that you passed the
18    drug test when you interviewed for the job at
19    Flavor House?
20  A.  Right.
21  Q.  Okay.  Now, what did you put on your
22    application in terms of your work history and
23    your training?

[106]

1  A.   I listed my, you know, former employers, JKM
2      Manufacturing, Georgia Department of Natural
3      Resources, and my Navy, when I was in the Navy,
4      and listed where I was -- you know, did
5      maintenance at JKM, maintenance type stuff at
6      -- for the Georgia Department of Natural
7      Resources and my electronics background and all
8      from being in the Navy.
9  Q.   All right.  You just told me that you did
10     maintenance at JKM?
11 A.   Right.
12 Q.   And you did maintenance for the Georgia
13     Department of Natural Resources?
14 A.   Right.
15 Q.   And in the Navy I assume you had some
16     maintenance responsibilities?
17 A.   Right.
18 Q.   Okay.  And I'm going to touch on those in a
19     little bit.  Now -- all right.  You passed the
20     drug test when you interviewed for the job, but
21     then after the accident you failed it, is that
22     your testimony?
23 A.   Correct.

[107]

1  Q.   Okay.  And you're saying that you failed it
2      because you used marijuana during that week
3      preceding the accident?
4  A.   Correct.
5  Q.   Okay.  Now, what did Flavor House do in
6      response to that failed drug test after this
7      accident?
8  A.   They required me to go through some drug
9      classes before I returned to work.
10 Q.   Okay.  And did you do that?
11 A.   Yes.
12 Q.   Did you get some type of certificate or a piece
13     of paper saying that you successfully completed
14     the classes?
15 A.   Yeah.
16 Q.   You did?
17 A.   (Witness nods head in the affirmative.)
18 Q.   Okay.  Is that still in your possession?
19 A.   I gave it to whoever the personnel person was
20     up there at the time.
21 Q.   At Flavor House?
22 A.   Right.
23 Q.   Okay.  And after you returned to work at Flavor

[108]

1      House, did you ever fail another drug test?
2  A.   Only that random one that, you know, came up.
3  Q.   And that caused you to be fired?
4  A.   Right.
5  Q.   Okay.  So you failed two drug tests while you
6      were employed at Flavor House?
7  A.   Correct.
8  Q.   Now, what was your first position when you
9      returned to Flavor House after the accident?
10 A.   Maintenance, still working in the maintenance
11     parts room.
12 Q.   Okay.  And that's what you had told me?
13 A.   Right.
14 Q.   Okay.  I probably incorrectly assumed you had
15     done some other job before you went to work in
16     the parts job?
17 A.   No, I just went directly to the parts room.
18 Q.   And you held that position for seven months?
19 A.   Approximately around -- you know, I was in and
20     out of there a lot.  I think I spent like three
21     months out of work after I had the accident and
22     then, you know, I was in and out of there a lot
23     for having to go to surgery.  So it was around

[109]

1      -- total time was probably around seven months.
2  Q.   Okay.  And during that seven months time you
3      worked in the Parts Department at Flavor House,
4      were you ever demoted?
5  A.   No.
6  Q.   Were you ever promoted?
7  A.   No.
8  Q.   Okay.  During that time did you have any
9      further contact with Mike Walters?
10 A.   Yeah, I seen him, you know, off and on at work.
11 Q.   Okay.  Did you and he ever talk about the
12     accident?
13 A.   No.
14 Q.   Okay.  What, if anything, did Michael Walters
15     tell you or state to you about the accident?
16 A.   He didn't, never discussed it.
17 Q.   Okay.  Did you have occasion to see or inspect
18     the drill after the accident when you returned
19     to work at Flavor House?
20 A.   No.
21 Q.   Okay.  Do you have any knowledge about what
22     happened to the drill after the accident?
23 A.   No.

[110]

1  Q.  Do you know whether or not the drill was
2      disassembled after the accident?
3  A.  No.
4  Q.  Are you aware of any testing or inspection that
5      anyone from Flavor House might have done on the
6      drill after the accident?
7  A.  No.
8  Q.  Okay. Have you talked to anybody at Flavor
9      House about what inspection or testing of the
10     drill was done after the accident?
11 A.  Yeah, I discussed it with Donna Senn, my
12     supervisor.
13 Q.  And what did you and she talk about?
14 A.  She had told me that, you know, there were, you
15     know, problems with the drill, that it was, you
16     know, not maintained properly.
17 Q.  Okay. And what did she say about -- about it
18     not being maintained properly?
19 A.  Just about the drill bit being -- one of the
20     teeth missing off of the drill bit. And there
21     was something, you know, they said there was --
22     the shear pin in it was -- something about the
23     shear pin was -- wasn't right in it.

[111]

1  Q.  Okay. And do you know what the shear pin is?
2  A.  Yeah, I know what it's -- it's supposed to, you
3      know, break off in case the drill lodges up.
4  Q.  Okay. Could you show me on one of these
5      photographs or on the drill over here what
6      you're referring to when you say shear pin?
7  A.  No.
8  Q.  Okay.
9  A.  I know what one is, but, you know, I don't know
10     where it is on the drill.
11 Q.  Okay. All right. But she had told you that
12     the shear pin was supposed to have broken off?
13     MR. LANE: Well, I object to the form.
14         Did you say that she had told him
15         that the shear pin had broken off?
16     MR. SPRAIN: No. That it was supposed
17         to have broken off.
18     MR. LANE: Okay.
19 Q.  Well, let me back up. Let me back up. What
20     exactly did Donna Senn tell you about the shear
21     pin?
22 A.  She -- I don't know her exact words, but it was
23     to the point that there was -- the shear pin

[112]

1      was supposed to have, you know, broken in there
2      to keep that from happening, but she --
3  Q.  Is that based on what Donna told you?
4  A.  Yeah. But she's not the expert on that, that's
5      just what I heard from her.
6  Q.  Okay. Now, since you've mentioned the drill
7      bit, I'm going to show you what I'm going to
8      mark as Defendant's Exhibit 29, and I believe
9      we are on 29.
10         (Defendant's Exhibit 29 marked
11         for identification.)
12 Q.  You testified before that at least one of the
13     teeth or the segments of the drill bit was --
14     was broken off at the time that you began using
15     the drill; is that correct?
16 A.  That's correct.
17 Q.  Okay. And do you know whether or not other
18     teeth or segments on the drill were broken off
19     during operation of the drill?
20 A.  Not that I'm aware of.
21 Q.  Okay. I'm going to show you this photograph
22     which I have marked as Defendant's Exhibit 29,
23     and I will represent to you that that was taken

[113]

1      of the drill bit after the accident. Does that
2      look like the drill bit that you were using on
3      August 29, 2003?
4      MR. LANE: Object to the form. In its
5          current state or just generally?
6      MR. SPRAIN: Post-accident, in its
7          post-accident state.
8      MR. LANE: I understand. But what I'm
9          asking is, are you asking him if
10         that's the way it appeared before
11         the accident?
12     MR. SPRAIN: No. No, I'm asking him
13         whether or not that appears to be
14         a photograph --
15     MR. LANE: Of the bit?
16     MR. SPRAIN: -- of the drill bit.
17     MR. LANE: I think that's our pictures,
18         hold on.
19     MR. GRISWOLD: We're going off the
20         record. This is the end of tape
21         two.
22     (Off-the-record discussion.)
23 BY MR. SPRAIN:

**[114]**

1   Q.   I think I might be able to clarify this.
2        You've already testified in reference to
3        Defendant's Exhibit 5 and then what I've showed
4        you is Defendant's Exhibit 29, and my question
5        is whether or not this drill bit in Defendant's
6        Exhibit 29 appears to be the drill bit that was
7        used at the time of the accident except to the
8        extent that more teeth or segments on the drill
9        have been broken off?
10  A.   That's correct.
11  Q.   Okay.  Do you know how the teeth were broken
12       off?
13  A.   No.
14  Q.   Okay.  Do you have any judgment as to how the
15       teeth were broken off?
16  A.   In my opinion they were broke off, you know,
17       during the accident.
18  Q.   Okay.  What makes you believe that?
19  A.   Just the lateral forces on it from, you know,
20       spinning around like that would break them off.
21  Q.   Okay.  All right.  Now, going back to Donna
22       Sims, she talked to you about the drill bit and
23       I believe you testified that she mentioned that

**[115]**

1        some of the teeth were broken off prior to the
2        time you began using the drill?
3   A.   No, we didn't --
4             MR. LANE:  Object to the form.
5   A.   We didn't -- she didn't say anything about
6        teeth being broken off prior.
7   Q.   Okay.  What did she say about the drill bit?
8   A.   I had told her that, you know, there was a
9        tooth missing off the drill bit.  She didn't --
10       she wasn't the one that brought that up.
11  Q.   I see.  Okay.  What did she say in response
12       when you told her that teeth were missing?
13            MR. LANE:  Well, object to the form.
14            You keep using the plural; I think
15            he said one tooth.
16  Q.   Well, you know, let's clarify that, because I
17       wrote down in my notes that at one time you
18       said at least one tooth -- teeth had been
19       missing and then you said later one of the
20       teeth was missing.  So do you have a judgment
21       as to whether or not when you began using the
22       drill was it just one of the teeth that was
23       missing or was it more than one of the teeth?

**[116]**

1   A.   To the best of my judgment it was just one.
2   Q.   Just one.  Okay.  And what did Donna Senn state
3        in response when you told her that one of the
4        teeth of the drill bit was missing?
5   A.   I can't remember exactly what she said, but it
6        was to the point that they -- if it was broken,
7        the rental company shouldn't have sent it out
8        there for us to use that way.
9   Q.   All right.  Other than a discussion about the
10       drill bit and the shear pin, was there any
11       other discussion you had with Donna Senn about
12       the accident?
13  A.   None that I can recall right now.
14  Q.   Okay.  Other than talking about the accident
15       with Donna Senn, did you have any other
16       discussion with Flavor House employees about
17       the accident?
18  A.   Yes.  There was a -- the Safety Manager at that
19       time.
20  Q.   Okay.  What was his name?
21  A.   I can't remember his name now.
22  Q.   Okay.  What did you and he talk about?
23  A.   Basically the same thing, about, you know, how

**[117]**

1        the accident happened, you know, and what
2        caused it.
3   Q.   What did you tell him about how the accident
4        happened?
5   A.   I basically told him the same thing I stated
6        earlier about, you know, how I was using it and
7        how we set it up and how the base come loose
8        and that's what caused it.
9   Q.   And what did he say in response?
10  A.   I really can't remember exactly what he said.
11  Q.   Okay.  Any other -- I'm sorry, go ahead.
12  A.   It was to the point that he said that the unit
13       was -- had malfunctioned was the cause of the
14       accident.
15            MR. MCGARRAH:  Who was saying this, I'm
16            sorry?
17            MR. STUTTS:  The Safety Manager.
18  A.   The safety man.
19  Q.   All right.  He said -- he said it was caused by
20       a malfunction?
21  A.   Yeah.
22  Q.   Did he elaborate?  Did he give you any basis
23       for that statement?

6-21-2006                                                                Matthew Riley

[31] (Pages 118 to 121)

[118]

1  A.  No.
2  Q.  Okay.  Are you aware of any reports or
3      documents that were filled out about the
4      accident and how it happened and what was the
5      cause of it?
6  A.  I've seen one.  It wasn't really a report, it
7      was -- it said it was a product's failure or a
8      product malfunction which caused the accident.
9  Q.  All right.  Who has this report?  If I wanted
10     to get it, where would I go to find it?
11  A.  You would probably see that guy right there.
12  Q.  All right.  Who filled out or prepared the
13     report?
14  A.  I don't know.
15  Q.  Okay.  I'm going to talk a little bit about
16     your training.  You know, and before you came
17     to work at Flavor House you had a general
18     understanding about how machines and products
19     such as the core drill operated, correct?
20  A.  Correct.
21  Q.  All right.  And do you feel like as of August
22     29, 2003 you knew how to safely operate such
23     machinery?

[119]

1  A.  Yes.
2  Q.  Okay.  Had you ever used any similar products
3      like the drill that you were using on the day
4      of the accident?
5         MR. LANE:  And I object to the form.
6             Just the vagueness of "similar,"
7             but you answer it the best way you
8             can.
9  A.  Okay.  Well, I've used, you know, all types of
10     hand tools, power tools, you know, different
11     types of drills, heavy equipment.
12  Q.  Okay.  What kind of drills have you used?
13  A.  Hammer drills, regular hand drills, you know,
14     lathes.
15  Q.  And this would have been prior to the accident?
16  A.  Correct.
17  Q.  Okay.  Prior to the accident had you ever used
18     a drill similar to the one that you used at
19     Flavor House at the time of the accident?
20  A.  The closest thing to it would probably be a
21     drill press that I've used.
22  Q.  Okay.  If you can, please describe the drill
23     press you had used?

[120]

1  A.  It's basically set up the same way as this core
2      drill, except it's -- you know, it's stationary
3      and you use the lever to, you know, raise and
4      lower your bit.
5  Q.  All right.  And it's stationary in that it's
6      affixed to the ground?  It's on a table or a
7      work surface?
8  A.  It's on a table or a pedestal, yeah.
9  Q.  Okay.  And is it stabilized to the work surface
10     by any other similar mechanism, like a vacuum
11     system?
12  A.  No.
13  Q.  Okay.  And what method did the drill press have
14     for cooling it?
15  A.  None.
16  Q.  All right.  And what type of equipment had you
17     used before that had a vacuum system?
18         MR. LANE:  I'm going to object to the
19             form.  I think your question
20             assumes he has used one.
21  A.  I've used --
22  Q.  I will rephrase that.  Prior to the accident
23     had you ever used any type of equipment or

[121]

1      machinery that had a vacuum system?
2  A.  Yes.
3  Q.  Okay.  What type of product was that?
4  A.  It was a piece of test equipment I used at JKM
5      Manufacturing.
6  Q.  Okay.  What was the equipment called?
7  A.  It didn't really have a name.  We just called
8      it, you know, the vacuum tester.
9  Q.  Describe the vacuum system.
10  A.  It had a -- we made connectors, they are
11     supposed to be watertight.  And we would get a
12     connector, you know, and have, you know, kind
13     of like a little pot or something that we would
14     put it in and we applied a vacuum to it to suck
15     all of the air out of it.  You know, then we
16     would leave it on the vacuum for a few minutes
17     and take it out and see if any water had
18     entered the product.
19  Q.  Okay.  What would happen if water had entered
20     the product?
21  A.  There was a fault with it.
22  Q.  Okay.  What would happen to the vacuum seal if
23     water entered the equipment?

6-21-2006                                                          Matthew Riley

[32]  (Pages 122 to 125)

[122]

1          MR. LANE:  Object to the form.  If you
2       can understand it, explain what
3       you're talking about.
4    Q.   Well, what would happen if water penetrated
5       under or around the vacuum seal of the
6       equipment that you were testing?
7    A.   The water --
8          MR. LANE:  He's using the vacuum to
9          test.  That's where I'm having the
10         problem.
11         MR. SPRAIN:  Okay.
12         MR. LANE:  Is what I understood.  But
13         explain it, I may be confused.
14   Q.   Well, it may be my confusion.  Now, the vacuum
15      system you're talking about that you used, was
16      that part of the equipment or was that part of
17      a testing apparatus to test the equipment?
18   A.   Could you say that again?
19   Q.   Okay.  Let's just back up.  I asked you whether
20      or not you had used any product or equipment
21      prior to this accident that had a vacuum system
22      and you said yes and you described this test
23      equipment while working at JKM Enterprises.

[123]

1       And let's back up then.  What was the product
2       or the machinery called that you were working
3       on?
4    A.   It didn't really have a name.  You know, it was
5       something one of the engineers had made there
6       as a test equipment, so it didn't have an
7       official name.  We just, you know, called it
8       like the vacuum tester.
9    Q.   A vacuum tester?
10   A.   Yeah.
11   Q.   Okay.  And so the product itself was a vacuum
12      tester?  I mean, it was a vacuum system is what
13      you're saying?
14   A.   The device was a vacuum, but the product was --
15      the product was a wiring harness.
16   Q.   Excuse me?
17   A.   The product we were making was a wiring
18      harness, but the test equipment, you know, was
19      the vacuum tester.
20   Q.   Okay.  All right.  And what did you do to
21      achieve a good seal with the vacuum system to
22      test the product you were testing at JKM?
23   A.   Made sure the gasket was on there right and

[124]

1       that's about it.
2    Q.   Okay.  And what power was introduced to the
3       vacuum system to turn it on?
4    A.   120 volts.
5    Q.   Okay.  And with that vacuum system was there
6       any water introduced to cool down the product
7       that was being tested?
8    A.   No.  The product was actually submerged in the
9       water.
10   Q.   Submerged in the water.  Okay.  In this case
11      you said you never received or read the
12      operator's manual, correct?
13   A.   Correct.
14   Q.   Okay.  While working for the Georgia Department
15      of Natural Resources or for JKM or at the Navy
16      had you ever had occasion to read operator's
17      manuals?
18   A.   Yes.
19   Q.   Okay.  And had you in the past read warnings?
20   A.   Yes.
21   Q.   Had you read warnings on products?
22   A.   Yes.
23   Q.   And machinery?

[125]

1    A.   Yes.
2    Q.   And equipment?
3    A.   Yes.
4    Q.   Okay.  And you were aware, prior to this
5       accident, that in general a user of a piece of
6       machinery needs to use the machinery safely to
7       avoid injury?
8    A.   Right.
9    Q.   And it's important to understand how to
10      properly use the piece of machinery so as to
11      avoid injury?
12   A.   Correct.
13   Q.   Okay.  And what general practices had you
14      learned over the years while working with
15      machinery and equipment to avoid injury?
16   A.   To know the machinery, know how it works, you
17      know, watch somebody else use it beforehand,
18      you know, get a little bit of visual training
19      of sorts.
20   Q.   Okay.  Now, in this case you said you had not
21      read the warnings, why not?
22         MR. LANE:  I object to the form.
23   Q.   Okay.

[126]

1          MR. LANE:  I think he said he had not
2          read the manual.
3    A.    Yeah.
4    Q.    Okay.  In this case I believe it was brought up
5          and you were shown the warnings.  Did you in
6          fact read the warnings on the drill involved in
7          this case?
8    A.    No, I did not read this warning right here.  I
9          didn't see any of it, because it don't really
10         stand out that well.  And I don't remember
11         seeing that one either.
12   Q.    Okay.  But in prior cases you had read warnings
13         on products?
14   A.    Correct.
15   Q.    Okay.  And you're familiar that warnings are
16         typically in yellow or in orange?
17   A.    Right.
18   Q.    Okay.  And had you ever been through any safety
19         classes or seminars about how to properly use
20         machinery and equipment?
21   A.    I don't believe so.
22   Q.    What about in the Navy, what kind of training
23         did you have in the Navy?

[127]

1    A.    My primary training was an electronics
2          technician.
3    Q.    Okay.  And what experience in the Navy did you
4          have with regard to using machinery and
5          equipment?
6    A.    I had a lot of knowledge on, you know,
7          different -- different items.  I also had to,
8          you know, cross-train on a lot of different
9          systems, because I was stationed on a
10         submarine, which we don't have a lot of people
11         on there, so we have to, you know, kind of
12         cross-train and learn other systems,
13         mechanical, hydraulic, pneumatic and
14         ventilation systems.
15   Q.    Okay.  And what kind of machinery exactly did
16         you become familiar with while serving in the
17         Navy?
18   A.    What exactly kind of machinery?
19   Q.    Yeah.  What kind of equipment or products or
20         machinery did you become familiar with, did you
21         use while serving in the Navy?
22   A.    A lot of navigation electronics, communication
23         electronics, a lot of ventilation for recycling

[128]

1          the air, mechanical, engine.
2    Q.    What kind of mechanical parts or machinery did
3          you work with or maintain?
4    A.    I didn't maintain any of it, but we were
5          required to, you know, familiarize ourself with
6          it, learn all of the, you know, parts of it, in
7          case an accident happened, we could, you know,
8          jump in there and do something about it.
9    Q.    Okay.  What kind of safety classes did you
10         have, if any, while in the Navy?
11   A.    All kinds.  Fire safety, you know, let's see,
12         first aid.
13   Q.    Well, what about classes with respect to using
14         machinery and equipment?
15   A.    We didn't really have any classes, it was
16         mainly, you know, manuals.
17   Q.    It was manuals?
18   A.    Right.
19   Q.    Okay.  And what kind of manuals did you read,
20         just best judgment?  I mean, was it manuals
21         about how to operate this machinery or this
22         equipment?
23   A.    Yes.

[129]

1    Q.    Was it that kind of thing?
2    A.    Correct.
3    Q.    Okay.  And who supplied you with the manuals?
4    A.    The -- my company commander.  I've forgotten
5          exactly what it's called, it's been a while,
6          but it was my --.
7    Q.    Okay.  And did those manuals and having read
8          those manuals help you to better operate the
9          machinery and the equipment?
10   A.    Yes.
11   Q.    Okay.  And did those manuals and having read
12         those manuals help you to more safely operate
13         the machinery and equipment?
14   A.    Yes.
15   Q.    Okay.  Now, while at JKM Manufacturing did you
16         have any safety training or classes about
17         machinery and products in particular?
18   A.    No.
19   Q.    Okay.  Was it on-the-job training?
20   A.    Yes.
21   Q.    Okay.  Who was your supervisor there?
22   A.    It was Bill Benton.
23   Q.    Benton?

[34]  (Pages 130 to 133)

[130]

1  A.  Benton, B-E-N-T-O-N.
2  Q.  Okay.  Is Bill still there, do you know?
3  A.  No.
4  Q.  And what caused you to leave that position?
5  A.  Let me see.  I quit, looking for a higher
6      paying job.
7  Q.  All right.  And your next job was at where?
8  A.  Flavor House.
9  Q.  Flavor House.  Okay.  Now, when were you
10     discharged from the Navy?
11 A.  October of '97.
12 Q.  And what kind of discharge did you have?
13 A.  Honorable.
14 Q.  Okay.  What was your rank upon discharge?
15 A.  E-3.
16 Q.  Okay.  All right.  Now, describe the machinery
17     and equipment you worked with and around at JKM
18     Manufacturing?
19 A.  I worked around -- let's see.  We didn't have a
20     lot of machinery.  It was mostly, you know,
21     facilities and, you know, tooling maintenance.
22 Q.  Okay.
23 A.  Like air conditioning, ovens, patching the

[131]

1      roofs, fixing broken tools, using, you know,
2      drill presses, saws, welders, grinders.
3  Q.  Okay.  Any injuries at JKM Manufacturing?
4  A.  No.
5  Q.  What about while serving in the Navy?
6  A.  No.
7  Q.  All right.  Any prior on-the-job injuries while
8      working for any other employer?
9  A.  No.
10 Q.  Okay.  Any other lawsuits or claims that you've
11     filed other than this case?
12 A.  No.
13 Q.  Okay.  Is this your first lawsuit?
14 A.  Yes.
15 Q.  Okay.
16     MR. LANE:  There is a work comp claim
17         associated with this, but I don't
18         even know if that's been filed.  I
19         don't think anything has been
20         filed; it's just an ongoing claim.
21     MR. SPRAIN:  Okay.
22 Q.  Okay.  While you were working at JKM
23     Manufacturing, did you -- did you read or have

[132]

1      occasion to read operator's manuals about
2      various pieces of equipment?
3  A.  Yes.
4  Q.  Okay.  And did that help you understand and
5      better operate the equipment and machinery?
6  A.  It was mostly, you know, schematic manuals for
7      repairing stuff --
8  Q.  Okay.
9  A.  -- is mostly what I got ahold to.
10 Q.  All right.  So by repairing equipment you
11     learned the inner workings of the equipment and
12     how they operated; --
13 A.  True.
14 Q.  -- is that correct?  And by doing that did that
15     help you better understand how to safely
16     operate equipment in general?
17 A.  Correct.
18 Q.  Okay.  While at JKM Manufacturing did you have
19     occasion to use any pieces of equipment that
20     had a vacuum system as a part of it?
21 A.  Yes.
22     MR. LANE:  Object to the form, asked
23         and answered, I think.  Weren't

[133]

1      you talking about the vacuum
2      tester?
3  A.  Yes.
4  Q.  Okay.  And that was for that harness device?
5  A.  Yeah, the harness tester.
6  Q.  Okay.  Before JKM Manufacturing you worked at
7      the Georgia Department of Natural Resources,
8      correct?
9  A.  Correct.
10 Q.  All right.  What type of equipment or machinery
11     did you work with and around at that place of
12     business?
13 A.  Used lawn mowers, backhoes, tractors, various
14     hand tools, power tools, drills, saws, chain
15     saws, stump grinders.
16 Q.  What were your job duties for the Georgia
17     Department of Natural Resources?
18 A.  Marina clerk and maintenance.
19 Q.  And maintenance.  Okay.  Have you had any
20     education for maintenance, like vocational
21     schooling or vocational college, anything like
22     that?
23 A.  Yes.

[134]

1  Q.  Okay.  Where was that?
2  A.  Sparks State Technical College in Eufaula.
3  Q.  Okay.  And did you graduate?
4  A.  No.
5  Q.  When did you attend classes at Sparks Technical
6      School?
7  A.  From '94 through '95.
8  Q.  Okay.  What kind of classes did you take?
9  A.  Industrial electronics.
10  Q.  Did you have any -- any specific classes in
11      machinery and equipment?
12  A.  No.
13  Q.  Did you have any specific classes in workplace
14      safety?
15  A.  No.
16  Q.  Or safe use and operation of machinery and
17      equipment?
18  A.  No.
19  Q.  And what did you do after you completed the
20      course work at Sparks Technical College?
21  A.  I joined the military, joined the Navy.
22  Q.  Okay.  And you were in the Navy from when to
23      when?

[135]

1  A.  From, let me see, October of '95 through '97.
2  Q.  Okay.  And what was your first job upon being
3      discharged from the Navy?  Was that JKM
4      Manufacturing?
5  A.  No, that would be the Georgia Department of
6      Natural Resources.
7  Q.  Okay.  All right.  I got them backwards, excuse
8      me.  All right.  And then the next job was JKM
9      Manufacturing?
10  A.  Correct.
11  Q.  Okay.  And then after that you went to work at
12      Flavor House?
13  A.  Right.
14  Q.  All right.  Any other training or education
15      with respect to machinery and equipment and
16      maintenance?
17  A.  Well, my grandfather was a mechanic, my father
18      is a carpenter, and my stepfather is an
19      electrician.  So working with them through all
20      the years, I've learned a lot.
21  Q.  Okay.  You learned about what, using equipment
22      and various machinery; is that correct?
23  A.  For the most part.

[136]

1  Q.  Okay.  And during the course of using equipment
2      and machinery growing up, did you learn about
3      safe operation of machinery and equipment?
4  A.  Yeah.
5  Q.  Okay.  All right.  I'm going to go -- I want to
6      go back to before the accident.  You and
7      Mr. Walters had met and the job was to drill
8      two holes, correct?
9  A.  Correct.
10  Q.  Okay.  And how long did it take you and
11      Mr. Walters to set up the drill rig for the
12      first hole?
13  A.  Approximately five or ten minutes.
14  Q.  Okay.  And during that time did Mr. Walters
15      give you any instructions about how to use the
16      drill?
17  A.  No.
18  Q.  Okay.  What did he call the drill?
19  A.  I don't remember exactly what he called it.  I
20      think just a drill,
21  Q.  Okay.
22  A.  A floor drill.
23  Q.  Floor drill.  Okay.  I've heard -- I've heard

[137]

1      core drill, drill rig, and now floor drill.
2      I'll use floor drill, does that work with you?
3  A.  That's fine with me.
4  Q.  Okay.  And during that five to ten minutes what
5      did you and he talk about, if anything?
6  A.  We talked about, you know, how we were going
7      to, you know, get it set up, you know, what we
8      had to do, you know, putting the gasket on,
9      getting the water, and get it positioned right
10      and everything.
11  Q.  Okay.  What is the purpose of the vacuum pump
12      and the vacuum system for the floor drill?
13  A.  My assumption is to -- for it to hold it
14      securely to the floor so, you know, it won't be
15      moving around while you're drilling.
16  Q.  And why is that important?
17  A.  Because it will spin out of control.
18  Q.  Okay.  And what could happen if it spun out of
19      control?
20  A.  A lot of things can happen.  You could -- you
21      know, somebody could get hurt.
22  Q.  Okay.  And at the time of this accident did you
23      understand the importance of using the vacuum

6-21-2006                                                      Matthew Riley

[36]  (Pages 138 to 141)

[138]

1       system to keep the drill secure to the ground
2       so that it wouldn't go out of control and cause
3       injury?
4   A.   Right.
5   Q.   Okay.  And did you -- is that correct?  Yes?
6   A.   Yes.
7   Q.   And did you and Mr. Walters talk about the
8       importance of properly securing the drill base
9       to the ground so that it would be controlled
10      and it would not become disengaged which could
11      then cause injury?
12  A.   No.
13  Q.   Okay.  Is that something you knew outside of
14      Mr. Walters giving you any training or
15      understanding of the floor drill?
16  A.   Right.
17  Q.   Is that correct?
18  A.   Yes.
19  Q.   Okay.  And that's based on what we've talked
20      about, all of your prior experience with these
21      other employers and growing up with your father
22      and grandfather and learning about machinery
23      and equipment, correct?

[139]

1            MR. LANE:  Object to the form.  Object
2               to the form.  Go ahead.
3   Q.   That's fine.  You can answer, sir.
4   A.   State that again.
5   Q.   Okay.  And that knowledge, I assume, is based
6       on your prior training and education and
7       experience of working with other employers, and
8       having grown up with your father, and I think
9       you said your grandfather, working with and
10      around machinery and equipment?
11           MR. LANE:  And I'm going to object to
12              the form again.
13  A.   Correct.
14           MR. LANE:  I don't know that he's
15              listed any prior experience with a
16              core drill, but that's the basis
17              of my objection.
18           MR. SPRAIN:  Okay.  Sure.  Sure.
19  Q.   But you had used many other pieces of machinery
20      and equipment other than this specific core
21      drill on prior occasions to this accident,
22      correct?
23  A.   Correct.

[140]

1   Q.   All right.  Did you -- now, I assume that the
2       procedures you followed in setting up the drill
3       for the first hole were the same with the
4       second hole?
5   A.   Correct.
6   Q.   Any differences in what you did?
7   A.   No.
8   Q.   Okay.  Did Mr. Walters work with you in setting
9       up the drill for the second hole?
10  A.   Yes.
11  Q.   All right.  As to both setup procedures, did
12      you check the base of the drill for any damage?
13  A.   It didn't appear to be damaged.
14  Q.   Okay.  Just so we're clear for the record, I'm
15      going to -- and excuse me for this blurred
16      picture, but this is the bottom of the drill
17      base -- of a drill base similar to the one in
18      the accident, and I'm going to mark it as
19      Defendant's Exhibit 30.
20           (Defendant's Exhibit 30 marked
21           for identification.)
22  Q.   And for purposes of helping to understand the
23      testimony this picture I'll use, and this right

[141]

1       here is the base; is that fair?
2   A.   Right.
3   Q.   The base of the drill.  And this would be the
4       gasket.  This right here would be the gasket;
5       is that correct?
6   A.   Correct.
7   Q.   Okay.  And before you started to use the drill
8       for the first hole, rather Mr. Walters, and
9       then you used it for the second hole, did you
10      check the perimeter of the base of the drill
11      for any defects or damage?
12           MR. LANE:  You're excluding the seal
13              from that, is that what you're
14              saying?
15           MR. SPRAIN:  By the seal -- yes, I'm
16              excluding --
17           MR. LANE:  Are you including the seal
18              or excluding the seal?
19           MR. SPRAIN:  Well, the seal -- yes, I'm
20              excluding the seal.
21           MR. LANE:  Okay.
22  Q.   I'm referring to the base, the actual base of
23      the drill.  And I'll be happy to show you over

6-21-2006                                                            Matthew Riley

[37]  (Pages 142 to 145)

[142]

1      here if you would like if that would be
2      clearer.
3   A.   Yeah, everything appeared to be in order.
4   Q.   Okay. Now, the gasket is something separate.
5      Was the gasket, as far as you could tell, in
6      good condition?
7   A.   Yes.
8   Q.   Was it compressed at all?
9   A.   No.
10  Q.   Had the gasket lost its shape at all?
11  A.   Not that I could tell. I didn't have anything
12     to compare it by, but it -- you know, it fit in
13     the groove like it was supposed to --
14  Q.   Okay.
15  A.   -- and there wasn't any excess or too short or
16     anything.
17  Q.   Okay. At the time that you and Mr. Walters set
18     the drill up for the first hole, did the gasket
19     appear to be used?
20  A.   Yes.
21  Q.   It did appear to be used?
22  A.   (Witness nods head in the affirmative.)
23  Q.   Is that yes or no?

[143]

1   A.   Yes.
2   Q.   Okay. And what caused you to believe that the
3      gasket was used?
4   A.   It looked, you know -- it looked like it had a
5      film of dirt on it, you know, dust or whatever.
6   Q.   Okay. All right. And I think we're saying the
7      same thing, but when you fit -- and you fit the
8      gasket in the groove of the base of the drill
9      for the first hole?
10  A.   Right.
11  Q.   Okay. And was it properly seated in the
12     grooves of the base of the drill?
13  A.   Yes.
14  Q.   All right. What did you do to ensure that the
15     base of the drill was level on the concrete
16     ground?
17       MR. LANE: And I object to the form.
18       Go ahead.
19  Q.   I'll rephrase that. As to the setup of the
20     drill for the first hole, what, if anything,
21     was done to level the base of the drill on the
22     -- on the ground?
23  A.   There -- I mean, making sure these screws

[144]

1      weren't, you know, holding it off the -- you
2      know, any which way.
3   Q.   Okay. And did the drill come equipped with any
4      type of leveling system to make sure that the
5      base of the drill was properly leveled on the
6      ground?
7   A.   No, not that I'm aware of.
8   Q.   Okay. Did you check the area around the first
9      hole and the second hole to make sure that the
10     ground was smooth and even?
11  A.   Yes.
12  Q.   Did you check to make sure that it was free of
13     debris?
14  A.   Yes.
15  Q.   Okay. Did you look at the base of the drill as
16     to the first hole to see if there was any gap
17     between the -- the base and the ground?
18  A.   I mean, there's going to -- there was a gap
19     from, you know, the gasket holding it off.
20     That's the only gap that was there.
21  Q.   The gasket -- well, what I'm talking about is a
22     gap between the ground and the gasket and the
23     base?

[145]

1       MR. LANE: Object to the form. I think
2      he --
3   Q.   Sure. I'm confusing you. I'm assuming now
4      you've put the gasket in the base --
5   A.   Right.
6   Q.   -- and you've set the drill on the ground. And
7      my question is this; was there any gap between
8      the ground and the drill?
9   A.   Yes.
10  Q.   Okay. And what was that gap and where was it?
11  A.   It was the gap caused, you know, by the gasket.
12  Q.   Okay. And what I'm trying to ask you is what
13     about a gap, if any, between the ground and the
14     gasket? Was there any uneven place where there
15     was --
16  A.   No.
17  Q.   Okay. And the same question with regard to the
18     second hole, was there any gap between the
19     ground and the gasket?
20  A.   No.
21  Q.   Okay. All right. Now, you mentioned that with
22     the first hole and the second hole that you
23     laid the water hose on the ground; is that

**[146]**

1    correct?
2  A.   Correct.
3  Q.   And what was the water doing?
4  A.   Well, the water was running, you know, around
5     the drill bit to where we were drilling.
6  Q.   Okay.  And what kind of pressure was the water
7     -- was it turned on full throttle or was it
8     drip or --
9  A.   No, it was, you know, I would say full, wide
10     open.
11  Q.   Wide open?
12  A.   Yeah.
13  Q.   Okay.  And what is the purpose of the water
14     with respect to the motor and the drill?
15  A.   In my opinion it's --
16       MR. LANE:  The motor?
17       MR. SPRAIN:  With the motor.
18       MR. LANE:  The drill motor?
19       MR. SPRAIN:  The drill motor, correct.
20       MR. LANE:  Well, I object to the form.
21  Q.   Okay.  Well, let me back up.
22       MR. LANE:  It assumes -- assumes some
23         things that I don't think are

**[147]**

1         established.
2  Q.   Okay.  Well, let me back up.  What is your
3     understanding of the purpose of the water?
4  A.   That's to cool and lubricate the drill bit and
5     the surface.
6  Q.   Okay.  All right.  And in this instance the
7     water hose was not connected to the water hose
8     connection on the drill itself?
9  A.   Correct.
10  Q.   All right.
11       MR. MCGARRAH:  Robert, can we take a
12         break?
13       MR. GRISWOLD:  Off the record.
14       (Recess.)
15  BY MR. SPRAIN:
16  Q.   All right.  I'm going to go back to the setup
17     procedure for you and Mr. Walters.  What did
18     you and he do to ensure that you had a good
19     vacuum seal when you started to use the drill?
20  A.   We installed the gasket, made sure the vacuum
21     pump was running.  We assumed it -- it cut on,
22     we assumed it was, you know, working properly.
23  Q.   And the same procedure for the second hole?

**[148]**

1  A.   Right.
2  Q.   All right.  Did you ever check the vacuum
3     gauge?
4  A.   I remember glancing at it, but I didn't have
5     anything to go by to tell if it was, you know,
6     working properly.
7  Q.   And that really answers my next question.  But
8     what do you understand to be a correct vacuum
9     reading?
10  A.   I don't know.
11  Q.   Okay.  And does the range of negative 20 to
12     negative 25 HG mean anything to you --
13  A.   No.
14  Q.   -- in terms of a correct reading for the vacuum
15     gauge?
16  A.   No.
17  Q.   All right.  So other than a visual check, you
18     didn't have any other method to make sure the
19     vacuum system was working properly?
20  A.   Correct.
21  Q.   All right.  At any time during operation of the
22     drill for the first hole did the base become
23     dislodged from the ground?

**[149]**

1  A.   Yes.
2  Q.   It did?
3  A.   (Witness nods head in the affirmative.)
4  Q.   Explain that to me.
5  A.   When Mike was using it, it started to, you
6     know, wanting to spin around.  And when it
7     started moving, I reached over, you know, and
8     just cut it off.
9  Q.   And you cut it off?
10  A.   Right.  He was trying to get out of the way and
11     I reached over and cut it off.
12  Q.   All right.  And what caused the base to become
13     dislodged?
14  A.   We assumed, you know, just the vacuum pump just
15     ain't powerful enough to hold it down.
16  Q.   And what did you and Mr. Walters talk about in
17     regard to trying to prevent that from happening
18     again?
19  A.   Well, we assumed it was -- you know, that's
20     just the way the drill was, we're going to have
21     to, you know, take it easy and, you know, kind
22     of try to brace it with our feet.
23  Q.   Okay.  All right.  Now, how much time had

**[150]**

1    elapsed while drilling the first hole did the
2    drill base become dislodged from the ground?
3    A.   Probably about five minutes.
4    Q.   All right.  And what did you and he do after it
5    became dislodged to get it back in operation?
6    A.   We had turned it over, you know, checked the
7    gasket again to make sure it didn't come loose
8    and, you know, set it back up.
9    Q.   Okay.  And the water was again on the ground by
10   the drill during this time for the first hole?
11   A.   Right.
12   Q.   Okay.  And was it -- I mean, was it right next
13   to the drill, the water?
14        MR. LANE:  The water?
15   Q.   The water hose.  Was the water hose right next
16   to the drill?
17        MR. LANE:  The bit?
18   Q.   I'm sorry, the drill bit?
19   A.   Yes.
20   Q.   Okay.  I don't guess we have a --
21        MR. SPRAIN:  What's your read on him
22        putting an X by where the water
23        hose was?  Do you have any

**[151]**

1        objection to using this?
2        MR. SHEEHAN:  It's Joe's photograph.
3        MR. SPRAIN:  Okay.  I may have another
4        photograph.
5    Q.   All right.  If the water hose was near the
6    drill bit, I mean, was it inches or a foot away
7    from the actual drill bit?
8    A.   It was about a foot away.
9    Q.   A foot away.  So how far was it away from the
10   base, a foot, two feet?
11   A.   Yeah.
12   Q.   Okay.  And the water -- the water was running
13   the entire time you were using the drill for
14   the first hole and the second hole?
15   A.   Correct.
16   Q.   Okay.  And the idea being to cool down the
17   drill bit?
18   A.   Yeah, cool down and lubricate it.
19   Q.   Okay.  All right.  So as to the first hole, the
20   base became disconnected from the ground and
21   y'all reestablished the vacuum seal and began
22   drilling again; --
23   A.   Correct.

**[152]**

1    Q.   -- is that correct?
2    A.   Right.
3    Q.   Okay.  And did you finish the hole for the
4    first hole?
5    A.   Correct.
6    Q.   All right.  Did the drill operate correctly
7    without incident other than the base became
8    dislodged from the ground?
9    A.   To the best of my knowledge, it was --
10   everything was operating like it was supposed
11   to.
12   Q.   All right.  Now, for the first hole when the
13   drill became, you know, dislodged, did the
14   drill get hung up on anything in the concrete
15   ground?
16   A.   No, just the -- just the tension, you know.
17   There's nothing that it really hung up on, just
18   the, you know, tension from the force of the
19   drill.
20        MR. LANE:  Resistance?
21   A.   Resistance, yeah.
22   Q.   And where were you and he standing when this
23   happened with respect to the first hole?

**[153]**

1    A.   He was standing behind the drill, you know,
2    operating it, and I was, you know, along the
3    side of it.
4    Q.   All right.  At any time as to the drilling of
5    the first hole, did you or he stand on top of
6    the base of the drill?
7    A.   Yeah, after it broke loose the first time, you
8    know, we were standing on it trying to, you
9    know, to brace it so it wouldn't, you know,
10   break loose again, holding it down.
11   Q.   Okay.  And that was as to the first hole?
12   A.   Right.
13   Q.   Okay.  And the second hole, did you stand on
14   the drill to try to brace it?
15   A.   Yes.
16   Q.   Okay.  And at the time of the accident were you
17   standing on the drill base?
18   A.   Yes.
19   Q.   You were?
20   A.   (Witness nods head in the affirmative.)
21   Q.   Okay.  Is that correct?
22   A.   Correct.
23   Q.   Okay.  And that was to keep the drill base

6-21-2006                                                          Matthew Riley

[40]   (Pages 154 to 157)

[154]

1    steady and stable on the ground?
2 A.   Right.
3 Q.   Okay. And the water was running at this time
4    from the hose for the -- for the drill bit,
5    correct?
6 A.   Correct.
7 Q.   All right. Now, I'm going back and forth
8    between the first hole and the second hole and
9    I apologize, but back to the first hole, okay.
10   So the base is dislodged, y'all reconnect the
11   vacuum seal -- let me back up. You pulled the
12   plug which disconnected the power?
13 A.   No, I just flipped the switch on the box.
14 Q.   I'm sorry, thank you. You flipped the switch.
15   And what did that do to the vacuum pump, did it
16   turn it off?
17 A.   Yeah, that shut the whole drill off.
18 Q.   Okay. And then y'all mounted the drill base
19   back on the ground to start drilling again?
20 A.   Right.
21 Q.   Okay. And then was it for the rest of the
22   drilling process that you were on the base to
23   keep it steady?

[155]

1 A.   Which time, which hole?
2 Q.   The first hole again. I'm on the first hole.
3 A.   Yeah, Mike was -- Mike was doing it that time.
4 Q.   I'm sorry, Mike was actually standing on the
5    drill base?
6 A.   I assume he was, you know, I can't -- I'm not
7    exactly sure.
8 Q.   Okay. All right. Well, let me back up. I
9    thought you said that one person was behind it
10   operating it and one person was on the drill
11   base to steady it?
12 A.   No. It was just one person, you know, doing
13   both.
14 Q.   One person doing both?
15 A.   Yeah.
16 Q.   Okay. For the first hole and --
17 A.   Right.
18 Q.   -- one person was just watching? Okay. Which
19   was watching?
20 A.   I was watching Mike on the first hole.
21 Q.   Okay. All right. And Mike was on the drill
22   base operating it to finish the drilling?
23 A.   Correct.

[156]

1 Q.   Okay. And did he explain to you that this is
2    how it's going to work, that we're going to
3    apply our human weight to the drill base to
4    keep it steady on the ground?
5 A.   More or less he said, you know, this vacuum
6    seal, you know, base doesn't work that good,
7    we're going to have to, you know, hold it down
8    or help hold it down.
9 Q.   Okay. And by that he meant standing on the
10   drill base?
11 A.   Right.
12 Q.   Okay. As to the first hole, did the front of
13   the drill base ever rise up?
14 A.   Could you clarify that?
15 Q.   Well, you've got -- and I'll maybe -- I'll use
16   this as a guide.
17      MR. SHEEHAN: It's not being picked up
18      on the video.
19      MR. SPRAIN: Okay. I'll bring it up
20      here.
21      MR. STUTTS: You better walk over there
22      with him. You've got your
23      microphone on.

[157]

1 Q.   I was going to bring it to you, but it might be
2    better if we keep it over here where it was.
3    All right. This down here is the base,
4    correct?
5 A.   Correct.
6 Q.   All right. And this is the motor?
7 A.   Correct.
8 Q.   Correct? And this is the drill bit?
9 A.   Correct.
10 Q.   Correct? Okay. And as to the first hole,
11   before the drill became dislodged from the
12   ground, did the front of the base, this part,
13   ever rise up?
14 A.   Not that I'm aware of.
15 Q.   Okay. Did the base have any movement at all
16   before it became actually disconnected from the
17   concrete floor?
18 A.   No.
19 Q.   Okay. And could you show me as to the first
20   hole, after the drill base became disconnected
21   and Mike Walters was on the drill base, where
22   he was standing, how he was operating it? If
23   you can just step around here and show us?

6-21-2006                                                         Matthew Riley

**[158]**

1   A.   I believe he was -- had one foot on this spot
2   right here, you know, kind of holding on to it
3   somewhere sort of like this (Indicating).
4   Q.   Okay.  Was the handle like this or was it like
5   this?
6   A.   I don't know.  You see, it was -- since he was
7   going down, it was like this, you know.  It
8   depends on how far it was down which way you
9   are going to be on it.
10  Q.   All right.  If you're putting -- and you've got
11  to apply some pressure to the drill to move it
12  downward, correct?
13  A.   Correct.
14  Q.   And that's by using the handle; is that
15  correct?
16  A.   Right.
17  Q.   Okay.  And you push down like this, right?
18  A.   Correct.
19  Q.   Okay.
20       MR. LANE:  Well, the drill bit is going
21       in the opposite direction.  I
22       don't know which -- I don't know
23       if you're demonstrating the bit

**[159]**

1        going down or the bit going up.
2   Q.   That's going down, right?
3        MR. LANE:  No, that's going up.
4   A.   Whichever way, it was the down motion.
5        MR. LANE:  The bit is going up.
6        MR. STUTTS:  There you go, that's
7        right.
8        MR. LANE:  That's down.
9   Q.   Okay.  So you're doing this; is that correct?
10  A.   It depends on the -- either this.  You know, it
11  depends on where it's at where you're going to
12  apply the pressure to.
13  Q.   Well, I think your lawyer is correct, if you're
14  going down -- if you're drilling you're going
15  to be going down and it's going to be going
16  this way, right?
17  A.   Right.
18       MR. LANE:  Or pulling up.
19  A.   Or pulling up.  You know, you could be doing
20  this, too.
21  Q.   Okay.  Okay.  Why would you be pulling up if
22  you're drilling the hole in the ground?
23  A.   Because that's the way you've got to pull it to

**[160]**

1   make it go down.
2        MR. LANE:  That's what I'm saying,
3        sorry.
4   Q.   I'm probably confusing you, and I apologize,
5   but I thought you testified that you were
6   pulling it one way in order to get it -- for
7   the drill to go up.  Actually you're pushing
8   the handle in such a way so the drill is going
9   into the hole that you're trying to drill?
10  A.   Correct.
11  Q.   Okay.  That's what I'm saying.  And show me
12  that physical maneuver, how you would pull the
13  handle or push the handle to apply pressure to
14  the drill for it to go into the hole?
15  A.   Like this (Indicating).
16  Q.   All right.  Thank you.  And show me again where
17  Mr. Walters was standing and how he was using
18  the handle to apply pressure to have the drill
19  go into the concrete hole?
20  A.   I mean, I'm not sure how he was, how he was
21  doing it, but this is what I think he was doing,
22  you know.  Something about like this, you know,
23  rotating the handle.

**[161]**

1   Q.   Okay.  With both feet on the base?
2   A.   I don't know.
3   Q.   Okay.  Now, let's move to the second hole.
4   What were you doing to, you know, put your
5   weight on the base to keep it steady as you
6   testified?
7   A.   The same way.  This is what I was doing.
8   Q.   Okay.  And you had one hand on top of the
9   column?
10  A.   I'm not sure where this hand was, but it was --
11  you know, it was bracing it, you know,
12  somewhere down somewhere.
13  Q.   Well, that's what I've seen you do a few times
14  and you put it right here?
15  A.   That's the obvious place, you know.
16  Q.   Well, in your best judgment do you think your
17  left hand was on top of the column?
18  A.   Probably so.
19  Q.   Okay.  And then you had your right hand on the
20  handle?
21  A.   Right on the lever.
22  Q.   Okay.  All right.  You can sit back down now.
23  All right.  During operation of the drill for

6-21-2006                                                              Matthew Riley

[162]

1    the first hole, did you see any signs that the
2    vacuum pump wasn't working for whatever reason.
3          MR. STUTTS:  I object, because he's
4             already answered that Mr. Walters
5             said that the vacuum didn't look
6             too good.
7    A.  No, no.
8          MR. LANE:  Well, I object to the form.
9             I object to the objection and I
10            object to the form, too.
11         MR. SPRAIN:  Okay.
12         MR. LANE:  As to what you mean by
13            "working."
14   Q.  Okay.  Did you see any -- any issues, for
15      example, with maintenance of the drill that led
16      you to believe that the vacuum pump or the
17      vacuum system was not working?
18   A.  No.
19   Q.  Okay.  Did Mr. Walters tell you anything in
20      that regard about whether the drill vacuum
21      system was not working or any maintenance
22      issue?
23   A.  No.

[163]

1          MR. STUTTS:  Excuse me a second, but
2             what did you mean when you said he
3             said that the vacuum wasn't
4             working?
5          MR. LANE:  That's not what he said.
6    A.  He didn't say the vacuum wasn't working.  He
7       said, you know, the vacuum pump, you know, was
8       on, but, you know, it wasn't powerful enough to
9       hold it down, you know.  It just wasn't enough
10      to hold the drill down.
11   Q.  Okay.  But you never checked the gauge, right?
12         MR. LANE:  Object to the form.
13   A.  No.  I mean, we looked at the gauge, but, you
14      know, we had nothing to compare it by, you
15      know.
16   Q.  Okay.  And Mr. Waters -- excuse me,
17      Mr. Walters.  Mr. Walters didn't know how to
18      read the gauge to determine whether or not
19      there was a sufficient vacuum pressure for the
20      vacuum system on the drill; is that correct?
21   A.  Not that I know of.
22   Q.  Okay.  Did you or he ever discuss finding and
23      reading the operator's manual to find out how

[164]

1    to make sure the vacuum system was working
2    properly?
3    A.  No.
4    Q.  Okay.
5    A.  I mean, we didn't have an operator's manual to
6       go by.
7    Q.  Okay.  Well, at any time did you and he discuss
8       going to your supervisor or going to United
9       Rentals to -- to find out how to make sure the
10      vacuum system was working?
11   A.  No.
12   Q.  Okay.  Were you aware of an 800 number to call
13      United Rentals to ask for technical advice?
14   A.  No.
15   Q.  Okay.  You discussed briefly about the anchor
16      bolts and you knew that there was another
17      system to stabilize the drill base to the
18      floor, correct?
19   A.  Correct.
20   Q.  Okay.  And did you and he discuss whether you
21      should try to use the mechanical system to
22      affix the drill base to the floor, if you
23      believed the vacuum system wasn't strong

[165]

1    enough?
2    A.  No.
3    Q.  Okay.  Did Mr. Walters say, let's back up and
4       try to use these anchor bolts?
5    A.  No.
6    Q.  Okay.  Did you consult any -- anybody else
7       about using a different system to stabilize the
8       drill to the concrete floor?
9    A.  No.
10   Q.  Okay.  Did you or he attempt to contact United
11      Rentals?
12   A.  No.
13   Q.  Qkay.  Other than the anchor bolt system and
14      the vacuum system, are you aware of any other
15      system to secure the drill base to the floor?
16   A.  No.
17   Q.  Okay.  What about the ceiling jack screw to
18      wedge it to the ceiling, is that something
19      you're familiar with?
20   A.  No.
21   Q.  Okay.  You put your hand on the column, there's
22      a screw --
23   A.  I know what you're talking about now, now that

Ricky L. Tyler                                    Montgomery Reporting Service
(334) 262-3331                                         (877) 834-6048

6edd0c0a-dee4-49d7-a44e-e959d68a5b8b

6-21-2006                                                    Matthew Riley

[43]  (Pages 166 to 169)

[166]

1      you said it.
2  Q.   Excuse me?
3  A.   I know what you're talking about now that you
4      said --
5  Q.   Right.  It's the ceiling jack screw?
6  A.   Yeah.
7  Q.   Okay.  When was the first time you heard that
8      term?
9  A.   Just now out of your mouth.
10  Q.   Okay.  Well, I thought you -- okay.  Never
11      mind.
12      MR. LANE:  He figured it out when you
13          said it.
14  A.   Yeah, I figured it out when you said it that
15      was what it was for, because I didn't, you
16      know --
17  Q.   I'm sorry.  Okay.  But now that I've mentioned
18      that, do you understand that screw is to wedge
19      it to the ceiling to keep it stable?
20  A.   Correct.
21  Q.   At the time of the accident did you know that?
22  A.   No.
23  Q.   Okay.  Okay.  I'm going to go back to the first

[167]

1      hole again to keep this testimony clear.  How
2      was Mr. Walters applying pressure to the handle
3      for the drilling process?  Was it steady?
4  A.   With steady-like pressure.
5  Q.   Okay.  At any time did he move it faster or
6      apply more pressure to speed up the drilling?
7  A.   Not that I'm aware of.
8  Q.   Okay.  Did -- at any point during his drilling
9      for the first hole did the drill hit anything
10      hard underneath the concrete surface?
11  A.   No.
12  Q.   Okay.  To your knowledge, was there any rebar
13      or concrete -- excuse me, metal mesh or any
14      hard material underneath the concrete?
15  A.   Not that I'm aware of.
16  Q.   Okay.  Now, as to the second hole, after you
17      had watched him do it, did you apply the same
18      techniques to drill?
19  A.   Yes.
20  Q.   Okay.  Did you apply steady pressure or did you
21      go slower, then faster, how did you do it?
22  A.   I just done steady-like pressure.
23  Q.   Okay.  At any time did you try to speed up the

[168]

1      drilling process by applying more pressure to
2      the handle?
3  A.   No.
4  Q.   Okay.  Did you ever hit anything underneath the
5      concrete?
6  A.   No.
7  Q.   Okay.  Did you ever hit anything that you
8      thought might have been a piece of metal or
9      some mesh or any material underneath the
10      concrete surface?
11  A.   No.
12  Q.   What about rebar?
13  A.   No.
14  Q.   Now, we talked about the teeth on the
15      core drill bit being broken off at some point;
16      we know one was broken off when you started
17      using it, correct?
18  A.   Correct.
19  Q.   During operation of the drilling for the first
20      hole, did Mr. Walters hit anything that could
21      have caused one or more of the teeth to be
22      knocked off?
23  A.   Not that I'm aware of.

[169]

1  Q.   Okay.  And when you started drilling for the
2      second hole, was it in the same condition in
3      terms of number of teeth?
4  A.   I believe so.
5  Q.   Okay.  And the same drill bit was used?
6  A.   Correct.
7  Q.   Okay.  And that was a three inch drill bit by
8      your testimony?
9  A.   I think it was a three inch.
10  Q.   Okay.  You're not sure about that?
11  A.   I'm not sure about what -- it could be three or
12      four inches.
13  Q.   Okay.  And if a subsequent investigation
14      revealed that one of the drill bits on the
15      scene was a three and a half drill bit and one
16      was a four inch drill bit, but the three and a
17      half inch drill bit had some broken teeth, do
18      you think the one that you used could have been
19      a three and a half inch drill bit?
20      MR. LANE:  Again, I object to the form,
21          but go ahead.
22  A.   Yeah.
23  Q.   Okay.  During your operation of the drill, did

[44]  (Pages 170 to 173)

[170]

1    you hit anything that could have caused more of
2    the teeth to be broken off?
3  A.  No, not that I'm aware of.
4  Q.  All right.
5        MR. LANE:  Until it -- I mean, it did
6          jam, so I don't know if he knows.
7        MR. SPRAIN:  Okay.
8        MR. LANE:  He may not know what made it
9          jam, but I'm just saying it's a
10         little inconsistent with --.
11  Q.  Okay.  And I will back up.  What I was trying
12    to get at was prior to the actual accident that
13    you described, --
14       MR. LANE:  Right.
15  Q.  -- that time frame leading up to the actual
16    accident, did anything cause more teeth to be
17    broken off of the drill bit?
18  A.  No, not that I'm aware of.
19  Q.  Okay.  And how much time elapsed between the
20    time you first started drilling and the time of
21    the accident?
22  A.  About ten minutes.
23  Q.  Was that the same for the first hole?

[171]

1  A.  From start until completion of the hole?
2  Q.  Yes.
3  A.  Somewhere around there.  It might have took a
4    little bit longer since, you know, we drilled a
5    little bit deeper, but I would say, you know,
6    around anywhere from 10 to 15 minutes.
7  Q.  All right.  Now, during the ten minutes that
8    you were drilling, did the base ever become
9    disconnected from the concrete floor?
10  A.  No.
11  Q.  Okay.  And the whole time you were standing on
12    the drill base?
13  A.  Right.
14       MR. LANE:  Object to the form.
15       MR. SPRAIN:  Okay.
16       MR. LANE:  Had his foot on it.  I'm
17         objecting to the form as far as
18         standing.
19  Q.  Sure.  And I'll repeat the question.  During
20    the time that you were drilling for the second
21    hole, did you have -- have one foot on the
22    drill base?
23  A.  Yes.

[172]

1  Q.  Okay.  During the entire time you were applying
2    your physical weight to the drill base to keep
3    it steady?
4  A.  Correct.
5  Q.  Okay.  Did the drill ever kickback during the
6    time you were drilling?
7  A.  As in "kickback," what do you mean?
8  Q.  Well, that might be a vague term, but a
9    kickback like you're drilling and it bounces
10    up?
11  A.  No.
12  Q.  Okay.
13  A.  As if it hit something?
14  Q.  Exactly.
15  A.  No.
16  Q.  At any time during your use of the drill for
17    the second hole did the drill improperly
18    function in any way?
19  A.  No.
20  Q.  Okay.
21       MR. GRISWOLD:  We're going off the
22         record.  This is the end of tape
23         three.

[173]

1        (Off-the-record discussion.)
2        MR. GRISWOLD:  Okay.  We're back on the
3          record.  This is the beginning of
4          tape four.
5  BY MR. SPRAIN:
6  Q.  Okay.  I've previously shown you Defendant's
7    Exhibit 30, I just want to -- I just want to
8    clarify this.  We talked about any damage to
9    the base before you actually used the drill for
10    both the first hole and the second hole.  Did
11    you see any chips or grooves or cutouts on the
12    base of the drill?
13  A.  No.
14       MR. STUTTS:  Are you talking about the
15         gasket or are you talking about
16         the --
17       MR. SPRAIN:  I'm talking about the
18         metal base.
19       MR. STUTTS:  The metal portion around
20         the --
21       MR. SPRAIN:  The metal portion, not the
22         gasket.
23       MR. STUTTS:  Okay.

6edd0c0a-dee4-49d7-a44e-e959d68a5b8b

[174]

1   Q.   Okay.  I think we've got this on the video, but
2        I'm talking about this area right in here of
3        the base, any damage you saw whatsoever?
4   A.   No.
5   Q.   Okay.  And what part of the drill struck you as
6        a result of the accident?
7   A.   I don't know.
8   Q.   Okay.  And you said the drill, you know, came
9        up and hit you.  Did it actually become
10       dislodged from the hole and come up or did it
11       just pivot around and hit you?
12  A.   Actually the bit came out of the hole and the
13       whole drill became airborne and hit me.
14  Q.   Okay.  All right.  Do you know whether at the
15       time that you and Mr. Walters started using the
16       drill for the first hole and then the second
17       hole, whether or not the drill base was level?
18       And by level I mean if you put a level up to
19       it, it was even and proportional and would lay
20       flat and level on a surface?
21  A.   It was -- yes, it was flat on the floor.
22  Q.   Okay.
23  A.   I'm not sure if the floor was level, but it was

[175]

1        level as compared to the floor.
2   Q.   Okay.  Did you check the vacuum seal on the
3        vacuum slot?  Does that make any sense to you?
4             MR. LANE:  Object to the form.
5   A.   No.
6   Q.   Okay.
7             MR. LANE:  What's the slot, I guess?
8             MR. SPRAIN:  I may have to get him to
9             look once again at the drill, if
10            you don't mind getting up one more
11            time.
12            MR. LANE:  By the way, is this --
13            since we're using this drill in
14            these depositions, is this
15            something that will be available
16            in our other depositions?
17            MR. SPRAIN:  It's not our drill; you'll
18            have to talk to Winston.
19            MR. LANE:  Winston, is that something
20            we can -- and we'll ship it at our
21            expense wherever we have to go.
22            MR. SHEEHAN:  We can certainly work
23            with you.

[176]

1             MR. LANE:  Okay.  Thanks.
2   BY MR. SPRAIN:
3   Q.   All right.  This is the vacuum pump, correct?
4   A.   Correct.
5   Q.   Okay.  And this right here is a vacuum slot.  I
6        will represent that it is called a vacuum slot,
7        okay?  Did you actually look and see whether
8        the vacuum slot was properly affixed so that a
9        good vacuum seal could be achieved?
10  A.   No, we never took it out.
11  Q.   Okay.  And did you --
12  A.   We assumed that was a fixed part of the unit.
13  Q.   Okay.  And that answers a big part of my
14       question.  Did you see any foreign material at
15       the base of the vacuum slot?
16  A.   No.
17  Q.   Okay.  Did you or Mr. Walters or anyone at
18       Flavor House apply any foreign material, like
19       silicone, to the base of the vacuum slot?
20  A.   No.
21  Q.   Did you notice, during the setup procedure for
22       the first hole and the second hole, whether or
23       not there was a gasket for the vacuum slot?

[177]

1   A.   No.
2   Q.   Did you, in setting up the drilling for the
3        first hole or the second hole, look and inspect
4        the vacuum hose to make sure there was a good
5        hose connection?
6   A.   Yes.
7   Q.   Okay.  And what did that reveal?
8   A.   It appeared to be in good working order.
9   Q.   Okay.  All right.  And did you do anything to
10       check the operation of the pump itself?
11  A.   None other than, you know, turn it on and
12       listen to it.
13  Q.   Okay.  You said you used an extension cord, how
14       long was the extension cord?
15  A.   I'm not sure.  I'm just guessing, you know, 50
16       foot.
17  Q.   Okay.  And how far away was this outlet in
18       which you plugged into to operate the drill?
19  A.   I'm thinking it was about anywhere from 20 to
20       30 foot somewhere, I'm not exactly sure.
21  Q.   Okay.  So --
22  A.   It wasn't right next to the work area, it was,
23       you know, away.

[178]

1    Q.   All right.  So the cord had to have been
2         stretched 20 to 30 feet to reach the outlet?
3    A.   True.
4    Q.   Okay.  We can sit back down.  Talking about the
5         electrical setup, was the drill grounded when
6         you were doing the drilling for the first hole
7         and the second hole?
8    A.   As in grounded, do you mean through the plug?
9    Q.   Well, it's supposed to be grounded.  Did you --
10   A.   No.
11   Q.   Okay.
12           MR. LANE:  You're not talking about the
13              ground on the power supply?
14           MR. SPRAIN:  I'm talking about the
15              ground for the power supply for
16              the drill.
17           MR. LANE:  In other words, was it a
18              grounded receptacle you were using
19              to plug the drill in?
20   A.   Yes.
21           MR. LANE:  Which would ground the
22              machine, I would assume.  I mean,
23              I just want to make sure we're

[179]

1              clarified.  Are you saying there
2              should be a separate wire going to
3              the machine grounding it?
4    A.   Yeah, that's what I assumed you were talking
5         about was a separate wire.
6    Q.   Okay.  I think we're clear now.  All right.  I
7         think I'm moving toward the end, Mr. Riley.
8         For the drilling of the second hole, did the
9         drill ever slow down at all during the
10        drilling?
11   A.   No.
12   Q.   Okay.  It was steady, as far as you remember?
13   A.   Yeah.
14   Q.   Okay.  Right before the accident, did you
15        notice anything unusual about the operation of
16        the drill?
17   A.   No.
18   Q.   Okay.  And the drill base became disconnected
19        from the concrete ground; is that correct?
20   A.   Correct.  Yeah, after the bit lodged in the
21        floor.
22   Q.   Okay.  The bit lodged in the floor.  Now, what
23        do you think -- well, let me back up.  Do you

[180]

1         have any judgment as to what caused the bit to
2         lodge?
3    A.   Not really.  I mean, I use a hand drill all the
4         time, you know, and they get stuck a lot of
5         times, and I reckon it's just friction that
6         causes it.
7    Q.   Okay.  Now, right before the bit lodged in the
8         hole, did the base rise up or move at all?
9    A.   No.
10   Q.   Okay.  The whole time you were putting some
11        weight on it and it maintained its position?
12   A.   Correct.
13   Q.   Okay.  And what happened when the bit lodged?
14   A.   The base immediately began to spin.
15   Q.   Okay.  Now, for the base to spin, does that
16        mean that the vacuum seal was broken?
17   A.   I assume so.
18   Q.   Okay.  And once the bit lodged, did that cause
19        therefore the base to become disconnected from
20        the ground?
21   A.   Correct.
22   Q.   Okay.  And then it started to spin?
23   A.   Right.

[181]

1    Q.   Is that right?
2    A.   Right.
3           (Defendant's Exhibit 31 marked
4              for identification.)
5    Q.   I'm going to show you what I've marked as
6         Defendant's Exhibit 31.
7           MR. LANE:  That's the one we -- oh,
8              that was at the inspection?
9           MR. SPRAIN:  Yeah, that's that
10             inspection.
11   Q.   Now, if you can point out on here where the
12        water hose connection is on the drill?
13   A.   Right here between the bit and the post.
14   Q.   Okay.  All right.  And that's what you call the
15        post and I call the column, we're talking about
16        the same thing though?
17   A.   Correct.
18   Q.   And this is what the motor travels up and down?
19   A.   Right.
20   Q.   All right.  And you pointed this out earlier in
21        response to Mr. Sheehan's questions, but you
22        testified that the water hose connection was in
23        between the motor and the column, you call it

6-21-2006                                                                 Matthew Riley

[47]  (Pages 182 to 185)

[182]

1    the post, but -- and this picture shows that,
2    correct?
3  A.  Right.
4  Q.  Okay.  Now, do you know whether or not that was
5    a change in how it was originally set up?
6  A.  Then -- then or now?  My knowledge now or my
7    knowledge then?
8  Q.  Well, at the time that you were using the
9    drill, do you know whether or not the location
10   of the water hose connection was a modification
11   of how the drill was originally manufactured
12   and designed?
13 A.  No.
14 Q.  Okay.  Now, with the location -- if you could,
15   just draw a circle around the location of the
16   water hose connection?
17 A.  (Witness complies.)
18 Q.  Okay.  And do you know whether or not it was
19   possible, given the location of the water hose
20   connection, to connect a water hose to cool the
21   bit as you were drilling?
22 A.  No, sir, it doesn't look possible.
23       MR. LANE: My mistake, I didn't hear

[183]

1        the question.  Could you just ask
2        it again?  I apologize.
3  Q.  All right.  My question was this; given the
4    location of the water hose connection, do you
5    know whether it was possible to connect a water
6    hose thereto to cool the bit, the drill bit?
7  A.  No.
8  Q.  Okay.  All right.  And did you -- now, was that
9    something you and Mr. Walters talked about when
10   you were setting up the drill for the first
11   hole?
12 A.  I really don't remember.  I believe so,
13   because, you know, we laid the water hose in
14   the floor.
15 Q.  Okay.  Did you or he consider, again, going to
16   United Rentals to say, hey, we've got this
17   drill and we can't connect the water hose, you
18   know, could you tell us what to do?  Did that
19   ever come up?
20 A.  No.
21 Q.  Okay.  Did you and he ever say, hey, we better
22   go consult the operator's manual to find out
23   whether or not we can still use the drill?

[184]

1  A.  No.
2  Q.  Okay.  And the water -- just again so I'm
3    clear, but the water hose was on at full force
4    for both the drilling of the first hole and the
5    second hole?
6  A.  Correct.
7  Q.  Okay.  In the same location that you have
8    mentioned with the water hose pouring water on
9    the drill bit about a foot away?
10 A.  Correct.
11 Q.  All right.  But you knew from the location of
12   the water hose connection on the drill that it
13   was there for a purpose, which was to connect
14   the water hose?
15       MR. LANE: Object to the form.  I
16         believe his previous testimony was
17         he doesn't even remember seeing
18         it.
19 A.  Yeah, I don't even -- I don't remember seeing
20   it really.
21       MR. LANE: I mean, I guess my question
22         is, are you talking about now or
23         are you talking about then?

[185]

1  Q.  Okay.  Well, then I misunderstood and I
2    apologize.  I thought you testified earlier
3    that the reason why you laid the hose on the
4    ground is because the water connection was
5    between the drill and the column and you
6    couldn't use it?
7  A.  No.  That was -- you know, the water thing, I
8    believe that was a decision Mike had made that
9    we would, you know, put the water hose on the
10   floor.  Because he -- as far as I can remember,
11   he is the one that brought out the hose and,
12   you know, did the hose thing.
13 Q.  Okay.  But that was as to the setup for the
14   first hole?
15 A.  Right.
16 Q.  But the same procedure was followed for the
17   second hole?
18 A.  Correct.
19 Q.  All right.  But just so I'm clear, did you see
20   the water hose connection where it's located on
21   Defendant's Exhibit 31 on August 29, 2003?
22 A.  Not that I can recall.
23 Q.  Okay.  But you did see the water hose on the

[186]

1    floor?
2  A.  Right.
3  Q.  Okay.  And -- all right.  Did you -- did you
4      watch Mike Walters, you know, put the water
5      hose there?
6  A.  Yes.
7  Q.  Okay.  Does this picture, as shown on Exhibit
8      31, fairly and accurately show the drill that
9      you were using at the time of the accident?
10         MR. LANE:  Again, I object to the form.
11         I think it's the bit issue.  If
12         you want to exclude the bit.
13  Q.  Okay.  Excluding the bit that may have been
14      different, that bit is not the same you were
15      using, correct?
16  A.  Correct.
17  Q.  Okay.  But excluding the drill bit, does the
18      drill appear to be the same as the one you were
19      using on the date of the accident?
20  A.  Yes.
21  Q.  Okay.  Now, you -- and, of course, Mike
22      Walters, must have seen the water hose
23      connection between the drill and the column,

[187]

1      correct?
2         MR. LANE:  Object to the form.
3  A.  I don't know.
4  Q.  You don't know.  Okay.  Well, I assume that --
5      well, strike that.  If he laid the hose on the
6      floor and you did the same, I assume that both
7      you and he realized you couldn't connect it to
8      the drill itself, correct?
9  A.  I can't -- can't speak for him.  I'm just --
10      you know, he set it up with the hose on the
11      floor like that and, you know, that's the way I
12      done it.
13  Q.  All right.  Okay.  Now, I'm going to go after
14      the accident.  You testified already that an
15      ambulance brought you to the hospital, which
16      hospital did you go to?
17  A.  Flowers Hospital.
18  Q.  Okay.  And how long were you hospitalized?
19  A.  Let's see, that was Friday.  I was admitted
20      Friday and released Saturday.  Yeah, I believe
21      that's correct.
22  Q.  Now, at Flowers is that where you were
23      drug-tested?

[188]

1  A.  Yes.
2  Q.  Okay.  Now, we have the records on all of this,
3      so I'm not going to get into great detail, but
4      did you have any surgery for that
5      hospitalization?
6  A.  Friday morning I went to Flowers and -- early
7      Friday morning I went to Flowers and then I was
8      transferred to Southeast Medical Center later
9      on that morning.
10         MR. STUTTS:  To Southeast?
11  A.  Correct.
12         MR. STUTTS:  On Saturday?
13  A.  That would have been -- it's still Friday.
14         MR. STUTTS:  Still Friday.
15  Q.  Okay.  On Friday, okay.  And then how long did
16      you stay at the Southeastern Medical Center?
17  A.  The rest of that Friday and the better part of
18      Saturday.
19  Q.  Okay.  And while you were at Southeastern did
20      you have any surgery?
21  A.  Yes.
22  Q.  Okay.  What kind of surgery?
23  A.  To set my nose from where it was broken and do

[189]

1      a little exploratory surgery and some stitches
2      from where I got cut up.
3  Q.  All right.  Now, each time you went to a
4      hospital or saw a doctor, you would have given
5      a history of what happened and what caused your
6      injury, correct?
7  A.  Right.
8  Q.  And did you give an accurate history to the
9      doctors and the nurses at the hospitals?
10  A.  Yes.
11  Q.  Okay.  And did you try to be fair and truthful
12      and correct in your account of what happened
13      and what caused the accident?
14  A.  Yes.
15  Q.  All right.  After you were hospitalized at
16      Southeastern Medical Center, what then happened
17      with you as far as your medical needs?
18  A.  I was sent home that Saturday and that
19      following Tuesday I was admitted to -- had
20      reconstructive surgery to repair my broken eye
21      socket and my cheek and there's other stuff,
22      too, but that was the main thing, was to get
23      all of the bone fragments out and everything.

[190]

1   Q.   Was that Southeastern?
2   A.   Yes.
3   Q.   Okay.  Prior to this accident were you wearing
4        glasses?
5   A.   No.
6   Q.   Okay.  What is your vision now?
7   A.   I'm not sure what the -- what the number is or
8        anything.
9   Q.   Okay.  What is your eyesight right now?
10  A.   As compared before the accident?
11  Q.   Yes.
12  A.   It's less acute than it was before.
13  Q.   Okay.  Can you read?
14  A.   Yes.
15  Q.   Do you have any restrictions on your driver's
16       license?
17  A.   No.
18  Q.   Okay.  And what kind of glasses do you have?
19       Are they reading glasses or are they -- what
20       kind of corrective lens do you have?
21  A.   They're for nearsightedness.
22  Q.   Okay.  And you're saying before the accident
23       you were not nearsighted?

[191]

1   A.   Yes.
2   Q.   Okay.  You were nearsighted?
3   A.   Yes.  Just not to the extreme.
4   Q.   Okay.  But now let me get this straight.
5        Before the accident were you wearing glasses or
6        not?
7   A.   No, I was wearing contacts before.
8   Q.   Okay.  So contacts before and now you have
9        glasses?
10  A.   Correct.
11  Q.   And you're saying that you were nearsighted
12       before the accident and now you're a little bit
13       more nearsighted?
14  A.   Correct.
15  Q.   Okay.  Now, other than that difference
16       pre-accident and post-accident, are there any
17       other differences with your vision?
18  A.   Yes.  I have double vision like if I'm looking
19       like -- I think they call it in your lateral
20       gaze.
21  Q.   And what effect does that have on you in terms
22       of working?
23  A.   Instead of, you know, being able to cut my eyes

[192]

1        to look at something, I have to, you know, turn
2        my head to get a more direct view of it.
3   Q.   All right.  Has your vision prevented you from
4        doing anything that you were doing before the
5        accident?
6   A.   No.
7   Q.   Okay.  Who is your eye doctor presently?
8   A.   Doctor Turok.
9   Q.   Okay.  Spell the name for me.
10  A.   T-U-R-O-K.
11  Q.   Where is he located?
12  A.   Southeast Eye Center.
13  Q.   When was the last time you saw Doctor Turok?
14  A.   It was about a year ago.
15  Q.   Okay.  When was the last time you saw any
16       doctor for the injuries you sustained from this
17       accident?
18  A.   That was Doctor Turok last year.
19  Q.   About a year ago?
20  A.   Yeah.
21  Q.   And what was his diagnosis and prognosis when
22       you last saw him?
23  A.   He told me to come in for a yearly checkup.

[193]

1   Q.   Okay.  It sounds like he released you; is that
2        correct?
3   A.   Correct.
4   Q.   All right.  And he didn't give you any
5        restrictions in terms of your vision that would
6        prevent you from working your regular job at
7        your regular duties?
8   A.   No.
9   Q.   Okay.  Have you seen any other doctors in the
10       past year other than Doctor Turok --
11  A.   No.
12  Q.   -- for your injuries?
13  A.   (Witness shakes head in the negative.)
14  Q.   Okay.  When was the last time you had any
15       surgery?
16  A.   I would have to look at my medical records to
17       tell you.  I think it was in -- I'm not sure,
18       but I think it was around July of '04.
19  Q.   Okay.
20  A.   Somewhere around there.  I had so many I can't
21       remember exactly which one the last one was.
22  Q.   Well, what I want to do is I don't want to, you
23       know, get into great details, because we have

[194]

1    medical records for that, but you had the first
2    surgery when you were at Southeastern Medical
3    Center?
4    A.    Right.
5    Q.    That was the first two days after the accident.
6         And then you went back and I assume that was at
7         Southeastern Medical Center again?
8    A.    Correct.
9    Q.    And that's where you had the reconstructive
10        surgery for your eye socket and your cheek?
11   A.    Hold on.  That was -- that was at Flowers.
12   Q.    It was at Flowers.  All right.  And when and
13        where was the second -- the third surgery,
14        excuse me, the third surgery?
15   A.    It was in -- I think it was the end of October
16        at the Medical Center.
17   Q.    Southeastern Medical Center?
18   A.    Yes.
19   Q.    Okay.  October of '03?
20   A.    Yes.
21   Q.    Okay.  And please describe briefly that
22        surgery.
23   A.    That was to -- another reconstructive surgery.

[195]

1         They didn't get my eye lined up right, which
2         they had to go in there and add some more
3         plastic or took out more plastic.  And let's
4         see what else.  There was some more things.
5         They did some stuff for my sinuses, too.
6    Q.    Okay.  When was the next surgery?
7    A.    The next surgery was in December.
8    Q.    Okay.  And briefly describe the surgery that
9         you had in December of '03.
10   A.    That was to repair my tear duct and some nasal
11        surgery.
12   Q.    Okay.  And after that did you have any other
13        surgeries?
14   A.    Yes.  I had another -- the one on my tear duct
15        wasn't successful and I had to have another
16        one.  I think that was -- the last one I had
17        was around July of maybe '04.
18   Q.    And that would be your last surgery?
19   A.    Right.
20   Q.    All right.  So I'm counting a total of five
21        surgeries?
22   A.    Correct.
23   Q.    Now, you said you had full benefits at Flavor

[196]

1         House, I assume that your health insurance paid
2         for a majority of the health care costs
3         associated with your hospital stays and
4         surgeries?
5              MR. STUTTS:  Workers' comp.
6              MR. BRASHER:  Workers' comp.
7    A.    Yeah.
8    Q.    Oh, excuse me.  All right.  And what
9         out-of-pocket cost, if any, have you incurred,
10        you know, from these injuries?
11   A.    Not really any, just mainly back and forth to
12        the doctor.  I think I've had to, you know, buy
13        aspirin and stuff like that, but most all of
14        the medical bills were taken care of by
15        workmen's comp.
16   Q.    Okay.  Are you claiming any lost wages in this
17        case?
18             MR. LANE:  That's something we may or
19             may not have made a decision on at
20             this point, but we'll get that to
21             you.
22             MR. SPRAIN:  All right.
23             MR. LANE:  To the extent workers' -- I

[197]

1              will say to the extent workers'
2              compensation has paid, there is a
3              subrogation interest, so we would
4              be certainly recouping those or
5              seeking recoup of those wages.
6    Q.    What's your driver's license number?
7    A.    5971301.
8    Q.    Okay.  Any family in Houston County?
9    A.    No.
10   Q.    Okay.  Any family in this general area of
11        Southeast Alabama?
12   A.    Yes.  I've got a sister in Abbeville.
13   Q.    What is her name?
14   A.    Amy Collum.
15   Q.    Collum?
16   A.    Yeah.
17   Q.    Spell her last name for us.
18   A.    C-O-L-L-U-M.
19   Q.    Okay.  Any other relatives in this area?
20   A.    My mother and stepfather live in Abbeville
21        also.
22   Q.    Okay.  What are their names?
23   A.    Jean and Carl Bowling.