4:6 8:3,3,19 44:18 57:7 59:2 91:18,20 92:6,7 111:16 113:6,12 113:16,23 122:11 131:21 139:18 141:15 141:19 146:17 146:19 147:15 150:21 151:3 156:19 162:11 170:7 171:15 173:5,17,21 175:8,17 176:2 178:14 181:9 196:22 198:14 238:20 260:8,12 260:18 267:9
**spray** 214:22
**sprayed** 215:3
**spraying** 76:3
**spun** 137:18 218:12 232:2 239:8 269:10
**stabilize** 164:17 165:7
**stabilized** 120:9
**stable** 154:1 166:19
**Stacey** 253:7
**stand** 54:2 126:10 153:5,13 221:7 221:13 244:10
**standing** 66:9 68:12 152:22 153:1,8,17 155:4 156:9 157:22 160:17 171:11,18 215:16 216:6 241:1
**start** 32:4 52:14 154:19 171:1 214:10 216:14 242:3
**started** 8:16 21:7 76:14 141:7 147:19 149:5,7 168:16 169:1 170:20 174:15 180:22 203:22 206:15 216:16 223:1 226:1 227:3,18 232:14 251:10 252:8 256:18 270:12
**starting** 96:12 206:1
**starts** 215:15 216:5
**state** 1:21 5:22 109:15 113:5,7 116:2 134:2 139:4 226:2 253:17 274:7,10 275:13
**stated** 117:5
**statement** 117:23
**States** 1:1 7:10 274:18
**stationary** 120:2 120:5
**stationed** 127:9
**Statute** 6:14
**stay** 40:13 188:16 219:13
**stayed** 98:9 100:12
**staying** 27:23 257:21
**stays** 196:3
**steady** 27:17 154:1,23 155:11 156:4 161:5 167:3,20 172:3 179:12
**steady-like** 167:4 167:22
**steel-toed** 68:20
**step** 157:23
**stepfather** 135:18 197:20 254:2
**stick** 250:18
**sticker** 9:14
**sticking** 217:14
**still** 13:4 24:20 31:2 54:1 64:21 76:13 80:2 103:11 107:18 108:10 130:2 183:23 188:13 188:14 204:1 219:23 228:19 230:1,11,15,18 232:5 233:12 258:19 269:3,19
**stipulated** 5:18 6:8,16
**stipulation** 1:16 274:13
**stipulations** 5:16 8:17
**stitches** 189:1 229:19
**stop** 250:7,12
**stopped** 216:18 251:21 252:12 252:15 269:16 269:17,20,21
**straight** 191:4
**straighten** 209:14
**strange** 69:13
**Streeet** 1:19
**street** 2:14 3:4 93:16 97:14
**stretched** 178:2
**strictly** 206:9
**strike** 187:5
**strong** 164:23 217:18
**struck** 78:10,17 79:3 81:12,14 174:5
**stuck** 180:4
**stuff** 106:5 132:7 189:21 195:5 196:13 202:15 202:16 203:14 203:18,23 204:17,21,22 206:16 230:4 255:12
**stump** 133:15
**Stutts** 3:8 4:4,7 7:21,21 10:5,10 13:10 16:16 21:18 22:15,18 41:11 42:20 57:12,16,21,23 58:13,23 59:4 85:13 96:6,9 117:17 156:21 159:6 162:3 163:1 173:14,19 173:23 188:10 188:12,14 196:5 202:1 215:10 225:11,16 230:21 231:14 232:8 238:6,15 238:19 239:1,4 246:15 268:5,13
**subject** 90:7
**submarine** 127:10
**submerged** 124:8 124:10
**subrogation** 197:3
**subsequent** 45:3 169:13
**successful** 195:15
**successfully** 107:13
**suck** 121:14
**sucking** 262:8,19
**suction** 70:1,15 217:4 226:18 250:17,20 251:2
**suffer** 204:1
**sufficient** 71:22 163:19 270:13
**sufficiently** 239:9 240:6 241:17
**suggestion** 44:4
**suitable** 41:17
**Suite** 3:18
**supervisor** 23:15 24:6 99:14 110:12 129:21 164:8 258:13 259:4 264:12
**supervisors** 82:6
**supplied** 129:3 237:16
**supply** 178:13,15 244:8,11,12,12 244:17 245:3
**supposed** 111:2 111:12,16 112:1 121:11 142:13 152:10 178:9 207:20 209:4 210:17 211:11 214:6 217:20,21 218:3 219:11
**sure** 11:7,10,23 15:1,6,19 16:11 23:9,11 24:21 28:7 29:4 32:23 33:9 34:11 35:16 37:12 40:8,11 47:8 50:1,7,18 51:2 56:1 58:21 61:10 63:23 64:11,16 66:17 66:20,23 67:17 68:11 71:8,15 72:4,9,20,21 73:5,11 74:7,8 74:14,19 80:14 80:22 123:23 139:18,18 143:23 144:4,9

144:12 145:3 147:20 148:18 150:7 155:7 160:20 161:10 164:1,9 169:10 169:11 171:19 174:23 177:4,15 177:20 178:23 190:7 193:17 198:10 208:10 210:10 213:6,12 215:1 222:21,22 223:2 232:5 233:12 234:22 235:11 238:18 239:4 243:2 248:7 251:17 252:2 253:14 259:6 266:2 269:12 270:1
**Surely** 66:4
**ırface** 120:7,9 147:5 167:10 168:10 174:20 214:17,20 224:5
**surgeries** 96:23 98:10 195:13,21 196:4 200:11,13 203:14 235:2,10
**surgery** 108:23 188:4,20,22 189:1,20 193:15 194:2,10,13,14 194:22,23 195:6 195:7,8,11,18 200:8 235:2
**surround** 76:5
**surrounding** 207:3
**sustained** 192:16 272:7
**sweep** 213:16
**swimming** 229:23
**·itch** 62:13,14 ı54:13,14 216:17 252:11 252:11,15 269:14,15
**sworn** 8:10 274:15
**system** 105:7 120:11,17 121:1 121:9 122:15,21 123:12,19,21 124:3,5 132:20 137:12 138:1 144:4 148:19 162:17,21 163:20 164:1,10 164:17,21,23 165:7,13,14,15 211:1,6 237:8 260:22 261:17 263:21
**systems** 127:9,12 127:14
**S-E-N-N** 242:7 258:21

**T**

**T** 2:10
**table** 120:6,8
**tag** 4:19 10:13,15 84:8,10,18,21 85:4,15,16,22 86:2,3,5,7,12 87:3 90:5,6
**take** 10:6 26:8 27:4,7,11 33:3 33:16 37:12,15 44:11 53:19 59:21 64:22 91:20 121:17 134:8 136:10 147:11 149:21 198:17 201:6 206:8,18 223:8
**taken** 1:15 5:20 7:4 9:1 14:2 15:5 22:3 54:8 60:9 74:3 112:23 196:14 245:11 257:11 263:4
**taking** 101:6 203:22 206:11 206:14,16
**talk** 109:11 110:13 116:22 118:15 137:5 138:7 149:16 175:18 224:6,21 243:5
**talked** 110:8 114:22 137:6 138:19 168:14 173:8 183:9 224:14,17 259:15 264:12 271:18
**talking** 10:8 31:2 45:11 52:12 57:18 58:14 62:3 85:11 89:6 102:16 116:14 122:3,15 133:1 144:21 165:23 166:3 173:14,15 173:17 174:2 178:4,12,14 179:4 181:15 184:22,23 199:6 202:19 205:15 224:14 263:11 264:20
**tape** 59:20 60:3,8 113:20 172:22 173:4 231:2,5
**taper** 206:3
**Taylor** 1:18 2:5 7:15 92:23 228:7
**Tea** 96:6,7
**teach** 265:9
**tear** 195:10,14
**tears** 75:2
**technical** 134:2,5 134:20 164:13 226:3
**technician** 127:2
**technique** 233:16
**techniques** 167:18
**teeth** 36:18,19 51:16 63:16 64:13,18,23 110:20 112:13 112:18 114:8,11 114:15 115:1,6 115:12,18,20,22 115:23 116:4 168:14,21 169:3 169:17 170:2,16
**tell** 9:20 15:17 16:8 20:4 26:14 30:22 33:22 35:12,21 38:19 40:12 43:8,14 54:22,23 55:3 73:9,19 83:2 93:22 109:15 111:20 117:3 142:5,11 148:5 162:19 183:18 193:17 199:17 204:10 220:16 224:10,12 234:4 255:14 266:13
**telling** 215:5 220:4 224:7
**ten** 25:20 65:2,12 67:6 69:10 77:5 136:13 137:4 170:22 171:7 203:4 271:19
**tension** 152:16,18
**term** 166:8 172:8
**terminated** 247:2
**termination** 100:8
**terms** 49:17 98:8 105:22 148:14 169:3 191:21 193:5
**test** 30:12 99:21 104:20 105:13 105:16,18 106:20 107:6 108:1 121:4 122:9,17,22 123:6,18,22
**tested** 124:7
**tester** 121:8 123:8 123:9,12 133:2 133:5
**testified** 8:10 12:5 51:7 112:12 114:2,23 160:5 161:6 181:22 185:2 187:14 218:5 232:10 239:17 252:17
**testifying** 13:18
**testimony** 14:23 104:23 106:22 140:23 167:1 169:8 184:16 231:23 242:9 249:9,16 272:15 272:18
**testing** 100:20,21 110:4,9 122:6 122:17 123:22
**tests** 108:5
**Tew** 259:12,13,14 260:2
**thank** 31:5 43:12 45:8 46:22 48:14,19 53:11 55:2,7 60:1 70:5 91:17 154:14 160:16 198:15 225:10 255:6 260:7 266:23 267:9 273:7

**Thanks** 176:1
**their** 197:22
  225:1 253:5,10
  254:15 255:2
**themselves** 7:17
**thereof** 275:5
**thereto** 183:6
**thick** 224:4
**thickness** 67:15
  67:18
**thing** 13:10 22:12
  116:23 117:5
  119:20 129:1
  143:7 181:16
  185:7,12 189:22
  199:8,19 200:14
  201:20 204:10
  218:16,23 237:6
  268:6 269:23
**things** 60:12
  137:20 146:23
  195:4 199:9
  229:21 234:22
  238:12 245:23
  268:15 272:11
**think** 18:13 33:2
  43:16 44:3
  70:23 76:23
  81:21 83:6
  100:17 105:11
  105:14 108:20
  113:17 114:1
  115:14 120:19
  126:1 131:19
  132:23 136:20
  139:8 143:6
  145:1 146:23
  159:13 160:21
  161:16 169:9,18
  174:1 179:6,7
  179:23 186:11
  191:19 193:17
  193:18 194:15
  195:16 196:12
  207:23 208:21

  214:22 215:10
  219:17,18
  235:22 237:6
  239:17 245:20
  249:18 253:23
  254:14,19 256:5
  259:15 265:11
  270:2 272:5
**thinking** 82:3,4
  177:19
**third** 17:9,20
  18:1 24:5 25:10
  54:11 194:13,14
**though** 61:3 95:6
  181:16 199:18
  209:13 220:1
  244:11 245:13
  259:19 273:18
**thought** 155:9
  160:5 166:10
  168:8 185:2
  217:18 218:1,5
  219:6,12 220:4
  220:8,10,12
  235:22 252:7,7
**threads** 71:14
**three** 10:22 11:8
  18:2,3,7 36:17
  38:23 51:6
  53:20 75:6
  79:11 88:14,19
  88:20 93:19
  108:20 169:7,9
  169:11,15,16,19
  172:23 205:10
  207:6 216:12
  231:15 246:9
  250:16 256:20
  257:19
**throttle** 146:7
**through** 9:11,16
  9:19 13:13
  17:17,19 19:18
  19:21 20:12
  25:7 67:10 83:6

  107:8 126:18
  134:7 135:1,19
  178:8 199:9,15
  200:8 206:12
  266:7
**throughout** 26:6
  265:22
**Thursday** 18:16
  49:4 255:15,18
**ticket** 229:11
**tickets** 229:10
**tightened** 51:2,3
  56:3,10
**tightly** 216:2
**tile** 255:12,12
**time** 6:4,5 7:16
  11:19 15:16
  16:4 17:5,11,14
  18:1 19:23 20:7
  20:15 23:23
  26:3,22 27:3
  28:8 32:7 33:1
  33:10,13 38:10
  42:5 45:3 46:6
  46:15 63:18
  64:22 65:12
  66:12 68:9,19
  69:20 72:12
  73:15 75:5 84:2
  84:11,18,22
  89:6,10 91:17
  93:11 95:19
  98:6 100:1,7
  101:2 103:3,8
  104:16 107:20
  109:1,2,8
  112:14 114:7
  115:2,17 116:19
  119:19 136:14
  137:22 142:17
  148:21 149:23
  150:10 151:13
  153:4,7,16
  154:3 155:1,3
  164:7 166:7,21

  167:5,23 170:15
  170:19,20,20
  171:11,20 172:1
  172:6,16 174:15
  175:11 180:4,10
  182:8 186:9
  189:3 192:13,15
  193:14 200:13
  201:8,11 203:2
  204:14 205:15
  205:18,21 206:5
  209:23 212:19
  214:2 216:6,13
  220:18 223:8,14
  224:16 225:3
  227:3 233:19
  234:10 236:1
  245:10 246:22
  247:8,17 251:10
  255:21 256:7
  257:22 258:9
  259:15 269:13
  270:12
**times** 25:15 49:15
  102:15,19
  161:13 180:5
  205:10 229:19
  231:10,16
  239:15
**title** 17:8 259:10
**today** 7:12 240:1
  261:5
**together** 237:5
**told** 28:14 76:17
  82:12 83:1
  103:5 106:9
  108:12 110:14
  111:11,14 112:3
  115:8,12 116:3
  117:5 192:23
  202:6,9 204:20
  220:12 224:19
  224:23 226:19
  226:21 237:22
  242:17

**tool** 1:10 2:17 7:7
  7:23 90:11
  199:4 274:16
**tooling** 130:21
**tools** 95:16
  119:10,10 131:1
  133:14,14
**tooth** 63:21 64:1
  115:9,15,18
**top** 35:15,18 39:3
  46:1 66:21,22
  67:3 87:9 90:4
  153:5 161:8,17
  236:22
**total** 23:22 109:1
  195:20
**touch** 73:4,7
  106:18
**touched** 66:21
**touching** 72:11
  73:10,16
**toward** 179:7
**towards** 80:3
**towels** 82:11
**tractors** 133:13
**trained** 87:12
**training** 29:19
  105:23 118:16
  125:18 126:22
  127:1 129:16,19
  135:14 138:14
  139:6 226:4
  270:13
**transcription**
  274:22
**transferred** 188:8
**trap** 260:21 261:2
  261:6,9,13,20
  261:23 262:3,11
  262:18
**Travelers** 230:7,8
**travels** 181:18
**treatment** 199:8
  201:19
**trial** 6:12

**tried** 22:3
**trouble** 55:17 234:16
**true** 13:11 53:6 58:12 77:23 132:13 178:3 218:19 268:6 274:21
**truth** 205:5 274:15
**truthful** 189:11
**try** 55:3 92:12 149:22 153:14 164:21 165:4 167:23 189:11 216:1 221:8 222:8 223:9 225:11 231:19 234:6 236:16
**trying** 26:16 42:12,22 43:21 50:11 53:15 93:13 105:11 145:12 149:10 149:17 153:8 160:9 170:11 200:18 214:22 229:1
**Tuesday** 101:23 102:3,9,19 189:19
**turn** 48:7,8 75:18 124:3 154:16 177:11 192:1 214:10,13 235:6 235:18
**turned** 52:22 146:7 150:6 214:16 215:18 250:22 252:4
**turning** 214:20
**Turok** 192:8,13 192:18 193:10
**TV** 256:9
**twice** 222:11,16
**two** 15:20 16:20 17:22 21:15 22:15 25:20 34:16 36:7 38:23 58:17 60:8 71:3 75:6 79:11 93:6 97:8 99:7 101:13 102:2 108:5 113:21 136:8 151:10 194:5 222:7 231:15 235:10 247:20 248:21 257:18 257:20
**two-by-fours** 237:3
**two-thirds** 67:23
**Tyler** 1:19 5:20 274:9 275:11
**type** 106:5 107:12 120:16,23 121:3 133:10 144:4 199:19 200:14 201:20
**types** 119:9,11
**typically** 126:16
**typo** 207:23
**T-shirt** 68:21
**T-U-R-O-K** 192:10

**U**

**under** 35:10 95:23 103:15,18 104:12 122:5
**underneath** 73:2 81:19 90:3,6,15 167:10,14 168:4 168:9
**underside** 263:5 263:13 264:6
**understand** 9:7 9:18 18:15 19:7 20:17 30:14 44:4 45:10,13 45:14 59:20 65:7,22 69:23 81:6 90:16,18 92:11,13 113:8 122:2 125:9 132:4,15 137:23 140:22 148:8 166:18 207:8 208:4 209:20 235:1 243:7 249:3,21 250:5 250:14 252:3,17 273:1
**understanding** 41:15 118:18 138:15 147:3 209:16 211:11 222:4 243:13,19 268:23 269:2 271:9
**understood** 122:12 231:23 237:7
**uneven** 145:14
**unit** 65:15,19 117:12 176:12 243:17
**United** 1:1 3:14 7:9 8:6,15 164:8 164:13 165:10 183:16 238:2 270:3 274:18
**unless** 237:2 272:8
**unplug** 269:14
**unsafe** 232:20
**until** 82:16 170:5 171:1 200:9,16 245:10 251:10 256:8 268:7
**unusual** 179:15 268:8,8
**use** 30:22 33:14 33:19 34:4 46:17,18 51:17 62:16 64:9 71:4 74:10 76:1 86:16 88:15,21 89:1,5,8,11,16 101:18 102:14 103:1 116:8 120:3 125:6,10 125:17 126:19 127:21 132:19 134:16 136:15 137:2 140:23 141:7 147:19 156:15 164:21 165:4 172:16 180:3 183:23 185:6 199:7 209:3,4,13 212:4,10 219:23 233:11,15 237:11 241:5 254:9 265:14 271:10
**used** 6:6,12 10:19 15:20,23 16:6,7 16:8 29:11 30:19 31:7,18 36:16,16,23 37:2 40:13 44:21 46:5,7,13 46:14 49:7,12 49:15,18 51:13 51:14 52:2 56:20 59:15 63:4,5,7,9 65:1 70:17 71:16 74:4 75:20 76:1 83:13,14 84:2,4 91:4,11 101:10 101:13 102:9,21 105:2,9 107:2 114:7 119:2,9 119:12,17,18,21 119:23 120:17 120:20,21,23 121:4 122:15,20 133:13 139:19 141:9 142:19,21 143:3 169:5,18 173:9 177:13 205:9 208:8 209:16,20 210:8 210:8 211:2,5 211:12,22 233:16 240:4 245:10 256:13 256:15 261:5,10 262:6 266:6,16 266:21 267:1
**user** 125:5
**using** 10:2 11:2 11:18 12:1,8,10 12:19 13:8,15 13:19,21 14:7,9 15:16,18 31:15 37:7,11,18,18 40:23 41:10 43:1 45:5 63:18 65:23 66:4 68:19 70:14 71:7,17 84:20 95:15 101:3,6 112:14 113:2 115:2,14,21 117:6 119:3 122:8 127:4 128:13 131:1 135:21 136:1 137:23 149:5 151:1,13 158:14 160:17 165:7 168:17 174:15 175:13 178:18 182:8 186:9,15 186:19 208:17 212:3 236:16 239:8 249:10 264:2 267:5 268:22 270:16
**usual** 8:17

**usually** 25:20 26:4 213:23 253:19 255:11 257:17 258:9

**V**

**V** 43:5
**vacation** 98:6
**vacuum** 39:8,13 39:19 42:9,11 43:1,10,11 45:11,13,14,20 46:1,2,5,7,12,12 46:14 52:8 62:23 63:1 66:10 68:15 69:11,15 71:22 72:5 77:9,14 120:10,17 121:1 121:8,9,14,16 121:22 122:5,8 122:14,21 123:8 123:9,11,12,14 123:19,21 124:3 124:5 132:20 133:1 137:11,12 137:23 147:19 147:20 148:2,8 148:14,19 149:14 151:21 154:11,15 156:5 162:2,5,16,17 162:20 163:3,6 163:7,19,20 164:1,10,23 165:14 175:2,3 176:3,5,6,8,9,15 176:19,23 177:4 180:16 210:19 210:21 211:1,6 215:19 216:21 217:18 237:7 239:14 244:6,7 244:9,18,21 245:1,3 252:13 252:14 260:22 261:16,19 262:15,20 268:6 268:9 269:19
**vague** 46:21 172:8
**vagueness** 119:6
**valve** 56:15
**various** 37:22 95:15 132:2 133:13 135:22
**ventilation** 127:14,23
**VERNON** 3:23
**very** 16:18 90:13
**vibration** 267:22
**VIC** 3:22
**video** 1:15 60:10 156:18 174:1 274:14
**Videographer** 3:22
**videos** 30:11
**view** 19:16 83:19 192:2
**vision** 96:21 190:6 191:17,18 192:3 193:5
**visual** 125:18 148:17
**visually** 264:10
**vocational** 133:20 133:21
**volts** 124:4
**vs** 1:8 7:6 274:16

**W**

**W** 2:19
**wages** 196:16 197:5
**waived** 6:1,11,19 275:1
**waiving** 6:14
**wake** 255:21 258:4
**walk** 156:21
**wall** 14:20,22 15:2 35:13 53:5 53:7 54:16 61:11,14
**Wallace** 226:5
**Walters** 17:1,2 21:9 23:16 24:7 24:9 31:10 33:13 34:21,23 35:7 37:10 38:11,14 39:17 40:6 46:18 47:1 47:3,6 48:23 49:21 50:16,20 63:20 67:20 69:23 70:10 71:17 72:13 74:4,12 109:9 109:14 136:7,11 136:14 138:7,14 140:8 141:8 142:17 147:17 149:16 157:21 160:17 162:4,19 163:17,17 165:3 167:2 168:20 174:15 176:17 183:9 186:4,22 207:13 232:1,4 232:12,15,19 233:7,8,16,21 239:8,9 240:18 243:20 250:14 266:6,16,20 269:9 270:14 271:21 273:15
**want** 12:15 44:13 48:4 78:17 79:3 91:20,23 136:5 173:7,7 178:23 186:12 193:22 193:22 199:5 231:12,18 234:5 238:21 268:19
**wanted** 37:3 118:9 234:22 245:2 266:14
**wanting** 149:6 223:11
**Ward** 93:16 103:4
**warehouse** 97:16
**warning** 90:8,14 90:15,20 126:8 242:22 243:1
**warnings** 124:19 124:21 125:21 126:5,6,12,15 265:18,21 270:8
**washing** 241:17
**wasn't** 12:5 19:12 24:13 29:20 49:14 56:21 73:21 99:3 100:5 110:23 115:10 118:6 142:15 162:2 163:3,6,8,9 164:23 177:22 195:15 213:12 217:18,21 219:7 221:14,21 223:20,21 224:4 227:12 241:1 270:5
**watch** 32:15,17 32:20 33:5,10 125:17 186:4
**watched** 167:17 256:9
**watching** 155:18 155:19,20 208:19
**water** 47:9 56:15 56:16,23 57:2 57:19 58:4,15 59:9,12 60:11 75:15,20 76:2,8 121:17,19,23 122:4,7 124:6,9 124:10 137:9 145:23 146:3,4 146:6,13 147:3 147:7,7 150:9 150:13,14,15,15 150:22 151:5,12 151:12 154:3 181:12,22 182:10,16,19,20 183:4,5,13,17 184:2,3,8,8,12 184:14 185:4,7 185:9,20,23 186:4,22 209:4 209:16,23 210:5 210:14 214:16 223:14,23 224:2 224:4 227:13 240:4,9,17,20 240:22 241:2,5 241:17 260:21 261:2,6,9,13,16 261:20,23 262:3 262:7,8,11,12 262:13,18,19 271:6,9
**Waters** 163:16
**watertight** 121:11
**way** 12:15 20:21 39:15,20 72:5 72:22 81:20 113:10 116:8 119:7 120:1 144:2 149:10,20 158:8 159:4,16 159:23 160:6,8 161:7 172:18 175:12 187:11 203:12 210:10 213:12 218:22 233:20 235:9,16 236:17 237:8 250:17,20 270:6

272:6
**wearing** 68:20 190:3 191:5,7 272:5,8
**wedge** 165:18 166:18
**Wednesday** 1:22 102:1,4,9,20 274:12
**week** 28:3 30:8 104:7 105:8,9 105:12 107:2 206:5
**weeks** 28:18
**weight** 156:3 161:5 172:2 180:11 221:8,13 225:2,4,7
**welders** 131:2
**well** 11:20 12:13 33:2 43:6 57:14 61:17 64:6 75:13 81:20 82:3 89:4,7 97:13 101:21 102:10 111:13 111:19 115:13 115:16 119:9 122:4,14 126:10 128:13 135:17 141:19 144:21 146:4,20,21 147:2 149:19 155:8 156:15 158:20 159:13 161:13,16 162:8 164:7 166:10 172:8 178:9 179:23 182:8 185:1 187:4,5 193:22 199:13 204:9,16 205:16 208:20 209:12 209:14 217:2,21 218:5 220:12 222:20 229:10 234:2 238:8 243:5 244:6 251:2,7 254:14 255:11 256:23 257:11 264:20 266:13
**went** 18:11 28:21 29:14,16 40:9 99:9 108:15,17 135:11 188:6,7 189:3 194:6 199:18 200:8 205:4 206:5 208:4 210:23 213:1,7 223:16 226:1,1
**were** 9:8 10:2 11:18 12:1,8,10 12:23 13:19 14:2,7 15:12,18 15:20,23 16:12 16:17,19 19:2 20:20 21:3,10 21:13,15 23:13 25:13 26:6,23 28:23 29:18 31:15 32:4 33:7 33:7,18,18,19 33:20 34:1,13 34:18,21,23 36:9,18,19 39:18 40:2,4,7 41:7,9 42:4 43:13 47:10 50:7,19 51:16 55:12,15,23 57:18 60:11,12 60:17,19 63:18 63:23 64:23 65:11 66:5,9,12 66:15 67:5,7,10 67:16,22 68:3,4 68:9,10,11,13 68:19 69:5,9 72:9,11,21,23 72:23 73:5,17 73:23 75:16 76:14 77:8,11 77:19 78:13 79:10 81:21 83:3 87:16 88:23 89:10,15 93:11 94:13,16 94:18,22 95:3,5 96:19 97:9,15 97:17 100:1,8 101:3,6 103:3,8 103:15,18 104:12,15,18 108:6 109:4,6 110:14 112:18 113:2 114:11,15 114:16 115:1,12 118:3 119:3 122:6 123:2,17 123:22 125:4 126:5 128:4 130:9 131:22 133:16 134:22 137:6 140:3 146:5 151:13 152:22 153:8,16 153:19 154:22 160:5 161:4 164:12 171:8,11 171:20 172:1,6 178:6,18 179:4 180:10 182:8,21 183:10 186:9,14 186:18 187:18 187:22 188:19 189:15 190:3,23 191:2,5,11 192:4 194:2 196:14 199:5 200:12,23 201:7 201:10 202:12 202:22 203:3 204:10,12,21 205:19 206:23 209:2,4 210:14 211:11,13,13,22 212:1,3 213:3 218:15,22 225:3 225:5 227:4,9 227:17 229:15 231:9 233:20,21 234:10,13 235:21,22 236:5 236:9,12 240:7 240:14 241:20 242:21,23 243:8 246:11,20 247:2 247:20 248:9,21 249:3,7,10 250:9 252:3 256:11 258:11 268:19,22,23 269:23 270:1,1 270:6,11,16,22 270:22 272:15 272:16
**weren't** 25:15 72:4,20 73:16 132:23 144:1
**West** 1:18 2:14
**Westby** 2:11
**wet** 214:17 215:2 215:6,11,12 241:12 271:6
**wetness** 224:5
**we'll** 44:5 175:20 196:20 199:6 223:8
**we're** 7:13 31:2 34:4 35:5 42:20 44:16 59:20 60:2,6 62:3 84:16 113:19 140:14 143:6 149:20 156:2,7 172:21 173:2 175:13 178:23 179:6 181:15 198:22 222:13 260:10
**we've** 43:17 45:10 53:14 60:9 76:23 138:19 174:1 183:16 204:17 244:1,7 261:4
**whatsoever** 174:3 227:22
**wheeled** 55:15
**wheels** 66:10
**whereabout** 84:13 259:17
**Whichever** 159:4
**while** 40:7 44:12 65:10 73:17 98:9 105:15 108:5 122:23 124:14 125:14 127:16,21 128:10 129:5,15 131:5,7,22 132:18 137:15 150:1 188:19 205:8 206:11 210:14 226:14 246:20 248:23 250:14 251:15 268:22
**white** 226:17 227:2
**whitish** 227:7
**whole** 10:11 22:12 65:15 154:17 171:11 174:13 180:10 224:22
**wide** 146:9,11
**wife** 253:5
**wife's** 253:7
**Winston** 3:15 8:6 8:14 175:18,19
**wire** 179:2,5 221:19

**wiring** 123:15,17
**witness** 6:17,18 10:9 11:11 14:1 16:15 21:20 41:19 42:3 48:6 48:10 56:10 82:22 85:12 107:17 142:22 149:3 153:20 182:17 193:13 209:8 263:19 274:22 275:2
**woke** 255:20
**word** 59:1
**words** 63:23 73:4 74:3 76:4 80:21 111:22 178:17 263:15
**work** 18:6,11,20 21:7,12 24:2 26:23 27:13,18 27:19 28:17 29:14,16,18 33:7 43:19 49:6 64:21 76:3 80:19,20 94:3,8 96:12,14,17 98:8,10 100:4 102:6,11,11,12 102:13 105:22 107:9,23 108:15 108:21 109:10 109:19 118:17 120:7,9 128:3 131:16 133:11 134:20 135:11 137:2 140:8 156:2,6 175:22 177:22 201:15 203:13,13,16 208:5 211:1 214:2 218:4 224:9 228:17,22 233:3 234:11 254:5,12,13 255:12,19,20 257:9,12,15,17 257:20 258:5 271:17,19
**worked** 26:13,15 37:6 95:1 97:11 97:16 98:16 109:3 130:17,19 133:6 247:6 253:16,19 254:16
**workers** 196:5,6 196:23 197:1 230:6
**working** 17:23 24:5 49:19 50:1 52:7 69:16 72:5 83:4 88:19 94:16 96:12 100:1 108:10 122:23 123:2 124:14 125:14 131:8,22 135:19 139:7,9 147:22 148:6,19 162:2 162:13,17,21 163:4,6 164:1 164:10 177:8 191:22 193:6 203:5,17 215:22 217:19 218:2 219:10 222:22 228:19 234:2,18 240:7 246:20 251:17,18 262:11,19 268:10,12 270:13
**workings** 132:11
**workmen's** 196:15
**workplace** 134:13
**works** 28:11 37:4 37:21 125:16 228:18 254:6 255:11
**worry** 198:7
**worst** 205:11,18 220:10
**wouldn't** 13:7,14 25:13 40:23 138:2 153:9 202:11 206:3 239:18 271:15
**wrapped** 78:13
**wrenches** 56:11
**write** 273:2
**writing** 23:19 203:8
**written** 23:19 24:2 206:21 238:8 239:2,13
**wrote** 115:17 242:4

**X**

**X** 4:1 41:11,23 42:1 150:22

**Y**

**yeah** 32:11 42:6 47:15 48:14 54:3 55:16 65:3 66:13 69:4 91:23 94:21 107:15 109:10 110:11 111:2 112:4 117:21 120:8 123:10 126:3 127:19 133:5 136:4 142:3 146:12 151:11,18 152:21 153:7 154:17 155:3,15 166:6,14 169:22 179:4,13,20 181:9 184:19 187:20 192:20 196:7 197:16 211:13 215:12 221:21 223:20 224:17 226:15 242:2 244:1 256:13 258:3
**year** 192:14,18,19 193:10 199:22 226:1
**yearly** 192:23 265:10
**years** 92:17 93:20 125:14 135:20 248:21
**yellow** 126:16
**y'all** 23:13 33:7 34:6 91:23 151:21 154:10 154:18 210:5 213:3 214:2 217:12 218:22 220:23 221:7,7 222:7 223:5,15 223:16 224:2,11 227:3 234:10 236:5 268:14

**Z**

**Zinszer** 3:10
**zip** 93:1,9,17,23

**0**

**001** 9:16,22
**002** 10:11 62:18
**003** 10:12
**004** 10:15
**005** 10:19
**006** 11:1
**007** 15:15
**008** 16:11
**009** 19:2
**01** 244:5
**010** 9:16 19:16,20 20:11
**03** 101:5 194:19 195:9
**04** 99:23 193:18 195:17 260:3

**1**

**1** 4:11 9:11 13:13 13:17 14:8 19:18,21 20:12 57:13 58:11 59:9 62:15 84:17 244:5,18 245:7
**1:00** 32:8
**1:05** 1:9 7:9 274:18
**1:25** 92:2
**10** 4:11 9:11 19:21 20:18 38:13 171:6
**10:00** 256:6,8
**10:35** 1:22
**10:36** 7:16
**100** 92:23 93:5
**104** 93:16 103:4
**11** 4:13 22:6,19 22:21 34:14 35:19 39:4
**11:00** 17:13 23:13 29:16 32:1 49:3 49:4 255:19 258:6
**112** 5:6
**12** 4:15 41:2,5,8 75:8 98:23,23
**12.25** 99:9 100:8
**12:30** 92:2
**120** 124:4
**13** 54:4,7,14
**13-15** 4:16
**14** 54:4,11,14
**14th** 92:19
**14.25** 94:14 95:5 98:20 99:9
**14.50** 98:1
**140** 5:7

**15** 38:13 54:4,12 54:14 171:6
**16** 246:1,7
**16-18** 4:18
**163** 1:18
**17** 246:1,7
**17th** 2:13
**1707** 3:4
**18** 246:1,7
**181** 5:9
**182** 93:23
**186** 93:8
**19** 4:19 85:18,21 86:1,2,10,23 90:6
**1976** 92:19
**199** 4:4

**2**

**2** 13:13,17 14:8 57:13 58:7 62:21 84:17
**2:00** 32:8,9,10,13 32:17 33:6 101:20
**20** 4:21 53:17 87:5,6,8 90:4 148:11 177:19 178:2 236:14,15 236:20,23 270:2
**2000** 3:17
**2003** 9:2 10:3 12:2,3 13:1,3 18:9,10 101:9 102:16 104:8 113:3 118:22 185:21 204:18 267:2
**2006** 1:22 7:13 274:12 275:6
**204** 3:18
**21** 4:22 87:21 88:1 90:2 229:6
**21st** 1:22 7:13 274:12
**2117** 3:11
**22** 4:14 247:9,12
**22-24** 5:1
**225** 4:4
**23** 247:9,12
**231** 4:5
**238** 5:10
**24** 247:9,12
**246** 4:5,18
**247** 5:1
**248** 5:3
**25** 53:17 148:12 248:2,5
**25th** 18:14,21 28:4
**25-27** 5:2
**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** 92:21
**26** 248:2,5
**26th** 101:21
**260** 4:6 5:13
**262** 5:12
**267** 4:6
**268** 4:7,7
**27** 248:2,5
**27th** 101:16,22 275:6
**272** 4:8
**273** 4:8 274:20
**28** 5:4 89:21,22 243:1
**28th** 10:3 12:2 13:1 18:9,16
**29** 5:5 101:9,19 103:14 112:8,9 112:10,22 113:3 114:4,6 118:22 185:21 267:2
**29th** 3:4 9:2 12:3 13:2 18:10,17 32:10,18

**3**

**3** 84:6
**30** 5:7 25:21 82:9 92:17 140:19,20 173:7 177:20 178:2 236:14,15 236:21
**30308** 2:15
**31** 5:8 181:3,6 185:21 186:8
**32** 5:10 238:20
**33** 5:11 262:22 263:2
**334** 93:4
**34** 5:13 260:14,20 261:19
**35203** 3:12
**35209** 3:5
**35243** 2:22
**36109-5413** 3:19
**36301** 93:2
**36302** 2:7
**36310** 93:10

**4**

**4** 84:6 85:14
**4:55** 273:23
**41** 4:15
**43548** 2:21

**5**

**5** 114:3
**50** 177:15
**54** 4:17
**5971301** 197:7

**6**

**6** 83:18
**600** 2:14

**7**

**7** 16:3 83:11
**7:00** 17:19
**718-5073** 93:4
**75** 225:7
**750** 93:23

**8**

**8** 4:3 271:5
**8.50** 94:12,19,20 95:8
**8/28/03** 88:9
**8:00** 255:22 258:5
**80** 225:8
**800** 164:12
**82** 93:8
**84** 94:5
**85** 4:20
**87** 4:21,23
**89** 5:4

**9**

**9** 4:12 20:12
**9:00** 255:22
**92** 4:3
**927** 2:6
**94** 134:7
**95** 134:7 135:1
**97** 130:11 135:1