

**EXHIBIT**

Mr. Riley - 001







EXHIBIT

Mr. Riley - 003



EXHIBIT
Mr. Riley – 004



EXHIBIT
Mr. Riley - 005



EXHIBIT
Mr. Riley - 006





EXHIBIT
Mr. Riley - 007



EXHIBIT
Mr. Riley - 008



EXHIBIT
Mr. Riley - 009



EXHIBIT

Mr. Riley - 010