



EXHIBIT
Mr. Riley - 012