

Case 1:05-cv-00994-MHT-SRW  Document 81  Filed 09/26/2006  Page 1 of 1

Exhibit sticker: Mr. Riley - 022

EXHIBIT
Mr. Riley - 022