

EXHIBIT

Mr. Riley - 018



**United Rentals**

| READY TO USE | |
|---|---|
| Customer Vehicle License & Description | |
| Equipment # | Meter/Hour |
| Description: | Fuel Out: |

**THE SAFETY AND PERFORMANCE OF THIS EQUIPMENT HAS BEEN VERIFIED.**

I am responsible for routine service and cleaning. As user of this equipment, I understand the correct operation and function of the controls and confirm that I have received adequate instruction, and acknowledge the safety sheet, to enable myself and/or my crew to use the equipment in a safe and proper manner without risk to injury.

| Customer Signature | Date |
|---|---|
| Checked Out By | Date |

**CHECK OUT**

EXHIBIT

Mr. Riley - 019