Mathew Riley
DOL - 8-29-03
Reported to Mike @ United Rentals
Maint Dept.
On Job 3 days
Location - wall next to Line 3 Roaster
Duty - Drilling hole in floor
Went to Flowers Hosp.

Winston

EXHIBIT
MR. Riley

ACCIDENT REPORTING AND TREATMENT FORM (ART Form)    CASE # AKK 2511

NUTCRACKER BRANDS, INC., 26 COOK STREET, BILLERICA, MA 01821

**To be filled out by Supervisor and Employee:**

Name: Mattew Riley
M/F: M
Age: ―
Soc. Sec.#: 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
Home Address: 104 Ward St., Abbeville, AL 36310

Date of Report: 8/29/03
Department: Maint.
Regular Job: YES - NO
Time at Regular Job: < 1 week (3 days)
Exact Location of Accident: Wall next to Line 3 roaster (at sink)

Date & Time of Injury: 8/29/03 ~0005 a.m./p.m.
Specific Job at Time of Accident: Drilling holes in floor
Employee Instructed in this job? YES - NO
D.O.B. 5-14-76

List Safety equipment required for the job. List equipment worn when injured. gloves / gloves

Doctor Visit? X Yes ___ No

Date of Dr. Visit: 8-29-03
Name of Medical Provider: Flowers Hospital

**To be filled out by Supervisor:**

In your opinion, from your investigation of the incident, what was the principle cause of the injury/illness? Drill hung on floor, spun employee around until he fell, then hit him

**To be filled out by Employee:**

Employee Statement: In sequence, describe what occurred: (1) Person's location and position. (2) What employee was doing. (3) What occurred to trigger the accident. (4) The type of accident/injury/illness/damage. Part of body injured, be specific.)

_____
_____
_____
_____
_____

Is this an aggravation of a previous treatment?   Yes ____   No ✓
Have you ever had a similar injury?   Yes ____   No ✓

By signing this form, I agree that the above comments, to the best of my knowledge, describe the cause of and resulting injury. Should this result in a Workers' Comp claim, I approve of the release of all medical information to my employer and/or Travelers Insurance (representative of employer) as a result of treatment by any physician or medical facility involved with this case. A copy of this form will serve same as the original.

Employee Signature _____   Date _____

(Print Name) _____



EXHIBIT
2 Mr. Tew

```
MEDICAL PROVIDER - Fax to (978) 667-8596
Where was the employee taken for initial treatment? _____  Arrival Time _____
Nature of Injury: [ ] New Injury  [ ] No injury/illness found  [ ] Recurrence/aggravation of existing condition
Type of Injury _____  Body Part Injured _____
Dominant Hand [ ] R [ ] L
```

| Recommendations FOR WORK | LIFTING LIMITED TO | CARRYING LIMITED TO | PUSHING/PULLING LIMITED TO | POSITION LIMITATIONS |
|---|---|---|---|---|
| [ ] Regular Work | [ ] 10 lbs | [ ] 10 lbs | [ ] 10 lbs | [ ] No repetitive Body Motions (list body part) |
| [ ] Transitional Duty | [ ] 20 lbs | [ ] 20 lbs | [ ] 20 lbs | |
| [ ] No Work | [ ] 30 lbs | [ ] 30 lbs | [ ] 30 lbs | [ ] No reaching above shoulders |
| | [ ] 40 lbs | [ ] 40 lbs | [ ] 40 lbs | [ ] No reaching below knees |
| | [ ] 50 lbs | [ ] 50 lbs | [ ] 50 lbs | [ ] No exposure to substances (specify) |
| | [ ] No lifting | [ ] No Carrying | [ ] No Pushing/Pulling | |
| | [ ] Limited to ___ times per hour | [ ] Limited to ___ times per hour | [ ] Limited to ___ times per hour | [ ] Sitting/Standing limited to ___ hours per day |
| | | | | [ ] No Climbing |
| | | | | [ ] Not to Drive Vehicles |

```
Treatment and Comments: _____

Patient Disposition:
[ ] Return to Supervisor, no modifications needed    [ ] Return to Supervisor with modifications (above) for ___ days
[ ] Return to Supervisor, send home (Employee can return to work on _____ (date)
Follow-up appointment on _____ with _____
Medical Provider Signature _____  Date _____
```

### RETURN TO WORK - To be completed by the employee and his/her supervisor
The above restrictions (if applicable) have been reviewed and the employee:
[ ] Has been placed in an appropriate transitional-duty position    [ ] Returned to full duty, no modifications
[ ] Cannot be accommodated at this time    [ ] Refused transitional duty
[ ] Was sent home per medical instructions    [ ] Did not return to work
Supervisor _____  Date _____
Note:  To facilitate the best care for your employee, the supervisor must also adhere to the above restrictions.

To be filled out by Supervisor:
Put an X on the line (s) responsible for contributing to the accident.
__ Unaware of job hazard        __ Unable to judge nature of indirect causes    __ Tried to gain/save time
__ Inattentive of hazards        X  Low level of job skill                      __ Other _____
__ Unaware of safe method        __ Tried to avoid extra effort

Put an X on the line (s) responsible for any unsafe condition that contributed to the accident.
__ Inadequate ventilation        __ Faulty construction         __ Exposure to extreme temp.
__ Congestion - lack of space    __ Unable to determine cause   __ Worn out from normal use
__ Inadequate illumination       __ Poor housekeeping           X  Other  no safety switch on drill

### PREVENTIVE AND CORRECTIVE ACTION -
Put an X on the line (s) in which action was taken to prevent recurrence.  Mark with a (P) on Planned Corrective Actions that have not been carried out yet.
__ Re-instruction of persons involved      __ Action to improve design           __ Reprimand of employee
__ Action to improve construction          __ Discipline of persons involved     X  Installation of guard or safety device
__ Improved Personal Protective Equipment  __ Permanent reassignment of person
__ Action to improve inspection process    __ Order job safety analysis          __ Other _____

Describe details of primary corrective action for disabling injury or near-disabling injury accident.
Immediate Supervisor _____  Date _____
Reviewed by Prod. Manager _____  Date _____
Reviewed by V. P. Operations _____  Date _____


EXHIBIT
3  Ma Tien

# STATEMENT

Date: 8/29/03

Re: Supplemental accident report/ Mathew Riley

In the early morning of 8/29/03, at approx 0005 hrs, I observed Mathew Riley drilling a hole in the concrete floor in front of the proposed sink placement at line #3 processing. At this time, a sanitation attendant, Arron Myers, was assisting him. Mr. Riley was standing on the drills flat sides to give extra downward pressure. The drill snagged, and spun with Mr. Riley holding on to it. The drill and Mr. Riley completed approx 4 revolutions until he lost his grip and fell to the floor. Because there were not any installed safety release switches on the machine, the drill spun around making one final revolution before becoming dislodged from the floor. The drill then struck Mr. Riley in the head with considerable force. I then called 911. Response time was approx 10 minutes.

James Mason
*/s/ James Mason*
Sanitation Manger
Flavor House


EXHIBIT

August 29, 2003

Accident investigation of Mathew Riley.

Donald Cody told me that he didn't understand why the sheer pin did not break on the drill when it hung up. He said the drills he has rented in the past would have brass sheer pins in it along with extra sheer pins in a bag.

Donald suggested looking at the sheer pin and seeing if it had been replaced with a different type of pin. Donald and I started taking the drill shaft loose to check on the pin. Donald Cody, Ricky Smothers, Adam Hall, Harold Mixon, Roy Donley, and myself were standing at the drill when we took the shaft loose. We discovered there was no sheer pin in the shaft. This was a straight shaft and was not designed for a pin. The drill was then put back together.

*Kenneth Tew* (signature)
Kenneth Tew



August 29, 2003

I talked to Mike Waters at United Rentals to let him know about the accident involving his company's drill. I told him we suspected the sheer pin and that we had looked at the shaft and discovered that there was no sheer pin in the shaft. I told him it looked to be a straight shaft and was not designed for a sheer pin.

He told me that he was not familiar with the machine that was delivered to us but that all of the drills were suppose to have sheer pins. He stated that he would notify his company's risk management department and that they would notify us soon.

*Kenneth Tew* (signature)
Kenneth Tew


EXHIBIT

August 29, 2003

Mike Waters from United Rentals came by to see the drill and the location where the accident happened. I showed him the drill that was in the maintenance shop. Then took him in the plant to show him the accident site.

While in the plant he asks why the drill was moved from the accident location. I told him this was a food plant and the blood and machinery had to be moved out for sanitation. He also asks who had touched the drill since the accident. I told him the maintenance men that removed it from the location and the maintenance men that had looked for the sheer pin.

*Kenneth Tew*
Kenneth Tew


EXHIBIT

I came in Friday morning the 29th of August and Mike Walters told me they had an acident on 3rd shift. He told me that Mathew Rilly was drilling a hole in the floor and the drill hung up spun around and hit him in the head.

So I had suspected that the shere pin had probly bin replaced with a bolt or harden pin of some kind. Me and Mike whent to look at it but could not get it apart. Told Mike I would look at it later. So at about 6:35 am me Karrel + Roy, Clay took the core drill off to look at pin. Know pin was found or could not see where one whent. There was a hole in the shaft it looked like it was for the water to cool the blade while running. Other than that it looked like a soled shaft.

Donald Cody
9-2-03



EXHIBIT