

**EXHIBIT**
MR. Mixon
①

**United Rentals**

| READY TO USE |
|---|
| Customer Vehicle License & Description |

| Equipment # | Meter/Hour |
|---|---|
| 502881 | |

| Description: | Fuel Out: |
|---|---|
| Coredrill | |

**THE SAFETY AND PERFORMANCE OF THIS EQUIPMENT HAS BEEN VERIFIED.**

I am responsible for routine service and cleaning. As user of this equipment, I understand the correct operation and function of the controls and confirm that I have received adequate instruction, and acknowledge the safety sheet, to enable myself and/or my crew to use the equipment in a safe and proper manner without risk to injury.

| Customer Signature | Date |
|---|---|
| | |

| Checked Out By | Date |
|---|---|
| | |

**READY TO RENT**