IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05cv994-T |
| vs. ) | |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), Inc. et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF FILING OUT OF TIME CERTAIN PLAINTIFF'S RESPONSE, EVIDENTIARY SUBMISSIONS AND SUPPORTING BRIEF IN OPPOSITION TO DEFENDANT UNITED RENTALS MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff in the above-styled matter and submits his Notice, and showing of good cause of Filing his Response, Brief in Support and Evidentiary Submissions in Opposition to Defendant United Rentals' Motion for Summary Judgment outside the allotted time, and state the following:

1. On August 31, 2006, Defendant United Rentals and Gast, Inc., submitted their respective Motions for Summary Judgment.

2. Pursuant to the Court's Order, Plaintiff's response, brief and evidentiary submissions to these Motions were due September 25, 2006.

3. On Monday evening, September 25th, Plaintiff attempted to e-file his responses. Plaintiff successfully e-filed Plaintiff's Response to Defendant Gast's Motion for Summary Judgment and Notice of Settlement of claims against that defendant, using the authorized automated e-file system. However, Plaintiff made repeated attempts to e-file Plaintiff's Response to Defendant United Rentals' Motion for Summary Judgment, Plaintiff's supporting brief and evidentiary

material, but was unable to successfully complete the transaction, receiving error messages from the Court E-file System.

4. In an effort to timely file, Plaintiff then attempted to directly e-mail Plaintiff's Response, Brief and Evidentiary Submissions to Ann Roy, a Deputy Clerk of Court. On this morning (September 26th), Ms. Debbie Yates, with the Clerk of Court, confirmed receipt of our e-mail to Ann Roy on Plaintiff's Response and Brief in Support. However, Plaintiff's evidentiary submissions were returned as undeliverable due to Ms. Roy's e-mail box being full.

5. On this morning (September 26th), Plaintiff attempted to complete the filing, or confirm what had been filed and what had not been received so that filing could be completed, and was advised by the Clerk of Court to submit the evidentiary material not received by conventional mail, due to the difficulties in the E-file system handling the filing.

6. The following exhibits have been electronically filed with the Court as attachments to Document 61 (Plaintiff's Brief in Support of Plaintiff's Response in Opposition to Defendant United Rentals' Motion for Summary Judgment):

| Document | Exhibit |
|---|---|
| Document 63: | Exhibit 1 (a) Walters Depo |
| Document 64: | Exhibit 1(b) 1 |
| Document 65: | Exhibit 1(b) 2 |
| Document 66: | Exhibit 1(c) |
| Document 67: | Exhibit 1(d) 1 |
| Document 68: | Exhibit 1(d) 2 |
| Document 69: | Exhibit 1(d) 3 |
| Document 70: | Exhibit 1(d) 4 |
| Document 71: | Exhibit 2 John Frost Report |
| Document72: | Exhibit 3 Don Shaver Report |
| Document 73: | Exhibit 4(a) Riley Depo |
| Document 74: | Exhibit 4(b) |
| Document 75: | Exhibit 4(c) |
| Document 76: | Exhibit 4(d) |
| Document 77: | Exhibit 4(e) |
| Document 78: | Exhibit 4(f) 1 Riley Exhibits |
| Document 80: | Exhibit 4(f) 2a |

| | |
|---|---|
| Document 82: | Exhibit 4(f) 2b1 |
| Document 83: | Exhibit 4(f) 2b2 |
| Document 81: | Exhibit 4(f) 2c |
| Document 79: | Exhibit 4(f) 2d |
| Document 89: | Exhibit 5 Mixon Depo Exhibits |
| Document 84: | Exhibit 6(a) 1 Kennedy Depo |
| Document 85: | Exhibit 6(a) 2 |
| Document 86: | Exhibit 7(a) Tew Depo |
| Document 87: | Exhibit 7(b) |
| Document 88: | Exhibit 7(c) with Exhibits |
| Document 90: | Exhibit 8 Cody Depo |

7.  The following documents were not submitted electronically to the Court, pursuant to the instruction of the clerk:

Exhibit 4 pages 21 – 61 of Riley's Deposition Exhibits

Exhibit 6 pages 21-47 of Kennedy's Deposition and Exhibits

WHEREFORE, Plaintiff requests this Honorable Court to accept his Filing Out of Time, for good cause shown, by conventional means pursuant to Clerk of Court instructions.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 26th day of September, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

                                            /s/ Joseph D. Lane
                                            **OF COUNSEL**