IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED RENTALS (NORTH )<br>AMERICA), Inc., et al., )<br>)<br>Defendants. ) | Case No.: 1:05cv994-T |

**NOTICE CONCERNING SETTLEMENT CONFERENCE
AND PROPOSED MEDIATION**

Pursuant to this Courts Scheduling Order of November 28, 2005, please allow this to serve as notice that all parties of record in the above-styled action have engaged in good faith settlement negotiations as follows:

1. Plaintiff and Defendant Milwaukee Electric Tool Corporation reached a compromise settlement of the claims against Defendant Milwaukee on September 15, 2006.

2. Plaintiff and Defendant Gast Manufacturing reached a compromised settlement of the claims against Defendant Gast on September 20, 2006. A Notice of Settlement was previously filed September 25, in conjunction with Plaintiff's Response to Defendant Gast's Motion for Summary Judgment.

3. On September 20, Plaintiff and Defendant United Rentals (North America) Inc., engaged in settlement negotiations and discussed issues in the case

related to liability and damages. Plaintiff agreed to submit a formal demand pursuant to discussions in the settlement conference and Plaintiff has suggested mediation with this Defendant. See Attached Letter RE: mediation.

4. On September 20, Plaintiff and Intervenor RalCorp Holdings discussed the status of the Worker's Compensation lien and agreed to continue discussions as settlement negotiations progressed.

5. Plaintiff and Defendant Saint-Gobain engaged in settlement negotiations on September 21. Liability and damage issues were reviewed. Plaintiff agreed to submit a formal demand pursuant to discussions in the settlement conference and Plaintiff and Defendant Saint-Gobain agreed to attempt to mediate the claims in this matter. See Attached Letter RE: mediation.

6. The remaining parties are continuing settlement discussions and are in agreement to attempt to mediate the remaining claims in this matter in good faith.

**RESPECTFULLY SUBMITTED** this 26th day of September, 2006.

/s/ Joseph D. Lane
**JOSEPH D. LANE (LANE9991)**
Counsel for Plaintiff, Matthew Riley
**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**
P. O. Box 927
Dothan, AL 36302
(334) 793-1555

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 26th day of September 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Associates, P.C.
201 Beacon Parkway West, Suite 317
Birmingham, Alabama 35209

Eugene P. Stutts, Esq.
Spain & Gillon, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203

W. Scott McGarrah, III, Esq.
McGarrah & Davenport, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308                    /s/ Joseph D. Lane
                                          **OF COUNSEL**

# THE COCHRAN FIRM

163 WEST MAIN STREET • POST OFFICE BOX 927 • DOTHAN, ALABAMA 36302
TELEPHONE: (334) 793-1555 • FAX: (334) 793-8280
WWW.COCHRANFIRM.COM

September 21, 2006

C. Winston Sheehan, Jr., Esq.  **Via Email and Facsimile**
Ball, Ball, Matthews & Noval, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
600 W. Peachtree Street NW
17th Floor
Atlanta, GA 30308

*RE: Matthew Riley v. United Rentals Inc. et al.*

Dear Messrs.:

In our discussions this week, it appears that there is an interest in mediating this case. I have contacted the office of Sirote & Permutt and inquired about the availability of Marty Van Tassel and Mike Maddox. Mike Maddox is available on the following dates:

October 2nd, 4th, 6th
October 11th, 12th, 16th, 17th
October 18th, 24th, and 27th

Marty Van Tassel will be available November 2nd, 3rd, 13th or 16th. Please advise of your availability and preference for any of these options upon receipt of this facsimile so that we can lock in a date. We will be happy to mediate in Birmingham, Montgomery or Dothan.

Sincerely,

THE COCHRAN FIRM

Joseph D. Lane

JDL/tas
cc: Mike Maddox, Esq.
    Marty Van Tassel, Esq.
    Bob Beauchamp, Esq.