IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERCIA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT UNITED RENTAL (NORTH AMERICA), INC.'S
MOTION FOR LEAVE TO AMEND ANSWERS AND TO ASSERT
ADDITIONAL AFFIRMATIVE DEFENSES**

**COMES NOW** the Defendant, United Rentals (North America), Inc., and respectfully request leave to amend its previously filed Answer. This Motion is based upon the notification by the attorney for Plaintiff, Matthew Riley, that he has recently reached a settlement with two of the co-defendants in this action. Attached hereto is a Second Amended Answer.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

       I hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Joseph T. Brasher
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308

Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927

W. Scott McGarrah, III
McGarrah & Davenport, P.C.
PO Box 43548
Birmingham, AL 35243

Robert H. Sprain, Jr.
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209

Eugene P. Stutts
Spain & Gillon, L.L.C.
2117 Second Avenue, North
The Zinszer Building
Birmingham, AL 35203

                                /s/ C. Winston Sheehan, Jr.
                                OF COUNSEL