IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERCIA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

## SECOND AMENDED ANSWER

**COMES NOW** the Defendant, United Rentals (North America), Inc., and amends its Answer to the Complaint to add an additional defense. Defendant adopts and incorporates its previous Answer and Affirmative Defenses to Plaintiff's Complaint as if fully set forth herein.

## THIRTY-EIGHTH DEFENSE

This Defendant pleads the Release entered into by and between the Plaintiff and Milwaukee Electric Tool Corporiation and Gast Manufacturing, Inc. and reserves the right to treat this matter as a post-judgment set off, or in the alternative, to request the Court to instruct the jury as to the amount of the settlement.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

- **Joseph T. Brasher**
  jbrasher@hwaalaw.com

- **Teresa Davidson Davenport**
  tdmcgdav@bellsouth.net

- **John Aaron Earnhardt**
  jearnhardt@mcglaw.com

- **Joseph Davie Lane**
  jlane@cochranfirm.com jdavidlane@aol.com

- **W. Scott McGarrah, III**
  mcgdav@bellsouth.net

- **Mitesh Bansilal Shah**
  mshah@mcglaw.com

- **Robert H. Sprain, Jr**
  rhs@sprainlaw.com

- **Eugene P. Stutts**
  eps@spain-gillon.com clb@spain-gillon.com

/s/ C. Winston Sheehan, Jr.
OF COUNSEL