IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv994-MHT |
| | ) | |
| UNITED RENTALS (NORTH AMERICA), Inc., et al., | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion for leave to amend answer, etc. (doc. no. 93) is set for submission, without oral argument, on October 11, 2006, with all briefs due by said date.

DONE, this the 29th day of September, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE