IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: 1:05 CV-994-W |
| ) | |
| UNITED RENTALS, INC.; ) | |
| SAINT-GOBAIN ABRASIVES, INC., ) | |
| formerly dba Clipper Manufacturing ) | |
| Company, Inc., and dba Norton ) | |
| Construction Products; GAST ) | |
| MANUFACTURING, INC., a Unit of IDEX ) | |
| CORPORATION, and formerly ) | |
| dba GAST MANUFACTURING., ) | |
| MILWAUKEE ELECTRIC TOOL ) | |
| CORPORATION and fictitious ) | |
| defendants ABC, DEF, GHI, JKL ) | |
| and MNO. ) | |
| ) | |
| Defendants. ) | |

## PRO-TANTO STIPULATION OF DISMISSAL

COMES NOW the Plaintiff in the above-styled cause, by and through his undersigned counsel of record and advises the Court that a settlement agreement has been reached between Plaintiff and Defendant, Milwaukee Electric Tool Corporation, in regard to the claims pending in the above-referenced action.

WHEREFORE, the Plaintiff and Defendant, Milwaukee Electric Tool Corporation do hereby mutually agree that this action shall be dismissed, with prejudice, each party to bear its own costs.

Attorney for Plaintiff, Matthew Riley

By: Joseph D. Lane
Cochran, Cherry, Givens,
Smith, Lane & Taylor, P.C.
163 West Main Street
Dothan, Alabama 36302
(334) 793-1555