IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MATTHEW RILEY,                    )
                                  )
    Plaintiff,                    )
                                  )    CIVIL ACTION NO.
    v.                            )      1:05cv994-MHT
                                  )          (WO)
UNITED RENTALS (NORTH             )
AMERICA), Inc., et al.,           )
                                  )
    Defendants.                   )
```

**JUDGMENT**

Pursuant to the stipulation of dismissal (doc. no. 96), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice as to the claims between plaintiff Matthew Riley and defendant Gast Manufacturing, Inc., with the parties to bear their own costs.

It is further ORDERED that defendant Gast Manufacturing, Inc.'s motion for summary judgment (doc. no. 49) is denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 3rd day of October, 2006.**


                    <u>  /s/ Myron H. Thompson  </u>
                    **UNITED STATES DISTRICT JUDGE**