IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY,                          ) | |
|                                         ) | |
|     Plaintiff,                          ) | |
|                                         ) | CIVIL ACTION NO. |
|     v.                                  ) | 1:05cv994-MHT |
|                                         ) | |
| UNITED RENTALS (NORTH                   ) | |
| AMERICA), Inc., et al.,                 ) | |
|                                         ) | |
|     Defendants.                         ) | |

ORDER

It is ORDERED that the motion for leave to amend (doc. no. 93) is granted.  How the court will handle the new defenses, including how the court will charge a jury, is not resolved by this order.

DONE, this the 12th day of October, 2006.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE