IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 1:05cv994-MHT |
| UNITED RENTALS, INC., et al. | ) |
| Defendants. | ) |

**DEFENDANT SAINT-GOBAIN ABRASIVES, INC.'S
MOTION FOR LEAVE TO AMEND ANSWER AND TO ASSERT ADDITIONAL
AFFIRMATIVE DEFENSES**

COMES NOW the Defendant, Saint-Gobain Abrasives, Inc., and respectfully requests leave to amend its previously filed Answer. This Motion is based upon the notification by the attorney for Plaintiff, Matthew Riley, that he has recently reached a settlement with two of the co-defendants in this action. Attached hereto is a Second Amended Answer.

_____
Robert H. Sprain, Jr. (ASB-4177-A38R)
Attorney for Saint-Gobain Abrasives, Inc.

**OF COUNSEL:**
SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, Alabama 35209
Phone:    (205) 802-7037

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filings to the following:

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
Post Office Box 927
Dothan, Alabama 36302

W. Scott McGarrah, Esq.,
MCGARRAH & DAVENPORT, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

C. Winston Sheehan, Jr., Esq.
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Eugene P. Stutts, Esq.
SPAIN & GILLION, LLC
The Zinszer Building
2117 2nd Avenue North
Birmingham, Alabama 35203

Joseph T. Brasher
HAMILTON, WESTBY, ANTONOWICH & ANDERSON
600 West Peachtree Street, NW
Suite 2400
Atlanta, Georgia 30308

This the 12 day of October, 2006.

_____
OF COUNSEL

2