IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | **Case No.: 1:05cv994-T** |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
|     **Defendants.** ) | |

**PLAINTIFF'S NOTICE OF ENGINEER EXPERT WITNESS LICENSE STATUS
AND MOTION FOR ADDITONAL TIME**

    COMES NOW Plaintiff in the above-styled matter and pursuant to the Court's Order of September 15, 2006 submits his notice of engineer expert witness license status, and request additional time to complete the licensing requirements and states the following:

    1.    The status of Expert Engineer witness, Donald R. Shaver is evidenced in his affidavit attached as Exhibit 1.

    2.    Donald Shaver currently has a contingent license up through October 20, 2006, to practice engineering in the state of Alabama. He has submitted documentation for consideration for a permanent license. His permanent license is pending board approval. The Board was scheduled to meet October 12th, and a decision is expected shortly thereafter concerning his permanent Alabama license.

    3.    The status of Expert Engineer witness, John C. Frost is evidenced in his affidavit attached as Exhibit 2.

4.  John Frost is in the process of applying for his permanent Alabama registration. John Frost will have his application completed on or before November 17th. The decision on his application for permanent license is expected by December 8th, 2006.

5.  The status of Expert Engineer witness, Roger E. Davis is evidenced in his affidavit attached as Exhibit 3.

6.  Roger Davis currently has a contingent license up through October 20, 2006, to practice engineering in the state of Alabama. He has submitted documentation for consideration for a permanent license. His permanent license is pending board approval. The Board was scheduled to meet October 12th, and a decision is expected shortly thereafter concerning his permanent Alabama license.

WHEREFORE, in order to comply with the licensing requirements of the Alabama Board governing the practice of engineering in this state, Plaintiff request, on behalf of his current expert engineers, an additional 60 days to complete the Board's requirements and receive permanent licenses, with modifications to the current scheduling order to allow discovery after licensing requirements have been met.

Respectfully submitted this 13th day of October, 2006.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by facsimile and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 13th day of October, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

                              /s/ Joseph D. Lane
                              **OF COUNSEL**