IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:05cv994-T |
| vs. | ) |
| | ) |
| UNITED RENTALS (NORTH | ) |
| AMERICA), Inc. et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF DONALD R. SHAVER, P.E.

Comes the affiant, Don Shaver who being sworn, deposes and says upon personal knowledge as follows:

1. I am a licensed professional engineer in the State of Georgia. My Georgia License Number is 018807

2. I hold a Bachelors degree in Textile Engineering from the Georgia Institute of Technology

3. My CV/Resume is attached as Exhibit "A"

4. I currently **hold "CONTINGENT LICENSE # C-06-404** in the State of Alabama as a result of my Comity application submitted to the Board of Licensure for Professional Engineers and Land Surveyors. My application was accepted based upon the "Model Law" in Alabama for applicants licensed in another state, where that licensure status has been confirmed along with appropriate Engineering experience and education. The Board will decide on **October 12, 2006** on whether the permanent licensure will be granted or deferred pending additional information.

5. A copy of the notice advising of the CONTINGENT LICENSE is attached as EXHIBIT "B"

1

6. My Licensure status in Alabama will be updated when appropriate to the Court in Supplemental Affidavits

**FURTHER THIS AFFIANT SAYETH NOT.**

_[signature]_
DONALD R. SHAVER, P.E. SHAVER
GA LICENSE 18807, PRACTICING IN ALABAMA UNDER CONTINGENT LICENSE NUMBER C-06-404

_[Georgia Professional Engineer seal]_

Ga License Expires 12/31/2006

**STATE OF ALABAMA** )
 )
**COUNTY OF HOUSTON** )

Subscribed and sworn to before me this the 12th day of October

_[signature] Jessie Stevenson_
NOTARY PUBLIC

My Commission Expires: 09/22/08

EXHIBIT "A"

**DONALD ROBERT SHAVER, P.E.**
P.O. BOX 29092
ATLANTA, GEORGIA 30359
PHONE (404) 636-9914          FAX (404) 636-8772

## OVERVIEW

Donald R. Shaver is a Registered Professional Engineer. He is licensed and qualified to practice Mechanical Engineering in the State of Georgia. State of Georgia Registration Number: 18807 He has testified in The State and Superior Courts of Georgia as well as Recorder's Courts, Mediations, Arbitrations and Depositions. Additional Expert Testimony has been rendered in various state and Federal Court jurisdictions in South Carolina, Tennessee, Alabama, Mississippi and Louisiana

## EDUCATION

Donald R. Shaver is a graduate of the Georgia Institute of Technology with a Bachelors of Textile Engineering.

## Course work included:

- Three Quarters of College Calculus Based Physics
- Mechanics of Deformable Bodies
- Six quarters of Calculus and Differential Equations
- College Chemistry
- Statics (Vector Mechanics for Engineers)
- Dynamics (Kinematics and Kinetics of Rigid Bodies in plane motion)
- Kinematics and Dynamics of Linkages
- Materials Science
- Polymer Science and Engineering
- Fiber Reinforced Materials (Composites)
- Engineering Graphic
- Written and Oral Communication in Science Business and Industry
- Fluid Mechanics (Hydraulics)

- Thermodynamics
- Quality Control
- Electrical Engineering

## CONTINUING EDUCATION:

- MOTOR VEHICLE ACCIDENT RECONSTRUCTION, *Society of Automotive Engineers, Detroit Michigan, February,1994*

- SOCIETY OF AUTOMOTIVE ENGINEERS CONGRESS, *Attended Presentation of Accident Reconstruction Papers, Exhibit Floor and various Standards Committee Meetings 1994,1996,1998,1999 and 2005*

- MECHANICAL ENGINEERING PRINCIPLES, *Georgia Institute of Technology, Atlanta, Georgia, September, 1989*

- HYDROLOGY, *Southern Technical Institute, Marietta,Georgia, 1992*

- QUALITY MANAGEMENT SYSTEMS LEAD ASSESSOR, *Quality Management International. Atlanta, Georgia, May, 1994*

- COMMERCIAL VEHICLE ACCIDENT INVESTIGATION AND RECONSTRUCTION, *Arkansas State University, Jonesboro, Arkansas,June 1996*

- HIGH SPEED AND LOW SPEED IMPACT SEMINAR, *Macinnis Engineering,Vancouver British Columbia, August 1997*

- SPECIAL PROBLEMS IN ACCIDENT RECONSTRUCTION, *Institute of Police Technology and Management, Jacksonville, Florida, May, 1997*

- FUNDAMENTALS OF SENSOR DESIGN FOR AUTOMOTIVE AIR BAG SYSTEMS, *Society of Automotive Engineers, February, 1998*

- COURSE ON CRUSH AND MOMENTUM APPLICATIONS, *Georgia State University, Atlanta, Georgia, June 1998*

- FORENSIC MAPPING USING AUTOCAD LT 98, *Georgia Institute of Technology, Atlanta, Georgia, December 1998*

- TEXAS ASSOCIATION OF ACCIDENT RECONSTRUCTION, *Winter Seminar, Houston,Texas, January 99*

- SOUTH CAROLINA ACCIDENT RECONSTRUCTION SEMINAR, *Myrtle Beach South Carolina, October 99*

- VETRONIX CORPORATION CRASH DATA RETRIEVAL TRAINING SEMINAR, *Santa Barbara, California, June 2000*

- QUALITY MANAGEMENT SYSTEMS LEAD ASSESSOR, *Quality Management International. Woodstock, Georgia, February, 2002*

- PC CRASH COMPUTER ACCIDENT RECONSTRUCTION AND SIMULATION CLASS, *MacinniS Engineering,Vancouver British Columbia, July 2003*

- OCCUPANT AND VEHICLE KINEMATICS IN ROLLOVERS SEMINAR, *Society of Automotive Engineers, Detroit Michigan, April 2005*

## EXPERIENCE

*SHAVER ENGINEERING AND DESIGN CONSULTANTS*, GA LICENSE.# 001740, Atlanta, Georgia, July 1993-Present , Principal: Providing Professional Engineering Consulting  Services to Manufacturing, Legal and Insurance Industries. Serving  as Expert Witness, Technical Consultant for Attorneys in Accident and Incident Reconstruction, ISO 9000/Quality Consultant and Products Liability Consultant. Donald R. Shaver founded Shaver Engineering and Design Consultants in 1993 to provide consulting services to the MANUFACTURING, LEGAL AND INSURANCE Industries. Shaver Engineering and Design Consultants provides Engineering and Management consulting services to enhance the existing management and technical teams of Manufacturing Industries. It provides consulting

services for additional insight to Manufacturing, Legal, and Insurance professionals.

*GEORGIA DUCK AND CORDAGE MILL,* Scottdale, Georgia, June 1983-July 1993, Manager of Research and Development: Oversaw projects in various areas of research, new product development, and support for production; including design and set up of Standard as well as Unique testing procedures and equipment. Evaluating both chemical and physical properties of proposed raw materials and product designs. Designed tests and wrote test procedures for company's Geosynthetic products, Environmental products, Material Handling and Military Components products. This was in addition to overseeing sensitive production processes as well as assuring that Research and Quality Control Lab Maintained adherence to test procedures prescribed by ASTM., Mine Safety and Health Administration, Rubber Manufacturer's Association, ISO and Military Specs. Extensive skills were developed in testing and measurement of physical and chemical properties. Developed documented work procedures for laboratory, maintenance and manufacturing processes and procedures.

*GEORGIA INSTITUTE OF TECHNOLOGY,* School of Textile Engineering, Jan 1982-Aug 1983, Student Research Assistant: Designed, built and evaluated test machinery to test elbow and knee joints for NASA Space suit, evaluated various polymer coatings and coating techniques for the project.

### ADDITIONAL AREAS OF WORK EXPERIENCE:
- Farm Machinery • Welding and Metal Fabrication
- Metal Furniture and Handrail Manufacturing • Injection Molding
- Internal Combustion Engines • Brake Systems Repair and Failure
- Rivet Failure • Plumbing Component Failures • Disabled Access
- Residential and Commercial Real Estate Risk Management
- Building and Safety Code Compliance • Products Liability
- Motor Vehicle Safety Reconstruction
- Industry Standards and Benchmarking Analysis
- Commercial and Private Motor Vehicle Accident
- Destructive and Non-Destructive Materials and Product Testing

## PROFESSIONAL AND COMMUNITY AFFILIATIONS:

- Georgia Society of Professional Engineers, Former State V.P.
- National Society of Professional Engineers
- Member of The American Society of Testing Materials (ASTM)
- Member of American Society of Quality Control (ASQC)
- Election to Full Member Grade of The Society Of Automotive Engineers (SAE)
- Attended SAE National Convention Technical Presentations on Automobile Accident Reconstruction
- Phi Psi Professional Fraternity
- American Consulting Engineering Counsel
- Southeastern Organization of Accident Reconstruction Specialists

Donald R. Shaver, P.E.

## List of Testimony by Deposition and Trial Testimony

### DEPOSITION TESTIMONY:

*Douglas Vs. Henri's Bakery et.at*
State Court of Fulton County GA
Deposition 6/96

**Hopkinson Vs. Graff et.al**
State Court of Fulton County GA
Deposition. 12/96

**Gregory et. al. Vs. Surgical Appliances Industries Inc. et.al**
Superior Court of Gwinnett County GA
Deposition 1/97

**Blake Vs. General Motors**
State Court of Fulton County GA
Deposition 4/97

**Johnson Vs. Francois**
State Court of Dekalb County GA
Deposition 6/97

**Morris et. at Vs. Metropolitan Atlanta Rapid Transit Authority et.al**
Superior Court of Fulton County GA
Deposition 9/97

**Thombassi Vs. Campbell**
State Court of Cobb County GA
Deposition 10/97

**Sanchez Vs. Pucket**
Superior Court of Clayton County GA
Deposition 11/97
*CONTINUED DEPOSITION TESTIMONY NEXT PAGE:*

## CONTINUED DEPOSITION TESTIMONY:

**Sims Vs. Mote**
Superior Court of Barrow County GA
Deposition 10/98

**Brantley Vs. World of Wheels and Hubcaps Inc.**
Superior Court of Dekalb County GA
Deposition 2/99

**Henley et. al Vs. Chrysler Corporation**
State Court of Cobb County GA
Deposition 2/99

**Estate of Sylvia Towns Vs. Culpepper et.al**
Superior Court of Muscogee County GA
Deposition 8/99

**Baxter Vs. Thomas Concrete**
Superior Court of Dekalb County GA
Deposition 02/2001

**Womble Vs. Crews**
Superior Court of Jones County GA
Deposition 04/2001

**Estate of Tonia Cheatwood Vs. Thomas Hallmark**
State Court of Cobb County GA
Deposition 05/2001

**Robbie's Tree Service Inc. and Eric Easeley Vs. The United States of America**
United States District Court, Western District of Louisiana
Deposition 07/2001

## CONTINUED DEPOSITION TESTIMONY NEXT PAGE:

## CONTINUED DEPOSITION TESTIMONY:

**Hughes Vs. Phipps et al.**
State Court of Fulton County
Deposition 12/2001

**Martin Zachary as Exectr., Jesse Zachary et al Vs. Bridgstone/Firestone et al**
United States District Court of Indianapolis, IN
Deposition 01/2002

**Ravenal et. al. Vs. National Fireman Insurance et. al.**
Superior Court of Hart County GA.
Deposition 02/2002

**Brandon Vs. Hobbs**
Circuit Court of Randolph County
Deposition 08/2002

**Weems Vs. Woolfolk**
State Court of Fulton County
Deposition 12/2002

**Zilly Transportation Services, LLP. Vs. Bridgestone Metalpha U.S.A., Inc.** Montgomery County Tennessee
Deposition 04/2003

**McClure Vs. TRL Trucking**
State Court of Gwinnett County, GA
Deposition 07/2003

**Champlin Vs. General Motors Corporation**
Catahoula Parish Court, Louisanna
Deposition 07/2003

**Rodgers Vs. Woodbine Manufacturing Co.**
U.S. District Court, Southern District of Georgia
Deposition 07/2003

## CONTINUED DEPOSITION TESTIMONY NEXT PAGE:

## *CONTINUED DEPOSITION TESTIMONY:*

**Cole Vs. Ford Motor Co.**
First Judicial District of Jasper County, Mississippi
Deposition 01/2004 (Deposition Not Completed)

**Rodgers Vs. Woodbine Manufacturing Co. & U.S. Tsubacki**
U.S. District Court, Southern District of Georgia
Deposition 06/2004

**Briggs Vs. Genie Scissor Lift and Sunbelt Rentals**
U. S. District Court, Northern District of Georgia, Atlanta Division
Deposition 09/2004

**Cadena Vs MARTA**
Gwinnett County GA Superior Court
Deposition 01/2005

**Wilkes Vs. Silvers et.al**
Treutlen County, GA Superior Court
Deposition 02/2005

**Ingram Vs. Primus et. al**
Hancock County, GA Superior Court
Deposition 02/2005

**Morrow et. al. Vs. Guaranteed Air Freight, Sikes Transportation, William Harris & Ford Motor Co**
Fulton County, GA State Court
Deposition 03/2005

**Blanchard Vs. Ford Motor Co**
Superior Court of Richmond County, GA
Deposition 03/2005/ and concluded 12/2005

**Estate of Bailey Vs. Harper et.al.**
State Court of Clayton County
Deposition 04/2006
*CONTINUED DEPOSITION TESTIMONY NEXT PAGE:*

## CONTINUED DEPOSITION TESTIMONY:

**Tim Campbell et.al. Vs. General Motors Corporation**
State Court of Cobb County
Deposition 05/2006

**Estate of Otis R Mann Vs. McInnis, LLC. et. al.**
The Circuit Court of Montgomery County Alabama
Deposition 08/2006

**Emerald Rose Vs. Juda Y. Diaz-Chavez et.al**
State Court of Gwinnett County GA
Deposition 10/2006

## TRIAL TESTIMONY:

**State of Ga. Vs. Malone**
Atlanta Traffic Court GA
Trial Testimony 1/97

**Blake Vs. General Motors**
State Court of Fulton County GA
Trial Testimony 5/97

**Sims Vs. Mote**
Superior Court of Barrow County GA
Trial Testimony 10/98

**Johnson Vs. Francois**
State Court of Dekalb County GA
Trial Testimony 7/99

**Sanchez Vs. Pucket**
Superior Court of Clayton County GA
Trial Testimony 9/2000

## CONTINUED TRIAL TESTIMONY NEXT PAGE

## CONTINUED TRIAL TESTIMONY

**State of Georgia Vs. Smith**
Superior Court of Gwinnett County GA
Trial Testimony 01/2001

**State of Georgia Vs. Randall**
State Court of Cherokee County GA.
Trial Testimony 05/2001

**Robbie's Tree Service Inc. and Eric Easeley Vs. The United States of America**
United States District Court, Western District of Louisiana
Trial Testimony 11/2001

**The State of South Carolina Vs. Andrew Cassells**
Superior Court of Beaufort County South Carolina
Trial Testimony 03/2003

**Zilly Transportation Services, LLP. Vs. Bridgestone Metalpha U.S.A., Inc.**
Montgomery County Tennessee
Trial Testimony 05/2003

**State of Georgia Vs. Jason Harris**
Superior Court of Cobb County GA
Trial Testimony 06/2003

**State of Georgia Vs. Sherman Clark**
Superior Court of Dekalb County
Trial Testimony 03/2005

**Womble Vs. Crews**
Superior Court of Jones County GA
Trial Testimony 10/2005

**State of Georgia Vs. Amanda Troupe**
Superior Court of Coffee County GA
Trial Testimony 08/2006

**COMPENSATION STATEMENT NEXT PAGE:**

***Compensation:***
**I currently charge $200 per hour for investigative work, research, deposition and trial testimony. There is a three-hour minimum for deposition in addition to a one-hour charge for reading and signing of the deposition. There is a four-hour minimum for trial, administrative hearings, mediation or arbitration. This is in addition to direct and actual expenses associated with the case.**

EXHIBIT B

| | | |
|---|---|---|
| Charles D. Haynes, PE<br>Tuscaloosa<br>**Chair**<br><br>Veston W. Bush, Jr., PLS<br>Abbeville<br>**Vice-Chair**<br><br>Lynn C. Doyle, PE<br>Mobile<br>**Secretary**<br><br>Preston L. Jackson, PE<br>Indian Springs<br><br>Al I. Reisz, PE<br>Huntsville<br><br>Regina A. Dinger<br>**Executive Director** | State of Alabama<br><br>***Board of Licensure** for*<br>***Professional Engineers and Land Surveyors***<br><br>The RSA Union<br>100 North Union Street, Suite 382<br>Montgomery, Alabama 36104-3762<br><br>August 21, 2006 | <br><br>**Mailing Address:**<br>P. O. Box 304451<br>Montgomery, Alabama 36130-4451<br><br>**Telephone Number**<br>(334) 242-5568<br><br>**Fax Number**<br>(334) 242-5105 |

Mr. Donald Robert Shaver
Shaver Engrg & Design Consultants
PO Box 29092
Atlanta, GA 30359-0092

Dear Mr. Shaver:

To assist comity applicants with an expedited licensure process, we have implemented a Contingent License Process. This is to certify that you have complied with the requirements of Section 34-11-4(1)c of Chapter 11, Title 34 Code of Alabama, 1975; and you are entitled to practice Professional Engineering in the State of Alabama with a Contingent License. The Board meets on October 12, 2006 and permanent licensure will be granted or deferred pending additional information.

While practicing under a Contingent License in this State, the holder thereof will affix to all plans and documents for use and execution in this State, the seal or stamp required in the State where you are currently licensed with the added notation: "Practicing in the State of Alabama under Contingent License No."

**CONTINGENT LICENSE NO.**        C-06-404
**CONTINGENT LICENSE ISSUED**     August 18, 2006
**CONTINGENT LICENSE EXPIRES**    October 20, 2006

This Contingent License entitles you to practice Professional Engineering as an individual. We would point out Section 34-11-9 of the Licensure Law that provides that we require a Certificate of Authorization of all firms, partnerships and corporations practicing or offering to practice engineering in Alabama. A Certificate of Authorization form from our web site would need to be completed and submitted to the Board Office **within 30 days of your date of permanent licensure**.

Yours very truly,

*Regina A. Dinger*

Regina A. Dinger
Executive Director

RAD/bk



www.bels.alabama.gov