IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 1:05cv994-T |
| vs. | ) |
| | ) |
| UNITED RENTALS (NORTH AMERICA), Inc. et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF JOHN C. FROST

Comes the affiant, John Frost who being sworn, deposes and says upon personal knowledge as follows:

My Education and Experience:

1. I am a 56 year male born in Birmingham and living in Huntsville since 1978. My formal education includes a Bachelor of Science in Electrical Engineering from the University Of Virginia in 1972 and a Master Of Science in Industrial Engineering (Specializing in Safety Engineering) from Texas A&M University in 1974. I was a DuPont Scholar (full academic scholarship) at The University Of Virginia and inducted to Alpha Pi Mu Industrial Engineering Honor Society at Texas A&M.

2. Upon earning my Masters Degree, I was certified by the Federal Government as a GS-803 Safety Engineer under Office Of Personnel Management guidelines and served in Safety Engineering positions exclusively until my retirement. During my civilian career, I was assigned increasing levels of Safety Engineering responsibility including lead for the US Army for electrical equipment design safety, Technical Advisor to the Nuclear Weapons System Safety Committee, and principal Safety Engineer for all US Army rockets, missiles and high energy lasers. I also was responsible for non-engineering aspects of accident prevention, investigation and safety program management for the workforce of the various commands for which I worked.

3. My career culminated in selection to the position of Chief of the Safety Office for the US Army Aviation and Missile Command where I served from 1997 until my retirement as a GS-15 Safety Engineer. There, I was responsible for the Safety Engineering programs guiding the development, production and support of all Army helicopters and missiles deployed worldwide, as well as the

safety of the approximately 20,000 personnel working or living in facilities controlled by my command. In this position, I directed one of the largest Safety Programs in the Department Of Defense and supervised approximately 30 Safety Engineers, Safety Specialists and Health Physicists. I retired last October, after 33 years of Civil Service to the Department Of Defense.

4.      Shortly after retirement, I was asked by the Administrator of the National Aerospace and Space Administration to become a member of the NASA Aerospace Safety Advisory Panel. In this function I provide safety management and technical guidance to the NASA Administrator and to the United States Congress on manned spaceflight programs such as the Space Shuttle and Moon/Mars missions as well as on efforts to protect the safety of the NASA workforce and the public.

5.      In addition to the above Federal employment, I have for approximately 20 years served the courts of Alabama in the investigation of accidental injuries and deaths that have resulted in litigation.

Prior Testing and Certification:

6.      On November 3, 1973 I successfully passed the engineering Fundamentals examination (EIT) administered by the Texas State Board of Registration for Professional Engineers.

7.      On May 15, 1993 I successfully passed the Board Of Certified Safety Professional's (BCSP) Safety Fundamentals examination. This was a proctored 7 hour national exam consisting of six sections (Basic/Applied Science, Program Management/Evaluation, Fire Prevention/Protection, Equipment and Facilities, Environmental Aspects, and System Safety/Product Safety). On October 16, 1993, I successfully passed the Comprehensive Practice examination also administered by BCSP. This proctored examination was 7 hours in length and covered the following 4 subject areas (Engineering (30%), Legal Aspects and Professional Conduct (20%), Management (35%), and Applied Sciences (15%)). I became a Certified Safety Professional in 1993.

8.      On October 21, 1994, I was approved as a Registered Professional Engineer in the specialty of Safety Engineering (#38285) by the Commonwealth of Massachusetts Board Of Registration Of Professional Engineers and Land Surveyors. This registration was based on my demonstrated experience and on my successfully passing the Texas Engineering Fundamentals Examination and the BCSP Fundamentals and Comprehensive examinations which were deemed equivalent to the Principals and Practices (PE) examination. (Note: My Massachusetts registration is not currently active).

Alabama Registration Status:

9. Because my past work for the Federal Government had not required registration, I have never before applied for registration within the state of Alabama. I am now in the process of doing so.

10. At their August 10-11, 2006 meeting, the Alabama Board Of Licensure for Professional Engineers and Land Surveyors reviewed my credentials to determine what additional testing may be required to qualify for registration in Alabama. On August 17, 2006 the Executive Director of the Board responded in writing that they would consider my combined passing of the BCSP Fundamentals Examination and the BCSP Comprehensive Practice Examination to confirm that they meet the Principles and Practices of Engineering requirement.

11. I am now in the process of preparing an application package for the next window of consideration which closes November 17, 2006 and is boarded on December 7-8, 2006. I expect their determination shortly thereafter.

**FURTHER, AFFIANT SAITH NOT.**

_____
JOHN C. FROST

Sworn to and subscribed before me this
10th day of October, 2006

_____
NOTARY PUBLIC
My Commission Expires: 05.03.2010