IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 1:05cv994-T ) |
| UNITED RENTALS (NORTH AMERICA), Inc. et al., | ) ) ) |
| Defendants. | ) ) |

## AFFIDAVIT OF ROGER E. DAVIS

Personally appeared before the undersigned authority, duly authorized to administer oaths, Roger E. Davis, who, after first being duly sworn, deposes and states as follows:

1.

I am over the age of twenty-one (21) years and I am otherwise competent to testify as to all matters stated herein.

2.

I am a Professional Engineer initially gaining my professional engineering license to practice in South Carolina on July 2, 1973. I am currently licensed as a Professional Engineer, as required by law, in my home state of South Carolina, in the state of North Carolina, and in the state of Alabama, with a Contingent License. The Alabama Contingent License that I hold expires October 20, 2006. It is my expectation that I will be issued a permanent license for the practice of engineering in Alabama in

accordance with the process as outlined in the attached letter. The licenses that I hold are in good standing with no disciplinary actions ever taken by the licensing authorities.

3.

I am employed by The Warren Group, Inc., a firm that specializes in forensic investigations. The Warren Group, Inc. holds a Certificate of Authorization issued by the State of Alabama.

FURTHER AFFIANT SAYETH NOT.

_____
ROGER E. DAVIS, P.E.

Subscribed and sworn to before me this 13th day of October, 2006.

_____
Notary Public for South Carolina
My Commission Expires: 9/27/09

Charles D. Haynes, PE
Tuscaloosa
Chair

Veston W. Bush, Jr., PLS
Abbeville
Vice-Chair

Lynn C. Doyle, PE
Mobile
Secretary

Preston L. Jackson, PE
Indian Springs

Al I. Reisz, PE
Huntsville

Regina A. Dinger
Executive Director

State of Alabama

**Board of Licensure** for

**Professional Engineers and Land Surveyors**

The RSA Union
100 North Union Street, Suite 382
Montgomery, Alabama 36104-3762

September 11, 2006



Mailing Address:
P. O. Box 304451
Montgomery, Alabama 36130-4451

Telephone Number
(334) 242-5568

Fax Number
(334) 242-5105

Mr. Roger Earl Davis
The Warren Group Inc
PO Box 1608
Irmo, SC  29063

Dear Mr. Davis:

To assist comity applicants with an expedited licensure process, we have implemented a Contingent License Process. This is to certify that you have complied with the requirements of Section 34-11-4(1)c of Chapter 11, Title 34 Code of Alabama, 1975; and you are entitled to practice Professional Engineering in the State of Alabama with a Contingent License. The Board meets on October 12, 2006 and permanent licensure will be granted or deferred pending additional information.

While practicing under a Contingent License in this State, the holder thereof will affix to all plans and documents for use and execution in this State, the seal or stamp required in the State where you are currently licensed with the added notation: "Practicing in the State of Alabama under Contingent License No."

| | |
|---|---|
| CONTINGENT LICENSE NO. | C-06-423 |
| CONTINGENT LICENSE ISSUED | September 11, 2006 |
| CONTINGENT LICENSE EXPIRES | October 20, 2006 |

This Contingent License entitles you to practice Professional Engineering as an individual. We would point out Section 34-11-9 of the Licensure Law that provides that we require a Certificate of Authorization of all firms, partnerships and corporations practicing or offering to practice engineering in Alabama. A Certificate of Authorization form from our web site would need to be completed and submitted to the Board Office **within 30 days of your date of permanent licensure**.

Yours very truly,

*Regina A. Dinger*

Regina A. Dinger
Executive Director

RAD/bk