IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MATTHEW RILEY,                    )
                                  )
    Plaintiff,                    )
                                  )
                                  )   CIVIL ACTION NO.
    v.                            )     1:05cv994-MHT
                                  )
UNITED RENTALS (NORTH             )
AMERICA), Inc., et al.,           )
                                  )
    Defendants.                   )
```

ORDER

It is ORDERED that the motion for leave to amend (doc. no. 103) is set for submission, without oral argument, on October 27, 2006, with all briefs due by said date.

DONE, this the 13th day of October, 2006.

                                          /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE