IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, | ) |
|    Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. )   1:05cv994-MHT |
| UNITED RENTALS (NORTH AMERICA), Inc., et al., | ) ) ) ) |
|    Defendants. | ) |

ORDER

It is ORDERED that the motion for additional time (doc. no. 104) is set for on-the-record oral argument on October 19, 2006, at 8:30 a.m.  Counsel for plaintiff is to arrange for the argument to be conducted by telephone.

It is further ORDERED that defendants are to file a response to the motion by October 18, 2006.

DONE, this the 17th day of October, 2006.

                                      /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE