## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 1:05cv994-MHT |
| | ) |
| UNITED RENTALS (NORTH | ) |
| AMERCIA), INC., et al. | ) |
| | ) |
| Defendants. | ) |

### RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Comes now the defendant, United Rentals (North America), Inc., and, pursuant to this Court's Order of October 17, 2006, responds to the plaintiff's motion for additional time (Doc. #104).

United Rentals (North America), Inc. does not object to a reasonable extension of time to allow the plaintiff's experts to obtain certification; however, the defendant would object to a continuance of the discovery deadline which has previously been extended to November 29, 2006, the same date set for the pretrial conference in this matter.

The defendants need to take the depositions of plaintiff's experts in order to make an informed decision as to the merits of a Daubert motion. The defendants have repeatedly requested dates for the depositions of the plaintiff's expert witnesses. Two of the plaintiff's three expert witnesses are scheduled to be deposed on October 27, 2006. The deposition of the plaintiff's third expert witness identified by the plaintiff's attorney on October 13, 2006 has not yet provided a date for the defendants to depose him.

DONE this 18th day of October, 2006.

_____
C. WINSTON SHEEHAN, JR. (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax: (334) 387-3222

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on the following counsel of record:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308

Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308

Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927

Robert H. Sprain, Jr.
Kevin T. Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209

by e-mail on this, the 18th day of October, 2006.

_____
OF COUNSEL

2