**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| MATTHEW RILEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    Civil Action Number:  1:05-cv-994-W |
| | ) |
| UNITED RENTALS, INC.; | ) |
| SAINT-GOBAIN ABRASIVES, INC., | ) |
| formerly dba Clipper Manufacturing | ) |
| Company, Inc., and dba Norton | ) |
| Construction Products; | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT SAINT-GOBAIN'S RESPONSE TO**
**PLAINTIFF'S MOTION FOR ADDITIONAL TIME**

Comes Now the Defendant, Saint-Gobain Abrasives, Inc., formerly d/b/a Clipper Manufacturing Company, Inc., and d/b/a Norton Construction Products (hereinafter "Saint-Gobain") and provides the Response to Plaintiff's Motion for Additional Time as follows:

Saint-Gobain does not object to a reasonable extension of time to allow the Plaintiff's experts to obtain certification; however, this Defendant would object to a continuance of the discovery deadline which has previously been extended to November 29, 2006, the same date for the pretrial conference in this matter.

The Defendants need to take the depositions of Plaintiff's experts in order to make an informed decision as to the merits of a *Daubert* motion. The Defendants have repeatedly requested dates for the depositions of thee Plaintiff's expert witnesses. Two of the Plaintiff's three expert witnesses are scheduled to bee deposed on October 27, 2006. The deposition of the

Plaintiff's third expert identified by the Plaintiff's attorney on October 13, 2006, has not yet provided a date for the Defendants to depose him.

/s/ Kevin T. Shires
Robert H. Sprain, Esq. (SPR013)
Kevin T. Shires, Esq. (SHI027)
Attorneys for Saint-Gobain, Inc.

**OF COUNSEL:**
SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 432-3737
Email: ktshires@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following attorneys of record by placing a copy thereof in the United States mail, first class, postage prepaid, on this the 18th day of October, 2006.

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
    SMITH, LANE & TAYLOR, P.C.
P. O. Box 927
Dothan, AL 36302

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama   36102-2148

/s/ Kevin T. Shires
OF COUNSEL