# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. ___MYRON H. THOMPSON,___ JUDGE          AT MONTGOMERY  ALABAMA

DATE COMMENCED  October 19, 2006          AT  8:40    A.M./P.M.

DATE COMPLETED  October 19, 2006          AT  8:48    A.M./P.M.

MATTHEW RILEY

      plaintiff

       v.                              Civil Action
                                        1:05-cv-994-MHT
UNITED RENTALS, INC, et al

      defendants

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty Joseph D. Lane | X | Atty C. Winston Sheehan, Jr. |
| | X | Atty Kevin Tannehill Shires |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(X)  OTHER PROCEEDINGS:          ON-THE-RECORD ORAL ARGUMENT

| 8:40 a.m | Oral argument commenced by telephone regarding [104] Motion for Additional Time (for Discovery). Defendants' have no objections to motion. Order to issue granting motion and extending discovery deadline to December 15. |
| 8:48 a.m. | Conference concluded. |