IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MATTHEW RILEY,                  )
                                )
    Plaintiff,                  )
                                )
    v.                          )   CIVIL ACTION NO.
                                )   1:05cv994-MHT
                                )       (WO)
UNITED RENTALS (NORTH           )
AMERICA), Inc., et al.,         )
                                )
    Defendants.                 )
```

ORDER

Based upon the representations made during on-the-record oral argument on October 19, 2006, it is ORDERED as follows:

(1) The motion for additional time (doc. no. 104) is granted.

(2) The uniform scheduling order (doc. no. 18) is modified in the following respects:

(A) The deadline for completing discovery is extended to December 15, 2006.

**(B)** All other deadlines are unchanged.

**DONE, this the 19th day of October, 2006.**

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**