**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

October 19, 2006

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:   Riley v. United Rentals, Inc. Et al

Case No.:   2:05cv994-MHT
            Document 110 Order

This Notice of Correction was filed in the referenced case this date to attach the pdf to the docket entry as it was inadvertently omitted when docketed.