```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
            MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

```
MATTHEW RILEY,                  )
                                )
    Plaintiff,                  )
                                )
                                )   CIVIL ACTION NO.
    v.                          )    1:05cv994-MHT
                                )        (WO)
UNITED RENTALS (NORTH           )
AMERICA), Inc., et al.,         )
                                )
    Defendants.                 )
```

### ORDER

Based upon the representations made during on-the-record oral argument on October 19, 2006, it is ORDERED as follows:

(1) The motion for additional time (doc. no. 104) is granted.

(2) The uniform scheduling order (doc. no. 18) is modified in the following respects:

(A) The deadline for completing discovery is extended to December 15, 2006.

**(B) All other deadlines are unchanged.**

**DONE, this the 19th day of October, 2006.**

　　　　　　　　　　　　　　　　　　**/s/ Myron H. Thompson**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**