IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED RENTALS (NORTH )<br>AMERICA), Inc., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>1:05cv994-MHT<br>(WO) |

ORDER

It is ORDERED that the motion for leave to amend (doc. no. 103) is granted. The court does not reach, at this time, whether any defense has merit or what evidence is admissible.

DONE, this the 1st day of November, 2006.

          /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE