**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

November 8, 2006

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Riley v. United Rentals, Inc. et al

**Case Number:** 1:05cv00994-MHT

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 114   filed on   November 7, 2006.**