IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 1:05cv994-MHT |
| UNITED RENTALS, INC., et al. | ) ) ) |
| Defendants. | ) |

## SECOND AMENDED ANSWER

COMES NOW, the Defendant, Saint-Gobain Abrasives, Inc., and amends its Answer to the Complaint to add an additional defense. Defendant adopts and incorporates its previous Answer and Affirmative Defenses to Plaintiff's Complaint as if fully set forth herein.

## TWENTY-FIFTH DEFENSE

This Defendant pleads the Release and settlement entered into by and between the Plaintiff and Milwaukee Electric Tool Corporation and Gast Manufacturing, Inc. and reserves the right to treat this matter as a post-judgment set off, or in the alternative, to request the Court to instruct the jury as to the amount of the settlement.

/s/ Robert H. Sprain, Jr.
Robert H. Sprain, Jr. (ASB-4177-A38R)
Kevin T. Shires (ASB-4382-E64K)
Attorney for Saint-Gobain Abrasives, Inc.

OF COUNSEL:
SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, Alabama 35209
Phone:     (205) 437-3232
Email: rhs@sprainlaw.com
           ktshires@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filings to the following:

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS, SMITH, LANE & TAYLOR, P.C.
Post Office Box 927
Dothan, Alabama 36302

W. Scott McGarrah, Esq.,
MCGARRAH & DAVENPORT, P.C.
Post Office Box 43548
Birmingham, Alabama 35243

C. Winston Sheehan, Jr., Esq.
BALL, BALL, MATTHEWS & NOVAK, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Eugene P. Stutts, Esq.
SPAIN & GILLION, LLC
The Zinszer Building
2117 2nd Avenue North
Birmingham, Alabama 35203

Joseph T. Brasher, Esq.
HAMILTON, WESTBY, ANTONOWICH & ANDERSON
600 West Peachtree Street, NW
Suite 2400
Atlanta, Georgia 30308

This the 7th day of November, 2006.

/s/ Robert H. Sprain, Jr.
OF COUNSEL