IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY,                    ) | |
| )| |
|    Plaintiff,              ) | |
| ) | CIVIL ACTION NO. |
| v.                                ) | 1:05cv994-MHT |
| ) | (WO) |
| UNITED RENTALS (NORTH   ) | |
| AMERICA), Inc., et al.,   ) | |
| ) | |
|    Defendants.             ) | |

### ORDER

It is ORDERED that the motion to consolidate (doc. no. 116) is set for submission, without oral argument, on November 21, 2006, with all briefs due by said date.

DONE, this the 15th day of November, 2006.

                             /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE