IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MATTHEW RILEY,                  )
                                )
    Plaintiff,                  )
                                )
                                )    CIVIL ACTION NO.
    v.                          )      1:05cv994-MHT
                                )           (WO)
UNITED RENTALS (NORTH           )
AMERICA), Inc., et al.,         )
                                )
    Defendants.                 )
```

## ORDER

It is ORDERED that the motion to continue (doc. no. 118) is set for submission, without oral argument, on November 21, 2006, with all briefs due by said date.

DONE, this the 16th day of November, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE