**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:05cv994-T** |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**SUPPLEMENTAL EVIDENTIARY SUBMISSIONS TO PLAINTIFF'S RESPONSE**
**IN OPPOSITION TO DEFENDANT UNITED RENTALS'**
**MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff in the above-styled matter and submits his Supplemental Evidentiary Submissions in Support of Plaintiff's Opposition to Defendant United Rentals' Motion for Summary Judgment as follows:

1. On August 31, 2006, Defendant United Rentals submitted its Motion for Summary Judgment.

2. On September 25th, 2006, Plaintiff Responded to Defendant United Rentals' Motion for Summary Judgment.

3. On October 27th, 2006, Plaintiff's Expert Don Shaver was deposed.

4. On November 10th, 2006, Plaintiff's Expert Roger Davis was deposed.

5. Plaintiff submits the deposition of Plaintiff's experts Don Shaver, the deposition and report of Roger Davis, and the report of Dr. Kevin Merigian (in rebuttal to Defendant United Rentals' and Saint-Gobain's expert, Andrew Robinson, Ph.D.) in further Support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

**RESPECTFULLY SUBMITTED** this 21st day of November, 2006.

        **COCHRAN, CHERRY, GIVENS,**
        **SMITH, LANE & TAYLOR, P.C.**

        /s/ Joseph D. Lane
        **JOSEPH D. LANE**
        Alabama Bar No. 118498
        163 W. Main Street
        Post Office Box 927
        Dothan, Alabama  36302
        (334) 793-1555
        (334) 793-8280 (facsimile)
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 21st day of November, 2006:

    C. Winston Sheehan, Jr., Esq.
    Ball, Ball, Matthews & Novak, P.A.
    Post Office Box 2148
    Montgomery, Alabama  36102-2148

    Robert H. Sprain, Jr., Esq.
    Sprain & Shires, P.C.
    1707 29th Court South
    Homewood, Alabama 35209

    Joseph T. Brasher, Esq.
    Hamilton, Westby, Antonowich & Anderson
    One Georgia Center
    17th Floor
    600 W. Peachtree Street, N.W.
    Atlanta, Georgia 30308

        /s/ Joseph D. Lane
        **OF COUNSEL**