# THE STONE INSTITUTE
## THE CENTER FOR MEDICINAL ARTS

8200 Old Dexter Road • Suite 103 • Cordova, TN 38016
P.O. Box 1598 • Cordova, TN 38088-1598
1   Phone: 901-757-4646   Fax 901-757-4546

13 November 2006

Joseph D. Lane.
Attorney at Law.
The Cochran Firm.
163 West Main St..
PO Box 927
Dothan, AL 36302.

Dear Mr. Lane,

I have had the honor of reviewing the medical records associated with Matthew Riley's accident, dated August 29, 2003. I have also reviewed the deposition of Matthew Riley, associated with the accident, dated 21st June 2006.

The record show, a post-accident drug screen was collected on 29 August 2003. Medical review Officer J. Steve Sherrer, M.D., reported that the year-end was positive for cannabinoids.

It is my opinion, that the represented materials do not show any clinical features that remotely affirm the idea that Mr. Matthew Riley was impaired at the time of his accident. Dr. Sherrer did not provide quantitation associated with the report of a positive cannabinoid. Without quantitation, one cannot fully assess the possibility of impairment at the time of the accident. There are no scientifically accepted impairment nomograms associated with marijuana use. It is my conclusion that Matthew Riley was not impaired at the time of his accident.

I hope this letter adequately reflects my thoughts about Mr. Riley's accident and he is cognitive function at the time of its occurrence. Please do not hesitate to contact me if you have any questions concerning his unfortunate mishap. As always, I send.

Kind regards,

Kevin S. Merigian, M.D.
Diplomate, American Board of Medical Toxicology
Diplomate, American Board of Clinical Pharmacology
Diplomate, American Board of Forensic Medicine
Diplomate, College of Physicians, AAIM
Past Diplomate, American Board of Emergency Medicine

# CURRICULUM VITAE
### Updated June 30, 2006

| | |
|---|---|
| NAME: | **Kevin Sam Merigian, M.D.** |
| BIRTHPLACE: | Detroit, Michigan |
| MAILING ADDRESS: | The Stone Institute, Inc. |
| | 8200 Old Dexter Road, Suite 103 |
| | Cordova, TN 38016 |
| | Phone 901-757-4646 |

## EDUCATION:

High School:
   Cranbrook High School, Bloomfield Hills, Michigan, June 1974
Undergraduate:
   Kalamazoo College, Kalamazoo, Michigan, B.A., June 1978
Medical School:
   College of Human Medicine, Michigan State University, East Lansing, Michigan, M.D., June 1982
Internship:
   Emergency Medicine, University of Cincinnati Hospital, Cincinnati, Ohio, July 1982-June 1983
Residency:
   Emergency Medicine, University of Cincinnati Hospital, Cincinnati, Ohio, July 1983-June 1985
Postgraduate:
   Clinical Toxicology, University of Cincinnati Hospital, Cincinnati, Ohio, July 1985-June 1987

## CERTIFICATION:

American Board of Emergency Medicine, February 1987 – December 1997
American Board of Medical Toxicology, September 1988
American Board of Clinical Pharmacology, July 1993
American Board of Forensic Medicine, September 1997
American Board of Geriatrics, August 2005
Diplomate, College of Physicians, American Association of Integrative Medicine, December 2000

## MEDICAL LICENSURE:

| | | |
|---|---|---|
| Ohio | #048585 | February 1983 |
| Tennessee | #MD-021904 | September 1991 |

## SOCIETY MEMBERSHIP:

Fellow, American Association of Integrative Medicine, December 2000-present
American College of Forensic Examiners, 1997-present
Society of Forensic Toxicologists, 1989-present

**SOCIETY MEMBERSHIP (continued):**

    Tennessee Medical Association, 1995-present
    Memphis and Shelby County Medical Society, 1995-present
    American Society of Clinical Pharmacology and Therapeutics, 1993-present
    American Chemical Society, 1993-1998
    Fellow, American College of Emergency Medicine, 1992-2000
    American Association of Clinical Chemistry, 1993-1999
    Society of Academic Emergency Medicine, 1988-1999
    American College of Healthcare Executives, 1996-1998

**UNIVERSITY APPOINTMENTS:**

    Assistant Professor, Department of Emergency Medicine, University of Cincinnati, Cincinnati, Ohio, July 1987-June 1989

    Volunteer Assistant Clinical Professor, Wright State University, Department of Emergency Medicine, Dayton, Ohio, February 1991-October 1991

    Assistant Professor and Section Head of Clinical Toxicology, Division of Emergency Medicine, Department of Internal Medicine, University of Tennessee, Memphis, Tennessee, October 1991-April 1993

    Medical Director, The Toxicology Center, Memphis, TN, October 1991- July 1993

    Assistant Professor, Department of Pharmacology, Division of Clinical Pharmacology, University of Tennessee, Memphis, January 1992-February 1997

    Assistant Professor and Acting Chairman, Department of Emergency Medicine, UT Medical Group, Inc. April 1993-May 1995

    Assistant Professor and Acting Chairman, Department of Emergency Medicine, University of Tennessee, Memphis, April 1993-May 1995

    Associate Professor and Chairman, Department of Emergency Medicine, University of Tennessee, College of Medicine, June 1995-March 1997

    Associate Professor and Chairman, Department of Emergency Medicine, UT Medical Group, Inc. June 1995-March 1997

    Assistant Professor and Chief, Division of Clinical Toxicology, Department of Emergency Medicine, University of Tennessee, Memphis, April 1993-June 1995

    Associate Professor and Chief, Division of Clinical Toxicology, Department of Emergency Medicine, University of Tennessee, Memphis, July 1995-March 1997

    Assistant Professor, Department of Family Medicine, University of Tennessee, Memphis, College of Medicine, July 1996-May 2004

**UNIVERSITY APPOINTMENTS (continued):**

Associate Professor, Department of Pharmacology, Division of Clinical Pharmacology, University of Tennessee, Memphis, March 1997-May 2004

Associate Professor, Department of Internal Medicine, University of Tennessee, Memphis, College of Medicine, March 1997-September 2001

Associate Professor, Department of Obstetrics & Gynecology, University of Tennessee, Memphis, College of Medicine, October 2001-May 2004

**OUTSIDE APPOINTMENTS (Last 5 years):**

Medical Consultant, Middle Tennessee Poison Center, Nashville, Tennessee, January 2004 - Present

Medical Director, United Food and Commercial Workers Union Local 1529, and Employers Health and Welfare Plan and Trust, 1992- present

Chair, Subcommittee on Chemical Warfare Agents, Department of Health, State of Tennessee, Division of Emergency Medical Services, December 2001- 2003

Long Range Planning Committee Member, American Society for Clinical Pharmacology and Therapeutics, July 1996-June 2002

Medical Director-Tennessee Task Force 1, Urban Search and Rescue Team, State of Tennessee, July 1996-June 2005

Medical Director-Memphis Fire Department, September 1994-June 2005

Chief Medical Review Officer-Memphis City Police Department, March 1994-present

Medical Director, Dorothy Bobbitt Health Station, Memphis International Airport, July 1999-April 2001

Credential Committee, Prudential Healthcare, Memphis, Tennessee
October 1998-1999

Advisory Board-Nicardipine-Wyeth-Ayerst Laboratories, April 1994-July 1997

Consultant Physician, Good Morning Memphis, WPTY Fox 13 Television Station, January 1997-April 1997

Technical Advisory Team Member, Tennessee Environmental Priorities Project, Department of Environment and Conservation, State of Tennessee, December 1994-December 1996

Medical Director-Terminix International, April 1994-April 1996

**OUTSIDE APPOINTMENTS (Last 5 years) (continued):**

Member, Board of Directors, Tennessee ACEP, 1992-1996

Credentialing and Science and Research Committees, American Association Medical Review Officers, 1992

**PUBLICATIONS:**

**ABSTRACTS (PRESENTED AND PUBLISHED):**

Tasset J. Schroeder T, Merigian, K. et al: Cyclobenzaprine overdose: the ability of analytical techniques to distinguish between amitriptyline and cyclobenzaprine in the overdose patient. Presented at the AAPCC/AACT/AAMT/CAPCC Annual Scientific Meeting, September 1986

Merigian K: Verapamil poisoning: critical review of intravenous calcium. Presented at the Southern Medical Association's Section on Emergency Medicine, Nassau, Bahamas, January 1987

Merigian K, Woodard M. Hedges JR, et al; Prospective evaluation of gastric emptying in the self-poisoned patient. Presented at UA/EM Annual Meeting, May 1988

Merigian K, Hedges J, Kaplan L, et al: Plasma catecholamines in cyclic antidepressant overdose. Presented at UA/EM Annual Meeting, May 1988

Merigian K, Leeper K, Park L, et al: Toxicity from crack cocaine ingestion. Presented at Society of Forensic Toxicologists Annual Meeting, October 1992

Blaho K, Merigian K. Invitro efficacy of novel bis-adamatanamine compounds on acanthamoeba polyphagia cysts. Investigative Ophthalmology Vision Science 36(4):182, 1995

Winbery SL, Merigian KS, Blaho KE. A novel approach to treating acute cocaine overdose: A case report. Presented at Society of Forensic Toxicology Annual Meeting, October 1995

Merigian KS, Winbery SL, Blaho KE. Failure of intravenous calcium to reverse the effects of verapamil overdose: Fifteen case reports. Presented at Society of Forensic Toxicology Annual Meeting, October 1995

Duncan J, Blaho K, Merigian K, Winbery S. Inappropriate use of an inner-city emergency department for evaluation of eye pain. Opt Vis Sci 1995; 72-140

Mandrell T, Blaho K, Merigian K, Winbery S. The development of a reproductive live immature swine model for acute cocaine intoxication. Presented AVMA July 1996

**ABSTRACTS (continued):**

Blaho K, Winbery S, Merigian K, Feagin O. Continuing education for the management of ocular complaints in an ambulatory care setting. Southern Society of General Internal Medicine. February 1996

Blaho K, Cockrell M, Winbery S, Merigian K, Duncan S. Inappropriate use of an inner city emergency department for primary eye care: A one-year analysis. Invest. Ophthalmol Vis Sci. 3:2, 1996

Park LJ, Merigian KS, Fullbright V. Success of a triage out program in a large public teaching hospital. Presented Soc Acad Emerg Med May 1996

Merigian K, Blaho K, Logan B, Winbery S, Geraci S. Clinical manifestations of acute cocaine intoxication and corresponding levels from patients evaluated in an inner city emergency department. Presented Soc Forensic Toxicol October 1996

Blaho K, Cockrell M, Winbery S, Merigian K, Geraci S. A four year evaluation of treatment and outcomes after reported Loxosceles reclusa envenomation. Presented Soc Foren Toxicol October 1996

Merigian K, Blaho K, Cockrell M, Winbery S, Park L. A randomized controlled clinical trial of oral activated charcoal in the self-poisoned patient. Presented Soc Foren Toxicol October 1996

Winbery S, Blaho K, Merigian K, Logan B. A presumed cocaine induced seizure: Case report and drug concentrations. Presented Soc Foren Toxicol October 1996

Blaho K, Mandrell T, Labranche G, Winbery S, Merigian K, Geraci S, Logan B. A novel animal model for cocaine intoxication. Accepted Amer Soc Clin Pharm Therap March 1997

Merigian K, Blaho K, Cockrell M, Winbery S, Park L. Does oral activated charcoal improve clinical outcomes in the self-poisoned patient? Accepted Amer Soc Clin Pharm Therap March 1997

**REFEREED JOURNALS:**

Dronen SC, Merigian K, Hedges J, et al. A comparison of blind nasotracheal and succinylcholine assisted intubation in the poisoned patient. Annals Emergency Medicine 1987; 16:650-652

Merigian K, Schroeder T. Tasset J, et al. Cyclobenzaprine Overdose: The importance of a clinical history in analytical toxicology. Journ of Clinical Laboratory Analysis 1987; 1(2):280-286

Merigian K, Roberts J. Cocaine intoxication: hyperpyrexia, rhabdomyolysis and acute renal failure. Clinical Toxicology 1987; 25(1&2):135-148

**REFEREED JOURNALS (continued):**

Baker P, Merigian K, Roberts J, et al. Hypertension, hyperpyrexia, rigidity and coma in a massive Thioridazine overdose. American Journal Emergency Medicine 1988; 6:346-349

Merigian K, Shroeder T., Tasset J, Pesce A. Toxicology screening patterns in Hamilton County, Ohio: Review of 1710 comprehensive drug screens in five area hospitals. Journ of Clinical Laboratory Analysis 1988; 2:112-116

Merigian K, Hedges JR, Roberts J, et al: Use of an Abbreviated Mental Status Examination in the Assessment of Overdose Patients. Archives of Emergency Medicine 1988; 5:139-145

Merigian K, Woodard M, Hedges JR, et al. Prospective evaluation of gastric emptying in self-poisoned patient. American Journal Emergency Medicine 1990; 8:479-483

Merigian K, Hedges JR, Kaplan LA, et al. Plasma catecholamine levels in cyclic antidepressant overdose. Clinical Toxicology 1991; 29(2):177-190

Merigian K, Editorial Review Gastric emptying in overdose management. Intensive and Critical Care Digest, Inc.1992; 11(2):32-34

Merigian K, Evaluation and treatment of the overdose patient. Part 1. Inservice Training Program, American Association for Clinical Chemistry 1992; 13(17):5-19

Merigian K, Evaluation and treatment of the overdose patient. Part 2. Inservice Training Program, American Association for Clinical Chemistry 1992; 13(18):5-20

Browning RG, Merigian K, Acute beta-blocker poisoning. Topics in Emergency Medicine 1993;15(3):1-14

Abell T, Merigian K, Lee J, et al. Cutaneous exposure to warfarin-like anticoagulant causing an intracerebral hemorrhage: A case report. Journal of Toxicology-Clinical Toxicology 1994; 32(1):69-73

Merigian K, Hayden W, Leeper K et al. Adrenergic crisis from crack cocaine ingestion: Report of five cases. Journal of Emergency Medicine September-October 1994; 12(4):2:128-133

Merigian K, Blaho K. The Role of Pharmacology and Forensics in the Death of an Asthmatic. Journal of Analytical Toxicology. October 1995; 19:522-528

Blaho K, Merigian K, Winbery S. The pharmacology of alcohol withdrawal syndrome treatment reviewed: efficacy, cost and safety. Journal of Therapeutics March 1996; 3(1):79-96

Blaho K, Winbery S, Merigian K. Pharmacological Considerations for the Pediatric Patient. Optometry Clinics 1996; 61-90

**REFEREED JOURNALS (continued):**

Merigian K, Blaho K. Diagnosis and management of the drug overdose patient. American Journal of Therapeutics 1997; 4: 99-113

Merigian K, Blaho K, Envenomation from the Brown Recluse Spider: Review of mechanism and treatment options. American Journal of Therapeutics. October 1996; 3: 724-734

Blaho K, Merigian K, Winbery S, Geraci S, Smartt, C. Clinical Pharmacology of LSD: Case Reports and review of the Treatment of Intoxication. American Journal of Therapeutics. October 1997; 4: 211-221

Merigian K, Blaho K. Single Dose Oral Activated Charcoal in the Treatment of the Self-Poisoned Patient: A Prospective, Randomized Controlled Trial. Am J Therapeutics. 2002; 9:301-308

**TEXTBOOKS:**

Merigian K. "Clinical Toxicology-Laboratory Approaches" in Pesce A and Kaplan L. (eds). Methods in Clinical Chemistry, C.V. Mosby, St. Louis, Mo., 1987

Merigian K. Employee Awareness Manual; Procedures for Transportation Workplace Drug Testing Programs, Department of Transportation, Medical Toxicology Consultants, Inc., Cincinnati, Ohio, 1989

Merigian K. "Cocaine" in Noji EK and Kelen GD (eds), Manual of Toxicologic Emergencies, Year Book Medical Publishers, Inc., Chicago, IL 1989

Merigian K."Clinical Toxicology" in Hillard JR (ed) Manual of Clinical Emergency Psychiatry, American Psychiatric Press, Inc., Washington, D.C., 1990

Merigian K. Roberts J. "Lysergic Acid Diethylamide" in Rosen P et al (eds) Emergency Medicine, C.V. Mosby, St. Louis, Mo 1992

Merigian K. Roberts J. "Cocaine" in Rosen P et al (eds), Emergency Medicine, C.V. Mosby, St. Louis, Mo. 1992

Merigian K. "Management of Pediatric Drug Overdose" in Hall J et al (eds), International Anethesia Clinics, Futura Publishing, Inc., Armonk, NY., 1996

**LETTERS:**

Roberts J, Merigian K. Acute hydrofluoric acid exposure. American Journal of Emergency Medicine 1989; 7(1):125-126

Merigian K. Dextromethorphan cross-reacts with Tdx®PCP Assay. Toxi-Lab News 1991:10(1) 1-2

**LETTERS (continued):**

Merigian K. Staph aureus sepsis following emergent nasal intubation. Journal of Emergency Medicine May 1993; 11(3):966

Merigian K. Cocaine induced ventricular tachycardia and rapid atrial fibrillation temporally related to naloxone administration American Journal of Emergency Medicine 1993; 11(1):96-97

Merigian K, Browning RG, Kellerman A. Doxepin causing false-positive urine test for amphetamine. Annals of Emerg Medicine August 1993; 22(8):1370

Merigian K, Browning RG. Desipramine and amantadine causing false-positive urine test for amphetamine. Annals of Emergency Medicine December 1993;22(12):1927-28

Merigian K, Blaho K. Reply: Letter to the editor concerning adrenergic crisis from crack cocaine ingestion: Report of five cases. Journal of Emergency Medicine July 1995; 14(4):539-543

Blaho K, Merigian KS, Winbery S. The management of cocaine-associated myocardial ischemia. New England Journal of Medicine February 1996; 334(8):536

Merigian K. Health Care Reform Revisited. Annals of Emergency Medicine August 1996;28(2):243-244

Merigian K, Park L, Blaho K. Referral out from the ED-Appropriate? Acad Emerg Med 1996; 3:1071-1072

**VIDEOTAPES:**

Transportation Workplace Drug Testing: Trucking industry
Lightborne Communications, Cincinnati, Ohio, December 1989

**EDITORIAL BOARDS (Reviewer):**

Journal of Therapeutics-Editor, Section of Toxicology, 1994-present
Journal Analytical Toxicology - Guest Reviewer, 1993
New England Journal of Medicine - Guest Reviewer, 1993
Annals of Emergency Medicine, 1988-1993
Yearbook of Toxicology, 1988-1992
Clinical Toxicology - Guest Reviewer, 1991,1993, 1999
Journal of the American Geriatric Society-1996, 1997 Guest Reviewer
Journal of Clinical Pharmacology and Therapeutics, 2001, Guest Reviewer

**HOSPITAL/UNIVERSITY COMMITTEES:**

Sexual Assault Consult Team, October 1983-June 1985, University Hospital, University of Cincinnati, Cincinnati, Ohio

**HOSPITAL/UNIVERSITY COMMITTEES (continued):**

Graduate Medical Education Committee, July 1985-June 1986, University of Cincinnati, College of Medicine, Cincinnati, Ohio

Faculty Council, July 1985-June 1987, University of Cincinnati, College of Medicine, Cincinnati, Ohio

President, Housestaff Association, University Hospital, July 1985-June 1987, University of Cincinnati, Cincinnati, Ohio

Executive Committee University Hospital, July 1985-June 1987, University Hospital, University of Cincinnati, Cincinnati, Ohio

Medical Record Committee, July 1985- June 1987, University Hospital, University of Cincinnati, Cincinnati, Ohio

Search Committee-Chairman of Department of Internal Medicine, August 1986-September 1987, University of Cincinnati, Cincinnati, Ohio

Subcommittee on the External Environment, November 1992-December 1992, UT Medical Group, Inc., Memphis, Tennessee

Emergency Services Committee, Chairperson, April 1993-July 1995, Regional Medical Center at Memphis, Memphis, Tennessee

Emergency Redesign Team Committee, February 1993-July 1993, Regional Medical Center at Memphis, Memphis, Tennessee

Special Care Committee, April 1993-March 1997, Regional Medical Center at Memphis, Memphis, Tennessee

Member, UT Medical Group, Inc., Board of Directors, June 1993-March 1997, UT Medical Group, Inc., Memphis, Tennessee

Radiation Safety Committee, June 1993-March 1997, University of Tennessee, Memphis, Tennessee

TennCare Primary Care Committee, June 1993-December 1994, University of Tennessee, Memphis, Tennessee

Cross Functional Team Committee, June 1993-March 1997, Regional Medical Center at Memphis, Memphis, Tennessee

Critical Care Ad hoc Committee, July 1993-March 1997, Regional Medical Center at Memphis, Memphis, Tennessee

### HOSPITAL/UNIVERSITY COMMITTEES (continued):

Primary Care Task Force Committee, July 1993-July 1994, University of Tennessee Medical Group, Memphis, Tennessee

Laboratory Advisory Ad-hoc Committee Chairman, January 1994-March 1997, Regional Medical Center at Memphis, Memphis, Tennessee

Clinical Operations/Practice Development Committee, July 1994-March 1997, UT Medical Group, Inc., Memphis, Tennessee

Personnel Policies Sub-Committee, July 1994-March 1997, UT Medical Group, Inc., Memphis, Tennessee

Medical Record Committee, April 1995-March 1997, The Regional Medical Center at Memphis, Memphis, Tennessee

Senator, Faculty Senate, April 1995-March 1997, The University of Tennessee, Memphis, College of Medicine, Memphis, Tennessee

### AWARDS:

Appreciation Award for Flight Services Physician, 1986-1987
University Air Care, University Hospital, Cincinnati, Ohio

Golden Apple Teaching Award, 1989
University Hospital, Department of Emergency Medicine, Cincinnati, Ohio
Outstanding Contributions to Resident Teaching

Fellow, American College of Emergency Physicians 1996

Golden Apple Teaching Award, Department of Pharmacology, 1996
The University of Tennessee, Memphis, College of Medicine, Memphis, Tennessee
Outstanding Contributions to Teaching Medical Students (selected by students)

Tennessee Medical Association Distinguished Service Award for 2002, Memphis & Shelby County Medical Society, 2002

Health Care Heroes Health Care Provider (Physician) Finalist Award for 2002
Memphis Business Journal, 2002

### LECTURES/VISITING PROFESSORSHIP (Last 6 years):

Chemical Warfare Management Update, EMS Medical Director's Course, Department of Health, Division of Emergency Medical Services, Gatlinburg, Tennessee, February 2002

Kevin S. Merigian, M.D.
11

**PRACTICE EXPERIENCE:**

Owner/Medical Director, The Stone Institute, Inc., The Center for Wellness Arts; April 2000-present, Cordova, Tennessee.

HealthWorks, Medical Director, Forensic and Medical Reviews, March 1997-April 2001, UT Medical Group, Inc., Memphis, Tennessee

Medical Consultant-Toxicology, October 1993-October 2002, Methodist Hospitals of Memphis, Memphis, Tennessee

Medical Consultant-Toxicology, September 1992- October 2002, Memphis Mental Health Institute, Memphis, Tennessee

Medical Consultant-Toxicology, September 1992- October 2002, Baptist Memorial Hospital, Memphis, Tennessee

Medical Consultant-Toxicology, February 1992- October 2002, LeBonheur Children's Medical Center, Memphis, Tennessee

Medical Consultant-Toxicologist, October 1991-March 1997, Regional Medical Center at Memphis, Memphis, Tennessee

Emergency Staff Physician, October 1991-March 1997, Regional Medical Center at Memphis, Memphis, Tennessee

Medical Consultant-Toxicology, July 1987-September 1991, Children's Hospital Medical Center, Department of Pediatrics, University of Cincinnati, Cincinnati, Ohio

Emergency Staff Physician, July 1987-June 1989, University Hospital, University of Cincinnati, Cincinnati, Ohio

Emergency Staff Physician, September 1985-June 1989, W. Booth Salvation Army Hospital, Florence, Kentucky

Part-time Emergency Staff Physician, February 1984-September 1991, Middletown Regional Hospital, Middletown, Ohio

## Paid Testimony as Expert Over the Last Eight Years
### (Depositions and Court Appearances)
### Kevin S. Merigian, M.D.

| Date | Case | Testified for |
|---|---|---|
| February 16, 1998 | **Marsh v. Terminex**<br>Deposition | Treating physician |
| July 13, 1999 | **Holder v Terminex**<br>Testified on the toxic effects of pesticides on the lungs | Defendant |
| October 27, 1999 | **Frazier v American Cyanamid Company, et al**<br>Testified on the toxic effects of Minocycline on the liver | Defendant |
| November 1, 1999 | **Holt v City of Memphis**<br>Testified to the standard of care of EMT-P<br>As Medical Director-City of Memphis Fire Department | Defendant |
| January 29, 2000 | **Rouss v White**<br>Trial Testimony-Arsenic Poisoning | Plaintiff |
| February 3, 2000 | **State of Tennessee v Williamson**<br>Testified in criminal court on the effects of drugs on behavior | Defendant |
| June 22, 2000 | **Belina v Belina**<br>Testified on the abuse of sleep agents and narcotics and their effects on cognitive function | Plaintiff |
| February 15, 2001 | **Juanita Harris v State of Tennessee**<br>Testified on the standards of medical practice and spider envenomation | Defendant<br>Claims Commission |
| February 22, 2001 | **Theus v Walden**<br>Testified that Mrs. Theus was not suffering from carbon monoxide poisoning | Defendant |
| April 10, 2001 | **Wilson v Fly**<br>Deposition- Testified on the effects of BCP and Blood Clots<br>Post Surgery | Plaintiff |
| June 6, 2001 | **O'Bryan v Roberts**<br>Trial Testimony<br>Evaluated history of marijuana use and its effects on cognitive impairment prior to the accident | Plaintiff |
| January 15, 2001 | **Mooney v EMS et al**<br>Standard of care delivery for EMS providers in the field<br>Deposition -As Medical Director of Memphis Fire Department | Defendant |
| March 6, 2002 | **Field v Trigg**<br>Trial Testimony<br>Standard of care delivery for physician treating snake bite | Plaintiff |
| June 26, 2002 | **Palmeire v. Reid**<br>Barrett, Johnston & Parsley<br>Deposition-State Medical License Investigation | State of Tennessee |
| September 27, 2002 | **Shelton V. ICRR**<br>Deposition-exposure to hydrochloric acid relating to physical impairment | Defendant |
| October 9, 2002 | **Cummings v. Neville** | Plaintiff |

## Paid Testimony as Expert Over the Last Eight Years
### (Depositions and Court Appearances)
### Kevin S. Merigian, M.D.

Court Testimony- Drug impairment and driving

| Date | Case | Side |
|---|---|---|
| April 11, 2003 | **Nicole Payne v PMC**<br>Deposition -driving impairment after working in factory | Defendant |
| June 3, 2003 | **Holliday v Epperson**<br>Deposition- marijuana exposure and driving impairment | Defendant |
| September 1, 2003 | **Blackburn v. Hicks**<br>Case Closed - 1/2004 | Plaintiff |
| September 12, 2003 | **William v. Soefker**<br>Deposition-Hydrofluoric Acid Exposure and Pulmonary Disease | Defendant |
| October 2, 2003 | **Sparkman v.Sparkman**<br>Court Testimony-Drug abuse and custody | Plaintiff |
| December 15, 2003 | **Maccio v. Krystal**<br>Henry R Allison, III<br>Deposition-Exposure to Alkaline Sanitizer and Toxic Effects | Plaintiff |
| January 7, 2004 | **Henry Coker v. Decorative Center**<br>Deposition-fumes from adhesive exposure- effects on cognitive function | Plaintiff |
| January 9, 2004 | **Oglesby v. Farmers Gin**<br>Exposure to fire extinguisher and pulmonary illness. | Defendant |
| March 9, 2004 | **Maccio v. Krystal**<br>Court Testimony-Exposure to Alkaline Sanitizer and Toxic Effects | Plaintiff |
| May 6, 2004 | **Adams v. City of Memphis**<br>Deposition-discrimination under ADA-Color Vision | Defendant |
| May 25, 2004 | **Wilson v. Fly**<br>Court Testimony | Plaintiff |
| July 27, 2004 | **Lisa Mims v. Entergy**<br>Deposition - Mold Exposure | Plaintiff |
| August 3, 2004 | **Willie and Gene Mims v. Entergy**<br>Deposition - Mold Exposure | Plaintiff |
| March 8, 2005 | **Mims Family v. Entergy**<br>Trial testimony on effects of mold | Plaintiff |
| October 17, 2005 | **Elizabeth McNeil v. Boyle Investment Co.**<br>Deposition - treating physician - Mold Exposure | Plaintiff |
| December 15, 2005 | **Ralph Tipton v. Natures Bounty**<br>Deposition - Personal injury from Ephedra | Defendant |
| April 6, 2006 | **Crumley v Long**<br>Deposition Wrongful Death Deposed by Plaintiffs | Defendant |
| April 26, 2006 | **Powell v. Merck**<br>Trial testimony as treating physician:<br>Hazmat exposure to chemicals at Merck plant | Plaintiff |
| August 24, 2006 | Mark Sallings v John D. Baxley and Triple F. Transport<br>Deposition - Personal injury from auto accident | Plaintiff |

The Stone Institute, Inc.
The Center for Wellness Arts
Kevin S. Merigian, M.D.
8200 Old Dexter Road, Suite 103
Cordova, Tn. 38018
901-757-4646  Fax: 901-757-4546

This Agreement entered into by and between Kevin S. Merigian, MD. of The Stone Institute, Inc. hereinafter referred to as KSM-TSI, and, _Joseph D. Lane, Esq.,_ Hereinafter referred to as "Client", this the _4th_ day of _October_, 200_6_.

1. Client agrees to retain and employ KSM-TSI to provide _Expert Services_ ___ with respect to _the Case of Matthew Riley v. United Rentals_ and KSM-TSI agrees to accept such employment.

2. Upon the signing of this Agreement, Client agrees to pay KSM-TSI a retainer in the amount of three thousand dollars ($3,000.00), this retainer is non-refundable in consideration for KSM-TSI making himself available to review records, to compensate KSM-TSI for committing the time for his services precluding the acceptance of other employment such as patient care services.

3. The hourly rate for services rendered by KSM-TSI is as follows:
   a. $300.00 per hour for case review; $385.00 per hour for depositions; and $450.00 per hour for courtroom testimony.
   b. In the case of a deposition, a minimum of two hours will be paid in advance by cashier's check. If the deposition extends past 120 minutes, arrangements for payment must be maid before deposition ends.
   c. In the case of courtroom testimony, a four-hour minimum must be paid in advance by cashier's check before the court appearance.
   d. A minimum of one-week notice prior to cancellation of a deposition or courtroom testimony is required. If not, four hours will be billed at the published rates above.
   e. Rates for service rendered by associates of The Stone Institute, Inc. are as follows:
      i. Medical reviews by a research assistant are $175.00 per hour
      ii. Administrative Assistant is billed at $75.00 per hour.

Hourly rates are subject to modification on the first day of January of each year following the signing of this Agreement.

4. Client agrees the KSM-TSI fees are exclusive of expenses and further agrees to pay such expenses as they are incurred. Expenses shall include, but not be limited to, examination costs, laboratory fees, cost of reprints and articles, fees charged by consultants, cost of obtaining records, photocopying expense and

       long distance phone charges. KSM-TSI agrees that Client shall incur no extraordinary expenses without prior authorization.

5. KSM-TSI agrees to provide Client with monthly statement of account reflecting itemized charges for services rendered and expenses that KSM-TSI may elect to advance to Client. Client agrees to review the bill carefully and call immediately if Client has any questions or disagreements with the bill. The balance shown to be due and payable within ten days of receipt of the Statement of Account.

6. KSM-TSI will assess a monthly finance charge equal to 1.5% of any unpaid balance due by Statement of Account thirty (30) days after date of such Statement of Account and Client agrees to pay same. If at any time the balance should exceed $3,000.00 over 30 days, Client understands and agrees that KSM-TSI will withdraw form services of Client immediately.

7. KSM-TSI and Client agree that employment pursuant to this Agreement shall terminate by Agreement of Parties. Services provided may be terminated by Client at any time upon written notice to KSM-TSI at which time any unpaid balance of fees as determined by this Agreement shall become due and payable.

8. In the event legal action is required to effect collection of any amount due KSM-TSI from Client pursuant to this Agreement, Client agrees to pay interest at a rate of 1.5% per month from the date any such amount became due and payable together with a reasonable attorney fee and litigation expenses incurred in collecting the amount due.

9. All of the foregoing has been read and is fully understood by the parties, and of the terms and conditions contained herein are accepted and agrees, this the _____ day of 200_.

_____  
Kevin S. Merigian, M.D.                                      Date

_____                _____10/4/04_____  
Client                                                                    Date