# The **Warren** Group
## Forensic Engineers & Consultants

The Warren Group, Inc.
PO Box 1608
Irmo, SC 29063

803.732.6600
803.732.7576 (Fax)
888.827.7823 (Toll Free)
www.warren-group.com



**DATE:**  **October 13, 2006**

**REPORT TO:**  Cochran, Cherry, Givens & Smith, P.C.
**Attn: Mr. Joe Lane**
Post Office Box 927
Dothan, Alabama 36302

**Injury on Core Drill**
Injured:        Matthew Riley
D.o.L.:         8/29/2003
L.o.L.:         Dothan, AL
Client file or Claim No.:4188
The Warren Group File Number:  60334



**PREPARED BY:**    Roger E. Davis, P.E.          10/13/06
                                                   Date

**EXHIBIT**

DAVIS 3

**Injury on Core Drill**                                    Page    1
**The Warren Group File No.: 60334**
**October 13, 2006**

## TABLE OF CONTENTS

INTRODUCTION ............................................................................... 2

BACKGROUND ................................................................................ 2

      Investigation ............................................................... 1

      Description of the Equipment ....................................... 5

      Circumstances of the Incident ..................................... 6

FACTS AND OBSERVATIONS ......................................................... 7

ENGINEERING ANALYSIS AND DISCUSSION ................................ 8

SAFETY DESIGN ANALYSIS .......................................................... 11

OPINIONS WITH BASIS .................................................................. 13

APPENDIX I - Owner's Manual - Clipper DM 500 ............................... I

APPENDIX II - Milwaukee Core Drill Operators' Manual ..................... II

APPENDIX III – Oil-Less Diaphragm Vacuum Pumps & Compressors Manual ... III

APPENDIX IV - Electrical Schematic for Alternate Design of Chipper DM 500 Core Drill .......................................................................... IV

APPENDIX V - Curriculum Vitae of Roger E. Davis, P.E. ..................... V

APPENDIX VI - List of Depositions and Trials for the Last Four Years ............. VI

APPENDIX V - The Warren Group Fee and Expense Schedule ........................... VII

The **Warren** Group

**Injury on Core Drill**                                                   Page    2
**The Warren Group File No.: 60334**
**October 13, 2006**

## INTRODUCTION

On August 29, 2003, Mr. Matthew Riley was injured while performing his regularly assigned duties as an employee of Flavor House in Dothan, Alabama. Mr. Joe Lane of Cochran, Cherry, Givens & Smith, P.C. assigned The Warren Group to:

1. Review the available information; and,

2. Determine if a defect in the equipment involved in the incident was a cause of the injury.

As a result of the investigation, a number of observations have been made and conclusions have been reached. The observations and conclusions stated in this report are based on information available as of this writing. It is conceivable that additional information may be forthcoming which bears on these conclusions and opinions. The author of this report reserves the right to review all conclusions and opinions at any future point in time, should, in fact, additional information become available.

## BACKGROUND

### Investigation

Mr. Roger E. Davis, P.E., Senior Consulting Engineer with The Warren Group, reviewed the available information, including the following:

1. Employer's First Report of Injury or Occupational Disease

2. Complaint filed August 26, 2005 in the Circuit Court of Houston County Alabama, Case No. CV-05-534A

3. Defendant United Rental, Inc.'s Response to Plaintiff's First Request for Admission to Defendant United Rentals, Inc.

4. Responses of Defendant Saint-Gobain Abrasives, Inc. to Plaintiff's Requests for Admission

The **Warren** Group

5.   Plaintiff's Responses to Defendant Milwaukee Electric Tool Corporation's First Set of Interrogatories

6.   Plaintiff's Responses to Defendant United Rentals (North America), Inc.'s First Set of Interrogatories

7.   Plaintiff's Responses to Defendant Saint Gobain Abrasive, Inc.'s First Set of Interrogatories to Plaintiff

8.   Defendant United Rentals, Inc.'s Answer to Plaintiff's First Set of Interrogatories to Defendant United Rentals, Inc.

9.   Defendant Saint-Gobain's Responses to Plaintiff's Interrogatory Requests

10.  Ralcorp Holdings, Inc.'s Responses to Defendant United Rental (North America), Inc.'s First Set of Interrogatories

11.  Plaintiff's Responses to Defendant Milwaukee Electric Tool Corporation's First Request for Production of Documents

12.  Plaintiff's Responses to Defendant United Rentals (North America) Inc.'s First Request for Production of Documents

13.  Ralcorp Holdings, Inc.'s Responses to Defendant Milwaukee Electric Tool Corporations Request for Production of Documents

14.  Plaintiff's Responses to Defendant Saint Gobain Abrasive, Inc.'s First Request for Production of Documents

15.  Defendant United Rental, Inc.'s Response to Plaintiff's First Request for Production to Defendant United Rentals, Inc.

16.  Defendant United Rental, Inc.'s Response to Plaintiff's First Request for Production to Defendant United Rentals, Inc.

Injury on Core Drill                                                    Page    4
The Warren Group File No.: 60334
October 13, 2006

17.   Defendant Saint-Gobain's Responses to Plaintiff's Requests for Production of
      Documents

18.   Ralcorp Holdings, Inc.'s Responses to Defendant United Rental (North America),
      Inc.'s Second Request for Production of Documents

19.   Ralcorp Holdings, Inc.'s Supplemental Responses to Defendant United Rental
      (North America), Inc.'s Second Request for Production of Documents

20.   Ralcorp Holdings, Inc.'s Second Supplemental Responses to Defendant United
      Rental (North America), Inc.'s Second Request for Production of Documents

21.   Deposition of Matthew Riley

22.   Deposition of Michael James Walters

23.   Deposition of Michael Waters

24.   Deposition of George A. Kennedy

25.   Clipper Owners Manual DM450 & DM500 Core Drills

26.   Milwaukee Operator's Manual for Heavy Duty Diamond Coring Equipment

27.   Chemical Test Report dated July 13, 2005

28    "Investigation of Traumatic Injuries to Mr. Matthew Riley", by John C. Frost,
      Safety Engineer, dated June 28, 2006

29.   "Serious Injury August 29, 2003 Flavor House Products Houston County,
      Alabama" by Donald R. Shaver, P.E.

30.   Defendant Saint-Gobain's Expert Disclosures Pursuant to Court's Scheduling
      Order and Rule 26(a)(2) F.R.C.P.

The **Warren** Group

31.  Report of Mark D. Hickok Matthew Riley v Milwaukee Electric Tool Corp., dated June 15, 2005

32.  Seventy-three color photographs taken by Mr. Joe Lane at 1st inspection

33.  Eleven color photographs provided by Heather Robinson, Ralcorp

34.  Seventeen color photographs taken at Flavor House inspection and Riley deposition

35.  One hundred sixty-six color photographs attached by United Rentals to initial disclosures

36.  Milwaukee Operator's Manual for Heavy Duty Diamond Coring Equipment

37.  Gast Operation and Maintenance Manual for Model DOA Vacuum Pumps

**Description of the Equipment**

The equipment involved in the injury to Mr. Riley is a Clipper DM 500 core drill, serial no. 02 G 016 manufactured by Saint-Gobain Abrasives, Inc. United Rentals Purchase Order no. 3114870 indicates two such drills were ordered March 10, 2003. The core drill consists of a drill stand, a drill motor, and a vacuum assembly for holding the machine in place during operation.

The drill is used with diamond bits for removal of cores of various sizes from concrete, including reinforced concrete. The drill may be secured to the work surface by means of the vacuum unit if the surface is relatively smooth and non-porous. In the case of a concrete floor, the surface must be swept clean and wet down; the drill base is then set in place and the leveling screws are adjusted to touch the floor, but to maintain contact of the base gasket with the floor. The electric vacuum pump affixed to the core drill will then maintain a vacuum intended to secure the base to the floor during operation.

The **Warren** Group

The core drill is equipped with a fitting for attachment of a water hose to supply water to the coring bit for cooling and lubrication during operation. The drill motor is moved up or down by the operator with an operating lever to advance or retract the bit. The drill is equipped with an ammeter to assist the operator in judging the amount of pressure to apply to the operating lever.

## Circumstances of the Incident

The following sequence of events is based on the documentation reviewed relative to the injury and on the engineering analysis that follows.

At the time of the injury to Mr. Riley, the lead mechanic on the 3rd shift, Mike Walters, set up the incident core drill to drill the first of two holes to be made for installation of bollards in the concrete floor at Flavor House. Mr. Walters instructed Mr. Riley in the use of the drill by coring the first hole, as Mr. Riley had never operated a core drill. During the coring of the first hole, the drill base broke loose from the floor. Mr. Walters reset the core drill and completed the coring of the first hole. Mr. Walters stated that after resetting the drill, he stood on the drill base while operating the drill, because it was a more comfortable operating position.

Mr. Walters then set up the core drill for the second hole. Mr. Riley operated the drill to core the second hole. Mr. Walters left the area while Mr. Riley was operating the drill. Mr. Riley stated that he placed one foot on the drill base while operating the drill, as he thought it would help stabilize the base. During coring of the second hole, the drill base suddenly broke loose again, causing the machine to rotate about the core bit axis, as the drill motor was still powering the bit. The drill bit then disengaged from the concrete hole, causing the machine to become airborne. The machine hit Mr. Riley in the face as he lay on the floor where he fell as he tried to escape the uncontrolled core drill machine. The drill motor quit turning when the power cord was ripped from the machine while it spun uncontrollably.

The **Warren** Group

Injury on Core Drill                                                    Page      7
The Warren Group File No.: 60334
October 13, 2006

## FACTS AND OBSERVATIONS

1.    Mr. Riley was employed by Flavor House for three days before his injury.

2.    Flavor House rented the incident core drill from United Rentals (North America), Inc.
      of Dothan, Alabama, the day before the incident.

3.    No operator or owners manual was provided to Flavor House by United Rentals for the
      incident core drill.

4.    The core drill and some of its component parts were disassembled and inspected by
      representatives of interested parties on May 12, 2005.

5.    At the time of the May 12, 2005 inspection, the vacuum pump would not operate. A
      significant amount of residue later identified as aluminum oxide was found inside the
      pump.

6.    The core drill is equipped with a Model DOA –V185A-AA vacuum pump. A copy of
      the Operation and Maintenance Manual for the vacuum pump is included in Appendix
      III.

7.    The vacuum pump for the core drill is equipped with a gauge that registers vacuum in
      the range of 0 to minus 30 inches mercury. No acceptable operating range for the core
      drill is indicated on the gauge.

8.    The drill motor for the core drill is equipped with a clutch intended to protect the motor
      from overload and excessive torque in the event that the core bit binds in a hole during
      operation. Some similar core drills are equipped with a shear pin to provide overload
      protection.

9.    The drill motor clutch was tested during the May 12, 2005 inspection; the clutch slip
      torque was measured three times, with results ranging from 198.6 ft.-lbs. to 231.2 ft.-

The **Warren** Group

Case 1:05-cv-00994-MHT-SRW    Document 120-5    Filed 11/21/2006    Page 9 of 85

lbs. The design performance parameters for the clutch are unknown at this time.

## ENGINEERING ANALYSIS AND DISCUSSION

The drill motor for the core drill necessarily produces the high torque required to saw through concrete. The drill must be secured in a manner that will withstand the high torque applied at the bit/concrete interface. If the drill is not securely attached to the surface being cored, the bit will remain stationary in the hole and the drill stand will rotate uncontrollably while under power.

The vacuum base is one of the available means of securing the core drill to the work surface. If the vacuum base fails to provide enough hold-down force to overcome the maximum torque that could be applied through the drill bit, the base will break loose and begin uncontrolled rotation as long as power is applied to the drill motor. The maximum torque applied to the drill bit is limited by the clutch in the drill motor. The switch for the drill motor does not require constant operator pressure to maintain power to the motor. Consequently, if the drill base breaks loose, the drill motor continues to run until unplugged, and the machine will continue to rotate uncontrollably until the bit comes out of the hole or the drill is unplugged.

The vacuum base can lose its ability to secure the base to the work surface under several circumstances. For example, if the vacuum motor fails to generate sufficient vacuum due to wear or malfunction, the base may detach from the work surface. At the time of the May 12, 2005 inspection, the vacuum pump would not operate. The quantity of aluminum oxide residue found inside the pump indicates excessive wear of aluminum components of the vacuum pump. The residue may plug the ports in the vacuum pump, rendering it inoperable. As the vacuum pump was neither used nor disassembled since the injury to Mr. Riley, it can be reasonably concluded that the vacuum pump failed at the time of the incident. The Operation and Maintenance Manual for the vacuum pump included in Appendix III indicates that corrosive gases and particulate material will damage the pump; and, that water vapor, oil-based contaminants or other liquids must be filtered out. The manual states that

The **Warren** Group

some models are equipped with filters and mufflers. It is unknown at this time whether the incident vacuum pump was equipped with a filter. If so, the filter should have been checked periodically and replaced when necessary. Mr. Kennedy, head of the service department for United Rentals, indicated that the vacuum pump is never disassembled. Since disassembly is necessary to access any filter in the pump, any filter present in the incident pump would not have been checked and replaced as necessary, as stated in the manual. If the vacuum pump in the incident core drill is not equipped with a filter, it should have been, because as a rental unit the equipment may be used in a variety of conditions, including conditions where corrosive gases and particulates may be present.

Another circumstance that can cause the vacuum base to fail is if the seal between the base and the work surface is not airtight, insufficient vacuum may be pulled in the vacuum base due to infiltration of air. The evidence indicates that the gasket may have been damaged at the time of the incident, which would result in a weak hold-down force by the vacuum base.

It is prudent engineering design practice to perform a hazards analysis on a product at the design stage. An evaluation of the incident core drill should have revealed that the hazard posed by a base that becomes detached from the work surface is uncontrolled, as designed.

The Safety Hierarchy is a well-established principle among safety professionals and designers that where a hazard in a product exists, it should be eliminated by design, if possible. If the hazard cannot be eliminated by design without impairing the function of the product, safeguards must be provided to reduce the risk of injury from the hazard to an acceptable level, if it is technologically and economically feasible to do so. If the hazard cannot be eliminated by design or safeguarded, warnings of the hazard must be provided for anyone subjected to the hazard. The last resort in the Safety Hierarchy for dealing with a hazard is to employ policies and procedures to minimize the risk posed by the hazard.

As discussed in the Safety Design Analysis section of this report, the incident core drill contains an uncontrolled hazard. It is not possible to eliminate the hazard by design;

therefore, safeguards must be provided, if technologically and economically feasible. Alternative designs to reduce the risk to an acceptable level are included in the Safety Engineering Alternative paragraph. The alternate designs are both technologically and economically feasible.

The manufacturer and the rental company should have reasonably expected that a worker such as Mr. Riley would be a user of the incident core drill. Not only did the core drill contain an uncontrolled hazard that was not safeguarded, no warnings of the hazard were provided to Mr. Riley. The warnings affixed to the core drill are general in nature and do not adequately describe the hazard of uncontrolled rotation of the drill base. Furthermore, the warnings affixed to the machine state that users must be thoroughly familiar with the operator's manual; however, no operator's manual was provided with the machine. The rental company did not deliver a manual with the core drill; the manufacturer of the core drill did not provide a storage compartment on the machine to insure that the manual could be readily accessible to the operator. Finally, the General Safety Sheet routinely provided by United Rentals with equipment rentals contains no information specific to a core drill.

Conversely, even if the manual had been provided with the machine, the manual fails to address the hazard adequately. First, the instructions do not provide the operator with the safe operating range for the vacuum system; however, the operator's manual for the nearly identical Milwaukee core drill contains a warning that the vacuum gauge must read a minimum of 20 inches mercury vacuum before coring begins. The gauge is marked with the acceptable operating range, unlike the one on the incident Clipper core drill. Secondly, the warning in the manual regarding standing on the drill stand base does not describe the consequences of such action.

Case 1:05-cv-00994-MHT-SRW    Document 120-5    Filed 11/21/2006    Page 12 of 85

## SAFETY DESIGN ANALYSIS

### Hazard Identification

The hazard inherent in the Clipper DM500 core drill as designed and manufactured is a machine that can become detached from the work surface and rotate in an uncontrolled manner. No mechanism exists to turn the machine off while it is rotating uncontrollably, except to unplug the power cord, which may be connected in a remote location.

### Risk Assessment

The risk associated with this hazard is unacceptable since the uncontrolled rotation of a piece of equipment as large as the core drill can cause serious injury to the operator or a bystander that may be struck by the machine.

### Safety Engineering Alternative

The identified hazard and unacceptable risk can be controlled to an acceptable level by design changes as follows:

1.  Provide a trigger switch or similar switch that requires continuous operator action to power the drill motor; then, when the operator releases the switch in an emergency situation, the machine will quickly stop its rotation.

2.  Provide a vacuum gauge that indicates acceptable operating ranges for the vacuum base. Appendix I contains the Owners Manual for the incident Clipper DM500 core drill. Appendix II includes an Operator's Manual for a Milwaukee core drill nearly identical to the incident drill, except that the vacuum gauge is marked with the acceptable operating range, which must be a vacuum exceeding minus 20 inches mercury.

3.  Provide an interlock that will cut the power to the drill motor if the vacuum approaches



the unacceptable range. For example, a vacuum switch could be installed in series with the power supply to the drill motor that will interrupt the power if the vacuum approaches the unacceptable range. The interlock circuit can be accomplished with the addition of two switches; a schematic of the proposed electrical circuit is included in Appendix IV.



The **Warren** Group

Injury on Core Drill                                             Page    13
The Warren Group File No.: 60334
October 13, 2006


**OPINIONS WITH BASIS:**

**Opinion 1**

Saint-Gobain Abrasives, Inc. and United Rentals (North America), Inc. placed into the market the incident Clipper DM500 core drill with an uncontrolled hazard. The hazard is the potential for uncontrolled rotation of the equipment that may strike and seriously injure the operator or a bystander.

**Basis:** Review of Owners Manual

**Opinion 2**

Saint-Gobain Abrasives, Inc. failed to insure that a reasonably foreseeable operator of the incident equipment is adequately warned of the hazard of uncontrolled rotation of the machine.

**Basis:** Review of warnings on the machine and in the manual

Failure to provide a readily accessible storage compartment for the manual on the machine

Comparison of the warnings included in the Clipper Owners Manual (Appendix I) vs. the Milwaukee Core Drill Operator's Manual (Appendix II)

**Opinion 3**

United Rentals (North America), Inc. failed to provide an owners or operator's manual for the use of a reasonably foreseeable user of the equipment at the time of the incident. The manual should have been provided with the equipment.

**Basis:** Riley deposition, page 91, line 2

Waters deposition, page 116, line 3

The **Warren** Group

## Opinion 4

Saint-Gobain Abrasives, Inc. failed to provide warnings on the machine or in the Owners Manual that adequately describe the hazard contained in the machine.

**Basis:** Review of the Owners Manual

## Opinion 5

United Rentals (North America), Inc. failed to maintain a component to the incident equipment critical to the safety of the operation of the equipment and that failure to maintain was a cause of the failure of the vacuum base and consequently, the injury to Mr. Riley.

**Basis:** The vacuum pump failed to operate during the initial test of the component after the incident

The vacuum pump must provide sufficient vacuum to secure the machine to the work surface before use; or, another means to secure the machine must be utilized.

If the vacuum pump is equipped with a filter, United Rentals did not service the filter as recommended by the manual for the pump.

## Opinion 6

The uncontrolled hazard in the incident core drill constitutes a defect in the machine that was a cause of the injury to Mr. Riley.

**Basis:** Refer to the Engineering Analysis section of this report

The **Warren** Group

Injury on Core Drill                                                    Page        I
The Warren Group File No.: 60334
October 13, 2006

# APPENDIX I

## Owners Manual - Clipper DM 500

The **Warren** Group



# OWNERS MANUAL

# DM450 & DM500 CORE DRILLS



*clipper*

**FORM <<7125 8/00**



United Rentals 0020

# WARRANTY

Norton Construction Products warrants all products manufactured by it against defects in workmanship or materials for a period of one (1) year from the date of shipment to the customer.

The responsibility of Norton Construction Products under this warranty is limited to replacement or repair of defective parts at Norton Construction Products's Gainesville, Georgia factory, or at a point designated by it, of such part as shall appear to us upon inspection at such point, to have been defective in material or workmanship, with expense for transportation borne by the customer.

In no event shall Norton Construction Products be liable for consequential or incidental damages arising out of the failure of any product to operate properly.

Integral units such as **gasoline engines, electric motors, batteries, tires, transmissions,** etc., are excluded from this warranty and are subject to the prime manufacturer's warranty.

This warranty is in lieu of all other warranties, expressed or implied, and all such other warranties are hereby disclaimed.

**Important:  Before placing equipment in operation, record the following information.**

MODEL:_____  SERIAL NO._____

PURCHASE FROM:  _____

ADDRESS:  _____

CITY_____  STATE _____  ZIP _____

TELEPHONE NO.  _____

**Before using this equipment, make sure that person using it read and understand the instructions in this owners manual.**

2

United Rentals 0021

# DM450 & DM500 CORE DRILL

| CONTENTS | PAGE |
|---|---|
| GENERAL INFORMATION | |
| **Warranty Infromation** | Inside Cover |
| **I.    Preparation** | |
| A.  Safety Precautions | 4 |
| B.  General Information | 5 |
| C.  Bit Installation | 5 |
| D.  Water Supply | 5 |
| E. Electrical Supply | 6 |
| **II.    Operation** | |
| A.  Core Drill Positioning | 7 |
| B.  Drilling Technique | 7 |
| C.  Vacuum Hold Down Operation[Optional] | 8 |
| D.  Water Collector Operation [Optional] | 8 |
| **III.  Maintenance and Component Description** | |
| A.  Motor Specifications [Dewalt] | 9 |
| B.  Motor Specifications [Milwaukee] | 10 |
| C.  Vacuum Pump | 11 |
| D.  Leveling Screws | 11 |
| E.  Carriage | 11 |
| F.  Gibs | 12 |
| G.  Motor Spindle | 12 |
| H.  Vacuum Seal | 12 |
| I.  Electrical Wiring Diagram | 13 |
| **IV.  Parts List Section** | |
| A.  Ordering Information | 14 |
| B.  Optional Accessories | 14 |
| C.  Assembly Drawings | 16-19 |
| D.  Service Parts List | 16-19 |
| E. Operating & Maintance Instructions Gast Vaccum Pump | 20 |
| F.  Dewalt Authorized Distributors | 23-26 |
| G.  Milwaukee Authorized Distributors | 27 |
| H.  Gast Pump Authorized Distributors | 28 |
| I.  Machine Service Log | |

United Rentals 0022

# I  PREPARATION

## A.  Safety Precautions

### IMPORTANT! THE FOLLOWING SAFETY PRECAUTIONS MUST BE OBSERVED.

1.  **Know your core drilling machine!** Read the Operator's manual carefully. Learn the operation, application and limitations, as well as the specific potential hazards peculiar to this equipment.
2.  **Ground the machine!** The core drill must be grounded while in use to protect the operator from electric shock. The motor is equipped with a three-prong grounding type plug to fit the proper type receptacle. The green [or green & yellow] conductor in the cord is grounding wire.
3.  **NEVER** connect the green [or green & yellow] wire to a live terminal.
4.  Use only three-wire grounded extension cords suitable for use outdoors and of sufficient gage to accommodate power requirements.
5.  Replace frayed or damaged extension cords.
6.  Keep the work area clean avoiding cluttered work areas.
7.  Consider the work area environment!
    - Do not expose power tools to rain.
    - Wear rubber boots to further insulate yourself from the drill.
    - Mop up all excessive water around the work area before and after drilling.
    - Keep the work area well lit.
8.  Use extreme caution when drilling through floors. Provide for protection of all personnel and material below the area. Cores generally drop from the drill bit at the completion of the hole.
9.  Keep visitors away. Do not let visitors contact tool or extension cord. All visitors should be kept at a safe distance from the work area.
10. Do not force the bit into the drilling surface.
    - Use an anchor bolt , ceiling jack or vacuum hold-down attachment when drilling vertically (↓↑) into floors.
    - Only use an anchor bolt or ceiling jack when drilling horizontally (⇔⇨) into a wall or any other vertical surface.
11. Dress properly for the work being performed.
    - Do not wear loose clothing or jewelry which can get caught in moving or rotating parts.
    - Rubber gloves and non-skid footwear is recommended when working outside.
    - Wear protective covering to contain long hair.
12. Don't abuse the cord. Never carry the tool by the cord or yank the cord to disconnect the plug from the receptacle.
13. Secure the drill stand to the work surface. Use an anchor bolt, ceiling jack or vacuum attachment to secure the drill stand to the work surface.
14. NEVER stand on the drill stand base as a method of securing the drill stand!
15. Don't overreach! Keep proper footing and balance at all times. The slippery surface created during the drilling operation results in unstable footing.
16. ALWAYS disconnect the power before servicing or changing accessories or bits.
17. ALWAYS check, then make sure wrenches are removed from the motor spindle and bit adapter before connecting power or starting the drill motor.
18. ALWAYS make sure power switch is in "off" position before connecting drill to power.

**Caution:** It is very important that the drilling machine is properly secured to the work surface. Movement during drilling will cause bit chatter against work surface, fracturing diamonds or binding bit in the hole.

United Rentals  0023

# I PREPARATION

## B. General Information

The DM450 & DM500 core drills are available with different power units.

| MANUFACTURER | AMPS | VOLTS | PHASE | HERTZ |
|---|---|---|---|---|
| MILWAUKEE | 15 | 115 | SINGLE | 60 |
| DEWALT | 20 | 115 | SINGLE | 60 |
| MILWAUKEE | 20 | 115 | SINGLE | 60 |

All motors are **single phase** with two-speed selector switches. The **115 volt** motors will operate within a power range of 110 to 120 volts.

## C. Bit Installation

The threads on the output spindle of the core drill motors have dimensions of 1-1/4"-7. Core bits are available in a variety of diameters. The spindle thread on the adapter nut of the core bit is 5/8-11 on smaller diameter bits. The use of an adapter coupling part number 400148 is required in order to run smaller diameter bits. The adapter provides a coupling which has a female 1-1/4"-7 thread on one side and a 5/8"-11 spindle on the other end.



# Core Bit Adapter
# Part Number 400148

1. Using a wrench to firmly hold the output shaft , screw the core bit onto the spindle until snug.
2. Placing one wrench on the machined flats of the output shaft and one wrench on the end adapter of the core bit tighten the bit on the spindle. **Note:** Attempting to turn the bit by the barrel rather than by the adapter nut may break the weld between the adapter nut plate and the barrel.

## D. Water Supply

It is important when wet cutting to maintain an adequate supply of clean water to the diamond drill bits. The hose input adapter on the water swivel at the base of the core drill motor is used to connect the water supply hose to the core drilling unit. Special precautions should be taken to insure that the water supply will not be interrupted during the drilling operation.



Hose Input Adaptor

-5-

United Rentals 0024

# I PREPARATION

## E. Electrical Supply

The DM450 & DM500 core drills are furnished with 115 volt, single phase motors. These motors operate within a power range of 110 to 120 volts. Serious damage can result if the supply line voltage does not fall within this range.

The following wire sizes are recommended when using an extension cord:

| DISTANCE FROM SOURCE | 115 volt 25 FEET | 115 volt 50 FEET | 115 volt 75 FEET | 115 volt 100 FEET |
|---|---|---|---|---|
| Wire Gauge | # 14 | # 12 | # 10 | # 08 |

The DM450 & DM500 core drills are manufactured with a three conductor connector cord which attaches the motor to the electrical supply. The green wire provided is used to connect to a permanent ground.

- a. Before connecting the drill to the power source, make sure that the voltage and cycles shown on the name plate of the motor are the same as the available electrical power supplied.

- b. Always properly ground the core drill before attempting to start the motor. The presence of water during the drilling operation requires that the drill always be properly grounded.

- c. **NEVER** connect the green wire to a live terminal !



The use of 3-prong adapter is prohibited in Canada by the Canadian Electrical Code.
An adapter, Fig. "B" is available for connecting Fig. A plugs to two prong receptacles. The green grounding ear extending from adapter must be connected to a permanent ground such as to properly grounded outlet box. No adapter is available for fig "C" plugs.

NOTE: RECEPTACLE MUST BE GROUNDED FOR SAFE USE OF ADAPTER.
IF IN DOUBT CALL A QUALIFIED ELECTRICIAN AND HAVE THE RECEPTACLE CHECKED FOR GROUND.



To connect twist lock plugs like those shown in figures D and E, insert the plug into a matching outlet. When the plug is fully inserted, turn it clockwise until it locks. This prevents the plug from being pulled out accidentally. To remove the plug, twist it counterclockwise to unlock and remove it from the outlet.

6

## II  OPERATION

### A. Core Drill Positions
To position the core drill:
1. Roll the drill so that the spindle is positioned over the desired drilling location.
2. Using the leveling screws located on the four corners of the base, level the core drill to insure that the bit will drill a straight, vertical hole.

⇨**CEILING BRACING** - can be used when the ceiling above the work area is strong enough to provide solid bracing. A length of pipe may be used with the adjustable brace on the top of the drill column to firmly secure the drill against the work piece.

⇨**ANCHOR BOLTING** - is a method used quite often in both horizontal and vertical drilling. The anchor is secured in the work surface and the core drill is placed over the anchor bolt so that the bolt goes through the hole in the center of the drill base. A nut and washer is the used to pull the base down as the nut is screwed onto the anchor bolt.

⇨**VACUUM HOLD DOWN** - requires that the surface of the intended drilling area be smooth or of an even texture in order to achieve an effective bond to the drilling surface. A large hold down base and vacuum pump are used to fasten the drill to the work surface. Both the pump and large base are available as optional accessories for the drills.

### B. Drilling Technique
The performance of any diamond core bit depends heavily on the use of proper drilling technique. Although drilling conditions and materials may vary, following specific guide lines insures faster drilling speeds and longer bit life.



**Vacuum Pump Attachment
PART NUMBER: 407000**

1. Secure the core drill to the work surface so that there is no movement in the drill that would cause the core bit to bind in the hole.

2. Insure that the hole is constantly flushed of abrasive fines by supplying a sufficient flow of water.

3. Slowly lower the bit into the hole so that there is no skidding or lateral movement of the drill. The entire circumference of the core bit should penetrate the drilling surface before additional pressure is applied to the handle.

4. Exert steady downward pressure while drilling. NEVER force the bit into the material!

5. Do not stop the flow of water or rotation of the bit while the core bit is drilling.
6. Check the core bit if the drilling rate decreases noticeably. The slowing penetration rate generally indicates that the bit is in need of reconditioning.

**II  OPERATION**

7

**C. Vacuum Hold Down Operation**

The vacuum hold down base and pump work together to seal the drill to the work surface. The vacuum pump requires 115 volt electrical supply. A 115 volt accessory outlet located on the switch box is used to supply power to the vacuum pump. One outlet is consistently supplied with power so that turning the motor off does not turn off the vacuum pump and release the drill from the work surface.

1. Mount the column and carriage in the large vacuum hold down base.

2. Connect the vacuum pump to the vacuum base.

3. Wet the work area in order to achieve an effective seal.

4. Connect the vacuum pump cord into the top outlet of the receptacle in the switch box above the motor. This will start the pump and create a seal between the base and the work surface.

5. Adjust the leveling screws so that the core drill is level and resting lightly on the vacuum seal.

6. Plug the vacuum pump cord into the live outlet of the receptacle in the switch box. This will start the pump and create a seal between the base and the work surface.

7. Adjust the leveling screws so that the base is snug against the work surface. NOTE: (Excessive tightening of the leveling screws will break the seal between the base and the work surface).

8. To turn the vacuum pump off, unplug the power cord.

**D. Water Collector Operation**

The water collector unit (Part Number 402034) is designed to work with any core drill. It can be used with any diameter core bit up to and including ten inch. The unit consists of a tear dropped shaped ring with a rubber seal, a 115 volt electric water pump and a drainage hose.

1. Place the pump in the small end of the tear-drop ring. Center the large area of the ring over the area to be drilled.

2. Run the drainage hose from the pump to a drainage barrel and secure the hose to the barrel with the hose hook.

3. PROPERLY GROUND THE PUMP, then plug it into the top outlet of the core drill switch box.

4. Turn the pump off by unplugging the pump power cord at the cord drill switch box.

## III. MAINTENANCE AND COMPONENT DESCRIPTION

**A. Motor Specifications Dewalt**

United Rentals 0027

## Specifications

| MFR | MODEL | VOLT | AMP | MOTOR RPM | | BIT CAPACITY IN | |
|---|---|---|---|---|---|---|---|
| | | | | LOW GEAR | HIGH GEAR | LOW GEAR | HIGH GEAR |
| DEWALT | DW194 | 120 | 20 | 350 | 900 | 5"-9" | 2"-5" |

*Refer to motor owners manual supplied with drill for required motor maintenance.



The Dewalt motor is designed to operate with two speeds. Changing speeds is accomplished by using the speed shift lever built into the gear case of the unit.

Changing the rpm of the motor is accomplished as follows:

1. Loosen the shift lever locking knob. (1/4 turn CCW)

2. Move the shift lever until the clutch teeth are fully engaged. Moving the lever toward the motor engages the LOW rpm while moving the lever toward the spindle engages the HIGH rpm.

3. Retighten the shift lever locking knob. NOTE: use a wrench or pliers to tighten the locking knob, hand tightening should be sufficient under normal conditions.

Changing the rpm is easily accomplished while the motor is running. Attempting to shift with the motor off may require turning the spindle by hand to engage the clutch.

III.     MAINTENANCE     AND COMPONENT DESCRIPTION
  A. Motor Specifications (MILWAUKEE 4035 & 4094)
                    Specifications

9

United Rentals 0028

| MFR | MODEL | VOLT | AMP | MOTOR RPM | | BIT CAPACITY IN | |
|---|---|---|---|---|---|---|---|
| | | | | LOW GEAR | HIGH GEAR | LOW GEAR | HIGH GEAR |
| MILW | 4097-20 | 120 | 15.0 | 500 | 1000 | 3"-5" | 3"-5" |
| MILW | 4096 | 120 | 20 | 450 | 900 | 6" - 10" | 2" - 6" |

*Refer to motor owners manual supplied with drill for required motor maintenance.
The Milwaukee electric motors are designed to operate at two speeds. The speed changes are easily made by means of a conveniently located shift lever which transfers the drive gear from low to high rpm.
Motors are equipped with clutch.

ALWAYS TURN OFF SWITCH AND SHIFT WHILE THE MOTOR IS COASTING TO A STOP!

NEVER SHIFT AT FULL RPM OR WHEN THE MOTOR IS UNDER LOAD OR STOPPED!!

**To change speeds on the Milwaukee motor the procedure is as follows:**

1.  Turn off switch, as the motor is coasting to a stop, rotate the shift knob clockwise to go from the HIGH to LOW speed.

2.  Turn off switch, as the motor is coasting to a stop rotate the shift knob counter-clockwise to go from LOW to HIGH rpm.



## III.   MAINTENANCE AND COMPONENT DESCRIPTION

United Rentals 0029

The vacuum pump is used with the large vacuum hold down base to secure the core drill on smooth evenly textured



surfaces. The pump is powered by a 115 volt, 4.2 amp, 60 hertz electric motor. The power cord of the pump is plugged into the live outlet of the receptacle in the switch box of the core drill. The switch box on the



**COMBINATION BASE**

drill allows the motor on the drilling unit to be turned on and off without shutting down the vacuum pump and breaking the seal between the drill base and the work surface.

**OPTIONAL GAST VACUUM PUMP**

The required maintenance procedure for the vacuum pump is listed in the "Parts List and Operating and Maintenance Instructions" pamphlet. Parts for the vacuum pump are available from local distributors of Gast products. A listing of Gast distributors is available in this drill manual and in the vacuum pump pamphlet.

D. **Leveling Screws**

The four leveling screws on the base should cleaned with a mild solvent and lubricated with a lightweight machine oil each time the machine is used. Allowing the slurry to accumulate on the threads may cause damage to the threads in the base.

E. **Carriage**

The carriage or head assembly should be cleaned and lubed with a lightweight machine oil each time the machine is put away. Allowing slurry to build on the column and inside the carriage will prematurely wear the pinion gear and gibs.

III. **MAINTENANCE AND COMPONENT DESCRIPTION**

F. **Gibs**

11

United Rentals  0030

The gibs are brass wear shims used on the inside of the carriage which allow the carriage to slide freely and rigidly on the column. The gibs require periodic replacement. Replacing the gibs is necessary when the carriage is no longer rigid on the column. Keeping the column free of excess debris and burrs will maximize the service life of the gibs.

### G. Motor Spindle

The motor spindle on all core drill motors is equipped with 1-1/4"-7 thread dimensions. The end adapter of the core bit is also threaded 1-1/4"-7 on core bits of 2 inches and larger diameter. Core bits with a diameter less than 1-5/8 inches have 5/8"-11 threads and require the use of an adapter.
The motor spindle maintenance should be performed each time the machine is stored for the day. Leaving the core bit on the motor spindle may cause the threads on the spindle to rust making removal of the core bit very difficult. After removing the core bit check the threads for any nicks or burrs. The spindle should then be cleaned with a mild solvent and lubricated with a lightweight machine oil.
Removing the core bit from the motor spindle by turning the core bit barrel is not recommended. The core bit barrel may break the weld between the adapter plate and barrel if excessive side pressure is applied. The best results are achieved using two wrenches. One of the wrenches placed on the machined flats on the motor spindle and the other wrench on the core bit end adapter.

### H. Vacuum Seal

The vacuum seal is the sponge rubber gasket which lines the bottom of the large vacuum base. The material prevents air from entering the area under the base. Thus allowing the vacuum to pull against the work surface. In order for the seal to work properly the seal material must remain pliable and in one piece with no gaps or inconsistencies on the surface. The vacuum seal should be rinsed at the completion of each operation. Allowing the slurry to accumulate on the gasket will cause the material to deteriorate prematurely. The vacuum seal should be checked on a regular basis and replaced if it has been damaged or started to deteriorate.

## III. MAINTENANCE AND COMPONENT DESCRIPTION
### I. Electrical Wiring Diagram

United Rentals 0031

BEFORE CONNECTING DRILL TO THE POWER SOURCE, MAKE SURE THE VOLTAGE AND CYCLES SHOWN ON THE NAME PLATE AGREE WITH THE AVAILABLE ELECTRICAL SUPPLY!

ALWAYS PROPERLY GROUND THE CORE DRILL!

NEVER CONNECT THE GREEN WIRE TO A LIVE TERMINAL!

## INTERNAL WIRING DIAGRAM





## IV. PARTS LIST SECTION

### A. Ordering Information

1. List model number of machine.

13

United Rentals 0032

2. List part number and description of part (not item number).

3. Wherever alternate parts are shown due to product improvement, inspect the part you have and provide additional description as necessary.

4. Specify mode of shipping desired, such as, parcel post, truck, air freight, U.P.S., best way, etc.

## B. Optional Accessories

1. **Vacuum Hold Down:** Part Number 407000  Provides a means of securing the core drill on smooth evenly textured surfaces without using anchors.

2. **Water Collector Kit:** Part Number 402034  ecovers the excess water used during the drilling operation and pumps it into a drum.  The ring is used to limit the amount of area that is exposed to water.  The ring is best used in areas where the surface texture is smooth and even.

3. **Shaft Couplings:** The couplings are used as adapters which decrease or increase the spindle diameter and thread dimension.

| Part Number | Spindle Thread | Adapter Thread |
|---|---|---|
| 400145 | 1/2"–20 | 5/8"–11 |
| 400146 | 5/8"–11 | 1/2"–20 |
| 400147 | 5/8"–11 | 1-1/4"–7 |
| 400148 | 1-1/4"–7 | 5/8"–11 |

4. **Shaft Extensions:**  Extend the depth to which a core bit will drill when the carriage travel has reached the maximum travel distance of the column.

| Part Number | Spindle Thread | Length |
|---|---|---|
| 402754 | 1-1/4"–7 | 9" |
| 402755 | 1-1/4"–7 | 3.5" |
| 402756 | 1-1/4"–7 | 12" |
| 402757 | 5/8"–11 | 12" |
| 402758 | 5/8"–11 | 6" |
| 402759 | 5/8"–11 | 3" |

5. **Motor Spacer Plate Kit:**  Part Number: **407012** Moves the motor away from the column so that the drill will accept up to a fourteen inch bit.

# ASSEMBLY DRAWINGS

14

United Rentals 0033

# DM 450 & 500

# CORE DRILLS



15

United Rentals 0034

# IV. PARTS LIST SECTION
### D. Service parts list for DM Core Drills.

## Drill Base And Column



16

**EXHIBIT**

DAVIS (22)

## Drill Base And Column

| Item | Part # | Qty | Description | Item | Part # | Qty | Description |
|------|--------|-----|-------------|------|--------|-----|-------------|
| 1 | 407001 | 1 | Column 2-1/2" SQ x 42" (Includes 2 & 3) | 44 | 407024 | 1 | Pinion Gear Only |
| 2 | 407002 | 1 | Gear Rack Only 32" | 45 | 8041002 | 1 | Scr ¼-20 x ½" Hex Head Cap |
| 3 | 407003 | 1 | Col. Top With Pins | 46 | 8177010 | 1 | Washer ¼" Lock |
| 4 | 407004 | 1 | Ceiling Jack | 47 | 407025 | 1 | Washer ¼" ID x 1-1/4 OD Fender |
| 5 | 407005 | 1 | Comb. Base Assy. (Includes 6-26) | 48 | 407026 | 1 | Handle |
| 6 | 407006 | 1 | Comb. Base Only | 49 | 407027 | 2 | Handle Knob |
| 7 | 407007 | 1 | Vacuum Gasket | 50 | 407028 | 1 | Shim Assy (Includes 51-56 |
| 8 | 8041145 | 4 | Scr 5/8-11 x3 Hex Head Cap | 51 | 407029 | 2 | Adj Shim Brass 1/8 x 5/8 x 8-7/8 |
| 9 | 407008 | 1 | Vacuum Mount | 52 | 407030 | 1 | Adj Shim Brass 1/8 x 1-1/2 x 9 |
| 10 | 8058134 | 4 | Scr #10-32 x 5/8" Cap | 53 | 407031 | 1 | Non-Adj Shim 1/8 x 1-1/2 x 9 |
| 11 | 8172005 | 4 | Washer #10 USS Flat | 54 | 407032 | 1 | Non-Adj Shim 1/8 x 1-1/2 x 9 |
| 12 | 8041094 | 3 | Scr ½-13 x1" Hex Head Cap | 55 | 407033 | 6 | Scr ¼-20 x 5/8" Flat Head Brass |
| 13 | 8172011 | 1 | Washer ½ USS | 56 | 407034 | 4 | Scr ¼-20 x 1" Flat Head Brass |
| 14 | 407009 | 1 | Slot Cap (Includes 15-16) | 57 | 407035 | 2 | Scr ¼-20 x ½" Set |
| 15 | 407010 | 1 | Slot Cap Only | 58 | 407036 | 4 | Scr ¼-20 x 3/8" Set |
| 16 | 407011 | 1 | Slot Cap Gasket | 59 | 407037 | 1 | Carriage Lock ½-13 |
| 19 | 8041104 | 2 | Scr ½-13 x 3-1/2" Hex Head Cap | 60 | 407038 | 1 | Motor Mount Assy (Includes 61-66) |
| 20 | 8177014 | 4 | Washer ½ Lock | 61 | 407039 | 1 | Motor Mount Plate |
| 21 | 8143005 | 1 | Nut ½-13 Jam | 62 | 407040 | 4 | Scr 3/8-16 x 2-1/4 |
| 22 | 407013 | 1 | Wheel Assembly (Includes 23-26) | 63 | 8177012 | 4 | Washer 3/8" Lock |
| 23 | 407014 | 4 | Cotter Pin 3/32" x 1" | 64 | 407041 | 2 | Key 3/8"SQ x 4" |
| 24 | 8172013 | 4 | Washer 5/8" Flat | 65 | 407042 | 4 | Scr ¼-28 x 1  Dewalt |
| 25 | 407015 | 2 | Wheel 6" | 66 | 407043 | 4 | Scr ¼-20 x 1  Milw. |
| 26 | 407016 | 1 | Wheel Mount Bracket | | | | |
| 30 | 8041106 | 1 | Scr 1-8 x 4-3/4" Hex Head Cap | -NA- | 407012 | 1 | Spacer Block With Hardware |
| 31 | 407017 | 1 | Nut 1-8 Jam | | | | |
| 38 | 407018 | 1 | Anchor Base (Small) Assy (Includes 12,19-26,39, & 40) | | | | |
| 39 | 407019 | 1 | Anchor Base Only | | | | |
| 40 | 407020 | 4 | Scr ½-13 x 4" Hex Head Cap | | | | |
| 41 | 407021 | 1 | Carriage Assy (Includes 42-66) | | | | |
| 42 | 407022 | 1 | Carriage Only | | | | |
| 43 | 407023 | 1 | Pinion Gear Assy (Includes 44-47) | | | | |

## Vacuum Base Assembly

## 17



| Item | Part # | Qty | Description |
|------|--------|-----|-------------|
| -NA- | 407000 | 1 | Vacuum Pump Assy 110-volt (Includes 1-18) |
| 1 | 407044 | 1 | Vacuum Pump, 110-volt (Includes 2-9) |
| 2 | 407045 | 1 | Muffler |
| 3 | 403076 | 1 | Water Trap Jar Assy (Includes 4-9) |
| 4 | 407047 | 1 | Water Trap Jar |
| 5 | 407048 | 1 | Float Ball |
| 6 | 407049 | 1 | Water Trap Top |
| 7 | 407050 | 1 | Water Jar Gasket |
| 8 | 407051 | 1 | Brass Funnel Fitting |
| 9 | 407052 | 1 | O-Ring |
| 10 | 407053 | 1 | Hose Assy 9-1/4" Long (Includes 11-14) |
| 11 | 407054 | 1 | ¼" Hose Barb To ½" Male Pipe |
| 12 | 407055 | 2 | Hose Clamp ½" Pinch On |
| 13 | 407056 | 1 | Hose ¼" ID x 9-1/4" Long |
| 14 | 407057 | 1 | Fitting ¼" Hose Barb To 1/8" Male Pipe |
| 15 | 407058 | 2 | Pipe Tee ¼" NPT |
| 16 | 407059 | 1 | Vacuum Gauge |
| 17 | 407060 | 3 | Close Nipple ¼" NPT |
| 18 | 407061 | 1 | Air Petcock |

18

United Rentals  0037

## Electrical Box Assembly



| Item | Part # | Qty | Description |
|------|--------|-----|-------------|
| -NA- | 407062 | 1 | Electrical Box Assembly 110-volt (includes 1-19) |
| 1 | 407063 | 1 | Switch Box |
| 2 | 407064 | 1 | Switch Base |
| 3 | 407065 | 1 | Stud ½"-13 x 2" |
| 4 | 407066 | 1 | Jam Nut ½-13 |
| 5 | 407067 | 1 | Receptacle 110-volt |
| 6 | 407068 | 1 | Spacer Gasket |
| 7 | 407069 | 1 | Amp Meter 110-volt |
| 8 | 407070 | 1 | Toggle Switch 20-Amp |
| 9 | 407071 | 1 | On-Off Plate |
| 10 | 407072 | 1 | Sealing Lock Nut ¾" |
| 11 | 407073 | 1 | Cord Connector ¾" |
| 12 | 407074 | 1 | Line Cord 110-volt |
| 13 | 407075 | 4 | Scr #10-24 x 7/8" Machine Round Head |
| 14 | 407076 | 1 | Plug 30 Amp |
| 15 | 407077 | 1 | Mount Plate |
| 16 | 407078 | 2 | Scr #6-32 x ½" Machine Round Head |
| 17 | 407079 | 2 | Washer #6 Lock |
| 18 | 407080 | 2 | Nut #6-32 Hex |
| 19 | 407081 | 1 | Transformer 110-volt |

United Rentals 0038

# I.    OPERATING AND MAINTENANCE INSTRUCTIONS (MODEL DOA-V185A-AA)

Do not at any time lubricate any of the parts with oil, grease, or petroleum products nor clean with acids, caustics or chlorinated solvents. Be very careful to keep the diaphragm from contracting any petroleum product or hydro carbons. It can affect the service life of the pump.

Danger: To prevent explosive hazard, Do NOT pump combustible liquids or vapors with these units. Personal injury and/or Property Damage would result.

To replace the diaphragm, remove the socket cap screws from the head of the pump. The diaphragm is held in place by two Phillips head screws. Remove screws, retainer plate, and the diaphragm. The diaphragm will fit in any position on the connecting rod. Replace the plate and the two Phillips head screws. Torque to 30 inch-pounds on DOA and DAA. torque to 12 inch-pounds on MOA and MAA.

Caution: Do not raise any burrs or nicks on the heads of these screws. These burrs could cause damage to the inlet valve.

For replacing the inlet and outlet valve, remove the slotted machine screw that holds each valve in place. The stainless steel inlet and outlet valves are interchangeable.* Clean them with water. When replacing the outlet valve, place the new valve in location and note there is a retaining bar near the machine screw hole. This retaining bar holds the valve in position. When replacing the inlet valve, note that the valve holder is marked with an X in one corner. This X should be in the lower right hand corner toward the inlet of the air chamber. Replace the head and tighten the socket head screws to 90-100 inch-pounds of torque on DOA and DAA. Torque to 30 inch-pounds on MOA and MAA. *DOA and DAA models only.

WARNING-The motor may be thermally protected and can automatically restart when the overload resets. Always disconnect power source before servicing. Personal injury and/or Property Damage could result.

Do not attempt to replace the connecting rod or motor bearings. If after cleaning the unit and/or installing a new Service Kit, the unit still does not operate properly, contact your representative, the factory , or return the pump to one of the GAST authorized Service Centers.

IF YOUR PUMP IS EQUIPPED WITH PLASTIC PLUGS IN THE EXHAUST AND/OR INTAKE PORTS, REMOVE BEFORE STARTING UNIT.

## WIRING INFORMATION

For any D.C. unit-red lead goes to positive side of power source.

For any permanent split capacitor motor which has four leads(4) leads is as follows:
Brown leads to capacitor.

Black leads to Power Source.

For any permanent split capacitor for DOA & DAA motor which has (3) leads is as follows: Figure 3





Figure 3

DO NOT ATTEMPT AT ANY TIME TO REMOVE THE CONNECTING ROD OR COMPLETELY DISASSEMBLE THE PUMP. IF IT DOES NOT GIVE YOU THE PROPER SERVICE EVEN AFTER INSTALLING A NEW SERVICE KIT, PLEASE RETURN IT TO ONE OF THE AUTHORIZED GAST SERVICE CENTERS LISTED IN THE SERVICE CENTER PAGES.

United Rentals 0039

# DeWalt





United Rentals 0040



United Rentals 0041

## AUTHORIZED SERVICE CENTERS

### DeWalt

**ALABAMA**
Power Tools Services Inc.
1113 4th Avenue South
Birmingham, Alabama 35233

**ALABAMA**
Smith Power Tool Inc.
2503 Commercial Park Drive
Mobile, Alabama 36636

**ALASKA**
Aero Services Inc.
203 Post Road
PO Box 1554
Anchorage, Alaska 99701

**ALASKA**
D & D Industries
3960 S. Cushman
Fairbanks, Alaska 99701

**ARIZONA**
Glenn's Tool Service
4036 North 13th Way East
Phoenix, Arizona 85014

**ARIZONA**
Electric Motor Company
1028 East Broadway
Tucson, Arizona 85014

**ARKANSAS**
Henninger, Inc.
1206 South Main Street
Little Rock, Arkansas 72202

**CALIFORNIA**
Blackstone Electric Motor Shop
1251 Blackstone Avenue
Fresno, California 93703

**CALIFORNIA**
Sacramento Industrial Electric Co.
6325 Elvas Avenue
Sacramento, California 93703

**CALIFORNIA**
Star Tool & Supply Company
3941 Main Street
San Diego, California 92110

**CALIFORNIA**
Precision Mechanical
260 Commercial Street
San Jose, California 95112

**CONNECTICUT**
Portable Power Tool Repair Company
447 Arch Street, Rear
New Berlin, Connecticut 06051

**FLORIDA**
Florida Electric Motor Service
1128 Atlanta Avenue
Orlando, Florida 32806

**FLORIDA**
Electrical Repair Company
1228 East Cass Street
Tampa, Florida 33602

**FLORIDA**
Holland Repair
6410 Norwood Avenue
Jacksonville, Florida 32208

**HAWAII**
Central Service & Sales Inc.
687 Auahi Street
Honolulu, Hawaii 96813

**IDAHO**
K.C. Supply Company
814 North Manville Street
Boise, Idaho 83704

**IDAHO**
Wade Tool Service
513 Thain Road
Lewiston, Idaho 83501

**ILLINOIS**
Couch & Heyle
2500 North Main Street
East Peoria, Illinois 61611

**INDIANA**
Anderson Brothers Tool Repair
3531 Southeastern Avenue
Indianapolis, Indiana 46203

**INDIANA**
Ram Supply Company Inc.
1301 West Franklin Street
Evansville, Illinois 47701

**IOWA**
Jim's Appliance Service
901 Ninth Street, S.W.
Cedar Rapids, Iowa 52404

## AUTHORIZED SERVICE CENTERS

United Rentals 0042

# DEWALT

**IOWA**
Five Cities Tool Service Inc.
921 Ninth Street, S.W.
Davenport, Iowa 52802

**IOWA**
Electrical Engineering & Equipment Company
1808 Delaware Street
Des Moines, Iowa 50317

**KANSAS**
B & B Electric
332 Lulu
Wichita, Kansas 67211

**KENTUCKY**
City Electric Motor Shop
492 East High Street
Lexington, Kentucky 40217

**KENTUCKY**
Tool Repair Service
1200 Goss Avenue
Louisville, Kentucky 40508

**LOUISIANA**
Baton Rouge Electric Motor Service
5409 Evangeline Street
Baton Rouge, Louisiana 70805

**LOUISIANA**
Beerman Precision Machine Works Inc.
2021 Thalia St. / PO Box 53432
New Orleans, Louisiana 70150

**MARYLAND**
Roland Electric Company
330 West 23rd Street
Baltimore, Maryland 21211

**MARYLAND**
Turner Electric Company
201 Ethan Allen Avenue
Takoma Park, Maryland 20012

**MASSACHUSSETTS**
Reliance Electric Service Company
573 South Canal Street
Holyoke, Massachusetts 01040

**MICHIGAN**
J.T. Hoeksema Company
2499 28th Street, S.W.
Grand Rapids, Michigan 49509

**MINNESOTA**
Horvick Electric Motor Company
303-307 Main Avenue
Moorhead, Minnesota 56560

**MISSISSIPPI**
Flannigan Electric Company, Inc.
328 Oakdale Street
Jackson, Mississippi 39204

**MISSOURI**
P.M. Electric Company, Inc.
5280 Flyer Avenue
St. Louis, Missouri 63139

**MONTANA**
Electro Service Center
1919 Harve
Missoula, Montana 59801

**MONTANA**
Mosen Electric Company
326 3rd Avenue, South
Great Falls, Montana 59801

**MONTANA**
Ted's Electric Service
902 Howard Avenue
Billings, Montana 59102

**NEBRASKA**
Flohr Electric Service, Inc.
2516 Cuming Street
Omaha, Nebraska 68131

**NEW MEXICO**
Telco Electric Inc.
2906 4th Street
Albuquerque, New Mexico 87170

**NEW YORK**
Richter Electric Service, Inc.
1559 Niagara Street
Buffalo, New York 14213

**NEW YORK**
Barrett Electric Service, Inc.
112 Henry Street
Schenectady, New York 12304

**NEW YORK**
Ramsing Electric Service Company
125 Charles Avenue (Syracuse)
Solvay, New York 13209

**AUTHORIZED SERVICE CENTERS**

24

United Rentals 0043

**NORTH CAROLINA**
Portable Tool Service
3209 Cullman Avenue
Charlotte, North Carolina  28206
**OHIO**
Cincinnati Electrical Repair Company
2023 Elm Street
Cincinnati, Ohio  45210
**OHIO**
Columbus Electrical Works Company
777 North Fourth Street
Columbus, Ohio  45210
**OHIO**
M & R Electric Motor Service, Inc.
1516 East Fifth Street
Dayton, Ohio  45210
**OKLAHOMA**
Capitol Electric Motor Repair Inc.
2215 Southwest 11th
Oklahoma City, Oklahoma  74120
**OKLAHOMA**
Hammond Electric Company
1510 East Third Street
Tulsa, Oklahoma  74120
**OREGON**
Keith's Electric Motor Service
678 Olive Street
Eugene, Oregon  97401
**OREGON**
Walker Electric Works
206 Northwest 10th Avenue
Portland, Oregon  97209
**PENNSYLVANIA**
Power Tool Service [P.T.S.]
38 West Allen Street
Mechanicsburg, Pennsylvania  17055
**PENNSYLVANNIA**
Snyder Electric Company
1500 Chateau Street
Pittsburgh, Pennsylvania  15233
**PUERTO RICO**
Power Tool Repair Center
Duarte 166
Hato Rey, Puerto Rico  00917

**DEWALT**

**RHODE ISLAND**
Babine Electric Service Inc.
315 Jefferson Boulevard
Warwick, Rhode Island  02888
**SOUTH CAROLINA**
Mann Electric Repair Company
2909 Main Street
Columbia, South Carolina
**SOUTH CAROLINA**
Delta Industrial Electric Company, Inc.
1906 Meeting Street {PO Box 622}
Charleston, South Carolina  29402
**TENNESSEE**
Electric Service Company
3914 McCalla Avenue
Knoxville, Tennessee  37914
**TENNESSEE**
Southern Electric Company
812 Porter Street
Memphis, Tennessee
**TENNESSEE**
Allied Electric Motor Company, Inc.
939 - 4th Avenue South
Nashville, Tennessee  37210
**TENNESSEE**
Dixie Industrial Service Inc.
2108 East Main Street
Chattanooga, Tennessee  37210
**TEXAS**
Electric Motor Sales & Service
1514 East Commerce Street
San Antonio, Texas  78205
**TEXAS**
G.E. Jones Electric Company, Inc.
212 North Polk
Amarillo, Texas  78722
**TEXAS**
Hamilton Electric Works, Inc.
3800 Airport Boulevard
Austin, Texas  78722
**TEXAS**
Tool House Inc.
1711 Texas Avenue
Lubbock, Texas  79401

**AUTHORIZED SERVICE CENTERS**

**DEWALT**

25

United Rentals 0044

**UTAH**
Diamond Electric Motor Service
1465 South Second West Street
Salt Lake City, Utah  84104
**VERMONT**
Burlington Rent-All
340 Dorset Street
Burlington, Vermont  05401
**VIRGINIA**
Bryan Electric Company
424 West 25th Street
Norfolk, Virginia  23517
**VIRGINIA**
Lloyd Electric Company Inc.
521s West Salem Avenue
Reanoke, Virginia  24016
**VIRGINIA**
Wingfleld & Hundley, Inc.
2403 East Franklin Street
Richmond, Virginia  23205
**Washington**
K & N Electric Motors, Inc.
217 West Cataldo
Spokane, Washington  98902
**WISCONSIN**
Jet Power Tool Repair, Inc.
970 Jonathon Drive
Madison, Wisconsin 53717
**WISCONSIN**
Power Tool Service Company
310 North Webster Avenue
Green Bay, Wisconsin  54301

## FACTORY SERVICE CENTERS

## MILWAUKEE POWER TOOL

26

United Rentals 0045

**ANAHEIM**
1130 North Magnolia Street
Anaheim, California 92801
Phone: 714 827-3970
        213 624-7615
        213 860-0349

**ATLANTA**
2381 John Glenn Drive
Suite 102
Chamblee, Georgia 30341
Phone: 404 455-7300

**BOSTON**
143 California Street
Newton, Massachusetts 02158
Phone: 617 244-4483

**CHICAGO**
7315 North Monticello Avenue
Skokie, Illinois 60076
Phone: 312 539-9173

**CLEVELAND**
7600 Wall Street
Cleveland, Ohio 44125
Phone: 216 524-8040

**DALLAS**
7205 Envoy Court
Dallas, Texas 75247
Phone: 214 637-4820

**DENVER**
2620 West 2nd Street
Denver, Colorado 80290
Phone: 303 922-1163

**DETROIT**
999 Troy Court
Troy, Michigan 48084
Phone: 313 585-8252

**HOUSTON**
4801 Katy Freeway
Houston, Texas 77007
Phone: 713 861-4671

**KANSAS CITY**
1506 Topping
Kansas City Missouri 64120
Phone: 816 241-7300

**MIAMI**
8101 North West 33rd Street
Miami, Florida 33122
Phone: 305 592-0442

**MILWAUKEE**
4057 North 128th Street
Brookfield, Wisconsin 53005
Phone: 414 781-0951

**MINNEAPOLIS**
2200 West 94th Street
Bloomington, Minnesota 55431
Phone 612 884-7258

**NEW YORK**
27-07 Brooklyn Queens Expressway W.
Woodside, New York 11377
Phone: NY 212 721-5151
        NJ 201 622-7752

**PHILADELPHIA**
388 Reed Road
PO Box 224
Broomall, Pennsylvania 19008
Phone: 215 544-5544
Philadelphia: 215 528-6771

**SAN FRANCISCO**
329 Littlefield Avenue
South San Francisco, California 94080
Phone: 415 583-8484
San Francisco: 415 761-2851

**SEATTLE**
503 South Michigan Street
PO Box 80346
Seattle, Washington 98108
Phone: 206 762-8430

# FACTORY SERVICE CENTERS

## GAST

United Rentals 0046

**BRENNER-FIELD & ASSOCIATES**
13824 Bentley Place
Cerritos, California 90701
[213] 404-2721

**GAST MANUUFACTURING CORPORATION**
2550 Meadowbrook Road
Benton Harbor, Michigan 49022
[616] 926-6171

**GAST MANUUFACTURING CORPORATION**
505 Washington Avenue
Carlstadt, NJ 07072
[201] 933-8484

**WAINBEE, LIMITED**
121 City View Drive
Rexdale, Ontario, Canada M9W 5A9
[416] 243-1900

**WAINBEE LIMITED**
215 Brunswick Boulevard
Pointe Claire, Montreal, Canada H9R 4R7
[514] 697-8810

**GAST MANUFACTURING COMPANY., LTD**
Halifax Road, Cressex Estate
High Wycombe, Bucks HP12 3SN
England
High Wycombe 23571

1. Machine Service Log

## Service Log

| MODEL: | Serial #: |
|--------|-----------|

28

| Date | Parts Serviced | Remarks |
|------|----------------|---------|
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |

29

United Rentals 0048

**Norton Construction Products**
PO Box 2898, Gainesville, Georgia 30503-2898
Phone: 800-554-8003 or 770-967-3954
(8:00 A.M. to 7:00 P.M. Eastern Time)
Fax: 800-443-1092 or 770-967-4287

# clipper

## WARNING

Some dust created by power sanding, sawing, grinding, drilling, and other construction activities contains chemicals known to cause cancer, birth defects or other reproductive harm.  Some examples of these chemicals are:
* Lead from lead-based paints,
* Crystalline silica from bricks and cement and other masonry products, and
* Arsenic and chromium from chemically-treated lumber.

Your risk from these exposures varies, depending on how often you do this type of work.  To reduce your exposure to these chemicals: work in a well ventilated area, and work with approved safety equipment, such as those dust masks that are specially designed to filter out microscopic particles.

30

United Rentals 0049

Injury on Core Drill
The Warren Group File No.: 60334
October 13, 2006

Page      II

## APPENDIX II

### Milwaukee Core Drill Operators' Manual



**OPERATOR'S MANUAL**
**MANUEL de L'UTILISATEUR**
**MANUAL del OPERADOR**

# DYMODRILLS
# FOREUSES DYMODRILL
# DYMODRILLS

| Cat. No. | 4004 | 20A |
| Cat. No. | 4005 | 20A |
| Cat. No. | 4079 | 20A |
| Cat. No. | 4090 | 15A |
| Cat. No. | 4092-20 | 15A |
| Cat. No. | 4094 | 20A |
| Cat. No. | 4096 | 20A |
| Cat. No. | 4097-20 | 15A |

# DYMORIGS
# OUTILLAGE DYMORIG
# DYMORIGS

| Cat. No. | 4115 | Small base |
| | | Petite base |
| | | Base pequeña |
| Cat. No. | 4125 | Small base |
| | | Petite base |
| | | Base pequeña |
| Cat. No. | 4120 | Large base |
| | | Grande base |
| | | Base grande |
| Cat. No. | 4130 | Large base |
| | | Grande base |
| | | Base grande |

## HEAVY-DUTY DIAMOND CORING EQUIPMENT
## EXTRA ROBUSTE OUTILLAGE DE CAROTTAGE AU DIAMANT
## EQUIPO DE PERFORACION CON PUNTAS DE DIAMANTE PARA TRABAJOS PESADOS



TO REDUCE THE RISK OF INJURY, USER MUST READ AND UNDERSTAND OPERATOR'S MANUAL.
AFIN DE REDUIRE LE RISQUE DE BLESSURES, L'UTILISATEUR DOIT LIRE ET BIEN COMPRENDRE LE MANUEL DE L'UTILISATEUR.
PARA REDUCIR EL RIESGO DE LESIONES, EL USUARIO DEBE LEER Y ENTENDER EL MANUAL DEL OPERADOR.

# GENERAL SAFETY RULES



## ⚠ WARNING!

READ AND UNDERSTAND ALL INSTRUCTIONS. Failure to follow all instructions listed below, may result in electric shock, fire and/or serious personal injury.

**SAVE THESE INSTRUCTIONS**

## WORK AREA

1. Keep your work area clean and well lit. Cluttered benches and dark areas invite accidents.

2. Do not operate power tools in explosive atmospheres, such as in the presence of flammable liquids, gases, or dust. Power tools create sparks which may ignite the dust or fumes.

3. Keep bystanders, children, and visitors away while operating a power tool. Distractions can cause you to lose control. Protect others in the work area from debris such as chips and sparks. Provide barriers or shields as needed.

## ELECTRICAL SAFETY

Grounded tools must be plugged into an outlet properly installed and grounded in accordance with all codes and ordinances. Never remove the grounding prong or modify the plug in any way. Do not use any adaptor plugs. Check with a qualified electrician if you are in doubt as to whether the outlet is properly grounded. If the tools should electrically malfunction or break down, grounding provides a low resistance path to carry electricity away from the user.

Double Insulated tools are equipped with a polarized plug (one blade is wider than the other). This plug will fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician to install a polarized outlet. Do not change the plug in any way. Double insulation ▢ eliminates the need for the three wire grounded power cord and grounded power supply system.

6. Avoid body contact with grounded surfaces such as pipes, radiators, ranges and refrigerators. There is an increased risk of electric shock if your body is grounded.

Do not expose power tools to rain or wet conditions. Water entering a power tool will increase the risk of electric shock.

8. Do not abuse the cord. Never use the cord to carry the tools or pull the plug from an outlet. Keep cord away from heat, oil, sharp edges or moving parts. Replace damaged cords immediately. Damaged cords increase the risk of electric shock.

9. When operating a power tool outside, use an outdoor extension cord marked "W-A" or "W". These cords are rated for outdoor use and reduce the risk of electric shock.

## PERSONAL SAFETY

10. Stay alert, watch what you are doing, and use common sense when operating a power tool. Do not use tool while tired or under the influence of drugs, alcohol, or medication. A moment of inattention while operating power tools may result in serious personal injury.

11. Dress properly. Do not wear loose clothing or jewelry. Contain long hair. Keep your hair, clothing, and gloves away from moving parts. Loose clothes, jewelry, or long hair can be caught in moving parts.

12. Avoid accidental starting. Be sure switch is off before plugging in. Carrying tools with your finger on the switch or plugging in tools with the switch on invites accidents.

13. Remove adjusting keys or wrenches before turning on the tool. A wrench or a key that is left attached to a rotating part of the tool may result in personal injury.

14. Do not overreach. Keep proper footing and balance at all times. Proper footing and balance enables better control of the tool in unexpected situations.

15. Use safety equipment. Always wear eye protection. Dust mask, non-skid safety shoes, hard hat, or hearing protection must be used for appropriate conditions.

## TOOL USE AND CARE

16. Use clamps or other practical way to secure and support the workpiece to a stable platform. Holding the work by hand or against your body is unstable and may lead to loss of control.

17. Do not force tool. Use the correct tool for your application. The correct tool will do the job better and safer at the rate for which it is designed.

18. Do not use tool if switch does not turn it on or off. Any tool that cannot be controlled with the switch is dangerous and must be repaired.

19. Disconnect the plug from the power source before making any adjustments, changing accessories, or storing the tool. Such preventive safety measures reduce the risk of starting the tool accidentally.

20. Store idle tools out of reach of children and other untrained persons. Tools are dangerous in the hands of untrained users.

21. Maintain tools with care. Keep cutting tools sharp and clean. Properly maintained tools with sharp cutting edge are less likely to bind and are easier to control. Do not use a damaged tool. Tag damaged tools "Do not use" until repaired.

22. Check for misalignment or binding of moving parts, breakage of parts, and any other condition that may affect the tool's operation. If damaged, have the tool serviced before using. Many accidents are caused by poorly maintained tools.

23. Use only accessories that are recommended by the manufacturer for your model. Accessories that may be suitable for one tool, may become hazardous when used on another tool.

## SERVICE

24. Tool service must be performed only by qualified repair personnel. Service or maintenance performed by unqualified personnel could result in a risk of injury.

25. When servicing a tool, use only identical replacement parts. Follow instructions in the Maintenance section of this manual. Use of unauthorized parts or failure to follow Maintenance Instructions may create a risk of electric shock or injury.

**SPECIFIC SAFETY RULES**

1. **Hold tool by insulated gripping surfaces** when performing an operation where the cutting tool may contact hidden wiring or its own cord. Contact with a "live" wire will make exposed metal parts of tool "live" and shock the operator.

2. **Maintain tools carefully.** Keep handles dry, clean and free from oil and grease. Keep cutting edges sharp and clean. Follow instructions for lubricating and changing accessories. Periodically inspect tool cords and extension cords for damage. Have damaged parts repaired or replaced by a *MILWAUKEE* service facility.

3. **Maintain labels and nameplates.** These carry important information. If unreadable or missing, contact a *MILWAUKEE* service facility for a free replacement.

4. **WARNING!** Some dust created by power sanding, sawing, grinding, drilling, and other construction activities contains chemicals known to cause cancer, birth defects or other reproductive harm. Some examples of these chemicals are:

    • lead from lead-based paint

    • crystalline silica from bricks and cement and other masonry products, and

    • arsenic and chromium from chemically-treated lumber.

    Your risk from these exposures varies, depending on how often you do this type of work. To reduce your exposure to these chemicals: work in a well ventilated area, and work with approved safety equipment, such as those dust masks that are specifically designed to filter out microscopic particles.

5. **Always use anchor bolts to secure the base on cracked, uneven, porous or vertical surfaces.**

6. **Diamond coring equipment requires the use of water.** Since the use of electrical equipment in wet areas is hazardous, the equipment must be grounded (see "Grounding"). Wear insulated footwear and gloves for extra protection against shock hazards.

7. **Provide proper protection for people and property below the coring area when coring through floors.**

? **A meter box must always be used with Diamond Coring Equipment so that amperage can be monitored.** See "Accessories".

## Specifications

| Catalog No. | Amps | Volts | Motor Protection | Speed (RPM) | Suggested Diameters in Medium Aggregate |
|---|---|---|---|---|---|
| | 20 | 120 | Clutch | Low - 300<br>High - 600 | Low - 7" - 14"<br>High - 4" - 7" |
| | 20 | 120 | Shear Pin | Low - 300<br>High - 600 | Low - 7" - 14"<br>High - 4" - 7" |
| | 15 | 120 | Clutch | Low - 375<br>High - 750 | Low - 5" - 8"<br>High - 2-1/2" - 5" |
| | 20 | 120 | Clutch | Low - 450<br>High - 900 | Low - 6" - 10"<br>High - 3" - 6" |

## Symbology



| | |
|---|---|
| (UL) | Underwriters Laboratories, Inc. |
| (CSA) | Canadian Standards Association |
| V~ | Volts Alternating Current |
| no xxxx/min. | No Load Revolutions per Minute (RPM) |
| A | Amperes |

## FUNCTIONAL DESCRIPTION

1. Twist-lock plug
2. Cord
3. Gear/shiftlever
4. Water shut-off valve
5. Threaded spindle

1. Twist-lock plug
2. Cord
3. Gear shift lever
4. Water shut-off valve
5. Spindle sleeve
6. Retaining ring
7. Shear pin



Clutch model          Shear pin model



MILWAUKEE Dymodrills are provided with a 20 amp locking plug (NEMA L5-20). MILWAUKEE meter boxes may be provided with either a 20 amp locking or a 30 amp (NEMA L5-30) locking plug depending on the model.

**Grounded Tools:**
**Tools with Three Prong Plugs**

Tools marked "Grounding Required" have a three wire cord and three _ _ng grounding plug. The plug must __ __nected to a properly grounded outlet (See Figures A and B). If the tool should electrically malfunction or break down, grounding provides a low resistance path to carry electricity away from the user, reducing the risk of electric shock.



Fig. A

The grounding prong in the plug is connected through the green wire in __ the cord to the grounding sys-te__ __ the tool. The green wire in the cord must be the only wire connected to the tool's grounding system and must never be attached to an electrically "live" terminal.

Your tool must be plugged into an appropriate outlet, properly installed and grounded in accordance with all codes and ordinances. The plug and outl__ should look like those in Fig__ __ and B.

Fig. B

**Double Insulated Tools:**
**Tools with Two Prong Plugs**

Tools marked "Double Insulated" do not require grounding. They have a special double insulation system which satisfies OSHA requirements and complies with the applicable standards of Underwriters Laboratories, Inc., the Canadian Standard Association and the National Electrical Code. Double Insulated tools may be used in either of the 120 volt outlets shown in Figures C and D.



Fig. C          Fig. D



Grounded tools require a three wire extension cord. Double insulated tools can use either a two or three wire extension cord. As the distance from the supply outlet increases, you must use a heavier gauge extension cord. Using extension cords with inadequately sized wire causes a serious drop in voltage, resulting in loss of power and possible tool damage. Refer to the table shown to determine the required minimum wire size.

The smaller the gauge number of the wire, the greater the capacity of the cord. For example, a 14 gauge cord can carry a higher current than a 16 gauge cord. When using more than one extension cord to make up the total length, be sure each cord contains at least the minimum wire size required. If you are using one extension cord for more than one tool, add the nameplate amperes and use the sum to determine the required minimum wire size.

Guidelines for Using Extension Cords

* If you are using an extension cord outdoors, be sure it is marked with the suffix "W-A" ("W" in Canada) to indicate that it is acceptable for outdoor use.

* Be sure your extension cord is properly wired and in good electrical condition. Always replace a damaged extension cord or have it repaired by a qualified person before using it.

* Protect your extension cords from sharp objects, excessive heat and damp or wet areas.

**Recommended Minimum Wire Gauge
for Extension Cords***

| Nameplate Amperes | Extension Cord Length | | | | | |
|---|---|---|---|---|---|---|
| | 25' | 50' | 75' | 100' | 150' | 200' |
| 0 - 5 | 16 | 16 | 16 | 14 | 12 | 12 |
| 5.1 - 8 | 16 | 16 | 14 | 12 | 10 | -- |
| 8.1 - 12 | 14 | 14 | 12 | 10 | -- | -- |
| 12.1 - 15 | 12 | 12 | 10 | 10 | -- | -- |
| 15.1 - 20 | 10 | 10 | 10 | -- | -- | -- |

\* Based on limiting the line voltage drop to five volts at 150% of the rated amperes.

**READ AND SAVE ALL INSTRUCTIONS
FOR FUTURE USE.**

TOOL ASSEMBLY



## Assembling Dymorigs & Vac-U-Rig® Stands
For Cat. No. 4125 & 4130 only (Fig. 1).



**Fig. 1**
- Handle spoke
- Cradle assembly
- Column
- Hex bolt
- Base
- Leveling screws (4)
- Socket set screws (2)
- Column bolts

1. Set the base on the ground. Loosen the hex bolt and nut (wrench not supplied). Raise the column upright.
2. **To core vertically or horizontally,** insert the large column bolt (provided in separate accessory bag) through the bottom of column into the base. Tighten hex bolt and nut (wrench not supplied).
   **To angle core,** tilt the column to the desired angle and tighten the hex bolt and nut. Save the column bolt for future use when vertical or horizontal coring.
3. Tighten the two (2) black socket set screws located on the base with the supplied wrench.
4. Screw the four (4) handle spokes (provided in separate accessory bag) into the hub on the cradle assembly.

For Cat. No. 4115 & 4120 only (Fig. 2).



**Fig. 2**
- Cradle assembly
- Handle spoke
- Column
- Base
- Leveling screws (4)
- Column bolts (2)
- Lock washers

1. Set the base on the ground.
2. Remove two (2) bolts and two (2) lockwashers from accessory bag.
3. Place the column in the slot of the base.
4. Insert two (2) bolts and two (2) lockwashers and tighten securely.

## Moving the Handle to the Other Side
For Cat. Nos. 4125 & 4130 only (Fig. 3).



**Fig. 3**
- Socket screws (4)
- Bubble level
- Socket screw
- Ammeter gauge
- Meter box
- Cradle
- Cradle lock

1. Tighten the cradle lock.
2. Loosen the socket head screw and remove the meter box.
3. Remove four (4) socket head screws holding the spoked handle housing.
4. Turn the assembly around 180°.
5. Replace the four (4) socket head screws and tighten securely.
6. Attach meter box to opposite side (see "Mounting the Meter Box").

For Cat. Nos. 4115 & 4120 only (Fig. 4).



**Fig. 4**
- Socket screw and washer
- Socket screw
- Ammeter gauge
- Meter box
- Cradle

1. Loosen the cradle lock.
2. Raise the cradle to the maximum height.
3. Lift the cradle an additional 1/2" by hand.
4. Tighten the cradle lock.
5. Loosen the socket head screw and remove the meter box.
6. Remove the meter box stud from the cradle.
7. Remove the screw and washer from the end of the pinion shaft.
8. Remove the handle and pinion shaft assembly.
9. Turn the assembly around 180° and insert into cradle.
10. Replace the screw and washer and tighten securely.
11. Replace the meter stud on the side opposite the handle.
12. Attach meter box to opposite side (see "Mounting the Meter Box").
13. Loosen the cradle lock and lower the cradle until the pinion engages the rack.
14. Tighten the cradle lock.

## Mounting the Meter Box

For All Catalog Nos. (Fig. 3 & 4).

A meter box is standard equipment with the Vac-U-Rig®, but it must be purchased separately for other Dymorigs (see "Accessories"). Attach the meter box to the cradle on the side opposite of the handle.

1. ( ) the collar on the meter box over the stud on the cradle.
2. Position the meter box as desired and tighten the 1/4"-20 threaded socket head screw.

NOTE: For horizontal (wall) coring, the ammeter gauge must face upward in view of the operator. Otherwise, water flow from the water shut-off valve might drip into the outlets on the meter box.

## Mounting the Dymodrill Motor to the Stand

For All Cat. Nos. (Fig. 5 & 6).

Dymorigs include a mounting bracket which mounts Dymodrill motors to the stand. An optional spacer assembly is available (see "Accessories"), which can be used when coring with any bits; but it must be used with any bit over 10" (outside diameter).

1. To mount the motor, loosen the cradle lock. Raise the cradle on the column using the spoked handle to allow room for installing the bit later. Tighten the cradle lock.

NOTE: If the cradle is difficult to move on the column, loosen the gib screws (see "Adjusting the Gib Screws").

To ... the mounting bracket or the optional spacer assembly to the drill (Fig. 5) motor using the four (4) 1/4"-20 threaded socket head screws and four (4) lock washers (they are the smaller of the two provided in separate accessory bag). Make sure the square key on the mounting bracket or spacer assembly engages with the slot on the Dymodrill motor.

Fasten the mounting bracket (or optional spacer assembly) and motor assembly to the cradle slot (Fig. 6) by inserting the four (4) 3/8"-16 threaded socket head cap screws and lock washers (they are the larger of the two provided in separate accessory bag) through the cradle. Place screws through the holes from the other side of the Dymorig and place lock washers on the side of the mounting bracket.

After the Dymodrill motor is mounted, make sure the cradle is rigid against the column to prevent the motor or bit from wobbling during coring. Before coring, try to wiggle the cradle and motor with your hands. If the cradle is secure, it should not move. If it does move, tighten the gib screws that secure the cradle to the column (see "Adjusting the Gib Screws").


Fig. 5


Fig. 6    Slot

## Adjusting the Gib Screws (Fig. 7)

After the motor is mounted, make sure the cradle and motor are rigid against the column to prevent the motor or bit from wobbling during coring. Before coring, try to wiggle the cradle with your hands. If the cradle is secure, it should not move. If it does move, tighten the six (6) gib screws that secure the cradle to the column as follows.


Fig. 7    Gib Screws

For Cat. No. 4125 & 4130 only.

Tighten the six (6) gib screws with the hex wrench (supplied in a separate accessory bag).

For Cat. No. 4115 & 4120 only.

To tighten the six (6) gib screws: loosen the hex nuts, tighten the screws and then tighten the hex nuts.

## Selecting and Installing a Core Bit (Fig. 8)

MILWAUKEE offers both standard and premium Dymobits designed to cut through a variety of materials including poured concrete, steel-reinforced concrete, and prestressed concrete. Always use clean, sharp bits.


Fig. 8    Water Control Valve    Copper Washer

1. To install a bit, grease the spindle and bit threads to prevent corrosion and to help prevent the bit from seizing on the threaded spindle.
2. Slip one copper washer (provided in separate accessory bag with the water shut-off valve components) onto the threaded spindle against the spindle shoulder. The bag should contain an extra copper washer; save it for future use.
3. Thread the bit securely onto the threaded spindle.

## Selecting Speeds

Dymodrills operate in either high or low gear. Use low speed for large diameter bits and high speed for small diameter bits (see "Specifications").

## Assembling the Water Shut-Off Valve to the Dymodrill (Fig. 9)



Fig. 9

Attach to Dymodrill

Hose nut

Rubber washer

Shut-off valve

Hose adapter

1. Remove the water shut-off valve components from the accessory bag. (The copper washers inside the bag are for bit installation.)

2. Insert the hose adapter into the hose nut. Then insert the rubber washer into the hose nut.

3. Insert the hose nut assembly into the shut-off valve and securely tighten the assembly with the supplied socket wrench; some threads on the hose adapter will still be exposed.

4. Screw the shut-off valve assembly into the water swivel housing on the Dymodrill motor (Fig. 8). Hand-tighten the assembly and then tighten it approximately 1/4 turn with an adjustable wrench (not provided).

## Methods for Securing Equipment to Work Surface



NOTE: Some building materials contain steel reinforcements. MILWAUKEE Dymobits can cut through embedded steel, but are not recommended for cutting solid steel plates.

### Horizontal Coring (walls)

For specific instructions on using anchors, see "Using an Expansion-Type Anchor".



### Vertical Coring (floors)

Two methods will work to secure the rig for vertical coring: either an expansion-type anchor OR a vacuum pump and vacuum pad system. Securing the rig with an anchor gives better bit performance because the attachment is more rigid. For specific instructions on assembling the vacuum system, see "Assembling and Using a Vacuum System".

### Optional Telescoping Assembly

The telescoping assembly can be used to supplement either securing method.

NOTE: Vac-U-Rig® Cat. No. 4136 includes a vacuum pump and vacuum pad. However, for some applications, you may choose to use an expansion-type anchor to secure the tool.

Anchors and Telescoping Assembly are not supplied with any of the above rigs. Telescoping Assembly can be purchased separately (see "Accessories"). Anchors unavailable through MILWAUKEE.

## OPERATION

### Securing the Equipment to the Work Surface - Using an Expansion-Type Anchor (Fig. 10)

For Catalog No. 4125 & 4130 only.



Fig. 10

Leveling Screws

Rod or Bolt

Nut & Washer or Vacuum Pad Nut

Use a 5/8" expansion-type anchor (not supplied) that will accept a 5/8" threaded rod or bolt to secure the base to the work surface.

1. Level the stand with the four (4) leveling screws using the bubble level as a guide. When the stand is level, tighten the four (4) nuts on the leveling screws.

2. Using an expansion-type anchor, insert a threaded rod or bolt through the slot located on the base of the Dymorig and tighten the bolt or washer and nut firmly in the anchor following the anchor manufacturer's instructions.

### Assembling and Using a Vacuum System (Fig. 11 & 12)

For Catalog No. 4115, 4125 & 4130 only.



Fig. 11

Vacuum Gauge

Filter Jar

Vacuum Release Valve

Small Hole for Attaching Pump to Dymorig Stand

Coupler

Vacuum Hose



Fig. 12

Leveling Screws

Vacuum Pad Stud

Vacuum Pad

Vacuum Pad Nut

Vacuum Line Coupler

One vacuum pad is supplied with the Vac-U-Rig® and they can be purchased separately for other Dymorigs. The vacuum pad is most effective when it is secured to a relatively smooth surface such as poured concrete. If the surface is too porous or rough, the pad may not hold securely. Before using a vacuum pad, always check the gasket on the underside of the pad to make sure it isn't worn, cracked or torn. If it is, immediately replace the gasket, otherwise the vacuum pad may not hold the rig securely. To replace the gasket, see "Replacing Vacuum Pad Gaskets" in the "Maintenance" section. See "Accessories" for gasket part number.

1. To use the vacuum pad, tilt the base of the rig and slide the vacuum pad under it so the threaded stud goes through the hole on the end of the center slot on the base. Then set the stand upright.

2. Position the rig as required for coring the hole.

3. Level the rig with the four (4) leveling screws using the bubble level (4125 & 4130 only) as a guide. When the rig is level, tighten the four (4) nuts (4125 & 4130 only) on the leveling screws.

4. Connect one end of the supplied vacuum hose to the vacuum line coupler on the vacuum pad. To do this, pull back the collar on the hose and push the end of the hose onto the coupler until in snaps into place. Then, connect the other end of the vacuum hose to the coupler on the vacuum pump following the same procedure.

5. The vacuum pump may be set on a dry surface away from the rig or mounted to the base of the Dymorig as shown. However, DO NOT mount the vacuum pump to the Dymorig when angle coring.

   To mount the vacuum pump on the Dymorig, place the small hole on the vacuum pump mounting bracket over the vacuum pad stud on the Dymorig.

6. Plug the vacuum pump into the power source—the pump will start automatically. Step on the vacuum pad or the vacuum pad stud until the vacuum pad lowers and adheres to the work surface.

7. After the pad is secured to at least 20 inches of mercury vacuum, tighten the vacuum pad nut securely.



## Using an Expansion-Type Anchor (Fig. 13)



Fig. 13

Leveling Screws    Rod or Bolt

For Cat. No. 4115 & 4120 only.

Use a 5/8" expansion-type anchor (not supplied) that will accept a 5/8" threaded rod or bolt to secure the base to the work surface.

1. Remove the rubber gasket from the base.

2. Level the rig with the four (4) leveling screws.

3. Using an expansion-type anchor, insert a threaded rod or bolt through the slot located in the base of the Dymorig and tighten the bolt or washer and nut firmly in the anchor following the manufacturer's instructions.

## Assembling and Using a Vacuum System (Fig. 14 & 15)



Fig. 14

Vacuum Release Valve    Filter Jar

Vacuum Gauge

Coupler

Small Hole for Attaching Pump to Dymorig Stand

Vacuum Hose



Fig. 15

Leveling Screws

Vacuum Pad Gasket

Vacuum Line Coupler

Vacuum Adapter Assembly

For Cat. No. 4120 only.

The vacuum pad is most effective when it is secured to a relatively smooth surface such as poured concrete.

If the surface is too porous or rough, the vacuum pad may not hold securely. Before using the vacuum pad, always check the gasket on the underside of the base to make sure it isn't worn, cracked or torn. If it is, immediately replace the gasket, otherwise the vacuum may not hold the rig securely.

To replace the gasket, see "Replacing Vacuum Pad Gaskets" in the "Maintenance" section. See "Accessories" for gasket part number.

1. Position the rig as required for coring the hole.

2. Loosen the four (4) leveling screws until the ends are above the bottom surface of the base.

3. Place the vacuum adapter assembly into the slot in the base.

4. Connect one end of the supplied vacuum hose to the vacuum line coupler on the vacuum base. To do this, pull back the collar on the hose and push the end of the hose onto the coupler until it snaps into place. Connect the other end of the vacuum hose to the coupler on the vacuum pump following the same procedure.

5. The vacuum pump may be set on a dry surface away from the rig or mounted to the base of the Dymorig as shown. To mount the vacuum pump on the base, place the small holes on the vacuum pump mounting bracket over the two tapped holes on the base. Attach the vacuum pump to the base with two (2) 1/4" - 20 screws supplied in the accessory bag.

6. Plug the vacuum pump into the power source - the pump will start automatically. Step on the base until it lowers and adheres to the work surface.

7. Tighten the four (4) leveling screws only enough to eliminate rocking. Over-tightening can lift the gasket off the ground and release the vacuum.



## Using the Optional Telescoping Assembly

1.  Secure the rig using either an expansion-type anchor or a vacuum system (see "Securing the Equipment to the Work Surface").

2.  Place the top flange of the extension against a ceiling or wall and ace the other end on the jack screw at the top of the Dymorig column.

    The assembly is adjustable up to 14 feet. Turn the jack screw to tighten the assembly and to make small adjustments.

## Supply an Adequate Water Flow

An adequate supply of water must flow freely and constantly during the entire cut. Dymodrills are equipped with a built-in water shut-off valve to allow water to flow down the inside and up around the outside of the bit. This acts to cool the bit and flush cuttings from the hole.

## Reading the Meter Box (Fig. 16)



Fig. 16
20 Amp Operating Range
15 Amp Operating Range

The ammeter is the dial indicator on the meter box, which is standard equipment with the Vac-U-Rig® and can be purchased separately for other Dymorigs. The ammeter provides pressure feedback during coring, allowing you to help prevent motor overload and premature bit wear. The green area on the ammeter is the operating range and the red area in   tes that you are applying too much pressure.



## Shear Pin and Clutch (Fig. 17)



Fig. 17
Shear Pin

Spindle Sleeve (Shear pin models)
Threaded Spindle (Clutch Models)
Retaining Ring (shear pin model only)

Dymodrill Nos. 4079, 4090, and 4094 contain a shear pin to protect the gear and motor against overload. This pin drives the spindle sleeve. If the bit binds, the pin will shear to prevent motor and gear damage. Extra shear pins are supplied with each Dymodrill and can be replaced (see "Accessories" for part numbers). It is important to check the condition of the spindle before using the tool each time. The spindle must be smooth without grooves or pitting. If the spindle is not in good condition, it is possible for the threaded spindle sleeve and the internal spindle to weld together and seize during coring (see "Lubricating the Spindle for Dymodrills with a Shear Pin" in the "Maintenance" section for spindle lubricating instructions).

Cat. Nos. 4004, 4005, 4092, 4096 and 4097 feature a friction clutch rather than a shear pin to protect the motor and gears. If the motor overloads, the clutch will begin to slip and the bit will stop rotating. The clutch is factory-set and does not require adjustment. Nuisance (frequent) clutch slippage should be addressed by an authorized *MILWAUKEE* service center.



## Coring Procedure (Fig. 18)

1.  Select and install a bit following guidelines in "Selecting and Installing a Core Bit".

2.  Secure the rig to the work surface using one of the methods described in "Methods for Securing Equipment to Work Surface".

3.  With the motor OFF, adjust the gear to either high or low speed according to the guidelines in "Selecting Speeds".

    NOTE: DO NOT SHIFT SPEEDS WHEN THE DYMODRILL MOTOR IS ON. To adjust the speed on all Dymodrills, move the gear shift lever to the desired setting.



Fig. 18
Gear Shift Lever
Water Shut-Off Valve

4. Connect the water hose to the Dymodrill water shut-off valve and to the water supply. Make sure the seal is watertight. Use a standard garden hose if you require additional length. Set up a water collec-⁀ꞌ system.

5. ⁀ ꞌou are using a vacuum system, read the instructions for specific setup in "Assembling & Using a Vacuum System".

Do not continue the following steps until the vacuum gauge reads at least 20 inches of mercury vacuum. Never operate the Dymodrill if the gauge reads less than 20 inches (see "Methods for Securing Equipment to Work Surface"). Always monitor the vacuum gauge during coring. If water collects in the vacuum pump filter jar, empty it to prevent damage to the pump.



6. Turn the Dymodrill motor ON. Turn the water on so it flows freely through the water shut-off valve (see "Supply an Adequate Water Flow"). Turn the valve clockwise to increase water flow and coun-terclockwise to decrease water flow.

⁀le holding the handle, slightly loosen the cradle lock handle and slowly rotate the handle to lower the bit into the workpiece, applying steady, even pressure. To help reduce bit wandering, always use a light load to start the hole and wait for the tip of the bit to penetrate the work surface completely before increasing the load.

8. Use sufficient pressure so the bit cuts constantly. Use the ammeter on the meter box as a guide for proper pressure.

   NOTE: If the rig shifts during coring, stop the motor, reposition the rig ⁀꞉ꞌd resume coring.

9. ⁀ ꞉onitor the water flow (see "Diamond Coring"). Generally, water should flow at a rate of approximately one to two gallons per minute. If the water flow is too heavy, the two holes in the water swivel housing will leak. If that happens, reduce water flow. Water flow is adequate when the water and cuttings are flushed in a circular pattern about 1/2" around the bit. Keep the work area dry.

10. When the cut is complete, keep the drill motor ON and rotate the handle clockwise to remove the bit. The bit may become stuck in the hole if you turn the motor OFF before the bit is completely removed. ⁀nce the bit is removed from the work surface, turn the motor OFF. ⁀hten the cradle lock handle. Unplug the meter box from the power ⁀upply before removing the vacuum pump to prevent accidental starting of the motor when the vacuum pump is released.

If you are using a vacuum pump, unplug it and open the vacuum release valve to release the vacuum.

## Retrieving Cores and Deep Coring

When coring holes that are longer than the core bit, follow the steps below.

1. Begin coring the hole as usual. When you have cored to the length of the bit, stop the Dymodrill motor.

2. Remove the core by driving a chisel or slender wedge into the cut between the core and the work surface. You may also use a special core tongs, bent wire or anchor bolts to remove the core.

3. After removing the core, reinsert the bit or use a bit extension and continue coring (see "Accessories"). Removing cores with diameters greater than twice their length can be difficult. One method to remove such cores is to first break the core into smaller pieces and then remove the pieces. Electric hammers and chisels are ideal for breaking cores.



## Diamond Coring

Factors that influence diamond core performance:

- Amount of coolant
- Dymorig rigidity
- Dymorig condition
- RPM of drill motor
- Feed pressure applied to bit by operator
- Amount of steel
- Size of embedded steel
- Age of concrete
- Aggregate (size, type, hardness, abrasiveness)
- Type of sand—manufactured vs. river (natural)
- Operator technique
- Operator care
- Bit runout

## Operator Technique

Core with consistent, firm feed pressure. Do not subject the bits to sudden impacts. Uneven feed rate cracks diamonds. Low feed pressure polishes diamonds, slows penetration and contributes to bit glazing. High feed pressure can overload the drill motor or can cause diamonds to pull out prematurely, particularly when coring embedded steel. Make the bit work, but do not try to jam the bit through the material.

If vibration occurs:

1. Stop drilling.
2. Turn motor off.
3. Check for loose bolts, nuts and gib screws. Tighten if required.
4. Check for bit runout. Replace if required.

If vibration continues to occur, remove the core and loose material.

If vibration continues to occur after attempting these measures, return the rig to the nearest *MILWAUKEE* service facility.

## Water

Water provides two main benefits during coring:

1. Water acts as a coolant, eliminating the heat caused by the friction of the coring action. This preserves the integrity of the diamonds, bond matrix, the segment solder, and core tube. Without a coolant, the heat buildup during coring can cause all of these components to fail.

2. Water flushes loose, abrasive particles created during coring. These particles consist of aggregate, sand, diamond particles and various metals from embedded steel and the core bit matrix. The hole must be free of debris to allow the core bit to work. If loose particles are not properly flushed from the hole, an unnecessary drag will occur along the side of the core barrel. This can contribute to bit glazing through lack of power as well as motor damage through amperage increases due to bit resistance. In addition, loose particles tend to wear the bit tube, which can eventually result in the loss of segments.

Monitor water flow. Water volume should be adjusted until water return is a muddy, solid color. Clear water or clear streaks indicate too much water volume. Excess water is a leading cause of bit glazing and failure. Other factors contribute to glazing, but water adjustment is one of the most easily controlled by the operator. Excessive water prevents adequate segment/material contact. When the bit segments do not properly contact the work surface, the desired "controlled erosion" effect which maintains bit sharpness does not occur and the bit begins to glaze. This is true especially with smaller diameter bits. Adequate water volume varies according to the bit diameter. Use only enough water during coring to flush the cuttings from the work surface.

## Equipment

* Make sure machinery is in good operating condition. The column, carriage, motor connection and base should all be firmly connected and should not vibrate during coring.

* Motors should be of proper size (amperage and RPM) for the diameter of the core bit used. Consult motor guide in catalog.

* Always make sure the Dymorig is rigidly mounted with an anchor or vacuum; any movement or vibration will shorten the life of the core bit. Standing on the rig's base as a form of anchoring is dangerous and does not provide the necessary rigidity.

## Diamond Core Bits

* For the first 2 or 3 holes, use light feed pressure, so the new diamond gradually breaks in.

* Lower the bit very slowly onto the work surface. Use light feed pressure until the bit crown has penetrated or "seated" into the material.

* If the core bit encounters embedded steel, slow down the feed pressure and let the bit core at its own pace. Don't force the bit. Typically the water around the bit will clear when embedded steel is encountered. Do not allow any vibration whatsoever or severe diamond breakage or pullout will occur.

* Keep bits sharp.

## Bit Glazing & Diamond Core Motor Shear Pins

Bit binding is caused by one of two things: a dull (glazed) bit or a poorly stabilized rig.

Causes of bit glazing:

* Wrong RPM for bit diameter
* High feed pressure
* Low feed pressure
* High steel content in work surface
* Large, hard aggregate
* Too much water
* Low motor power

A sharp bit typically has good diamond exposure and will cut/grind almost anything in its path, including embedded steel.

## Sharpening Procedure for Core Bits

To work efficiently, diamond core bits must maintain good diamond exposure. Many factors work together to provide the "controlled erosion" cycle of the tool's segment to occur. When this "controlled erosion" cycle is altered, the bit can become dull or "glazed." Glazing becomes noticeable when the coring feed rate slows dramatically or the bit does not cut. Examine the bit immediately. If the diamonds are flush with the metal, they are underexposed or "glazed."

The following steps will often correct the problem:

1. Reduce water flow until it becomes very muddy. Continue using as little water as possible until penetration increases.

2. If the bit does not open up, remove from hole. Pour into the kerf a thick (1/4") layer of silica sand (the coarser the better).

3. Resume drilling for approximately 3 to 5 minutes with very little water and at a lower RPM if possible.

4. Gradually increase water flow to flush sand from kerf.

5. Repeat as needed.

## The Effects of Steel in Coring

* To self-sharpen, diamond-impregnated core bits require interaction with an abrasive material. This abrasive material wears away the metal composition in the segment's matrix. As this is done, sharp diamonds are exposed and the grinding action created by the diamonds continues.

* Embedded metal (rebar) is not an abrasive material. It does not provide the degree of abrasiveness required for matrix wear to occur and expose sharp diamonds embedded in the segment's matrix.

* A high degree of exposure to embedded metal by the bit's segments creates glazing. Glazing prevents the bit from cutting and coring.



## Maintaining Tools

Keep your tool in good repair by adopting a regular maintenance program. Before use, examine the general condition of your tool. Inspect guards, switches, tool cord set and extension cord for damage. Check for loose screws, misalignment, binding of moving parts, improper mounting, broken parts and any other condition that may affect its safe operation. If abnormal noise or vibration occurs, turn the tool off immediately and have the problem corrected before further use. Do not use a damaged tool. Tag damaged tools "DO NOT USE" until repaired (see "Repairs").

Under normal conditions, relubrication is not necessary until the motor brushes need to be replaced. After six months to one year, depending on use, return your tool to the nearest MILWAUKEE service facility for the fo`    `:

• ____rication

• Brush inspection and replacement

• Mechanical inspection and cleaning (gears, spindles, bearings, housing, etc.)

• Electrical inspection (switch, cord, armature, etc.)

• Testing to assure proper mechanical and electrical operation

### Lubr`    `ing Rack and Pinion

Main`    `a light coat of MILWAUKEE Type "E" Grease on the rack and pinion gears to reduce friction and wear.

### Lubricating the Spindle for Dymodrills with a Shear Pin

Before each use, clean and lubricate the spindle or spindle sleeve with MILWAUKEE Type "E" Grease to prevent the spindle from seizing during coring.

1. To maintain the spindle on shear pin models, remove the retaining ring with a screwdriver. Then remove the spindle sleeve.

2. R`    `ove dust and debris from the inside and outside diameter of the `    `le and spindle sleeve and from the water hole in the spindle. `    `ce a light coating of MILWAUKEE Type "E" grease on the spindle.

3. Replace the spindle sleeve onto the spindle. Make sure the spindle sleeve rotates freely on the spindle. Then replace the retaining ring.

### Replacing Vacuum Pad Gaskets

For Cat. No. 4115, 4125 & 4130 only.

Through normal use, the rubber gaskets on the underside of the vacuum pads can become worn, requiring replacement. If replacement is required, take the pad to an authorized service center or replace the gasket as follows:

1. Remove the old gasket and thoroughly remove the old glue from the groove.

2. Squeeze a continuous bead of rubber cement (Cat. No. 44-22-0060) in the entire bottom of the groove.

3. Immediately place a new gasket (Cat. No. 43-44-0570) in the groove and press firmly in place.

4. Turn the pad over and place the gasket side on a smooth flat surface `    `apply pressure to all edges of the pad.

5. `    `w cement to dry for 24 hours before using.

For Cat. No. 4120 only.

With normal use, the rubber gasket on the underside of the base can become worn, requiring replacement. If replacement is required, take the base to an authorized service center or replace the gasket as follows:

1. Remove the motor and bit.

2. Tip the Dymorig on its back so that the wheels point down.

3. Remove the old gasket.

4. Squeeze a continuous bead of rubber cement (Cat. No. 44-22-0060) in the entire bottom of the groove.

5. Place the new gasket (Cat. No. 43-44-0605) into the groove making sure it is pushed in completely.

6. Stand the Dymorig upright again.

7. Reinstall the motor and bit.

### Cleaning the Filter on the Vacuum Pump

Periodically clean the filter felts to keep the vacuum pump operating efficiently. To clean the filter felts, remove the plastic jar and remove the felts from the plastic tube. Remove dust and debris from the felts and clean the plastic jar. Then replace the felts on the plastic tube and position the jar onto the filter assembly.



### Cleaning

Clean dust and debris from vents. Keep the tool handles clean, dry and free of oil or grease. Use only mild soap and a damp cloth to clean your tool since certain cleaning agents and solvents are harmful to plastics and other insulated parts. Some of these include: gasoline, turpentine, lacquer thinner, paint thinner, chlorinated cleaning solvents, ammonia and household detergents containing ammonia. Never use flammable or combustible solvents around tools.

### Repairs

If your tool is damaged, return the entire tool to the nearest service center listed on the back cover of this operator's manual.

Every MILWAUKEE tool is tested before leaving the factory and is warranted to be free from defects in material and workmanship. MILWAUKEE will repair or replace (at MILWAUKEE's discretion), without charge, any tool (including battery chargers) which examination proves to be defective in material or workmanship from five (5) years after the date of purchase. Return the tool and a copy of the purchase receipt or other proof of purchase to a MILWAUKEE Factory Service/Sales Support Branch location or MILWAUKEE Authorized Service Station, freight prepaid and insured. This warranty does not cover damage from repairs made or attempted by other than MILWAUKEE authorized personnel, abuse, normal wear and tear, lack of maintenance, or accidents.

Battery Packs, Flashlights, and Radios are warranted for one (1) year from the date of purchase.

THE REPAIR AND REPLACEMENT REMEDIES DESCRIBED HEREIN ARE EXCLUSIVE. IN NO EVENT SHALL MILWAUKEE BE LIABLE FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF PROFITS.

THIS WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, OR CONDITIONS, WRITTEN OR ORAL, EXPRESSED OR IMPLIED FOR MERCHANTABLILITY OR FITNESS FOR PARTICULAR USE OR PURPOSE.

This warranty gives you specific legal rights. You may also have other rights that vary from state to state and province to province. In those states that do not allow the exclusion of implied warranties or limitation of incidental or consequential damages, the above limitations or exclusions may not apply to you. This warranty applies to the United States, Canada, and Mexico only.



For a complete listing of accessories refer to your *MILWAUKEE* Electric Tool catalog or go on-line to www.mil-electric-tool.com. To obtain a catalog, contact your local distributor or a service center listed on the back cover of this operator's manual.

**Meter Boxes**
**Cat. No. 48-51-0100 (30 amp, 120 volt)**
**(Not available in Canada)**
Same as supplied with Vac-U-Rig® Attachment Kit No. 49-22-7075 and with Cat. No. 4136. Ammeter and power switch appear on the front panel and a single 20 amp twist lock receptacle for the drill motor and two convenience outlets are on the back of the box.

**Meter Boxes**
**Cat. No. 48-51-0120 (20 amp, 120 volt)**
**(Can be used in Canada)**
Ammeter and power switch appear on the front panel with a single 20 amp twist lock receptacle for the drill motor on the back.

**Telescoping Extension Assembly**
**Cat. No. 49-95-1000**
This assembly braces the rig between the floor and ceiling for maximum rigidity. It adjusts for 14-foot ceilings and features fixed hole adjustments.

**Copper Washer**
**Cat. No. 45-88-8565**
Before using the tool, slip this washer onto the spindle to prevent the bit from seizing on spindle during coring.

**Spacer Assembly**
**Cat. No. 49-67-0110**
For use with Cat. Nos. 4125 and 4130. Mounts between cradle and Dymodrill motor when using 10" - 14" coring bits.

**Spacer Assembly**
**Cat. No. 49-67-0115**
For use with Cat. Nos. 4115 and 4120. Mounts between cradle and Dymodrill motor when using 10" - 14" coring bits.

**Water Collecting Ring**
**Cat. No. 48-70-0060**
For use where water flow from coring must be trapped and drained. Dike-type collector ring holds water for fast disposal when used with bits up to 10" in diameter. A built-in vacuum hose fitting also allows the ring to be used with a wet/dry vacuum cleaner.

**Water Hose**
**Cat. No. 49-18-0055**
This 8-foot water hose features a 5/8" coupling and standard brass male and female water hose fittings.

**Water Tank**
**Cat. No. 49-76-0955**
This 3-1/2 gallon heavy-duty, impact-resistant poly tank is for use where a regular tap water supply is not available.

**Vacuum Pad Assembly (Single Pad)**
**Cat. No. 49-22-7100**
This single vacuum pad is the same as supplied with Vac-U-Rig® Attachment Kit 49-22-7075. Can be used with Cat. Nos. 4115, 4125 and 4130.

**Vacuum Pump Assembly (115 Volts)**
**Cat. No. 49-50-0160**
This heavy-duty 1/8 H.P. pump comes complete with vacuum gauge, air filter and cord. May be mounted to the base of the unit. Same as furnished with Vac-U-Rig® 49-22-7075. Can be used with Cat. Nos. 4115, 4125 and 4130.

**Vacuum Pump Assembly (115 Volts)**
**Cat. No. 49-50-0165**
This heavy-duty 1/8 H.P. pump comes complete with vacuum gauge, air filter and cord. May be mounted to the base of the unit. Can be used with Cat. No. 4120.

**Vac-U-Rig® Attachment Kit (115 Volts)**
**Cat. No. 49-22-7065**
This kit includes: (1) vacuum pad; (1) vacuum pump assembly with gauge, filter, 8-foot air hose, and fittings. Can be used with Cat. No. 4120.

**Vac-U-Rig® Attachment Kit**
**Cat. No. 49-22-7075**
This kit includes: (1) vacuum pad; (1) vacuum pump assembly with gauge, filter, 8-foot air hose, and fittings. Can be used with Cat. Nos. 4115, 4125 & 4130.

**Threaded Adapter**
**Cat. No. 48-04-0160**
Thread Adapter reduces the thread size of 1-1/4"-7 to 5/8"-11 *MILWAUKEE* Dymobits and extensions.

**Shear Pin No. 44-60-0065 (Low Strength Shear Pin)**
**Shear Pin No. 44-60-0032" (High Strength Shear Pin)**
* (Standard equipment on Dymodrills except clutch Cat. Nos. 4004, 4005, 4092, 4206 and 4097).

**9" Bit Extension**
**Cat. No. 48-95-1500**
Extension threaded on both ends with a 1-1/4"-7 thread. For use with Diamond Core Bits over 2" in diameter and a 1-1/4"-7 thread. Extension mounts directly to the Dymodrill. Two or more extensions can be used together to core deep holes.

**10-1/2" Bit Extension**
**Cat. No. 48-95-2100**
Extension threaded on both ends with a 5/8"-11 thread. For use with 1-1/4" and 1-1/2" diameter Diamond Core Bits with a 5/8"-11 thread. Extension requires Threaded Adapter No. 48-04-0160 for mounting to Dymodrills. Two or more extensions can be used together to core deep holes.

**3/16" Socket Wrench**
**Cat. No. 49-96-0085**
Use to mount Dymodrills onto the cradle on Dymorigs.

**1-3/8" Open End Wrench**
**Cat. No. 49-96-4700**
Use to install bits onto Dymodrills.

**Vacuum Pad Gasket**
**Cat. No. 43-44-0570**
Replacement part for vacuum pads on Cat. Nos. 4115, 4125 & 4130.

**Vacuum Base Gasket**
**Cat. No. 43-44-0605**
Replacement part for vacuum base Cat. No. 4120.

**Rubber Cement**
**Cat. No. 44-22-0060**
Use to bond vacuum pad gaskets to vacuum pads on Cat. Nos. 4115, 4120, 4125 and 4130.

**Type "E" Grease**
**Cat. No. 49-08-4122**
Use for lubricating rack and pinion as well as spindle.

Injury on Core Drill
The Warren Group File No.: 60334
October 13, 2006

## APPENDIX III

### Oil-Less Diaphragm Vacuum Pumps & Compressors

### Operation & Maintenance Manual

PART NO. 70 - 3000 G442PL  (REV-E)

# OIL-LESS DIAPHRAGM
# VACUUM PUMPS & COMPRESSORS
## OPERATION & MAINTENANCE MANUAL


Model DOA Shown


Model MOA Shown


Model DAA Shown

Thank you for purchasing this Gast product.  It is manufactured to the highest standards using quality materials.  Please follow all recommended maintenance, operational and safety instructions and you will receive years of trouble free service.

**-IMPORTANT:  PLEASE READ THIS MANUAL AND SAVE FOR FUTURE REFERENCE.**

**Product Use Criteria:**

- Pump only clean, dry air.
- Operate at 40ºF - 104ºF (4.4ºC - 40ºC).
- Protect unit from dirt & moisture.
- Do not pump flammable or explosive gases or use in an atmosphere that contains such gases.
- Protect all surrounding items from exhaust air. This exhaust air can become very hot.
- Corrosive gases and particulate material will damage unit. Water vapor, oil-based contaminants or other liquids must be filtered out.
- Consult your Gast Distributor/Representative before using at high altitudes.



**ISO 9001 & 14001 CERTIFIED**  **www.gastmfg.com**

*A Unit of IDEX Corporation*

®Registered Trademark/™Trademark of Gast Manufacturing Inc., Copyright ©2002 Gast Manufacturing Inc.  All Rights Reserved.

## Your safety and the safety of others is extremely important.

We have provided many important safety messages in this manual and on your product. Always read and obey all safety messages.

 This is the safety alert symbol. This symbol alerts you to hazards that can kill or hurt you and others. The safety alert symbol and the words "DANGER" and "WARNING" will precede all safety messages. These words mean:

### ⚠ DANGER

You **will** be killed or seriously injured if you don't follow instructions.

### ⚠ WARNING

You **can** be killed or seriously injured if you don't follow instructions.

All safety messages will identify the hazard, tell you how to reduce the chance of injury, and tell you what can happen if the safety instructions are not followed.

## INSTALLATION

### ⚠ WARNING



**Electrical Shock Hazard**

Disconnect electrical power at the circuit breaker or fuse box before installing this product.

Install this product where it will not come into contact with water or other liquids.

Install this product where it will be weather protected.

Electrically ground this product.

Failure to follow these instructions can result in death, fire or electrical shock.

Correct installation is your responsibility. Make sure you have the proper installation conditions and that installation clearances do not block air flow.

Blocking air flow over the product in any way can cause the product to overheat.

### Mounting
This product can be installed in any orientation. Mounting the product to a stable, rigid operating surface and using shock mounts will reduce noise and vibration.

### Plumbing
Remove plugs from the IN and OUT ports. Connect with pipe and fittings that are the same size or larger than the product's threaded ports. Be sure to connect the intake and exhaust plumbing to the correct inlet and outlet ports.

### Accessories
Filters and mufflers are supplied with some models. These should be checked periodically and replaced when necessary. Please consult your Gast Distributor/Representative for additional filter recommendations.

Install relief valves and gauges at inlet or outlet, or both, to monitor performance. Check valves may be required to prevent back streaming through the pump.

### Motor Control
It is your responsibility to contact a qualified electrician and assure that the electrical installation is adequate and in conformance with all national and local codes and ordinances. The metal capacitor shell <u>must</u> be grounded.

Determine the correct overload setting required to protect the motor (see motor starter manufacturer's recommendations). Select fuses, motor protective switches or thermal protective switches to provide protection. Fuses act as short circuit protection for the motor, not as protection against overload. Incoming line fuses must be able to withstand the motor's starting current. Motor starters with thermal magnetic overload or circuit breakers protect motor from overload or reduced voltage conditions.

The wiring diagram supplied with the product provides required electrical information. Check that power source is correct to properly operate the dual-voltage motors.

## OPERATION

### ⚠ WARNING

**Injury Hazard**

Install proper safety guards as needed.

Product surfaces become very hot during operation, allow product surfaces to cool before handling.

Air stream from product may contain solid or liquid material that can result in eye or skin damage, wear proper eye protection.

Failure to follow these instructions can result in burns, eye injury or other serious injury.

It is your responsibility to operate this product at recommended pressures or vacuum duties and room ambient temperatures.

### Start Up
If motor fails to start or slows down significantly under load, shut off and disconnect from power supply. Check that the voltage is correct for motor and that motor is turning in the proper direction.

## MAINTENANCE



## ⚠ WARNING

 

### Electrical Shock Hazard

Disconnect electrical power supply cord before performing maintenance on this product.

If product is hard wired into system, disconnect electrical power at the circuit breaker or fuse box before performing maintenance on this product.

**Failure to follow these instructions can result in death, fire or electrical shock.**

## ⚠ WARNING

### Injury Hazard

Product surfaces become very hot during operation, allow product surfaces to cool before handling.

Air stream from product may contain solid or liquid material that can result in eye or skin damage, wear proper eye protection.

Clean this product in a well ventilated area.

**Failure to follow these instructions can result in burns, eye injury or other serious injury.**

It is your responsibility to:
• Regularly inspect and make necessary repairs to product in order to maintain proper operation.
• Make sure that pressure and vacuum is released from product before starting maintenance.

Check intake and exhaust filters after first 500 hours of operation. Clean filters and determine how frequently filters should be checked during future operation. This one procedure will help to assure the product's performance and service life.

### Solvent Cleaning

Use only Gast AH255B Solvent or other non-petroleum based solvent. Do Not use kerosene or ANY other combustible solvent to clean product.

1. Remove the four (MOA) or five (DOA) screws in the top of the product. Remove the top plate.
2. Remove filters and clean with Gast AH255B solvent or other non-petroleum based solvent. Use compressed air to dry filters and make sure all moisture is removed. Reinstall filters.
3. Clean the gasket with water and dry thoroughly. Reinstall gasket.
4. Reinstall top plate and screws.

Check that all external accessories such as relief valves and gauges are attached to cover and are not damaged before re-operating product.

## SHUTDOWN PROCEDURES

It is your responsibility to follow proper shutdown procedures to prevent product damage.
NEVER ADD OIL TO THIS OIL-LESS PUMP.

Proper shutdown procedures must be followed to prevent pump damage. Failure to do so may result in premature pump failure. Gast Manufacturing Oil-Less Diaphragm Vacuum Pumps and Compressors are constructed of ferrous metals or aluminum which are subject to rust and corrosion when pumping condensable vapors such as water. Follow the steps below to assure correct storage and shutdown between operating periods.

1. Disconnect plumbing.
2. Operate product for at least 5 minutes without plumbing.
3. Run at maximum vacuum for 10 to 15 minutes.
4. Repeat step 2.
5. Disconnect power supply.
6. Plug open ports to prevent dirt or other contaminants from entering product.

## SERVICE KIT INSTALLATION

## ⚠ WARNING

 

### Electrical Shock Hazard

Disconnect electrical power supply cord before installing Service Kit.

If product is hard wired into system, disconnect electrical power at the circuit breaker or fuse box before installing Service Kit.

Disconnect air supply and vent all air lines to release pressure or vacuum.

**Failure to follow these instructions can result in death, fire or electrical shock.**

Gast will NOT guarantee field-rebuilt product performance. For performance guarantee, the product must be returned to a Gast Authorized Service Facility.

Service Kit contents vary. Most contain gaskets and filter parts.

1. Disconnect electrical power to pump.
2. Disconnect air supply and vent all air lines to release pressure or vacuum.
3. Remove the socket cap screws from the head of the pump. Remove the head of the pump.

3

**Replacing Diaphragm**

1. Remove the two Phillips-head screws then the retainer plate and diaphragm.
2. Install the new diaphragm, pattern side up for compressors, pattern side down for vacuum pumps, onto the connecting rod.
3. Replace the retainer plate and attach with two screws. Torque the screws to 30 in. lbs. on DOA and DAA units and to 12 in. lbs. on MOA and MAA units.

**Replacing Inlet and Outlet Valves**

1. Remove the slotted machine screw that holds each valve in place.
2. Clean the stainless steel valves with water. Valves are interchangeable on DOA and DAA units.
3. Replace the outlet valve or install a new valve so that the retaining bar is near the machine screw hole. The retainer bar holds the valve in place.
4. Replace the inlet valve or install a new valve so that the notch marked on the valve is in the lower right hand corner towards the inlet of the air chamber.

4. Replace the head on the pump. Torque the socket cap screws to 90-100 in. lbs. on the DOA and DAA units and 30 in. lbs. on the MOA and MAA units.

**Do Not replace the connecting rod or motor bearings.**

**Check that all external accessories such as relief valves and gauges are attached to cover and are not damaged before re-operating product.**

If pump still does not produce proper vacuum or pressure, send unit to a Gast Authorized Service Facility for repair.

4

## EXPLODED PRODUCT VIEW, PARTS & ORDERING INFORMATION



### DAA / DOA SERIES

| REF | DESCRIPTION | QTY | DOA-P101-AA<br>DOL-101-AA<br>DOA-P101-BN<br>DOA-P101-JH | DAA-P103-EB*<br>DAA-V155-EB* |
|---|---|---|---|---|
| 1 | COVER | 1<br>2 | AF808 | AF808 |
| 2 △ | HEAD GASKET | 1<br>2 | AF820 | AF820 |
| 3 △ | FILTER/MUFFLER ELEMENT | 2<br>4 | AT713 | AT713 |
| 4 △ | FILTER ELEMENT | 1<br>2 | AT712 | AT712 |
| 5 | HEAD | 1<br>2 | AF804 | AF804 |
| 6 △ | VALVE SCREW | 2<br>4 | BB317 | BB317 |
| 7 △ | VALVE LIMITER | 1<br>2 | AF856 | AF856 |
| 8 △ | LEAF VALVE | 2<br>4 | AF817 | AF817 |
| 9 △ | VALVE RETAINER | 1<br>2 | AF819A | AF819A |
| 10 | RETAINER PLATE | 1<br>2 | AF809 | AF809 |
| 11 | DIAPHRAGM Compressor-Blue | 1<br>2 | AF818A**** | AF818A**** |
|  | DIAPHRAGM Vacuum-RED | 2 |  | AF818B |
| 12 | FELT SPACER | 3<br>6 | AA929 | AA929 |
| 12A | SPACER | 1<br>2 | AD996 | AD996 |
| 13 | FAN - Clockwise | 1 | AT837 | AT837 |
| 13A | FAN - Counterclockwise | 1 |  | AT837A |
| 14 | GRILLE | 1<br>2 | AF807 | AF807 |
| 15 | RIVOT | 4<br>8 | AE946 | AE946 |
| *** | SERVICE KIT | 1<br>2 | K294A | K294A |

* DOA shown.  The Double-ended (DAA – not illustrated) models are two DOAs mounted back to back with heads rotated.
*** Item not shown.
****Pattern side up for compressors.  Pattern side down for vacuum pumps.
△ Denotes parts included in the Service Kit.
△ The service kit may contain parts for more than one model or style diaphragm pump.  Parts not needed may be discarded.
Parts listed are for stock models.  For specific OEM models, please consult the factory.
When corresponding or ordering parts, please give complete model and serial numbers.

5

## EXPLODED PRODUCT VIEW, PARTS & ORDERING INFORMATION

### MAA / MOA SERIES

| REF | DESCRIPTION | QTY | MAA-V103-HB* | MOA-P101-AA MOA-P101-CD MOA-P101-JH** |
|-----|-------------|-----|--------------|----------------------------------------|
| 1 | COVER | 1 | | AF780 |
| | | 2 | AF780 | |
| 2 △ | HEAD GASKET | 1 | | AF783 |
| | | 2 | AF783 | |
| 3 △ | FILTER/MUFFLER ELEMENT | 2 | | AT712 |
| | | 4 | AT712 | |
| 4 △ | NUT | 1 | | BC164 |
| | | 2 | BC164 | |
| 5 △ | VALVE RETAINER | 1 | | AF819A |
| | | 2 | AF819A | |
| 5A △ | LIMITER | 1 | | AH406 |
| | | 2 | AH406 | |
| 6 △ | LEAF VALVE | 1 | | AJ827 |
| | | 2 | AJ827 | |
| 6A △ | EXHAUST LEAF VALVE | 1 | | AG973 |
| | | 2 | AG973 | |
| 7 △ | SCREW | 1 | | BB319 |
| | | 2 | BB319 | |
| 8 | HEAD | 1 | | AF779 |
| | | 2 | AF779 | |
| 9 | RETAINER PLATE | 1 | | AF778 |
| | | 2 | AF778 | |
| 10 | DIAPHRAGM-Pressure-Red | 1 | | AG288 |
| | DIAPHRAGM-Vacuum-Red | 2 | AG288 | |
| 11 | FAN | 1 | AJ856 | AJ856 |
| 12 | FAN | 1 | AF785B | AF785B |
| 13 | GRILLE | 2 | AG774 | AG774 |
| *** | SERVICE KIT | 1 | | K309 |
| | | 2 | K309 | |



* MOA shown.  The Double-ended (MAA – not illustrated) models are two MOAs mounted back to back with heads rotated.
**MOA-P101-JH does not have an AF785B fan.
*** Item not shown.
****Pattern side up for compressors.  Pattern side down for vacuum pumps.
△ Denotes parts included in the Service Kit.
△ The service kit may contain parts for more than one model or style diaphragm pump.  Parts not needed may be discarded.
Parts listed are for stock models.  For specific OEM models, please consult the factory.
When corresponding or ordering parts, please give complete model and serial numbers.

## WARRANTY

Gast finished products, when properly installed and operated under normal conditions of use, are warranted by Gast to be free from defects in material and workmanship for a period of twelve (12) months from the date of purchase from Gast or an authorized Gast Representative or Distributor. In order to obtain performance under this warranty, the buyer must promptly (in no event later than thirty (30) days after discovery of the defect) give written notice of the defect to Gast Manufacturing Incorporated, PO Box 97, Benton Harbor Michigan USA 49023-0097 or an authorized Service Center (unless specifically agreed upon in writing signed by both parties or specified in writing as part of a Gast OEM Quotation). Buyer is responsible for freight charges both to and from Gast in all cases.

This warranty does not apply to electric motors, electrical controls, and gasoline engines not supplied by Gast. Gast's warranties also do not extend to any goods or parts which have been subjected to misuse, lack of maintenance, neglect, damage by accident or transit damage.

THIS EXPRESS WARRANTY EXCLUDES ALL OTHER WARRANTIES OR REPRESENTATIONS EXPRESSED OR IMPLIED BY ANY LITERATURE, DATA, OR PERSON. GAST'S MAXIMUM LIABILITY UNDER THIS EXCLUSIVE REMEDY SHALL NEVER EXCEED THE COST OF THE SUBJECT PRODUCT AND GAST RESERVES THE RIGHT, AT ITS SOLE DISCRETION, TO REFUND THE PURCHASE PRICE IN LIEU OF REPAIR OR REPLACEMENT.

GAST WILL NOT BE RESPONSIBLE OR LIABLE FOR INDIRECT OR CONSEQUENTIAL DAMAGES OF ANY KIND, however arising, including but not limited to those for use of any products, loss of time, inconvenience, lost profit, labor charges, or other incidental or consequential damages with respect to persons, business, or property, whether as a result of breach of warranty, negligence or otherwise. Notwithstanding any other provision of this warranty, BUYER'S REMEDY AGAINST GAST FOR GOODS SUPPLIED OR FOR NON-DELIVERED GOODS OR FAILURE TO FURNISH GOODS, WHETHER OR NOT BASED ON NEGLIGENCE, STRICT LIABILITY OR BREACH OF EXPRESS OR IMPLIED WARRANTY IS LIMITED SOLELY, AT GAST'S OPTION, TO REPLACEMENT OF OR CURE OF SUCH NONCONFORMING OR NON-DELIVERED GOODS OR RETURN OF THE PURCHASE PRICE FOR SUCH GOODS AND IN NO EVENT SHALL EXCEED THE PRICE OR CHARGE FOR SUCH GOODS. GAST EXPRESSLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE WITH RESPECT TO THE GOODS SOLD. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTIONS SET FORTH IN THIS WARRANTY, notwithstanding any knowledge of Gast regarding the use or uses intended to be made of goods, proposed changes or additions to goods, or any assistance or suggestions that may have been made by Gast personnel.

Unauthorized extensions of warranties by the customer shall remain the customer's responsibility.

CUSTOMER IS RESPONSIBLE FOR DETERMINING THE SUITABILITY OF GAST PRODUCTS FOR CUSTOMER'S USE OR RESALE, OR FOR INCORPORATING THEM INTO OBJECTS OR APPLICATIONS WHICH CUSTOMER DESIGNS, ASSEMBLES, CONSTRUCTS OR MANUFACTURES.

This warranty can be modified only by authorized Gast personnel by signing a specific, written description of any modifications.

## MAINTENANCE RECORD

| DATE | PROCEDURE PERFORMED |
|------|---------------------|
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |
|      |                     |

## PART NO. 70 - 3000 G442PL  (REV-E)

**TROUBLESHOOTING CHART**

| Low | | High | | Pump | Motor | Excess | Reason and remedy |
| Vacuum | Pressure | Vacuum | Pressure | Overheat | Overload | Noise | for problem. |
|---|---|---|---|---|---|---|---|
| • | • | At Pump | | • | • | | Filter dirty.  Clean or replace. |
| • | • | | At pump | • | • | | Muffler dirty.  Clean or replace. |
| • | • | | | | | | Valves dirty or valves bent. Clean or replace. |
| • | | | | | | | Worn piston rings. Repair or replace. |
| | | | • | • | • | | Relief valve set too high. Inspect and adjust. |
| • | • | | | | | | Relief valve set too low. Inspect and adjust. |
| • | • | At pump | At pump | • | • | | Plugged vacuum/pressure line. Inspect and repair. |
| • | | At pump | | | | | Collapsed vacuum line. Inspect and repair. |
| | | | | • | • | | Low voltage, won't start. Check power source. |
| | | | | • | • | • | Voltage wrong. Check power source. |
| • | • | | | | | • | Worn rings/piston hitting cylinder. Replace. |
| | | | | • | | • | Cylinder misadjustment. Realign. |
| • | | | | | | • | Leaky hose or check valve. Replace. |
| • | • | | | • | • | • | Dirt or liquid on top of piston. Inspect and clean. |
| • | • | | | • | • | | Motor not wired correctly. Check wiring diagram/line voltage. |
| • | • | | | | | • | Blown head gasket. Replace. |



AUTHORIZED SERVICE FACILITIES



ISO 9001 & 14001 CERTIFIED    www.gastmfg.com

A Unit of IDEX Corporation

**Injury on Core Drill**                                                    Page     IV
**The Warren Group File No.: 60334**
**October 13, 2006**

### APPENDIX IV

**Electrical Schematic for Alternate Design of Chipper DM 500 Core Drill**

# Electrical Schematic for Alternate Design of Chipper DM 500 Core Drill



Injury on Core Drill
The Warren Group File No.: 60334
October 13, 2006

Page     V

APPENDIX V

- Curriculum Vitae for ROGER E. DAVIS



The Warren Group, Inc.
PO Box 1608
Irmo, SC 29063

803.732.6600
803.732.7576 (Fax)
888.827.7823 (Toll Free)
www.warren-group.com

The **Warren** Group

**Forensic Engineers & Consultants**

---

## *Roger E. Davis, P.E., CFEI, CVFI*

Engineer: Mechanical

---

**Cranes and Aerial Lifts**

**Failure Analysis**

**Water and Sewer Systems**

**Fire and Explosion Analysis: Origin and Cause**

**Heavy Equipment Fires**

**Industrial Accident Reconstruction**

**Machine Safeguarding**

**Products Liability**

**Vehicle Mechanical Failure**

---

*Engineering Analysis of Claims and Accidents*

# EDUCATION

| | |
|---|---|
| 1975 | **Masters of Business Administration**<br>University of South Carolina |
| 1968 | **Bachelor of Mechanical Engineering**<br>University of South Carolina |

# EXPERIENCE

**1998 TO PRESENT**

The Warren Group, Inc., Columbia, South Carolina. Senior Consulting Engineer performing specialized consulting and training related to property loss analysis, reconstruction of accidents and the analysis of designs with regard to safety.

**Safety Design Analysis (both personal injury and property damage)**
Fire and explosion analysis, industrial accident reconstruction, machine safeguarding, machine controls, warnings, OSHA compliance, standards and codes compliance, maintenance, products liability, product failures, failure analysis, consumer products, vehicle mechanical failures.

**Fire & Explosion Analysis**
Determine origin and cause, cause of fire spread, cause of the injury or property damage and establish responsibility for fires involving agricultural, heavy equipment and industrial machinery.

**Training**
Fire and life safety, standards and codes, hazard identification, risk assessment, engineering design for safety and products liability.

**1995 to 1998**

Founding Partner, WDS Development, Lexington, South Carolina. Development of residential properties.

**1987 TO 1995**

Laidlaw Environmental Services, Inc., Columbia, South Carolina. Vice President, Engineering and Regulatory Affairs. Largest hazardous/industrial waste management firm in North America. Responsible for a professional staff of 150 employees involved in Engineering, Health and Safety and Regulatory compliance for all North American operations (over 100 sites).

The **Warren** Group

---

## EXPERIENCE, Continued

---

**1987 TO 1995**
(Continued)

- Played major role in due diligence investigations of targeted acquisitions, including a multi-site company purchased for more than $230 million.

- Developed and marketed OSHA/DOT/RCRA internal training programs to outside clients, including such firms as Dow-Jones, Lockheed, City of Los Angeles and others.

- Served on steering committee for business process improvement (re-engineering).

- Responsible for major capital construction, including successful major modifications to the largest hazardous waste incinerator in North America, under very tight regulatory controls, schedule and budget.

- Dramatic improvements realized in safety performance over a four-year period. Auto liability costs reduced by 83% (despite increased mileage), Worker's Compensation claims per million hours worked reduced by 50%.

- Oversight of medical surveillance program.

- Instituted internal and external compliance audit programs improving performance and reducing liability. Company cited by EI Digest, a major trade publication, or environmental excellence at 11 major facilities in 1995.

- Developed and promoted positions on legislation and regulations, initiated legal challenges, as necessary.

**1983 TO 1987**

Laidlaw Environmental Services, Inc., Pinewood, South Carolina. Facility Manager. Overall manager of site with Profit and Loss responsibility, involving transportation, treatment and disposal of wastes, production and marketing of absorbent clays (cat litter), and major civil construction activities.

- Developed the conceptual design for major components of the most advanced landfill in the United States.

- Internalized construction costs of landfill cells to realize savings over 30%.

- Instituted significant improvements in worker protection, site security, site appearance and regulatory compliance.

- Personally handled majority of community and media relations for a site inherently objectionable to much of the public.

The **Warren** Group

## EXPERIENCE, Continued

| | |
|---|---|
| **1981 TO 1983** | South Carolina Department of Health and Environmental Control, Columbia, South Carolina.  Assistant Deputy Commissioner for Environmental Quality Control.  Responsible for all environmental programs and special assignments. |
| **1971 TO 1981** | South Carolina Department of Health and Environmental Control, Columbia, South Carolina.  Engineer/Manager of Water Supply Division; District Director, Central Midlands Health District; Director, Domestic Wastewater Division.  Responsibilities included roles in both management and field inspections for certification of utilities construction (water/sewer/landfills). |
| **1969 TO 1971** | The Torrington Company, Clinton, South Carolina.  Manufacturing Engineer. |
| **1968 TO 1969** | Charleston Naval Shipyard, Charleston, South Carolina.  Fluid Power Engineer |
| **1968 TO 1974** | South Carolina Air National Guard. Non-destructive Inspection Technician |
| **1966 TO 1968** | Cummins Carolina Diesel, Columbia, South Carolina. Diesel Mechanic |

## PROFESSIONAL ORGANIZATIONS

National Association of Fire Investigators (NAFI)

American Society of Mechanical Engineers (ASME)

**Past Affiliations**

Chairman of Building Committee, Lexington Medical Center Board, Lexington, South Carolina

ASM International

Vice President, Board Member of Environmental Technology Council, Washington D.C.

Advisory Committee, Environmental Training Center, Central Carolina Community College, Sumter, South Carolina

Young Engineer of the Year, Columbia Chapter, South Carolina Society of Professional Engineers

Advisory Committee, State Water Plan (Water Resources Commission)

Participant on Governor's Task Force on National Resources and Environment

Water and Pollution Control Association of South Carolina

South Carolina Industrial Waste Management Association

South Carolina Chamber of Commerce Technical Committee

The **Warren** Group

## REGISTRATION

Professional Engineer in South Carolina #04958

Professional Engineer in North Carolina #031145

National Council of Examiners for Engineering and Surveying #20291

Certified Fire and Explosion Investigator  #7055-2637

Certified Vehicle Fire Investigator #7055-2637V

## CONTINUING EDUCATION

**March 29, 1999**

Property Loss Research Bureau, 1999 Claims Conference:  *Advanced Property Subrogation*, New Orleans, Louisiana

**March 30, 1999**

Property Loss Research Bureau, 1999 Claims Conference:  *Preparing for a Deposition*, New Orleans, Louisiana

**March 30, 1999**

Property Loss Research Bureau, 1999 Claims Conference:  *Managing Major Commercial Building Loses*, New Orleans, Louisiana

**March 31, 1999**

Property Loss Research Bureau, 1999 Claims Conference:  *Boiler versus Open Peril Coverage and Loss Adjusting*, New Orleans, Louisiana

**March 31, 1999**

Property Loss Research Bureau, 1999 Claims Conference:  *Legal Issues in Arson Defense*, New Orleans, Louisiana

**March 22, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Electrical Fire Causes*

**March 23, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Explosion Investigation*



## CONTINUING EDUCATION, (Continued)

**March 24, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Fire Scene Analysis*

**March 25, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Computer Fire Modeling*

**June 26, 2003**

The National Association of Safety Professionals, *Machine Guarding Technician Course*, On-Line Curriculum

**October 7, 2003**

*Root Cause Failure Analysis*, ASME Seminar, Columbia, South Carolina

**October 9, 2003**

*Law School for Experts*, SEAK, Inc. Seminar, Columbia, South Carolina

**June 29 – July 2, 2004**

*Crane Safety*, Georgia Institute of Technology, Distance Learning and Professional Education Center, Atlanta, Georgia

**September 16, 2004**

Report Writing, SEAK, Inc., Columbia, South Carolina

**September 27-30, 2004**

Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, Eastern Kentucky University, Richmond, Kentucky

The ***Warren*** Group

# COURSES, SEMINARS AND LECTURES PRESENTED

**March 1984**

Speech to Conference on Textile Wastewater Treatment and Air Pollution Control, Office of Professional Development of the College of Commerce and Industry, Clemson University.

**October 1 & 2, 1984**

Speech on "Environmental Management" to South Carolina Society of Professional Engineers.

**September 20, 1986**

Speech to Board, South Carolina Medical Association, Hilton Head Island, South Carolina

**March 31, 1988**

Speech on "Current Environmental Issues" presented to Environmental Law Society, University of South Carolina School of Law.

**1988**

Speech on "Treatment Methods for Waste Management" presented to the School of Public Health, University of South Carolina.

**October 4, 1989**

Speech presented to South Atlantic Section of Air and Waste Management Association, Virginia Beach, Virginia.

**October 19, 1989**

Speech on "Government Involvement in Industry" presented to the Carolinas Chapter of National Solid Waste Management Association, Charlotte, North Carolina.

**January 16, 1990**

Seminar presenter at the "Solid Waste and Sludge Workshop," Davis and Floyd Engineers, Greenwood South Carolina

**April 25, 1990**

Speech on "Regulation of Hazardous Waste Management" presented to Fiber Producer Conference, Greenville, South Carolina, through Clemson College of Engineering Continuing Education.

The **Warren** Group

## COURSES, SEMINARS AND LECTURES PRESENTED, (Cont.)

**June 6, 1990**

Technical presentation, "Secure Landfills" presented at Haz Mat International 1990 Conference, Atlantic City, New Jersey.

**April 24, 1991**

Speech on "Current Environmental Issues in the Legal/Political Arena" presented to the Paralegal Association, Columbia, South Carolina.

**September 27, 1991**

Case Study Presentation, "Environmental Risk Assessment and Risk Communication Seminar," presented to the South Carolina Chamber of Commerce Technical Committee.

**June 25, 1991**

Speech given to The Ninth Carolina Regional Conference on Issues in Environmental Law and Technology sponsored by the Greenville, South Carolina Chamber of Commerce.

**June 1994**

Speech presented to the Safety Council of Nebraska, Inc., at the Ninth Annual Environmental Management Conference.

**October 8, 2004**

Speech presented to the South Carolina Association of Legal Investigators, "Who Else Owns this Loss and other Investigative Techniques," Spartanburg, South Carolina

**September 28, 2005**

Course presented to insurance adjusters and industry, "Engineering Aspects of Residential & Commercial Losses," at the Investigate, Mitigate and Subrogate Seminar, Charlotte, North Carolina

## PUBLICATIONS

*"A Simple Property Damage Claim?"* The Analyst Newsletter, October, 1998.

*"Don't Blow Your Pipes: Failures Associated with Pressurized CPVC Water Piping,"* The Analyst Newsletter, April 2001

*"The Year of the Crane,"* The Warren Group 2003 Year in Review, March 2004.

(Updated 8/2006)



**Injury on Core Drill**
**The Warren Group File No.: 60334**
October 13, 2006

Page     VI

## APPENDIX VI

**- List of Trials and Depositions for ROGER E. DAVIS**

The **_Warren_** Group

# Trials for Roger E. Davis
## Within the Last Four Years

| TWG NO. | DEPOSITION DATE | TRIAL DATE | DOCKET NUMBER | TYPE CASE |
|---|---|---|---|---|
| **40065** | 1/31/2006 | 8/2/2006 | 03-CP-07-851 | Plaintiff |
| Bobby and Clara Holland | | *vs.* South Carolina Electric and Gas Company, Et. Al. | | |
| South Carolina | Court of Common Pleas | State of South Carolina | | Beaufort County |
| **10231** | | 8/25/2003 | 2001-CP-43-1154 | Plaintiff |
| Bobby Quick | | *vs.* Brock & Goodman Building Repairs and Lincoln Brock | | |
| South Carolina | Court of Common Pleas | State of South Carolina | | Sumter County |
| **20098** | | 12/16/2002 | 01CP46-286 | Plaintiff |
| Theodore Gordon | | *vs.* Phillips Utilities, Inc. | | |
| South Carolina | Court of Common Pleas | State of South Carolina | | York County |

Add: Fed. case = charleston, S.c.

Larry Connor vs.

Finger compation on Folding Beach chair

# Depositions for the Last Four Years for Roger E. Davis

| TWG NO. | DEPOSITION DATE | TRIAL DATE | DOCKET NUMBER | TYPE CASE |
|---|---|---|---|---|
| **40065** | 1/31/2006 | 8/2/2006 | 03-CP-07-851 | Plaintiff |
| Bobby and Clara Holland | | *vs.* South Carolina Electric and Gas Company, Et. Al. | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Beaufort County |
| **50175** | 7/12/2006 | | 2:05-01215-18 | Plaintiff |
| Larry Connor | | *vs.* Baum Brothers., et al. | | |
| South Carolina | United States District Court | | District of South Carolina | Charleston Division |
| **40179** | 10/24/2005 | | 05-CP-04-0380 | Defense |
| Allen Brothers Milling Company, Inc. | | *vs.* Penn Millers Insurance Company and Greater South Agency, Inc. | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Richland County |
| **40170** | 8/11/2005 | | 03-CP-29-521 | Plaintiff |
| Joseph C. Culp and Virginia B. Culp | | *vs.* City of Lancaster | | |
| South Carolina | Court of Common Pleas | | Sixth Judicial Circuit | Lancaster County |
| **50064** | 7/8/2005 | | 2003-CP-10-3671 | Plaintiff |
| Butler Ware Trucking, Inc. | | *vs.* Peterbilt of Savannah, Inc. | | |
| South Carolina | Court of Common Pleas | | Ninth Judicial Circuit | Charleston County |
| **11152** | 1/17/2005 | | 00CP-32-2504 | Plaintiff |
| L. Louise Pettit, by and through Charles A. Pettit, her Attorney in Fact, and Charles A. Pettit, Personal Representative of the Estate of Basil Pettit | | *vs.* Richland-Lexington Airport District, Delta Air Lines, Inc., International Total Services, Inc. G & T Conveyor Company, and Heyward Woodrum Fant & Associates, Ltd. | | |
| South Carolina | Court of Common Pleas | | Eleventh Judicial Circuit | Lexington County |
| **40024** | 11/8/2004 | | 03-CP-18-0049 | Plaintiff |
| Teresa Sekula, Individually and as Guardian a Litem of Brandon Sekula | | *vs.* South Carolina Electric and Gas, Inc., a South Carolina Corporation | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Dorchester County |
| **30196** | 8/25/2004 | | 02VS-039687E | Plaintiff |
| Teddy Greer and Della Greer | | *vs.* Dearman Grading and Hauling, Inc., Case Corporation, CHN Global, Genesis Grading Contractors, Inc., Southern Power and Equipment, LLC, Eric Gude, Jon Doe Manufacturing Co., and John Doe Maintenance Co., Jointly and Severally | | |
| Georgia | State Court | | | Fulton County |

## Depositions for the Last Four Years for Roger E. Davis

| TWG NO. | DEPOSITION DATE | TRIAL DATE | DOCKET NUMBER | TYPE CASE |
|---|---|---|---|---|
| **30150** | 11/5/2003 | | CV-01-570C | Plaintiff |
| Bennie F. Tucker | | *vs.* Harrington Hoist, Inc. | | |
| Alabama | United States District Court | | Southern District of Alabama | Southern Division |
| **20192** | 9/24/2003 | | 2:02-3320-12 | Defense |
| James F. Pedersen, Jr. | | *vs.* Cliff Giles and Carol Williams D/B/A Diversified Metal Technologies. Alaska Diesel Electric, Inc. D/B/A Lugger and D'Angelo Marine Exhaust, Inc. | | |
| South Carolina | United States District Court | | District of South Carolina | Charleston Division |
| **30065** | 8/27/2003 | | C/A: 02-CP-24-203 | Plaintiff |
| Michael Rodgers | | *vs.* Cochran Corporation and Flame Spraying, Inc. | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Greenwood County |
| **20128** | 7/8/2003 | | 2002-CP-42-1631 | Defense |
| Michael T. Mabry | | *vs.* Bohola Enterprises, Inc. d/b/a American Rental Centers | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Spartanburg County |

*Thursday, October 12, 2006*