IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** )<br>)<br>    **Plaintiff,**           )<br>                                     )    **Case No.: 1:05cv994-T**<br>**vs.**                                )<br>                                     )<br>**UNITED RENTALS (NORTH** )<br>**AMERICA), Inc. et al.,**   )<br>                                     )<br>    **Defendants.**      ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT**
**SAINT-GOBAIN ABRASIVES, INC'S, MOTION TO CONTINUE**

COMES NOW Plaintiff in the above-styled matter and submits his response to Defendant Saint-Gobain's Motion to Continue as follows:

**INTRODUCTION**

On November 15th, 2006, Defendant Saint-Gobain Abrasives, Inc.'s submitted its Motion to Continue this action to allow for additional time to address liability issues involving Diamond Products. Saint-Gobain has recently filed an indemnity action against Diamond Products based upon the same operative facts of the instant action. For the reasons set out below, Plaintiff conditionally has no objection to Saint-Gobain's Motion for Continuance.

**DISCUSSION**

Plaintiff has filed claims against Defendant Saint-Gobain (dba Norton) pursuant to the Alabama Extended Manufacturer Liability Doctrine (AEMLD), alleging that the product in issue (a Norton DM500 Core Drill) was defective and unreasonably dangerous and negligently designed. Saint-Gobain has indicated that Diamond Products is the designer and manufacturer of the product and that Saint-Gobain has little or no knowledge about the design of the product. Saint-Gobain,

therefore seeks indemnification from Diamond Products for any liability that may result to Saint-Gobain arising out of Plaintiff's claims. In a phone conversation on November 21st with Diamond Products counsel (Tony Higgins), Plaintiff's counsel was informed that Diamond Products denies that any right of indemnification exists and that Diamond did not design the product, but merely manufactured the product pursuant to Saint-Gobain's specifications.

In light of these recent (albeit off-the-record) statements, Plaintiff would like the opportunity to conduct a Rule 30(b)(5) and (6) deposition of Diamond Products for the purpose of gathering evidence to either support or refute Saint-Gobain's claims of indemnification and its denials that the design of the product was theirs. Although Plaintiff's claims under AEMLD against Saint-Gobain do not require that Saint-Gobain be the actual manufacturer or designer of the product, as a practical matter, if such evidence is presented and admitted, it could affect a jury's determination of liability, regardless of Saint-Gobain's legal status as the designer/manufacturer pursuant to AEMLD.

WHEREFORE, Plaintiff has no objection to a reasonable continuance of this matter to allow sufficient time to conduct discovery to address the indemnity issues and investigate issues of fact concerning the true designer and manufacturer of the product. Evidence from such discovery would possibly prevent jury speculation and confusion concerning the liability issues in the case.

**RESPECTFULLY SUBMITTED** this 21st day of November, 2006.

      **COCHRAN, CHERRY, GIVENS,**
      **SMITH, LANE & TAYLOR, P.C.**

      /s/ Joseph D. Lane
      **JOSEPH D. LANE**
      Alabama Bar No. 118498
      163 W. Main Street
      Post Office Box 927
      Dothan, Alabama 36302
      (334) 793-1555

(334) 793-8280 (facsimile)
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 21st day of November, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

                                            /s/ Joseph D. Lane
                                            **OF COUNSEL**