**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MATTHEW RILEY,**           ) | |
| )| |
| Plaintiff,           ) | |
| ) | Case No.:  1:05cv994-T |
| vs.           ) | |
| ) | |
| **UNITED RENTALS (NORTH**           ) | |
| **AMERICA), Inc. et al.,**           ) | |
| ) | |
| Defendants.           ) | |

**PLAINTIFF'S SECOND SUPPLEMENTAL EVIDENTIARY SUBMISSION
TO PLAINTIFF'S RESPONSE
IN OPPOSITION TO DEFENDANT UNITED RENTALS'
MOTION FOR SUMMARY JUDGMENT**

COMES NOW Plaintiff in the above-styled matter and submits his Supplemental Evidentiary Submissions in Support of Plaintiff's Opposition to Defendant United Rentals' Motion for Summary Judgment as follows:

1. On August 31, 2006, Defendant United Rentals submitted its Motion for Summary Judgment.

2. On September 25th, 2006, Plaintiff Responded to Defendant United Rentals' Motion for Summary Judgment.

3. On November 27th, 2006, Plaintiff deposed Defendant Saint-Gobain's expert witness and employee, Gabriel Anthony Uriegas, who provided testimony pertinent to the liability of United Rentals under Plaintiff's AEMLD claims and negligence claims.

4. Mr. Uriegas testified that United Rentals was responsible for final assembly of the product after component parts are shipped from Defendant Saint-Gabain to United Rentals.  Mr.

Uriegas also commented somewhat negatively on United Rentals' failure to provide the owners' manual with the product as a matter of course when the product is picked up or delivered for use.

5. Plaintiff has not received the transcript of Mr. Uriegas' deposition, but request leave to submit that deposition in further support of Plaintiff's Opposition to Defendant United Rentals' Motion for Summary Judgment, in a timely manner upon receipt of the deposition transcript.

**RESPECTFULLY SUBMITTED** this 28[st] day of November, 2006.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 28th day of November, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson

One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

/s/ Joseph D. Lane
**OF COUNSEL**