IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:05cv994-MHT |
| | ) | |
| UNITED RENTALS (NORTH | ) | |
| AMERICA), Inc., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

By agreement of the parties at the pretrial conference on November 29, 2006, it is ORDERED that plaintiff's wantonness claim and breach-of-warranty claim are dismissed to the extent they are against defendant United Rentals, Inc.

DONE, this the 30th day of November, 2006.


      /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE