IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), Inc., et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that the motion for summary judgment (doc. no. 51) is denied.

DONE, this the 30th day of November, 2006.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE