IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, )<br>  )<br>   Plaintiff, )<br>  )  CIVIL ACTION NO.<br> v. )  1:05cv994-MHT<br>  )<br>UNITED RENTALS (NORTH )<br>AMERICA), Inc., et al., )<br>  )<br>   Defendants. ) | |

### ORDER

It is ORDERED that the motion to consolidate (doc. no. 116) is denied.

DONE, this the 30th day of November, 2006.


　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE