IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED RENTALS (NORTH )<br>AMERICA), Inc., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>1:05cv994-MHT |

ORDER

It is ORDERED that the motion to continue (doc. no. 118) is denied.

DONE, this the 30th day of November, 2006.

                  /s/ Myron H. Thompson
            UNITED STATES DISTRICT JUDGE