IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERCIA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

### UNITED RENTALS RESPONSE TO PLAINTIFF'S MOTION FOR ADDITIONAL TIME

COMES NOW the attorney for United Rentals (North America), Inc., and in response to Plaintiff's Motion for Additional Time to Object to Defendant United Rentals' Witness and Exhibit Lists says as follows:

1. I sincerely apologize for the inconvenience caused by my attempt to email the trial exhibits to the plaintiff's counsel.

2. The attorney for United Rentals on November 29, 2006 emailed Defendant's Witness List and Defendant's Designation of Depositions to counsel and received no indication that these documents had not been effectively transmitted to counsel for all parties. The attorney for United Rentals also emailed its trial exhibits before leaving the office and it appeared to counsel that all of the trial exhibits were being transmitted on November 29, 2006. Attached is the Affidavit of counsel's secretary to that effect.

3. During discovery in this action there had never been a problem with documents being exchanged by email, nor to the information and belief of this attorney, an overload of any of counsel's email system.

4. The attorney for United Rentals has no objection to an extension until December 13, 2006 for the plaintiff's attorney to object to the Defendant United Rentals' Trial Exhibits.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

- **Joseph T. Brasher**
  jbrasher@hwaalaw.com

- **Steven Anthony Higgins**
  thiggins@nixholtsford.com cmalandro@nixholtsford.com

- **Joseph Davie Lane**
  jlane@cochranfirm.com jdavidlane@aol.com

- **C. Winston Sheehan, Jr**
  wsheehan@ball-ball.com rsmith@ball-ball.com

- **Kevin Tannehill Shires**
  ktshires@bellsouth.net ktshires@hotmail.com

- **Robert H. Sprain, Jr**
  rhs@sprainlaw.com

- **John Farrest Taylor**
  ftaylor@cochranfirm.com farresttaylor@cochranfirm.com

/s/ C. Winston Sheehan, Jr.
OF COUNSEL