IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No.: 1:05cv994-MHT |
| UNITED RENTALS (NORTH AMERCIA), INC., et al. | ) |
| Defendants. | ) |

### AFFIDAVIT OF RENEA SMITH

STATE OF ALABAMA
COUNTY OF MONTGOMERY

BEFORE ME, the undersigned authority, personally appeared Renea Smith, who is known to me, and who being by me first duly sworn, states under oath the following:

My name is Renea Smith. I have personal knowledge of the matters set forth herein. I am the secretary for C. Winston Sheehan, Jr.

On November 29, 2006 I sent five emails to counsel for all parties with the following attachments, respectively:

First Email sent at 8:05 p.m.:

1. Deposition Designation
2. Exhibit List
3. Exhibit 1-3

Second email sent at 8:08 p.m.:

1. Exhibit 5-parts 1-11
2. Exhibit 6

Third email sent at 8:09 p.m.:

Exhibit 7-parts 1-23

Fourth email sent at 8:10 p.m.:

Exhibits 8-15

Fifth email sent at 8:10 p.m.:

Exhibits 16-27

On November 30, 2006, upon arriving at work, I found two "Returned mail: Multiple delivery failure notice(s)" in the inbox of my email program. I opened the attachments to both "notices" and found that two emails, the Second and Fifth emails described above were not delivered on November 29, 2006. I then resent the above-described Second and Fifth emails on November 30, 2006 at 9:00 a.m. to counsel for all parties.

_____
RENEA SMITH

Before me, the undersigned Notary Public, did personally appear Renea Smith, who states to me that she is aware of the contents of the Affidavit and that she did execute same voluntarily.

Sworn to and subscribed before me on this 2nd day of December, 2006.

_____
NOTARY PUBLIC
Commission Expires: 7/12/09