IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED RENTALS (NORTH )<br>AMERICA), Inc., et al., )<br>)<br>Defendants. ) | Case No.: 1:05cv994-T |

**PLAINTIFF, MATTHEW RILEY'S**
**PRETRIAL DISCLOSURE SHEET**

Plaintiff, Matthew Riley, by and through his undersigned counsel, hereby submits this Pretrial Disclosure Sheet, and states:

1. The identity of the party submitting information:
   Matthew Riley

2. The names, addresses, and telephone numbers of all counsel for the party:

   Plaintiff:            Joseph D. Lane, Esquire
                         COCHRAN, CHERRY, GIVENS,
                         SMITH, LANE & TAYLOR, PC
                         163 West Main Street
                         Dothan, Alabama 36301
                         334-793-1555
                         334-793-8280 – Fax

   Plaintiff/Intervenor: Heather Robinson, Esq.
                         Joseph T. Brasher, Esq.
                         Hamilton, Westby, Antonowich & Anderson
                         One Georgia Center
                         17th Floor
                         600 W. Peachtree Street, N.W.
                         Atlanta, Georgia 30308

   Defendant:            C. Winston Sheehan, Jr., Esq.
   United Rentals        Ball, Ball, Matthews & Novak, P.A.
                         Post Office Box 2148
                         Montgomery, Alabama  36102-2148


EXHIBIT A

        Defendant:                    Robert H. Sprain, Jr., Esq.
Saint-Gobain Abravises, Inc.  Sprain & Shires PC
                                      1707 29th Court South
                                      Homewood, Alabama 35209

3.     A brief summary of claims and relief sought:

Matthew Riley suffered severe damage to his eye socket and nose while operating a core drill which spun out of control, hitting him in the face. As a result, Matthew Riley underwent several surgeries in an attempt to correct the damage. The face injury occurred due to a design defect in the vacuum system that rendered it unreasonably dangerous. The plaintiffs have asserted claims for strict liability and negligence and seek both compensatory.

4.     A list of pending motions:

     a.    Defendant United Rentals' and Saint-Gobain Abrasives' Motion to Leave to Amend Answer and to Assert Additional Affirmative Defenses.
     b.    Defendant Saint-Gobain Abrasives' Motion to Consolidate or Join Diamond Products.
     c.    Defendant Saint-Gobain Abrasives' Motion to Continue.
     d.    Defendant United Rentals' Motion for Summary Judgment.

5.     A list and brief description of exhibits, documents, charts, graphs, models, schematic diagrams, summaries, and similar objects which may be used in opening statement, closing argument, or any other part of the trial, whether or not they will be offered in evidence. Separately designate those documents and exhibits which the party expects to offer and those which the party may offer:

| EXH. | DESCRIPTION: |
|---|---|
| | **RILEY V. UNTIED RENTALS (NORTH AMERICA), INC., ET AL., EXHIBIT LIST** |
| 1 | Core Drill (Matthew Riley DM500 Drill) |
| 2 | Owners Manual for DM 450 and DM 500 Drill |
| 3 | Oil-Less Diaphragm Vacuum Pumps & Compressors |
| 4 | Service Parts List |
| 5 | Milwaukee Operator's Manual for DymoDrills Cat. No. (4004, 4005, 4079, 4090, 4092-20, 4094, 4096, 4097-20) |
| 6 | Alternative Feasible Design Core Drill |
| | |
| | **EXHIBITS TO DEPO OF MATTHEW RILEY** |
| 7 | 1-10 Photographs (day of accident scene photos) |
| 8 | 11 Foam Board containing Photographs (day of accident scene photos of drill, bit, floor) |

| | |
|---|---|
| 9 | 12 Photographs (day of accident scene photo of floor) |
| 10 | 13-15 Polaroid Photographs (Flavor House inspection photos of floor) |
| 11 | 16-18 Photographs (Flavor House inspection photos of floor) |
| 12 | 19 Maintenance Tag (blank form for subject DM500 and/or equipment) |
| 13 | 20 Safety Sheet from Untied Rentals form 1524-000 |
| 14 | 21 Rental Out Contract for Flavor House dated 8/28/03 |
| 15 | 22-24 Photographs (Flavor House photos) |
| 16 | 25-27 Photographs (Flavor House Inspection of concrete post in floor) |
| 17 | 28 Foam Board with Photographs (United Rentals forms: General Safety, Rental Out Contract, and Check Out. 2 warning labels) |
| 18 | 29 Photograph (base of drill and bit 5/12/06, 2nd inspection) |
| 19 | 30 Photograph (base of drill during depo) |
| 20 | 31 Photographs (drill during 2nd inspection 5/12/06) |
| 21 | 32 Operator's Manual for DM450 & DM 500 Core Drills |
| 22 | 33 Photograph (base of drill and drill bit – 2nd inspection 5/12/06) |
| 23 | 34 Photograph (motor of drill – 2nd inspection 5/12/06) |
| | |
| | **EXHIBITS TO DEPO OF DONALD SHAVER** |
| 24 | 1 Deposition Notice |
| 25 | 2 Shaver Report |
| 26 | 3 Alabama Engineering License |
| 27 | 4 Invoices |
| 28 | 5 Copies of Photographs (electrical cord damage, rigs of clutch, "slurry" in vacuum pump, vacuum gauge, mill stand showing amp meters) |
| 29 | 6 Milwaukee Operators Manual for DymoDrills Cat. No. (4004, 4005, 4079, 4090, 4092-20, 4094, 4096, 4097-20) |
| 30 | 7 Inspection Roster 5/12/05 |
| 31 | 8 Core Drill Operators Manual DM 450 & DM500 Core Drills |
| 32 | 9 Color Copies of Photographs (alternative design meeting in house) |
| 33 | 10 Wiring Diagram for alternative feasible design |
| 34 | 11Chemical Test Report of sample from vacuum pump at inspection of 5/12/05 |
| 35 | 12 Protocol for 1st inspection of drill |
| 36 | 13 Affidavit of Don Shaver |
| 37 | 15 Photos of Clutch Slip Ring |
| 38 | 16 Photos of Clutch Slip Ring |
| 39 | 17 Photos of Core Drill at (2nd inspection 5/12/06) |
| 40 | 18 Bound Documents Provided by Lane (Research for 1st Inspection, includes Don's Protocol, Operator's Manual/Maintenance Manual, and Photographs of Drill) |
| 41 | 19 Warnings on Core Drill photos showing where warning labels are posted on drill |
| 42 | 20 Affidavit of Don Shaver for his report |
| 43 | 21 Affidavit Signature Page of Don Shaver's affidavit |
| 44 | 22 Shaver's Report (same as above) |
| 45 | 23-47 Photographs (Exhibit 17) |
| 46 | 50 Photograph of drill bit |
| 47 | 51 Photograph white residue on drill bit |
| 48 | 52 Photograph white residue on drill bit |
| 49 | 53 Photograph white residue on drill bit |
| 50 | 54 Photographs of Shaver's Alternative Design (10 photographs) |

|    | EXHIBITS TO DEPO OF ROGER DAVIS |
|----|---------------------------------|
| 51 | 1 Deposition Notice |
| 52 | 2 Volume I of Davis' Binder |
| 53 | 3 Davis' Report |
| 54 | 4 Volume II of Davis' Binder |
| 55 | 5 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 56 | 6 Gast Operation & Maintenance Manual (for models DOA, MOA and DAA) |
| 57 | 7 Page 5 of Gast Operation & Maintenance Manual (DAA/DOA Series) |
| 58 | 8 Copy of Photograph DSC 0209 and DSC 0210 |
| 59 | 9 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 60 | 10 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 61 | 11 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 62 | 12 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 63 | 13 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 64 | 14 Copy of Photograph of Electrotork II Meter (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 65 | 15 Engineering Calculations handwritten notes of Davis |
| 66 | 16 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 67 | 17 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 68 | 18 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 69 | 19 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 70 | 20 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 71 | 21 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 72 | 22 Diagram (United Rentals 0035) Drill Base and Column Parts List Section for DM Core Drills |
| 73 | 23 Copy of Photograph (2 photos of drill taken at 2nd inspection 5/12/05) |
| 74 | 24 Copy of Photograph (2 photos of drill taken at 2nd inspection 5/12/05) |
| 75 | 25 Copy of Photograph (2 photos of drill bit taken at 2nd inspection 5/12/05) |
| 76 | 26 Copy of Photograph (2 photos of Ready to Rent tag provided by Heather Robinson) |
| 77 | 27 Copy of Photograph (2 photos of Ready to Rent tag provided by Heather Robinson) |
| 78 | 28 Volume III of Davis' Binder (Summaries of the following Depositions) |
| 79 | 29 Summary of Matthew Riley done by Davis |
| 80 | 30 Summary of Michael Walters done by Davis |
| 81 | 31 Summary of George Kennedy done by Davis |
| 82 | 32 Volume IV of Davis' Binder (Of the following:) |
| 83 | 33 Safety Design Analysis Page |
| 84 | 34 Safety Design Analysis Page |
| 85 | 35 Electrical Schematic for Alternative Design |
| 86 | 36 Independent Opinions |
| 87 | 37 List of Depositions Reviewed after Report |
| 88 | 38 Report of Mark Hickok |
| 89 | 39 Summary of John Frost Deposition |
| 90 | 40 Summary of Don Shaver |
| 91 | 41 Summary of Whitecotton |
| 92 | 43 Chemical Test Report |
| 93 | 44 Norton Core Drilling Equipment and Bits for Professional Contractors (price list) |
| 94 | 45 Clipper Core Drill Rig (info printed from internet) |

| | |
|---|---|
| 95 | 46 Record of Telephone Conversation with Gast |
| 96 | 47 Invoice |
| 97 | 48 Supporting Documentation for Engineering Services by Davis |
| 98 | 49 No Exhibit 49 on record |
| 99 | 51 Time Records |
| 100 | 53 Notes concerning Milwaukee Drill Manual made by Roger Davis |
| 101 | 54 List of Documents Reviewed |
| 102 | 55 Notes of Telephone Conversation |
| 103 | 56 Davis Time Report |
| 104 | 57 Unbilled Time |
| 105 | 58 Troubleshooting Chart |
| | |
| | **EXHIBITS TO DEPO OF DONALD CURLEY CODY JR.** |
| 106 | 1 (Plaintiff) Photographs (2 Photos taken at 1st inspection of drill bit) |
| | |
| | **EXHIBITS TO DEPO OF JOSEPH ADAM HALL** |
| | **EXHIBITS TO DEPO OF JAMES MASON** |
| 107 | 1 Safety Rules |
| 108 | 2 Drawing |
| | **EXHIBITS TO DEPO OF WILLIAM HARRELL MIXON** |
| 109 | 1-2 Ready to Rent Tag |
| | **EXHIBITS TO DEPO OF AARON MYERS** |
| 110 | 1 New Hire Checklist, etc. |
| 111 | 2 Safety Orientation Video Quiz |
| 112 | 3 Good Manufacturing Practices |
| 113 | 4 Safety Rules (Page 25) |
| 114 | 5 United Rentals General Safety Sheet |
| 115 | 6 Statement of James Mason 8/29/03 |
| 116 | 7 Accident Reporting and Treatment Form (ART Form) |
| 117 | 8 Accident Report (2nd page ? Medical Provider info and Return to Work form for supervisor to complete) |
| | |
| | **EXHIBITS TO DEPO OF THOMAS NANCE (RalCorp Representative)** |
| 118 | 1 Deposition Notice |
| 119 | 5 Rental Out Contract 8/28/03 |
| 120 | 6-7 Accident Reporting and Treatment Form |
| 121 | 8 Statement of James Mason |
| 122 | 9 Statement of Kenneth Tew |
| 123 | 10 Statement of Kenneth Tew |
| 124 | 11 Statement of Kenneth Tew |
| 125 | 12 Letter fro David Rawe 8/29/03 |
| 126 | 13 Statement of Donald Cody |
| 127 | 14 Letter from Clark to Beauchamp 10/18/03 |

| | |
|---|---|
| 128 | 15-16 Ready to Rent Tag |
| 129 | 19 Employee Handbook 7/1/99 |
| 130 | 20 Employee Handbook 5/05 |
| 131 | 25 CD Containing photographs of inspection |
| | |
| | **EXHIBITS TO DEPO OF MICHAEL JAMES WALTERS** |
| 132 | 1-2 Photos (2 photos of core drill day of accident) |
| 133 | 5-8 Photos (drill bit, cord, 2 photos of ready to rent tag) |
| 134 | 9 Checklist Check Out Tag (blank) |
| 135 | 10-13 Photos (day of accident of floor) |
| 136 | 14 Riley Time Sheet |
| 137 | 15-28 Photos (day of accident of floor, bit and drill) |
| | |
| | **EXHBITS TO DEPO OF DONNA SENN** |
| 138 | 26 Flavor House Purchase Order |
| 139 | 27-28 Rental Out Contract 8/28/03 |
| 140 | 29 United Rentals General Safety Sheet |
| 141 | 30 Untied Rentals Concrete Saw Mixer General Safety Sheet |
| 142 | 31 Flavor House Purchase Order 3/19/03 for Demolition Saw (to cut out wall) |
| 143 | 32-33 United Rental Out Contract to Flavor House 3/26/03 (2 page contract Saw Cut-off 14 in gas) |
| 144 | 34-35 Exhibit A to Deposition Notice |
| 145 | 36-37 Ready to Rent Tag |
| 146 | 38 Rental Return Invoice, etc. |
| 147 | 39 Ready to Rent Tag, United Rentals 0163 Core Drill signed by Donna Senn |
| 148 | 40-41 Photographs (accident scene photos) |
| | |
| | **EXHIBITS TO DEPO OF RICKY SMOTHERS** |
| 149 | 42 Time Sheets of (Donald Cody, Adam Hall, Harold Mixon, Matthew Riley, and Michael Walters) |
| 150 | 44 Drawing (Smothers hand drawing of parking lot and maintenance shop) |
| 151 | 45 Drawing (hand drawing of water cut and drill *couldn't make out signature*) |
| | |
| | **EXHIBITS TO DEPO OF KENNETH TEW** |
| 152 | 1 Handwritten Notes |
| 153 | 2-3 Accident Report |
| 154 | 4 Statement of James Mason |
| 155 | 5-7 Typewritten Notes of Ken Tew 8/29/03 |
| 156 | 8 Statement by Donald Cody |
| | |
| | **EXHIBITS TO DEPO OF TIMOTHY WHITECOTTON** |
| 157 | 1 Ready to Rent Tag 5/3/03 |
| 158 | 2 Ready to Rent Tag 5/6/03 |

6

| | |
|---|---|
| 159 | 3 Ready to Rent Tag 5/14/03 |
| 160 | 4 Ready to Rent Tag 5/15/03 |
| 161 | 5 United Rentals 0086 (502/887 Core drill signed by Doug Weed) |
| 162 | 6 Rental Out Contract, Reservation, Rental Return Invoice, Pickup Ticket (for DM500 Core Drill machine and Diamond Core Bit 6 in) |
| 163 | 7 United Rentals 0094 (502887 Core drill signed by Kevin?) |
| 164 | 8 United Rentals 0104 (502887 Core drill no signature) |
| 165 | 9 United Rentals 0099 (502887 no description signed by ??) |
| 166 | 10 Ready to Rent Tag 6/19/03 (signed by TW) (scratches) |
| 167 | 11 Ready to Rent Tag 7/1/03 (signed by TW) (overspray) |
| 168 | 12 Ready to Rent Tag 7/2/03 (signed by TW) (scratches overspray) |
| 169 | 13 Ready to Rent 7/22/03 (502881 Core drill signed by TW) (scratches) |
| 170 | 14 Ready to Rent Tag 8/15/03 (signed by TW) (scratches) |
| 171 | 15 Ready to Rent Tag 4/16/03 (502881 Core drill) |
| 172 | 16 Ready to Rent Tag 4/29/03 (signed by TW) (no damage) |
| | |
| | **EXHIBITS TO DEPO OF JOHN FROST** |
| 173 | 1 General File Folder |
| 174 | 1A CV |
| 175 | 1B Deposition Notice |
| 176 | 2B List of File Contents |
| 177 | 3 United Rentals Documents |
| 178 | 4 Manuals |
| 179 | 5 Investigation Documents |
| 180 | 6 Photographs |
| 181 | 7 Expert Reports |
| 182 | 7A Affidavit |
| 183 | 7B Report of Findings |
| 184 | 8 Design Process |
| 185 | 9 Alternative Design |
| | |
| | **EXHIBITS TO DEPO OF GABRIEL A. URIEGAS** |
| 186 | PX1 Report |
| 187 | 2 DM500 Owners Manual |
| 188 | 5 Notice of Inspection |
| 189 | 6 Protocol letter from Tessie |
| 190 | 7 Uriegas handwritten opinions |
| 191 | 9 Alternative design electrical schematic |
| 192 | 10 Uriegas Inspection Report |
| 193 | 11 Photos of DM500 (Shipping cartons, etc.) |
| 194 | 13 Purchase documents, United Rentals Bates Nos. 62-66 |
| 195 | 14 CD containing inspection photos for 5/12/05 inspection – taken by Uriegas. |

7

| | |
|---|---|
| | **EXHIBITS TO DEPO OF MICHAEL WATERS** |
| 196 | 3 United Rental docs re: core drill |
| 197 | 4United Rental Maintenance Documents re: core drill and accessories |
| 198 | 5Purchase Documents – core drill with stand |
| 199 | 6Owner's Manual – DM450 & DM500 Core Drills |
| 200 | 7United Rentals – Rental Contracts with Flavor House 4/14/00, 10/13/00, 10/8/02, 10/9/02, 6/5/03, 6/27/03, |
| 201 | 8United Rentals Rental Return Invoice – 8/28/03 Flavor House (core drill) |
| | |
| | **EXHIBIT TO DEPO OF GEORGE KENNEDY** |
| 202 | 6 Photographs (First Inspection) (drill, base and white power residue) |
| | |
| | **Exhibit List:   DAMAGES** |
| | **DESCRIPTION: Billing Records** |
| 203 | Dr. William Owen         ($10,770.00) |
| 204 | Southeast Eye Clinic    ($5,648.20) |
| 205 | Dr. Joe Frank Smith MD, Dothan ENT ($7,454.00) |
| 206 | Pilcher's Ambulance     ($ |
| 207 | Dr. Michael Passler, Ph.D. ($2,245.00) |
| 208 | Flowers Hospital         ($35,710.55) |
| 209 | Anesthesia Consultants   ($3,688.00) |
| 210 | Southeast Alabama Medical Center   ($32,706.21) |
| 211 | Dr. Robert Allen          ($635.00) |
| 212 | Dr. Don W. Barham, M.D.    ($110.00) |
| 213 | Primecare of Dothan       ($112.00) |
| 214 | Dr. Theron Wells          ($75.00) |
| 215 | Radiology Associates      ($ |
| 216 | Dothan Anesthesiology     ($ |
| | |
| | **DESCRIPTION: Medical Records** |
| 217 | Dr. William Owen |
| 218 | Southeast Eye Clinic |
| 219 | Dr. Joe Frank Smith |
| 220 | Pilcher's Ambulance |
| 221 | Dr. Michael Passler |
| 222 | Flowers Hospital |
| 223 | Southeast Alabama Medical Center |
| 224 | Dr. Robert Allen |
| 225 | Dr. Don Barham |

| | |
|---|---|
| 226 | Dr. Theron Wells |
| 227 | Primecare of Dothan |
| | |
| | |
| | **Exhibits to Deposition of Dr. William I. Owen** |
| 228 | 1 (Defendant) Letter to Marsella to Owen |
| 229 | 1 (Plaintiff) Medical Records |
| 230 | 2 Pre-Op Condition Illustration |
| 231 | 3 Surgery on 9/3/03 Illustration |
| 232 | 4 Photograph taken by Dr. Owen – Matthew Riley |
| 233 | 5 Photograph taken by Dr. Owen – Matthew Riley (profile) |
| 234 | 6 Invoice |
| 235 | Medical Billing |
| | |
| | **Exhibits to Deposition of Dr. Joe Frank Smith** |
| 236 | 1 Medical Records |
| 237 | 2 Operation Notes 6/21/04 |
| 238 | 3 Billing Records |
| 239 | 4 Matthew Riley Pre-Op Condition 6/21/04 |
| 240 | 5 Doctor Smith's CV |
| | |
| | **Exhibits to Deposition of John J. Marsella, Jr.** |
| 241 | 1 CV |
| 242 | 2 Medical Records Generated by Dr. Marsella |
| 243 | 3 Billing by Dr. Marsella |
| | |
| | **Misc. Documents** |
| | Exhibits which were used and/or referred to in depositions taken by the parties and witnesses. |
| | Blowups of pages of depositions, medical records and medical illustrations for demonstrative purposes. |
| | Blowups of the above referenced exhibits or portions thereof may be used. |
| | Exhibits may be shown to the jury by the use of video presenter with TV monitors |
| | Any exhibit listed by any other party. |
| | Any exhibit needed for rebuttal or cross-examination. |
| | |
| | |

6.  The names, addresses, and telephone numbers of witnesses for the party. Separately identify witnesses whom the party expects to present and those whom the party may call. Designate witnesses whose testimony is expected to be presented via deposition and, if not taken stenographically, a transcript of the pertinent portion of the deposition testimony:

1.  Matthew Riley
    100 Rickey Lane
    Taylor, Alabama 36301
    Plaintiff will testify live.

2.  Don Shaver
    Shaver Engineering and Designing
    2480 Panqborn Circle
    Decatur, GA 30033

3.  Mr. John C. Frost
    Safety Engineering Services
    2627 Trailway Road, SE
    Huntsville, AL 35801-1473

4.  Roger Davis
    The Warren Group
    PO Box 1608
    Irmo, SC 29063

5.  Dr. Kevin S. Merigian, M.D.
    The Stone Institute, Inc.
    The Center for Wellness Arts
    8200 Old Dexter Road, Suite 103
    Cordova, TN 38018

6.  Dr. William Owen, Jr.
    4300 W. Main Street
    Suite 43
    Dothan, AL 36305

7.  John J. Marsella, M.D.
    1118 Ross Clark Circle, Ste 700
    Dothan, AL 36301

8.  Dr. Joe Frank Smith, M.D.
    1118 Ross Clark Circle, Suite 402
    Dothan, AL 36301
    Dr. Joe Frank Smith will provide testimony via video deposition concerning medical treatment and care of Matthew Riley.

9.  Dr. David Turok
    Southeast Eye Clinic
    1806 Fairview Ave.
    Dothan, AL 36301

10. Gabriel A. Uriegas
    Product Manager for Saint-Gobain Abrasives, Inc.
    46 Cantrell Street, Suite B
    Flowery Branch, GA 30542

11. Michael Waters
    Branch Manager United Rentals
    1103 Montana Street
    Dothan, Alabama 36301
    (Plaintiff designates entire deposition testimony)

12. George Kennedy
    Service Manager United Rentals
    1103 Montana Street
    Dothan, Alabama 36301
    (Plaintiff designates entire deposition testimony)

13. Paul Guthorn
    Vollmer-Gray Engineering Laboratories, Inc.
    2421 Palm Drive
    Signal Hill, California 90755
    (Plaintiff designates entire deposition testimony)

14. Andrew Robinson, PhD
    Consultant in Toxicology
    789 Arabian Road
    Columbia, Alabama 35051
    (Plaintiff designates entire deposition testimony)

15. Charles Prewitt, P.E.
    Denson Engineers, Inc.
    2030 Dickory Avenue
    Harahan, Louisiana 70123
    (Plaintiff designates entire deposition testimony)

16. Ken Tew
    Flavor House Employee
    P.O. Box 8084
    2700 Forest Road
    Dothan, Alabama 36304
    (Plaintiff designates entire deposition testimony)

17. Michael Walters
    Employee of Flavor House
    P.O. Box 8084
    2700 Forest Road
    Dothan, Alabama 36304
    (Plaintiff designates entire deposition testimony)

18. Harold Mixon
    Employee of Flavor House
    P.O. Box 8084
    2700 Forest Road
    Dothan, Alabama 36304
    (Plaintiff designates entire deposition testimony)

19. James E. Mason II
    Employee of Flavor House
    P.O. Box 8084
    2700 Forest Road
    Dothan, Alabama 36304
    (Plaintiff designates entire deposition testimony)

20. Roy S. Donley
    Employee of Flavor House
    P.O. Box 8084
    2700 Forest Road
    Dothan, Alabama 36304
    (Plaintiff designates entire deposition testimony)

21. Aaron Myers
    Employee of Flavor House
    P.O. Box 8084
    2700 Forest Road
    Dothan, Alabama 36304
    (Plaintiff designates entire deposition testimony)

22. Donald Cody
    Employee of Flavor House
    P.O. Box 8084
    2700 Forest Road
    Dothan, Alabama 36304
    (Plaintiff designates entire deposition testimony)

23. Donna Senn
Former Employee of Flavor House
159 County Road 82
Newville, Alabama 36353
(Plaintiff designates entire deposition testimony)

24. Ricky Smothers
Employee of Flavor House
P.O. Box 8084
2700 Forest Road
Dothan, Alabama 36304
(Plaintiff designates entire deposition testimony)

7. Plaintiff's List of Witnesses Who Are Expected to Be Presented by Deposition:

1. Dr. William Owen, Jr.
4300 W. Main Street
Suite 43
Dothan, AL 36305

2. John J. Marsella, M.D.
1118 Ross Clark Circle, Ste 700
Dothan, AL 36301

3. Dr. Joe Frank Smith, M.D.
1118 Ross Clark Circle, Suite 402
Dothan, AL 36301
Dr. Joe Frank Smith will provide testimony via video deposition concerning medical treatment and care of Matthew Riley.

4. Dr. David Turok
Southeast Eye Clinic
1806 Fairview Ave.
Dothan, AL 36301
Dr. will provide testimony via video deposition concerning medical treatment and care of Matthew Riley.

5. Gabriel A. Uriegas
Product Manager for Saint-Gobain Abrasives, Inc.
46 Cantrell Street, Suite B
Flowery Branch, GA 30542

Plaintiff reserves the right to utilize demonstrative exhibits generated by expert witnesses to assist in the presentation of expert testimony. Plaintiff will make any such exhibits available for inspection prior to trial at a time convenient to all parties.

        COCHRAN, CHERRY, GIVENS,
        SMITH, LANE & TAYLOR, P.C.


        /s/ Joseph D. Lane
        **JOSEPH D. LANE (lane9991)**
        Attorney for Plaintiffs
        Alabama Bar No. 118498
        163 West Main Street
        P.O. Box 927
        Dothan, AL 36302
        (334) 793-1555
        FAX (334) 793-8280


## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the foregoing upon all counsel, by hand-delivering a copy of same this 29th day of November, 2006:

C. Winston Sheehan, Jr., Esq.

Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires PC
1707 29th Court South
Homewood, Alabama 35209

Heather Robinson, Esq.
Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308


        /s/ Joseph D. Lane
        **OF COUNSEL**