November 30, 2006

Hon. Joe Lane  
The Cochran Firm  
163 West Main Street  
Post Office Box 927  
Dothan, AL 36302

VIA E-MAIL  
jlane@cochranfirm.com

RE: *Matthew Riley v. United Rentals Inc., et al.*

Dear Joe:

I have reviewed the box containing the three volumes of documents, which are apparently the documents attached to the depositions taken in this case.

I am unable to make an informed decision as to whether to object to these voluminous documents.

Would you please identify those documents which you intend to use at trial so that I can make an informed decision whether or not to object to these exhibits?

Thank you for your assistance and cooperation in this matter.

Sincerely yours,

C. Winston Sheehan, Jr.  
CWSjr/rps

cc: Hon. Joe Brasher (via e-mail)  
    Tessie Steverson (via e-mail)  
    Hon. Heather Robinson (via e-mail)  
    Hon. Robert Sprain (via e-mail)  
    Kevin T. Shires (via e-mail)



EXHIBIT B