**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:05cv994-T** |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SERVICE

TO:   Ms. Debra P. Hackett, Court Clerk
        United States District Court, Middle District
        One Church Street
        Montogmery, AL  36104

**PLEASE TAKE NOTICE** that pursuant to the Court's Scheduling Order, on December 6, 2006, Plaintiff served the following documents on all parties to this action:

1. Plaintiff's Objections to Defendant Saint-Gobain Abrasives, Inc.'s Witness and Exhibit List.

2. Plaintiff's Objections to Defendant United Rentals' Designation of Deposition.

3. Plaintiff's Objections to Defendant United Rentals' Witness List.

4. Plaintiff's Supplemental Witness List.

Furthermore, the following parties were served by email addresses of record:

C. Winston Sheehan, Jr., Esq.
wsheehan@ball-ball.com
rsmith@ball-ball.com

Robert H. Sprain, Jr., Esq.
Kevin T. Shires, Esq.
rhs@sprainlaw.com

ktshires@bellsouth.net

Joseph T. Brasher, Esq.
jbrasher@hwaalaw.com

Respectfully submitted this 7th day of December, 2006.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama 36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorney for Plaintiff