**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW RILEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: 1:05cv994-MHT** |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERCIA), INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**UNITED RENTAL, INC.'S REBUTTAL TO**
**PLAINTIFF'S RESPONSIVE DEPOSITION DESIGNATIONS**

COMES NOW the Defendant, United Rentals (North America) Inc., and pursuant to this Court's Scheduling Order list the following pages and lines of the deposition of Matthew Riley to be presented to the jury by either deposition transcript and/or from the plaintiff's videotaped deposition.

Matthew Riley deposition transcript, p. 218, l. 5 - p. 223, l. 9.


/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.


OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:      (334) 387-3222

CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2006, I emailed, faxed, and electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

Joseph T. Brasher (jbrasher @hwaalaw.com)

Heather Robinson (hrobinson@hwaalaw.com)

Farrest Taylor (ftaylor@cochranfirm.com)

Joseph Davie Lane (jlane@cochranfirm.com jdavidlane@aol.com)

Robert H. Sprain, Jr. (rhs@sprainlaw.com)

Kevin Shires (ktshires@bellsouth.net)


/s/ C. Winston Sheehan, Jr.
OF COUNSEL