## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1:05cv994-T** |
| **vs.** | ) | |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERICA), Inc. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF SERVICE OF DISCOVERY

TO:    Ms. Debra P. Hackett, Court Clerk
         United States District Court, Middle District
         One Church Street
         Montgomery, AL  36104

**PLEASE TAKE NOTICE** that pursuant to the Court's Scheduling Order, on December 12, 2006, Plaintiff served the following documents on all parties to this action:

1.     Plaintiff's Objections to Defendant United Rentals' Exhibit List

Furthermore, the following parties were served by email addresses of record:

C. Winston Sheehan, Jr., Esq.
wsheehan@ball-ball.com
rsmith@ball-ball.com

Robert H. Sprain, Jr., Esq.
Kevin T. Shires, Esq.
rhs@sprainlaw.com
ktshires@bellsouth.net

Joseph T. Brasher, Esq.
jbrasher@hwaalaw.com

Respectfully submitted this 12th day of December, 2006.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff