IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 1:05cv994-MHT |
| | ) | |
| UNITED RENTALS (NORTH AMERCIA), INC., et al. | ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT UNITED RENTALS' SUPPLEMENT TO EXHIBIT LIST**

COMES NOW, the Defendant, United Rentals (North America), Inc's, and supplements its exhibits to add the photographs taken by Paul Guthorn on Tuesday, December 12, 2006 and produced during his deposition on Wednesday, December 13, 2006. The Defendant also identifies those photographs referred to by Paul Guthorn during his deposition testimony on December 13, 2006, copies of which were provided to counsel during Paul Guthorn's deposition.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.  (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed, emailed and faxed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons and that those persons not registered with the CM/ECF system were served by U.S. mail:

| | |
|---|---|
| Joseph T. Brasher<br>Heather Robinson<br>Hamilton Westby Antonowich<br>  & Anderson LL<br>600 W Peachtree Street, NW<br>Suite 2400<br>Atlanta, GA 30308<br>Fax #: 404-872-1822 | Farrest Taylor<br>Joseph David Lane<br>Cochran Cherry Givens & Smith, PC<br>PO Box 927<br>Dothan, AL 36302-0927<br>Fax #: 334-793-8290<br><br>Robert H. Sprain, Jr.<br>Kevin Shires<br>Sprain & Associates PC<br>1707 29th Court, South<br>Birmingham, AL 35209<br>Fax #: 205-802-7083 |

/s/ C. Winston Sheehan, Jr.
OF COUNSEL