IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No.: 1:05cv994-T** |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S SECOND SUPPLEMENTAL WITNESS LIST**

COMES NOW Plaintiff in the above-styled matter and submits his Second Supplemental Witness List as follows:

Please add Bruce Cassady and Bettye Brown, care of Flavor House, both employees of Flavor House, and Thomas Nance, care of Flavor House, a former employee of Flavor House as a may call witnesses.

**RESPECTFULLY SUBMITTED** this 21st, day of December, 2006.

                                                    **COCHRAN, CHERRY, GIVENS,**
                                                    **SMITH, LANE & TAYLOR, P.C.**

                                                      /s/ Joseph D. Lane
                                                    **JOSEPH D. LANE**
                                                    Alabama Bar No. 118498
                                                    163 W. Main Street
                                                    Post Office Box 927
                                                    Dothan, Alabama 36302
                                                    (334) 793-1555
                                                    (334) 793-8280 (facsimile)
                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 21th day of December, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

        /s/ Joseph D. Lane
        **OF COUNSEL**