Defendants' Requested Jury Charge No. 1

You will be the sole and exclusive judges of the facts. It will be your duty to attempt to reconcile the testimony of all the witnesses so as to make them all speak the truth, if this can be done reasonably. If you cannot reasonably reconcile all of the testimony it is then your duty to consider the testimony with the view of determining what the true facts are. In so doing you may accept or reject any part of the testimony of any witness, and accept only the testimony you consider worthy of belief.

**APJI 1.06**

Granted     _____

Refused     _____          _____
                                                  JUDGE

Defendants' Requested Jury Charge No. 2

In determining what the true facts are from the evidence you may take into consideration any natural interest or bias a witness may have as a result of any connection with the case. You may take into consideration the interest or bias a witness may have shown while testifying. You may take into consideration the demeanor of any witness, as to whether the witness has apparently testified frankly or evasively. You may take into consideration any matter which you would in your every day affairs, in passing upon the truthfulness and accuracy of the testimony. Weigh the testimony in the light of your common observation and experience and reach a verdict that will be based upon the truth as you determine it from all of the evidence.

**APJI 1.07**

Granted        _____

Refused        _____        _____
                                        JUDGE

Defendants' Requested Jury Charge No. 3

In arriving at a verdict in this case you must not permit sympathy, prejudice or emotion to influence you.

**APJI 1.12**

Granted     _____

Refused     _____        _____
                                    JUDGE

Defendants' Requested Jury Charge No. 4

The burden is upon the plaintiff to reasonably satisfy you by the evidence of the truthfulness of the matters and things claimed by him before the plaintiff would be entitled to recover.

**APJI 8.00 (modified)**

Granted      _____

Refused      _____      _____

                                                     JUDGE

Defendants' Requested Jury Charge No. 5

Ladies and Gentlemen of the jury, the Court will now instruct you on the law of damages. The burden is on the plaintiff to reasonably satisfy you from the evidence of the truthfulness of his claim. If after a consideration of all of the evidence in this case, you are not reasonably satisfied of the truthfulness of the plaintiff's claim, your verdict should be for the defendant(s). In this event you would go no further. This would end your deliberations. On the other hand, if after a consideration of all the evidence in the case you are reasonably satisfied of the truthfulness of the plaintiff's claim, your verdict should be for the plaintiff. In this event it will be necessary for you to arrive at an amount to be awarded in the verdict from which I will read to you and describe later in my charge. I now give you the following rules of law to assist you in your deliberations in arriving at an amount in the event you find for the plaintiff. Plaintiff makes two statements of his claim. By these statements he claims compensatory damages.

**APJI 11.00**

Granted    _____

Refused    _____                    _____
                                             JUDGE

Defendants' Requested Jury Charge No. 6

In awarding damages in any case your verdict must not be based on mere speculation or conjecture but must be based upon the evidence and the just and reasonable inferences shown thereby.

**APJI 11.22**

Granted     _____

Refused     _____          _____
                                     JUDGE

Defendants' Requested Jury Charge No. 7

Witnesses have testified in this case as experts and have been permitted to express an opinion and/or draw a conclusion. In passing upon the facts you are not required to accept the conclusions or expressed opinions of expert witnesses, but must determine for yourselves the weight to be given to such testimony and evidence when considered in connection with all the other evidence material to the issue.

**APJI 15.09**

Granted     _____

Refused     _____     _____

JUDGE

Defendants' Requested Jury Charge No. 8

In this case, the defendant claims that the plaintiff intervenor, Ralcorp Holdings, Inc., is guilty of wrongfully destroying, hiding, concealing, altering, or otherwise wrongfully tampering with material evidence. If you are reasonably satisfied from the evidence that the plaintiff intervenor, Ralcorp Holdings, Inc., did or attempted to wrongfully destroy, hide, conceal, alter, or otherwise tamper with material evidence, then that fact may be considered in your deliberations concerning the validity of the plaintiff intervenor's claims.

**APJI 15.12**

Granted _____

Refused _____        _____
                               JUDGE

Defendants' Requested Jury Charge No. 9

Negligence is the failure to discharge or perform a legal duty owed to the other party.

**APJI 28.00**

Granted     _____

Refused     _____          _____

                                    JUDGE

Defendants' Requested Jury Charge No. 10

Every person has the right to assume that other persons will obey the law; and the defendants have a right to proceed on such assumption until the contrary is clearly evident to it or by the exercise of reasonable care should have been clearly evident to it.

**APJI 28.16 (modified)**

Granted     _____

Refused     _____                    _____
                                                         JUDGE

Defendants' Requested Jury Charge No. 11

Contributory negligence is negligence on the part of the plaintiff that proximately contributed to the alleged injury.

**APJI 30.00**

Granted    _____

Refused    _____        _____
                                  JUDGE

Defendants' Requested Jury Charge No. 12

If you are reasonably satisfied from the evidence that the plaintiff was guilty of contributory negligence, the plaintiff cannot recover for any initial simple negligence of the defendant.

**APJI 30.02**

Granted     _____

Refused     _____                _____

                                          JUDGE

Defendants' Requested Jury Charge No. 13

A person who voluntarily becomes intoxicated is required to exercise the same degree of care as is required of a sober person under the same or similar circumstances. It is proper for you to consider whether or not the plaintiff was intoxicated, together with all other facts and circumstances, in determining whether or not the plaintiff was contributorily negligent at the time of the occurrence.

**APJI 30.04**

Granted     _____

Refused     _____     _____
                                                    JUDGE

Defendants' Requested Jury Charge No. 14

The three elements essential to assumption of risk (or contributory negligence) in cases of this kind are that the party charged with assumption of risk (or contributory negligence) (1) had knowledge of the existence of the dangerous condition and (2) with appreciation of such danger (3) failed to exercise care for his own safety by putting himself in the way of such known danger.

**APJI 30.05**

Granted    _____

Refused    _____            _____
                                      JUDGE

Defendants' Requested Jury Charge No. 15

A manufacturer does not guarantee that his product is incapable of doing harm. The law does not require that he produce a product which is accident-proof or that he guard against injury to others from a danger which is obvious or which is discoverable by reasonable inspection or that he supply safety devices to guard against such danger. All that the law requires is that he produce an article that will function properly for the purpose intended and that the article be free from hidden defects or concealed dangers.

**APJI 32.06**

Granted     _____

Refused     _____          _____
                                                                    JUDGE

Defendants' Requested Jury Charge No. 16

The plaintiff charges that the defendant is engaged in the business of manufacturing the core drill machine upon which he was injured and it was in substantially the same condition until used by the ultimate user is liable to one who may be reasonably expected to use such product when used for its intended use and who is injured as a proximate consequence of the unreasonably dangerous product.

The burden is upon the plaintiff to reasonably satisfy you by the evidence of the truthfulness of all the material averments of his claim before he would be entitled to recover. If the plaintiff has reasonably satisfied you by the evidence of the truthfulness of each element of his claim, he is entitled to recover, unless the defendant has proven an affirmative defense.

The affirmative defenses of the defendant which you may consider are: contributory negligence, assumption of the risk, misuse of the product, and no causal relation. If the defendant reasonably satisfies you from the evidence of any of the affirmative defenses, the Plaintiff may not recover.

If the plaintiff has not reasonably satisfied you by the evidence of the truthfulness of each element of his claim, he is not entitled to recover.

**APJI 32.08**

Granted    _____

Refused    _____        _____
                                   JUDGE

Defendants' Requested Jury Charge No. 17

The defendant denies that the product was in a defective condition when it was rented by United Rentals. Defendant charges, however, that in the event that the jury finds that the product was in a defective condition, then, in that event, the defendant charges that it is in the business of renting such finished product; that it did not contribute to this defective condition; that it had neither knowledge of the defective condition, nor an opportunity to inspect the product which was superior to the knowledge or opportunity of the consumer.

**APJI 32.16 (modified)**

Granted      _____

Refused      _____       _____
                                                     JUDGE

Defendants' Requested Jury Charge No. 18

The defendant claims that the plaintiff misused the core drill machine. "Misuse" is the use of the [product] in a manner not intended or reasonably foreseeable by the manufacturer.

**APJI 32.19.1**

Granted    _____

Refused    _____        _____

                                 JUDGE

Defendants' Requested Jury Charge No. 19

The fact that the plaintiff has filed a complaint against the defendant is not proof of anything and raises no inference that the defendant is responsible in damages to the plaintiff.

*Robinson v. Kierce*, 513 So.2d 1005 (Ala. 1987)

Granted    _____

Refused    _____          _____
                                   JUDGE

Defendants' Requested Jury Charge No. 20

"[T]he failure of a product does not presuppose the existence of a defect. The fact that someone was injured while using a product does not establish that the product was unreasonably dangerous when put to its intended use."

*Verchot v. General Motors Corp.*, 812 So.2d 296, 301 (Ala. 2001) (citing *Thompson v. Lee*, 439 So.2d 113 (Ala. 1983); *Sears, Roebuck & Co. v. Haven Hills Farm, Inc.*, 395 So.2d 991 (Ala. 1981)).

Granted     _____

Refused     _____          _____
                                      JUDGE

Defendants' Requested Jury Charge No. 21

"Proof of an accident and injury alone is insufficient to establish fault under AEMLD. Rather, because the AEMLD is a fault-based cause of action, the plaintiff must prove more than the fact that an injury occurred while the plaintiff was using the product. Under the AEMLD, the plaintiff must affirmatively show a defect in the product."

*Verchot v. General Motors Corp.*, 812 So.2d 296, 301 (Ala. 2001).

Granted        _____

Refused        _____          _____
                                        JUDGE

Defendants' Requested Jury Charge No. 22

I charge you, members of the jury, that the mere fact of an incident or injury does not mean that someone was at fault, or that a product was defective. Rather, the plaintiff bears the burden of proving that the product was defective.

*General Motors Corp. v. Edwards*, 482 So.2d 1176, 1183 (Ala. 1985); *Townsend v. General Motors Corp.*, 642 So.2d 411 (Ala. 1994).

Granted    _____

Refused    _____        _____
                                 JUDGE

Defendants' Requested Jury Charge No. 23

The plaintiff says that he was harmed by the defendant's negligent conduct. To recover damages on this claim, the plaintiff must prove to your reasonable satisfaction all of the following:

1.    That the defendant was negligent;

2.    That the plaintiff was harmed; and

3.    That the defendant's negligence was a cause of the plaintiff's harm.

**APJI 28.00**

Granted    _____

Refused    _____         _____
                                   JUDGE

Defendants' Requested Jury Charge No. 24

A manufacturer of a product which may be reasonably anticipated to be dangerous if defectively made owes a duty to exercise reasonable care in the manufacture of his product so that it will be reasonably safe for its normal uses. Reasonable care means that degree of care that a reasonably prudent manufacturer of such a product would exercise in the designing, making, inspecting, and testing of the product and the materials and parts of which it is made in order to produce a reasonably safe product.

**APJI 32.01**

Granted    _____

Refused    _____        _____
                                   JUDGE

Defendants' Requested Jury Charge No. 25

The plaintiff charges that the core drill machine was defective in design when used as it was intended or was reasonably foreseeable to be used. Defective means unreasonably dangerous.

**APJI 32.12**

Granted     _____

Refused     _____          _____
                                    JUDGE

Defendants' Requested Jury Charge No. 26

The defendant claims that the plaintiff, Matthew Riley, was contributorily negligent in the use of the core drill machine and that such negligence on the part of Matthew Riley proximately contributed to the alleged injuries. Contributory negligence means the failure of an individual to exercise reasonable care in the use of the product; that is, the failure to use such care as a prudent person would have exercised under the same or similar circumstances.

Therefore, contributory negligence is the failure on the part of the plaintiff to do what a reasonably prudent person would have done in the use of the product under same or similar circumstances, or, the doing of something which a reasonably prudent person would not have done under the same or similar circumstances. If you are reasonably satisfied, from the evidence, that the defendant has proven that the plaintiff, Matthew Riley, failed to exercise reasonable care under the circumstances, then the plaintiff would not be entitled to recover.

**APJI 32.19 (modified)**

Granted     _____

Refused     _____          _____
                                     JUDGE

Defendants' Requested Jury Charge No. 27

The defendant claims that the plaintiff misused the core drill machine. "Misuse" is the use of the core drill machine in a manner not intended or reasonably foreseeable by the manufacturer. If you are reasonably satisfied, from the evidence, that the defendant has proved that the plaintiff, Matthew Riley, misused the subject core drill machine, then the plaintiff would not be entitled to recover.

**APJI 32.19.1 (modified).**

Granted    _____

Refused    _____         _____
                                    JUDGE

Defendants' Requested Jury Charge No. 28

In explaining to you the elements which must be proved by plaintiff in order to recover from United Rentals, Inc., I stated that one of the elements plaintiff must prove is that the defect in the product proximately caused plaintiff's injuries. The proximate cause of an injury is that cause which in the natural and probable sequence of events, and without the intervention of any new or independent cause, produces the injury and without which such injury would not have occurred. An independent intervening cause would be a cause which:

      (a) Occurred after the marketing of the core drill machine in question, and;

      (b) Was unforeseeable by United Rentals, Inc.; that is to say, at the time of the marketing of the product in question, the intervening cause could not have been reasonably foreseen, and;

      (c) Such cause alone was sufficient to produce the injury to plaintiff. If such cause was not sufficient in and of itself to cause the injury of plaintiff, then such cause is not considered an intervening cause.

Plaintiff has the burden of proving the alleged injury was proximately caused by the alleged defect in the core drill machine rather than by some intervening cause, as I have explained that term.

**APJI 32.23**

Granted      _____

Refused      _____      _____

                                        JUDGE

Defendants' Requested Jury Charge No. 29

        In deciding compensatory damages, you may consider in calculating the damages whether

all or part of the plaintiff's medical bills have been paid by insurance or some other source.


Ala. Code § 12-21-45
*Marsh v. Green*, 782 So.2d 223 (Ala. 2000)


Granted     _____

Refused     _____          _____
                                    JUDGE

Defendants' Requested Jury Charge No. 30

The proximate cause of an injury is that cause which in the natural and probable sequence of events, and without the intervention of any new or independent cause, produces the injury and without which such injury would not have occurred.

**APJI 33.00**

Granted    _____

Refused    _____                    _____
                                              JUDGE

Defendants' Requested Jury Charge No. 31

I charge you that the giving of any instruction in this case concerning damages, should not be taken as an opinion on the part of this Court that the plaintiff is entitled to recover damages in this case. The Court is required to give these charges as a matter of law.

Granted     _____

Refused     _____          _____
                                     JUDGE

Defendants' Requested Jury Charge No. 32

I charge you that anyone has the right to file a lawsuit but the mere filing of a lawsuit does not give rise to any presumption that the matters charged in the Complaint are true. It is the law of Alabama that United Rentals, Inc. is considered not guilty of the matters charged in the Compliant until you are reasonably satisfied by a preponderance of the evidence to the contrary. In order to recover, the plaintiff has the burden of satisfying each of you of the truthfulness of the material allegations of the Complaint and if you are not so reasonably satisfied, you cannot return a verdict for the plaintiff.

Granted    _____

Refused    _____    _____
                             JUDGE

Defendants' Requested Jury Charge No. 33


The case has been terminated as to the defendants Gast Manufacturing, Inc. and Milwaukee Electric Tool Corporation. You should not concern yourself with the disposition as to them, but should consider the issues between the plaintiff and the remaining defendants in accordance with the court's instructions and the evidence in the case.


Devitt, Blackmar and Wolff, Federal Jury Practice and Instructions, § 71.07


Granted     _____

                                        _____

Refused     _____           JUDGE

Defendants' Requested Jury Charge No. 34

During the trial of this case, certain testimony has been presented to you by way of deposition, consisting of sworn recorded answers to questions asked of the witness in advance of the trial by one or more of the attorneys for the parties to the case. The testimony of a witness who, for some reason, cannot be present to testify from the witness stand may be presented in writing under oath (or on a video recording played on a television monitor). Such testimony is entitled to the same consideration, and is to be judged as to the credibility, and weighed, and otherwise considered by the jury, in so far as possible, in the same way as if the witness had been present, and had testified from the witness stand.

Devitt, Blackmar and Wolff, <u>Federal Jury Practice and Instructions</u>, § 73.02

Granted    _____

Refused    _____        _____
                                   JUDGE

Defendants' Requested Jury Charge No. 35

A witness may be discredited or impeached by contradictory evidence; or by evidence that at some other time the witness has said or done something, or has failed to say or do something which is inconsistent with the witness' present testimony.

If you believe any witness has been impeached and thus discredited, it is your exclusive province to give the testimony of that witnesses such credibility, if any, as you may think it deserves.

If a witness is shown knowingly to have testified falsely concerning any material matter, you have a right to distrust such witness's testimony in other particulars and you may reject all the testimony of that witness or give it such credibility as you may think it deserves.

An act or omission is "knowingly" done, if voluntarily and intentionally, and not because of mistake or accident or other innocent reason.

Devitt, Blackmar and Wolff, <u>Federal Jury Practice and Instructions,</u> §73.04

Granted     _____

Refused     _____          _____
                                     JUDGE

Defendants' Requested Jury Charge No. 36

A product is in a defective condition unreasonably dangerous to the user when it has a propensity for causing physical harm beyond that which would be contemplated by the ordinary user or consumer, with the ordinary knowledge common to the foreseeable class of users as to its characteristics. A product is not defective or unreasonably dangerous merely because it is possible to be injured while using it.

Devitt, Blackmar and Wolff, Federal Jury Practice and Instructions, § 82.03

Granted      _____

Refused      _____          _____
                                      JUDGE

Defendants' Requested Jury Charge No. 37

It is the duty of any person who has been injured to use reasonable diligence and reasonable means under the circumstances, in order to prevent the aggravation of such injuries and to effect a recovery from such injuries.

Devitt, Blackmar and Wolff, <u>Federal Jury Practice and Instructions</u>, § 85.13

Granted     _____

Refused     _____            _____

                                        JUDGE

Defendants' Requested Jury Charge No. 38

If you should find that the plaintiff is entitled to a verdict, in fixing the amount of the award you may not include in, or add to an otherwise just award, any sum for the purpose of punishing the defendant, or to serve as an example or warning for others. Nor may you include in your award any sum for court costs or attorney's fees.

Devitt, Blackmar and Wolff, <u>Federal Jury Practice and Instructions,</u> § 85.16

Granted _____

Refused _____              _____

                                           JUDGE