IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY )</br>)</br>Plaintiff, )</br>)</br>vs. )</br>)</br>UNITED RENTALS (NORTH )</br>AMERICA), INC., et al. )</br>)</br>Defendants. ) | Civil Action No.: 1:05cv994-MHT |

### DEFENDANTS' VOIR DIRE

COMES NOW the Defendant, United Rentals (North America), Inc., and submits the following voir dire questions to be asked of the prospective jury panel:

1. After listening to the questions from Mr. Riley's lawyers, has anyone formed even the slightest impression or opinion about United Rentals, Inc.?

2. Do you have any personal knowledge whatsoever of the events of Mr. Riley's accident or his injury? Have you heard anything about it before today?

3. Have you or any member of your immediate family ever been an employee of either Ralcorp Holdings or Flavor House Products?

4. Matthew Riley is represented by the law firm of Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.? Is there any member of the jury acquainted with the persons who are members of that firm:

      a.    Samuel A. Cherry, Jr.
      b.    Lawrence Fickett
      c.    J. Keith Givens
      d.    Larry Givens
      e.    Christen Lamonica Hayes
      f.    Terry G. Key
      g.    Joseph D. Lane
      h.    Angela Mason

      i.      Bartow Shannon Saunders
      j.      Brian P. Strength
      k.      Lance Swanner
      l.      Farrest J. Taylor
      m.      Carl E. Underwood, III
      n.      Jay Williams
      o.      Frank Wilson

5.      Have you or any member of your immediate family ever spoken with or retained any member of Cochran, Cherry, Givens, Smith, Lane & Taylor law firm regarding any matter?

6.      Do any of you know Matthew Riley, the plaintiff in this case, who has lived here in Dothan and also Abbeville?

7.      Some people may testify during the trial of this case, do you know even in the slightest any of the persons who I will now identify?

      a.      Aaron Myers
      b.      Dr. Andrew Robinson
      c.      Ms. Betty Brown
      d.      Bruce Cassady
      e.      Dr. Charles Hicks
      f.      Charles Prewitt
      g.      Chris Mueller
      hi.      Chris Waymire
      i.      Dr. David Turok
      j.      Deborah Kirkland
      k.      Don Shaver
      l.      Donald Cody
      m.      Don Shaver
      n.      Donna Senn
      o.      Gab Uriegas
      p.      George Kennedy
      q.      Harold Mixon
      r.      J.B. Trammell
      s.      Jim Mason
      t.      Dr. Joe Frank Smith
      u.      John Frost
      v.      Dr. John Marsella
      w.      Adam Hall
      x.      Ken Tew
      y.      Kevin Merigian
      z.      Lynn Suggs

        aa.    Margo Dean
        bb.    Marv Edwards
        cc.    Maryann Hamilton
        dd.    Matt Bowden
        ee.    Matthew Riley
        ff.    Mike Walters
        gg.    Mike Waters
        hh.    Pam Lord
        ii.    Paul Edwards
        jj.    Paul Guthorn
        kk.    Ricky Smothers
        ll.    Robert Allen
        mm.    Roger Davis
        nn.    Roy Donley
        oo.    Sarah Helms
        pp.    Thomas Nance
        qq.    Tim Whitecotton
        rr.    William Cloyd
        ss.    Dr. William Owen

8. Do you or any member of our family have any training as a lawyer?

9. Have you or any member of your family ever worked for a lawyer or a judge? If so, please state:

    (a) whether you were the person employed or whether it was a family member,

    (b) if a family member, his or her relationship to you,

    (c) the law firm, lawyer or judge that you worked for, and

    (d) the nature of the employment.

10. Do you have any relatives who are lawyers? If so, please identify the name, address and state where he or she practices law.

11. Have you or any member of your family ever consulted an attorney concerning any on-the-job injury?

12. Have you or any member of your family ever received any training/experience in plant safety? If so, please describe the nature of the training/experience.

13. Have you or any member of your family ever worked on a construction crew?

14. Have you or any member of your family ever installed pillars in concrete?

15. Have you or any member of your family ever drilled holes in concrete?

16. Have you or any member of your family ever operated a core drill machine? If so, please describe the nature of the work.

17. Does any member of the jury have any reason to believe that a core drill machine is a dangerous piece of equipment?

18. Have you or any member of your family ever had an on-the-job injury?

19. Have you or any member of your family ever attended/conducted safety tool talks? If so, please describe the nature of these talks.

20. This is a products liability case, have you or any member of the jury ever been injured by a product or equipment which you believe was defective?

21. Have you or any member of your family been injured by a piece of industrial equipment?

22. Have you or any member of your family ever had a complaint or problem with a rental company?

23. Have you or any member of your family ever made a claim of any type because of an injury? If so, what type of claim have you made?

24. Have you or any member of your family ever broken any of the bones in your face?

25. Do you or any member of your immediate family have any form of disability that limits the type of work you can do?

26. Is there any member of this jury who, knowing Mr. Riley suffered an on-the-job injury, would be reluctant to find in favor of United Rentals, Inc.?

27. Is there any member of the jury who cannot follow the instructions that the court will give you that no part of your decision may be based on sympathy or any form of prejudice? The plaintiff is an individual, and the defendant is a corporation. Can you treat a corporation the same as an individual?

28. Do any members of your family have any training, education, or experience in the area of engineering or machine design? If so, please describe that experience, education or training.

29. Do any of you or members of your immediate family have any training, education, or experience in the field of medicine? If so, please describe that training, education or experience.

30. Do any of you know anyone who may be related to or a close friend of the plaintiff, Matthew Riley? Do any of you know:

   a. Amy Collum, the plaintiff's sister, and/or

   b. his friend, Jay Nolin?

31. Do any of you know each other? If so, how long have you known each other and what is the nature of that relationship?

32. Are any of you currently suffering from any physical or medical condition, such as a bad back, that may make it uncomfortable for you to sit for a long period of time?

33. Are any of you currently experiencing any personal problems or pressing matters that may make it difficult for you to concentrate on what is going on during a trial?

34. Have any of you ever filed an employment or labor complaint or grievance? If so, what is the nature of the complaint and its result?

35. Do any of you do much of your own repair work around your house? If so, please describe the nature of that repair work.

36. Have any of you ever worked in a warehouse or a plant? If so, where was it and what was the nature of the work?

37. Have any of you ever had an experience in operating an industrial drill, such as a drill press or a similar piece of equipment? If so, please describe that experience.

38. Do you or any member of your family have any training, education, or experience in the area of engineering or chemistry? If so, please describe that education training or experience?

39. Have you or any member of your family ever operated any type of heavy equipment? If so, please describe the nature of that work and the type of equipment that you operated.

40. Do any of you believe that just because an accident happened while someone is using a piece of equipment that there is something wrong with the equipment?

41. Are any of you now or have you been within the last five (5) years primarily responsible for caring for someone else who may have been injured or was sick? If so, please describe the condition of the individual and your responsibilities.

42. Do any of you provide any type of counseling service to others? If so, plese describe the nature of that work.

43. Do any of you believe that just because United Rentals has been sued it is automatically at fault or did something wrong?

44. Have you or any member of your family ever rented a piece of industrial equipment from any company?

45. Have you or any member of your family ever had a problem with a rental company?

46. Does anyone believe that people shouldn't take responsibility for their own actions?

47. Have you ever read an Owner's Manual?

48. Have any of you ever asked for an Owner's Manual for a product if you were not given the manual when you purchased a product?

49. Have you ever seen a warning on a product, read it, and then been injured or damaged for not following or heeding the warning?

50. Does anyone believe it is unreasonable to consult an Owner's Manual for a product with which you are not familiar?

51. Have any of you ever assembled a bar-b-que grill or any home product that you purchased?

52. Just because you put the product together, do you consider yourself the manufacturer of the product?

53. Is there anyone who is reluctant to serve on this jury for any reason whatsoever?

54. Does any member of the jury believe that because a lawsuit has been filed that the person suing is entitled to an award of money damages?

55. Does any member of the jury have any opinion, feeling, sympathy or bias which you feel would make it difficult for you to render a fair and impartial verdict in this case?

56. Does any member of the jury have any preconceived feelings of any nature about an industrial core drill machine or other piece of equipment used in a warehouse setting that would interfere with your ability to fairly consider the evidence and the law in this case?

57. Can you treat an individual, and a corporation, as equals?

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

       I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209

/s/ C. Winston Sheehan, Jr.
OF COUNSEL