## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: 1:05cv994-MHT** |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERICA), INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT UNITED RENTALS' FIRST MOTION IN LIMINE

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the Plaintiff, his attorneys, or any witnesses from introducing by way of testimony, for documentary evidence, information about the following subjects:

Any evidence relating to the Plaintiff's claims that there have been other lawsuits and/or claims against United Rentals and that some of these claims may have been settled. To allow evidence of this nature would only serve to prejudice United Rentals and would also cause a mini trial on each of the claims. United Rentals would have to explain and/or justify its decisions with respect to each of those individuals.  Further, with respect to any such claims that may have been settled "[e]vidence of ... furnishing or offering or promising to furnish... a valuable consideration in compromising or attempting to compromise a claim which was disputed as to validity or amount, is not admissible to prove liability for or in validity of the claim or its amount." FED. R. EVID. 408; Reynolds v. Roberts, 202 F.3d 1303, 1317-18, (11th Cir. 2000) (Rule 408 precludes use of settlement evidence to prove liability or validity of claim).

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:
counsel of record:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308
(404) 872-1822

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927
(334) 793-8290

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209
(205) 802-7093

/s/ C. Winston Sheehan, Jr.
OF COUNSEL

2