```
                                                            1


 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                 THE MIDDLE DISTRICT OF ALABAMA

 3                        SOUTHERN DIVISION

 4

 5

 6    MATTHEW RILEY,

 7              Plaintiff,

 8    Vs.                           CIVIL ACTION NO.

 9                                  1:05 CV-994-T

10    UNITED RENTALS (NORTH AMERICA),

11    INC., et al.,

12              Defendants.

13

14

15              DEPOSITION OF DONNA SENN, taken pursuant

16    to notice and stipulation on behalf of the

17    Defendants, in the conference room of Cochran,

18    Cherry, Givens, Smith, Lane & Taylor, 163 West Main

19    Street, Dothan, Alabama, before Ricky L. Tyler,

20    Certified Court Reporter and Notary Public in and for

21    the State of Alabama at Large, on Friday, November

22    3rd, 2006, commencing at 11:15 A.M.

23
```

| | | |
|---|---|---|
| 1 | Q. | All right.  Did you stock any bits there in the |
| 2 | | shop? |
| 3 | A. | No. |
| 4 | Q. | Diamond core bits like we see in this picture? |
| 5 | A. | No. |
| 6 | Q. | Okay.  Now, you mentioned that you had seen |
| 7 | | core drills being used when you worked at |
| 8 | | Champion, that was Champion -- what's the name |
| 9 | | of the company? |
| 10 | A. | Champion International. |
| 11 | Q. | Champion International.  That was prior to the |
| 12 | | time you came to work at United Rentals, |
| 13 | | correct? |
| 14 | A. | Yes, sir -- no, prior to coming to work for |
| 15 | | Ralcorp Holding.  I didn't ever work with |
| 16 | | United Rentals. |
| 17 | Q. | I'm sorry, I said it wrong, I apologize.  Prior |
| 18 | | to going to work at Ralcorp you worked at |
| 19 | | Champion? |
| 20 | A. | Right. |
| 21 | Q. | And it was at that time that you observed on |
| 22 | | two occasions a core drill being used? |
| 23 | A. | Yes, sir. |

| | | |
|---|---|---|
| 1 | Q. | And that was to drill concrete, correct? |
| 2 | A. | Yes, sir. |
| 3 | Q. | All right. And on at least one of those |
| 4 | | occasions you witnessed a bit being chipped |
| 5 | | or -- |
| 6 | A. | I watched one being jammed. It got jammed and |
| 7 | | I don't know when the bit broke, but it |
| 8 | | actually jammed in the concrete. |
| 9 | Q. | What happened on that occasion? |
| 10 | A. | When it jammed, the operator, you know, stopped |
| 11 | | using the machine. And why it stopped, I don't |
| 12 | | know. I don't know what happened to it. |
| 13 | Q. | On that occasion did the entire drill start |
| 14 | | spinning around? |
| 15 | A. | No, sir. |
| 16 | Q. | It did not? |
| 17 | A. | No, it did not. |
| 18 | Q. | And was it your understanding that these bits |
| 19 | | were designed to drill through concrete support |
| 20 | | such as rebar and metallic support such as |
| 21 | | that? |
| 22 | A. | They're not -- they're supposed to be able to |
| 23 | | drill -- you know, they have -- I knew that |

114

|    |    |    |
|----|----|----|
| 1  |    | they were supposed to have something to do with |
| 2  |    | safety, but I didn't know exactly what it was. |
| 3  |    | I just know that they can drill through certain |
| 4  |    | things, but that they do get hung and they do |
| 5  |    | jam.  And that you're not supposed to operate |
| 6  |    | one if the bit is already in bad condition. |
| 7  | Q. | Okay.  Is it your understanding that if the |
| 8  |    | drill bit hangs up that there's supposed to be |
| 9  |    | a safety feature on the drill itself? |
| 10 | A. | Somewhere, I just didn't know what it was. |
| 11 | Q. | You didn't know what it was, but that was your |
| 12 |    | understanding, that there was a safety |
| 13 |    | feature -- |
| 14 | A. | Yes. |
| 15 | Q. | -- to account for problems with the -- |
| 16 |    | MR. SHIRES:  Object to the form. |
| 17 | A. | I saw that happen. |
| 18 | Q. | You saw it happen? |
| 19 | A. | I saw the core drill stop. |
| 20 | Q. | Is this when you were observing at Champion? |
| 21 | A. | Yes.  I don't know why it stopped.  Nobody |
| 22 |    | unplugged it, nobody turned it off, but I just |
| 23 |    | know that the core actually stopped. |

| | | |
|---|---|---|
| 1 | Q. | The bit itself stopped? |
| 2 | A. | Everything stopped on the machine. |
| 3 | Q. | Everything stopped. Okay. But the base of the |
| 4 | | machine, the entire unit did not spin on that |
| 5 | | occasion? |
| 6 | A. | No, sir. |
| 7 | Q. | Now, you also said that you had some prior |
| 8 | | experience renting from United Rentals when you |
| 9 | | had worked at Champion, correct? |
| 10 | A. | Yes, sir. |
| 11 | Q. | And those were air compressors, things of that |
| 12 | | nature? |
| 13 | A. | Yes, sir. |
| 14 | Q. | And there were occasions when the compressors |
| 15 | | that they sent out there did not work properly? |
| 16 | A. | Right. Or they had the wrong hose with them. |
| 17 | | They were supposed to have -- we can order so |
| 18 | | many foot of hose with it and if it doesn't |
| 19 | | have the right coupler for the right |
| 20 | | compressor, then, you know, you had to call and |
| 21 | | get it and pick it up. |
| 22 | Q. | And on those occasions were you doing basically |
| 23 | | the same job you do at Flavor House -- |

```
1   A.   Yes, sir.
2   Q.   -- where you would actually receive the rental
3        equipment?
4   A.   Yeah.  I would actually drive the truck and
5        pick them up.
6   Q.   I see.
7   A.   I would actually hook them up -- have them hook
8        it up to the truck and I would bring them back.
9   Q.   Okay.  So those were occasions where United
10       Rentals had indicated that the product was
11       ready to go, --
12  A.   Right.
13  Q.   -- that the order was filled correctly and the
14       machine would work, correct?
15  A.   Right.
16  Q.   And on some occasions that was not the case,
17       correct?
18            MR. SHEEHAN:  Object to the form.
19  A.   Yes, sir.
20  Q.   Okay.  The discussions at the beginning of your
21       deposition concerning Matthew Riley's
22       prescription medications, you indicated that
23       during this time, up to the last few months he
```