IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT UNITED RENTALS' THIRD MOTION IN LIMINE

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the Plaintiff, his attorneys, or any witnesses from introducing by way of testimony, for documentary evidence, information about the following subjects:

Evidence of problems with other core drilling machines rented by United Rentals. In the deposition of Donna Senn, she describes problems with other core drilling machines rented to a former employer of hers prior to the year 2000 (Senn depo. p. 41, l. 22- p. 44, l. 21 and p. 112, l. 6- p. 116, l. 19). Defendant submits that evidence of problems with other core drilling machines rented by United Rentals is not relevant nor material to any of the issues raised in the Plaintiff's Complaint. Also, other problems are not similar so they should not be used for comparison purposes. Only evidence of problems with the subject drilling machine are relevant and material to issues raised in the Plaintiff's Complaint. FED. R. EVID. 401, 402, and 403.

Defendant submits that introduction of this evidence would only serve to cause a mini trial on each instance where United Rentals rented core drilling machines that were problematic. As such, United Rentals would have to justify each rental situation and problem with respect to

1

each customer and drill. As such, any probative value of this evidence is substantially outweighed by its prejudicial effect. FED. R. EVID. 401, 402, and 403; <u>Hapring v. Continental Oil Co.</u> 28 F.2d 406, 410 (5th Cir. 1980). (Excluding evidence that unduly prolonged the trial).

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209

/s/ C. Winston Sheehan, Jr.
OF COUNSEL

2