1

```
 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                 THE MIDDLE DISTRICT OF ALABAMA

 3                        SOUTHERN DIVISION

 4

 5

 6     MATTHEW RILEY,

 7            Plaintiff,

 8     Vs.                          CIVIL ACTION NO.

 9                                  1:05 CV-994-T

10     UNITED RENTALS (NORTH AMERICA),

11     INC., et al.,

12            Defendants.

13

14

15            DEPOSITION OF DONNA SENN, taken pursuant

16     to notice and stipulation on behalf of the

17     Defendants, in the conference room of Cochran,

18     Cherry, Givens, Smith, Lane & Taylor, 163 West Main

19     Street, Dothan, Alabama, before Ricky L. Tyler,

20     Certified Court Reporter and Notary Public in and for

21     the State of Alabama at Large, on Friday, November

22     3rd, 2006, commencing at 11:15 A.M.

23
```

| | | |
|---|---|---|
| 1 | Q. | Anything else? |
| 2 | A. | No, sir.  Generally it was the saws and it was |
| 3 | | the core drill. |
| 4 | Q. | And who would you deal with there at United |
| 5 | | Rentals? |
| 6 | A. | Pam, if she was in.  If she wasn't, I would |
| 7 | | take one of the fellows who were on the |
| 8 | | counter. |
| 9 | Q. | Do you recall any of the fellows that you spoke |
| 10 | | to on the counter? |
| 11 | A. | Not -- you know, not by name.  I always asked |
| 12 | | for Pam because we've done business for so many |
| 13 | | years together, I just knew her. |
| 14 | Q. | Okay.  Had you ever had any complaints or |
| 15 | | problems with Pam? |
| 16 | A. | No, sir. |
| 17 | Q. | Had you ever had any complaints or problems |
| 18 | | with United Rentals? |
| 19 | A. | With this company, no. |
| 20 | Q. | And when you say this company, I'm sorry, what |
| 21 | | do you mean? |
| 22 | A. | I used to work with Champion International and |
| 23 | | we used to rent air compressors and different |

| | | |
|---|---|---|
| 1 | | things from United Rentals prior to my |
| 2 | | employment here. |
| 3 | Q. | Okay.  And when did you work for Champion |
| 4 | | International, please, ma'am? |
| 5 | A. | 1981 and then 14 years after that.  1995 or |
| 6 | | '96, something like that. |
| 7 | Q. | And what office of United Rentals did you have |
| 8 | | a problem with back in 1995 or '96? |
| 9 | A. | It was just -- it was the same one and we had |
| 10 | | rented some equipment. |
| 11 | Q. | And what equipment was that, please, ma'am? |
| 12 | A. | Air compressors basically. |
| 13 | Q. | Okay.  And the problems you had were -- |
| 14 | A. | Sometimes they didn't work and we would carry |
| 15 | | them -- I would have to carry them back.  I had |
| 16 | | to pick them up. |
| 17 | Q. | Any other problems that you had with United |
| 18 | | Rentals? |
| 19 | A. | No, sir. |
| 20 | Q. | Okay.  Was Pam employed at United Rentals in |
| 21 | | '95 or '96? |
| 22 | A. | Yes, sir.  We sort of grew up in the business |
| 23 | | together. |

| | | |
|---|---|---|
| 1 | Q. | Did you ever have occasion to contact anyone at |
| 2 | | United Rentals about a complaint? |
| 3 | A. | No, sir.  Pam was -- Pam took care of |
| 4 | | everything.  She was -- if we had a problem, no |
| 5 | | problem, just come and bring it back, we'll |
| 6 | | give you another one.  You know, if they forgot |
| 7 | | a hose, they would run one out to us or |
| 8 | | something, sometimes they would leave off a |
| 9 | | hose on an air compressor.  I mean, she was |
| 10 | | very accommodating, very friendly. |
| 11 | Q. | Did Pam ever say -- or did you ever have any |
| 12 | | complaints or problems with a core drill |
| 13 | | machine? |
| 14 | A. | No, sir. |
| 15 | Q. | Who would have been responsible for reporting |
| 16 | | problems with core drill machines? |
| 17 | A. | Well, when they went to use it, they would call |
| 18 | | me, and then I would try to get another one or |
| 19 | | I would be the one to try to set up another |
| 20 | | rental. |
| 21 | Q. | Okay.  Did anyone ever complain to you about a |
| 22 | | core drill machine? |
| 23 | A. | No, sir, not -- I wasn't there when they used |

| | | |
|---|---|---|
| 1 | | it.  It was delivered after I had left work |
| 2 | | that day and I never got -- until the next |
| 3 | | morning. |
| 4 | Q. | Okay.  So the only complaint or problem that |
| 5 | | you know of concerning a core drill machine was |
| 6 | | the core drill machine that injured Mr. Riley? |
| 7 | A. | Yes, sir. |
| 8 | Q. | Okay.  Prior to the accident involving |
| 9 | | Mr. Riley, you had never had any complaints |
| 10 | | from anyone at Flavor House concerning a core |
| 11 | | drill machine? |
| 12 | A. | No, sir.  The machine that we had rented this |
| 13 | | time was not the usual core drill that we |
| 14 | | rented prior to the other times.  I've seen it, |
| 15 | | because I have to help get it unloaded and |
| 16 | | leave it in the shop.  And it just so happened |
| 17 | | they delivered this machine after I had left |
| 18 | | for the day, that's why I didn't get a chance |
| 19 | | to see it.  And Matthew used the machine and it |
| 20 | | hurt him and then I was told about it the next |
| 21 | | morning when I got in. |
| 22 | Q. | Okay.  Did you see the core drill machine that |
| 23 | | injured Mr. Riley before you learned of his |

| | | |
|---|---|---|
| 1 | Q. | All right.  Did you stock any bits there in the shop? |
| 3 | A. | No. |
| 4 | Q. | Diamond core bits like we see in this picture? |
| 5 | A. | No. |
| 6 | Q. | Okay.  Now, you mentioned that you had seen core drills being used when you worked at Champion, that was Champion -- what's the name of the company? |
| 10 | A. | Champion International. |
| 11 | Q. | Champion International.  That was prior to the time you came to work at United Rentals, correct? |
| 14 | A. | Yes, sir -- no, prior to coming to work for Ralcorp Holding.  I didn't ever work with United Rentals. |
| 17 | Q. | I'm sorry, I said it wrong, I apologize.  Prior to going to work at Ralcorp you worked at Champion? |
| 20 | A. | Right. |
| 21 | Q. | And it was at that time that you observed on two occasions a core drill being used? |
| 23 | A. | Yes, sir. |

| | | |
|---|---|---|
| 1 | Q. | And that was to drill concrete, correct? |
| 2 | A. | Yes, sir. |
| 3 | Q. | All right.  And on at least one of those |
| 4 | | occasions you witnessed a bit being chipped |
| 5 | | or -- |
| 6 | A. | I watched one being jammed.  It got jammed and |
| 7 | | I don't know when the bit broke, but it |
| 8 | | actually jammed in the concrete. |
| 9 | Q. | What happened on that occasion? |
| 10 | A. | When it jammed, the operator, you know, stopped |
| 11 | | using the machine.  And why it stopped, I don't |
| 12 | | know.  I don't know what happened to it. |
| 13 | Q. | On that occasion did the entire drill start |
| 14 | | spinning around? |
| 15 | A. | No, sir. |
| 16 | Q. | It did not? |
| 17 | A. | No, it did not. |
| 18 | Q. | And was it your understanding that these bits |
| 19 | | were designed to drill through concrete support |
| 20 | | such as rebar and metallic support such as |
| 21 | | that? |
| 22 | A. | They're not -- they're supposed to be able to |
| 23 | | drill -- you know, they have -- I knew that |

114

| | | |
|---|---|---|
| 1 | | they were supposed to have something to do with |
| 2 | | safety, but I didn't know exactly what it was. |
| 3 | | I just know that they can drill through certain |
| 4 | | things, but that they do get hung and they do |
| 5 | | jam.  And that you're not supposed to operate |
| 6 | | one if the bit is already in bad condition. |
| 7 | Q. | Okay.  Is it your understanding that if the |
| 8 | | drill bit hangs up that there's supposed to be |
| 9 | | a safety feature on the drill itself? |
| 10 | A. | Somewhere, I just didn't know what it was. |
| 11 | Q. | You didn't know what it was, but that was your |
| 12 | | understanding, that there was a safety |
| 13 | | feature -- |
| 14 | A. | Yes. |
| 15 | Q. | -- to account for problems with the -- |
| 16 | | MR. SHIRES:  Object to the form. |
| 17 | A. | I saw that happen. |
| 18 | Q. | You saw it happen? |
| 19 | A. | I saw the core drill stop. |
| 20 | Q. | Is this when you were observing at Champion? |
| 21 | A. | Yes.  I don't know why it stopped.  Nobody |
| 22 | | unplugged it, nobody turned it off, but I just |
| 23 | | know that the core actually stopped. |

```
1    Q.    The bit itself stopped?
2    A.    Everything stopped on the machine.
3    Q.    Everything stopped.  Okay.  But the base of the
4          machine, the entire unit did not spin on that
5          occasion?
6    A.    No, sir.
7    Q.    Now, you also said that you had some prior
8          experience renting from United Rentals when you
9          had worked at Champion, correct?
10   A.    Yes, sir.
11   Q.    And those were air compressors, things of that
12         nature?
13   A.    Yes, sir.
14   Q.    And there were occasions when the compressors
15         that they sent out there did not work properly?
16   A.    Right.  Or they had the wrong hose with them.
17         They were supposed to have -- we can order so
18         many foot of hose with it and if it doesn't
19         have the right coupler for the right
20         compressor, then, you know, you had to call and
21         get it and pick it up.
22   Q.    And on those occasions were you doing basically
23         the same job you do at Flavor House --
```

```
1    A.    Yes, sir.
2    Q.    -- where you would actually receive the rental
3          equipment?
4    A.    Yeah.  I would actually drive the truck and
5          pick them up.
6    Q.    I see.
7    A.    I would actually hook them up -- have them hook
8          it up to the truck and I would bring them back.
9    Q.    Okay.  So those were occasions where United
10         Rentals had indicated that the product was
11         ready to go, --
12   A.    Right.
13   Q.    -- that the order was filled correctly and the
14         machine would work, correct?
15   A.    Right.
16   Q.    And on some occasions that was not the case,
17         correct?
18               MR. SHEEHAN:  Object to the form.
19   A.    Yes, sir.
20   Q.    Okay.  The discussions at the beginning of your
21         deposition concerning Matthew Riley's
22         prescription medications, you indicated that
23         during this time, up to the last few months he
```