IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT UNITED RENTALS' FIFTH MOTION IN LIMINE

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the Plaintiff, his attorneys, or any witnesses from introducing by way of testimony, for documentary evidence, information about the following subjects:

Evidence relating to the indemnity agreement between United Rentals and Flavor House. This indemnity agreement was memorialized in ¶¶ 4 and 18 on the backside of the Rental Contract as Additional Terms and Conditions. Evidence of this indemnity agreement is highly prejudicial to United Rentals. For example, should the jury learn of the indemnity agreement, they may wish to return a verdict against the United Rentals, which would have to be paid by Matthew Riley's employer, Flavor House Products. See *Roy L. Jones, Inc. v. House Transp. Co.*, 422 F.2d 179, 182 (5th Cir. 1970) (evidence of indemnity agreement held not admissible).

In addition, ¶ 18 on the backside of the contract makes specific reference to Flavor House's insurance coverage. Defendant submits that reference to insurance contained on the back of this indemnity agreement would unduly prejudice The United Rentals. Evidence that the United Rentals person was or was not insured against liability is not admissible upon the issue of

1

whether the person acted negligently or wrongfully. In addition, Defendant submits that evidence of any agreement and/or existence of insurance coverage is neither material nor relevant to the allegations to be raised at trial. FED. R. EVID. 401, 402, 403, and 411.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR. (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209

/s/ C. Winston Sheehan, Jr.
OF COUNSEL