IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT UNITED RENTALS' SIXTH MOTION IN LIMINE**

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the Plaintiff, its attorneys, and witnesses to introduce by way of testimony or documentary evidence information about the following subjects:

Evidence that Matthew Riley is currently not making the same hourly wage he was making on the date of his accident at Flavor House. Defendant United Rentals submits that any evidence of Matthew Riley's current wages are not relevant nor material to the issues raised in the Plaintiff's Complaint. The Plaintiff is not making a claim for lost wages. Only evidence of Plaintiff's employment is relevant and material to the issues raised in the Complaint. FED. R. EVID. 401, 402, and 403.

In addition, Defendant submits that introduction of this evidence would only serve to cause a mini trial, confuse the jury, prolong the trial, and potentially allow a jury to consider damages that are not claimed in the case. As such, any probative value of this evidence is substantially outweighed by its prejudicial effect. FED. R. EVID. 401, 402, and 403. *Hapring v.*

*Continental Oil Co.*, 28 F.2d 406, 410 (5th Cir. 1980) (excluding evidence that unduly prolonged the trial).

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
  & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308
(404) 872-1822

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927
(334) 793-8290

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209
(205) 802-7093

/s/ C. Winston Sheehan, Jr.
OF COUNSEL