**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MATTHEW RILEY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No.: 1:05cv994-MHT** |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERICA), INC., et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT UNITED RENTALS' SEVENTH MOTION IN LIMINE**

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the Plaintiff, his attorneys, and witnesses to introduce by way of testimony or documentary evidence information about the following subjects:

Any question to Ken Tew as to whether he worked with representatives of Sprain & Associates, P.C. and/or Ball, Ball, Matthews & Novak. Mr. Tew is currently employed as an insurance adjuster with Progressive Insurance Company. Mr. Tew testified in deposition that he had never worked with any of the defendant's attorneys. Defendant submits that such evidence is not relevant nor material to any issues raised in the Plaintiff's Complaint. FED. R. EVID. 401, 402, and 403. Futhermore, to allow evidence of this nature would only serve to prejudice United Rentals by causing a mini trial concerning the relationships between the parties. United Rentals would have to explain to the jury these relations. As such any probative value of this evidence is substantially outweighed by its prejudicial affect. FED. R. EVID. 401, 402, and 403. *Hapring v. Continental Oil Co.*, 28 F.2d 406, 410 (5ᵗʰ Cir. 1980) (excluding evidence that unduly prolonged the trial).

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308
(404) 872-1822

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927
(334) 793-8290

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209
(205) 802-7093

/s/ C. Winston Sheehan, Jr.
OF COUNSEL