IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT UNITED RENTALS' NINTH MOTION IN LIMINE

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit this Plaintiff, his attorneys, and witnesses to introduce by way of testimony or documentary evidence information about the following subjects:

Evidence relating to Gast Manufacturing, Inc. or Milwaukee Tools' Operator's Manual, Revised Manuals, and any revisions to the original manual provided to United Rentals by Norton (St. Gobain). This Motion in Limine is not meant to exclude the manual provided to United Rentals by Norton (St. Gobain) previously authenticated and identified by Bate stamped pages 20-49. This motion in limine is intended to exclude the Gast Manufacturing and Milwaukee Tools' Operator's Manuals and the revised manuals which have not been authenticated nor has the proper foundation been laid that United Rentals had these documents prior to the subject accident. FED. R. EVID. 901, 401, 402, and 403. Furthermore, any revised Manual or revisions to the Norton (St. Gobain) manual identified as United Rentals Bate stamp 20-49, occurred after the accident and is violative of the subsequent remedial measures doctrine under FED. R. EVID. 407. Under this doctrine a civil plaintiff may not offer provisions of these manuals as evidence to

prove that United Rentals was negligent.  See Bailey v. Kawasaki-Kisen, K.K., 455 F.2d 392, 395 (5th Cir. 1972)(holding that "[i]it is, of course, the general rule that evidence of subsequent corrective measures is not admissible[;] [a rule] so widely recognized that it hardly requires citation of authority").

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308
(404) 872-1822

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927
(334) 793-8290

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209
(205) 802-7093

/s/ C. Winston Sheehan, Jr.
OF COUNSEL