IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

**<u>DEFENDANT UNITED RENTALS' TENTH MOTION IN LIMINE</u>**

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the plaintiff, his attorneys, and witnesses to introduce by way of testimony or documentary evidence information about the following subjects:

Plaintiff's Exhibit number 9, as attached to the deposition of Dr. David Turok, M.D. Plaintiff's Exhibit number 9 is a letter from Don W. Barham, M.D. This letter was reviewed by Dr. Turok approximately one hour his deposition when the doctor began glancing through the chart. (Turok, p. 66, ll. 6-14). This letter was then read into the record at Dr. Turok's deposition. As such, this letter is inadmissible hearsay because Dr. Turok did not rely on this letter in forming his expert opinion.

The facts or data in the particular case upon which an expert bases an opinion or inference may be based are those perceived by or made known to the expert at or before the hearing. FED. R. EVID. 703. Facts or data that are otherwise inadmissible shall not be disclosed to the jury by the proponent of the opinion or inference unless the court determines that their probative value in assisting the jury to evaluate expert's opinion substantially outweighs the

prejudicial effect. Id. Admittedly, a physician in his own practice bases his diagnoses on information from numerous sources and of considerable variety, including statements by patients, relatives, reports and opinions from nurses, technicians and other doctors, hospital records and x-rays. FED. R. EVID. 703. (Advisory committee notes). While this letter may fit the description of a source upon which normally experts may base their opinion, it is clear from Dr. Turok's testimony that he did not use this letter in forming his opinion. In fact, by his own testimony, Dr. Turok only saw this evidence one hour prior to glancing through the chart. (Turok, p. 66, ll. 6-14). This was after he had formed the opinions to which he testified.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308
(404) 872-1822

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927
(334) 793-8290

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209
(205) 802-7093

/s/ C. Winston Sheehan, Jr.
OF COUNSEL