IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 1:05cv994-MHT |
| | ) |
| UNITED RENTALS (NORTH | ) |
| AMERICA), INC., et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT UNITED RENTALS' ELEVENTH MOTION IN LIMINE**

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the Plaintiff, Plaintiff-Intervenor, their attorneys, or any witnesses, from introducing by way of testimony, for documentary evidence, information about the following subjects:

Medical treatment of Plaintiff Matthew Riley and/or expenses for medical treatment of Plaintiff Matthew Riley, alleged to have been incurred as a result of the accident made the basis of this action, which treatment and which expenses have not been shown by expert testimony to have been both reasonable and necessary.

Under Alabama law, for medical records and expenses to be admissible, four prerequisites must be established: (1) authentication; (2) foundation; (3) causation; and (4) reasonableness and necessity of the same. Western Railway of Alabama v. Brown, 196 So.2d 392 (Ala. 1967); J.T.H. v. W.R.H., 628 So.2d 894, 897 (Ala.Civ.App. 1993).

To date, no foundation has been laid to establish the admissibility of evidence of some of the medical care provided to Plaintiff Riley, or of the expenses related thereto.

"The law in Alabama is clear that there must be proof of the reasonableness of expenses which are not of common knowledge." Foodtown Stores, Inc. v. Patterson, 282 Ala. 477, 483, 213 So.2d 211, 216 (Ala. 1968). Reasonableness of costs or expenses incurred as a result of medical treatment has been held to fall outside the realm of "common knowledge." Id. 213 So.2d at 217. See also, Aetna Life Ins. Co. v. Hare, 47 Ala. App. 478, 484, 256 So.2d 904, 908 (Ala. Civ. App. 1972), and Ross v. United States, 640 F.2d 511, 521 (5th Cir. 1981)(citing Foodtown Stores).

Without any testimony or competent evidence on which to base a determination of causation, reasonableness of cost and medical necessity, the jury would be inclined to award damages for this treatment based upon insufficient and thus inadmissible evidence, speculation, conjecture or guesswork. It is well settled in Alabama that an award of damages may not be based upon speculation or conjecture. Bergob v. Scrushy, 855 So.2d 523, 529 (Ala. Civ. App. 2002).

While there is necessarily a progression of testimony and evidence to establish the foundation for admissibility of medical treatment and expenses (see Foodtown Stores, 213 So.2d at 217), if the Plaintiff cannot demonstrate assurance that all necessary proof is forthcoming, as is the case here, the admission of evidence establishing a portion of the necessary foundation, such as the fact of medical treatment or the amount of medical expenses, without subsequent proof of the remaining necessary proof, would be prejudicial to the Defendant. Hence, relief by way of this Motion in Limine is appropriate.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

<u>OF COUNSEL:</u>
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
 & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308
(404) 872-1822

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927
(334) 793-8290

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209
(205) 802-7093

/s/ C. Winston Sheehan, Jr.
OF COUNSEL