IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT UNITED RENTALS' TWELFTH MOTION IN LIMINE**

COMES NOW the Defendant, United Rentals (North America), Inc., in the above-styled cause, and hereby moves this Court to prohibit the Plaintiff, his attorneys, and witnesses to introduce by way of testimony or documentary evidence information about the following subjects:

Any of the plaintiff's exhibits objected to pursuant to the Court's Scheduling Order in Defendant United Rentals' document numbered 134. Pursuant to the Court's Scheduling Order Defendant United Rentals filed objections to the Plaintiff's Exhibits. Copies of said objections are attached hereto. Defendant United Rentals submits all plaintiff's exhibits objected to in this document are non-admissible for reasons set forth in the objections to plaintiff's exhibits. Said objections are hereby incorporated as if fully set forth herein.

/s/ C. Winston Sheehan, Jr.
C. WINSTON SHEEHAN, JR.   (SHE013)
Attorney for United Rentals (North America), Inc.

<u>OF COUNSEL:</u>
BALL, BALL, MATTHEWS & NOVAK, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Phone:  (334) 387-7680
Fax:     (334) 387-3222

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system which will send notification of such filing to the following registered persons who were also served by U.S. mail and telefax:

Joseph T. Brasher
Heather Robinson
Hamilton Westby Antonowich
  & Anderson LL
600 W Peachtree Street, NW
Suite 2400
Atlanta, GA 30308
(404) 872-1822

Farrest Taylor
Joseph David Lane
Cochran Cherry Givens & Smith, PC
PO Box 927
Dothan, AL 36302-0927
(334) 793-8290

Robert H. Sprain, Jr.
Kevin Shires
Sprain & Associates PC
1707 29th Court, South
Birmingham, AL 35209
(205) 802-7093


          /s/ C. Winston Sheehan, Jr.
          OF COUNSEL

2