1                IN THE UNITED STATES DISTRICT COURT FOR

2                    THE MIDDLE DISTRICT OF ALABAMA

3                        SOUTHERN DIVISION

4

5

6       MATTHEW RILEY,

7                    Plaintiff,

8       Vs.                         CIVIL ACTION NO.

9                                   1:05 CV-994-W

10      MILWAUKEE ELECTRIC TOOL

11      CORPORATION, et al.,

12                   Defendants.

13

14

15                   DEPOSITION OF MICHAEL JAMES WALTERS, taken

16      pursuant to notice and stipulation on behalf of the

17      Defendants, in the conference room of Cochran,

18      Cherry, Givens, Smith, Lane & Taylor, 163 West Main

19      Street, Dothan, Alabama, before Ricky L. Tyler,

20      Certified Court Reporter and Notary Public in and for

21      the State of Alabama at Large, on Monday, July 17th,

22      2006, commencing at 9:05 A.M.

23

```
 1                    MR. SHEEHAN:  Okay.  I think that's
 2                    well put.  Could I see those?
 3                    MR. SHIRES:  Sure.
 4      Q.   Let me show you Exhibit Number 19 to your
 5           deposition.  That appears to be a drill bit
 6           with all of the teeth present?
 7      A.   Yes, sir.
 8      Q.   And was that the drill bit that Mr. Riley was
 9           using at the time of his accident?
10                    MR. BRASHER:  If you know.
11      A.   I don't know.
12      Q.   Does that appear to be the bit that you were
13           using when you drilled the first hole?
14                    MR. LANE:  Again, object to the form.
15      A.   Again, I don't know.  I don't know if they've
16           changed the bit after the accident or what.
17                    MR. BRASHER:  You didn't take these
18                    photographs, did you?
19      A.   No, sir.
20      Q.   Did you --
21      A.   I wasn't present at the time these were taken.
22      Q.   Okay.  Well, would you have used a drill bit
23           without all of the teeth present?
```

```
 1    A.    No, sir.

 2    Q.    And why not?

 3    A.    Because it could have hung up and it wouldn't

 4          have drilled right.

 5    Q.    Okay.  When you went to the accident -- or

 6          excuse me.  When you left the maintenance shop

 7          after inspecting the drill, did you make sure

 8          the drill bit had all of its teeth present

 9          before you went to the site?

10    A.    Yes, sir.

11    Q.    Did you use or instruct Mr. Riley to use a

12          drill bit with any of the teeth missing?

13    A.    No, sir.

14    Q.    Would you have instructed Mr. Riley to use a

15          drill bit that had missing teeth?

16    A.    No, sir.

17    Q.    And why not?

18              MR. LANE:  Asked and answered.  Object

19                    to the form.

20    A.    Because it just wouldn't work.

21    Q.    Okay.  Now, I notice Exhibit Number 20 does

22          have a drill bit with teeth missing, as well

23          as, on the bottom of that photograph, what
```