1

```
 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                 THE MIDDLE DISTRICT OF ALABAMA

 3                       SOUTHERN DIVISION

 4

 5

 6    MATTHEW RILEY,

 7              Plaintiff,

 8    Vs.                            CIVIL ACTION NO.

 9                                   1:05 CV-994-T

10    UNITED RENTALS (NORTH AMERICA),

11    INC., et al.,

12              Defendants.

13

14

15              DEPOSITION OF DONALD R. SHAVER, taken

16    pursuant to notice and stipulation on behalf of the

17    Defendants, in the conference room of Cochran,

18    Cherry, Givens, Smith, Lane & Taylor, 163 West Main

19    Street, Dothan, Alabama, before Ricky L. Tyler,

20    Certified Court Reporter and Notary Public in and for

21    the State of Alabama at Large, on Friday, October

22    27th, 2006, commencing at 8:50 A.M.

23
```

```
1    A.    I'm going to go back and mark this one between

2          the wheels, Number 38, again with this one.

3          That black shows up better.  I've got three

4          potential places marked that could be.  I mean,

5          that's not exclusive.

6    Q.    All right.  And those are contained on what

7          exhibits?

8    A.    32 and 38.

9    Q.    All right, sir.  So now, if we could, sir,

10         let's discuss this 13th bullet point in your

11         report?

12   A.    Okay.

13   Q.    What facts do you have that United Rentals

14         failed to reasonably maintain the core drill?

15   A.    Two mainly.  The condition of the one bit,

16         that's an indication.  Certainly if testimony

17         and other evidence shows that that drill bit

18         was put into that shape by use at Flavor House,

19         and that can be established, then, you know, I

20         think that would tend to remove that one from

21         United Rentals' responsibility as long as that

22         bit was received.  I saw some deposition

23         testimony that the bit was in poor shape when
```

```
 1            they received it at Flavor House in one of the
 2            depositions.
 3                  I will tell you what may be fair to
 4            expedite this, since I'm going to read and sign
 5            this deposition, when I read and sign it, when
 6            I've done that, I will try to insert the place
 7            in the deposition when I refer to statements
 8            like that.  Is that fair enough?
 9     Q.     No, sir.  You're under oath now and it's
10            instantaneous.
11     A.     Okay.
12                  MR. GIVENS:  The only thing you can do
13                        when you read and sign is if you
14                        see a word you've actually said
15                        today and you don't agree that you
16                        said that word, you can make a
17                        change, but you can't add things
18                        to the deposition.
19     A.     I have had them have me do it before, but
20            that's fine.
21                  MR. SPRAIN:  Yeah, but that's not
22                        correct though.
23     A.     Okay.  Then I won't do it.  No, again, with
```

|    |    |    |
|----|----|----|
| 1  |    | is established that United Rentals delivered |
| 2  |    | that bit to Flavor House in that condition, |
| 3  |    | then that -- you know, that would be |
| 4  |    | applicable.  And, you know, I think I say that. |
| 5  |    | You know, I say that "based upon the condition |
| 6  |    | of the core drill on inspection, the product |
| 7  |    | was poorly maintained.  The drill bit in use at |
| 8  |    | the time of the accident shows some signs of |
| 9  |    | damage." |
| 10 | Q. | Right.  But as far as -- in all fairness, do |
| 11 |    | you know what drill bit was being used at the |
| 12 |    | time of the accident? |
| 13 | A. | No. |
| 14 | Q. | Okay.  Let's move on then. |
| 15 | A. | Okay.  Fine.  All right.  The vacuum pump, when |
| 16 |    | we examined it, was non-functioning and found |
| 17 |    | to have foreign material internally. |
| 18 | Q. | Okay.  Why was it not working when you examined |
| 19 |    | it?  And I assume that's May of 2005? |
| 20 | A. | Yes. |
| 21 | Q. | Okay.  Why was it not working in May of 2005? |
| 22 | A. | Because the powder, the aluminum oxide powder, |
| 23 |    | was inside the diaphram of the vacuum pump. |

| | | |
|---|---|---|
| 1 | A. | Okay. |
| 2 | Q. | Have you performed any analysis to determine |
| 3 | | when the slurry went into that machine? |
| 4 | A. | All right.  We may have a difference of |
| 5 | | definition of analysis here.  But an analysis |
| 6 | | is an analysis analyzing what -- you know, what |
| 7 | | situation you have.  Are we on the same |
| 8 | | wavelength with analysis? |
| 9 | Q. | No, sir.  Maybe I don't understand what you are |
| 10 | | interpreting to be analysis. |
| 11 | A. | Okay.  I can say with a reasonable degree of |
| 12 | | certainty that that water, slurry, whatever, |
| 13 | | was into that pump prior to the time that |
| 14 | | Flavor House received it. |
| 15 | Q. | And what facts do you have to support that? |
| 16 | A. | Okay.  They drilled one hole prior to that -- |
| 17 | | to the time of the accident, okay.  With the |
| 18 | | cup having -- if it had been emptied properly |
| 19 | | and drained, you know, when they received it, |
| 20 | | it should have been empty, okay?  Agreed? |
| 21 | | Unless United Rentals sent it out half full or |
| 22 | | full, whatever, the cup should have been empty. |
| 23 | | In one application of a vacuum pump, you know, |

|   |    |                                                              |
|---|----|--------------------------------------------------------------|
| 1 |    | sucking down, one application of a vacuum is                 |
| 2 |    | not going to suck enough water into that cup to              |
| 3 |    | fill that cup up.                                            |
| 4 |    | It's just not going to do it for two                         |
| 5 |    | reasons.  You're not going to pull in enough                 |
| 6 |    | water around that seal once that vacuum is                   |
| 7 |    | suctioned down.  And there is not a label or                 |
| 8 |    | anything written on the cup or on the machine                |
| 9 |    | that says "empty this cup after every use."                  |
| 10|    | Because for it to fill up after one use that                 |
| 11|    | way, there would be water basically pouring                  |
| 12|    | into that cup.  And it would be unreasonable to              |
| 13|    | expect someone to have to empty that cup after               |
| 14|    | every use, that would just be -- it's just not               |
| 15|    | going to happen.                                             |
| 16| Q. | Well, did anyone empty the cup after the first               |
| 17|    | hole was drilled?                                            |
| 18| A. | I don't know.  I'm just saying one hole is not               |
| 19|    | going to -- drilling one hole and applying the               |
| 20|    | vacuum is not going to suck enough water in                  |
| 21|    | that for it to go from empty to all the way                  |
| 22|    | full and suck water into the pump in the volume              |
| 23|    | that I would have expected would have gone in                |

| | | |
|---|---|---|
| 1 | | there from the material that we saw. |
| 2 | Q. | How much water went into that machine based on |
| 3 | | the material you saw on the diaphram of that |
| 4 | | pump? |
| 5 | A. | I don't have a measured quantity of that, but |
| 6 | | based on the -- based on the amount of material |
| 7 | | and the corrosion that I saw inside the pump, I |
| 8 | | would say several ounces, several fluid ounces |
| 9 | | of water. |
| 10 | Q. | I'm sorry, can you tell me -- I've gone to the |
| 11 | | Supreme Court on what several means.  What does |
| 12 | | several mean to you? |
| 13 | A. | I would say more than three.  More than three |
| 14 | | ounces. |
| 15 | Q. | And what do you base that on? |
| 16 | A. | Just the volume of the white corrosion. |
| 17 | Q. | How much corrosion was there on it?  Did you |
| 18 | | measure it? |
| 19 | A. | The photographs show the entire -- the |
| 20 | | diaphram, the entire cover of it was covered. |
| 21 | Q. | All right, sir.  But what I'm asking you is how |
| 22 | | much -- give me a measurement or some unit so |
| 23 | | we can compare? |

1   A.   I did not measure the volume or weight of the
2        amount that was in there.
3   Q.   Okay.  And why not?
4   A.   Well, we had the number of people that were
5        there.  We removed enough of a sample at that
6        time to analyze what it was.
7   Q.   How much did you remove, sir?
8   A.   It was two petri dishes that Applied Technical
9        Services used and, to my knowledge, would have
10       retained those samples, as it would have only
11       required a minimal amount to have analyzed the
12       content.
13  Q.   So how much did y'all remove, sir?
14  A.   I don't know.  The volume was two petri dishes.
15  Q.   Were they full?
16  A.   I don't recall how full they were, but they
17       were -- you know, enough to have two samples to
18       do a chemical analysis of what we thought was
19       enough.
20  Q.   Do your photographs depict the condition of the
21       diaphragm as you saw it there that day?
22  A.   I think we can probably find some in here that
23       do.

| | | |
|---|---|---|
| 1 | | the previous thing about the -- by Mr. Sprain. |
| 2 | | And this is one of the ones that had been |
| 3 | | marked to be copied. |
| 4 | | That is the white powder material inside |
| 5 | | the vacuum pump. And as you can see, the |
| 6 | | diameter of that vacuum pump is about five to |
| 7 | | six inches. It is completely -- this is the |
| 8 | | top half of the Gast vacuum pump that was |
| 9 | | removed from the bottom half. You know, this |
| 10 | | is the main body, this is the top half. And as |
| 11 | | you can see, there is this white powder |
| 12 | | material all in here that's almost like a |
| 13 | | crystal -- well, it is, it's like a crystalline |
| 14 | | material and it's just completely filled in. |
| 15 | Q. | How long did it take that crystalline material |
| 16 | | to set up, sir? |
| 17 | A. | I'm not sure. |
| 18 | Q. | Just your judgment as an engineer? |
| 19 | A. | You know, several -- several weeks would be |
| 20 | | what I would say. |
| 21 | Q. | And you're talking about several, what do you |
| 22 | | mean several? |
| 23 | A. | We got back to that. |

```
 1    Q.    Please, sir.
 2    A.    You know, two to three months of moisture
 3          exposure.
 4    Q.    Let's go on and mark those, so we'll know what
 5          you're talking about, as Exhibit Number 51 to
 6          your deposition.
 7    A.    Okay.
 8                (Exhibit 51 marked for identification.)
 9    Q.    Are there any other photographs?
10    A.    52, and we'll include that one, too, 53.
11                (Exhibits 52 and 53 marked for
12                 Identification.)
13    A.    All right.  Anyway, that shows that.
14    Q.    All right.  Let's take those so we will know
15          that these have been separated.  And they were
16          taken out of what composite exhibit, sir?
17    A.    The folder over here that I guess had been put
18          together.  Mr. Sprain, you were going to make
19          copies of these for exhibits?
20                MR. GIVENS:  Actually, I don't know if
21                   those were necessarily going to be
22                   used if they got over there.  I
23                   think what was going to be used
```