```
 1              IN THE UNITED STATES DISTRICT COURT FOR

 2                 THE MIDDLE DISTRICT OF ALABAMA

 3                         SOUTHERN DIVISION

 4

 5

 6    MATTHEW RILEY,

 7             Plaintiff,

 8    Vs.                         CIVIL ACTION NO.

 9                                1:05 CV-994-T

10    UNITED RENTALS (NORTH AMERICA),

11    INC., et al.,

12             Defendants.

13

14                          VOLUME II

15

16          DEPOSITION OF JOHN C. FROST, taken

17    pursuant to notice and stipulation on behalf of the

18    Defendants, in the conference room of Cochran,

19    Cherry, Givens, Smith, Lane & Taylor, 163 West Main

20    Street, Dothan, Alabama, before Ricky L. Tyler,

21    Certified Court Reporter and Notary Public in and for

22    the State of Alabama at Large, on Monday, December

23    4th, 2006, commencing at 9:15 A.M.
```

```
1                    case so we can mark the case?

2              MR. LANE:  Okay.

3              MR. SHEEHAN:  What I'm going to do is

4                    mark everything.

5              MR. LANE:  Okay.

6          (Off-the-record discussion.)

7

8                    CROSS-EXAMINATION

9    BY MR. SHEEHAN:

10   Q.    Just so we can try to identify everything, we

11         will begin, if that's agreeable with you, Mr.

12         Frost, with Frost Exhibit Number 20?

13   A.    Yes.

14   Q.    As I understand, you brought with you four CDs

15         that you had reviewed?

16   A.    Yes.

17              (Defendant's Exhibits 20, 21, 22, 23

18                 marked for identification.)

19   Q.    One was the Riley video of the first

20         inspection?

21   A.    Yes.

22   Q.    That's Exhibit Number 20.  Exhibit Number 21,

23         what was that CD of, sir?
```

|   |   |   |
|---|---|---|
| 1 |  | fashion either during normal operation or when |
| 2 |  | the unit was laid on its side or in some other |
| 3 |  | way. |
| 4 | Q. | And when did the water get on the top of that |
| 5 |  | -- can we describe that as a diaphragm? |
| 6 | A. | I expect there is a diaphragm in the area.  I |
| 7 |  | don't know when it got there. |
| 8 | Q. | Any way to tell? |
| 9 | A. | From the water, I think not.  You could |
| 10 |  | possibly do some sort of carbon dating on the |
| 11 |  | water, but I don't know the method. |
| 12 | Q. | What about the white powdery substance, when |
| 13 |  | did that occur? |
| 14 | A. | I believe you would have had to have had some |
| 15 |  | operation of the pump to draw that material |
| 16 |  | around like I saw in the top of the pump. |
| 17 | Q. | And what do you base that on, sir? |
| 18 | A. | The fact it appears to me to have been spread |
| 19 |  | around, it's not all in just one location such |
| 20 |  | as a droplet of water would cause. |
| 21 | Q. | Do you have any basis for that or scientific |
| 22 |  | basis for that opinion? |
| 23 | A. | No, I can't be sure of when the corrosion |