1               IN THE UNITED STATES DISTRICT COURT FOR

2                  THE MIDDLE DISTRICT OF ALABAMA

3                        SOUTHERN DIVISION

4

5

6    MATTHEW RILEY,

7              Plaintiff,

8    Vs.                         CIVIL ACTION NO.

9                                1:05 CV-994-T

10   UNITED RENTALS (NORTH AMERICA),

11   INC., et al.,

12             Defendants.

13

14

15             DEPOSITION OF ROGER E. DAVIS, taken

16   pursuant to notice and stipulation on behalf of the

17   Defendants, in the conference room of Cochran,

18   Cherry, Givens, Smith, Lane & Taylor, 163 West Main

19   Street, Dothan, Alabama, before Ricky L. Tyler,

20   Certified Court Reporter and Notary Public in and for

21   the State of Alabama at Large, on Friday, November

22   10th, 2006, commencing at 10:00 A.M.

23

```
 1    Q.    Okay.  Can you do that for us, sir?

 2    A.    Well, I've already tried that.  We don't have

 3          the right size Allen screw -- Allen wrench for

 4          those particular screws.

 5    Q.    When did you try this, sir?

 6    A.    This morning.

 7    Q.    And for what purpose?

 8    A.    I was going to look at the filter.

 9    Q.    And you say you couldn't get to the filter?

10          MR. LANE:  He said he didn't have an

11                      Allen wrench that fit the bolts.

12    A.    I didn't have the tools, yes, sir.  Correct.

13    Q.    So you've never actually even seen the inside

14          of a Gast pump?

15    A.    I have not.

16    Q.    And you say that you are not able to remove the

17          filter to check the Gast pump?

18    A.    I was not able to remove the cover off of the

19          Gast pump to access the filter on that exemplar

20          core drill.

21    Q.    All right.  And I notice that you've made some

22          highlights on the Gast -- what do you call that

23          Gast --
```

```
 1   Q.   Other than the aluminum oxide, was there

 2        anything else wrong with the Gast pump on the

 3        subject core drill machine?

 4   A.   I don't know, because I didn't inspect it.

 5   Q.   And when did this aluminum oxide start to form

 6        on the Gast motor that injured Mr. Riley?

 7   A.   I have no way of knowing that.

 8   Q.   What caused this aluminum oxide on the Gast

 9        motor that injured Mr. Riley?

10   A.   Well, initially I thought that it might have

11        been a product of the wear in the pump, but

12        after further study of the photos and seeing

13        how much of it there was, I believe that it

14        most likely came from ingesting that material

15        through the -- through the vacuum tubing.  I

16        believe that had it been because of wear in the

17        pump that that -- there is so much of it that

18        it would have been noticed.  I believe the wear

19        surfaces would have been noticed during the

20        inspection and there was no mention of that in

21        the documents that I had.

22   Q.   Okay.  Where was this wear?

23             MR. LANE:  Object to the form.
```

| 1 | | photograph Number 5? |
|---|---|---|
| 2 | A. | Yes, sir. |
| 3 | Q. | Other than photograph 5, do you have any |
| 4 | | evidence to support your opinion? |
| 5 | A. | There are some other photographs in there that |
| 6 | | show similar views of that. |
| 7 | Q. | Okay.  Are you relying on any other photograph |
| 8 | | other than Exhibit Number 5 to support your |
| 9 | | opinion? |
| 10 | A. | I picked Number 5 because it seemed to be the |
| 11 | | clearest, show it the clearest. |
| 12 | Q. | Okay.  And how much aluminum oxide is on that |
| 13 | | head or in that Gast pump motor? |
| 14 | A. | I have no way of knowing, but, you know, it |
| 15 | | appears to be perhaps a half ounce.  I didn't |
| 16 | | really say. |
| 17 | Q. | And what do you base your opinion that there's |
| 18 | | a half an ounce of aluminum oxide on the head |
| 19 | | of that Gast motor? |
| 20 | A. | Based on looking at the photograph. |
| 21 | Q. | Other than just looking at that photograph, do |
| 22 | | you have any evidence to support your opinion? |
| 23 | A. | No, I did not -- I'm sorry, I didn't mean to |

```
 1              interrupt.  I did not attend the inspection, so
 2              I have not seen the aluminum oxide.  There
 3              apparently was no measurement of the quantity,
 4              so all I have is the photographic evidence.
 5     Q.       Okay.  What part of the head of that Gast motor
 6              first experienced aluminum oxide accumulation?
 7     A.       If my conclusion is correct, that it was
 8              ingested, then it would have been drawn in
 9              through the intake port of the head.
10     Q.       Okay.  And so what part of the diaphragm first
11              had an accumulation of aluminum oxide on it?
12     A.       I would have expected it to be in the passages.
13     Q.       What passages?
14     A.       Of the head.
15     Q.       Okay.  Can you show us a photograph identifying
16              where it first appeared?
17     A.       Again, referring to Exhibit Number 5, the
18              passageways shown in this photograph have an
19              accumulation of aluminum oxide.
20     Q.       Can you show us another photograph identifying
21              the passageways where the aluminum oxide first
22              appeared?
23     A.       I don't know where it first appeared.  But here
```

```
 1    Q.    So that I'm clear, do you have any facts that

 2          would support when this aluminum oxide first

 3          appeared in the Gast pump which is attached to

 4          the core drill machine which injured Mr. Riley?

 5    A.    No.

 6    Q.    Do you know how long it took for the aluminum

 7          oxide to appear?

 8    A.    No.

 9          MR. LANE:  Object to the form.  Asked

10                and answered.

11    A.    I do not know.

12    Q.    Again, what is the basis for your opinion that

13          this aluminum oxide is a result of maintenance

14          or lack thereof by United Rentals?

15    A.    The pump should have been maintained by United

16          Rentals as a matter of routine, including

17          removal of the cover, changing the filter as

18          necessary.  The presence of this aluminum oxide

19          does not necessarily mean they did not do that,

20          because it could have accumulated, you know,

21          during the incident or just prior to the

22          incident, which might not have been within the

23          frequency of changing the filter.  However,
```