## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW RILEY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number: 1:05-cv-994-W |
| | ) | |
| UNITED RENTALS, INC.; and | ) | |
| SAINT-GOBAIN ABRASIVES, INC., | ) | |
| formerly d/b/a Clipper Manufacturing | ) | |
| Company, Inc., and d/b/a Norton | ) | |
| Construction Products | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT SAINT-GOBAIN ABRASIVES, INC.'S, PROPOSED VOIR DIRE QUESTIONS TO THE POTENTIAL JUROR POOL

Comes Now the Defendant, Saint-Gobain Abrasives, Inc., formerly d/b/a Clipper Manufacturing Company, Inc.,(hereinafter "Saint-Gobain"), pursuant to this Court's Uniform Scheduling Order and Pre-trial Order, and provides the following proposed voir dire questions to the pool of potential jurors during the trial of this matter:

### PROPOSED VOIR DIRE QUESTIONS TO THE POTENTIAL JUROR POOL

1. After listening to the questions from Mr. Riley's lawyers, has anyone formed an opinion about Saint-Gobain Abrasives, Inc.?

2. Do you have any personal knowledge whatsoever of the events surrounding Mr. Riley's accident or his injury? If yes, what?

3. Has anyone ever worked at Flavor-House Products, which is also known as Nutcracker Brands, Inc., here in Dothan?

4. Has anyone ever had a family member or close friend work at Flavor-House Products, which is also known as Nutcracker Brands, Inc., here in Dothan?

1

5. Has anyone here ever worked for Ralcorp Holdings, Inc., or had a close family member or friend work for Ralcorp Holdings, Inc.? If yes, who?

6. Has anyone here ever heard of, worked with or been employed by Saint-Gobain Abrasives, Inc.?

7. Has anyone here ever heard of, worked with or been employed by the Norton Company?

8. Has anyone here ever heard of, worked with or been employed by Clipper Manufacturing?

9. Has anyone here ever heard of, worked with or been employed by Diamond Products, Inc., an Ohio corporation?

10. Has anyone here ever heard of, worked with or been employed by United Rentals of North America, Inc.?

11. Does anyone here know Mr. Matthew Riley, the Plaintiff in this case? If yes, how and would it prejudice your ability to fairly hear this case?

12. Has you or anyone in your family or a close friend retained the law firm of Cochran, Cherry, Givens, Smith, Lane and Taylor, in any matter? If yes, who and for what?

13. Does anyone here know Mr. Riley's attorney, Joe Lane? If yes, how and would it prejudice your ability to fairly hear this case?

14. Does anyone here know Mr. Lane's law firm: Cochran, Cherry, Givens, Smith, Lane & Taylor? If yes, how and would it prejudice your ability to fairly hear this case?

15. Does anyone here know anyone employed at Cochran, Cherry, Givens & Smith? If yes, how and would it prejudice your ability to fairly hear this case?

16. Does anyone here know William Harrell Mixon, an employee with United Rentals? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

17. Does anyone here know George A. Kennedy, an employee with United Rentals? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

18. Does anyone here know Joseph Adam Hall, an employee with Flavor House? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

19. Does anyone here know Donald Cody, Jr.? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

20. Does anyone here know Kenneth Tew? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

21. Does anyone here know Michael James Walters, an employee at Flavor House? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

22. Does anyone here know Michael Waters, an employee at United Rentals? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

23. Does anyone here know Timothy Whitecotton, a former employee at United Rentals? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

24. Does anyone here know Aaron Myers, a former employee at Flavor House? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

25. Does anyone here know James Mason, a former employee at Flavor House? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

26. Does anyone here know Charles "Chuck" Prewitt, an engineer from New Orleans, Louisiana? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

27. Does anyone here know Dr. Edward Marsalla, a doctor here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

28. Does anyone here know Dr. William Owen, a doctor here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

29. Does anyone here know Dr. David Turok, a doctor here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

30. Does anyone here know Gabriel Uriegas, an employee of Saint-Gobain in Atlanta? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

31. Does anyone here know Paul Guthorn, an engineer from California? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?.

32. Does anyone here know Roger Davis, an engineer from South Carolina? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

33. Does anyone here know John Frost, an engineer from Huntsville? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

34. Does anyone here know Donald Shaver, an engineer from Atlanta? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

35. Does anyone here know Paul Edwards, an employee of Saint-Gobain in Atlanta? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

36. Does anyone here know Ricky Smothers, an employee of Flavor House here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

37. Does anyone here know Donna Senn, an employee of Flavor House here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

38. Does anyone here know Bettye Brown, an employee of Flavor House here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

39. Does anyone here know Tom Nance, an employee of Flavor House here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

40. Does anyone here know Roy Donley, an employee of Flavor House here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

41. Does anyone here know Dr. Joe Frank Smith, a doctor here in Dothan? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

42. Does anyone here know Bruce Cassady? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

43. Does anyone here know Deborah Kirkland, who is from Cottonwood? If so, how do you know him? Will the fact that you know him cause you to put greater weight on his testimony or otherwise prevent you from fairly hearing this case?

44. Have you or any family member or close friend had any training as a lawyer? If yes, who and what kind of training?

45. Have you or any family member or close friend ever worked for a lawyer or law firm? If so, who and for whom did they work?

46. Have you or anyone in your family or a close friend ever retained a lawyer for an on-job-injury? If yes, who, for what and what was the result?

47. Have you or anyone in your family or a close friend ever received any kind of training in plant safety? If yes, who and what kind of training and where?

48. This is a products liability case, have you or any member of your family or a close friend ever been injured by a product? If yes, who and what kind of product?

49. Have you or any member of your family or a close friend ever been injured by a piece of industrial equipment? If yes, who and how and what kind of equipment?

50. Has anyone here ever worked in maintenance or held a maintenance type job?

51. Has anyone ever worked with machinery and equipment in their workplace? What type and where?

52. Has anyone worked with power tools, saws, drills or other hand held tools? If so, what kind and for what purpose?

53. Is anyone familiar with anchor bolts as a means of securing a piece of equipment? If so, what type of equipment?

54. Has anyone ever worked with a core drill?

55. Does anyone here know what a core drill is or what it is used for? Is yes, how?

56. Does anyone have any reason to believe that a core drill is a dangerous piece of equipment?

57. Does everyone here understand that machinery must be safely operated?

58. Does everyone here understand that you can get injured when you do not safely operate machinery?

59. Has anyone here ever been injured while using a piece of equipment? If so, how? Did you file a claim or law suit against the manufacturer? If yes, result? If no, why not?

60. Do any of you believe that just because an accident happened while someone is using a piece of equipment that there is something wrong with the equipment?

61. Have any of you ever worked in a warehouse or a plant? If so, where was it and what was the nature of the work?

62. Have you or any member of your family or a close friend ever filed a lawsuit for an injury? If so, who, what for and what was the result?

63. Do you or any members of your family or close friends have any training, education or experience in the area of engineering or machine design? If so, who and please describe such training, education or experience.

64. Do you or any member of your family or close friends have any training, education or experience in the field of medicine? If so, who and please describe such training, education or experience.

65. Do any of you know each other? If so, how long have you known one another and how do you know one another?

66. Is everyone here familiar with the types of warnings that are placed on products, power tools, equipment and heavy machinery?

67. Does everyone here agree that safety warnings on machinery should be read by the user of the machinery before operating the machine?

68. Has anyone here operated machinery and equipment to an extent that they do not feel that they have to read safety warnings and operator manuals to use the machinery or equipment safely?

69. Does everyone agree that an employer should provide a safe place to work for its workers?

70. Does everyone here agree that if a person is injured while knowingly operating a piece of equipment in an unsafe manner that they should be held responsible for doing so?

71. Does everyone agree to listen to all of the evidence in this case and not reach a conclusion or judgment until they have heard all of the evidence in this case?

72. Does everyone agree that if the Defendants are not responsible for the Plaintiff's injuries then they must enter a verdict in the Defendants favor?

73. Does everyone agree that if the Defendants are not responsible for the Plaintiff's injuries they must not award the Plaintiff any money?

74. Is there anyone here who has ever heard of the legal concept "contributory negligence"? If so, what you understand this term to mean?

75. If you find by a preponderance of the evidence that the plaintiff himself was negligent and his negligence contributed to his injury does anyone have a problem finding against Mr. Riley?

76. Is there anyone who feels that they will have a problem awarding the Plaintiff with nothing?

77. Does anyone here believe that a piece of machinery or equipment should be redesigned based upon one incident involving that particular piece of machinery or equipment? If yes, why?

78. Does anyone believe that just because a lawsuit has been filed that the person suing is entitled to an award of money damages?

79. Is there anyone who has a problem with treating the plaintiff, an individual, as an equal with Saint-Gobain Abrasives, Inc., a corporation?

80. Is there anyone here who is reluctant to serve as a juror in this case for any reason?

                Respectfully Submitted,

                /s/ Robert H. Sprain, Esq.
                Robert H. Sprain, Esq. (ASB-4177-A38R))
                Kevin T. Shires, Esq. (ASB-4392-E64K)
                Attorneys for Saint-Gobain, Inc.

**OF COUNSEL:**
SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232
Email: ktshires@bellsouth.net
       rhs@sprainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following attorneys of record by e-filing and e-service of the same on this the 26th day of December, 2006.

Joseph D. Lane, Esq.
Farrest Taylor, Esq.
Cochran, Cherry, Givens, Smith, Lane & Taylor, P.C.
P. O. Box 927
Dothan, Alabama 36302

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

/s/ Robert H. Sprain, Esq.
OF COUNSEL