IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action Number: 1:05-cv-994-W |
| ) | |
| UNITED RENTALS, INC.; and ) | |
| SAINT-GOBAIN ABRASIVES, INC., ) | |
| formerly d/b/a Clipper Manufacturing ) | |
| Company, Inc., and d/b/a Norton ) | |
| Construction Products ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT SAINT-GOBAIN ABRASIVES, INC.'S, PROPOSED JURY INSTRUCTIONS

Comes Now the Defendant, Saint-Gobain Abrasives, Inc., formerly d/b/a Clipper Manufacturing Company, Inc., and d/b/a Norton Construction Products (hereinafter "Saint-Gobain"), pursuant to this Court's Uniform Scheduling Order and Pre-trial Order, and provides the following proposed jury instructions in the above-referenced case as attached hereto.

Respectfully Submitted,

/s/ Robert H. Sprain, Esq.
Robert H. Sprain, Esq. (ASB-4177-A38R))
Kevin T. Shires, Esq. (ASB-4392-E64K)
Attorneys for Saint-Gobain, Inc.

**OF COUNSEL:**
SPRAIN & SHIRES, P.C.
1707 29th Court South
Birmingham, Alabama 35209
(205) 437-3232
Email: ktshires@bellsouth.net
         rhs@sprainlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following attorneys of record by e-filing of the same and placing a copy thereof in the United States mail, first class, postage prepaid, on this the 26th day of December, 2006.

Joseph D. Lane, Esq.
COCHRAN, CHERRY, GIVENS,
    SMITH, LANE & TAYLOR, P.C.
P. O. Box 927
Dothan, Alabama   36302

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama   36102-2148

                                      /s/ Robert H. Sprain, Esq.
                                      OF COUNSEL