Saint-Gobain Jury Charge No. _____

APJI 1.06

You will be the sole and exclusive judges of the facts.  It will be your duty to attempt to reconcile the testimony of all the witnesses so as to make them all speak the truth, if this can be done reasonably.  If you cannot reasonably reconcile all the testimony it is then your duty to consider the testimony with the view of determining what the true facts are.  In so doing you may accept or reject any part of the testimony of any witness, and accept only testimony you consider worthy of belief.

APJI 1.06

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 1.07

In determining what the true facts are from the evidence you may take into consideration any natural interest or bias a witness may have as a result of any connection with the case. You may take into consideration the interest or bias a witness may have shown while testifying. You may take into consideration the demeanor of any witness, as to whether the witness has apparently testified frankly or evasively. You may take into consideration any matter which you would in your every day affairs, in passing upon the truthfulness and accuracy of the testimony. Weigh the testimony in the light of your common observation and experience and reach a verdict that will be based upon the truth as you determine it from all of the evidence.

APJI 1.07

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 1.12

In arriving at a verdict in this case you must not permit sympathy, prejudice or emotion to influence you.

APJI 1.12

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 8.00

The burden is upon the plaintiff to reasonably satisfy you by the evidence of the truthfulness of the matters and things claimed by him before the plaintiff would be entitled to recover.

APJI 8.00 (modified)

Given: _____

Denied: _____          Judge: _____

APJI 11.00

Ladies and Gentlemen of the jury, the Court will now instruct you on the law of damages. The burden is on the plaintiff to reasonably satisfy you from the evidence of the truthfulness of his claim. If after a consideration of all the evidence in this case, you are not reasonably satisfied of the truthfulness of the plaintiff's claim, your verdict should be for the defendants. In this event you would go no further. This would end your deliberations. On the other hand, if after a consideration of all the evidence in the case you are reasonably satisfied of the truthfulness of the plaintiff's claim, your verdict should be for the plaintiff. In this event it will be necessary for you to arrive at an amount to be awarded in the verdict from which I will read to you and describe later in my charge. I now give you the following rules of law to assist you in your deliberations in arriving at an amount in the event you find for the plaintiff. Plaintiff makes two statements of his claim. By these statements he claims compensatory damages.

APJI 11.00

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 11.22

In awarding damages in any case your verdict must not be based on mere speculation or conjecture, but must be based upon the evidence and the just and reasonable inferences shown thereby.

APJI 11.22

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 15.00

An inference of a fact is a conclusion of the existence of a fact not known or proved, which may reasonably arise from facts that are known or proved.

APJI 15.00

Given: _____

Denied: _____    Judge: _____

Saint-Gobain Jury Charge No. _____

APJI CIVIL 15.01

The jury may draw reasonable inferences from the evidence, but there must be a reasonable connection between the fact proved and the ultimate fact inferred. Inferences may be drawn only from facts established by the evidence. An inference may not be based upon an inference.

APJI 15.01

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 15.02

You are the sole judges of the evidence and of the credibility of the witnesses. You may accept or reject any part of the testimony of any witness and you should accept only the testimony you consider worthy of belief. In determining the weight to be accorded the testimony of any witness, you may consider the demeanor of the witness while on the witness stand; his apparent candor or evasion or the existence or non-existence of any bias or interest.

APJI 15.02

Given: _____

Denied: _____        Judge: _____

APJI 15.06

Lay witnesses have testified in this case and have been permitted to express an opinion and/or draw a conclusion. In passing upon the facts you are not required to accept the conclusions or expressed opinions of these witnesses, but must determine for yourselves the weight to be accorded to such testimony and evidence when considered in connection with all the other evidence material to the issue.

APJI 15.06

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 15.07

An expert witness is one who by education, training and/or experience has attained such skill, knowledge or experience of some science, profession, business or occupation, not of common knowledge to the average layman.

APJI 15.07

Given: _____

Denied: _____          Judge: _____

APJI 15.08

Witnesses have testified in this case as experts and have expressed opinions based upon assumed facts, which were set forth in hypothetical questions. The weight to be accorded such testimony is dependent entirely upon the truth of the material facts stated in the hypothetical questions and before considering the opinions of the experts, you should first examine carefully all the material facts stated in the hypothetical questions and be reasonably satisfied that they have substantially been proved to be true.

APJI 15.08

Given: _____

Denied: _____      Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 15.09

Witnesses have testified in this case as experts and have been permitted to express an opinion and/or draw a conclusion. In passing upon the facts you are not required to accept the conclusions or expressed opinions of expert witnesses, but must determine for yourselves the weight to be given to such testimony and evidence when considered in connection with all the other evidence material to the issue.

APJI 15.09

Given: _____

Denied: _____        Judge: _____

APJI 15.12

In this case, the defendants claim that the plaintiff intervenor, Ralcorp Holdings, Inc., is guilty of wrongfully destroying, hiding, concealing, altering, or otherwise wrongfully tampering with material evidence. If you are reasonably satisfied from the evidence that the plaintiff intervenor, Ralcorp Holdings, Inc., did or attempted to wrongfully destroy, hide, conceal, alter, or otherwise tamper with material evidence, then that fact may be considered in your deliberations concerning the validity of the plaintiff intervenor's claims.

APJI 15.12

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 28.00

Negligence is the failure to discharge or perform a legal duty owed to the other party.

APJI 28.00

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 28.01

Negligence means the failure to exercise reasonable or ordinary care; that is, such care as a reasonably prudent person would have exercised under the same or similar circumstances.

Therefore, "negligence" is the failure to do what a reasonably prudent person would have done under the same or similar circumstances, or, the doing of something which a reasonably prudent person would not have done under the same or similar circumstances.

APJI 28.01

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 28.02

The duty owed by the defendant to the plaintiff was to exercise reasonable care not to injure or damage the plaintiff; that is, to exercise such care as a reasonably prudent person would have exercised under the same or similar circumstances.

APJI 28.02

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 28.16

Every person has the right to assume that other persons will obey the law; and the defendants have a right to proceed on such assumption until the contrary is clearly evident to it or by the exercise of reasonable care should have been clearly evident to it.

APJI 28.16

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 30.00

Contributory negligence is negligence on the part of the plaintiff that proximately contributed to the alleged injury.

APJI 30.00

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 30.02

If you are reasonably satisfied from the evidence that the plaintiff was guilty of contributory negligence, the plaintiff cannot recover for any initial simple negligence of the defendants.

APJI 30.02

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 30.04

A person who voluntarily becomes intoxicated is required to exercise the same degree of care as is required of a sober person under the same or similar circumstances. It is proper for you to consider whether or not the plaintiff was intoxicated, together with all other facts and circumstances, in determining whether or not the plaintiff was contributorily negligent at the time of the occurrence.

APJI 30.04

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 30.05

The three elements essential to assumption of risk (or contributory negligence) in cases of this kind are that the party charged with assumption of the risk (or contributory negligence): (1) had knowledge of the existence of the dangerous condition; and (2) with appreciation of such danger (3) failed to exercise care for his own safety by putting himself in the way of such known danger.

APJI 30.05

Given: _____

Denied: _____    Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 32.01

A manufacturer of a product which may be reasonably anticipated to be dangerous if defectively made owes a duty to exercise reasonable care in the manufacture of his product so that it will be reasonably safe for its normal uses. Reasonable care means the degree of care that a reasonably prudent manufacturer of such a product would exercise in the designing, making, inspecting, and testing of the product and the materials and parts of which it is made in order to produce a reasonably safe product.

APJI 32.01

Given:  _____

Denied:  _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 32.06

     A manufacturer does not guarantee that his product is incapable of doing harm. The law does not require that he produce a product which is accident-proof or that he guard against injury to others from a danger which is obvious or which is discoverable by reasonable inspection or that he supply safety devices to guard against such danger. All that the law requires is that he produce an article that will function properly for the purpose intended and that the article be free from hidden defects or concealed dangers.

APJI 32.06

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 32.08

The plaintiff charges that the defendant is engaged in the business of manufacturing the core drill machine upon which he was injured and it was in substantially the same condition until used by the ultimate user is liable to one who may be reasonably expected to use such product when used for its intended use and who is injured as a proximate consequence of the unreasonably dangerous product.

The burden is upon the plaintiff to reasonably satisfy you by the evidence of the truthfulness of all the material averments of his claim before he would be entitled to recover. If the plaintiff has reasonably satisfied you by the evidence of the truthfulness of each element of his claim, he is entitled to recover, unless the defendant has proven an affirmative defense.

The affirmative defenses of the defendant which you may consider are: contributory negligence, assumption of the risk, misuse of the product, and no causal relation. If the defendant reasonably satisfies you from the evidence of any of the affirmative defenses, the plaintiff may not recover.

If the plaintiff has not reasonably satisfied you by the evidence of the truthfulness of each and element of his claim, he is not entitled to recover.

APJI 32.08

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 32.12

The plaintiff charges that the core drill machine was defective in design when used as it was intended or was reasonably foreseeable to be used. Defective means unreasonably dangerous.

APJI 32.12

Given: _____

Denied: _____       Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 32.19 (modified)

The defendant claims that the plaintiff, Matthew Riley, was contributorily negligent in the use of the core drill machine and that such negligence on the part of Matthew Riley proximately contributed to the alleged injuries. Contributory negligence means the failure of an individual to exercise reasonable care in the use of the product; that is, the failure to use such care as a prudent person would have exercised under the same or similar circumstances.

Therefore, contributory negligence is the failure on the part of the plaintiff to do what a reasonably prudent person would have done in the use of the product under same or similar circumstances, or, the doing of something which a reasonably prudent person would not have done under the same or similar circumstances. If you are reasonably satisfied, from the evidence, that the defendant has proven that the plaintiff, Matthew Riley, failed to exercise reasonable care under the circumstances, then the plaintiff would not be entitled to recover.

APJI 32.19 (modified)

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 32.19.1

The defendant claims that the plaintiff misused the core drill machine. "Misuse" is the use of the core drill machine in a manner not intended or reasonably foreseeable by the manufacturer. If you are reasonably satisfied, from the evidence, that the defendant has proved that the plaintiff, Matthew Riley, misused the subject core drill machine, then the plaintiff would not be entitled to recover.

APJI 32.19.1 (modified)

Given: _____

Denied: _____     Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 32.19.1

     The defendant claims that the plaintiff misused the core drill machine. ˜Misuse" is the use of the core drill in a manner not intended or reasonably foreseeable by the manufacturer.

APJI 32.19.1

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. \_\_\_\_\_

APJI 32.23

In explaining to you the elements which must be proved by plaintiff in order to recover from Saint-Gobain Abrasives, Inc., I stated that one of the elements plaintiff must prove is that the defect in the product proximately caused plaintiff's injuries. The proximate cause of an injury is that cause which is the natural and probable sequence of events, and without the intervention of any new or independent cause, produces the injury and without such injury would not have occurred. An independent intervening cause would be a cause which:

(a)     Occurred after the marketing of the core drill machine in question;

(b)     Was unforeseeable by Saint-Gobain Abrasives, Inc.; that is to say, at the time of the marketing of the product in question, the intervening cause could not have been reasonably foreseen, and;

(c)     Such cause alone was sufficient to produce the injury to plaintiff. If such cause was not sufficient in and of itself to cause the injury of plaintiff, then such cause is not considered an intervening cause.

Plaintiff has the burden of proving the alleged injury was proximately caused by the alleged defect in the core drill machine rather than by some intervening cause, as I have explained that term.

APJI 32.23

Given:    _____

Denied:   _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI CIVIL 33.00

The proximate cause of an injury is that cause which in the natural and probable sequence of events, and without the intervention of any new or independent cause, produces the injury and without which such injury would not have occurred.

APJI 33.00

Given: _____

Denied: _____     Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 33.01

If one is guilty of negligence, which concurs or combines with negligence of another, and the two combine to produce injury, each negligent person is liable for the resulting injury and the negligence of each will be deemed the proximate cause of the injury.

APJI 33.01

Given:     _____

Denied:    _____          Judge: _____

Saint-Gobain Jury Charge No. _____

APJI 37.00

Ladies and gentlemen of the Jury, for your convenience, the court has prepared for your use in this case forms of verdict which will be explained to you. No inferences are to be drawn by you from the fact that the court has supplied you with these forms, or from the order in which the court reads them to you. When you have reached a verdict you will select and complete the form which corresponds to your verdict and which is to be signed by your foreman. All twelve of you must agree on any verdict which you return to the court.

APJI 37.00

Given: _____

Denied: _____    Judge: _____

Saint-Gobain Jury Charge No. _____

The case has been terminated as to the defendants Gast Manufacturing, Inc., and Milwaukee Electric Tool Corporation. You should not concern yourself with the disposition as to them, but should consider the issues between the plaintiff and the remaining defendants in accordance with the court's instructions and the evidence in this case.

Devitt, Blackmar and Wolff, <u>Federal Jury Practice and Instructions,</u> § 71.07

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

During the trial of this case, certain testimony has been presented to you by way of deposition, consisting of sworn recorded answers to questions asked of the witness in advance of the trial by one or more of the attorneys for the parties to this case. The testimony of a witness who, for some reason, cannot be present to testify from the witness stand may be presented in writing under oath (or on a video recording played on a television monitor). Such testimony is entitled to the same consideration, and is to be judged as to the credibility, and weighed, and otherwise considered by the jury, in so far as possible, in the same way as if the witness had been present, and had testified from the witness stand.

Devitt, Blackmar and Wolff, Federal Jury Practice and Instructions, § 73.02

Given:    _____

Denied:   _____         Judge: _____

A witness may be discredited or impeached by contradictory evidence; or by evidence that at some other time the witness has said or done something, or has failed to say or do something which is inconsistent with the witness' present testimony.

If you believe any witness has been impeached and thus discredited, it is your exclusive province to give the testimony of that witness such credibility, if any, as you may think it deserves.

If a witness is shown knowingly to have testified falsely concerning any material matter, you have a right to distrust such witness's testimony in other particular and you may reject all the testimony of that witness or give it such credibility as you may think it deserves.

An act or omission is "knowingly" done, if voluntarily and intentionally, and not because of mistake or accident or other innocent reason.

Devitt, Blackmar and Wolff, Federal Jury Practice and Instructions, § 73.04

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

A product is in a defective condition unreasonably dangerous to the user when it has a propensity for causing physical harm beyond that which would be contemplated by the ordinary user or consumer, with the ordinary knowledge common to the foreseeable class of users as to its characteristics. A product is not defective or unreasonably dangerous merely because it is possible to be injured while using it.

Devitt, Blackmar and Wolff, <u>Federal Jury Practice and Instructions,</u> § 82.03

Given: _____

Denied: _____        Judge: _____

It is the duty of any person who has been injured to use reasonable diligence and reasonable means under the circumstances, in order to prevent the aggravation of such injuries and to effect a recovery from such injuries.

Devitt, Blackmar and Wolff, Federal Jury Practice and Instructions, § 85.13

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

If you should find that the plaintiff is entitled to a verdict, in fixing the amount of the award you may not include in, or add to an otherwise just award, any sum for the purpose of punishing the defendants, or to serve as an example or warning for others. Nor may you include in your award any sum for court costs or attorney's fees.

Devitt, Blackmar and Wolff, <u>Federal Jury Practice and Instructions,</u> § 85.16

Given: _____

Denied: _____        Judge: _____

A manufacturer of a product is not an insurer against all harm that might be caused by the use of the product, and the manufacturer or designer is not obligated to produce an accident-proof or injury-proof product.

Brooks v. Colonial Chevrolet-Buick, 579 So. 2d 1328 (Ala. 1991).

Given: _____

Denied: _____    Judge: _____

In order to prove defectiveness, the plaintiff must prove that a safer, practical, alternative design was available to the manufacturer at the time it manufactured the product. The existence of a safer, practical, alternative design must be proved by showing that:

(a)    The plaintiff's injuries would have been eliminated or in some way reduced by use of the alternative design; and that

(b)    taking into consideration such factors as the intended use of the product, its styling, cost, and desirability, its safety aspects, the foreseeability of the particular accident, the likelihood of injury, and the probable seriousness of the injury if that accident occurred, the obviousness of the defect, and the manufacturer's ability to eliminate the defect, the utility of the alternative design outweighed the utility of the design actually used.

Beech v. Outboard Marine Corp., 584 So. 2d 447 (Ala. 1991).

Given:    _____

Denied:    _____        Judge: _____

Saint-Gobain Jury Charge No. _____

     To prove a defect, Plaintiff must prove that safer, practical, alternative design was available to Saint-Gobain Abrasives, Inc.  If Plaintiff fails to prove to your reasonable satisfaction that a safer, practical alternative design existed, you must find in favor of Saint-Gobain on the Plaintiff's claims.

<u>General Motors v. Edwards</u>, 482 So. 2d 1176 (Ala. 1985).

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

Under the consumer expectations test, a product is deemed to be defective if it fails to meet reasonable safety expectations and is dangerous beyond the contemplative, ordinary consumer, possessed of the ordinary knowledge common to the community. General Motors Corp. v. Edwards, 482 So. 2d 1176 (Ala. 1985). Certain products like core drills possess patent, inherent dangers that are within the contemplation of the consumer. Elliot v. Brunswick Corp., 903 F.2d 1505 (11th Cir. 1990); Beech v. Outboard Marine Corp., 584 So. 2d 447 (Ala. 1991). If you find that the dangers presented by the core drill were within the expectations and contemplation of plaintiff, then the product is not defective. Elliot, 903 F.2d at 1507.

Given: _____

Denied: _____      Judge: _____

Saint-Gobain Jury Charge No. _____

Plaintiff must prove that his injury occurred because Defendant failed to warn. Plaintiff has the benefit of "heeding presumption" on the issue of causation. It holds that the plaintiff would have heeded a warning if one had been given and that injury would have been averted.

Precise Engineering, Inc. v. LaCombe, 624 So. 2d 1339 (Ala. 1993).

Given: _____

Denied: _____        Judge: _____

The use of certain products is so firmly grounded in common sense as to require no specific instructions or warnings. This is called an open and obvious danger. If you are reasonably satisfied from the evidence that the hazard presented by the core drill machine was an open and obvious danger then you must find in favor of the Defendant, Saint-Gobain, on the Plaintiff's failure to warn claim.

Entrekin v. Atlantic Richfield Co., 519 So.2d 447 (Ala. 1987).

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

A plaintiff who does not read an allegedly inadequate warning cannot maintain a negligent-failure-to-warn action unless the nature of the alleged inadequacy is such that it prevents him from reading it. If you are reasonably satisfied from the evidence that Mr. Riley could have read the warnings on the core drill, but did not do so, then you must find in favor of the Defendant, Saint-Gobain, on the Plaintiff's negligent failure to warn claim.

Clarke Industries, Inc. v. Home Indem. Co., 591 So. 2d 458, 461 (Ala. 1991).

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

   The Defendant Saint-Gobain has asserted the defense of sophisticated user and learned intermediary. This defense relieves product manufacturers of the duty to warn users of hazards when the purchaser or user is a sophisticated intermediary whom the manufacturer can reasonably expect to inform users of the hazards based on the presumption third parties are in a better position than the manufacturer to warn. For example, a sophisticated employer like Flavor-House has the duty to warn its employees like Mr. Riley of potential dangers associated with the manufacturer's products.

Cook v. Branick Mfg., Inc., 736 F.2d 1442 (11th Cir. 1984).

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

      The Defendant Saint-Gobain has asserted the defense of sophisticated user and learned intermediary. If you find to your reasonable satisfaction from the evidence that Flavor-House was a sophisticated user and learned intermediary then you must find in favor of the Defendant, Saint-Gobain, on the Plaintiff's failure to warn claim.

Cook v. Branick Mfg., Inc., 736 F.2d 1442 (11th Cir. 1984).

Given: _____

Denied: _____    Judge: _____

If you are reasonably satisfied that a feasible, practical, alternative design was not available to Saint-Gobain Abrasives, Inc., at the time it manufactured the core drill, then you must find in favor of Saint-Gobain Abrasives, Inc.

Bean v. BIC Corp., 597 So. 2d 1350 (Ala. 1992).

Given: _____

Denied: _____        Judge: _____

If you are reasonably satisfied that the dangers of the core drill were apparent to, or within the reasonable expectations of Plaintiff, then the core drill was not defective and you must find in favor of Saint-Gobain Abrasives, Inc.

Deer v. Grose, 586 So. 2d 196 (Ala. 1991); Elliot v. Brunswick, 903 F.2d 1505 (11th Cir. 1999).

Given: _____

Denied: _____    Judge: _____

If you are reasonably satisfied from the evidence that no privity of contract existed between the Plaintiff and Saint-Gobain Abrasives, Inc., then you must find in favor of Saint-Gobain on the Plaintiff's claims for implied warranty of merchantability and fitness for a particular purpose.

Ex parte General Motors Corp., 769 So. 2d 903 (Ala. 1999); Rhodes v. General Motors Corp., 621 So. 2d 945 (Ala. 1993); Spain v. Brown & Williamson Tobacco Corp., 872 So. 2d 101 (Ala. 2003).

Given: _____

Denied: _____     Judge: _____

Saint-Gobain Jury Charge No. _____

In order to find liability on the part of the Defendant, you must be reasonably satisfied by the evidence that Saint-Gobain's core drill was defective in that it did not meet the reasonable expectations of an ordinary consumer as to its safety.

Cassell v. Altec Industries, Inc., 335 So. 2d 128, 133 (Ala. 1976).

Given: _____

Denied: _____        Judge: _____

Saint-Gobain Jury Charge No. _____

The fact that the plaintiff has filed a complaint against the defendant is not proof of anything and raises no inference that the defendant is responsible in damages to the plaintiff.

Robinson v. Kierce, 513 So. 2d 1005 (Ala. 1987).

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

"[T]he failure of a product does not presuppose the existence of a defect. The fact that someone was injured while using a product does not establish that the product was unreasonably dangerous when put to its intended use."

Verchot v. General Motors Corp., 812 So. 2d 296, 301 (Ala. 2001) (citing Thompson v. Lee, 439 So. 2d 113 (Ala. 1983)); Sears, Roebuck & Co. v. Haven Hills Farm, Inc., 395 So. 2d 991 (Ala. 1981).

Given: _____

Denied: _____     Judge: _____

I charge you, members of the jury, that the mere fact of an incident or injury does not mean that someone was at fault, or that a product was defective. Rather, the plaintiff bears the burden of proving that the product was defective.

General Motors Corp. v. Edwards, 482 So. 2d 1176, 1183 (Ala. 1985); Townsend v. General Motors Corp., 642 So. 2d 411 (Ala. 1994).

Given:    _____

Denied:    _____        Judge: _____

Saint-Gobain Jury Charge No. _____

In deciding compensatory damages, you may consider in calculating the damages whether all or part of the plaintiff's medical bills have been paid by insurance or some other source.

Ala. Code § 12-21-45; Marsh v. Green, 782 So. 2d 223 (Ala. 2000).

Given:  _____

Denied:  _____        Judge: _____

I charge you that the giving of any instruction in this case concerning damages, should not be taken as an opinion on the part of this Court that the plaintiff is entitled to recover damages in this case. The Court is required to give these charges as a matter of law.

Given:    _____

Denied:   _____        Judge: _____

Saint-Gobain Jury Charge No. _____

I charge you that anyone has the right to file a lawsuit, but the mere filing of a lawsuit does not give rise to any presumption that the matters charged in the Complaint are true. It is the law of Alabama that Saint-Gobain Abrasives, Inc., is considered not guilty of the matters charged in the Complaint until you are reasonably satisfied by a preponderance of the evidence to the contrary. In order to recover, the plaintiff has the burden of satisfying each of you of the truthfulness of the material allegations of the Complaint and if you are not reasonably satisfied, you cannot return a verdict for the plaintiff.

Given: _____

Denied: _____          Judge: _____

Saint-Gobain Jury Charge No. _____

## SPECIAL VERDICT FORM

If you find against Saint-Gobain Abrasives, Inc., please answer the following:

(1)    Is your verdict against Saint-Gobain Abrasives, Inc., based on a defect in

the design of the DM 500 core drill?

Yes: _____    No: _____

Given: _____

Denied: _____    Judge: _____