# ATTACHMENT 1a

# C. Andrew Robinson, PhD
# Consultant in Toxicology

August 30, 2006

Eugene P. Stutts
Spain & Gillon
The Zinszer Building
2117 2nd Ave N.
Birmingham, AL 35203

    Re:   Riley vs. United Rentals, Inc., et al.

In reference to the above noted case, I have reviewed the record of Matthew Riley from Alta Care. In arriving at my opinions in this case I have relied on the medical records and my education and experience in forensic toxicology.

1. Mr. Riley was involved in an accident on August 29, 2003. Following the accident Mr. Riley tested positive for marijuana. Mr. Riley admits to smoking marijuana on August 29, 2003.

2. The use of marijuana initially causes a period of euphoria and relaxation. Acute consumption is also associated with impaired cognitive and performance tasks, driving, the operation of industrial equipment, and other divided attention tasks.

3. The marijuana Mr. Riley smoked on the day of the accident could have contributed to a lack of attention to detail, and could have contributed to the cause of the accident.

Sincerely,

*C. A. Robinson*

C. Andrew Robinson, Ph.D

# C. Andrew Robinson, PhD
## Consultant in Toxicology

November 29, 2006

Re: Riley v. United Rentals Inc.

In reference to the above noted case, I have reviewed the record of Matthew Riley from Alta Care. In arriving at my opinions in this case I have relied on the medical record and my education and experience in forensic toxicology.

1. Mr. Riley was involved in an accident on August 29, 2003. Following the accident Mr. Riley tested positive for marijuana. Mr. Riley admits to smoking marijuana on August 28, 2003.

2. The use of marijuana initially causes a period of euphoria and relaxation. Acute consumption is also associated with impaired cognitive and performance tasks, driving, the operation of industrial equipment, and other divided attention tasks.

3. The marijuana Mr. Matthews smoked on the day of the accident could have contributed to his lack of attention to detail, and could have contributed to the cause of the accident.

Sincerely,

C. Andrew Robinson, Ph.D.

PLAINTIFF'S EXHIBIT
1 - Robinson