# ATTACHMENT 5

Page 1

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION


MATTHEW RILEY,

    Plaintiff,

Vs.                        CIVIL ACTION NO.

                            1:05 CV-994-T

UNITED RENTALS (NORTH AMERICA),

INC., et al.,

    Defendants.


        DEPOSITION OF JAMES MASON, taken pursuant to notice and stipulation on behalf of the Defendants, in the conference room of Cochran, Cherry, Givens, Smith, Lane & Taylor, 163 West Main Street, Dothan, Alabama, before Ricky L. Tyler, Certified Court Reporter and Notary Public in and for the State of Alabama at Large, on Monday, October 9th, 2006, commencing at 1:25 P.M.

1  A.   It wasn't on the machine at the time.

2  Q.   All right. Did you ever see that drill bit on
3       the machine itself?

4  A.   I don't know. I can't identify, like I said,
5       whether they had five bits or whether -- normal
6       practice would have been to rent just one.

7  Q.   Okay.

8  A.   Now, whether they had another one or two more,
9       I don't know.

10 Q.   You have no idea, correct?

11 A.   (Witness nods head in the affirmative.)

12 Q.   Did Mr. Riley appear at any time when you and
13      this lady -- if you think of her name, please
14      give it to us?

15 A.   Yeah, I'm trying to think, man. I can't
16      remember it.

17 Q.   At any time when y'all were standing there
18      talking, did you ever observe anything in
19      Mr. Riley's conduct prior to this incident that
20      told you in any way or gave you concern that he
21      was impaired in any way?

22 A.   No.

23 Q.   Okay.

1  A.  I really didn't know Mr. Riley.  He was new on
2      the site, so I had nothing to compare it to,
3      whether he was, you know -- there was nothing
4      there in comparison whatsoever.
5  Q.  Okay.  Nothing you saw that looked out of the
6      ordinary?
7  A.  He wasn't -- well, I didn't talk to him, so I
8      couldn't tell whether he was slurring his
9      speech or --
10 Q.  As far as your observations though, you didn't
11     see anything?
12 A.  No.  No.
13 Q.  Okay.  Now, you never worked in maintenance
14     when you were out there, correct?
15 A.  No.
16 Q.  Okay.  Didn't have any training in maintenance?
17 A.  No.
18 Q.  Any training in operating core drills?
19 A.  No.
20 Q.  Okay.  And you don't know whether or not the
21     training that Mr. Riley received that evening
22     was sufficient training or not, correct?
23 A.  I don't know whether there was any training