# ATTACHMENT  6

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

SOUTHERN DIVISION


MATTHEW RILEY,

      Plaintiff,

Vs.                                    CIVIL ACTION NO.

                                      1:05 CV-994-T

UNITED RENTALS (NORTH AMERICA),

INC., et al.,

      Defendants.


DEPOSITION OF AARON MYERS, taken pursuant to notice and stipulation on behalf of the Defendants, in the conference room of Cochran, Cherry, Givens, Smith, Lane & Taylor, 163 West Main Street, Dothan, Alabama, before Ricky L. Tyler, Certified Court Reporter and Notary Public in and for the State of Alabama at Large, on Monday, October 9th, 2006, commencing at 3:40 P.M.

1  A.    I'm positive.

2  Q.    All right.  And you're sure that there was a

3        water hose there that they are using to cool

4        the bit with, correct?

5  A.    Yes.  That's right.

6  Q.    And as far as your assisting is concerned, you

7        mentioned that you were assisting, that

8        assisting consisted of what, just watching?

9  A.    Yeah, pretty much.  Just, you know, maybe

10       handing them this or handing them that, you

11       know, whatever.

12 Q.    Okay.

13 A.    Mainly what I'm thinking of, you know, just

14       what I can recall, is probably my lines were

15       still running, so I really didn't have nothing

16       to do.  And Jim said, hey, why don't you just,

17       you know, go over there and keep an eye on them

18       or help them out or whatever, you know.

19 Q.    Okay.

20 A.    And so I kind of, you know, moseyed on over

21       there, you know.

22 Q.    Now, were you over there the whole time they

23       were drilling both holes?

1 A.    Yes.  I remember them drilling both holes, yes.

2 Q.    Okay.  And I believe you testified that

3       Mr. Riley and Mr. Walters both seemed to you to

4       know what they were doing in operating the

5       drill, correct?

6 A.    Yes, sir.

7 Q.    Okay.  Did you have -- well, that's fine.  Do

8       you know anything about the safety features on

9       the drill itself; whether or not there's --

10 A.   No, I don't know.

11 Q.   -- a shear pin that shears whenever the drill

12      gets bound up?  Don't know?

13 A.   No, I don't know.

14 Q.   You don't know whether or not there's a clutch

15      that's supposed to engage whenever the drill --

16 A.   I don't know anything about that machine.

17 Q.   Okay.

18 A.   Other than the basic, you know.

19 Q.   Do you even know what the bolts are for on the

20      four corners that Mr. Sheehan asked you about?

21 A.   Well, I mean, I imagine they're anchor bolts.

22 Q.   Okay.  You don't know what they're for though?

23      You don't know if they're supposed to be --