# ATTACHMENT 7



## Construction Products

# FORM LM708CPD

# Report of Injury

# Involving

# Abrasive Blades

# Diamond Blades

# Bits or Equipment

# Norton Construction Products
## Form LM-708CPD
### Report of Personal Injury Involving Abrasive Blades, Diamond Blades, Bits or Equipment

Handle your investigation of the accident carefully. Customers will usually appreciate a thorough examination, hoping to avoid a recurrence.

It's possible that other investigators, from the Company or State may be present and friendly cooperation with them is recommended, without even an insinuation that the responsibility or cause of the accident lies with the machine, operator, blade, the distributor, or the Norton Company. Your opinion as to the cause of the accident is important and required on the last page.

1. Customer's name and address:
   *Inspection Performed @ ATS*
   *1190 Atlanta Industrial Drive*
   *Marietta, Georgia 30066-6603*

2. Date and time of the incident: Not Provided *Inspection Conducted May 12th, 2005 @ 10AM EST*

3. The injured person's name, home address and position:
   *Matt Riley*
   *No other information provided*

4. If attended by a doctor give doctor's name and attach hospital and customer's accident report if available.
   *No account of the incident was provided. Photos of the drill on the day of the incident were Made available by attorney Joe Lane.*

7. The extent of injury and time lost from job.
   *No details on the injury were made available*

6. Experience of the injured operator on the operation involved. [    ] years , [    ] months

7. History of previous breakages with our or competitor's wheels by this operator.

   *No details of the incident or injury provided*

**Norton Construction Products**
**Form LM-708CPD**
**Report of Personal Injury Involving Abrasive Blades, Diamond Blades, Bits or Equipment**

8. Determine if the operator mounts his own wheels, or if this is done by a trained maintenance man. Describe the mounting procedure
   *No details of the incident or injury provided*

9. Obtain foreman's or supervisor's name as well as those of any witnesses to the accident.
   Name                    Title                    Phone
   *No details of the incident or injury provided*

10. Record and report any statements, and by whom, of abusive treatment of the wheel(s) / blade(s).
    *No details of the incident or injury provided*

11. Customer's attitude regarding cause of this incident.
    *No details of the incident or injury provided*

12. Name of person contacted in question #11.
    Name                    Title                    Phone
    *No details of the incident or injury provided*

**Wheel / Blade**

Wheel / Blade specification and shape:
   Specification & Diameter        Description              Serial Number

1. Distributor *United Rentals*   Date *Unknown*           Order# *Unknown*
2. Direct Sale                    Date                     Check#
3. Warehouse Stock                Date                     Check#

4. Have similar wheels blades been used satisfactorily?   ϕ yes   ϕ no    How long?

5. Is the wheel / blade being returned for examination?
   a. (Mark wheel / blade for proper identification.)
   b. (Do not use tape or other sticky material on wheel / blade.)
   c. (Return Blotters and lead bushing if possible.)  Abrasive wheels only!

6. a. Does customer approve Norton Company taking small laboratory samples from wheel / blade for complete examination?   yes_   ϕ no
   b. Name and title of person approving: <u>Contact Joe Lane for Approval</u>

2
Norton Construction Products  P.O. Box 2898 Gainesville, Georgia 30503 Phone: 800-554-8003  Fax: 800-443-1092

## Norton Construction Products
## Form LM-708CPD
### Report of Personal Injury Involving Abrasive Blades, Diamond Blades, Bits or Equipment

**Machine Involved**

1. Name *Clipper*                                Type _____

2. Model: *DM500 Drill Stand*   S/N: *02 G 016*                     Age _____

3. Rated Spindle Speed *450/900*        Does Spindle Run True? *YES*

4. Fixed or adjustable speed? *2 Speed*    ✓ Fixed Speed    ϕ Adjustable Speed

5. Tachometer speed at time of investigation _____  Date _____


**Flange Dimensions**

1. Diameter-Back Flange *NA*              Outer Flange *NA*

2. Recess dimensions-Back Flange *NA*      Outer Flange *NA*

3. Is Back Flange fixed or keyed to spindle?   *NA*

4. Diameter and width of pilot (use micrometer to measure the diameter.)   *NA*

5. Are flange lands flat and smooth?  *NA*

6. Does the inner flange run true?  *NA*


**Mounting**

1. Did the wheel/blade fit easily on the arbor?
   *Core bit still on spindle at time of inspection. Anti seize compound applied to spindle to prevent bit from seizing on motor spindle. Bit came off motor spindle with minimal effort.*

2. Were blotters used? *NA*              Give dimensions *NA*

**Norton Construction Products**
**Form LM-708CPD**
**Report of Personal Injury Involving Abrasive Blades, Diamond Blades, Bits or Equipment**

**Operating Conditions**

1. Describe work piece and method. (Furnish photos or draw sketches)
   DM500 Core drill stand and 20 amp Milwaukee motor. The unit is also equipped with a GAST Vacuum pump. Silicone on upper slot plug. No upper slot plug gasket present.
   First Glance Observations:
   DM500 Serial Number 02G016
   Milwaukee Motor Model 4096, Serial Number Serial Number 798C60220020
   Vacuum Pump Model DOA-V185-AA Serial Number 0112114701 [Cord ripped out of case]
   Two Core Bits With Drill:
   (1) 3-1/2" diameter bit missing 5 segments
   (1) 4" diameter bit all segments present

2. Was heavy pressure or feed used?
   No sign of excessive feed pressure at handle or on carriage.

3. Did the wheel/blade get hot?

4. Was any side pressure, impact, or bumping involved in the operation? If so, mild or severe
   No present at the inspection could verify that the bits at the inspection are in fact the bits used on the day of the incident.

4

Norton Construction Products  P.O. Box 2898 Gainesville, Georgia 30503 Phone: 800-554-8003  Fax: 800-443-1092

Norton Construction Products
Form LM-708CPD
Report of Personal Injury Involving Abrasive Blades, Diamond Blades, Bits or Equipment
Use last pages for sketches or further information

Inspection Attendees
May 12th, 2005
10AM to 4:45PM EST

ATS
1190 Industrial Drive
Marietta, Georgia 30066-6603

| Name | Company | Phone Number |
|---|---|---|
| Don Shaver | Shaver Engineering | 404 636-9914 |
| Michael Herskowitz | Nelson-Mullins {URI Attorney} | 404 817-6103 |
| Paul Guthorn | Vollmer-Gray Engineering {URI Expert} | 562 427-8435 |
| Kevin Hornyak | St. Paul Travelers Insurance | 770 263-4924 |
| Mark Hickok | Milwaukee Electric Tool | 262 783-8656 |
| Gabriel Uriegas | Saint-Gobain Abrasives | 770 967-3954 |

## EQUIPMENT AVAILABLE FOR INSPECTION

I Core Drill
   Stand: DM500 Serial Number-02G016
   Milwaukee Motor: Model 4096 20 Amp, 115 v, 60HZ
   Vacuum Pump: GAST Model DOA-V185-AA  Serial Number 0112114701

II Core Bits (No confirmation that bits were with drill at time of incident)
   (1) 3-1/2" diameter bit missing five segments
   (1) 4" diameter bit with all segments present
   *No certainty as to the relationship of the bits to the incident.*

## CORE DRILL INSPECTION & EVALUATION

▶ DM 500 Stand Serial Number: 02G016
   <u>Column</u> The column appears undamaged with no sighns of twisting. The pinion rack is present and appears undamaged with all welds in tact and in good condition. The column mounting hardware is present and tight.
   <u>Base</u>-damage to the right edge of channel for vacuum gasket
   <u>Upper slot gasket</u>- missing
   <u>Upper slot insert</u>- the cast aluminum insert is permanently attached using what appears to be a silicone product.
   <u>Leveling screws</u>- are four screw are present and in good condition
   <u>Wheel dolly</u>- all hardware present and appears to be in good condition
   <u>Column</u>- all hardware present and no signs of twisting or bending is evident
   <u>Carriage</u>-all hardware is present and no visible signs of cracking or damage to the aluminum casting
   <u>Handle</u>- handle and mounting harware is present. No signs of bending or twisting on the handle or any of the nearby components of the handle.
   <u>Gibbs</u>-all gibbs are present along with the mounting hardware.

**Norton Construction Products**
**Form LM-708CPD**
**Report of Personal Injury Involving Abrasive Blades, Diamond Blades, Bits or Equipment**

**CORE DRILL INSPECTION & EVALUATION (Continued)**

▶ Gast Vacuum Pump Model DOA-V185A-AA Serial Number: 0112114701
  <u>Internal Inspection</u> – The internal diaphragm on the pump contains a large amount of contamination. The filters in the pump are deteriorated. The pump motor is seized and non-functional.
  <u>Upper slot gasket</u>- missing
  <u>Upper slot insert</u>- the cast aluminum insert is permanently attached using what appears to be a silicone product.
  <u>Water trap and plumbing</u> – Water trap and plumbing is present and in tact. Note: the water trap still contains water after 18 months of storage.
  <u>Power cord</u> – the power cord appears to have been ripped off the pump. The pump is not functional without the cord. (Cord attached during inspection) Pump Non-functional due to motor seizing.

▶ Switch Box
  <u>Power cord</u> – the wires on the <u>15 amp plug</u> are not connected and exposed. (Re-connected to test motor function during inspection)
  <u>Amp Meter</u> – Present and no signs of physical damage.
  <u>Toggle Switch</u> – Present and functional with no sign of exterior physical damage
  <u>Mounting Hardware</u> – Present and tight


Milwaukee Motor Model 4096, Serial Number Serial Number 798C60220020
  <u>Power cord</u> – Present with 15 amp plug with wires disconnected and exposed.
  <u>Water Swivel</u> – Present but in the wrong position. The water swivel is against the column making the attachment of a water hose impossible. It does not appear as if the water swivel is bent from twisting during operation.
  <u>Motor Mounting Plate</u> – The mounting plate and all hardware is present and tight. No physical signs of damage to the plate or hardware.
  <u>Motor Speed</u> – The motor is functional and operates at both the low and high speeds.