IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 1:05cv994-MHT |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), INC., et al., ) | |
| ) | |
|     Defendants. ) | |

ORDER

It is ORDERED that the motions in limine (doc. nos. 144-155, 159, & 162) are set for submission, without oral argument, on December 29, 2006, with all briefs due by said date.

DONE, this the 27th day of December, 2006.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE