IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05cv994-T |
| vs. ) | |
| ) | |
| UNITED RENTALS (NORTH ) | |
| AMERICA), Inc. et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO FILE RESONSES TO DEFENDANTS, UNITED RENTALS' and SAINT-GOBAIN'S MOTIONS TO EXCLUDE AND MOTIONS IN LIMINE**

COMES NOW Plaintiff in the above-styled matter and submits his Motion for Additional Time to Respond to recently filed Motions in Limine and Motions to Exclude filed by Defendants, United Rentals (North America), Inc., and Saint-Gobain, Inc.

1. On December 26th, Plaintiff received numerous Motions in Limine and Motions to Exclude filed by the defendants in this case.

2. Saint-Gobain has filed fifteen Motions in Limine.

3. Untied Rentals has filed twelve Motions in Limine.

4. United Rentals also filed one Motion to Exclude, which included separate request to exclude all three of Plaintiff's expert witnesses on liability.

5. Contemporaneously, Plaintiff filed fourteen Motions in Limine (which included Daubert challenges on two of defendants' expert witnesses) on December 26th, 2006.

6. On December 27th, Plaintiff's counsel received Orders from the Court advising that Responses and Briefs in Opposition to all pending Motions would be due on December 29th.

7.      The parties to this action have previously scheduled a mediation of this matter for December 28th, in Birmingham, with Mike Maddox.

8.      Counsel for all parties, along with the assistance of Mike Maddox, have been negotiating in earnest to reach a compromise settlement. Considerable progress has been made in the pre-mediation negotiations, and progress continues to be made, however, the parties have considerable differences yet to be resolved.

9.      The parties hoped to resolve the matter at mediation on December 28th, during face to face mediation.

10.     At the time of receipt of the Court's December 27th Orders setting Response times, Plaintiff and Plaintiff's counsel were preparing to leave from Dothan for Birmingham for the mediation scheduled for December 28th.

11.     In light of the Court's current deadlines, Plaintiff's counsel will need all available time to prepare adequate responses to pending motions by December 29th. Unfortunately, in order to prepare responses, Plaintiff's counsel will not be able to attend the face-to-face mediation currently set for December 28th.

12.     In order to attend the December 28th mediation, Plaintiff's counsel will need additional time to respond to currently pending Motions identified in the Court's Orders of December 27th (Documents 163, and 164).

13.     Plaintiff's Counsel has contacted counsel for each defendant regarding this matter. Counsel for Saint-Gobain (Robert Sprain) has advised that he joins in this Motion for Additional Time for the same reasons. Counsel for United Rentals has indicated that United Rentals has no objection for additional time for all parties to respond to pending Motions.

WHEREFORE, in order to allow the face-to-face mediation to take place as scheduled, Plaintiff Moves and request on behalf of all parties, an additional two business days, or until January 3rd, 2007, in which to file responses to all currently pending Motions in Limine and Motions to Exclude as identified in the Court's Orders on December 27th

**RESPECTFULLY SUBMITTED** this 27th day of December, 2006.

**COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**


/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 27th day of December, 2006:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

/s/ Joseph D. Lane
**OF COUNSEL**