IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW RILEY, )<br>)<br>  Plaintiff, )<br>) <br> v. )<br>)<br>UNITED RENTALS (NORTH )<br>AMERICA), INC., et al., )<br>)<br>  Defendants. ) | CIVIL ACTION NO.<br>1:05cv994-MHT |

# ORDER

It is ORDERED as follows:

(1) The motion for additional time (Doc. No. 165) is granted.

(2) The submission of the motions in limine and to exclude (Doc. Nos. 144-156, 159, & 162) is extended to January 3, 2007, with all briefs due by said date.

DONE, this the 28th day of December, 2006.

                                         /s/ Myron H. Thompson  
                                    UNITED STATES DISTRICT JUDGE