IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05cv994-T |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S BRIEF IN OPPOSITION TO**
**UNITED RENTALS' FIRST MOTION IN LIMINE**

COMES NOW Plaintiff in the above-styled matter and submits his Brief in Opposition to United Rentals' First Motion in Limine.

United Rentals ask that no evidence be admitted concerning any other lawsuits that United Rentals has been a party, and any facts concerning settlement of any such claims or lawsuits. Plaintiff has no objections to this request in general. Plaintiff reserves the right to raise this issue should a defendant "open the door" to such evidence, requiring rebuttal evidence to be presented.

**RESPECTFULLY SUBMITTED** this 3rd day of January, 2007.

    **COCHRAN, CHERRY, GIVENS,**
    **SMITH, LANE & TAYLOR, P.C.**

    /s/ Joseph D. Lane
    **JOSEPH D. LANE**
    Alabama Bar No. 118498
    163 W. Main Street
    Post Office Box 927
    Dothan, Alabama 36302
    (334) 793-1555
    (334) 793-8280 (facsimile)
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 3rd day of January, 2007:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

                                                  /s/ Joseph D. Lane
                                                  **OF COUNSEL**