IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.:  1:05cv994-T |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S BRIEF IN OPPOSITION TO**
**UNITED RENTALS' SECOND MOTION IN LIMINE**

COMES NOW Plaintiff in the above-styled matter and submits his Brief in Opposition to United Rentals' Second Motion in Limine.

United Rentals ask that no evidence be admitted concerning "problems with other equipment rented by United Rentals, not related to core drill machines." United Rentals claims that such evidence is irrelevant or that the probative value of such evidence is substantially outweighed by the potential for unfair prejudice. Plaintiff disagrees.

In this case, Plaintiff has made claims against United Rentals based upon AEMLD and negligent maintenance. United rentals has defended its actions by asserting that its procedures in inspecting and maintaining its equipment is such that it could not have been negligent in the maintenance of the machine in question. Consequently, United Rentals has called into question its own procedures, and whether those procedures are met during the renting process. The evidence in this case indicates that United Rentals has failed to comply with its own procedures when renting other portable power tools to Ralcorp or other entities for whom the witnesses has worked for. Such evidence is highly probative of United Rentals compliance with the procedures it says its employees

follow in inspecting and preparing equipment for the next rental.  To deny Plaintiff the opportunity to present this evidence would prevent Plaintiff from any meaningful cross examination of United Rentals on the United Rentals' key defense on the negligent maintenance and repair issue.

Plaintiff respectfully request that United Rentals' Motion on this issue be denied.

**RESPECTFULLY SUBMITTED** this 3rd day of January, 2007.

                                                    **COCHRAN, CHERRY, GIVENS,**
                                                  **SMITH, LANE & TAYLOR, P.C.**

                                                  /s/ Joseph D. Lane_____
                                                **JOSEPH D. LANE**
                                                Alabama Bar No. 118498
                                                163 W. Main Street
                                                Post Office Box 927
                                                Dothan, Alabama  36302
                                                (334) 793-1555
                                                (334) 793-8280 (facsimile)
                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 3rd day of January, 2007:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

/s/ Joseph D. Lane
**OF COUNSEL**