IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:05cv994-T** |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S BRIEF IN OPPOSITION TO
UNITED RENTALS' SEVENTH MOTION IN LIMINE**

COMES NOW Plaintiff in the above-styled matter and submits his Brief in Opposition to United Rentals' Seventh Motion in Limine.

United Rentals ask that no evidence be admitted concerning whether a witness in this case, Kenneth Tew, has ever worked with representatives of Sprain & Associates, P.C. and/or Ball, Ball, Matthews & Novak. Plaintiff disagrees that he should be prevented from inquiring about the potential biases of any witness, including Mr. Tew.

In this matter, it is undisputed that Mr. Tew currently works for the insurance industry as an insurance adjuster. The very nature of his work places him in an adverse position to individuals who have suffered personal injury, and certainly affect his objectivity on such matters. United Rentals' Motion appears to suggest that Plaintiff should be precluded from asking about Mr. Tew's potential biases on cross examination. United Rentals has cited no case or rule supporting its proposition that Plaintiffs' inquiry should be limited in this manner.

While Plaintiff's inquiry may not include asking about Mr. Tew's relationship with defense counsel, there is certainly no reason why such inquiry should be limited. Either he has prior

experience with defense counsel or he doesn't.  There is no question that evidence of Mr. Tew's current profession and occupation is highly probative of a general bias against Plaintiff.  If that occupation includes working with defense counsel, it becomes even more probative of bias.  Such inquiry and evidence should not be limited, and Plaintiff requests the Court to deny United Rentals' Seventh Motion in Limine accordingly.

**RESPECTFULLY SUBMITTED** this 3rd day of January, 2007.

        **COCHRAN, CHERRY, GIVENS,
SMITH, LANE & TAYLOR, P.C.**


/s/ Joseph D. Lane
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 3rd day of January, 2007:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

                                        /s/ Joseph D. Lane
                                        **OF COUNSEL**