IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:05cv994-T** |
| vs. ) | |
| ) | |
| **UNITED RENTALS (NORTH** ) | |
| **AMERICA), Inc. et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**PLAINTIFF'S BRIEF IN OPPOSITION TO**
**UNITED RENTALS' ELEVENTH MOTION IN LIMINE**

COMES NOW Plaintiff in the above-styled matter and submits his Brief in Opposition to United Rentals' Eleventh Motion in Limine.

United Rentals ask that no evidence be admitted concerning Medical Records and Medical Billing not properly authenticated, or lacking foundation. To the extent that defendants have not previously agreed to the admissibility of records, Plaintiff will establish the basis for the admissibility of any such records at trial. Plaintiff has subpoenaed necessary witnesses to provide necessary authentication of records, not stipulated to by defendants. Plaintiff would seek costs associated with providing this testimony at trial.

Plaintiff requests this Honorable Court to deny United Rentals' Eleventh Motion in Limine accordingly.

**RESPECTFULLY SUBMITTED** this 3rd day of January, 2007.

                                                    **COCHRAN, CHERRY, GIVENS,**
                                                    **SMITH, LANE & TAYLOR, P.C.**

/s/ Joseph D. Lane_____
**JOSEPH D. LANE**
Alabama Bar No. 118498
163 W. Main Street
Post Office Box 927
Dothan, Alabama  36302
(334) 793-1555
(334) 793-8280 (facsimile)
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 3rd day of January, 2007:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

                                             /s/ Joseph D. Lane
                                             **OF COUNSEL**