## AltaCare Outpatient Behavioral Health Services
## Therapy Participation Record

Patient Name: Matthew Riley

RILEY, MATTHEW
NKDA/NKFA/NKLA/NDM
000287951  2330181  5/14/1976  27 M
HICKS, CHARLES R                10/6/2003

Date: 10/6/03    Time In: 12:30    Time Out: 2:00

☐ Group Session
☒ Individual Session
☐ Family Session

Group:
☐ Education         ☒ Psychotherapy         ☐ Therapeutic Recreation

Focus:
☐ Anger Management      ☐ Self-Esteem          ☐ Coping Skills
☐ Stress Management     ☐ Relaxation           ☐ Communication Skills
☐ Disease Education     ☐ Skill Development    ☐ Relationship Issues
☐ Community Reintegration                      ☒ Other A&D Education

Problems: # 1   Problems: #

Objectives: # 4a   Objectives: #

Participation:
☒ Active    ☐ With Prompting   ☐ Passive   ☐ Resistant

Dominate Mood: cooperative

Dominate Affect: ☐ Flat   ☐ Restricted   ☐ Broad   ☒ Normal

A psychosocial assessment was done on pt at the beginning of the A&D session. The purpose of the rest of the session was to educate on the harmful effects of Marijuana. Pt was given a handout about MJ and it was read and discussed with the therapist. Pt had explained during the assessment the reason he is in rehab is because of a positive UDS given at the hospital when he was injured on his job. During the A&D session he went into more detail as to the severity of the accident. Pt had recently started working third shift and was having trouble sleeping during the day so he used MJ to relax. He claims to have used when he was in his early 20's, but had only recently begun to use again. His work place does not do drug screens so he thought he would not be caught.

Plan: Continue to educate about substance abuse.

_Deborah Kirkland, MS_
Signature

**EXHIBIT**
18 McLurlan

R___ MATTHEW
NK_A/NKFA/NKLA/NDM
000287951  2330181  5/14/1976  27  M
HICKS, CHARLES R                10/6/2003

Southeast Alabama
**MEDICAL CENTER**

ALTACARE

Patient Name: _Matt Riley_

## SUMMARY OF SUBSTANCE ABUSE PROBLEMS

### ALCOHOL:

What form (Beer, Whiskey, ETC.): _Beer Light_
Frequency of use: _1-2 X_
Amount used (per day, week, etc.): _per month / less than 6 pack_
Age of onset? _19_   Last Usage: _July 4, 2003_

### ILLEGAL DRUGS:

Which Drugs? (Marijuana, Cocaine, Ecstasy, Crack, Crank, ETC.) _last use 8/28/03_

Amount & Frequency of Use:
Age at onset? _21_
Any misuse of Prescription Medications? _None - But lean hydro_
Smoking (Amount, Age at onset, any problems associated with use? _1/2 pk per day_
Caffeine (Amount, Frequency): _"Sweet tea"_
Does patient have a history of withdrawal upon cessation of substances (Give Details): _Denies_
Problems associated with substance use (The impact of use of substances on the following areas of your life):
Legal problems (current or past): _DUI in 1998_
Financial (estimate how much money drinking/using has cost you):
Work or School Problems:
Relationships (Marriage, Family, Children): _N/A_
Health (Past, Current, or Projective):

Has your life been affected by any of the following mood-altering experiences?
☒ Gambling
☒ Sexual             ) _None_
☐ Shopping
☐ Internet
☐ Food

Or any other behaviors negatively affecting your quality of life? _N/A_

RILEY, MATTHEW
NKDA/NKFA/NKLA/NDM
000287951  2330181  5/14/1976  27  M
HICKS, CHARLES R                10/6/2003

Southeast Alabama
**MEDICAL
CENTER**

# ALTACARE

Patient Name: __MATHEW RILEY__

## INTAKE ASSESSMENT SUMMARY

If the recommendation is for admission to AltaCare, give a brief summary of the reasons for admission, treatment goals and preliminary discharge planning: 27-YEAR-OLD SWM, FAILED A DRUG SCREEEN AT WORK ON 8/29/03. HE WAS INJURED IN AN ACCIDENT AND THE UDS WAS DONE AS PART OF THAT PROCEDURE. HIS SCREEN SHOWED POSITIVE FOR MARIJUANA. MATT REPORTS THAT HE HAD BEEN USING MARIJUANA PERIODICALY TO HELP HIM SLEEP. HE HAD RECENTLY CHANGED SHIFTS AND WAS HAVING DIFFICULTY INITIATING SLEEP.

DENIES ANY OTHER DRUGS. MODERATE ALCOHOL INTAKE. HAS BEEN PRESCRIBED PERCOSET AND DARVOCET FOR THE PAIN RESULTING FROM HIS INJURIES. MATT HAS HAD TWO FACIAL SURGIERIES IN THE PAST TWO WEEKS DUE TO THE ACCIDENTAL INJURY. HE DENIES MISUSING THE PAIN MEDS.

DENIES DEPRESSION OR ANXIETY SYMPTOMS. APPEARS COMPLIANT AND MOTIVATED FOR TREATMENT.

STATED HE HAS NOT USED MARIJUANA SINCE THE ACCIDENT ON 8/29.

_Assessment Clinician Signature_    9/10/03  Date

_Reviewed by Physician_             10-6-03  Date

**DEFENDANT'S EXHIBIT**
12