## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  1:05cv994-T** |
| **vs.** | ) | |
| | ) | |
| **UNITED RENTALS (NORTH** | ) | |
| **AMERICA), Inc. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## PLAINTIFF'S SECOND SUPPLEMENTAL EXHIBIT LIST

COMES NOW Plaintiff in the above-styled matter and submits his Second Supplemental Exhibit List as follows:

**Please add the following exhibits:**

**Plaintiff's**
**Exhibit No.**      **Description**

The Deposition and Testimony of Bettye Brown:

| | |
|---|---|
| 244. | Exhibit 1:  Flowers ER Nursing Progress Notes 8/29/03 |
| 245. | Exhibit 2:  Letter from Sherrer to Flavor House 9/05/03 |
| 246. | Exhibit 3:  Letter from Sherrer to Flavor House 8/25/03 |
| 247. | Exhibit 4:  Photograph (Walters' Ex. 001) |

The Deposition and Testimony of Deborah Kirkland:

From Defendant:

| | |
|---|---|
| 248. | Exhibit 1:  New Patient Questionnaire |
| 249. | Exhibit 2 – 7:  Psychosocial Assessment 10/06/03 |
| 250. | Exhibit 8:  Therapy Participation Record 10/06/03 |
| 251. | Exhibit 9:  Therapy Participation Record 10/07/03 |
| 252. | Exhibit 10:  Therapy Participation Record 10/07/03 |
| 253. | Exhibit 11:  Interdisciplinary Treatment Plan |
| 254. | Exhibit 12:  Therapy Participation Record 10/08/03 |
| 255. | Exhibit 13:  Therapy Participation Record 10/08/03 |
| 256. | Exhibit 14:  Therapy Participation Record |
| 257. | Exhibit 15:  Therapy Participation Record |

258.   Exhibit 16: Therapy Participation Record 10/10/03
259.   Exhibit 17: Therapy Participation Record
260.   Exhibit 18: Therapy Participation Record 10/15/03
261.   Exhibit 19: Therapy Participation Record 10/15/03
262.   Exhibit 20: AltaCare Records

From Plaintiff:

263.   Exhibit 1: Specimen 61142, 10/07/03
264.   Exhibit 2: Specimen 76732, 10/14/03

The Deposition and Testimony of David Turok, M.D.:

265.   Exhibit 1: Report of Operation 8/29/03
266.   Exhibit 2: Report of Operation 9/22/03
267.   Exhibit 3: Radiology Report 8/29/03
268.   Exhibit 4: Report of Operation 12/15/03
269.   Exhibit 5: Letter from Genex to Turok
270.   Exhibit 6: Report of Operation 6/21/04
271.   Exhibit 7: Billing
272.   Exhibit 8: Office Records of Southeast Eye Clinic
273.   Exhibit 9: Letter from Barham to Carlisle

The Deposition and Testimony of Charles E. Prewitt:

274.   Exhibit 1: CV and Previous Testimony
275.   Exhibit 2: Owners Manual DM450 & DM500 Core Drills
276.   Exhibit 3: Oil-Less Diaphragm Vacuum Pumps &
      Compressors Manual
277.   Exhibit 4: Milwaukee Operators Manual
278.   Exhibit 5: Xerox copy of CD
279.   Exhibit 6: Job Summary Sheet
280.   Exhibit 7: Handwritten Notes 12/11/06
281.   Exhibit 8: Letter from Shires to Prewitt 10/24/06
282.   Exhibit 9: Deposition Notice
283.   Exhibit 10: Prewitt Report 12/06/06
284.   Exhibit 11: ATS Chemical Test Report 7/13/05
285.   Exhibit 12: Matthew Riley Deposition Notes
286.   Exhibit 13: Michael Waters Deposition Notes
287.   Exhibit 14: Gabriel Uriegas Deposition Notes
288.   Exhibit 15: Roger Davis Deposition Notes
289.   Exhibit 16: Kenneth Tew Deposition Notes
290.   Exhibit 17: Donald Cody Deposition Notes
291.   Exhibit 18: William Mixon Deposition Notes
292.   Exhibit 19: Michael Walters Deposition Notes
293.   Exhibit 20: Aaron Myers Deposition Notes

294.        Exhibit 21:  James Mason Deposition Notes
295.        Exhibit 22:  Timothy Whitecotton Deposition Notes
296.        Exhibit 23:  Xerox Copy of File Folder Label
297.        Exhibit 24:  Accident Reporting and Treatment Form
298.        Exhibit 25:  Core drill Manufacturer Info From Internet
299.        Exhibit 26:  Photocopies of Photographs
300.        Exhibit 27:  Davis Calculations and Exhibits
301.        Exhibit 28:  United Rental Documents
302.        Exhibit 29:  Rental History and Handwritten Notes
303.        Exhibit 30:  Report of Mark Hickok 6/15/05
304.        Exhibit 31:  Fee Schedule
305.        Exhibit 32:  George Kennedy Deposition Notes
306.        Exhibit 33:  Joseph Adam Hall Deposition
307.        Exhibit 34:  Invoices

The Deposition and Testimony of Charles Roby Hicks, Jr.:

308.        Exhibit 1:  Medical Records
309.        Exhibit 2:  Physician's Discharge 10/23/03
310.        Exhibit 3 – 4:  Discharge Summary 11/06/03
311.        Exhibit 5 – 6:  Admission History and Physical 10/07/03
312.        Exhibit 7:  Medication Review Sheet
313.        Exhibit 8:  Physician's Orders
314.        Exhibit 9:  Physician's Orders
315.        Exhibit 10:  Physicians Progress Notes
316.        Exhibit 11:  Physicians Progress Notes
317.        Exhibit 12:  Intake Assessment Summary
318.        Exhibit 13:  Schema Questionnaire 10/07/03

The Deposition and Testimony of C. Andrew Robinson:

From Defendant:

319.        Exhibit 14:  AltaCare Record 10/06/03
320.        Exhibit 15:  AltaCare Record 10/06/03
321.        Exhibit 16:  AltaCare Record 10/07/03

From Plaintiff:

322.        Exhibit 1:  Opinions of Dr. Robinson 11/29/06
323.        Exhibit 2:  AltaCare Intake Assessment
324.        Exhibit 3:  AltaCare Record 10/14/03
325.        Exhibit 4:  AltaCare Record 10/06/03
326.        Exhibit 5:  Summary of Substance Abuse Problems
327.        Exhibit 6:  Summaries of Literature Reviewed
328.        Exhibit 7:  Reference to Chapter 5 of Textbook

329.        Exhibit 8:  AltaCare Medical Records
330.        Exhibit 9:  Robinson CV
331.        Exhibit 10:  Handwritten Notes
332.        Exhibit 11:  E-mail Listing Fees
333.        Exhibit 12:  List of Previous Cases
334.        Exhibit 13:  Chapter 5 on Marijuana
335.        Exhibit 14:  Workshop Slide Presentation

The Deposition and Testimony of Paul S. Guthorn:

336.        Exhibit 1:  Report 8/31/06
337.        Exhibit 2:  CV dated 8/21/06
338.        Exhibit 3:  Fee Schedule
339.        Exhibit 4:  Listing of Testimony
340.        Exhibit 5:  Tomas Nance Deposition Notes
341.        Exhibit 6:  Donald Cody Deposition Notes
342.        Exhibit 7:  Adam Hall Deposition Noted
343.        Exhibit 8:  William Mixon Deposition Notes
344.        Exhibit 9:  James Mason Deposition Notes
345.        Exhibit 10:  Aaron Myers Deposition Notes
346.        Exhibit 11:  Michael Walters Deposition Notes
347.        Exhibit 12:  Highlighted Deposition of Matthew Riley
348.        Exhibit 13:  Highlighted Deposition of Timothy Whitecotton
349.        Exhibit 14:  Highlighted Deposition of Kenneth Tew
350.        Exhibit 15:  Response to Notice of Deposition, Vol. 1
351.        Exhibit 16-30:  Photographs
352.        Exhibit 31:  Photos DSC 0201-0220
353.        Exhibit 32:  Photo DSC 0207
354.        Exhibit 33:  Zoomed in Photo DSC 0207
355.        Exhibit 34:  Invoices
356.        Exhibit 35:  Photos DSC 0037-0058
357.        Exhibit 36:  Photos DSC 0117-0200
358.        Exhibit 37:  Research Material
359.        Exhibit 38:  Photos and CAD Drawings
360.        Exhibit 39:  Oil-Less Diaphragm Vacuum Pumps and
            Compressors Manual
361.        Exhibit 40:  Photograph
362.        Exhibit 41:  Photograph
363.        Exhibit 42:  Photograph
364.        Exhibit 43:  Photograph
365.        Exhibit 44:  Photograph
366.        Exhibit 45:  Shipping Receipt
367.        Exhibit 46:  Milwaukee Owners Manual
368.        Exhibit 47:  DM500 Owners Manual
369.        Exhibit 48:  Gast Vacuum Pump Manual
370.        Exhibit 49:  Inspection Notes 5/05

371.          Exhibit 50.  Flavor House Core Drill Rental History
372.          Exhibit 51.  NED Model 2001 Core Drill

373.          Plaintiff also supplements the Milwaukee Operator's as attachment 1.

374.          Plaintiff also supplements the Affidavit of Kevin S. Merigian as attachment 2
              regarding his report referenced in his deposition testimony.

**RESPECTFULLY SUBMITTED** this 3rd, day of January, 2007.

                              **COCHRAN, CHERRY, GIVENS,**
                              **SMITH, LANE & TAYLOR, P.C.**

                              /s/ Joseph D. Lane
                              **JOSEPH D. LANE**
                              Alabama Bar No. 118498
                              163 W. Main Street
                              Post Office Box 927
                              Dothan, Alabama  36302
                              (334) 793-1555
                              (334) 793-8280 (facsimile)
                              Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by emailing a copy to each recipients email address on file and by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 3rd day of January, 2007:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama 36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

/s/ Joseph D. Lane
**OF COUNSEL**

# ATTACHMENT  1



# OPERATOR'S MANUAL
# MANUEL de L'UTILISATEUR
# MANUAL del OPERADOR

**DYMODRILLS**
**FOREUSES DYMODRILL**
**DYMODRILLS**

| | | |
|---|---|---|
| Cat. No. | 4004 | 20A |
| Cat. No. | 4005 | 20A |
| Cat. No. | 4079 | 20A |
| Cat. No. | 4090 | 15A |
| Cat. No. | 4092-20 | 15A |
| Cat. No. | 4094 | 20A |
| Cat. No. | 4096 | 20A |
| Cat. No. | 4097-20 | 15A |

**DYMORIGS**
**OUTILLAGE DYMORIG**
**DYMORIGS**

| | | |
|---|---|---|
| Cat. No. | 4115 | Small base |
| | | Petite base |
| | | Base pequeña |
| Cat. No. | 4125 | Small base |
| | | Petite base |
| | | Base pequeña |
| Cat. No. | 4120 | Large base |
| | | Grande base |
| | | Base grande |
| Cat. No. | 4130 | Large base |
| | | Grande base |
| | | Base grande |

**HEAVY-DUTY DIAMOND CORING EQUIPMENT**

**EXTRA ROBUSTE OUTILLAGE DE CAROTTAGE AU DIAMANT**

**EQUIPO DE PERFORACION CON PUNTAS DE DIAMANTE PARA TRABAJOS PESADOS**

*TO REDUCE THE RISK OF INJURY, USER MUST READ AND UNDERSTAND OPERATOR'S MANUAL.*

*AFIN DE RÉDUIRE LE RISQUE DE BLESSURES, L'UTILISATEUR DOIT LIRE ET BIEN COMPRENDRE LE MANUEL DE L'UTILISATEUR.*

*PARA REDUCIR EL RIESGO DE LESIONES, EL USUARIO DEBE LEER Y ENTENDER EL MANUAL DEL OPERADOR.*

## GENERAL SAFETY RULES — FOR ALL POWER TOOLS

 **WARNING!**

### READ ALL INSTRUCTIONS

Failure to follow all instructions listed below may result in electric shock, fire and/or serious injury. The term "power tool" in all of the warnings listed below refers to your mains-operated (corded) power tool or battery-opearted (cordless) power tool.

### SAVE THESE INSTRUCTIONS

### WORK AREA SAFETY

1. **Keep work area clean and well lit.** Cluttered or dark areas invite accidents.

2. **Do not operate power tools in explosive atmospheres, such as in the presence of flammable liquids, gases, or dust.** Power tools create sparks which may ignite the dust or fumes.

3. **Keep children and bystanders away while operating a power tool.** Distractions can cause you to lose control.

### ELECTRICAL SAFETY

4. **Power tool plugs must match the outlet. Never modify the plug in any way. Do not use any adapter plugs with earthed (grounded) power tools.** Unmodified plugs and matching outlets will reduce risk of electric shock.

5. **Avoid body contact with earthed or grounded surfaces such as pipes, radiators, ranges and refrigerators.** There is an increased risk of electric shock if your body is earthed or grounded.

6. **Do not expose power tools to rain or wet conditions.** Water entering a power tool will increase the risk of electric shock.

7. **Do not abuse the cord. Never use the cord for carrying, pulling, or unplugging the power tool. Keep cord away from heat, oil, sharp edges, or moving parts.** Damaged or entangled cords increase the risk of electric shock.

8. **When operating a power tool outdoors, use an extension cord suitable for outdoor use.** Use of a cord suitable for outdoor use reduces the risk of electric shock.

### PERSONAL SAFETY

9. **Stay alert, watch what you are doing and use common sense when operating a power tool. Do not use a power tool while you are tired or under the influence of drugs, alcohol or medication.** A moment of inattention while operating power tools may result in serious personal injury.

10. **Use safety equipment. Always wear eye protection.** Safety equipment such as dust mask, non-skid safety shoes, hard hat, or hearing protection used for appropriate conditions will reduce personal injuries.

11. **Avoid accidental starting. Ensure the switch is in the off-position before plugging in.** Carrying tools with your finger on the switch or plugging in power tools that have the switch on invites accidents.

12. **Remove any adjusting key or wrench before turning the power tool on.** A wrench or a key left attached to a rotating part of the power tool may result in personal injury.

13. **Do not overreach. Keep proper footing and balance at all times.** This enables better control of the power tool in unexpected situations.

14. **Dress properly. Do not wear loose clothing or jewellery. Keep your hair, clothing and gloves away from moving parts.** Loose clothes, jewellery, or long hair can be caught in moving parts.

15. **If devices are provided for the connection of dust extraction and collection facilities, ensure these are connected and properly used.** Use of these devices can reduce dust-related hazards.

### POWER TOOL USE AND CARE

16. **Do not force the power tool. Use the correct power tool for your application.** The correct power tool will do the job better and safer at the rate for which it was designed.

17. **Do not use the power tool if the switch does not turn it on and off.** Any power tool that cannot be controlled with the switch is dangerous and must be repaired.

18. **Disconnect the plug from the power source and/or the battery pack from the power tool before making any adjustments, changing accessories, or storing power tools.** Such preventive safety measures reduce the risk of starting the tool accidentally.

19. **Store idle power tools out of the reach of children and do not allow persons unfamiliar with the power tools or these instructions to operate power tools.** Power tools are dangerous in the hands of untrained users.

20. **Maintain power tools. Check for misalignment or binding of moving parts, breakage of parts and any other condition that may affect the power tool's operation. If damaged, have the power tool repaired before use.** Many accidents are caused by poorly maintained power tools.

21. **Keep cutting tools sharp and clean.** Properly maintained cutting tools with sharp cutting edges are less likely to bind and are easier to control.

22. **Use the power tool, accessories and tool bits etc., in accordance with these instructions and in the manner intended for the particular type of power tool, taking into account the working conditions and the work to be performed.** Use of the power tool for operations different from those intended could result in a hazardous situation.

### SERVICE

23. **Have your power tool serviced by a qualified repair person using only identical replacement parts.** This will ensure that the safety of the power tool is maintained.

## SPECIFIC SAFETY RULES

1. **Hold power tools by insulated gripping surfaces when performing an operation where the cutting tool may contact hidden wiring or its own cord.** Contact with a "live" wire will make exposed metal parts of the tool "live" and shock the operator.

2. **Wear ear protectors with impact drills.** Exposure to noise can cause hearing loss.

3. **Use auxiliary handles supplied with the tool.** Loss of control can cause personal injury.

4. **Maintain tools carefully.** Keep handles dry, clean and free from oil and grease. Keep cutting edges sharp and clean. Follow instructions for lubricating and changing accessories. Periodically inspect tool cords and extension cords for damage. Have damaged parts repaired or replaced by a *MILWAUKEE* service facility.

5. **Maintain labels and nameplates.** These carry important information. If unreadable or missing, contact a *MILWAUKEE* service facility for a free replacement.

6. **WARNING!** Some dust created by power sanding, sawing, grinding, drilling, and other construction activities contains chemicals known to cause cancer, birth defects or other reproductive harm. Some examples of these chemicals are:

   - lead from lead-based paint
   - crystalline silica from bricks and cement and other masonry products, and
   - arsenic and chromium from chemically-treated lumber.

   Your risk from these exposures varies, depending on how often you do this type of work. To reduce your exposure to these chemicals: work in a well ventilated area, and work with approved safety equipment, such as those dust masks that are specifically designed to filter out microscopic particles.

7. **Always use anchor bolts to secure the base on cracked, uneven, porous or vertical surfaces.**

8. **Diamond coring equipment requires the use of water.** Since the use of electrical equipment in wet areas is hazardous, the equipment must be grounded (see "Grounding"). Wear insulated footwear and gloves for extra protection against shock hazards.

9. **Provide proper protection for people and property below the coring area when coring through floors.**

10. **A meter box must always be used with Diamond Coring Equipment so that amperage can be monitored.** See "Accessories".

## Specifications

| Catalog No. | Amps | Volts | Motor Protection | Speed (RPM) | Suggested Diameters in Medium Aggregate |
|---|---|---|---|---|---|
| 4004 | 20 | 120 | Clutch | Low - 300 | Low - 7" - 14" |
| | | | | High - 600 | High - 4" - 7" |
| 4005 | 20 | 120 | Clutch | Low - 600 | Low - 4" - 7" |
| | | | | High - 1200 | High - 3/4" - 4" |
| 4079 | 20 | 120 | Shear Pin | Low - 300 | Low - 7" - 14" |
| | | | | High - 600 | High - 4" - 7" |
| 4090 | 15 | 120 | Shear Pin | Low - 375 | Low - 5" - 8" |
| | | | | High - 750 | High - 2-1/2" - 5" |
| 4092-20 | 15 | 120 | Clutch | Low - 375 | Low - 5" - 8" |
| | | | | High - 750 | High - 2-1/2" - 5" |
| 4094 | 20 | 120 | Shear Pin | Low - 450 | Low - 6" - 10" |
| | | | | High - 900 | High - 2" - 6" |
| 4096 | 20 | 120 | Clutch | Low - 450 | Low - 6" - 10" |
| | | | | High - 900 | High - 2" - 6" |
| 4097-20 | 15 | 120 | Clutch | Low - 500 | Low - 3" - 5" |
| | | | | High - 1000 | High - 1-1/4" - 3" |

## Symbology

| | |
|---|---|
| UL | Underwriters Laboratories, Inc. |
| CSA | Canadian Standards Association |
| V~ | Volts Alternating Current |
| $^{n_0}$xxxx/min. | No Load Revolutions per Minute (RPM) |
| A | Amperes |

## FUNCTIONAL DESCRIPTION



1. Twist-lock plug
2. Cord
3. Gear/shiftlever
4. Water shut-off valve
5. Threaded spindle

**Clutch model**

1. Twist-lock plug
2. Cord
3. Gear shift lever
4. Water shut-off valve
5. Spindle sleeve
6. Retaining ring
7. Shear pin

**Shear pin model**

## GROUNDING



### ⚠ WARNING!

**Improperly connecting the grounding wire can result in the risk of electric shock. Check with a qualified electrician if you are in doubt as to whether the outlet is properly grounded. Do not modify the plug provided with the tool. Never remove the grounding prong from the plug. Do not use the tool if the cord or plug is damaged. If damaged, have it repaired by a MILWAUKEE service facility before use. If the plug will not fit the outlet, have a proper outlet installed by a qualified electrician.**

*MILWAUKEE* Dymodrills are provided with a 20 amp locking plug (NEMA L5-20). *MILWAUKEE* meter boxes may be provided with either a 20 amp locking plug or a 30 amp (NEMA L5-30) locking plug depending on the model .

### Grounded Tools:
### Tools with Three Prong Plugs

Tools marked "Grounding Required" have a three wire cord and three prong grounding plug. The plug must be connected to a properly grounded outlet (See Figures A and B). If the tool should electrically malfunction or break down, grounding provides a low resistance path to carry electricity away from the user, reducing the risk of electric shock.



**Fig. A**

The grounding prong in the plug is connected through the green wire inside the cord to the grounding system in the tool. The green wire in the cord must be the only wire connected to the tool's grounding system and must never be attached to an electrically "live" terminal.

Your tool must be plugged into an appropriate outlet, properly installed and grounded in accordance with all codes and ordinances. The plug and outlet should look like those in Figures A and B.



**Fig. B**

### Double Insulated Tools:
### Tools with Two Prong Plugs

Tools marked "Double Insulated" do not require grounding. They have a special double insulation system which satisfies OSHA requirements and complies with the applicable standards of Underwriters Laboratories, Inc., the Canadian Standard Association and the National Electrical Code. Double Insulated tools may be used in either of the 120 volt outlets shown in Figures C and D.



**Fig. C**



**Fig. D**

### ⚠ WARNING!

**To reduce the risk of injury, always use a Ground Fault Circuit Interrupter (GFCI) with diamond coring equipment to reduce the risk of shock hazards. Always position the GFCI as close as possible to the power source.**

## EXTENSION CORDS

Grounded tools require a three wire extension cord. Double insulated tools can use either a two or three wire extension cord. As the distance from the supply outlet increases, you must use a heavier gauge extension cord. Using extension cords with inadequately sized wire causes a serious drop in voltage, resulting in loss of power and possible tool damage. Refer to the table shown to determine the required minimum wire size.

The smaller the gauge number of the wire, the greater the capacity of the cord. For example, a 14 gauge cord can carry a higher current than a 16 gauge cord. When using more than one extension cord to make up the total length, be sure each extension cord contains at least the minimum wire size required. If you are using one extension cord for more than one tool, add the nameplate amperes and use the sum to determine the required minimum wire size.

### Guidelines for Using Extension Cords

* If you are using an extension cord outdoors, be sure it is marked with the suffix "W-A" ("W" in Canada) to indicate that it is acceptable for outdoor use.

* Be sure your extension cord is properly wired and in good electrical condition. Always replace a damaged extension cord or have it repaired by a qualified person before using it.

* Protect your extension cords from sharp objects, excessive heat and  damp or wet areas.

**Recommended Minimum Wire Gauge
for Extension Cords***

| Nameplate Amperes | Extension Cord Length | | | | | |
|---|---|---|---|---|---|---|
| | 25' | 50' | 75' | 100' | 150' | 200' |
| 0 - 5 | 16 | 16 | 16 | 14 | 12 | 12 |
| 5.1 - 8 | 16 | 16 | 14 | 12 | 10 | -- |
| 8.1 - 12 | 14 | 14 | 12 | 10 | -- | -- |
| 12.1 - 15 | 12 | 12 | 10 | 10 | -- | -- |
| 15.1 - 20 | 10 | 10 | 10 | -- | -- | -- |

* Based on limiting the line voltage drop to five volts at 150% of the rated amperes.

**READ AND SAVE ALL INSTRUCTIONS
FOR FUTURE USE.**

## TOOL ASSEMBLY



**⚠ WARNING!**

To reduce the risk of injury, always unplug tool before attaching or removing accessories or making adjustments. Use only specifically recommended accessories. Others may be hazardous.

**Assembling Dymorigs & Vac-U-Rig® Stands**

For Cat. No. 4125 & 4130 only (Fig. 1).



Fig. 1

Handle spoke
Cradle assembly
Column
Hex bolt
Base
Leveling screws (4)
Socket set screws (2)
Column bolts

1. Set the base on the ground. Loosen the hex bolt and nut (wrench not supplied). Raise the column upright.

2. **To core vertically or horizontally,** insert the large column bolt (provided in separate accessory bag) through the bottom of column and into the base. Tighten hex bolt and nut (wrench not supplied).

   **To angle core,** tilt the column to the desired angle and tighten the hex bolt and nut. Save the column bolt for future use when vertical or horizontal coring.

3. Tighten the two (2) black socket set screws located on the base with the supplied wrench.

4. Screw the four (4) handle spokes (provided in separate accessory bag) into the hub on the cradle assembly.

For Cat. No. 4115 & 4120 only (Fig. 2).



Fig. 2

Cradle assembly
Handle spoke
Column
Base
Leveling screws (4)
Column bolts (2)
Lock washers

1. Set the base on the ground.

2. Remove two (2) bolts and two (2) lockwashers from accessory bag.

3. Place the column in the slot of the base.

4. Insert two (2) bolts and two (2) lockwashers and tighten securely.

*page 6*

**Moving the Handle to the Other Side**

For Cat. Nos. 4125 & 4130 only (Fig. 3).



Fig. 3

Socket screws (4)
Bubble level
Socket screw
Ammeter gauge
Meter box
Cradle
Cradle lock

1. Tighten the cradle lock.

2. Loosen the socket head screw and remove the meter box.

3. Remove four (4) socket head screws holding the spoked handle housing.

4. Turn the assembly around 180°.

5. Replace the four (4) socket head screws and tighten securely.

6. Attach meter box to opposite side (see "Mounting the Meter Box").

For Cat. Nos. 4115 & 4120 only (Fig. 4).



Fig. 4

Socket screw and washer
Socket screw
Ammeter gauge
Meter box
Cradle

1. Loosen the cradle lock.

2. Raise the cradle to the maximum height.

3. Lift the cradle an additional 1/2" by hand.

4. Tighten the cradle lock.

5. Loosen the socket head screw and remove the meter box.

6. Remove the meter box stud from the cradle.

7. Remove the screw and washer from the end of the pinion shaft.

8. Remove the handle and pinion shaft assembly.

9. Turn the assembly around 180° and insert into cradle.

10. Replace the screw and washer and tighten securely.

11. Replace the meter stud on the side opposite the handle.

12. Attach meter box to opposite side (see "Mounting the Meter Box").

13. Loosen the cradle lock and lower the cradle until the pinion engages the rack.

14. Tighten the cradle lock.

## Mounting the Meter Box

For All Catalog Nos. (Fig. 3 & 4).

A meter box is standard equipment with the Vac-U-Rig®, but it must be purchased separately for other Dymorigs (see "Accessories"). Attach the meter box to the cradle on the side opposite of the handle.

1.  Slip the collar on the meter box over the stud on the cradle.

2.  Position the meter box as desired and tighten the 1/4"-20 threaded socket head screw.

    **NOTE:** For horizontal (wall) coring, the ammeter gauge must face upward in view of the operator. Otherwise, water flow from the water shut-off valve might drip into the outlets on the meter box.

## Mounting the Dymodrill Motor to the Stand

For All Cat. Nos. (Fig. 5 & 6).

Dymorigs include a mounting bracket which mounts Dymodrill motors to the stand. An optional spacer assembly is available (see "Accessories"), which **can** be used when coring with any bits; but it **must** be used with any bit over 10" (outside diameter).

1.  To mount the motor, loosen the cradle lock. Raise the cradle on the column using the spoked handle to allow room for installing the bit later. Tighten the cradle lock.

    **NOTE:** If the cradle is difficult to move on the column, loosen the gib screws (see "Adjusting the Gib Screws").

2.  Fasten the mounting bracket or the optional spacer assembly to the Dymodrill (Fig. 5) motor using the four (4) 1/4"-20 threaded socket head screws and four (4) lock washers (they are the smaller of the two provided in separate accessory bag). Make sure the square key on the mounting bracket or spacer assembly engages with the slot on the Dymodrill motor.

3.  Fasten the mounting bracket (or optional spacer assembly) and motor assembly to the cradle slot (Fig. 6) by inserting the four (4) 3/8"-16 threaded socket head cap screws and lock washers (they are the larger of the two provided in separate accessory bag) through the cradle. Place screws through the holes from the other side of the Dymorig and place lock washers on the side of the mounting bracket.

After the Dymodrill motor is mounted, make sure the cradle is rigid against the column to prevent the motor or bit from wobbling during coring. Before coring, try to wiggle the cradle and motor with your hands. If the cradle is secure, it should not move. If it does move, tighten the gib screws that secure the cradle to the column (see "Adjusting the Gib Screws").



Fig. 5



Fig. 6

Slot

## Adjusting the Gib Screws (Fig. 7)

After the motor is mounted, make sure the cradle and motor are rigid against the column to prevent the motor or bit from wobbling during coring. Before coring, try to wiggle the cradle with your hands. If the cradle is secure, it should not move. If it does move, tighten the six (6) gib screws that secure the cradle to the column as follows.



Fig. 7

Gib Screws

For Cat. No. 4125 & 4130 only.

Tighten the six (6) gib screws with the hex wrench (supplied in a separate accessory bag).

For Cat. No. 4115 & 4120 only.

To tighten the six (6) gib screws: loosen the hex nuts, tighten the screws and then tighten the hex nuts.

## Selecting and Installing a Core Bit (Fig. 8)

*MILWAUKEE* offers both standard and premium Dymobits designed to cut through a variety of materials including poured concrete, steel-reinforced concrete, and prestressed concrete. Always use clean, sharp bits.



Fig. 8

Water Control Valve

Copper Washer

1.  To install a bit, grease the spindle and bit threads to prevent corrosion and to help prevent the bit from seizing on the threaded spindle.

2.  Slip one copper washer (provided in separate accessory bag with the water shut-off valve components) onto the threaded spindle against the spindle shoulder. The bag should contain an extra copper washer; save it for future use.

3.  Thread the bit securely onto the threaded spindle.

## Selecting Speeds

Dymodrills operate in either high or low gear. Use low speed for large diameter bits and high speed for small diameter bits (see "Specifications").

**Assembling the Water Shut-Off Valve to the Dymodrill (Fig. 9)**



Fig. 9

Hose nut
Attach to Dymodrill
Rubber washer
Shut-off valve
Hose adapter

1. Remove the water shut-off valve components from the accessory bag. (The copper washers inside the bag are for bit installation.)
2. Insert the hose adapter into the hose nut. Then insert the rubber washer into the hose nut.
3. Insert the hose nut assembly into the shut-off valve and securely tighten the assembly with the supplied socket wrench; some threads on the hose adapter will still be exposed.
4. Screw the shut-off valve assembly into the water swivel housing on the Dymodrill motor (Fig. 8). Hand-tighten the assembly and then tighten it approximately 1/4 turn with an adjustable wrench (not provided).

**Methods for Securing Equipment to Work Surface**



⚠ **WARNING!**

To reduce the risk of injury always secure the rig to the work surface to help prevent personal injury and to protect the rig. An unsecured rig could rotate during coring and possibly cause injury.

**NOTE:** Some building materials contain steel reinforcements. *MILWAUKEE* Dymobits can cut through embedded steel, but are not recommended for coring solid steel plates.

**Horizontal Coring (walls)**

For specific instructions on using anchors, see "Using an Expansion-Type Anchor".



⚠ **WARNING!**

To reduce the risk of injury always use an expansion-type anchor during horizontal coring. Vacuum systems can slip when used on a vertical surface.

**Vertical Coring (floors)**

Two methods will work to secure the rig for vertical coring: either an expansion-type anchor OR a vacuum pump and vacuum pad system. Securing the rig with an anchor gives better bit performance because the attachment is more rigid. For specific instructions on assembling the vacuum system, see "Assembling and Using a Vacuum System".

**Optional Telescoping Assembly**

The telescoping assembly can be used to supplement either securing method.

**NOTE:** Vac-U-Rig® Cat. No. 4136 includes a vacuum pump and vacuum pad. However, for some applications, you may choose to use an expansion-type anchor to secure the tool.

Anchors and Telescoping Assembly are not supplied with any of the above rigs. Telescoping Assembly can be purchased separately (see "Accessories"). Anchors unavailable through *MILWAUKEE*.

---

| OPERATION |
| --- |

**Securing the Equipment to the Work Surface - Using an Expansion-Type Anchor (Fig. 10)**

For Catalog No. 4125 & 4130 only.



Fig. 10
Leveling Screws
Rod or Bolt
Nut & Washer or Vacuum Pad Nut

Use a 5/8" expansion-type anchor (not supplied) that will accept a 5/8" threaded rod or bolt to secure the base to the work surface.

1. Level the stand with the four (4) leveling screws using the bubble level as a guide. When the stand is level, tighten the four (4) nuts on the leveling screws.
2. Using an expansion-type anchor, insert a threaded rod or bolt through the slot located on the base of the Dymorig and tighten the bolt or washer and nut firmly in the anchor following the anchor manufacturer's instructions.

**Assembling and Using a Vacuum System (Fig. 11 & 12)**

For Catalog No. 4115, 4125 & 4130 only.



Fig. 11
Vacuum Gauge
Filter Jar
Vacuum Release Valve
Small Hole for Attaching Pump to Dymorig Stand
Coupler
Vacuum Hose



Fig. 12
Leveling Screws
Vacuum Pad Stud
Vacuum Pad
Vacuum Pad Nut
Vacuum Line Coupler

One vacuum pad is supplied with the Vac-U-Rig® and they can be purchased separately for other Dymorigs. The vacuum pad is most effective when it is secured to a relatively smooth surface such as poured concrete. If the surface is too porous or rough, the pad may not hold securely. Before using a vacuum pad, always check the gasket on the underside of the pad to make sure it isn't worn, cracked or torn. If it is, immediately replace the gasket, otherwise the vacuum pad may not hold the rig securely. To replace the gasket, see "Replacing Vacuum Pad Gaskets" in the "Maintenance" section. See "Accessories" for gasket part number.

1.  To use the vacuum pad, tilt the base of the rig and slide the vacuum pad under it so the threaded stud goes through the hole on the end of the center slot on the base. Then set the stand upright.

2.  Position the rig as required for coring the hole.

3.  Level the rig with the four (4) leveling screws using the bubble level (4125 & 4130 only) as a guide. When the rig is level, tighten the four (4) nuts (4125 & 4130 only) on the leveling screws.

4.  Connect one end of the supplied vacuum hose to the vacuum line coupler on the vacuum pad. To do this, pull back the collar on the hose and push the end of the hose onto the coupler until is snaps into place. Then, connect the other end of the vacuum hose to the coupler on the vacuum pump following the same procedure.

5.  The vacuum pump may be set on a dry surface away from the rig or mounted to the base of the Dymorig as shown. However, DO NOT mount the vacuum pump to the Dymorig when angle coring.

    To mount the vacuum pump on the Dymorig, place the small hole on the vacuum pump mounting bracket over the vacuum pad stud on the Dymorig.

6.  Plug the vacuum pump into the power source—the pump will start automatically. Step on the vacuum pad or the vacuum pad stud until the vacuum pad lowers and adheres to the work surface.

7.  After the pad is secured to at least 20 inches of mercury vacuum, tighten the vacuum pad nut securely.



**⚠ WARNING!**
The vacuum gauge must read a minimum of 20 inches of mercury vacuum. To reduce the risk of injury DO NOT CORE if the gauge reads less than 20 inches of mercury vacuum.

**Using an Expansion-Type Anchor (Fig. 13)**



Fig. 13

Leveling Screws

Rod or Bolt

For Cat. No. 4115 & 4120 only.

Use a 5/8" expansion-type anchor (not supplied) that will accept a 5/8" threaded rod or bolt to secure the base to the work surface.

1.  Remove the rubber gasket from the base.

2.  Level the rig with the four (4) leveling screws.

3.  Using an expansion-type anchor, insert a threaded rod or bolt through the slot located in the base of the Dymorig and tighten the bolt or washer and nut firmly in the anchor following the manufacturer's instructions.

**Assembling and Using a Vacuum System (Fig. 14 & 15)**



Fig. 14

Vacuum Release Valve

Filter Jar

Vacuum Gauge

Small Hole for Attaching Pump to Dymorig Stand

Coupler

Vacuum Hose



Fig. 15

Vacuum Pad Gasket

Leveling Screws

Vacuum Line Coupler

Vacuum Adapter Assembly

For Cat. No. 4120 only.

The vacuum pad is most effective when it is secured to a relatively smooth surface such as poured concrete.

If the surface is too porous or rough, the vacuum pad may not hold securely. Before using the vacuum pad, always check the gasket on the underside of the base to make sure it isn't worn, cracked or torn. If it is, immediately replace the gasket, otherwise the vacuum may not hold the rig securely.

To replace the gasket, see "Replacing Vacuum Pad Gaskets" in the "Maintenance" section. See "Accessories" for gasket part number.

1.  Position the rig as required for coring the hole.

2.  Loosen the four (4) leveling screws until the ends are above the bottom surface of the base.

3.  Place the vacuum adapter assembly into the slot in the base.

4.  Connect one end of the supplied vacuum hose to the vacuum line coupler on the vacuum base. To do this, pull back the collar on the hose and push the end of the hose onto the coupler until it snaps into place. Connect the other end of the vacuum hose to the coupler on the vacuum pump following the same procedure.

5.  The vacuum pump may be set on a dry surface away from the rig or mounted to the base of the Dymorig as shown. To mount the vacuum pump on the base, place the small holes on the vacuum pump mounting bracket over the two tapped holes on the base. Attach the vacuum pump to the base with two (2) 1/4" - 20 screws supplied in the accessory bag.

6.  Plug the vacuum pump into the power source - the pump will start automatically. Step on the base until it lowers and adheres to the work surface.

7.  Tighten the four (4) leveling screws only enough to eliminate rocking. Over-tightening can lift the gasket off the ground and release the vacuum.



**⚠ WARNING!**
The vacuum gauge must read a minimum of 20 inches of mercury vacuum. To reduce the risk of injury DO NOT CORE if the gauge reads less than 20 inches of mercury vacuum.

### Using the Optional Telescoping Assembly

1. Secure the rig using either an expansion-type anchor or a vacuum system (see "Securing the Equipment to the Work Surface").

2. Place the top flange of the extension against a ceiling or wall and place the other end on the jack screw at the top of the Dymorig column.

    The assembly is adjustable up to 14 feet. Turn the jack screw to tighten the assembly and to make small adjustments.

### Supply an Adequate Water Flow

An adequate supply of water must flow freely and constantly during the entire cut. Dymodrills are equipped with a built-in water shut-off valve to allow water to flow down the inside and up around the outside of the bit. This acts to cool the bit and flush cuttings from the hole.

### Reading the Meter Box (Fig. 16)



Fig. 16

20 Amp Operating Range

15 Amp Operating Range

The ammeter is the dial indicator on the meter box, which is standard equipment with the Vac-U-Rig® and can be purchased separately for other Dymorigs. The ammeter provides pressure feedback during coring, allowing you to help prevent motor overload and premature bit wear. The green area on the ammeter is the operating range and the red area indicates that you are applying too much pressure.



**WARNING!**

To reduce the risk of injury, always use Dymodrills in conjunction with meter boxes. Meter Boxes provide a switch to turn the Dymodrill motor OFF and ON and an optimum operation range to help prevent motor overload.

### Shear Pin and Clutch (Fig. 17)



Fig. 17

Shear Pin

Spindle Sleeve (Shear pin models)

Threaded Spindle (Clutch Models)

Retaining Ring (shear pin model only)

Dymodrill Nos. 4079, 4090, and 4094 contain a shear pin to protect the gear and motor against overload. This pin drives the spindle sleeve. If the bit binds, the pin will shear to prevent gear and motor damage. Extra shear pins are supplied with each Dymodrill and can be replaced (see "Accessories" for part numbers). It is important to check the condition of the spindle before using the tool each time. The spindle must be smooth without grooves or pitting. If the spindle is not in good condition, it is possible for the threaded spindle sleeve and the internal spindle to weld together and seize during coring (see "Lubricating the Spindle for Dymodrills with a Shear Pin" in the "Maintenance" section for spindle lubricating instructions).

Cat. Nos. 4004, 4005, 4092, 4096 and 4097 feature a friction clutch rather than a shear pin to protect the motor and gears. If the motor overloads, the clutch will begin to slip and the bit will stop rotating. The clutch is factory-set and does not require adjustment. Nuisance (frequent) clutch slippage should be addressed by an authorized *MILWAUKEE* service center.



**WARNING!**

To reduce the risk of injury, always check the work area for hidden wires before coring.

### Coring Procedure (Fig. 18)

1. Select and install a bit following guidelines in "Selecting and Installing a Core Bit".

2. Secure the rig to the work surface using one of the methods described in "Methods for Securing Equipment to Work Surface".

3. With the motor OFF, adjust the gear to either high or low speed according to the guidelines in "Selecting Speeds".

    **NOTE: DO NOT SHIFT SPEEDS WHEN THE DYMODRILL MOTOR IS ON.** To adjust the speed on all Dymodrills, move the gear shift lever to the desired setting.



Fig. 18

Gear Shift Lever

Water Shut-Off Valve

4. Connect the water hose to the Dymodrill water shut-off valve and to the water supply. Make sure the seal is watertight. Use a standard garden hose if you require additional length. Set up a water collection system.

5. If you are using a vacuum system, read the instructions for specific setup in "Assembling & Using a Vacuum System".

   Do not continue the following steps until the vacuum gauge reads at least 20 inches of mercury vacuum. Never operate the Dymodrill if the gauge reads less than 20 inches (see "Mothods for Securing Equipment to Work Surface"). Always monitor the vacuum gauge during coring. If water collects in the vacuum pump filter jar, empty it to prevent damage to the pump.



**WARNING!**

To reduce the risk of injury, do not operate the Dymorig if the gauge reads less than 20 inches of mercury vacuum.

6. Turn the Dymodrill motor ON. Turn the water on so it flows freely through the water shut-off valve (see "Supply an Adequate Water Flow"). Turn the valve clockwise to increase water flow and counterclockwise to decrease water flow.

7. While holding the handle, slightly loosen the cradle lock handle and slowly rotate the handle to lower the bit into the workpiece, applying steady, even pressure. To help reduce bit wandering, always use a light load to start the hole and wait for the tip of the bit to penetrate the work surface completely before increasing the load.

8. Use sufficient pressure so the bit cuts constantly. Use the ammeter on the meter box as a guide for proper pressure.

   **NOTE:** If the rig shifts during coring, stop the motor, reposition the rig and resume coring.

9. Monitor the water flow (see "Diamond Coring"). Generally, water should flow at a rate of approximately one to two gallons per minute. If the water flow is too heavy, the two holes in the water swivel housing will leak. If that happens, reduce water flow. Water flow is adequate when the water and cuttings are flushed in a circular pattern about 1/2" around the bit. Keep the work area dry.

10. When the cut is complete, keep the drill motor ON and rotate the handle clockwise to remove the bit. The bit may become stuck in the hole if you turn the motor OFF before the bit is completely removed. Once the bit is removed from the work surface, turn the motor OFF. Tighten the cradle lock handle. Unplug the meter box from the power supply before removing the vacuum pump to prevent accidental starting of the motor when the vacuum pump is released.

    If you are using a vacuum pump, unplug it and open the vacuum release valve to release the vacuum.

## Retrieving Cores and Deep Coring

When coring holes that are longer than the core bit, follow the steps below.

1. Begin coring the hole as usual. When you have cored to the length of the bit, stop the Dymodrill motor.

2. Remove the core by driving a chisel or slender wedge into the cut between the core and the work surface. You may also use a special core tongs, bent wire or anchor bolts to remove the core.

3. After removing the core, reinsert the bit or use a bit extension and continue coring (see "Accessories"). Removing cores with diameters greater than twice their length can be difficult. One method to remove such cores is to first break the core into smaller pieces and then remove the pieces. Electric hammers and chisels are ideal for breaking cores.



**WARNING!**

When coring through floors, cores generally drop from the bit. To reduce the risk of injury, provide proper protection for people and property below the coring area.

## Diamond Coring

Factors that influence diamond core performance:

- Amount of coolant
- Dymorig rigidity
- Dymorig condition
- RPM of drill motor
- Feed pressure applied to bit by operator
- Amount of steel
- Size of embedded steel
- Age of concrete
- Aggregate (size, type, hardness, abrasiveness)
- Type of sand–manufactured vs. river (natural)
- Operator technique
- Operator care
- Bit runout

## Operator Technique

Core with consistent, firm feed pressure. Do not subject the bits to sudden impacts. Uneven feed rate cracks diamonds. Low feed pressure polishes diamonds, slows penetration and contributes to bit glazing. High feed pressure can overload the drill motor or can cause diamonds to pull out prematurely, particularly when coring embedded steel. Make the bit work, but do not try to jam the bit through the material.

If vibration occurs:

1. Stop drilling.

2. Turn motor off.

3. Check for loose bolts, nuts and gib screws. Tighten if required.

4. Check for bit runout. Replace if required.

If vibration continues to occur, remove the core and loose material.

If vibration continues to occur after attempting these measures, return the rig to the nearest *MILWAUKEE* service facility.

## Water

Water provides two main benefits during coring:

1. Water acts as a coolant, eliminating the heat caused by the friction of the coring action. This preserves the integrity of the diamonds, the bond matrix, the segment solder, and core tube. Without a coolant, the heat buildup during coring can cause all of these components to fail.

2. Water flushes loose, abrasive particles created during coring. These particles consist of aggregate, sand, diamond particles and various metals from embedded steel and the core bit matrix. The hole must be free of debris to allow the core bit to work. If loose particles are not properly flushed from the hole, an unnecessary drag will occur along the side of the core barrel. This can contribute to bit glazing through lack of power as well as motor damage through amperage increases due to bit resistance. In addition, loose particles tend to wear the bit tube, which can eventually result in the loss of segments.

Monitor water flow. Water volume should be adjusted until water return is a muddy, solid color. Clear water or clear streaks indicate too much water volume. Excess water is a leading cause of bit glazing and failure. Other factors contribute to glazing, but water adjustment is one of the most easily controlled by the operator. Excessive water prevents adequate segment/material contact. When the bit segments do not properly contact the work surface, the desired "controlled erosion" effect which maintains bit sharpness does not occur and the bit begins to glaze. This happens especially with smaller diameter bits. Adequate water volume varies according to the bit diameter. Use only enough water during coring to flush the cuttings from the work surface.

## Equipment

- Make sure machinery is in good operating condition. The column, carriage, motor connection and base should all be firmly connected and should not vibrate during coring.

- Motors should be of proper size (amperage and RPM) for the diameter of the core bit used. Consult motor guide in catalog.

- Always make sure the Dymorig is rigidly mounted with an anchor or vacuum; any movement or vibration will shorten the life of the core bit. Standing on the rig's base as a form of anchoring is dangerous and does not provide the necessary rigidity.

## Diamond Core Bits

- For the first 2 or 3 holes, use light feed pressure, so the new diamond gradually breaks in.

- Lower the bit very slowly onto the work surface. Use light feed pressure until the bit crown has penetrated or "seated" into the material.

- If the core bit encounters embedded steel, slow down the feed pressure and let the bit core at its own pace. Don't force the bit. Typically the water around the bit will clear when embedded steel is encountered. Do not allow any vibration whatsoever or severe diamond breakage or pullout will occur.

- Keep bits sharp.

## Bit Glazing & Diamond Core Motor Shear Pins

Bit binding is caused by one of two things: a dull (glazed) bit or a poorly stabilized rig.

Causes of bit glazing:

- Wrong RPM for bit diameter
- High feed pressure
- Low feed pressure
- High steel content in work surface
- Large, hard aggregate
- Too much water
- Low motor power

A sharp bit typically has good diamond exposure and will cut/grind almost anything in its path, including embedded steel.

## Sharpening Procedure for Core Bits

To work efficiently, diamond core bits must maintain good diamond exposure. Many factors work together to provide the "controlled erosion" cycle of the tool's segment to occur. When this "controlled erosion" cycle is altered, the bit can become dull or "glazed." Glazing becomes noticeable when the coring feed rate slows dramatically or the bit does not cut. Examine the bit immediately. If the diamonds are flush with the metal, they are underexposed or "glazed."

The following steps will often correct the problem:

1. Reduce water flow until it becomes very muddy. Continue using as little water as possible until penetration increases.

2. If the bit does not open up, remove from hole. Pour into the kerf a thick (1/4") layer of silica sand (the coarser the better).

3. Resume drilling for approximately 3 to 5 minutes with very little water and at a lower RPM if possible.

4. Gradually increase water flow to flush sand from kerf.

5. Repeat as needed.

## The Effects of Steel in Coring

- To self-sharpen, diamond-impregnated core bits require interaction with an abrasive material. This abrasive material wears away the metal composition in the segment's matrix. As this is done, sharp diamonds are exposed and the grinding action created by the diamonds continues.

- Embedded metal (rebar) is not an abrasive material. It does not provide the degree of abrasiveness required for matrix wear to occur and expose sharp diamonds embedded in the segment's matrix.

- A high degree of exposure to embedded metal by the bit's segments creates glazing. Glazing prevents the bit from cutting and coring.

# MAINTENANCE



**WARNING!**

To reduce the risk of injury, always unplug your tool before performing any maintenance. Never disassemble the tool or try to do any rewiring on the tool's electrical system. Contact a *MILWAUKEE* service facility for ALL repairs.

## Maintaining Tools

Keep your tool in good repair by adopting a regular maintenance program. Before use, examine the general condition of your tool. Inspect guards, switches, tool cord set and extension cord for damage. Check for loose screws, misalignment, binding of moving parts, improper mounting, broken parts and any other condition that may affect its safe operation. If abnormal noise or vibration occurs, turn the tool off immediately and have the problem corrected before further use. Do not use a damaged tool. Tag damaged tools "DO NOT USE" until repaired (see "Repairs").

Under normal conditions, relubrication is not necessary until the motor brushes need to be replaced. After six months to one year, depending on use, return your tool to the nearest *MILWAUKEE* service facility for the following:

- Lubrication
- Brush inspection and replacement
- Mechanical inspection and cleaning (gears, spindles, bearings, housing, etc.)
- Electrical inspection (switch, cord, armature, etc.)
- Testing to assure proper mechanical and electrical operation

## Lubricating Rack and Pinion

Maintain a light coat of *MILWAUKEE* Type "E" Grease on the rack and pinion gears to reduce friction and wear.

## Lubricating the Spindle for Dymodrills with a Shear Pin

Before each use, clean and lubricate the spindle or spindle sleeve with *MILWAUKEE* Type "E" Grease to prevent the spindle from seizing during coring.

1. To maintain the spindle on shear pin models, remove the retaining ring with a screwdriver. Then remove the spindle sleeve.
2. Remove dust and debris from the inside and outside diameter of the spindle and spindle sleeve and from the water hole in the spindle. Place a light coating of *MILWAUKEE* Type "E" grease on the spindle.
3. Replace the spindle sleeve onto the spindle. Make sure the spindle sleeve rotates freely on the spindle. Then replace the retaining ring.

## Replacing Vacuum Pad Gaskets
For Cat. No. 4115, 4125 & 4130 only.

Through normal use, the rubber gaskets on the underside of the vacuum pads can become worn, requiring replacement. If replacement is required, take the pad to an authorized service center or replace the gasket as follows:

1. Remove the old gasket and thoroughly remove the old glue from the groove.
2. Squeeze a continuous bead of rubber cement (Cat. No. 44-22-0060) in the entire bottom of the groove.
3. Immediately place a new gasket (Cat. No. 43-44-0570) in the groove and press firmly in place.
4. Turn the pad over and place the gasket side on a smooth flat surface and apply pressure to all edges of the pad.
5. Allow cement to dry for 24 hours before using.

For Cat. No. 4120 only.

With normal use, the rubber gasket on the underside of the base can become worn, requiring replacement. If replacement is required, take the base to an authorized service center or replace the gasket as follows:

1. Remove the motor and bit.
2. Tip the Dymorig on its back so that the wheels point down.
3. Remove the old gasket.
4. Squeeze a continuous bead of rubber cement (Cat. No. 44-22-0060) in the entire bottom of the groove.
5. Place the new gasket (Cat. No. 43-44-0605) into the groove making sure it is pushed in completely.
6. Stand the Dymorig upright again.
7. Reinstall the motor and bit.

## Cleaning the Filter on the Vacuum Pump

Periodically clean the filter felts to keep the vacuum pump operating efficiently. To clean the filter felts, remove the plastic jar and remove the felts from the plastic tube. Remove dust and debris from the felts and clean the plastic jar. Then replace the felts on the plastic tube and position the jar onto the filter assembly.



**WARNING!**

To reduce the risk of injury, electric shock and damage to the tool, never immerse your tool in liquid or allow a liquid to flow inside the tool.

## Cleaning

Clean dust and debris from vents. Keep the tool handles clean, dry and free of oil or grease. Use only mild soap and a damp cloth to clean your tool since certain cleaning agents and solvents are harmful to plastics and other insulated parts. Some of these include: gasoline, turpentine, lacquer thinner, paint thinner, chlorinated cleaning solvents, ammonia and household detergents containing ammonia. Never use flammable or combustible solvents around tools.

## Repairs

If your tool is damaged, return the entire tool to the nearest service center.

# FIVE YEAR TOOL LIMITED WARRANTY

Every *MILWAUKEE* tool is tested before leaving the factory and is warranted to be free from defects in material and workmanship. *MILWAUKEE* will repair or replace (at *MILWAUKEE*'s discretion), without charge, any tool (including battery chargers) which examination proves to be defective in material or workmanship from five (5) years after the date of purchase. Return the tool and a copy of the purchase receipt or other proof of purchase to a *MILWAUKEE* Factory Service/Sales Support Branch location or *MILWAUKEE* Authorized Service Station, freight prepaid and insured. This warranty does not cover damage from repairs made or attempted by other than *MILWAUKEE* authorized personnel, abuse, normal wear and tear, lack of maintenance, or accidents.

Battery Packs, Flashlights, and Radios are warranted for one (1) year from the date of purchase.

THE REPAIR AND REPLACEMENT REMEDIES DESCRIBED HEREIN ARE EXCLUSIVE. IN NO EVENT SHALL *MILWAUKEE* BE LIABLE FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF PROFITS.

THIS WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, OR CONDITIONS, WRITTEN OR ORAL, EXPRESSED OR IMPLIED FOR MERCHANTABLILITY OR FITNESS FOR PARTICULAR USE OR PURPOSE.

This warranty gives you specific legal rights. You may also have other rights that vary from state to state and province to province. In those states that do not allow the exclusion of implied warranties or limitation of incidental or consequential damages, the above limitations or exclusions may not apply to you. This warranty applies to the United States, Canada, and Mexico only.

## ACCESSORIES

 **WARNING!**

**To reduce the risk of injury, always unplug the tool before attaching or removing accessories. Use only specifically recommended accessories. Others may be hazardous.**

For a complete listing of accessories refer to your *MILWAUKEE* Electric Tool catalog or go on-line to www.milwaukeetool.com. To obtain a catalog, contact your local distributor or a service center.

**Meter Boxes**
**Cat. No. 48-51-0100 (30 amp, 120 volt)**
**(Not available in Canada)**
Same as supplied with Vac-U-Rig® Attachment Kit No. 49-22-7075 and with Cat. No. 4136. Ammeter and power switch appear on the front panel and a single 20 amp twist lock receptacle for the drill motor and two convenience outlets are on the back of the box.

**Meter Boxes**
**Cat. No. 48-51-0120 (20 amp, 120 volt)**
**(Can be used in Canada)**
Ammeter and power switch appear on the front panel with a single 20 amp twist lock receptacle for the drill motor on the back.

**Telescoping Extension Assembly**
**Cat. No. 49-95-1000**
This assembly braces the rig between the floor and ceiling for maximum rigidity. It adjusts for 14-foot ceilings and features fixed hole adjustments.

**Copper Washer**
**Cat. No. 45-88-8565**
Before using the tool, slip this washer onto the spindle to prevent the bit from seizing on spindle during coring.

**Spacer Assembly**
**Cat. No. 49-67-0110**
For use with Cat. Nos. 4125 and 4130. Mounts between cradle and Dymodrill motor when using 10" - 14" coring bits.

**Spacer Assembly**
**Cat. No. 49-67-0115**
For use with Cat. Nos. 4115 and 4120. Mounts between cradle and Dymodrill motor when using 10" - 14" coring bits.

**Water Collecting Ring**
**Cat. No. 48-70-0060**
For use where water flow from coring must be trapped and drained. Dike-type collector ring holds water for fast disposal when used with bits up to 10" in diameter. A built-in vacuum hose fitting also allows the ring to be used with a wet/dry vacuum cleaner.

**Water Hose**
**Cat. No. 49-18-0055**
This 8-foot water hose features a 5/8" coupling and standard brass male and female water hose fittings.

**Water Tank**
**Cat. No. 49-76-0055**
This 3-1/2 gallon heavy-duty, impact-resistant poly tank is for use where a regular tap water supply is not available.

**Vacuum Pump Assembly (Single Pad)**
**Cat. No. 49-22-7100**
This single vacuum pad is the same as supplied with Vac-U-Rig® Attachment Kit No. 49-22-7075. Can be used with Cat. Nos. 4115, 4125 and 4130.

**Vacuum Pump Assembly (115 Volts)**
**Cat. No. 49-50-0160**
This heavy-duty 1/8 H.P. pump comes complete with vacuum gauge, air filter and cord. May be mounted to the base of the unit. Same as furnished with Vac-U-Rig® 49-22-7075. Can be used with Cat. Nos. 4115, 4125 and 4130.

**Vacuum Pump Assembly (115 Volts)**
**Cat. No. 49-50-0165**
This heavy-duty 1/8 H.P. pump comes complete with vacuum gauge, air filter and cord. May be mounted to the base of the unit. Can be used with Cat. No. 4120.

**Vac-U-Rig® Attachment Kit (115 Volts)**
**Cat. No. 49-22-7065**
This kit includes: (1) vacuum pad; (1) vacuum pump assembly with gauge, filter, 8-foot air hose, and fittings. Can be used with Cat. No. 4120.

**Vac-U-Rig® Attachment Kit**
**Cat. No. 49-22-7075**
This kit includes: (1) vacuum pad; (1) vacuum pump assembly with gauge, filter, 8-foot air hose, and fittings. Can be used with Cat. Nos. 4115, 4125 & 4130.

**Threaded Adapter**
**Cat. No. 48-04-0160**
Thread Adapter reduces the thread size of 1-1/4"-7 to 5/8"-11 *MILWAUKEE* Dymobits and extensions.

**Shear Pin No. 44-60-0065 (Low Strength Shear Pin)**
**Shear Pin No. 44-60-0032* (High Strength Shear Pin)**
* (Standard equipment on Dymodrills except clutch Cat. Nos. 4004, 4005, 4092, 4206 and 4097).

**9" Bit Extension**
**Cat. No. 48-95-1500**
Extension threaded on both ends with a 1-1/4"-7 thread. For use with Diamond Core Bits over 2" in diameter and a 1-1/4"-7 thread. Extension mounts directly to the Dymodrill. Two or more extensions can be used together to core deep holes.

**10-1/2" Bit Extension**
**Cat. No. 48-95-2100**
Extension threaded on both ends with a 5/8"-11 thread. For use with 1-1/4" and 1-1/2" diameter Diamond Core Bits with a 5/8"-11 thread. Extension requires Threaded Adapter No. 48-04-0160 for mounting to Dymodrills. Two or more extensions can be used together to core deep holes.

**3/16" Socket Wrench**
**Cat. No. 49-96-0085**
Use to mount Dymodrills onto the cradle on Dymorigs

**1-3/8" Open End Wrench**
**Cat. No. 49-96-4700**
Use to install bits onto Dymodrills.

**Vacuum Pad Gasket**
**Cat. No. 43-44-0570**
Replacement part for vacuum pads on Cat. Nos. 4115, 4125 & 4130

**Vacuum Base Gasket**
**Cat. No. 43-44-0605**
Replacement part for vacuum base Cat. No. 4120.

**Rubber Cement**
**Cat. No. 44-22-0060**
Use to bond vacuum pad gaskets to vacuum pads on Cat. Nos. 4115, 4120, 4125 and 4130.

**Type "E" Grease**
**Cat. No. 49-08-4122**
Use for lubricating rack and pinion as well as spindle.

## RÈGLES GÉNÉRALES DE SÉCURITÉ POUR LES OUTILS ÉLECTRIQUE

 **AVERTISSEMENT!**

### LIRE SOIGNEUSEMENT TOUTES LES INSTRUCTIONS

Le non respect des instructions ci-après peut entraîner des chocs électriques, des incendies et/ou des blessures graves. Le terme «outil électrique» figurant dans les avertissements ci-dessous renvoie à l'outil électrique à alimentation par le réseau (à cordon) ou par batterie (sans fil).
**CONSERVER CES INSTRUCTIONS**

### SÉCURITÉ DU LIEU DE TRAVAIL

1. **Maintenir la zone de travail propre et bien éclairée.** Les zones encombrées ou mal éclairées sont favorables aux accidents.

2. **Ne pas utiliser d'outil électrique dans une atmosphère explosive, telle qu'en en présence de liquides, de gaz ou de poussières inflammables.** Les outils électriques génèrent des étincelles qui peuvent enflammer les poussières ou les fumées.

3. **Tenir les enfants et les personnes non autorisées à l'écart pendant le fonctionnement d'un outil électrique.** Un manque d'attention de l'opérateur risque de lui faire perdre le contrôle de l'outil.

### SÉCURITÉ ÉLECTRIQUE

4. **La fiche de l'outil électrique doit correspondre à la prise d'alimentation. Ne jamais modifier la fiche d'une manière quelconque. Ne pas utiliser d'adaptateur avec les outils électriques mis à la terre (à la masse).** Des fiches non modifiées et des prises d'alimentation assorties réduisent le risque de choc électrique.

5. **Éviter tout contact corporel avec des surfaces reliées à la masse ou à la terre telles que tuyaux, radiateurs, cuisinières et réfrigérateurs.** Un risque de choc électrique plus élevé existe si le corps est relié à la masse ou à la terre.

6. **Ne pas exposer les outils électriques à la pluie ou à l'humidité.** Le risque de choc électrique augmente si de l'eau s'infiltre dans un outil électrique.

7. **Prendre soin du cordon. Ne jamais utiliser le cordon pour transporter, tirer ou débrancher l'outil électrique. Tenir le cordon à l'écart de la chaleur, des huiles, des arêtes coupantes ou des pièces en mouvement.** Un cordon endommagé ou emmêlé présente un risque accru de choc électrique.

8. **Se procurer un cordon d'alimentation approprié en cas d'utilisation d'un outil électrique à l'extérieur.** L'utilisation d'un cordon d'alimentation pour usage extérieur réduit le risque de choc électrique.

### SÉCURITÉ INDIVIDUELLE

9. **Être sur ses gardes, être attentif et faire preuve de bon sens en utilisant un outil électrique. Ne pas utiliser un outil électrique en cas de fatigue ou sous l'influence de drogues, d'alcool ou de médicaments.** Un instant d'inattention lors de l'utilisation d'un outil électrique peut entraîner des blessures graves.

10. **Utiliser un équipement de sécurité. Toujours porter des lunettes de protection.** Un équipement de sécurité comprenant masque anti-poussière, chaussures de sécurité anti-dérapantes, casque ou dispositif de protection anti-bruit peut, dans les circonstances appropriées, réduire le risque de blessure.

11. **Éviter tout démarrage accidentel de l'outil. S'assurer que le commutateur est en position OFF (Arrêt) avant de brancher l'outil.** Le port de l'outil avec un doigt sur le commutateur ou son branchement avec le commutateur en position ON (Marche) sont favorables aux accidents.

12. **Retirer toute clé de réglage avant de mettre l'outil sous tension.** Une clé laissée attachée sur une pièce mobile de l'outil électrique peut entraîner des blessures.

13. **Ne pas travailler à bout de bras. Bien garder un bon équilibre à tout instant.** Ceci permet de mieux préserver la maîtrise de l'outil électrique dans des situations imprévues.

14. **Porter des vêtements adéquats. Ne pas porter de vêtements amples ni de bijoux. Ne pas approcher les cheveux, vêtements et gants des pièces en mouvement.** Les vêtements amples, les bijoux ou les cheveux longs risquent d'être happés par les pièces en mouvement.

15. **Si des dispositifs sont prévus pour l'extraction et la récupération des poussières, vérifier qu'ils sont connectés et utilisés correctement.** L'utilisation de ces dispositifs peut réduire les risques liés aux poussières.

### UTILISATION ET ENTRETIEN DE L'OUTIL ÉLECTRIQUE

16. **Ne pas forcer l'outil électrique. Utiliser l'outil électrique approprié à l'application considérée.** L'outil électrique adapté au projet considéré produira de meilleurs résultats, dans des conditions de sécurité meilleures, à la vitesse pour laquelle il a été conçu.

17. **Ne pas utiliser l'outil électrique si le commutateur ne le met pas sous ou hors tension.** Tout outil électrique dont le commutateur de marche-arrêt est inopérant est dangereux et doit être réparé.

18. **Débrancher la fiche de la prise d'alimentation et/ou la batterie de l'outil électrique avant d'effectuer des réglages, de changer d'accessoires ou de ranger l'outil.** De telles mesures de sécurité préventive réduisent le risque de mettre l'outil en marche accidentellement.

19. **Ranger les outils électriques inutilisés hors de la portée des enfants et ne pas laisser des personnes qui connaissent mal les outils électriques ou ces instructions utiliser ces outils.** Les outils électriques sont dangereux dans les mains d'utilisateurs non formés à leur usage.

20. **Entretien des outils électriques. S'assurer de l'absence de tout désalignement ou de grippage des pièces mobiles, de toute rupture de pièce ou de toute autre condition qui pourrait affecter le bon fonctionnement de l'outil électrique. En cas de dommages, faire réparer l'outil avant de l'utiliser de nouveau.** Les outils électriques mal entretenus sont à la source de nombreux accidents.

21. **Garder les outils de coupe affûtés et propres.** Les outils de coupe correctement entretenus et bien affûtés risquent moins de se gripper et sont plus faciles à manier.

22. **Utiliser cet outil électrique, les accessoires, les mèches, etc. conformément à ces instructions et de la façon prévue pour ce type particulier d'outil électrique, tout en prenant en compte les conditions de travail et le type de projet considérés.** L'utilisation de cet outil électrique pour un usage autre que l'usage prévu peut créer des situations dangereuses.

### ENTRETIEN

23. **Faire effectuer l'entretien de l'outil électrique par un technicien qualifié qui n'utilisera que des pièces de rechange identiques.** La sécurité d'utilisation de l'outil en sera préservée.

## RÈGLES DE SÉCURITÉ PARTICULIÈRE

1. **Tenir l'outil par les surfaces de prise isolées si, au cours des travaux, l'outil de coupe risque d'entrer en contact avec des fils cachés ou avec son propre cordon.** Le contact avec un fil sous tension met les parties métalliques exposées de l'outil sous tension, ce qui infligera un choc électrique à l'opérateur.

2. **Porter des protège-oreilles avec un marteau perforateur.** Une exposition au bruit peut provoquer une perte auditive.

3. **Utiliser les poignées auxiliaires fournies avec l'outil.** Une perte de contrôle peut provoquer des blessures.

4. **Prenez soin de l'outil.** Gardez les poignées propres, sèches et exemptes d'huile ou de graisse. Maintenez les tranchants propres et vifs. Suivez les instructions de graissage et d'installation des accessoires. Inspectez périodiquement le cordon de l'outil et le cordon de rallonge. Faites réparer ou remplacer les pièces défectueuses à un centre de service *MILWAUKEE* accrédité.

5. **Entretenez les étiquettes et marqies di fabricant.** Les indications qu'elles contiennent sont précieuses. Si elles deviennent illisibles ou se détachent, faites-les remplacer gratuitement à un centre de service *MILWAUKEE* accrédité.

6. **AVERTISSEMENT!** La poussière degage par perçage, sciage, perçage et autres travaux de construction contient des substances chimiques reconnues comme pouvant causer le cancer, des malformations congénitales ou d'autres troubles de reproduction. Voici quelques exemples de telles substances :

   • Le plomb contenu dans la peinture au plomb.

   • Le silice cristallin contenu dans la brique, le béton et divers produits de maçonnerie.

   • L'arsenic et le chrome servant au traitement chimique du bois.

   Les risque associés à l'exposition à ces substances varient, dépendant de la fréquence des travaux. Afin de minimiser l'exposition à ces substances chimiques, assurez-vous de travailler dans un endroit bien aéré et d'utiliser de l'equipement de sécurité tel un masque antipoussière spécifiquement conçu pour la filtration de particules microscopiques.

7. **Utilisez toujours des boulons d'ancrage pour fixer la base sur les surfaces craquelées, inégales ou poreuses, de même que sur les plans verticaux.**

8. **L'outillage de carottage au diamant nécessite de l'eau.** Or, l'utilisation d'équipement électrique en milieu humide comporte des risques et exige une mise à la terre (voir "Mise à la terre"). Portez des chaussures et des gants pourvus d'un isolant contre les chocs électriques.

9. **Lorsque vous forez au travers d'un plancher, prenez les précautions nécessaires pour protéger les personnes et les biens qui sont sous l'aire de forage.**

10. **Utilisez un ampèremètre avec l'outillage de carottage au diamant, afin de contrôler l'intensité du courant.** Voir "Accessoires".

## Spécifications

| Numéro de Cat. | Amp | Volt | Protection du moteur | Rotation (T-Min.) | Calibre suggéré Agrégat moyen |
|---|---|---|---|---|---|
| 4004 | 20 | 120 | Embrayage | Bas - 300 | Bas - 178 mm-356 mm (7"-14") |
| | | | | Haut - 600 | Haut - 102 mm-178 mm (4"-7") |
| 4005 | 20 | 120 | Embrayage | Bas - 600 | Bas - 102 mm-178 mm (4"-7") |
| | | | | Haut - 1200 | Haut - 19 mm-102 mm (3/4"-4") |
| 4079 | 20 | 120 | Broche cis. | Bas - 300 | Bas - 178 mm-356 mm (7"-14") |
| | | | | Haut - 600 | Haut - 102 mm-178 mm (4"-7") |
| 4090 | 15 | 120 | Broche cis. | Bas - 375 | Bas - 127 mm-203 mm (5"-8") |
| | | | | Haut - 750 | Haut - 64 mm-127 mm (2-1/2"-5") |
| 4092-20 | 15 | 120 | Embrayage | Bas - 375 | Bas - 127 mm-203 mm (5"-8") |
| | | | | Haut - 750 | Haut - 64 mm-127 mm (2-1/2"-5") |
| 4094 | 20 | 120 | Broche cis. | Bas - 450 | Bas - 152 mm-254 mm (6"-10") |
| | | | | Haut - 900 | Haut - 51 mm-152 mm (2"-6") |
| 4096 | 20 | 120 | Embrayage | Bas - 450 | Bas - 152 mm-254 mm (6"-10") |
| | | | | Haut - 900 | Haut - 51 mm-152 mm (2"-6") |
| 4097-20 | 15 | 120 | Embrayage | Bas - 500 | Bas - 76 mm-127 mm (3"-5") |
| | | | | Haut - 1000 | Haut - 32 mm-76 mm (1-1/4"-3") |

## Pictographie

| | |
|---|---|
| (UL) | Underwriters Laboratories, Inc. |
| (CSA) | l'Association canadienne de normalisation (ACNOR) |
| V~ | Couvant alternatif |
| $n_{0}$xxxx/min. | Tours-minute à vide (RPM) |
| A | Ampères |

## DESCRIPTION FONCTIONNELLE

1. Fiche à verrou tournant
2. Cordon
3. Levier d'embrayage
4. Vanne d'arrêt d'eau
5. Pivot fileté

1. Fiche à verrou tournant
2. Cordon
3. Levier d'embrayage
4. Vanne d'arrêt d'eau
5. Manchon du pivot
6. Anneau de retenue
7. Broche de cisaillement



Modèles à embrayage

Modèles à broche de cisaillement

## MISE À LA TERRE



### AVERTISSEMENT!

Si le fil de mise à la terre est incorrectement raccordé, il peut en résulter des risques de choc électrique. Si vous n'êtes pas certain que la prise dont vous vous servez est correctement mise à la terre, faites-la vérifier par un électricien. N'altérez pas la fiche du cordon de l'outil. N'enlevez pas de la fiche, la dent qui sert à la mise à la terre. N'employez pas l'outil si le cordon ou la fiche sont en mauvais état. Si tel est le cas, faites-les réparer dans un centre-service MILWAUKEE accrédité avant de vous en servir. Si la fiche du cordon ne s'adapte pas à la prise, faites remplacer la prise par un électricien.

Les foreuses MILWAUKEE Dymodrill sont pourvues d'une fiche à verrouillage de 20 ampères (NEMA L5-20). Le coffret d'ampèremètre MILWAUKEE peut être pourvu d'une fiche à verrouillage de 20 ou 30 ampères (NEMA L5-30) selon le modèle.

**Outils mis à la terre :**
**Outils pourvus d'une fiche de cordon à trois dents**

Les outils marqués « Mise à la terre requise » sont pourvus d'un cordon à trois fils dont la fiche a trois dents. La fiche du cordon doit être branchée sur une prise correctement mise à la terre (voir Figure A et B). De cette façon, si une défectuosité dans le circuit électrique de l'outil survient, le relais à la terre fournira un conducteur à faible résistance pour décharger le courant et protéger l'utilisateur contre les risques de choc électrique.



**Fig. A**

**Fig. B**

La dent de mise à la terre de la fiche est reliée au système de mise à la terre de l'outil via le fil vert du cordon. Le fil vert du cordon doit être le seul fil raccordé à un bout au système de mise à la terre de l'outil et son autre extrémité ne doit jamais être raccordée à une borne sous tension électrique.

Votre outil doit être branché sur une prise appropriée, correctement installée et mise à la terre conformément aux codes et ordonnances en vigueur. La fiche du cordon et la prise de courant doivent être semblables à celles de la Figure A et B.

**Outils à double isolation :**
**Outils pourvus d'une fiche de cordon à deux dents**

Les outils marqués « Double Isolation » n'ont pas besoin d'être raccordés à la terre. Ils sont pourvus d'une double isolation conforme eux exigences de l'OSHA et satisfont aux normes de l'Underwriters Laboratories, Inc., de l'Association canadienne de normalisation (ACNOR) et du « National Electrical Code » (code national de l'électricité). Les outils à double isolation peuvent être branchés sur n'importe laquelle des prises à 120 volt illustrées ci-contre Figure C et D.



**Fig. C**          **Fig. D**



### AVERTISSEMENT!

Afin de minimiser les risques de choc électrique, il est essentiel de toujours utiliser un coupe-circuit relié à la masse (GFCI) lorsqu'on travaille avec un outillage de forage au diamant. Le coupe-circuit relié à la masse doit être placé aussi près que possible de la prise de courant.

## CORDONS DE RALLONGE

Si l'emploi d'un cordon de rallonge est nécessaire, un cordon à trois fils doit être employé pour les outils mis à la terre. Pour les outils à double isolation, on peut employer indifféremment un cordon de rallonge à deux ou trois fils. Plus la longueur du cordon entre l'outil et la prise de courant est grande, plus le calibre du cordon doit être élevé. L'utilisation d'un cordon de rallonge incorrectement calibré entraîne une chute de voltage résultant en une perte de puissance qui risque de détériorer l'outil. Reportez-vous au tableau ci-contre pour déterminer le calibre minimum du cordon.

Moins le calibre du fil est élevé, plus sa conductivité est bonne. Par exemple, un cordon de calibre 14 a une meilleure conductivité qu'un cordon de calibre 16. Lorsque vous utilisez plus d'une rallonge pour couvrir la distance, assurez-vous que chaque cordon possède le calibre minimum requis. Si vous utilisez un seul cordon pour brancher plusieurs outils, additionnez le chiffre d'intensité (ampères) inscrit sur la fiche signalétique de chaque outil pour obtenir le calibre minimal requis pour le cordon.

**Directives pour l'emploi des cordons de rallonge**

• Si vous utilisez une rallonge à l'extérieur, assurez-vous qu'elle est marquée des sigles « W-A » (« W » au Canada) indiquant qu'elle est adéquate pour usage extérieur.

• Assurez-vous que le cordon de rallonge est correctement câblé et en bonne condition. Remplacez tout cordon derallonge détérioré ou faites-le remettre en état par une personne compétente avant de vous en servir.

• Tenez votre cordon de rallonge à l'écart des objets ranchants, des sources de grande chaleur et des endroits humides ou mouillés.

**Calibres minimaux recommandés pour les cordons de rallonge***

| Fiche signalétique | Longueur du cordon de rallonge (m) | | | | | |
|---|---|---|---|---|---|---|
| Ampères | 7,6 | 15,2 | 22,8 | 30,4 | 45,7 | 60,9 |
| 0 - 5,0 | 16 | 16 | 16 | 14 | 12 | 12 |
| 5,1 - 8,0 | 16 | 16 | 14 | 12 | 10 | -- |
| 8,1 - 12,0 | 14 | 14 | 12 | 10 | -- | -- |
| 12,1 - 15,0 | 12 | 12 | 10 | 10 | -- | -- |
| 15,1 - 20,0 | 10 | 10 | 10 | -- | -- | -- |

* Basé sur sur une chute de voltage limite de 5 volts à 150% de l'intensité moyenne de courant.

### LISEZ ATTENTIVEMENT CES INSTRUCTIONS ET CONSERVEZ-LES POUR LES CONSULTER AU BESOIN.

## MONTAGE DE L'OUTIL



**AVERTISSEMENT!**

Pour minimiser les risques de blessures, débranchez toujours l'outil avant d'y faire des réglages, d'y attacher ou d'en enlever les accessoires. L'usage d'accessoires autres que ceux qui sont spécifiquement recommandés pour cet outil peut comporter des risques.

**Montage des chassis Dymorig et Vac-U-Rig®**

Pour les modèles 4125 et 4130 seulement (Fig. 1).



Fig. 1

- Rayon du levier de commande
- Berceau
- Montant
- Boulon hex.
- Base
- Vis de nivellement (4)
- Boulons de calage (2)
- Boulons du montant

1. Placez la base sur le sol. Desserrez le boulon et l'écrou hex (clé non fournie). Ensuite, relevez la colonne en position verticale.

2. **Pour le carottage à la verticale ou à l'horizontale,** vissez le gros boulon du montant (sac d'accessoires à part) au travers du fond du montant dans la base. Ensuite, serrez le boulon et l'écrou hex (clé non fournie).

   **Si le carottage doit être fait à angle,** penchez le montant à l'angle désiré et serrez le boulon et l'écrou hex. Conservez le gros boulon du montant pour le carottage à la verticale ou à l'horizontale.

3. Serrez les deux (2) boulons de calage noirs de la base à l'aide de la clé qui accompagne l'outil.

4. Vissez les quatre (4) rayons du levier de commande (sac d'accessoires à part) dans le moyeu du berceau.

Pour les modèles 4115 et 4120 seulement (Fig. 2).



Fig. 2

- Berceau
- Rayon du levier de commande
- Montant
- Base
- Vis de nivellement (4)
- Boulons du montant (2)
- Rondelles d'arrê

1. Placez la base sur le sol
2. Retirez les deux (2) boulons hex. et les deux (2) rondelles d'arrêt du sac d'accessoires.
3. Posez le montant dans la rainure de la base.
4. Placez les deux (2) boulons et les deux (2) rondelles d'arrêt et serrez-les à fond.

**Déplacement du levier de commande vers l'autre côté**

Pour les modèles 4125 et 4130 seulement (Fig. 3).



Fig. 3

- Niveau à bulle
- Vis à tête à six pans creux (4)
- Vis à tête à six pans creux
- Cadran d'ampèremètre
- Coffret d'ampèremètre
- Berceau
- Verrou du berceau

1. Serrez le verrou du berceau.
2. Desserrez le goujon du coffret d'ampèremètre sur le berceau
3. Enlevez les quatre (4) vis à tête à six pans creux qui maintiennent le boîtier du levier de commande à rayons.
4. Déplacez le levier de 180° vers l'autre côté.
5. Remettez les quatre (4) vis à tête à six pans creux en place et serrez-les à fond.
6. Fixez le coffret d'ampèremètre au côté opposé selon la procédure décrite sous "Montage du coffret d'ampèremètre".

Pour modèles 4115 et 4120 seulement (Fig. 4).



**Fig. 4**
Vis à tête à six pans creux et rondelle
Vis à tête à six pans creux
Cadran d'ampèremètre
Coffret d'ampèremètre
Berceau

1. Desserrez le verrou du berceau.
2. Remontez le berceau à sa hauteur maximale.
3. Relevez le berceau 13 mm (1/2") de plus avec la main.
4. Serrez le verrou du berceau.
5. Desserrez la vis à tête à six pans creux et enlevez le coffret d'ampèremètre.
6. Retirez le goujon du coffret d'ampèremètre du berceau.
7. Enlevez la vis et la rondelle au bout de l'arbre du pignon.
8. Retirez le levier de commande et l'arbre du pignon.
9. Déplacez l'ensemble levier-pignon de 180° vers l'autre côté du berceau.
10. Remettez vis et rondelle en place et serrez à fond.
11. Replacez le goujon du coffret d'ampèremètre sur le côté opposé au levier.
12. Fixez le coffret d'ampèremètre au côté opposé selon la procédure décrite sous "Montage du coffret d'ampèremètre".
13. Desserrez le verrou du berceau et abaissez le berceau jusqu'à ce que l'engrenage à crémaillère s'engage.
14. Resserrez le verrou du berceau.

### Montage du coffret d'ampèremètre

Pour tous les modèles (Fig. 3 & 4).

Un coffret d'ampèremètre est inclus avec l'équipement standard de l'outillage Vac-U-Rig®, mais il est en sus avec l'outillage Dymorig (voir "Accessoires"). Fixez le coffret d'ampèremètre au berceau du côté opposé au levier de commande à rayons.

1. Faites glisser le collet du coffret sur le goujon du berceau.
2. Placez le coffret à la position désirée et serrez les vis à tête à six pans creux, filetage 1/4"-20.

   N.B. Pour le carottage horizontal (dans un mur), l'ampèremètre doit faire face vers le haut pour être à la vue de l'utilisateur. Autrement, le débit d'eau de la vanne d'arrêt d'eau pourra couler dans les prises du coffret d'ampèremètre.

### Montage du moteur Dymodrill sur le chassis

Pour tous les modèles (Fig. 5 & 6).

Le chassis Dymorig® est pourvu d'une fixation servant à l'installation de la foreuse Dymodrill. Un mécanisme d'avance est offert en option (voir "Accessoires"). Ce mécanisme **peut** être utilisé pour le carottage avec carottiers de tout calibre, mais il **doit** surtout être employé avec les carottiers de 254 mm (10") de diamètre.

1. Pour installer la foreuse, desserrez le verrou du berceau. Ensuite, relevez le berceau sur le montant à l'aide du levier à rayons, afin de laisser l'espace pour installer le carottier. Resserrez le verrou.

   N.B. : Si le berceau est difficile à déplacer sur le montant, desserrez les boulons de réglette en suivant les instructions sous le titre "Ajustement des boulons de réglette".

2. Serrez les fixations de montage ou le mécanisme d'avance (optionnel) sur la foreuse Dymodrill (Fig. 5) à l'aide des quatre (4) vis filetées 1/4"-20 à tête à six pans creux et les quatre (4) rondelles d'arrêt (les plus petites des rondelles incluses dans le sac d'accessoires à part). Assurez-vous que la clavette carrée de la fixation de montage ou du mécanisme d'avance s'engage dans la rainure sur la foreuse Dymodrill.

3. Serrez la fixation de montage ou le mécanisme d'avance (optionnel) et la foreuse sur le berceau (Fig. 6) en insérant les quatre (4) boulons à tête hex. 3/8"-16 et les quatre rondelles d'arrêt (les plus grandes des rondelles incluses dans le sac d'accessoires à part) au travers des trous du berceau. Insérez les boulons dans les trous à partir de l'autre côté du chassis et placez les rondelles d'arrêt sur les boulons du côté de la fixation de montage.

Lorsque le montage de la foreuse Dymodrill est terminé, assurez-vous que le berceau est fermement fixé sur le montant, afin de prévenir le flottement de la foreuse ou du carottier durant le forage. Avant de commencer le carottage, essayez de branler le berceau et la foreuse avec les mains. Si le berceau est correctement arrimé, il ne bougera pas. Si, au contraire, il bouge, serrez les boulons de réglette qui maintiennent le berceau en place selon les instructions sous le titre "Ajustement des boulons de réglette".



**Fig. 5**

**Fig. 6**
Rainure

## Ajustement des boulons de réglette (Fig. 7)

Lorsque le montage de la foreuse est terminé, assurez-vous que le berceau est fermement fixé sur le montant, afin de prévenir le flottement de la foreuse ou du carottier durant le forage. Avant de commencer le carottage, essayez de branler le berceau et la foreuse avec les mains. Si le berceau est correctement arrimé, il ne bougera pas. Si, au contraire, il bouge, serrez les (6) boulons de réglette qui maintiennent le berceau en place sur le montant tel que décrit ci-dessous et illustré à la figure 7.



**Fig. 7**

Boulons de réglette

Pour les modèles 4125 et 4130 seulement.

Serrez les six (12) boulons de réglette à l'aide de la clé hex. contenue dans le sac d'accessoires à part.

Pour les modèles 4115 et 4120 seulement.

Pour serrer les six (6) boulons de réglette, desserrez les écrous hex., serrez les boulons puis resserrez les écrous.

## Choix et installation d'un carottier (Fig. 8)

*MILWAUKEE* offre des carottiers Dymobit standard et premium pour forer dans une variété de matériaux tels le béton coulé, le béton armé d'acier et le béton armé précontraint. Employez des carottiers propres et vifs.



**Fig. 8**

Vanne d'arrêt d'eau

Rondelle en cuivre

1. Pour installer un carottier, enduisez le filetage du pivot et du carottier de graisse pour empêcher la corrosion et le grippage du carottier sur le pivot.

2. Glissez une rondelle en cuivre (incluse avec les composants de la vanne d'arrêt d'eau dans le sac d'accessoires à part) sur le pivot fileté jusqu'à l'épaule. Le sac d'accessoires contient une rondelle de rechange, conservez-la pour vous en servir au besoin.

3. Vissez le carottier à fond sur le pivot fileté.

## Vitesse de rotation

Les foreuses Dymodrill fonctionnent à haute et à basse vitesse. Utilisez la basse vitesse pour les carottiers de grand diamètre et la haute vitesse pour les carottiers de petit diamètre (voir "Spécifications").

## Montage de la vanne d'arrêt d'eau sur la foreuse Dymodrill (Fig. 9)



**Fig. 9**

Raccord du boyau

Bout à visser dans la foreuse Dymodrill

Vanne d'arrêt

Adaptateur du boyau

La rondelle de caoutchouc

1. Prenez les composants de la vanne d'arrêt d'eau dans le sac d'accessoires. Les rondelles en cuivre contenues dans le sac servent à installer le carottier.

2. Insérez l'adaptateur du boyau dans le raccord du boyau. Ensuite, insérez la rondelle de caoutchouc dans le raccord.

3. Introduisez le bout fileté de l'adaptateur dans l'embout de la vanne d'arrêt d'eau et serrez à fond à l'aide de la clé à douille fournie. Une partie du filetage de l'adaptateur restera exposée.

4. Vissez l'ensemble de la vanne d'arrêt dans le manchon du pivot du moteur Dymodrill (Fig. 8). Serrez-le d'abord à la main puis environ 1/4 de tour à l'aide d'une clé réglable (non fournie).

## Méthodes d'ancrage de l'outillage sur la surface de travail



⚠️ **AVERTISSEMENT!**

**Pour prévenir les risques de blessures corporelles ou de dommages à l'outil, il est essentiel de toujours assujettir l'outillage à la surface de travail. Un outillage mal arrimé pourrait se mettre à tourner durant le carottage et causer des blessures.**

**N.B.** Certains matériaux de construction sont renforcés d'acier. Les carottiers Dymobit peuvent couper dans les tiges d'acier encastrées, mais ne sont pas recommandés pour percer des plaques d'acier massif.

## Carottage horizontal (murs)

Pour des instructions spécifiques à l'usage de chevilles d'ancrage, voir la rubrique "Utilisation des chevilles à expansion".



⚠️ **AVERTISSEMENT!**

**Pour prévenir les risques de blessures corporelles, employez toujours une cheville àexpansion pour le carottage horizontal. Les systèmes d'ancrage à vide peuvent glisser lorsqu'ils sont installés sur un plan horizontal.**

## Carottage vertical (planchers)

Deux méthodes servent au calage de l'outillage pour le carottage vertical : soit à l'aide de chevilles d'ancrage à expansion soit en employant un système de pompe et de coussin à vide. Le système de chevilles d'ancrage assure un meilleur rendement du carottier parce qu'il offre une fixation plus rigide. Pour des instructions relatives au montage d'un système de pompe et coussin à vide, voir le texte intitulé "Montage et installation du système d'ancrage àvide".

## Rallonge télescopique optionnelle

La rallonge télescopique peut être utilisée avec l'une ou l'autre des méthodes d'ancrage.

**N.B.** L'outillage Vac-U-Rig® modèle 4136 contient une pompe et un coussin à vide. Cependant, pour certaines tâches, vous pourrez opter pour l'ancrage avec chevilles à expansion comme moyen de caler l'outillage.

Les chevilles d'ancrage et la rallonge télescopique ne sont pas comprises dans les outillages précités, on doit se les procurer séparément (voir "Accessoires").

## MANIEMENT

**Calage de l'outillage sur la surface de travail -
Utilisation de chevilles d'ancrage à expansion (Fig. 10)**
Pour les modèles 4125 et 4130 seulement.



**Fig. 10**
Boulons de nivellement

Tige ou boulon filetés

Écrou et rondelle ou écrou du coussin



**Fig. 12**
Boulons de nivellement

Goujon du coussin à vide

Coussin à vide

Écrou du coussin à vide

Dispositif d'accouplement du coussin

Pour assujettir la base de l'outil à la surface, employez une cheville à expansion de 16 mm (5/8") (non fournie) adaptable au filetage d'une tige ou d'un boulon de 16 mm (5/8").

1.  Mettez le chassis au niveau à l'aide des quatre boulons de nivellement, en vous fiant sur le niveau à bulle de l'outil. Lorsque le chassis sera de niveau, serrez les quatre contre-écrous des boulons de nivellement.

2.  Selon les instructions du fabricant, installez une cheville d'ancrage à expansion dans la surface. Alignez la fente de la base du chassis Dymorig sur la cheville d'ancrage, puis insérez une tige ou un boulon fileté au travers de la base dans l'embout fileté de la cheville d'ancrage. Serrez fermement le boulon ou l'écrou et la rondelle dans la cheville d'ancrage, selon le cas.

**Montage et utilisation d'un système à vide. (Fig. 11 & 12)**
Pour les modèles 4115, 4125 et 4130 seulement.



**Fig. 11**
Indicateur de vide

Godet-filtre

Soupape de relâchement

Petit trou pour fixer la pompe au chassis Dymorig

Dispositif d'accouplement

Boyau à vide

Un coussin à vide est fourni avec l'outillage Vac-U-Rig®. Dans le cas de l'outillage Dymorigs, on doit se procurer cet article à part. Le coussin à vide est plus efficace lorsqu'il est posé sur une surface lisse comme le béton coulé. Si la surface est trop poreuse ou rugueuse, le coussin n'adhérera pas fermement. Avant d'utiliser un coussin à vide, il faut toujours s'assurer que le joint d'étanchéité, sous le coussin, est en bon état. Si le joint est craquelé ou déchiré, il faut sans faute le remplacer, car autrement, le calage de l'outillage ne sera pas assez ferme. Pour remplacer le joint d'étanchéité du coussin, suivez les instructions sous la rubrique "Remplacement du joint d'étanchéité des coussins à vide". Voir la rubrique "Accessoires" pour le numéro de pièce du joint d'étanchéité.

1.  Pour installer le coussin à vide, penchez la base du chassis et glissez le coussin en-dessous, de façon à ce que le goujon fileté du coussin passe dans le trou situé à la fin de la fente centrale de la base du chassis. Ensuite, replacez le chassis à la verticale.

2.  Placez le chassis en position pour le carottage.

3.  Mettez le chassis au niveau à l'aide des quatre boulons de nivellement, en vous guidant sur la nivelle (4125 et 4130 seulement). Une fois le chassis au niveau, serrez les quatre contre-écrous (4125 et 4130 seulement) sur les boulons de nivellement.

4.  Raccordez une extrémité du boyau à vide au dispositif d'accouplement du coussin à vide. Pour ce faire, écartez le collet du boyau et insérez le bout du boyau sur le dispositif d'accouplement jusqu'à ce qu'il s'enclenche. Ensuite, de la même manière, raccordez l'autre bout du boyau à vide au dispositif d'accouplement de la pompe à vide.

5.  La pompe à vide peut être posée sur une surface sèche à l'écart du chassis ou montée sur le chassis, tel qu'indiqué. Cependant, NE MONTEZ PAS la pompe à vide sur le chassis Dymorig pour effectuer du carottage à angle.

    Pour monter la pompe à vide sur le chassis Dymorig, alignez le petit trou de la base de la pompe sur le goujon fileté du coussin faisant saillie au centre de la base du chassis.

6.  Branchez la pompe sur une prise de courant, la pompe va démarrer automatiquement. Appuyez votre pied sur le coussin à vide ou sur le goujon du coussin pour l'abaisser et le faire adhérer au sol.

7.  Lorsque le coussin sera fixé à au moins 508mm (20") de vide à mercure, serrez à fond l'écrou du goujon de fixation du coussin.



**⚠ AVERTISSEMENT!**

L'indicateur de vide devrait montrer un vide à mercure d'au moins 508 mm (20"). Pour éviter les risques de blessures corporelles, ne commencez pas le carottage si l'indicateur montre un vide à mercure inférieur à 508 mm (20").

**Â l'aide d'une cheville d'ancrage à expansion (Fig. 13)**



Fig. 13

Boulons de nivellement

Tige ou boulon filetés

Pour les modèles 4115 et 4120 seulement.

Pour fixer la base à la surface, utilisez une cheville à expansion à filetage 16 mm (5/8") (non fournie) filetée pour une tige ou un boulon à filetage 16 mm (5/8").

1. Enlevez le joint caoutchouté de la base

2. Mettez le chassis au niveau avec les quatre (4) boulons de nivellement.

3. Selon les instructions du fabricant, installez une cheville d'ancrage à expansion dans la surface. Alignez la fente de la base du chassis Dymorig sur la cheville d'ancrage, puis insérez une tige ou un boulon fileté au travers de la fente dans l'embout fileté de la cheville d'ancrage. Serrez fermement le boulon ou l'écrou et la rondelle dans la cheville d'ancrage, selon le cas.

**Montage et utilisation du système à vide (Fig. 14 & 15)**



Fig. 14

Godet-filtre

Soupape de relâchement

Indicateur de vide

Petit trou pour fixer la pompe au chassis Dymorig

Dispositif d'accouplement

Boyau à vide



Fig. 15
Joint d'étanchéité de coussin à vide

Boulons de nivellement

Dispositif d'accouplement du coussin

L'adaptateur du système à vide

Pour le modèle 4120 seulement.

Le système à vide est plus efficace lorsqu'il est posé sur une surface lisse comme le béton coulé.

Si la surface est trop poreuse ou rugueuse, le coussin n'adhérera pas fermement. Avant d'utiliser un coussin à vide, il faut toujours s'assurer que le joint d'étanchéité, sous le coussin, est en bon état. Si le joint est craquelé ou déchiré, il faut sans faute le remplacer, car autrement, le calage de l'outillage ne sera pas assez ferme.

Pour remplacer le joint d'étanchéité du coussin, suivez les instructions sous la rubrique "Remplacement du joint d'étanchéité des coussins à vide". Voir la rubrique "Accessoires" pour le numéro de pièce du joint d'étanchéité.

1. Placez le chassis tel que requis pour le carottage.

2. Desserrez les quatre (4) boulons de nivellement jusqu'à ce que leur tête dépasse la base.

3. Placez l'adaptateur du système à vide dans la fente de la base.

4. Raccordez une extrémité du boyau à vide, compris dans l'outillage, au dispositif d'accouplement du coussin à vide. Pour ce faire, écartez le collet du boyau et insérez le bout du boyau sur le dispositif d'accouplement jusqu'à ce qu'il s'enclenche. Ensuite, de la même manière, raccordez l'autre bout du boyau à vide au dispositif d'accouplement de la pompe à vide.

5. La pompe à vide peut être posée sur une surface sèche à l'écart du chassis ou montée sur la base du chassis Dymorig, tel qu'indiqué. Pour installer la pompe à vide sur la base, alignez les petits trous de la fixation de la pompe sur les deux trous filetés de la base. Fixez la pompe à vide à la base à l'aide des deux (2) vis 1/4"-20 contenues dans le sac d'accessoires.

6. Branchez la pompe sur une prise de courant, la pompe va démarrer immédiatement. Appuyez votre pied sur la base jusqu'à ce qu'elle s'abaisse et adhère à la surface.

7. Serrez les quatre (4) boulons de nivellement juste assez pour éliminer le flottement sans décoller le joint d'étanchéité du coussin et soulever la base.



⚠ **AVERTISSEMENT!**

L'indicateur de vide devrait montrer un vide à mercure d'au moins 508 mm (20"). Pour éviter les risques de blessures corporelles, ne commencez pas le carottage si l'indicateur montre un vide à mercure inférieur à 508 mm (20").

**Utilisation de la rallonge télescopique (optionnelle)**

1. Calez le chassis en employant soit une cheville d'ancrage à expansion ou un coussin à vide selon les instructions (voir "Calage de l'outillage sur la surface de travail").

2. Placez le flasque supérieur de la rallonge contre le plafond ou le mur et placez l'autre bout de la rallonge sur la vis de montée au sommet du montant du chassis.

La rallonge est réglable jusqu'à 14 pieds. Tournez la vis de montée pour serrer la rallonge et faire les autres réglages nécessaires.

**Assurez un débit d'eau adéquat**

Un débit d'eau adéquat doit être maintenu durant le carottage. Les foreuses Dymodrill sont pourvues d'une vanne d'arrêt d'eau intégrée pour contrôler le débit d'eau autour et à l'intérieur du carottier. L'eau sert à refroidir le carottier et à évacuer les débris de forage.

## Lecture de l'ampèremètre (Fig. 16)



**Fig. 16**

Zone de portée de 20A

Zone de portée de 15A

L'ampèremètre est le cadran sur le coffret d'ampèremètre. Cet accessoire est fourni avec l'outillage Vac-U-Rig®, mais on doit se le procurer à part avec l'outillage Dymorig. Le cadran d'ampèremètre indique la pression de rétroaction durant le carottage et permet de prévenir la surcharge du moteur et l'usure prématurée du carottier. L'arc vert du cadran représente la portée normale de forage, tandis que l'arc rouge indique une trop grande pression.



> ⚠ **AVERTISSEMENT!**
>
> **Pour minimiser les risques de blessures, servez-vous toujours de l'ampèremètre lorsque vous utilisez la foreuse Dymodrill. L'ampèremètre est pourvu d'un interrupteur pour faire démarrer le moteur ou l'arrêter. Il sert aussi d'indicateur de portée pour prévenir la surcharge du moteur.**

## Embrayage et broche de cisaillement (Fig. 17)



**Fig. 17**
Broche de cisaillement

Manchon du pivot (modèles à broche de cisaillement)

Pivot fileté (modèles à embrayage)

Anneau de retenue (modèle à broche de cisaillement seul.)

Les foreuses Dymodrill nos 4079, 4090, et 4094 sont pourvues d'une broche de cisaillement qui les protège contre la surcharge. Cette broche entraîne le manchon du pivot. Si le carottier reste grippé, la broche va débrayer pour protéger les engrenages et le moteur. Des broches de cisaillement supplémentaires sont fournies avec chaque foreuse Dymodrill et peuvent être remplacées (voir "Accessoires" pour le numéro de pièce). Il est important de vérifier l'état du pivot chaque fois que l'outil est utilisé. Le pivot doit être lisse, sans rainures ni corrosion. Si le pivot est en mauvais état, il est possible que le manchon fileté et la partie interne du pivot se soudent et restent grippés durant le carottage (voir "Lubrification du pivot de foreuse Dymodrill à broche de cisaillement" pour les instructions de lubrification du pivot).

Les modèles 4004, 4005, 4092, 4096 et 4097 sont pourvus d'un système d'embrayage, plutôt que d'un système de broche de cisaillement, pour protéger les engrenages et le moteur. Si le moteur devient surchargé, l'embrayage va commencer à glisser et la rotation va s'arrêter. L'embrayage est préréglé en usine et ne requiert pas de réglage. Les troubles caractérisés par de trop fréquents débrayages devraient être signalés à un centre de service *MILWAUKEE* accrédité.



> ⚠ **AVERTISSEMENT!**
>
> **Pour minimiser les risques de blessures, inspectez toujours l'aire de carottage pour y déceler les fils cachés.**

## Techniques de carottage (Fig. 18)

1. Choisissez et installez un carottier selon les instructions sous le titre "Choix et installation du carottier".

2. Fixez le chassis à la surface de travail selon une des méthodes décrites sous le titre "Méthodes d'ancrage de l'outillage sur la surface de travail".

3. Placez l'interrupteur du moteur à la position "OFF" et réglez l'embrayage à la vitesse de rotation haute ou basse, en vous guidant sur les directives intitulées "Vitesse de rotation".

**N.B. : NE CHANGEZ PAS LA VITESSE DE ROTATION PENDANT QUE L'INTERRUPTEUR DU MOTEUR EST À LA POSITION "ON".** Pour régler la vitesse, sur toutes les foreuses Dymodrill, poussez le levier d'embrayage à la position désirée.



**Fig. 18**
Levier d'embrayage

Vanne d'arrêt d'eau

4. Raccordez le boyau à eau à la vanne d'arrêt d'eau de la foreuse Dymodrill et à la prise d'eau. Assurez-vous que les joints sont étanches. Si le boyau à eau n'est pas assez long, employez un boyau ordinaire de jardin. Mettez en place un système d'évacuation de l'eau usée.

5. Si vous utilisez un système à vide, lisez les instructions relatives à son installation sous le titre "Montage et utilisation d'u système à vide".

N'entamez pas les autres étapes de carottage avant que la jauge de la pompe à vide n'affiche au moins 508 mm (20") de vide à mercure. Normalement, la jauge affichera 584 mm (23") ou plus. Ne vous servez jamais de la foreuse Dymodrill si la jauge de la pompe à vide indique moins de 508 mm (20") de vide à mercure (voir "Méthodes d'ancrage de l'outillage sur la surface de travail".) Surveillez toujours la jauge de vide durant le carottage. Si de l'eau s'accumule dans le godet de filtrage, videz-le aussitôt pour prévenir tout dommage à la pompe.



> ⚠ **AVERTISSEMENT!**
>
> **Pour minimiser les risques de blessures, ne vous servez pas de l'outillage Dymorig si la jauge de vide affiche moins de 508 mm (20") de vide à mercure.**

6. Placez l'interrupteur de la foreuse Dymodrill à la position "ON". Ouvrez le robinet de la prise d'eau pour alimenter la vanne d'arrêt d'eau (voir "Assurez un débit d'eau adéquat"). Tournez la vanne en sens horaire pour augmenter le débit d'eau et en sens inverse-horaire pour diminuer le débit.

7. Empoignez le levier de commande et desserrez légèrement le verrou du berceau. Tournez lentement le levier pour abaisser le carottier sur la surface de travail en appliquant une pression constante. Pour empêcher le carottier d'errer, appliquez toujours une légère pression pour commencer un trou, jusqu'à ce que le bout du carottier pénètre dans la surface. Ensuite, augmentez la pression.

8. Appliquez assez de pression sur le carottier pour qu'il coupe constamment. Fiez-vous au cadran du coffret d'ampèremètre pour vérifier si la pression est correcte.

   **N.B.** Si le chassis se déplace durant le carottage, arrêtez le moteur, replacez le chassis et recommencez à forer.

9. Surveillez le débit d'eau (voir "Carottage au diamant"). Généralement, le débit d'eau devrait être d'un à deux gallons par minute. Si le débit est trop grand, les deux trous du pivot vont fuir. Si cela se produit, diminuez le débit d'eau. Le débit d'eau est adéquat lorsque l'eau et les débris évacués forment un cercle d'environ 13 mm (1/2") autour du carottier. Gardez l'aire de travail au sec.

10. Lorsqu'une coupe est complétée, laissez le moteur de la foreuse en marche et tournez le levier de commande en sens horaire pour remonter le carottier. Si vous ne laissez pas le moteur en marche pour le retirer, le carottier pourra rester bloqué dans le trou. Une fois le carottier retiré du trou, placez l'interrupteur du moteur à la position OFF et serrez le verrou du berceau. Pour éviter le démarrage accidentel du moteur,débranchez le coffret d'ampèremètre de la prise de courant avant de désamorcer la pompe à vide.

   Si vous utilisez une pompe à vide, débranchez-la et ouvrez la soupape de relâchement de vide pour désamorcer le coussin à vide.

## Retrait des carottes et forage profond

Pour le forage des trous dont la profondeur excède celle du carottier, procédez selon les étapes suivantes :

1. Commencez à forer le trou selon la méthode habituelle. Lorsque la profondeur du trou atteindra la longueur du carottier, arrêtez la foreuse Dymodrill.

2. Enlevez la carotte en insérant un ciseau ou un coin effilé dans la coupe entre la carotte et la surface de travail. Vous pouvez aussi utiliser une pince spéciale pour le carottage, un fil métallique recourbé ou un boulon d'ancrage.

3. Après avoir retiré la carotte, réintroduisez le carottier dans le trou ou ajoutez-y une rallonge pour continuer le forage (voir "Accessoires"). Retirer une carotte dont le diamètre est deux fois plus grand que la longueur peut être difficile. Il faut alors broyer la carotte en petits morceaux faciles à enlever. Un marteau électrique ou un ciseau sont utiles pour fragmenter les carottes.



**AVERTISSEMENT!**

Habituellement, lorsque vous forez au travers d'un plancher, les carottes tombent sur le plancher d'en-dessous. Prenez les mesures nécessaires pour protéger les personnes et les biens qui sont en-dessous de l'aire de forage.

## Carottage au diamant

Facteurs qui influencent le rendement du carottage :

- Quantité de liquide refroidisseur
- Défaut de rigidité de l'outillage
- Mauvais état de l'outillage
- Rotation t-min. de la foreuse
- Pression de l'utilisateur sur l'outil
- Teneur du béton en acier
- Format de l'acier moulé dans le béton
- Âge du béton
- Forme, genre, dureté et pouvoir abrasif de l'agrégat
- Sable artificiel ou sable de rivière (naturel)
- Technique de l'utilisateur
- Soin de l'utilisateur
- Excentricité du carottier

## Technique de l'utilisateur

Forez à pression constante et ferme. Ne soumettez pas le carottier à des mouvements saccadés qui font craquer les diamants. Une pression trop légère émousse les diamants, ralentit la pénétration et favorise l'encrassement de la couronne. Une pression excessive peut surcharger le moteur de la foreuse et user prématurément les diamants, surtout dans le béton armé. Laissez le carottier faire son travail sans provoquer son grippage dans le matériau.

Si l'outil commence à vibrer :

1. Arrêtez le carottage.

2. Mettez le moteur à la position OFF.

3. Vérifiez le serrage des boulons, écrous et boulons de réglette. Serrez-les si nécessaire.

4. Corrigez l'excentricité du carottier, s'il y a lieu.

Si la vibration persiste, enlevez la carotte et les débris de forage.

Si la vibration continue après l'application de ces mesures, retournez l'outillage au centre-service *MILWAUKEE* le plus près.

## Eau

L'eau joue deux rôles importants dans le forage :

1. L'eau agit comme refroidisseur; elle neutralise la chaleur causée par la friction du carottage. Elle préserve les diamants, la matrice, la soudure des segments et les parois du carottier. Le manque de liquide refroidisseur pourra entraîner la surchauffe et la défaillance des éléments de l'outillage.

2. L'eau sert à l'évacuation des débris abrasif du carottage. Ces particules proviennent des agrégats, du sable, des diamants et du métal de la matrice du carottier, de même que des différents métaux moulés dans le béton. Le trou doit être vidé des débris pour que le carottier puisse faire son travail. Si des particules demeurent dans le trou, il s'exercera une pression supplémentaire sur les parois du carottier. Cela pourra ralentir la rotation et causer l'encrassement du carottier. Le moteur de la foreuse subira la surcharge causée par l'effort du carottier et l'augmentation de l'intensité du courant. En outre, les débris de carottage usent les parois du carottier et peuvent, éventuellement, entraîner la perte de segments.

Surveillez le débit d'eau. Le débit devrait être réglé jusqu'à ce que l'eau usée soit boueuse et de teinte opaque. Une eau usée continuellement claire ou occasionnellement claire indique un débit trop grand, ce qui est une des principales causes d'encrassement et de défaillance. D'autres facteurs peuvent aussi contribuer à l'encrassement mais l'encrassement par le débit d'eau peut facilement être contrôlé par l'utilisateur. Un trop grand débit d'eau nuit au contact entre les parois du carottier et le matériau. Lorsque les segments du carottier n'attaquent pas correctement la surface, l'effet d'érosion contrôlée qui protège le mordant du carottier se trouve neutralisé et le carottier s'encrasse. Cela se produit surtout avec les carottiers de petit diamètre. Un débit d'eau adéquat variera selon le diamètre du carottier. N'employez que l'eau nécessaire à l'évacuation des débris de carottage.

## Outillage

- Assurez-vous que la machinerie est en bon état de marche. Le montant, le chassis, le moteur et la base devraient être fermement fixés pour éviter toute vibration durant le carottage.

- Assurez-vous que le moteur soit du calibre (intensité de courant et rotation) compatible avec le diamètre du carottier utilisé (consulter le guide du moteur dans le catalogue).

- Assurez-vous toujours que l'outillage de carottage soit monté rigidement avec une cheville d'ancrage ou un coussin à vide, car tout mouvement ou toute vibration pourraient endommager le carottier. Se tenir sur la base du chassis pour le maintenir en place est dangereux et n'offre pas la rigidité nécessaire au carottage.

## Carottiers à diamants

- Exercez peu de pression sur le carottier, pour les premier, deuxième ou troisième trous, afin que les diamants neufs mordent graduellement dans le matériau.

- Abaissez le carottier très lentement sur la surface de travail. Exercez une légère pression sur le carottier, jusqu'à ce que la couronne à diamants ait pénétré dans le matériau.

- Ralentissez l'abaissement du carottier et laissez le carottier tourner librement si vous sentez qu'il butte sur de l'acier moulé dans le béton. Ne le forcez pas. Dans un tel cas, l'eau usée ayant circulé autour du carottier en butte à de l'acier moulé dans le béton va devenir claire. Toute vibration ou saccade pourrait alors briser ou dégarnir la couronne de diamants.

- Gardez le carottier bien affûté.

## Encrassement du carottier

Le grippage du carottier est causé par une de deux choses : un carottier émoussé (encrassé) ou un manque de rigidité de l'outillage.

Causes de l'encrassement du carottier :

- Rotation (T-Min.) incompatible avec le diamètre du carottier
- Pression trop grande sur le carottier
- Pression insuffisante sur le carottier
- Densité d'acier de la matière à forer
- Agrégats durs et grossiers
- Surabondance d'eau
- Puissance de forage insuffisante

Un carottier bien affûté aura bonne prise des diamants et sera capable de forer dans presque n'importe quel matériau, y compris l'acier moulé dans le béton.

## Affûtage des carottiers

Pour être efficace, un carottier à couronne de diamants doit avoir une bonne prise. Maints facteurs contribuent au «cycle d'érosion contrôlée» par l'action des segments du carottier. Lorsque cette action est altérée, le carottier peut s'émousser ou s'encrasser. On constate l'encrassement lorsque le taux de carottage diminue de façon marquée ou que le carottier cesse complètement d'avancer. Il faut alors inspecter le carottier et si les diamants affleurent le métal, c'est qu'ils sont encrassés ou qu'ils manquent de prise.

Souvent, les correctifs suivants donnent de bons résultats :

1. Réduisez le débit d'eau jusqu'à ce que l'eau usée devienne boueuse. Continuez à forer avec le moins d'eau possible jusqu'à ce que le carottier progresse.

2. Si le carottier n'avance pas, retirez-le du trou. Versez dans le trou une couche de 6 mm (1/4") d'épaisseur de silice, le plus grossier possible.

3. Recommencez à forer durant 3 à 5 minutes avec très peu d'eau et à la vitesse la plus basse possible.

4. Augmentez graduellement le débit d'eau pour évacuer le silice du trou.

5. Répétez si nécessaire.

## Les effets de l'acier dans le carottage

- L'auto-aiguisage des carottiers imprégnés de diamant requiert l'apport d'un abrasif. Cet abrasif use la charge métallique de la matrice des segments. Cette érosion laisse apparaître les diamants vifs et leur action abrasive continue.

- Les tiges de métal moulées (barres nervurées) ne sont pas abrasives. Elles ne produisent pas l'érosion du métal de la matrice nécessaire à l'exposition des diamants encastrés dans la matrice des segments.

- Lorsque le carottier est longuement exposé au renforcement métallique du béton, il devient encrassé et manque de prise, ce qui nuit au carottage.



## MAINTENANCE

### ⚠ AVERTISSEMENT!

**Pour minimiser les risques de blessures, débranchez toujours l'outil avant d'y effectuer des travaux de maintenance. Ne faites pas vous-même le démontage de l'outil ni le rebobinage du système électrique. Consultez un centre de service *MILWAUKEE* accrédité pour toutes les réparations.**

### Entretien de l'outil

Gardez l'outil en bon état en adoptant un programme d'entretien ponctuel. Avant de vous en servir, examinez son état en général. Inspectez-en la garde, interrupteur, cordon et cordon de rallonge pour en déceler les défauts. Vérifiez le serrage des vis, l'alignement et le jeu des pièces mobiles, les vices de montage, bris de pièces et toute autre condition pouvant en rendre le fonctionnement dangereux. Si un bruit ou une vibration insolite survient, arrêtez immédiatement l'outil et faites-le vérifier avant de vous en servir de nouveau. N'utilisez pas un outil défectueux. Fixez-y une étiquette marquée « HORS D'USAGE » jusqu'à ce qu'il soit réparé (voir « Réparations »).

Normalement, il ne sera pas nécessaire de lubrifier l'outil avant que le temps ne soit venu de remplacer les balais. Après une période pouvant aller de 6 mois à un an, selon l'usage, retournez votre outil à un centre de service *MILWAUKEE* accrédité pour obtenir les services suivants :

- Lubrification
- Inspection et remplacement des balais
- Inspection et nettoyage de la mécanique (engrenages, pivots, coussinets, boîtier etc.)
- Inspection électrique (interrupteur, cordon, induit etc.)
- Vérification du fonctionnement électromécanique

### Lubrification des engrenages à crémaillère

Maintenez une mince couche de graisse *MILWAUKEE* de type «E» sur les engrenages à crémaillère pour prévenir la friction et l'usure.

### Lubrification du pivot de foreuse Dymodrill à broche de cisaillement

Avant chaque usage, nettoyez et lubrifiez le pivot ou le manchon du pivot avec la graisse *MILWAUKEE* de type «E» pour prévenir le grippage du pivot durant le carottage.

1. Pour la maintenance du pivot des modèles à broche de cisaillement, enlevez l'anneau de retenue à l'aide d'un tournevis. Ensuite, retirez le manchon du pivot.

2. Enlevez la poussière et les débris de l'intérieur et de l'extérieur du pivot et du manchon, de même que des trous à eau du pivot. Enduisez le pivot d'une mince couche de graisse *MILWAUKEE* de type «E».

3. Replacez le manchon sur le pivot. assurez-vous que le manchon du pivot tourne librement sur le pivot et ensuite, remettez l'anneau de retenue en place.

### Remplacement du joint d'étanchéité des coussins à vide

Pour les modèles 4115, 4125 et 4130 seulement.

À l'usage normal, le joint d'étanchéité en caoutchouc sous le coussin à vide vient à s'user et il faut le remplacer. Faites remplacer le joint d'étanchéité du coussin à vide à un centre-service *MILWAUKEE* accrédité ou remplacez-le vous-même de la façon suivante :

1. Enlevez le vieux joint et nettoyez parfaitement la rainure de la vieille colle.

2. Étalez une coulée de composé à joints à base de caoutchouc (No de cat. 44-22-0060) jusqu'au fond de la rainure.

3. Placez immédiatement le nouveau joint d'étanchéité (No de cat. 43-44-0570) dans la rainure et pressez-la fermement en place.

4. Tournez le coussin à l'endroit et placez le côté du joint sur une surface plate et lisse, puis appliquez une pression sur le pourtour du joint.

5. Laissez durcir le composé à joints durant 24 heures avant de vous servir du coussin.

Pour les modèles 4120 seulement.

À l'usage normal, le joint d'étanchéité en caoutchouc sous le coussin à vide vient à s'user et il faut le remplacer. Faites remplacer le joint d'étanchéité du coussin à vide à un centre-service *MILWAUKEE* accrédité ou remplacez-le vous-même de la façon suivante :

1. Enlevez le moteur Dymodrill et le carottier.

2. Renversez le chassis Dymorig sur son dos pour que les roues pointent vers le bas.

3. Retirez le vieux joint d'étanchéité.

4. Étalez une coulée de composé à joints à base de caoutchouc (No de cat. 44-22-0060) jusqu'au fond de la rainure.

5. Placez un joint neuf (No de cat. 43-44-0605) dans la rainure et enfoncez-le parfaitement.

6. Redressez le chassis Dymorig.

7. Réinstallez le moteur Dymodrill et le carottier.

### Nettoyage du filtre de la pompe à vide

Nettoyez périodiquement les feutres du filtre pour assurer l'efficacité de la pompe. Pour nettoyer les feutres du filtre, enlevez le godet de plastique et retirez les filtres du tube de plastique. Enlevez la poussière et les débris des feutres et nettoyez le godet de plastique. Ensuite, replacez les feutres sur le tube de plastique et posez le godet sur le filtre.



**AVERTISSEMENT!**

Pour minimiser les risques de blessures, choc électrique et dommage à l'outil, n'immergez jamais l'outil et ne laissez pas de liquide s'y infiltrer.

### Nettoyage

Débarrassez les évents des débris et de la poussière. Gardez les poignées de l'outil propres, à sec et exemptes d'huile ou de graisse. Le nettoyage de l'outil doit se faire avec un linge humide et un savon doux. Certains nettoyants tels l'essence, la térébenthine, les diluants à laque ou à peinture, les solvants chlorés, l'ammoniaque et les détergents d'usage domestique qui en contiennent pourraient détériorer le plastique et l'isolation des pièces. Ne laissez jamais de solvants inflammables ou combustibles auprès des outils.

### Réparations

Si votre outil est endommagé, retourne l'outil entier au centre de mainte-nance le plus proche.

---

## GARANTIE LIMITÉE DE L'OUTIL DE CINQ ANS

Tous les outils *MILWAUKEE* sont testés avant de quitter l'usine et sont garantis exempts de vice de matériau ou de fabrication. *MILWAUKEE* réparera ou remplacera (à la discrétion de *MILWAUKEE*), sans frais, tout outil (y compris les chargeurs de batterie) dont l'examen démontre le caractère défectueux du matériau ou de la fabrication dans les cinq (5) ans suivant la date d'achat. Retourner l'outil et une copie de la facture ou de toute autre preuve d'achat à une branche Entretien usine/Assistance des ventes de l'établissement *MILWAUKEE* ou à un centre d'entretien agréé par *MILWAUKEE*, en port payé et assuré. Cette garantie ne couvre pas les dommages causés par les réparations ou les tentatives de réparation par quiconque autre que le personnel agréé par *MILWAUKEE*, les utilisations abusives, l'usure normale, les carences d'entretien ou les accidents.

Les batteries, les lampes de poche et les radios sont garanties pour un (1) an à partir de la date d'achat.

LES SOLUTIONS DE RÉPARATION ET DE REMPLACEMENT DÉCRITES PAR LES PRÉSENTES SONT EXCLUSIVES. *MILWAUKEE* NE SAURAIT ÊTRE RESPONSABLE, EN AUCUNE CIRCONSTANCE, DES DOMMAGES ACCESSOIRES, SPÉCIAUX OU INDIRECTS, Y COMPRIS LES MANQUES À GAGNER.

CETTE GARANTIE EST EXCLUSIVE ET REMPLACE TOUTES LES AUTRES GARANTIES OU CONDITIONS, ÉCRITES OU ORALES, EXPRESSES OU TACITES DE QUALITÉ MARCHANDE OU D'ADAPTATION À UNE UTILISATION OU UNE FIN PARTICULIÈRE.

Cette garantie vous donne des droits particuliers. Vous pouvez aussi bénéficier d'autres droits variant d'un état à un autre et d'une province à une autre. Dans les états qui n'autorisent pas les exclusions de garantie tacite ou la limitation des dommages accessoires ou indirects, les limita-tions ou exclusions ci-dessus peuvent ne pas s'appliquer. Cette garantie s'applique aux États-Unis, au Canada et au Mexique uniquement.



## ACCESSOIRES

⚠️ **AVERTISSEMENT!**

**Pour minimiser les risques de blessures, débranchez toujours l'outil avant d'y installer ou d'en enlever des accessoires. L'emploi d'accessoires autres que ceux qui sont expressément recommandés pour cet outil peut présenter des risques.**

Pour une liste complète des accessoires, prière de se reporter au catalogue *MILWAUKEE* Electric Tool ou visiter le site internet www.milwaukeetool.com. Pour obtenir un catalogue, il suffit de contacter votre distributeur local ou l'un des centres-service.

**Coffrets d'ampèremètre**
**No de cat. 48-51-0100**
**30A 120 volts (Non disponible au Canada)**
Pareil à celui qui accompagne l'outillage Vac-U-Rig® No. 49-22-7075 et le No de cat. 4136. Ampèremètre et interrupteur de courant en évidence sur le panneau avant du coffret. Prise de 20A simple à verrou Twist Lock pour brancher la foreuse et deux commodes prises àl'endos.

**Coffrets d'ampèremètre**
**No de cat. 48-51-0120**
**20A 120 volts (Peut être utilisé au Canada)**
Ampèremètre et interrupteur de courant en évidence sur le panneau avant du coffret. Prise de 20A simple à verrou Twist Lock pour brancher la foreuse à l'endos.

**Rallonge télescopique**
**No de cat. 48-95-1000**
Cet accessoire sert à étayer le chassis entre le plancher et le plafond pour une plus grande rigidité. Il est pourvu de trous de réglages et s'allonge à 4,3 m (14 pi).

**Rondelle de cuivre**
**No de cat. 45-88-8565**
Avant d'utiliser l'outillage, glissez cette rondelle sur le pivot pour empêcher le grippage du carottier sur le pivot durant le carottage.

**Mécanisme d'avance**
**No de cat. 49-67-0110**
À utiliser avec les modèles 4125 et 4130. S'installe entre le berceau et le moteur de la foreuse Dymodrill pour forer avec les carottiers de 254 mm (10") - 356 mm (14").

**Mécanisme d'avance**
**No de cat. 49-67-0115**
À utiliser avec les modèles 4115 et 4120. S'installe entre le berceau et le moteur de la foreuse Dymodrill pour forer avec les carottiers de 254 mm (10") - 356 mm (14").

**Anneau collecteur d'eau**
**No de cat. 48-70-0060**
À utiliser aux endroits où l'eau usée du carottage doit être endiguée et évacuée. L'anneau, comme une digue, retient l'eau de forage avec carottier jusqu'à 254 mm (10") de diamètre. Un raccord de boyau à air sous vide intégré permet le raccordement à un aspirateur à déchets secs-humides.

**Boyau à eau**
**No de cat. 49-18-0055**
Boyau de 2,4 m (8 pieds) pourvu d'un manchon de 16 mm (5/8") et de raccords mâle et femelle en laiton.

**Réservoir à eau**
**No de cat. 49-76-0055**
Réservoir poly à usages multiples de 13.25 L (3-1/2 gallons) extra robuste et résistant aux chocs, àutiliser aux endroits où l'eau courante n'est pas accessible.

**Coussin à vide (ancrage à coussin unique)**
**No de cat. 49-22-7100**
Ce coussin à vide pour ancrage à coussin unique. Pareil à celui qui accompagne le Vac-U-Rig® kit d'accessoires No. 49-22-7075. Peut être employé avec les outillages Dymorig Nos 4115, 4125 et 4130.

**Pompe à vide (115 volts)**
**No de cat. 49-50-0160**
Cette pompe extra robuste de 1/8 CV, avec jauge, filtre d'air et cordon peut être montée sur la base du chassis de l'outillage. Pareille à celle qui accompagne l'outillage Vac-U-Rig® No 49-22-7075. Peut être utilisée avec les modèles 4115, 4125 et 4130.

**Pompe à vide (115 volts)**
**No de cat. 49-50-0165**
Cette pompe extra robuste de 1/8 CV, avec jauge, filtre d'air et cordon. Peut être montée sur la base du chassis de l'outillage. Peut être utilisée avec le modèle 4120.

**Kit d'accessoires Vac-U-Rig® (115 volts)**
**No de cat. 49-22-7065**
Ce kit comprend: (1) coussin à vide, (1) pompe à vide avec jauge, filtre, boyau à air de 2,4 m (8') et raccords. Peut être utilisé avec les modèles 4120.

**Kit d'accessoires Vac-U-Rig®**
**No de cat. 49-22-7075**
Ce kit comprend: (1) coussin à vide, (1) pompe à vide avec jauge, filtre, boyau à air de 2,4 m (8') et raccords. Peut être utilisé avec les modèles 4115, 4125 et 4130.

**Adaptateur fileté**
**No de cat. 48-04-0160**
Adaptateur fileté servant à réduire le calibre du filetage des carottiers Dymobit *MILWAUKEE* de 1-1/4-7 à 5/8-11.

**Broche de cisaillement No 44-60-0065 (Broche à faible résistance)**
**Broche de cisaillement No 44-60-0032\* (Broche à forte résistance)**
\*(outillage standard des foreuses Dymodrill sauf les modèles à embrayage Nos 4004, 4005, 4092, 4206 et 4097).

**Rallonge de carottier 229 mm (9")**
**No de cat. 48-95-1500**
Rallonge à filetage 1-1/4-7 aux deux bouts. À utiliser avec les carottiers à couronne de diamants de plus de 51 mm (2") de diamètre à filetage 1-1/4-7. La rallonge s'adapte directement sur la foreuse Dymodrill. Deux rallonges et plus peuvent être jumelées pour forer les trous profonds.

**Rallonge de carottier 267 mm (10-1/2")**
**No de cat. 48-95-2100**
Rallonge à filetage 5/8-11 aux deux bouts. À utiliser avec les carottiers à couronne de diamants de 32 mm (1-1/4") et 27 mm (1-1/2") à filetage 5/8-11. La rallonge se fixe à la foreuse Dymodrill avec un adaptateur fileté No 48-04-0160. Deux rallonges et plus peuvent être jumelées pour forer les trous profonds.

**Clé à douille 5 mm (3/16")**
**No de cat. 49-96-0085**
Sert au montage de la foreuse Dymodrill sur le berceau des outillages Dymorig.

**Clé à fourche 35 mm (1-3/8")**
**No de cat. 49-96-4700**
Pour installer les carottiers Dymobit sur la foreuse Dymodrill.

**Joint d'étanchéité de coussin à vide**
**No de cat. 43-44-0570**
Joint de rechange pour coussins vide des modèles 4115, 4125 et 4130.

**Joint d'étanchéité de coussin à vide**
**No. de cat. 43-44-0605**
Joint de rechange pour le coussin à vide du modèle 4120.

**Composé à joints à base de caoutchouc**
**No de cat. 49-22-0060**
Sert à lier le joint d'étanchéité au coussin à vide des modèles 4115, 4120, 4125 et 4130.

**Graisse de type «E»**
**No de cat. 49-08-4122**
Lubrifiant pour engrenages, crémallère et pivot.

## REGLAS DE SEGURIDAD GENERALES PARA HERRAMIENTAS ELÉCTRICAS

 **¡ADVERTENCIA!**

### LEA TODAS LAS INSTRUCCIONES

Si no se siguen todas las siguientes instrucciones se puede provocar una descarga eléctrica, un incendio y/o lesiones graves. El término "herramienta eléctrica" en todas las advertencias incluidas más abajo se refiere a su herramienta operada por conexión (cable) a la red eléctrica o por medio de una batería (inalámbrica).

### GUAORDE ESTAS INSTRUCCIONES

### SEGURIDAD EN EL ÁREA DE TRABAJO

1. **Mantenga limpia y bien iluminada el área de trabajo.** Las áreas desordenadas u oscuras contribuyen a que se produzcan accidentes.

2. **No utilice herramientas eléctricas en atmósferas explosivas, como en la presencia de líquidos, gases o polvo inflamables.** Las herramientas eléctricas crean chispas que pueden incendiar el polvo o las emanaciones.

3. **Mantenga a los niños y otras personas alejadas mientras utiliza una herramienta eléctrica.** Las distracciones pueden hacerle perder el control.

### SEGURIDAD ELÉCTRICA

4. **Los enchufes de las herramientas eléctricas deben ser del mismo tipo que el tomacorrientes. Nunca realice ningún tipo de modificación en el enchufe. No use enchufes adaptadores con herramientas eléctricas con conexión a tierra.** Se reducirá el riesgo de descarga eléctrica si no se modifican los enchufes y los tomacorrientes son del mismo tipo.

5. **Evite el contacto corporal con superficies con conexión a tierra, como tuberías, radiadores, estufas y refrigeradores.** El riesgo de descarga eléctrica aumenta si su cuerpo está conectado a tierra.

6. **No exponga la herramientas eléctricas a la lluvia o a condiciones de humedad.** El agua que entra en una herramienta eléctrica aumenta el riesgo de descarga eléctrica.

7. **No abuse del cable. Nunca use el cable para transportar la herramienta eléctrica, tirar de ella o desenchufarla. Mantenga el cable alejado del calor, los bordes afilados o las piezas en movimiento.** Los cables dañados o enmarañados aumentan el riesgo de descarga eléctrica.

8. **Cuando se utiliza una herramienta eléctrica en el exterior, use una extensión que sea apropiada para uso en el exterior.** El uso de un cable apropiado para el exterior reduce el riesgo de descarga eléctrica.

### SEGURIDAD PERSONAL

9. **Manténgase alerta, ponga cuidado a lo que está haciendo y use el sentido común cuando utilice una herramienta eléctrica. No use una herramienta eléctrica cuando está cansado o bajo la influencia de drogas, alcohol o medicinas.** Despistarse un minuto cuando se utiliza una herramienta eléctrica puede tener como resultado lesiones personales graves.

10. **Use equipo de seguridad. Lleve siempre protección ocular.** Llevar equipo de seguridad apropiado para la situación, como una máscara antipolvo, zapatos de seguridad antideslizantes casco o protección auditiva, reducirá las lesiones personales.

11. **Evite los arranques accidentales. Asegúrese de que el interruptor esté en la posición de apagado antes de enchufar la herramienta.** Mover herramientas con el dedo en el interruptor o enchufar herramientas con el interruptor en la posición de encendido contribuye a que se produzcan accidentes.

12. **Quite todas las llaves de ajuste antes de encender la herramienta.** Una llave que esté acoplada a una pieza giratoria de la herramienta puede provocar lesiones personales.

13. **No se estire demasiado. Mantenga los pies bien asentados y el equilibrio en todo momento.** Esto permite tener mejor control de la herramienta eléctrica en situaciones inesperadas.

14. **Vístase de manera apropiada. No lleve ropa suelta ni joyas. Mantenga el cabello, la ropa y los guantes lejos de la piezas en movimiento.** La ropa floja, las joyas o el cabello largo pueden quedar atrapados en las piezas en movimiento.

15. **Si se proporcionan dispositivos para la conexión de sistemas de recolección y extracción de polvo, asegúrese de que estén conectados y se usen apropiadamente.** El uso de estos dispositivos puede reducir los peligros relacionados con el polvo.

### USO Y CUIDADO DE LAS HERRAMIENTAS ELÉCTRICAS

16. **No fuerce la herramienta eléctrica. Use la herramienta eléctrica correcta para la aplicación.** La herramienta eléctrica correcta funcionará mejor y de manera más segura a la velocidad para la que se diseñó.

17. **No use la herramienta eléctrica si el interruptor no la enciende o la apaga.** Cualquier herramienta eléctrica que no se pueda controlar con el interruptor es peligrosa y se debe reparar.

18. **Desconecte el enchufe de la toma de alimentación y/o la batería de la herramienta eléctrica antes de realizar cualquier ajuste, cambiar accesorios o almacenar las herramientas eléctricas.** Dichas medidas preventivas de seguridad reducen el riesgo de que la herramienta se prenda accidentalmente.

19. **Almacene las herramientas eléctricas fuera del alcance de los niños y no permita que personas no familiarizadas con ellas o estas instrucciones las utilicen.** Las herramientas eléctricas son peligrosas en las manos de usuarios no capacitados.

20. **Mantenimiento de las herramientas eléctricas. Revise que no haya piezas móviles que estén desalineadas o que se atasquen, piezas rotas ni ninguna otra condición que pueda afectar el funcionamiento de la herramienta eléctrica. Si se encuentran daños, haga que le reparen la herramienta antes de usarla.** Las herramientas mal mantenidas son la causa de muchos accidentes.

21. **Mantenga las herramientas de corte limpias y afiladas.** Es menos probable que se atasquen las herramientas de corte con filos afilados que se mantienen de manera apropiada y también son más fáciles de controlar.

22. **Use la herramienta eléctrica, los accesorios y las brocas, etc. siguiendo estas instrucciones y de la manera para la que dicha herramienta eléctrica en particular fue diseñada, teniendo en cuenta las condiciones de trabajo y la tarea que se va a realizar.** El uso de la herramienta eléctrica para operaciones diferentes de aquellas para las que se diseñó podría resultar en una situación peligrosa.

### MANTENIMIENTO

23. **Haga que un técnico calificado realice el mantenimiento de la herramienta eléctrica utilizando solamente piezas de repuesto idénticas.** Esto asegurará que se mantiene la seguridad de la herramienta eléctrica.

## REGLAS ESPECIFICAS DE SEGURIDAD

1. **Agarre la herramienta por los asideros aislados cuando realice una operación en la que la herramienta de corte pueda entrar en contacto con cables ocultos o con su propio cable.** El contacto con un cable "con corriente" hará que las partes de metal expuesto de la herramienta pasen la corriente y produzcan una descarga al operador.

2. **Lleve protectores auditivos cuando use la broca de impacto.** La exposición a ruido puede producir la pérdida de la audición.

3. **Use los asideros auxiliares que se suministran con la herramienta.** La pérdida de control puede provocar lesiones personales.

4. **Mantenga su herramienta con cuidado.** Mantenga los mangos secos, limpios y sin aceite ni grasa. Mantenga los filos de corte afilados y limpios. Siga siempre las instrucciones para lubricación y cambio de accesorios. Revise periódica-mente el cable y las extensiones en busca de daños. Las partes dañadas deberán ser reparadas o cambiadas por un Centro de Servicio Autorizado *MILWAUKEE*.

5. **Guarde las etiquetas y placas de especificaciones.** Estas tienen información importante. Si son ilegibles o si no se pueden encontrar, póngase en contacto con un centro de servicio de *MILWAUKEE* para una refacción gratis.

6. **¡ADVERTENCIA!** Algunas partículas de polvo resultantes del lijado mecánico, aserrado, esmerilado, taladrado y otras actividades relacionadas a la construcción, contienen sustancias químicas que se saben ocasionan cáncer, defectos congénitos u otros daños al aparato reproductivo. A continuación se citan algunos ejemplos de tales sustancias químicas:

   • plomo proveniente de pinturas con base de plomo

   • sílice cristalino proveniente de ladrillos, cemento y otros productos de albañilería y

   • arsénico y cromo provenientes de madera químicamente tratada.

   El riesgo que usted sufre debido a la exposición varía dependiendo de la frecuencia con la que usted realiza estas tareas. Para reducir la exposición a estas sustancias químicas: trabaje en un área bien ventilada, y utilice equipo de seguridad aprobado como, por ejemplo, máscaras contra el polvo que hayan sido específicamente diseñadas para filtrar partículas microscópicas.

7. **Siempre use tornillos de anclaje para asegurar la base en superficies agrietadas, desniveladas, porosas o verticales.**

8. **El equipo de perforación con puntas de diamante requiere el uso de agua.** Puesto que el uso de equipos eléctricos es peligroso en áreas húmedas, el equipo debe estar conectado a tierra (vea "Tierra"). Póngas calzado de aislamiento y guantes para protección adicional contra descargas eléctricas.

9. **Proporcione protección adecuada a las personas y los bienes debajo de las áreas de perforación cuando se perforen los suelos.**

10. **Se debe usar siempre un contador con el equipo de perforación con puntas de diamiante para controlar el aperaje.** Vea "Accesorios".

## Simbología

| Núm. de Cat. | Amp | Volt | Protección del motor | Velocidad (RPM) | Diámetro recomendado en agregado medio |
|---|---|---|---|---|---|
| 4004 | 20 | 120 | Embrague | Baja - 300 | Baja - 178 mm-356 mm (7"-14") |
| | | | | Alta - 600 | Alta - 102 mm-178 mm (4"-7") |
| 4005 | 20 | 120 | Embrague | Baja - 600 | Baja - 102 mm-178 mm (4"-7") |
| | | | | Alta - 1 200 | Alta - 19 mm-102 mm (3/4"-4") |
| 4079 | 20 | 120 | Pasador de seguridad | Baja - 300 | Baja - 178 mm-356 mm (7"-14") |
| | | | | Alta - 600 | Alta - 102 mm-178 mm (4"-7") |
| 4090 | 15 | 120 | Pasador de seguridad | Baja- 375 | Baja - 127 mm-203 mm (5"-8") |
| | | | | Alta - 750 | Alta - 64 mm-127 mm (2-1/2"-5") |
| 4092-20 | 15 | 120 | Embrague | Baja- 375 | Baja - 127 mm-203 mm (5"-8") |
| | | | | Alta - 750 | Alta - 64 mm-127 mm (2-1/2"-5") |
| 4094 | 20 | 120 | Pasador de seguridad | Baja - 450 | Baja - 152 mm-254 mm (6"-10") |
| | | | | Alta - 900 | Alta - 51 mm-152 mm (2"-6") |
| 4096 | 20 | 120 | Embrague | Baja - 450 | Baja - 152 mm-254 mm (6"-10") |
| | | | | Alta - 900 | Alta - 51 mm-152 mm (2"-6") |
| 4097-20 | 15 | 120 | Embrague | Baja - 500 | Baja - 76 mm-127 mm (3"-5") |
| | | | | Alta - 1 000 | Alta - 32 mm-76 mm (1-1/4"-3") |

## Especificaciones

| | |
|---|---|
| Ⓤ L | Underwriters Laboratories, Inc. |
| Ⓒ SA | Canadian Standards Association |
| V~ | Volts de corriente alterna |
| $n_0$xxxx/min. | Revoluciones por minuto (rpm) |
| A | Amperes |

## DESCRIPCION FUNCIONAL



1. Enchufe que se traba al girar
2. Cable
3. Palanca de cambio de velocidad
4. Válvula de cierre del agua
5. Husillo roscado

**Modelos con embrague**

1. Enchufe que se traba al girar
2. Cable
3. Palanca de cambio de velocidad
4. Válvula de cierre del agua
5. Camisa del husillo
6. Anillo de retención
7. Pasador de seguridad

**Modelos con pasadores de seguridad**



## TIERRA

### ⚠ ¡ADVERTENCIA!

Puede haber riesgo de descarga eléctrica si se conecta el cable de conexión de puesta a tierra incorrectamente. Consulte con un electricista certificado si tiene dudas respecto a la conexión de puesta a tierra del tomacorriente. No modifique el enchufe que se proporciona con la herramienta. Nunca retire la clavija de conexión de puesta a tierra del enchufe. No use la herramienta si el cable o el enchufe está dañado. Si está dañado antes de usarlo, llévelo a un centro de servicio *MILWAUKEE* para que lo reparen. Si el enchufe no se acopla al tomacorriente, haga que un electricista certificado instale un tomacorriente adecuado.

Los Dymodrills de *MILWAUKEE* vienen provistos con un enchufe de bloqueo de 20 amperios (NEMA L5-20). Los contadores de *MILWAUKEE* pueden venir provistos con un enchufe de bloqueo de 20 ó 30 amperios (NEMA L5-30) dependiendo del modelo.

**Herramientas con conexión a tierra:**
**Herramientas con enchufes de tres clavijas**

Las herramientas marcadas con la frase "Se requiere conexión de puesta a tierra" tienen un cable de tres hilo y enchufes de conexión a tierra de tres clavijas. El enchufe debe conectarse a un tomacorriente debidamente conectado a tierra (vea la Figura A y B). Si la herramienta se averiara o no funcionara correctamente, la conexión de puesta a tierra proporciona un trayecto de baja resistencia para desviar la corriente eléctrica de la trayectoria del usuario, reduciendo de este modo el riesgo de descarga eléctrica.



**Fig. A**

La clavija de conexión de puesta a tierra en el enchufe está conectada al sistema de conexión de puesta a tierra de la herramienta a través del hilo verde dentro del cable. El hilo verde debe ser el único hilo conectado al sistema de conexión de puesta a tierra de la herramienta y nunca se debe unir a una terminal energizada.

**Fig. B**

Su herramienta debe estar enchufada en un tomacorriente apropiado, correctamente instalado y conectado a tierra según todos los códigos y reglamentos. El enchufe y el tomacorriente deben asemejarse a los de la Figura A y B.

**Herramientas con doble aislamiento:**
**Herramientas con clavijas de dos patas**

Las herramientas marcadas con "Doble aislamiento" no requieren conectarse "a tierra". Estas herramientas tienen un sistema aislante que satisface los estándares de OSHA y llena los estándares aplicables de UL (Underwriters Laboratories, Inc.), de la Asociación Canadiense de Estándares (CSA) y el Código Nacional de Electricidad. Las herramientas con doble aislamiento pueden ser usadas en cualquiera de los toma corriente de 120 Volt mostrados en las Figuras C y D.



**Fig. C**



**Fig. D**



### ⚠ ¡ADVERTENCIA!

Siempre utilice un interruptor de circuitos por fallas de conexión a tierra (GFCI) con un equipo de perforación con puntas de diamante para reducir los riesgos de lesiones y descarga eléctrica. Coloque siempre el GFCI tan cerca como sea posible de la fuente de alimentación.

## EXTENSIÓNES ELÉCTRICAS

Las herramientas que deben conectarse a tierra cuentan con clavijas de tres patas y requieren que las extensiones que se utilicen con ellas sean también de tres cables. Las herramientas con doble aislamiento y clavijas de dos patas pueden utilizarse indistintamente con extensiones de dos a tres cables. El calibre de la extensión depende de la distancia que exista entre la toma de la corriente y el sitio donde se utilice la herramienta. El uso de extensiones inadecuadas puede causar serias caídas en el voltaje, resultando en pérdida de potencia y posible daño a la herramienta. La tabla que aquí se ilustra sirve de guía para la adecuada selección de la extensión.

Mientras menor sea el número del calibre del cable, mayor será la capacidad del mismo. Por ejemplo, un cable calibre 14 puede transportar una corriente mayor que un cable calibre 16. Cuando use mas de una extensión para lograr el largo deseado, asegúrese que cada una tenga al menos, el mínimo tamaño de cable requerido. Si está usando un cable de extensión para mas de una herramienta, sume los amperes de las varias placas y use la suma para determinar el tamaño mínimo del cable de extensión.

**Guías para el uso de cables de extensión**

*   Si está usando un cable de extensión en sitios al aire libre, asegúrese que está marcado con el sufijo "W-A" ("W" en Canadá) el cual indica que puede ser usado al aire libre.

*   Asegúrese que su cable de extensión está correctamente cableado y en buenas condiciones eléctricas. Cambie siempre una extensión dañada o hágala reparar por una persona calificada antes de volver a usarla.

*   Proteja su extensión eléctrica de objetos cortantes, calor excesivo o areas mojadas.

### Calibre mínimo recomendado para cables de extensiónes eléctricas*

| Amperios (En la placa) | Largo de cable de Extensión en(m) | | | | | |
|---|---|---|---|---|---|---|
| | 7,6 | 15,2 | 22,8 | 30,4 | 45,7 | 60,9 |
| 0 - 5,0 | 16 | 16 | 16 | 14 | 12 | 12 |
| 5,1 - 8,0 | 16 | 16 | 14 | 12 | 10 | -- |
| 8,1 - 12,0 | 14 | 14 | 12 | 10 | -- | -- |
| 12,1 - 15,0 | 12 | 12 | 10 | 10 | -- | -- |
| 15,1 - 20,0 | 10 | 10 | 10 | -- | -- | -- |

\* Basado en limitar la caída en el voltaje a 5 volts al 150% de los amperes.

**LEA Y GUARDE TODAS LAS INSTRUCCIONES PARA FUTURAS REFERANCIAS.**

## ENSAMBAJE DE LA HERRAMIENTA



**⚠ ¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, desconecte siempre la herramienta antes de fijar o retirar accesorios, o antes de efectuar ajustes. Utilice sólo los accesorios específicamente recomendados. El uso de otros accesorios puede ser peligroso.**

### Ensamblaje de los soportes Dymorig & Vac-U-Rig®

Solamente para los números de catálogo 4125 y 4130 (Fig. 1).



Fig. 1

- Mango
- Ensamblaje de la horquilla
- Columna
- Tornillo hexagonal
- Base
- Tornillos de nivelación (4)
- Tornillos prisioneros de cabeza hueca (2)
- Tornillos de la columna

1. Ponga la base en el suelo. Afloje la tuerca y el tornillo hexagonal (no se suministra la llave). Luego, levante la columna para que esté en posición vertical.

2. **Si piensa perforar vertical u horizontalmente**, inserte el tornillo grande de la columna (que se proporciona en una bolsa de accesorios por separado) a través de la parte inferior de la columna y dentro de la base. Luego, ajuste la tuerca y el tornillo hexagonal (no se suministra la llave).

   **Si piensa perforar en ángulo**, incline la columna en el ángulo deseado y ajuste la tuerca y el tornillo hexagonal. Guarde el tornillo de la columna para uso futuro cuando realice perforaciones verticales u horizontales.

3. Con la llave que se suministra, ajuste los dos (2) tornillos prisioneros negros de cabeza hueca que se encuentran en la base.

4. Enrosque los cuatro (4) mangos (que se proporcionan en una bolsa de accesorios por separado) a la parte central del ensamblaje de la horquilla.

Solamente para los números de catálogo 4115 y 4120 (Fig. 2).



Fig. 2

- Ensamblaje de la horquilla
- Mango
- Columna
- Base
- Tornillos de nivelación (4)
- Tornillos de la columna (2)
- Arandelas de bloqueo

1. Ponga la base en el suelo.

2. Saque los dos (2) tornillos hexagonales y arandelas de bloqueo de la bolsa de accesorios).

3. Coloque la columna en la ranura de la base.

4. Inserte los dos (2) tornillos y las dos (2) arandelas y ajústelas firmemente.

### Instalación del mango al otro lado de la herramienta

Solamente para los números de catálogo 4125 y 4130 (Fig. 3).



Fig. 3

- Tornillos de cabeza cilíndrica (4)
- Nivel de burbuja
- Tornillo de cabeza cilíndrica
- Medidor del amperímetro
- Contador
- Horquilla
- Bloqueo de la horquilla

1. Ajuste el bloqueo de la horquilla.

2. Afloje el tornillo de cabeza cilíndrica y retire el contador.

3. Retire los cuatro (4) tornillos de cabeza cilíndrica que sostienen el soporte del mango.

4. Gire el ensamblaje 180°.

5. Vuelva a colocar los cuatro (4) tornillos de cabeza cilíndrica y ajústelos firmemente.

6. Fije el contador al lado opuesto tal como se describe bajo "Montaje del contador".

Solamente para los números de catálogo 4115 y 4120 (Fig. 4).



Fig. 4

- Tornillo de cabeza cilíndrica y arandela
- Tornillo de cabeza cilíndrica
- Medidor del amperímetro
- Contador
- Horquilla

1. Afloje el bloqueo de la horquilla.

2. Eleve la horquilla a la altura máxima.

3. Levante la horquilla una 13 mm (1/2") más con la mano.

4. Ajuste el bloqueo de la horquilla.

5. Afloje el tornillo de cabeza cilíndrica y retire el contador.

6. Retire el espárrago del contador desde la horquilla.

7. Retire el tornillo y la arandela desde el extremo del eje para piñón.

8. Retire el mango y el ensamblaje del eje para piñón.

9. Gire el ensamblaje 180° e insértelo en la horquilla.

10. Vuelva a colocar el tornillo y la arandela y ajústelas firmemente.

11. Coloque el espárrago del contador al lado opuesto del mango.

12. Fije el contador al lado opuesto tal como se describe bajo "Montaje del contador".

13. Afloje el bloqueo de la horquilla y baje la horquilla hasta que el piñón encaje en el armazón.

14. Ajuste el bloqueo de la horquilla.

## Montaje del contador

Para todos los números de catálogo (Fig. 3 & 4).

Un contador es un equipo estándar con el Vac-U-Rig®, pero se debe comprar para los Dymorigs (vea "Accesorios"). Fije el contador a la horquilla en el lado opuesto a donde está el mango.

1. Deslice el collar del contador sobre el espárrago de la horquilla.

2. Posicione el contador como desee y apriete el tornillo de cabeza cilíndrica roscada 1/4"-20.

   **NOTA:** Para la perforación horizontal (pared), el medidor del amperímetro debe estar apuntando hacia arriba para que lo pueda ver el operador. De lo contrario, el agua de la válvula de cierre puede gotear en las salidas del contador.

## Montaje del motor Dymodrill en el soporte

Para todos los números de catálogo.

Los Dymorigs incluyen un soporte de montaje que monta los motores Dymodrill en el soporte. Está disponible un conjunto separador (consultar "Accesorios"), que se **puede** usar al perforar con una broca cualquiera, pero que se **debe** usar al perforar con toda broca cuyo diámetro exterior sea mayor de 254 mm (10").

1. Para montar el motor, afloje el cierre de la horquilla. Luego, levante la horquilla en la columna usando el mango para conseguir espacio suficiente para instalar la broca posteriormente. Apriete el cierre de la horquilla.

   **NOTA:** Si es difícil mover la horquilla por la columna, afloje los tornillos prisioneros siguiendo las instrucciones en "Ajuste de los tornillos prisioneros".

2. Fije el soporte de montaje o el ensamblaje del separador opcional en el motor Dymodrill (Fig. 5) usando los cuatro (4) tornillos de cabeza cilíndrica roscada 1/4"-20 y cuatro (4) arandelas de bloqueo (son las más pequeñas de las dos suministradas en la bolsa de accesorios separada). Asegúrese de que la llave cuadrada en el soporte de montaje o en el ensamblaje del separador encaja en la ranura del motor Dymodrill.

3. Fije el soporte de montaje (o el ensamblaje del separador opcional) y el ensamblaje del motor (Fig. 6) en la horquilla insertando los cuatro (4) tornillos de cabeza cilíndrica roscada 1/4"-20 y las arandelas de bloqueo (son las más grandes de las dos suministradas en la bolsa de accesorios separada) a través de la horquilla. Coloque los tornillos a través de los agujeros desde el otro lado del Dymorig y coloque las arandelas de bloqueo en el lado del soporte de montaje.

Después de montar el motor Dymodrill, asegúrese de que la horquilla esté firme contra la columna para prevenir que el motor o la broca se tambalee durante la perforación. Antes de perforar, intente menear la horquilla y el motor con las manos. Si la horquilla está sujeta, no se debe mover. Si se mueve, apriete los tornillos prisioneros que sujetan la horquilla a la columna siguiendo las instrucciones en "Ajuste de los tornillos prisioneros".



Fig. 5



Fig. 6

Ranura

## Ajuste de los tornillos prisioneros

Después de montar el motor, asegúrese de que la horquilla y el motor estén firmes contra la columna para prevenir que el motor o la broca se tambalee durante la perforación. Antes de perforar, intente menear la horquilla con las manos. Si la horquilla está sujeta, no se debe mover. Si se mueve, apriete los (6) tornillos prisioneros que sujetan la horquilla a la columna tal como se describe abajo.



Fig. 7

Tornillos prisioneros

Solamente para los números de catálogo 4125 y 4130.

Ajuste los seis (12) tornillos prisioneros con la llave hexagonal (se suministra en una bolsa de accesorios por separado).

Solamente para los números de catálogo 4115 y 4120.

Para aflojar los seis (6) tornillos prisioneros: afloje las tuercas hexagonales, ajuste los tornillos y luego ajuste las tuercas hexagonales.

### Seleccion e instalacion de una broca de perforacion (Fig. 8)

*MILWAUKEE* ofrece tanto Dymobits estándar como especiales diseñados para cortar una amplia variedad de materiales, incluyendo hormigón, hormigón armado y hormigón pretensado. Use siempre brocas limpias y punzantes.



**Fig. 8**

Válvula de control de agua

Arandela de cobre

1. Para instalar una broca, engrase el husillo y la rosca de la broca para prevenir la corrosión y para ayudar a prevenir que la broca se atasque en el husillo roscado.

2. Deslice una arandela de cobre (suministrada en la bolsa de accesorios separada con los componentes de la válvula de cierre del agua) por el husillo roscado contra el saliente del husillo. La bolsa debe contener una arandela de cobre extra. Consérvela para el futuro.

3. Rosque la broca firmemente en el husillo roscado.

### Selección de velocidades

Los Dymodrills funcionan en una velocidad alta o baja. Use la velocidad baja para trabajar con brocas de gran diámetro y la velocidad alta para trabajar con brocas de pequeño tamaño (vea "Especificaciones").

### Fijacion de la valvula de cierre del agua al Dymodrill (Fig. 9)



**Fig. 9**

Este extremo se atornilla en el Dymodrill

Tuerca de la manguera

La arandela de goma

Válvula de cierre

Adaptador de la manguera

1. Saque de la bolsa de accesorios los componentes de la válvula de cierre del agua. Las arandelas de cobre que vienen dentro de la bolsa son para la instalación de las brocas.

2. Inserte el adaptador de la manguera en la tuerca de la manguera. Luego, inserte la arandela de goma en la tuerca de la manguera.

3. Inserte el conjunto de la tuerca de la manguera en la válvula de cierre y apriételo bien con la llave de tuerca de boca tubular que se suministra. Algunas de las roscas del adaptador de la manguera estarán expuestas.

4. Atornille el conjunto de la válvula de cierre en el manguito del husillo del motor Dymodrill (Fig. 8). Apriete a mano el conjunto y luego apriételo aproximadamente con un 1/4 de giro con una llave ajustable (no se proporciona).

### Metodos para fijar el equipo a la superficie en la que se trabaja



**⚠ ¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, siempre asegure el equipo a la superficie de trabajo para evitar daños a personas y para proteger el equipo. De lo contrario, el equipo podría girar durante la perforación y posiblemente causar daños.**

**NOTA:** Algunos materiales de construcción contienen refuerzos de acero. Los Dymobits de *MILWAUKEE* pueden cortar acero incrustado, pero no se recomienda su uso para placas sólidas de acero.

### Perforación horizontal (paredes)

Para obtener instrucciones específicas sobre cómo usar los anclajes, vea "Uso de un anclaje tipo expansión".



**⚠ ¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, siempre asegure el equipo a la superficie de trabajo para evitar daños a personas y para proteger el equipo. De lo contrario, el equipo podría girar durante la perforación y posiblemente causar daños.**

### Perforación vertical (suelos)

Hay dos métodos que funcionan para fijar el equipo en las perforaciones verticales: un anclaje de tipo expansión O una bomba de vacío y un sistema de almohadilla de vacío. Asegurar el equipo con anclaje mejorará el rendimiento de la broca porque el equipo está más fijo. Para obtener instrucciones específicas sobre cómo ensamblar la bomba y la almohadilla de vacío, vea "Ensamblaje y uso del sistema de vacío".

### Ensamblaje telescopizante opcional

El ensamblaje telescopizante se puede usar como ayuda para cualquiera de los métodos para asegurar el equipo.

**NOTA:** El Vac-U-Rig® del Cat. No. 4136 incluye una bomba de vacío y una almohadilla de vacío. Sin embargo, para algunas aplicaciones, puede elegir usar un anclaje de tipo expansión para fijar la herramienta.

Los anclajes no se suministran con ninguno de los productos anteriormente mencionados. Se pueden comprar por separado (vea "Accesorios").

| OPERACION |
|---|

**Fijacion del equipo a la superficie de trabajo - Uso de un anclaje expansible (Fig. 10)**

Solamente para los números de catálogo 4125 y 4130.



**Fig. 10**

Tornillos nivelantes

Perno o varilla

Tuerca y arandela o tuerca de almohadilla de vacío

Use un ancla expansible de 16 mm (5/8") (no se suministra) que aceptará un perno o varilla roscada de 16 mm (5/8") para asegurar la base a la superficie de trabajo.

1. Nivele el soporte con cuatro (4) tornillos nivelantes usando el nivel de burbuja de aire como guía. Cuando el soporte esté nivelado, ajuste las cuatro (4) contratuercas de los tornillos nivelantes.

2. Con un ancla expansible, introduzca un perno o varilla roscada por la ranura que se ubica en la base del Dymorig y ajuste el perno o arandela y tuerca firmemente en el ancla siguiendo las instrucciones del fabricante del ancla.

**Ensamblaje y uso del sistema de vacío (Fig. 11 & 12)**

Solamente para los números de catálogo 4115, 4125 y 4130.



**Fig. 11**

Indicador de vacío

Recipiente de filtro

Válvula de admisión de aire

Agujero pequeño para sujetar la bomba al soporte del Dymorig

Acoplador

Manguera de aspiración



**Fig. 12**

Tornillos nivelantes

Espárrago de la almohadilla de vacío

Almohadilla de vacío

Tuerca de la almohadilla de vacío

Acoplador de la línea de aspiración

Se provee una almohadilla con el Vac-U-Rig® y se pueden comprar por separado para los Dymorigs. La almohadilla de vacío es de máxima eficacia cuando se asegura a una superficie relativamente lisa, tal como una de hormigón. Si la superficie es demasiado porosa o áspera, es posible que la almohadilla no se fije debidamente. Antes de usar una almohadilla de vacío, siempre asegúrese de que la junta debajo de la almohadilla no esté desgastada, agrietado ni roto. Si lo está, sustitúyalo inmediatamente, de lo contrario es posible que la almohadilla no sujete bien el equipo. Para sustituir la junta, vea "Sustitución de las juntas de la almohadilla de vacío". Vea "Accesorios" para el número de pieza de la junta.

1. Para usar la almohadilla de vacío, eleve la base del equipo y deslice la almohadilla debajo de modo que el espárrago roscado salga por el agujero al otro lado de la ranura central de la base. Vuelva a parar el soporte.

2. Posicione el soporte como se necesite para crear el agujero.

3. Nivele el soporte con los cuatro (4) tornillos nivelantes usando el nivel de burbuja (4125 y 4130 solamente) de aire como guía. Cuando el soporte esté nivelado, ajuste las cuatro (4) tuercas (4125 y 4130 solamente) de los tornillos nivelantes.

4. Conecte un extremo de la manguera de aspiración que viene con el kit al acoplador de la línea de aspiración de la almohadilla de vacío. Para esto, debe estirar el collarín de la manguera hacia atrás y empujar el extremo de la manguera sobre el acoplador hasta que se encaje a presión. Luego, conecte el otro extremo de la manguera de aspiración al acoplador de la bomba, siguiendo el mismo procedimiento.

5. Se puede colocar la bomba de vacío sobre una superficie seca lejos del equipo o montado a la base del Dymorig, tal como se muestra. Sin embargo, NO monte la bomba al Dymorig al realizar perforación en ángulo.

   Para montar la bomba de vacío en el Dymorig, ponga el agujero pequeño del soporte de montaje de la bomba de vacío sobre el espárrago de la almohadilla de vacío en el Dymorig.

6. Enchufe la bomba de vacío a la fuente de alimentación—la bomba empezará automáticamente. Pise la almohadilla o el espárrago de bomba hasta que la almohadilla baje y se adhiera a la superficie de trabajo.

7. Después que la almohadilla esté asegurada a por lo menos 508 mm (20") de vacío de mercurio, ajuste bien la tuerca de la almohadilla de vacío.



⚠ **¡ADVERTENCIA!**

El indicador de vacío debe mostrar un mínimo de 508 mm (20") de mercurio de vacío. NO PERFORE si el indicador muestra menos de 508mm (20") de mercurio de vacío.

## Uso de un anclaje expansible (Fig. 13)



Fig. 13

Leveling Screws

Rod or Bolt

Solamente para los números de catálogo 4115 y 4120.

Use un ancla expansible de 16 mm (5/8") (no se suministra) que aceptará un perno o varilla roscada de 16 mm (5/8") para asegurar la base a la superficie de trabajo.

1. Retire la junta de goma desde la base.
2. Nivele el soporte con cuatro (4) tornillos nivelantes.
3. Con un ancla expansible, introduzca un perno o varilla roscada por la ranura que se ubica en la base del Dymorig y ajuste el perno o arandela y tuerca firmemente en el ancla siguiendo las instrucciones del fabricante del ancla.

## Ensamblaje y uso del sistema de vacío (Fig. 14 & 15)



Fig. 14

Válvula de admisión de aire

Agujero pequeño para sujetar la bomba al soporte del Dymorig

Recipiente de filtro

Indicador de vacío

Acoplador

Manguera de aspiración



Fig. 15

Junta de la almohadilla de vacío

Tornillos nivelantes

Acoplador de la línea de aspiración

Ensamblaje del adaptador de vacío

Solamente para los Cat. No. 4120.

La almohadilla de vacío es de máxima eficacia cuando se asegura a una superficie relativamente lisa, tal como una de hormigón.

Si la superficie es demasiada porosa o áspera, es posible que la almohadilla no se fije debidamente. Antes de usar una almohadilla de vacío, siempre asegúrese de que la junta debajo de la almohadilla no esté desgastado, agrietado ni roto. Si lo está, sustitúyalo inmediatamente, de lo contrario es posible que la almohadilla no sujete bien el equipo.

Para sustituir la junta, vea "Sustitución de las juntas de la almohadilla de vacío". Vea "Accesorios" para el número de pieza de la junta.

1. Posicione el soporte como se necesite para crear el agujero.
2. Afloje los cuatro (4) tornillos nivelantes hasta que los extremos salgan arriba de la superficie inferior de la base.
3. Baje el ensamblaje del adaptador de vacío dentro de la ranura en la base.

4. Conecte un extremo de la manguera de aspiración que viene con el kit al acoplador de la línea de aspiración de la almohadilla de vacío. Para esto, debe estirar el collarín de la manguera hacia atrás y empujar el extremo de la manguera sobre el acoplador hasta que se encaje a presión. Luego, conecte el otro extremo de la manguera de aspiración al acoplador de la bomba, siguiendo el mismo procedimiento.

5. Se puede colocar la bomba de vacío sobre una superficie seca lejos del equipo o montado a la base del Dymorig, tal como se muestra. Para montar la bomba de vacío en el Dymorig, ponga los agujeros pequeños del soporte de montaje de la bomba de vacío sobre los dos agujeros en la base. Fije la bomba a la bse con dos (2) tornillos 1/4"-20 que vienen dentro de la bolsa de accesorios.

6. Enchufe la bomba de vacío a la fuente de alimentación—la bomba empezará automáticamente. Pise la almohadilla o el espárrago de bomba hasta que la almohadilla baje y se adhiera a la superficie de trabajo.

7. Ajuste los cuatro (4) tornillos nivelantes solamente lo suficiente para dar buena estabilidad. El ajustar los tornillos demasiado podría levantar la junta del suelo y liberar el vacío.



### ⚠ ¡ADVERTENCIA!

El indicador de vacío debe mostrar un mínimo de 508 mm (20") de mercurio de vacío. NO PERFORE si el indicador muestra menos de 508 mm (20") de mercurio de vacío.

## Uso del ensamblaje telescopizante opcional

1. Asegure el equipo usando ya sea un ancla expansible o un ensamblaje de bomba de vacío siguiendo las instrucciones (vea "Fijacion del equipo a la superficie de trabajo").

2. Coloque el saliente de la extensión contra el techo o la pared y coloque el otro extremo en el gato encima de la columna del Dymorig.

El ensamblaje se puede ajustar hasta 4,3 m (14'). Gire el gato para ajustar el ensamblaje y para hacer ajustes pequeños.

## Proveer un flujo adecuado de agua

Un flujo adecuado de agua debe fluir libremente y constantemente durante toda la perforación. Los Dymodrills vienen equipados con una válvula integrada de cierre de agua para que el agua pueda pasar por dentro del interior y alrededor del exterior de la broca. Esto enfría la broca y quita las virutas del agujero.

## Leer el contador (Fig. 16)



Fig. 16

Alcance eficaz de 20 amperios

Alcance eficaz de 15 amperios

El amperímetro es el indicador en el contador. Es equipo estándar proporcionado con el Vac-U-Rig® y se puede comprar por separado para los Dymorigs. El amperímetro da información de presión durante perforación, lo cual le ayuda a evitar sobrecarga del motor y desgaste temprano de la broca. El área en verde del amperímetro es el alcance eficaz y el área en rojo indica que se está aplicando demasiada presión.



### ⚠ ¡ADVERTENCIA!

Para reducir el riesgo de lesiones, siempre use los Dymodrills junto con los contadores. Los contadores proveen un interruptor para ENCENDER y APAGAR el motor del Dymodrill y un alcance eficaz para ayudar en evitar sobrecarga del motor.

## Pasador de seguridad y embrague (Fig. 17)



**Fig. 17**
Pasador de seguridad

Manguito de husillo (modelos de pasador de seguridad)

Husillo roscado (modelo de embrague)

Anillo sujetador (solo en el modelo de pasador de seguridad)

Los Dymodrill Nos. 4079, 4090 y 4094 tienen un pasador de seguridad para proteger el engranaje y el motor contra sobrecarga. Este pasador impulsa el manguito de husillo. Si la broca se frena, el pasador se cizalla para evitar que el motor y engranaje se dañen. Pasadores de seguridad extras se proveen con cada Dymodrill y se pueden sustituir (Vea "Accesorios" para números de parte). Es importante siempre inspeccionar la condición del husillo antes de usar la herramienta. El husillo debe estar liso, sin hendiduras ni picaduras. Si el husillo no está en buena condición, la manguita del husillo roscado y el husillo interior pueden soldarse el uno al otro y que se trinquen durante perforación (Vea "Lubricación del husillo para los Dymodrills con un pasador de seguridad" para instrucciones acerca de lubricar el husillo).

Los números de catálogo 4004, 4005, 4092, 4096 y 4097 destacan un embrague de fricción en vez de un pasador de seguridad para proteger el motor y los engranajes. Si el motor se sobrecarga, el embrague empieza a patinar y la broca no girará más. El embrague se fija en la fábrica y no requiere ajuste. Si el embrague patina demasiado (muy seguido), un centro de servicio *MILWAUKEE* autorizado debe atender el problema.



⚠ **¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, verifique siempre que el área de trabajo no tiene cables escondidos antes de iniciar la perforación.**

## Procedimiento de perforación (Fig. 18)

1. Seleccione e instale una broca de acuerdo con las pautas en "Selección e instalación de una broca de perforación".

2. Sujete el equipo a la superficie de trabajo utilizando uno de los métodos descritos en "Métodos para fijar el equipo a la superficie en la que se trabaja".

3. Con el motor APAGADO, ajuste la palanca a la posición de alta o baja velocidad según las pautas en "Selección de una velocidad".

   **NOTA: NO CAMBIE DE VELOCIDAD CUANDO EL MOTOR DYMO-DRILL ESTE ENCENDIDO.** Para ajustar la velocidad en todos los Dymodrills, mueva la palanca de cambio de velocidad a la posición deseada.



**Fig. 18**
Palanca de cambio de velocidad

Válvula de control de agua

4. Conecte la manguera de agua a la válvula de cierre de agua Dymo-drill y al suministro de agua. Asegúrese de que el sellado sea hermético. Utilice una manguera de jardín estándar si necesita longitud adicional. Instale un sistema de recogida de agua.

5. Si se utiliza un sistema de vacío, lea las instrucciones para una instalación específica en "Ensamblaje y uso del sistema de vacío".

   No continúe con las etapas siguientes hasta que el indicador de vacío indique por lo menos 508 mm (20") de vacío de mercurio. Normalmente, el indicador marcará 584 mm (23") o más. Nunca haga funcionar el Dymodrill si el indicador marca menos de 508 mm (20") (vea "Métodos para fijar el equipo a la superficie en la que se trabaja"). Compruebe siempre el indicador de vacío durante la perforación. Si se acumula agua en el recipiente de filtro, vacíelo para evitar daños en la bomba.



⚠ **¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, no haga funcionar el Dymoring si el indicador marca menos de 508 mm (20") de vacío de mercurio.**

6. ENCIENDA el motor Dymodrill. Encienda el suministro de agua para que pueda fluir libremente por la válvula de cierre de agua. (Vea "Proveer un flujo adecuado de agua".) Gire la válvula en el sentido de las agujas del reloj para aumentar el flujo de agua y en el sentido contrario de las agujas de reloj para disminuir el flujo de agua.

7. Mientras agarra el mango, afloje ligeramente el mango de cierre de la horquilla y gire el mango lentamente para hacer descender la broca en la pieza de trabajo, aplicando presión estable y uniforme. Para reducir la desviación de la broca, siempre use un peso ligero para iniciar la perforación del hueco y espere hasta que la punta de la broca penetre completamente la superficie que se trabaja antes de aumentar el peso.

8. Utilice presión suficiente para que la broca corte constantemente. Utilice el amperímetro sobre el contador como guía para la presión apropiada.

   **NOTA:** Si el equipo cambia su posición durante el procedimiento de perforación, apague el motor, posicione el equipo de nuevo y reanude la perforación.

9. Controle el flujo de agua. (Vea "Puntas de diamante".) Generalmente, el agua debe fluir a una velocidad de aproximadamente uno o dos galones por minuto. Si el flujo de agua es demasiado intenso, los dos agujeros en el husillo gotearán. Si esto ocurre, reduzca el flujo de agua. El flujo de agua es suficiente cuando el agua y las virutas se vacían siguiendo un patrón circular de aproximadamente 1/2" alrededor de la broca. Mantenga seca el área de trabajo.

10. Cuando el corte está completo, mantenga ENCENDIDO el motor y gire el mango en el sentido de las agujas del reloj para retirar la broca. La broca podría atascarse en el hueco si se APAGA el motor antes de que se retira la broca completamente. Una vez que el taladro se ha retirado de la superficie en la que se trabaja, APAGUE el motor. Apriete el mango de cierre de la horquilla. Desenchufe el contador del suministro de energía antes de retirar la bomba de vacío para prevenir que el motor arranque accidentalmente cuando se está quitando la bomba de vacío.

    Si está usando una bomba de vacío, desenchúfela y abra la válvula de admisión de aire para liberar la almohadilla de vacío.

## Recuperación de muestras y perforaciones profundas

Cuando se estén perforando agujeros que son más profundos que la longitud de la broca de perforación, siga estos pasos:

1. Empiece a perforar el agujero como siempre. Cuando haya perforado un trecho equivalente a la longitud de la broca, pare el motor Dymo-drill.

2. Retire las muestras metiendo un cincel o una cuña delgada en el corte entre las muestras y la superficie en la que se trabaja. Puede usar también pinzas especiales de muestras, alambres doblados o tornillos de anclajes para retirar las muestras.

3. Después de retirar las muestras, vuelva a introducir la broca o use una extensión de broca y continúe perforando (vea "Accesorios"). Puede ser difícil retirar muestras con diámetros mayores de dos veces su longitud. Un método para retirar tales muestras es primero romperlas en trozos más pequeños y luego retirar estos trozos. Los cinceles y las taladradoras eléctricos son ideales para romper estas muestras.



**⚠ ¡ADVERTENCIA!**

**Cuando se perfore suelos, las muestras caen generalmente de la broca. Para reducir el riesgo de lesiones, proporcione protección adecuada a las personas y los bienes debajo del área de perforación.**

## Puntas de diamante

Factores que influyen en el rendimiento de la perforación con puntas de diamante:

- Cantidad de líquido refrigerante
- Rigidez del Dymoring
- Condición de la máquina
- RPM del motor de perforación
- Presión aplicada a la broca por el operador
- Cantidad de acero
- Tamaño del acero incrustado
- Edad del hormigón
- Agregado (tamaño, tipo, dureza, abrasividad)
- Tipo de arena — artificial (fabricada) o natural (de lechos de ríos)
- Técnica del operador
- Cuidado del operador
- Que la broca esté descentrada

## Técnica del operador

Perfore con una presión de penetración firme y constante. No someta las brocas a golpes repentinos. Una penetración desigual puede agrietar los diamantes. Una presión demasiado suave pule los diamantes, frena la penetración y contribuye al vidriado de la broca. Una presión demasiado fuerte puede sobrecargar el motor de perforación y puede causar que los diamantes se desgasten prematuramente, especialmente cuando se perfora acero incrustado. Haga que la broca trabaje, pero no intente meter a la fuerza la broca en el material.

Si existe vibración:

1. Detenga la taladración.

2. Apague el motor.

3. Asegurese que no existan pernos, tuercas o tornillos prisioneros sueltos. Apriételos si es necesario.

4. Revise la broca. Reemplácela si es necesario.

Si la vibración persiste, retire las muestras y las virutas.

Si la vibración continúa después de tomar estas medidas, lleve el equipo al servicio técnico de *MILWAUKEE* más cercano.

## Agua

El agua proporciona dos grandes beneficios durante la perforación:

1. El agua actúa como un líquido refrigerante al eliminar el calor causado por la fricción de la perforación. Esto preserva la integridad de los diamantes, la matriz del ligante, la soldadura del segmento y el tubo de perforación. Sin un líquido refrigerante, el aumento del calor durante la perforación puede causar que todos estos componentes fallen.

2. El agua limpia las partículas sueltas abrasivas que se crean durante la perforación. Estas partículas consisten en material inerte del cemento, la arena, las partículas de diamante y varios metales del acero incrustado y de la matriz de la broca de perforación. El agujero debe estar libre de restos de forma que la broca pueda trabajar. Si las partículas sueltas no son limpiadas adecuadamente, habrá una resistencia por el lado del cuerpo del cilindro de perforación. Ello puede contribuir al vidriado de la broca por la falta de fuerza así como a dañar el motor por el aumento del amperaje debido a la resistencia encontrada por la broca. Además, las partículas sueltas tienden a desgastar el tubo de la broca, que puede causar finalmente la pérdida de los segmentos.

Controle el nivel del agua. El volumen de agua debe ser ajustado hasta que el agua que salga sea de color fango. Si el agua sale clara o en chorros claros, entonces esto es indicación de que se está utilizando mucha agua. Utilizar mucha agua es una de las causas principales del vidriado y falla de la broca. Otros factores contribuyen al vidriado, pero el ajuste del agua es uno de los más fáciles de controlar por parte del operador. El exceso de agua impiden contacto adecuado entre mate-rial/segmento. Cuando los segmentos no hacen contacto correcto con la superficie que se trabaja, no ocurre el efecto "erosión controlada" deseado que mantiene la capacidad de taladro de la broca y la broca empieza a vidriarse. Esto ocurre especialmente con brocas de tamaños pequeños. El volumen adecuado de agua varía según el diámetro de la broca. Durante la perforación, use solamente agua suficiente para limpiar las virutas de la superficie que se trabaja.

## Equipo

- Asegúrese de que la maquinaria está en buenas condiciones de funcionamiento. La columna, el chasis, la conexión del motor y la base deben estar todos firmemente conectados y no deben vibrar durante la perforación.

- Los motores deben ser de tamaño apropiado (amperaje y RPM) para el diámetro de la broca de perforación utilizada. Consulte la guía del motor en el catálogo.

- Asegúrese siempre de que la máquina de perforación está montada rígidamente con un anclaje o una almohadilla de vacío. Cualquier movimiento o vibración reducirá la vida de la broca de perforación. Ponerse de pie en la base del equipo como forma de anclaje es peligroso y no proporciona la rigidez necesaria.

## Brocas de perforación de diamante

- En los 2 ó 3 primeros agujeros, use una presión de penetración ligera de forma que el diamante nuevo se desgaste gradualmente.

- Introduzca la broca muy lentamente en la superficie que se trabaja. Use una presión de penetración ligera hasta que la corona de la broca haya penetrado o "se haya asentado" en el material.

- Si la broca de perforación encuentra acero incrustado, aligere la presión de penetración y deje que la broca de perforación vaya a su propio paso. No fuerce la broca. Normalmente el agua alrededor de la broca saldrá más clara cuando se encuentra acero incrustado. No permite ninguna vibración de ningún tipo ya que el diamante se romperá irreparablemente o se saldrá la broca.

- Mantenga las brocas afiladas.

## Vidriado de la broca y pasadores de seguridad del motor de perforación con diamante.

El agarrotamiento de la broca puede estar causado por una de dos cosas: una broca roma (vidriada) o un equipo mal estabilizado.

Causas del vidriado de las brocas:

- RPM no correcto para el tamaño de la broca
- Excesiva presión de penetración
- Insuficiente presión de penetración
- Alto contenido de acero en la superficie que se trabaja
- Insuficiente presión de penetración
- Material inerte duro y en grandes cantidades
- Demasiada agua
- Insuficiente potencia del motor

Una broca afilada tiene normalmente una buena exposición de los diamantes y cortará/molerá casi cualquier cosa que se ponga en su camino, incluyendo acero incrustado.

## Procedimiento para afilar las brocas de perforación

Para que funcionen eficazmente, las brocas de perforación de diamante deben mantener una buena exposición de los diamantes. Muchos factores colaboran en que tenga lugar el ciclo de "erosión controlada" del segmento de la herramienta. Cuando se altera este ciclo de "erosión controlada", la broca se puede quedar roma o "vidriada". El vidriado se hace perceptible cuando la velocidad de penetración de la perforación se reduce dramáticamente o la broca no corta. Examine la broca inmediatamente. Si los diamantes se desprenden con el agua junto con el metal, entonces es que están vidriados o no están expuestos suficientemente.

Los siguientes pasos corregirán frecuentemente el problema:

1. Reduzca el flujo del agua hasta que sea muy fangosa. Continúe usando una cantidad mínima de agua hasta que aumente la penetracion.

2. Si la broca no abre la brecha, retírela del agujero. Eche en la brecha una capa gruesa de arena silícea (cuanto más gruesa mejor).

3. Continúe perforando durante aproximadamente de unos 3 a 5 minutos con muy poca agua y unas RPM bajas si es posible.

4. Aumente gradualmente el flujo de agua para lavar la arena de la brecha.

5. Repita como sea necesario.

## Los efectos del acero en la perforación

- Para que las brocas de perforación impregnadas de diamante se puedan autoafilar, necesitan interactuar con un material abrasivo. Este material abrasivo desgasta la composición de metal de la matriz del segmento. Cuando esto se ha hecho, los diamantes afilados están expuestos y la acción de trituración creada por los diamantes continúa.

- El metal incrustado (barra para armadura del hormigón) no es un material abrasivo. No proporciona el grado de abrasión requerido para que ocurra el desgaste de la matriz y para que se expongan los diamantes afilados incrustados en la matriz del segmento.

- Si los segmentos de la broca se exponen en un alto grado al metal incrustado, se produce el vidriado. El vidriado impide que la broca corte y perfore.

## MANTENIMIENTO



**¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, desconecte siempre la herramienta antes de darle cualquier mantenimiento. Nunca desarme la herramienta ni trate de hacer modificaciones en el sistema eléctrico de la misma. Acuda siempre a un Centro de Servicio** *MILWAUKEE* **para TODAS las reparaciones.**

### Mantenimiento de las herramientas

Adopte un programa regular de mantenimiento y mantenga su herramienta en buenas condiciones. Antes de usarla, examine las condiciones generales de la misma. Inspeccione guardas, interruptores, el cable de la herramienta y el cable de extensión. Busque tornillos sueltos o flojos, defectos de alineación y dobleces en partes móviles, así como montajes inadecuados, partes rotas y cualquier otra condición que pueda afectar una operación segura. Si detecta ruidos o vibraciones anormales, apague la herramienta de inmediato y corrija el problema antes de volver a usarla. No utilice una herramienta dañada. Colóquele una etiqueta que diga "NO DEBE USARSE" hasta que sea reparada (vea "Reparaciones").

Bajo condiciones normales, no se requiere lubricación hasta que haya que cambiar los carbones. Después de 6 meses a un año, dependiendo del uso dado, envíe su herramienta al Centro de Servicio *MILWAUKEE* más cercano para que le hagan:

- Lubricación
- Inspección y cambio de carbones
- Inspección mecánica y limpieza (engranes, flechas, baleros, carcarza, etc.)
- Inspección eléctrica (interruptor, cable, armadura, etc.)
- Probarla para asegurar una operación mecánica y eléctrica adecuada.

### Lubricación del engranaje de cremallera

Mantenga una ligera capa de grasa tipo "E" de *MILWAUKEE* en el engranaje de cremallera para reducir la fricción y el desgaste.

### Lubricación del husillo para los Dymodrills con un pasador de seguridad

Antes de cada uso, limpie y engrase el husillo o el casquillo portahusillo con grasa tipo "E" de *MILWAUKEE* para evitar que el husillo se agarrote durante la perforación.

1. Para mantener el husillo de los modelos con pasadores de seguridad, retire el anillo de retención con un destornillador.

2. Retire el polvo y los restos de los diámetros interior y exterior del husillo y del casquillo portahusillo y del agujero del agua del husillo. Ponga una ligera capa de grasa tipo "E" de *MILWAUKEE* en el husillo.

3. Vuelva a colocar el casquillo portahusillo en el husillo. Asegúrese de que el casquillo portahusillo gira libremente en el husillo. Luego, vuelva a colocar el anillo de retención.

### Sustitución de las juntas de la almohadilla de vacío

Sólo para los Cat. No.s 4115, 4125 y 4130.

Las juntas de goma en la parte inferior de la almohadilla de vacío se pueden desgastar, necesitando por tanto que se sustituyan. Si se requiere la sustitución, lleve la almohadilla a un centro de servicios autorizado o sustituya la junta como se explica a continuación:

1. Retire la junta antigua y retire completamente el pegamento antiguo de la acanaladura.

2. Luego ponga una capa continuada de pegamento para gomas (Número de parte 44-22-0060) por todo el fondo de la acanaladura.

3. Coloque inmediatamente una nueva junta (Número de parte 43-44-0570) en la acanaladura y presione firmemente toda la junta.

4. Déle la vuelta a la almohadilla y coloque el lado de la junta sobre una superficie plana y uniforme y presione todos los bordes de la almohadilla.

5. Deje que el pegamento se seque durante 24 horas antes de usar de nuevo.

Sólo para los Cat. No. 4120.

Con un uso normal, las juntas de goma en la parte inferior de la base de la herramienta se pueden desgastar, necesitando, por lo tanto, que se sustituyan. Si se necesita de un cambio, lleve la base a un servicio técnico autorizado o reemplace las juntas como se explica a continuación:

1. Retire el motor y la broca.

2. Coloque el Dynoring en posición horizontal, de modo que las ruedas queden hacia abajo.

3. Saque la junta antigua.

4. Luego ponga una capa continuada de pegamento para gomas (Número de parte 44-22-0060) por todo el fondo de la acanaladura.

5. Coloque la nueva junta (número de parte 43-44-0605) en la acanaladura y presione firmemente.

6. Colque el Dynoring en posición vertical, nuevamente.

7. Reinstale el motor y la broca.

### Limpieza del filtro de la bomba de vacío

Limpie periódicamente los fieltros del filtro para así conseguir que la bomba de vacío continúe funcionando debidamente. Para limpiar los fieltros del filtro, retire el recipiente de plástico y retire los fieltros del tubo de plástico. Limpie el polvo y los restos de los fieltros y limpie el recipiente de plástico. A continuación, vuelva a colocar los fieltros en el tubo de plástico y coloque el recipiente en el ensamblaje del filtro.



**¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, descarga eléctrica o daño a la herramienta, nunca la sumerja en líquidos ni permita que estos fluyan dentro de la misma.**

### Limpieza

Limpie el polvo y suciedad de las ventilas. Mantenga las empuñaduras de la herramienta limpias, secas y libres de aceite y grasa. Use sólo jabón neutro y un trapo húmedo para limpiar su herramienta ya que algunas substancias y disolventes limpiadores pueden ocasionar daños a materiales plásticos y partes aislantes. Algunos de estos incluyen: gasolina, trementina, diluyente para barniz, diluyente para pintura, disolventes limpiadores clorados, amoníaco, y detergentes caseros que contengan amoníaco.

### Reparaciones

Si su instrumento se daña, vuelva el instrumento entero al más cercano centro de reparaciones.

## GARANTÍA LIMITADA DE CINCO AÑOS

Todas las herramientas *MILWAUKEE* se prueban antes de abandonar la fábrica y se garantiza que no presentan defectos ni en el material ni de mano de obra. En el plazo de cinco (5) años a partir de la fecha de compra *MILWAUKEE* reparará o reemplazará (a discreción de *MILWAUKEE*), sin cargo alguno, cualquier herramienta (cargadores de baterías inclusive) cuyo examen determine que presenta defectos de material o de mano de obra. Devuelva la herramienta, con gastos de envío prepagados y asegurada, y una copia de la factura de compra, u otro tipo de comprobante de compra, a una sucursal de reparaciones/ventas de la fábrica *MILWAUKEE* o a un centro de reparaciones autorizado por *MILWAUKEE*. Esta garantía no cubre los daños ocasionados por reparaciones o intentos de reparación por parte de personal no autorizado por *MILWAUKEE*, abuso, desgaste y deterioro normal, falta de mantenimiento o accidentes.

Las baterías, linternas y radios tienen una garantía de un (1) año a partir de la fecha de compra.

LOS DERECHOS A REPARACIÓN Y REEMPLAZO DESCRITOS EN EL PRESENTE DOCUMENTO SON EXCLUSIVOS. *MILWAUKEE* NO SERÁ EN NINGÚN CASO RESPONSABLE DE DAÑOS INCIDENTALES, ESPECIALES O CONSECUENTES, INCLUYENDO LA PÉRDIDA DE GANANCIAS.

ESTA GARANTÍA ES EXCLUSIVA Y SUSTITUYE A TODA OTRA GARANTÍA, O CONDICIONES, ESCRITAS U ORALES, EXPRESAS O IMPLÍCITAS DE COMERCIALIZACIÓN O IDONEIDAD PARA UN USO O FIN DETERMINADO.

Esta garantía le proporciona derechos legales específicos. Es posible que usted tenga otros derechos que varían de estado a estado y de provincia a provincia. En aquellos estados que no permiten la exclusión de garantías implícitas o la limitación de daños incidentales o consecuentes, las limitaciones anteriores pueden que no apliquen. Esta garantía es válida solamente en los Estados Unidos, Canadá y México.

## ACCESORIOS



**⚠ ¡ADVERTENCIA!**

**Para reducir el riesgo de lesiones, desconecté siempre su herramienta antes de colocar o retirar un accesorio. Use solo accesorios recomendados específicamente. Otros pueden ser peligrosos.**

Para una lista completa de accessorios, refiérase a su catálogo *MILWAUKEE* Electric Tool o visite nuestro sitio en Internet: www.milwaukeetool.com. Para obtener un catálogo, contacte su distribuidor local o uno de los centros.

**Contadores**
**Cat. No. 48-51-0100**
**30 amperios, 120 volts (No disponibles en Canadá)**
Los mismos que se suministran con el número de Vac-U-Rig® No. 49-22-7075 catálogo 4136. El amperímetro y el interruptor de encendido aparecen en el panel frontal y un tomacorrientes sencillo de tipo de torsión de 20 amperios para el motor perforador y dos tomas de salida auxiliares se encuentran en la parte posterior del contador.

**Contadores**
**Cat. No. 48-51-0120**
**20 amperios, 120 volts (Se puede usar en Canadá)**
El amperímetro y el interruptor de encendido aparecen en el panel frontal con un tomacorrientes sencillo de tipo de torsión de 20 amperios para el motor perforador en la parte posterior.

**Montaje de extensión**
**Cat. No. 49-95-1000**
Este montaje refuerza el equipo entre el suelo y el techo para obtener la máxima rigidez. Se ajusta a techos de 4,3 m (14') y tiene ajustes de agujeros fijos.

**Arandela de cobre**
**Cat. No. 45-88-8565**
Antes de usar la herramienta, coloque esta arandela en el husillo para evitar que la broca se agarrote en el husillo durante la perforación.

**Montaje espaciador**
**Cat. No. 49-67-0110**
Para uso con los números de catálogo 4125 y 4130. Se monta entre la horquilla y el motor Dymodrill cuando se usan brocas de perforación de 254 mm (10") - 356 mm (14").

**Montaje espaciador**
**Cat. No. 49-67-0115**
Para uso con los Cat. No. 4115 y 4120. Se monta entre la horquilla y el motor Dymodrill cuando se usan brocas de perforación de 254 mm (10") - 356 mm (14").

**Anillo colector de agua**
**Cat. No. 48-70-0060**
Para uso cuando el flujo de agua de la perforación debe ser recogida y drenada. Un anillo colector en forma de acanaladura retiene el agua para deshacerse rápidamente de ella cuando se usa con brocas de hasta 254 mm (10") de diámetro. Un acoplamiento de manguera de vacío permite que el anillo sea utilizado con una aspiradora en seco/húmedo.

**Manguera de agua**
**Cat. No. 45-18-0055**
Esta manguera de agua de 2,4 m (8') se caracteriza por un acoplamiento de 16 mm (5/8") y acoplamientos de agua macho y hembra estándar de bronce.

**Tanque de agua**
**Cat. No. 49-76-0055**
Este tanque de polietileno resistente a impactos para trabajos pesados de 13,25 L (3-1/2 galones) se usa cuando no hay un suministro de agua con grifo normal disponible.

**Conjunto de almohadilla de vacío (almohadilla sencilla)**
**Cat. No. 49-22-7100**
Esta almohadilla de vacío sencilla proporciona una fuerza de sujeción de aproximadamente 1 800 libras. Es la misma que se suministra con el Kit de conexión número 49-22-7075 del Vac-U-Rig®, Cat. No. 4136. Se puede usar con los Dymorig números 4115, 4125 y 4130.

**Conjunto de bomba de vacío (115 volts)**
**Cat. No. 49-50-0160**
Bomba para trabajos pesados de 1/8 H.P. con un indicador de vacío, filtro de aire y cable. Se puede montar en la base de la unidad. Es la misma que se suministra con el Vac-U-Rig®, Cat. No. 49-22-7075. Puede ser utilizada con los números de catálogos 4115, 4125 y 4130.

**Conjunto de bomba de vacío (115 volts)**
**Cat. No. 49-50-0165**
Bomba para trabajos pesados de 1/8 H.P. con un indicador de vacío, filtro de aire y cable. Se puede montar en la base de la unidad., Cat. No. 49-22-7075. Puede ser utilizada con los Cat. No. 4120.

**Kit de conexión del Vac-U-Rig® (115 volts)**
**Cat. No. 49-22-7065**
Este kit incluye: (1) almohadilla de vacío que proporciona una fuerza de sujeción de aproximadamente 1 800 libras; (1) conjunto de bomba de vacío con indicador, filtro, manguera de aire de 2,4 m (8') y acoplamientos. Puede ser utilizada con los Cat. No. 4120.

**Kit de conexión del Vac-U-Rig®**
**Cat. No. 49-22-7075**
Este kit incluye: (1) almohadilla de vacío que proporciona una fuerza de sujeción de aproximadamente 1 800 libras; (1) conjunto de bomba de vacío con indicador, filtro, manguera de aire de 2,4 m (8') y acoplamientos. Puede ser utilizada con los Cat. No. 4115, 4125 y 4130.

**Adaptador con rosca**
**Cat. No. 48-04-0160**
El adaptador con rosca reduce el tamaño de roscado de los Dymobits *MILWAUKEE* de 1-1/4-7 a 5/8-11 y las extensiones.

**Pasador de seguridad, Cat. No. 44-60-0065**
**(Pasador de seguridad de baja resistencia)**
**Pasador de seguridad, Cat. No. 44-60-0032***
**(Pasador de seguridad de alta resistencia)**
*(Equipo estándar en Dymodrills excepto en los modelos con embrague, números de catálogo 4004, 4005, 4092, 4206 y 4097).

**Extensión de broca de 229 mm (9")**
**Cat. No. 48-95-1500**
Extensión roscada en ambos extremos con una rosca de 1-1/4-7. Para usar con brocas de perforación de diamante con más de 51 mm (2") de diámetro y una rosca de 1-1/4-7. La extensión se monta directamente en el Dymodrill. Se pueden utilizar dos o más extensiones juntas para perforar agujeros profundos.

**Extensión de broca de 267 mm (10-1/2")**
**Cat. No. 48-95-2100**
Extensión roscada en ambos extremos con una rosca de 5/8-11. Para usar con brocas de perforación de diamante con diámetros de 32 mm (1-1/4") y 27 mm (1-1/2") y con una rosca de 5-8/11. La extensión requiere el adaptador con rosca Cat. No. 48-04-0160 para montarse en Dymodrills. Se pueden utilizar dos o más extensiones juntas para perforar agujeros profundos.

**Llave de cubo de 5 mm (3/16")**
**Cat. No. 49-96-0085**
Se usa para montar Dymodrills en la horquilla en los Dymorigs.

**Llave de tuercas de boca abierta de 35 mm (1-3/8")**
**Cat. No. 49-96-4700**
Se usa para montar las brocas en los Dymodrills.

**Junta de la almohadilla de vacío**
**Cat. No. 43-44-0570**
Parte de repuesto para las almohadillas de vacío. Números de catálogos 4115, 4125 y 4130.

**Junta de base de vacío**
**Cat. No. 43-44-0605**
Parte de repuesto para las base de vacío. Cat. No. 4120.

**Pegamento para gomas**
**Cat. No. 44-22-0060**
Se usa para pegar las juntas de la almohadilla de vacío a las almohadillas de vacío. Números de catálogos 4115, 4120, 4125 y 4130.

**Grasa tipo "E"**
**Cat. No. 49-08-4122**
Se usa para lubricar el engranaje de cremallera así como el husillo.

## UNITED STATES
### MILWAUKEE Service

*MILWAUKEE* prides itself in producing a premium quality product that is **NOTHING BUT HEAVY DUTY®.** Your satisfaction with our products is very important to us!

If you encounter any problems with the operation of this tool, or you would like to locate the *factory* Service/Sales Support Branch or *authorized service station* nearest you, please call...

# 1-800-SAWDUST

**(1.800.729.3878)**
NATIONWIDE TOLL FREE
Monday-Friday • 8:00 AM - 4:30 PM • Central Time
or visit our website at

## www.milwaukeetool.com

For service information, use the 'Service Center Search' icon found in the 'Parts & Service' section.

Additionally, we have a nationwide network of *authorized* Distributors ready to assist you with your tool and accessory needs. Check your "Yellow Pages" phone directory under "Tools-Electric" for the names & addresses of those nearest you or see the 'Where To Buy' section of our website.

Corporate After Sales Service - Technical Support
Brookfield, Wisconsin USA
•Technical Questions •Service/Repair Questions •Warranty
**1-800-SAWDUST**
**(1.800.729.3878)**
**fax:1.800.638.9582**
**email: metproductsupport@milwaukeetool.com**
Monday-Friday • 8:00 AM - 4:30 PM • Central Time

## CANADA
### Service MILWAUKEE

*MILWAUKEE* est fier de proposer un produit de première qualité **NOTHING BUT HEAVY DUTY®.** Votre satisfaction est ce qui compte le plus!

En cas de problèmes d'utilisation de l'outil ou pour localiser le centre de service/ventes ou le *centre d'entretien* le plus proche, appelez le...

## 416.439.4181

fax: 416.439.6210
**Milwaukee Electric Tool (Canada) Ltd**
755 Progress Avenue
Scarborough, Ontario M1H 2W7

Notre réseau national de distributeurs *agréés* se tient à votre disposition pour fournir l'aide technique, l'outillage et les accessoires nécessaires. Composez le 416.439.4181 pour obtenir les noms et adresses des revendeurs les plus proches ou bien consultez la section «Où acheter» sur notre site web à l'adresse
**www.milwaukeetool.com**

## MEXICO
### Servicios de MILWAUKEE

**Milwaukee Electric Tool**
Blvd. Abraham Lincoln no. 13
Colonia Los Reyes Zona Industrial
Tlalnepantla, Edo. México C.P. 54073
Tel. 55 5565-1414   Fax: 55 5565-6874

Adicionalmente, tenemos una red nacional de distribuidores autorizados listos para ayudarle con su herramienta y sus accesorios. Por favor, llame al 55 5565-1414 para obtener los nombres y direcciones de los más cercanos a usted, o consulte la sección 'Where to buy' (Dónde comprar) de nuestro sitio web en
**www.milwaukeetool.com**

# MILWAUKEE ELECTRIC TOOL CORPORATION
### 13135 West Lisbon Road • Brookfield, Wisconsin, U.S.A.  53005

58-14-3005d9                    11/04                    Printed in USA

# ATTACHMENT  2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MATTHEW RILEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.: 1:05cv994-T** |
| **vs.** | ) | |
| | ) | |
| **UNITED RENTALS (NORTH AMERICA),** | ) | |
| **Inc. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF KEVIN S. MERIGIAN, M.D.

Comes the affiant, Kevin S. Merigian who being sworn, deposes and says upon personal knowledge as follows:

FURTHER, AFFIANT SAITH NOT.

KEVIN S. MERIGIAN, M.D.

Sworn to and subscribed before me this
22nd day of November, 2006

NOTARY PUBLIC

My Commission Expires July 20, 2008

MELISSA M. WRIGHT
STATE
OF
TENNESSEE
NOTARY
PUBLIC
COUNTY OF SHELBY