# EXHIBIT 3

# The **Warren** Group
## Forensic Engineers & Consultants

The Warren Group, Inc.
PO Box 1608
Irmo, SC 29063

803.732.6600
803.732.7576 (Fax)
888.827.7823 (Toll Free)
www.warren-group.com



**DATE:** October 13, 2006

**REPORT TO:** Cochran, Cherry, Givens & Smith, P.C.
**Attn: Mr. Joe Lane**
Post Office Box 927
Dothan, Alabama 36302

**Injury on Core Drill**
Injured:    Matthew Riley
D.o.L.:    8/29/2003
L.o.L.:    Dothan, AL
Client file or Claim No.:4188
The Warren Group File Number: 60334



**PREPARED BY:**      Roger E. Davis, P.E.      10/13/06   Date

EXHIBIT

DAVIS 3

**Injury on Core Drill**                                      Page      1
**The Warren Group File No.: 60334**
**October 13, 2006**

# TABLE OF CONTENTS

INTRODUCTION.................................................................................2

BACKGROUND.................................................................................2

     Investigation .............................................................................1

     Description of the Equipment ...................................................5

     Circumstances of the Incident .................................................6

FACTS AND OBSERVATIONS .........................................................7

ENGINEERING ANALYSIS AND DISCUSSION.................................8

SAFETY DESIGN ANALYSIS .........................................................11

OPINIONS WITH BASIS .................................................................13

APPENDIX I - Owner's Manual - Clipper DM 500....................................I

APPENDIX II - Milwaukee Core Drill Operators' Manual ......................II

APPENDIX III – Oil-Less Diaphragm Vacuum Pumps & Compressors Manual...III

APPENDIX IV - Electrical Schematic for Alternate Design of Chipper DM 500 Core
          Drill ....................................................................... IV

APPENDIX V - Curriculum Vitae of Roger E. Davis, P.E. ......................V

APPENDIX VI - List of Depositions and Trials for the Last Four Years ............. VI

APPENDIX V - The Warren Group Fee and Expense Schedule..........................VII

The **Warren** Group

**Injury on Core Drill**                                                    Page    2
**The Warren Group File No.: 60334**
**October 13, 2006**

## INTRODUCTION

On August 29, 2003, Mr. Matthew Riley was injured while performing his regularly assigned duties as an employee of Flavor House in Dothan, Alabama. Mr. Joe Lane of Cochran, Cherry, Givens & Smith, P.C. assigned The Warren Group to:

1. Review the available information; and,

2. Determine if a defect in the equipment involved in the incident was a cause of the injury.

As a result of the investigation, a number of observations have been made and conclusions have been reached. The observations and conclusions stated in this report are based on information available as of this writing. It is conceivable that additional information may be forthcoming which bears on these conclusions and opinions. The author of this report reserves the right to review all conclusions and opinions at any future point in time, should, in fact, additional information become available.

## BACKGROUND

### Investigation

Mr. Roger E. Davis, P.E., Senior Consulting Engineer with The Warren Group, reviewed the available information, including the following:

1. Employer's First Report of Injury or Occupational Disease

2. Complaint filed August 26, 2005 in the Circuit Court of Houston County Alabama, Case No. CV-05-534A

3. Defendant United Rental, Inc.'s Response to Plaintiff's First Request for Admission to Defendant United Rentals, Inc.

4. Responses of Defendant Saint-Gobain Abrasives, Inc. to Plaintiff's Requests for Admission

The *Warren* Group

5.   Plaintiff's Responses to Defendant Milwaukee Electric Tool Corporation's First Set of Interrogatories

6.   Plaintiff's Responses to Defendant United Rentals (North America), Inc.'s First Set of Interrogatories

7.   Plaintiff's Responses to Defendant Saint Gobain Abrasive, Inc.'s First Set of Interrogatories to Plaintiff

8.   Defendant United Rentals, Inc.'s Answer to Plaintiff's First Set of Interrogatories to Defendant United Rentals, Inc.

9.   Defendant Saint-Gobain's Responses to Plaintiff's Interrogatory Requests

10.  Ralcorp Holdings, Inc.'s Responses to Defendant United Rental (North America), Inc.'s First Set of Interrogatories

11.  Plaintiff's Responses to Defendant Milwaukee Electric Tool Corporation's First Request for Production of Documents

12.  Plaintiff's Responses to Defendant United Rentals (North America) Inc.'s First Request for Production of Documents

13.  Ralcorp Holdings, Inc.'s Responses to Defendant Milwaukee Electric Tool Corporations Request for Production of Documents

14.  Plaintiff's Responses to Defendant Saint Gobain Abrasive, Inc.'s First Request for Production of Documents

15.  Defendant United Rental, Inc.'s Response to Plaintiff's First Request for Production to Defendant United Rentals, Inc.

16.  Defendant United Rental, Inc.'s Response to Plaintiff's First Request for Production to Defendant United Rentals, Inc.

The **Warren** Group

**Injury on Core Drill**                                               **Page    4**
**The Warren Group File No.: 60334**
**October 13, 2006**

17.  Defendant Saint-Gobain's Responses to Plaintiff's Requests for Production of
     Documents

18.  Ralcorp Holdings, Inc.'s Responses to Defendant United Rental (North America),
     Inc.'s Second Request for Production of Documents

19.  Ralcorp Holdings, Inc.'s Supplemental Responses to Defendant United Rental
     (North America), Inc.'s Second Request for Production of Documents

20.  Ralcorp Holdings, Inc.'s Second Supplemental Responses to Defendant United
     Rental (North America), Inc.'s Second Request for Production of Documents

21.  Deposition of Matthew Riley

22.  Deposition of Michael James Walters

23.  Deposition of Michael Waters

24.  Deposition of George A. Kennedy

25.  Clipper Owners Manual DM450 & DM500 Core Drills

26.  Milwaukee Operator's Manual for Heavy Duty Diamond Coring Equipment

27.  Chemical Test Report dated July 13, 2005

28   "Investigation of Traumatic Injuries to Mr. Matthew Riley", by John C. Frost,
     Safety Engineer, dated June 28, 2006

29.  "Serious Injury August 29, 2003 Flavor House Products Houston County,
     Alabama" by Donald R. Shaver, P.E.

30.  Defendant Saint-Gobain's Expert Disclosures Pursuant to Court's Scheduling
     Order and Rule 26(a)(2) F.R.C.P.

The ***Warren*** Group

31.  Report of Mark D. Hickok Matthew Riley v Milwaukee Electric Tool Corp., dated June 15, 2005

32.  Seventy-three color photographs taken by Mr. Joe Lane at 1st inspection

33.  Eleven color photographs provided by Heather Robinson, Ralcorp

34.  Seventeen color photographs taken at Flavor House inspection and Riley deposition

35. One hundred sixty-six color photographs attached by United Rentals to initial disclosures

36. Milwaukee Operator's Manual for Heavy Duty Diamond Coring Equipment

37.  Gast Operation and Maintenance Manual for Model DOA Vacuum Pumps

**Description of the Equipment**

The equipment involved in the injury to Mr. Riley is a Clipper DM 500 core drill, serial no. 02 G 016 manufactured by Saint-Gobain Abrasives, Inc. United Rentals Purchase Order no. 3114870 indicates two such drills were ordered March 10, 2003. The core drill consists of a drill stand, a drill motor, and a vacuum assembly for holding the machine in place during operation.

The drill is used with diamond bits for removal of cores of various sizes from concrete, including reinforced concrete. The drill may be secured to the work surface by means of the vacuum unit if the surface is relatively smooth and non-porous. In the case of a concrete floor, the surface must be swept clean and wet down; the drill base is then set in place and the leveling screws are adjusted to touch the floor, but to maintain contact of the base gasket with the floor. The electric vacuum pump affixed to the core drill will then maintain a vacuum intended to secure the base to the floor during operation.

The core drill is equipped with a fitting for attachment of a water hose to supply water to the coring bit for cooling and lubrication during operation. The drill motor is moved up or down by the operator with an operating lever to advance or retract the bit. The drill is equipped with an ammeter to assist the operator in judging the amount of pressure to apply to the operating lever.

## Circumstances of the Incident

The following sequence of events is based on the documentation reviewed relative to the injury and on the engineering analysis that follows.

At the time of the injury to Mr. Riley, the lead mechanic on the 3rd shift, Mike Walters, set up the incident core drill to drill the first of two holes to be made for installation of bollards in the concrete floor at Flavor House. Mr. Walters instructed Mr. Riley in the use of the drill by coring the first hole, as Mr. Riley had never operated a core drill. During the coring of the first hole, the drill base broke loose from the floor. Mr. Walters reset the core drill and completed the coring of the first hole. Mr. Walters stated that after resetting the drill, he stood on the drill base while operating the drill, because it was a more comfortable operating position.

Mr. Walters then set up the core drill for the second hole. Mr. Riley operated the drill to core the second hole. Mr. Walters left the area while Mr. Riley was operating the drill. Mr. Riley stated that he placed one foot on the drill base while operating the drill, as he thought it would help stabilize the base. During coring of the second hole, the drill base suddenly broke loose again, causing the machine to rotate about the core bit axis, as the drill motor was still powering the bit. The drill bit then disengaged from the concrete hole, causing the machine to become airborne. The machine hit Mr. Riley in the face as he lay on the floor where he fell as he tried to escape the uncontrolled core drill machine. The drill motor quit turning when the power cord was ripped from the machine while it spun uncontrollably.

## FACTS AND OBSERVATIONS

1.    Mr. Riley was employed by Flavor House for three days before his injury.

2.    Flavor House rented the incident core drill from United Rentals (North America), Inc.
     of Dothan, Alabama, the day before the incident.

3.    No operator or owners manual was provided to Flavor House by United Rentals for the
     incident core drill.

4.    The core drill and some of its component parts were disassembled and inspected by
     representatives of interested parties on May 12, 2005.

5.    At the time of the May 12, 2005 inspection, the vacuum pump would not operate. A
     significant amount of residue later identified as aluminum oxide was found inside the
     pump.

6.    The core drill is equipped with a Model DOA –V185A-AA vacuum pump. A copy of
     the Operation and Maintenance Manual for the vacuum pump is included in Appendix
     III.

7.    The vacuum pump for the core drill is equipped with a gauge that registers vacuum in
     the range of 0 to minus 30 inches mercury. No acceptable operating range for the core
     drill is indicated on the gauge.

8.    The drill motor for the core drill is equipped with a clutch intended to protect the motor
     from overload and excessive torque in the event that the core bit binds in a hole during
     operation. Some similar core drills are equipped with a shear pin to provide overload
     protection.

9.    The drill motor clutch was tested during the May 12, 2005 inspection; the clutch slip
     torque was measured three times, with results ranging from 198.6 ft.-lbs. to 231.2 ft.-

Injury on Core Drill                                                    Page    8
The Warren Group File No.: 60334
October 13, 2006

     lbs. The design performance parameters for the clutch are unknown at this time.

## ENGINEERING ANALYSIS AND DISCUSSION

     The drill motor for the core drill necessarily produces the high torque required to saw through concrete. The drill must be secured in a manner that will withstand the high torque applied at the bit/concrete interface. If the drill is not securely attached to the surface being cored, the bit will remain stationary in the hole and the drill stand will rotate uncontrollably while under power.

     The vacuum base is one of the available means of securing the core drill to the work surface. If the vacuum base fails to provide enough hold-down force to overcome the maximum torque that could be applied through the drill bit, the base will break loose and begin uncontrolled rotation as long as power is applied to the drill motor. The maximum torque applied to the drill bit is limited by the clutch in the drill motor. The switch for the drill motor does not require constant operator pressure to maintain power to the motor. Consequently, if the drill base breaks loose, the drill motor continues to run until unplugged, and the machine will continue to rotate uncontrollably until the bit comes out of the hole or the drill is unplugged.

     The vacuum base can lose its ability to secure the base to the work surface under several circumstances. For example, if the vacuum motor fails to generate sufficient vacuum due to wear or malfunction, the base may detach from the work surface. At the time of the May 12, 2005 inspection, the vacuum pump would not operate. The quantity of aluminum oxide residue found inside the pump indicates excessive wear of aluminum components of the vacuum pump. The residue may plug the ports in the vacuum pump, rendering it inoperable. As the vacuum pump was neither used nor disassembled since the injury to Mr. Riley, it can be reasonably concluded that the vacuum pump failed at the time of the incident. The Operation and Maintenance Manual for the vacuum pump included in Appendix III indicates that corrosive gases and particulate material will damage the pump; and, that water vapor, oil-based contaminants or other liquids must be filtered out. The manual states that

some models are equipped with filters and mufflers. It is unknown at this time whether the incident vacuum pump was equipped with a filter. If so, the filter should have been checked periodically and replaced when necessary. Mr. Kennedy, head of the service department for United Rentals, indicated that the vacuum pump is never disassembled. Since disassembly is necessary to access any filter in the pump, any filter present in the incident pump would not have been checked and replaced as necessary, as stated in the manual. If the vacuum pump in the incident core drill is not equipped with a filter, it should have been, because as a rental unit the equipment may be used in a variety of conditions, including conditions where corrosive gases and particulates may be present.

Another circumstance that can cause the vacuum base to fail is if the seal between the base and the work surface is not airtight, insufficient vacuum may be pulled in the vacuum base due to infiltration of air. The evidence indicates that the gasket may have been damaged at the time of the incident, which would result in a weak hold-down force by the vacuum base.

It is prudent engineering design practice to perform a hazards analysis on a product at the design stage. An evaluation of the incident core drill should have revealed that the hazard posed by a base that becomes detached from the work surface is uncontrolled, as designed.

The Safety Hierarchy is a well-established principle among safety professionals and designers that where a hazard in a product exists, it should be eliminated by design, if possible. If the hazard cannot be eliminated by design without impairing the function of the product, safeguards must be provided to reduce the risk of injury from the hazard to an acceptable level, if it is technologically and economically feasible to do so. If the hazard cannot be eliminated by design or safeguarded, warnings of the hazard must be provided for anyone subjected to the hazard. The last resort in the Safety Hierarchy for dealing with a hazard is to employ policies and procedures to minimize the risk posed by the hazard.

As discussed in the Safety Design Analysis section of this report, the incident core drill contains an uncontrolled hazard. It is not possible to eliminate the hazard by design;

therefore, safeguards must be provided, if technologically and economically feasible. Alternative designs to reduce the risk to an acceptable level are included in the Safety Engineering Alternative paragraph. The alternate designs are both technologically and economically feasible.

The manufacturer and the rental company should have reasonably expected that a worker such as Mr. Riley would be a user of the incident core drill. Not only did the core drill contain an uncontrolled hazard that was not safeguarded, no warnings of the hazard were provided to Mr. Riley. The warnings affixed to the core drill are general in nature and do not adequately describe the hazard of uncontrolled rotation of the drill base. Furthermore, the warnings affixed to the machine state that users must be thoroughly familiar with the operator's manual; however, no operator's manual was provided with the machine. The rental company did not deliver a manual with the core drill; the manufacturer of the core drill did not provide a storage compartment on the machine to insure that the manual could be readily accessible to the operator. Finally, the General Safety Sheet routinely provided by United Rentals with equipment rentals contains no information specific to a core drill.

Conversely, even if the manual had been provided with the machine, the manual fails to address the hazard adequately. First, the instructions do not provide the operator with the safe operating range for the vacuum system; however, the operator's manual for the nearly identical Milwaukee core drill contains a warning that the vacuum gauge must read a minimum of 20 inches mercury vacuum before coring begins. The gauge is marked with the acceptable operating range, unlike the one on the incident Clipper core drill. Secondly, the warning in the manual regarding standing on the drill stand base does not describe the consequences of such action.

**Injury on Core Drill**
The Warren Group File No.: 60334
October 13, 2006

## SAFETY DESIGN ANALYSIS

### Hazard Identification

The hazard inherent in the Clipper DM500 core drill as designed and manufactured is a machine that can become detached from the work surface and rotate in an uncontrolled manner. No mechanism exists to turn the machine off while it is rotating uncontrollably, except to unplug the power cord, which may be connected in a remote location.

### Risk Assessment

The risk associated with this hazard is unacceptable since the uncontrolled rotation of a piece of equipment as large as the core drill can cause serious injury to the operator or a bystander that may be struck by the machine.

### Safety Engineering Alternative

The identified hazard and unacceptable risk can be controlled to an acceptable level by design changes as follows:

1. Provide a trigger switch or similar switch that requires continuous operator action to power the drill motor; then, when the operator releases the switch in an emergency situation, the machine will quickly stop its rotation.

2. Provide a vacuum gauge that indicates acceptable operating ranges for the vacuum base. Appendix I contains the Owners Manual for the incident Clipper DM500 core drill. Appendix II includes an Operator's Manual for a Milwaukee core drill nearly identical to the incident drill, except that the vacuum gauge is marked with the acceptable operating range, which must be a vacuum exceeding minus 20 inches mercury.

3. Provide an interlock that will cut the power to the drill motor if the vacuum approaches



EXHIBIT

DAVIS 33

The **Warren** Group

**Injury on Core Drill**
**The Warren Group File No.: 60334**
**October 13, 2006**

Page    12

the unacceptable range. For example, a vacuum switch could be installed in series with the power supply to the drill motor that will interrupt the power if the vacuum approaches the unacceptable range. The interlock circuit can be accomplished with the addition of two switches; a schematic of the proposed electrical circuit is included in Appendix IV.



The **Warren** Group

**Injury on Core Drill**                                                      Page    13
**The Warren Group File No.: 60334**
**October 13, 2006**

## OPINIONS WITH BASIS:

### Opinion 1

Saint-Gobain Abrasives, Inc. and United Rentals (North America), Inc. placed into the market the incident Clipper DM500 core drill with an uncontrolled hazard. The hazard is the potential for uncontrolled rotation of the equipment that may strike and seriously injure the operator or a bystander.

**Basis:** Review of Owners Manual

### Opinion 2

Saint-Gobain Abrasives, Inc. failed to insure that a reasonably foreseeable operator of the incident equipment is adequately warned of the hazard of uncontrolled rotation of the machine.

**Basis:** Review of warnings on the machine and in the manual

Failure to provide a readily accessible storage compartment for the manual on the machine

Comparison of the warnings included in the Clipper Owners Manual (Appendix I) vs. the Milwaukee Core Drill Operator's Manual (Appendix II)

### Opinion 3

United Rentals (North America), Inc. failed to provide an owners or operator's manual for the use of a reasonably foreseeable user of the equipment at the time of the incident. The manual should have been provided with the equipment.

**Basis:** Riley deposition, page 91, line 2

Waters deposition, page 116, line 3

The ***Warren*** Group

**Injury on Core Drill**                                    Page    14
**The Warren Group File No.: 60334**
**October 13, 2006**

## Opinion 4

Saint-Gobain Abrasives, Inc. failed to provide warnings on the machine or in the Owners Manual that adequately describe the hazard contained in the machine.

**Basis:** Review of the Owners Manual

## Opinion 5

United Rentals (North America), Inc. failed to maintain a component to the incident equipment critical to the safety of the operation of the equipment and that failure to maintain was a cause of the failure of the vacuum base and consequently, the injury to Mr. Riley.

**Basis:** The vacuum pump failed to operate during the initial test of the component after the incident

The vacuum pump must provide sufficient vacuum to secure the machine to the work surface before use; or, another means to secure the machine must be utilized.

If the vacuum pump is equipped with a filter, United Rentals did not service the filter as recommended by the manual for the pump.

## Opinion 6

The uncontrolled hazard in the incident core drill constitutes a defect in the machine that was a cause of the injury to Mr. Riley.

**Basis:** Refer to the Engineering Analysis section of this report

Injury on Core Drill                                                    Page        I
The Warren Group File No.: 60334
October 13, 2006


# APPENDIX I

## Owners Manual - Clipper DM 500



# OWNERS MANUAL

# DM450 & DM500 CORE DRILLS



*clipper*

**FORM <<7125 8/00**



United Rentals 0020

# WARRANTY

Norton Construction Products warrants all products manufactured by it against defects in workmanship or materials for a period of one (1) year from the date of shipment to the customer.

The responsibility of Norton Construction Products under this warranty is limited to replacement or repair of defective parts at Norton Construction Products's Gainesville, Georgia factory, or at a point designated by it, of such part as shall appear to us upon inspection at such point, to have been defective in material or workmanship, with expense for transportation borne by the customer.

In no event shall Norton Construction Products be liable for consequential or incidental damages arising out of the failure of any product to operate properly.

Integral units such as **gasoline engines, electric motors, batteries, tires, transmissions,** etc., are excluded from this warranty and are subject to the prime manufacturer's warranty.

This warranty is in lieu of all other warranties, expressed or implied, and all such other warranties are hereby disclaimed.

**Important: Before placing equipment in operation, record the following information.**

MODEL:_____ SERIAL NO._____

PURCHASE FROM: _____

ADDRESS: _____

CITY_____ STATE _____ ZIP _____

TELEPHONE NO. _____

**Before using this equipment, make sure that person using it read and understand the instructions in this owners manual.**

2

United Rentals 0021

# DM450 & DM500 CORE DRILL

| CONTENTS | PAGE |
|---|---|
| GENERAL INFORMATION | |
| Warranty Infromation | Inside Cover |
| **I.   Preparation** | |
| | |
| A.  Safety Precautions | 4 |
| B.  General Information | 5 |
| C.  Bit Installation | 5 |
| D.  Water Supply | 5 |
| E.  Electrical Supply | 6 |
| | |
| **II.   Operation** | |
| | |
| A.  Core Drill Positioning | 7 |
| B.  Drilling Technique | 7 |
| C.  Vacuum Hold Down Operation[Optional] | 8 |
| D.  Water Collector Operation [Optional] | 8 |
| | |
| **III.  Maintenance and Component Description** | |
| | |
| A.  Motor Specifications [Dewalt] | 9 |
| B.  Motor Specifications [Milwaukee] | 10 |
| C.  Vacuum Pump | 11 |
| D.  Leveling Screws | 11 |
| E.  Carriage | 11 |
| F.  Gibs | 12 |
| G.  Motor Spindle | 12 |
| H.  Vacuum Seal | 12 |
| I.  Electrical Wiring Diagram | 13 |
| | |
| **IV.  Parts List Section** | |
| | |
| A.  Ordering Information | 14 |
| B.  Optional Accessories | 14 |
| C.  Assembly Drawings | 16-19 |
| D.  Service Parts List | 16-19 |
| E.  Operating & Maintance Instructions Gast Vaccum Pump | 20 |
| F.  Dewalt Authorized Distributors | 23-26 |
| G.  Milwaukee Authorized Distributors | 27 |
| H.  Gast Pump Authorized Distributors | 28 |
| I.  Machine Service Log | |

United Rentals 0022

# I PREPARATION

### A. Safety Precautions
### IMPORTANT! THE FOLLOWING SAFETY PRECAUTIONS MUST BE OBSERVED.

1. **Know your core drilling machine!** Read the Operator's manual carefully. Learn the operation, application and limitations, as well as the specific potential hazards peculiar to this equipment.
2. **Ground the machine!** The core drill must be grounded while in use to protect the operator from electric shock. The motor is equipped with a three prong grounding type plug to fit the proper type receptacle. The green [or green & yellow] conductor in the cord is grounding wire.
3. **NEVER** connect the green [or green & yellow] wire to a live terminal.
4. Use only three-wire grounded extension cords suitable for use outdoors and of sufficient gage to accommodate power requirements.
5. Replace frayed or damaged extension cords.
6. Keep the work area clean avoiding cluttered work areas.
7. Consider the work area environment!
   - Do not expose power tools to rain.
   - Wear rubber boots to further insulate yourself from the drill.
   - Mop up all excessive water around the work area before and after drilling.
   - Keep the work area well lit.
8. Use extreme caution when drilling through floors. Provide for protection of all personnel and material below the area. Cores generally drop from the drill bit at the completion of the hole.
9. Keep visitors away. Do not let visitors contact tool or extension cord. All visitors should be kept at a safe distance from the work area.
10. Do not force the bit into the drilling surface.
    - Use an anchor bolt , ceiling jack or vacuum hold-down attachment when drilling vertically (⬇⬆) into floors.
    - Only use an anchor bolt or ceiling jack when drilling horizontally (⬅➡) into a wall or any other vertical surface.
11. Dress properly for the work being performed.
    - Do not wear loose clothing or jewelry which can get caught in moving or rotating parts.
    - Rubber gloves and non-skid footwear is recommended when working outside.
    - Wear protective covering to contain long hair.
12. Don't abuse the cord. Never carry the tool by the cord or yank the cord to disconnect the plug from the receptacle.
13. Secure the drill stand to the work surface. Use an anchor bolt, ceiling jack or vacuum attachment to secure the drill stand to the work surface.
14. NEVER stand on the drill stand base as a method of securing the drill stand!
15. Don't overreach! Keep proper footing and balance at all times. The slippery surface created during the drilling operation results in unstable footing.
16. ALWAYS disconnect the power before servicing or changing accessories or bits.
17. ALWAYS check, then make sure wrenches are removed from the motor spindle and bit adapter before connecting power or starting the drill motor.
18. ALWAYS make sure power switch is in "off" position before connecting drill to power.

**Caution:** It is very important that the drilling machine is properly secured to the work surface. Movement during drilling will cause bit chatter against work surface, fracturing diamonds or binding bit in the hole.

United Rentals 0023

# I PREPARATION

## B. General Information

The DM450 & DM500 core drills are available with different power units.

| MANUFACTURER | AMPS | VOLTS | PHASE | HERTZ |
|---|---|---|---|---|
| MILWAUKEE | 15 | 115 | SINGLE | 60 |
| DEWALT | 20 | 115 | SINGLE | 60 |
| MILWAUKEE | 20 | 115 | SINGLE | 60 |

All motors are **single phase** with two-speed selector switches. The **115 volt** motors will operate within a power range of 110 to 120 volts.

## C. Bit Installation

The threads on the output spindle of the core drill motors have dimensions of 1-1/4"-7. Core bits are available in a variety of diameters. The spindle thread on the adapter nut of the core bit is 5/8-11 on smaller diameter bits. The use of an adapter coupling part number 400148 is required in order to run smaller diameter bits. The adapter provides a coupling which has a female 1-1/4"-7 thread on one side and a 5/8"-11 spindle on the other end.



**Core Bit Adapter
Part Number 400148**

1. Using a wrench to firmly hold the output shaft , screw the core bit onto the spindle until snug.
2. Placing one wrench on the machined flats of the output shaft and one wrench on the end adapter of the core bit tighten the bit on the spindle. **Note:** Attempting to turn the bit by the barrel rather than by the adapter nut may break the weld between the adapter nut plate and the barrel.

## D. Water Supply

It is important when wet cutting to maintain an adequate supply of clean water to the diamond drill bits. The hose input adapter on the water swivel at the base of the core drill motor is used to connect the water supply hose to the core drilling unit. Special precautions should be taken to insure that the water supply will not be interrupted during the drilling operation.



Hose Input Adaptor

United Rentals 0024

# I PREPARATION

## E. Electrical Supply

The DM450 & DM500 core drills are furnished with 115 volt, single phase motors. These motors operate within a power range of 110 to 120 volts. Serious damage can result if the supply line voltage does not fall within this range.
The following wire sizes are recommended when using an extension cord:

| DISTANCE FROM SOURCE | 115 volt 25 FEET | 115 volt 50 FEET | 115 volt 75 FEET | 115 volt 100 FEET |
|---|---|---|---|---|
| Wire Gauge | # 14 | # 12 | # 10 | # 08 |

The DM450 & DM500 core drills are manufactured with a three conductor connector cord which attaches the motor to the electrical supply. The green wire provided is used to connect to a permanent ground.

- a. Before connecting the drill to the power source, make sure that the voltage and cycles shown on the name plate of the motor are the same as the available electrical power supplied.

- b. Always properly ground the core drill before attempting to start the motor. The presence of water during the drilling operation requires that the drill always be properly grounded.

- c. **NEVER** connect the green wire to a live terminal !



The use of 3-prong adapter is prohibited in Canada by the Canadian Electrical Code.
An adapter, Fig. "B" is available for connecting Fig. A plugs to two prong receptacles. The green grounding ear extending from adapter must be connected to a permanent ground such as to a properly grounded outlet box. No adapter is available for fig "C" plugs.

NOTE: RECEPTACLE MUST BE GROUNDED FOR SAFE USE OF ADAPTER.
IF IN DOUBT CALL A QUALIFIED ELECTRICIAN AND HAVE THE RECEPTACLE CHECKED FOR GROUND.



To connect twist lock plugs like those shown in figures D and E, insert the plug into a matching outlet. When the plug is fully inserted, turn it clockwise until it locks. This prevents the plug from being pulled out accidentally. To remove the plug, twist it counterclockwise to unlock it and remove it from the outlet.

6

United Rentals 0025

## II  OPERATION

### A.  Core Drill Positions
To position the core drill:
1. Roll the drill so that the spindle is positioned over the desired drilling location.
2. Using the leveling screws located on the four corners of the base, level the core drill to insure that the bit will drill a straight, vertical hole.

⇨**CEILING BRACING** - can be used when the ceiling above the work area is strong enough to provide solid bracing. A length of pipe may be used with the adjustable brace on the top of the drill column to firmly secure the drill against the work piece.

⇨**ANCHOR BOLTING** - is a method used quite often in both horizontal and vertical drilling. The anchor is secured in the work surface and the core drill is placed over the anchor bolt so that the bolt goes through the hole in the center of the drill base. A nut and washer is the used to pull the base down as the nut is screwed onto the anchor bolt.

⇨**VACUUM HOLD DOWN** - requires that the surface of the intended drilling area be smooth or of an even texture in order to achieve an effective bond to the drilling surface. A large hold down base and vacuum pump are used to fasten the drill to the work surface. Both the pump and large base are available as optional accessories for the drills.

### B. Drilling Technique
The performance of any diamond core bit depends heavily on the use of proper drilling technique. Although drilling conditions and materials may vary, following specific guide lines insures faster drilling speeds and longer bit life.



**Vacuum Pump Attachment**
**PART NUMBER: 407000**

1. Secure the core drill to the work surface so that there is no movement in the drill that would cause the core bit to bind in the hole.

2. Insure that the hole is constantly flushed of abrasive fines by supplying a sufficient flow of water.

3. Slowly lower the bit into the hole so that there is no skidding or lateral movement of the drill. The entire circumference of the core bit should penetrate the drilling surface before additional pressure is applied to the handle.

4. Exert steady downward pressure while drilling. NEVER force the bit into the material!

5. Do not stop the flow of water or rotation of the bit while the core bit is drilling.
6. Check the core bit if the drilling rate decreases noticeably. The slowing penetration rate generally indicates that the bit is in need of reconditioning.

II OPERATION

United Rentals 0026

C. **Vacuum Hold Down Operation**

The vacuum hold down base and pump work together to seal the drill to the work surface. The vacuum pump requires 115 volt electrical supply. A 115 volt accessory outlet located on the switch box is used to supply power to the vacuum pump. One outlet is consistently supplied with power so that turning the motor off does not turn off the vacuum pump and release the drill from the work surface.

1. Mount the column and carriage in the large vacuum hold down base.

2. Connect the vacuum pump to the vacuum base.

3. Wet the work area in order to achieve an effective seal.

4. Connect the vacuum pump cord into the top outlet of the receptacle in the switch box above the motor. This will start the pump and create a seal between the base and the work surface.

5. Adjust the leveling screws so that the core drill is level and resting lightly on the vacuum seal.

6. Plug the vacuum pump cord into the live outlet of the receptacle in the switch box. This will start the pump and create a seal between the base and the work surface.

7. Adjust the leveling screws so that the base is snug against the work surface. NOTE: (Excessive tightening of the leveling screws will break the seal between the base and the work surface).

8. To turn the vacuum pump off, unplug the power cord.

D. **Water Collector Operation**

The water collector unit (Part Number 402034) is designed to work with any core drill. It can be used with any diameter core bit up to and including ten inch. The unit consists of a tear dropped shaped ring with a rubber seal, a 115 volt electric water pump and a drainage hose.

1. Place the pump in the small end of the tear-drop ring. Center the large area of the ring over the area to be drilled.

2. Run the drainage hose from the pump to a drainage barrel and secure the hose to the barrel with the hose hook.

3. PROPERLY GROUND THE PUMP, then plug it into the top outlet of the core drill switch box.

4. Turn the pump off by unplugging the pump power cord at the cord drill switch box.

## III. MAINTENANCE AND COMPONENT DESCRIPTION

A. **Motor Specifications Dewalt**

8

United Rentals 0027

**Specifications**

| MFR | MODEL | VOLT | AMP | MOTOR RPM | | BIT CAPACITY IN | |
|---|---|---|---|---|---|---|---|
| | | | | LOW GEAR | HIGH GEAR | LOW GEAR | HIGH GEAR |
| DEWALT | DW194 | 120 | 20 | 350 | 900 | 5"-9" | 2"-5" |

*Refer to motor owners manual supplied with drill for required motor maintenance.



The Dewalt motor is designed to operate with two speeds. Changing speeds is accomplished by using the speed shift lever built into the gear case of the unit.

Changing the rpm of the motor is accomplished as follows:

1. Loosen the shift lever locking knob.
   **(1/4 turn CCW)**

2. Move the shift lever until the clutch teeth are fully engaged. Moving the lever toward the motor engages the LOW rpm while moving the lever toward the spindle engages the HIGH rpm.

3. Retighten the shift lever locking knob. NOTE: use a wrench or pliers to tighten the locking knob, hand tightening should be sufficient under normal conditions.

Changing the rpm is easily accomplished while the motor is running. Attempting to shift with the motor off may require turning the spindle by hand to engage the clutch.

III.    **MAINTENANCE    AND COMPONENT DESCRIPTION**
   A. Motor Specifications (MILWAUKEE 4035 & 4094)
      **Specifications**

9

| MFR | MODEL | VOLT | AMP | MOTOR RPM | | BIT CAPACITY IN | |
|-----|-------|------|-----|-----------|--|-----------------|--|
| | | | | LOW GEAR | HIGH GEAR | LOW GEAR | HIGH GEAR |
| MILW | 4097-20 | 120 | 15.0 | 500 | 1000 | 3"-5" | 3"-5" |
| MILW | 4096 | 120 | 20 | 450 | 900 | 6" - 10" | 2" - 6" |

*Refer to motor owners manual supplied with drill for required motor maintenance.
The Milwaukee electric motors are designed to operate at two speeds. The speed changes are easily made by means of a conveniently located shift lever which transfers the drive gear from low to high rpm.
Motors are equipped with clutch.

ALWAYS TURN OFF SWITCH AND SHIFT WHILE THE MOTOR IS COASTING TO A STOP!

NEVER SHIFT AT FULL RPM OR WHEN THE MOTOR IS UNDER LOAD OR STOPPED!!

**To change speeds on the Milwaukee motor the procedure is as follows:**

1. Turn off switch, as the motor is coasting to a stop, rotate the shift knob clockwise to go from the HIGH to LOW speed.

2. Turn off switch, as the motor is coasting to a stop rotate the shift knob counter-clockwise to go from LOW to HIGH rpm.



## III. MAINTENANCE AND COMPONENT DESCRIPTION

10

United Rentals 0029

The vacuum pump is used with the large vacuum hold down base to secure the core drill on smooth evenly textured surfaces. The pump is powered by a 115 volt, 4.2 amp, 60 hertz electric motor. The power cord of the pump is plugged into the live outlet of the receptacle in the switch box of the core drill. The switch box on the drill allows the motor on the drilling unit to be turned on and off without shutting down the vacuum pump and breaking the seal between the drill base and the work surface.



**OPTIONAL GAST VACUUM PUMP**



**COMBINATION BASE**

The required maintenance procedure for the vacuum pump is listed in the "Parts List and Operating and Maintenance Instructions" pamphlet. Parts for the vacuum pump are available from local distributors of Gast products. A listing of Gast distributors is available in this drill manual and in the vacuum pump pamphlet.

### D. Leveling Screws

The four leveling screws on the base should cleaned with a mild solvent and lubricated with a lightweight machine oil each time the machine is used. Allowing the slurry to accumulate on the threads may cause damage to the threads in the base.

### E. Carriage

The carriage or head assembly should be cleaned and lubed with a lightweight machine oil each time the machine is put away. Allowing slurry to build on the column and inside the carriage will prematurely wear the pinion gear and gibs.

## III. MAINTENANCE AND COMPONENT DESCRIPTION

### F. Gibs

11

United Rentals 0030

The gibs are brass wear shims used on the inside of the carriage which allow the carriage to slide freely and rigidly on the column. The gibs require periodic replacement. Replacing the gibs is necessary when the carriage is no longer rigid on the column. Keeping the column free of excess debris and burrs will maximize the service life of the gibs.

### G. Motor Spindle

The motor spindle on all core drill motors is equipped with 1-1/4"-7 thread dimensions. The end adapter of the core bit is also threaded 1-1/4"-7 on core bits of 2 inches and larger diameter. Core bits with a diameter less than 1-5/8 inches have 5/8"-11 threads and require the use of an adapter.

The motor spindle maintenance should be performed each time the machine is stored for the day. Leaving the core bit on the motor spindle may cause the threads on the spindle to rust making removal of the core bit very difficult. After removing the core bit check the threads for any nicks or burrs. The spindle should then be cleaned with a mild solvent and lubricated with a lightweight machine oil.

Removing the core bit from the motor spindle by turning the core bit barrel is not recommended. The core bit barrel may break the weld between the adapter plate and barrel if excessive side pressure is applied. The best results are achieved using two wrenches. One of the wrenches placed on the machined flats on the motor spindle and the other wrench on the core bit end adapter.

### H. Vacuum Seal

The vacuum seal is the sponge rubber gasket which lines the bottom of the large vacuum base. The material prevents air from entering the area under the base. Thus allowing the vacuum to pull against the work surface. In order for the seal to work properly the seal material must remain pliable and in one piece with no gaps or inconsistencies on the surface. The vacuum seal should be rinsed at the completion of each operation. Allowing the slurry to accumulate on the gasket will cause the material to deteriorate prematurely. The vacuum seal should be checked on a regular basis and replaced if it has been damaged or started to deteriorate.

## III. MAINTENANCE AND COMPONENT DESCRIPTION
### I. Electrical Wiring Diagram

12

United Rentals 0031

BEFORE CONNECTING DRILL TO THE POWER SOURCE, MAKE SURE THE VOLTAGE AND CYCLES SHOWN ON THE NAME PLATE AGREE WITH THE AVAILABLE ELECTRICAL SUPPLY!

ALWAYS PROPERLY GROUND THE CORE DRILL!

NEVER CONNECT THE GREEN WIRE TO A LIVE TERMINAL!

## INTERNAL WIRING DIAGRAM





## IV. PARTS LIST SECTION

### A. Ordering Information

1. List model number of machine.

13

2. List part number and description of part (not item number).

3. Wherever alternate parts are shown due to product improvement, inspect the part you have and provide additional description as necessary.

4. Specify mode of shipping desired, such as, parcel post, truck, air freight, U.P.S., best way, etc.

## B. Optional Accessories

1. **Vacuum Hold Down:** **Part Number 407000** Provides a means of securing the core drill on smooth evenly textured surfaces without using anchors.

2. **Water Collector Kit:** **Part Number 402034** ecovers the excess water used during the drilling operation and pumps it into a drum. The ring is used to limit the amount of area that is exposed to water. The ring is best used in areas where the surface texture is smooth and even.

3. **Shaft Couplings:** The couplings are used as adapters which decrease or increase the spindle diameter and thread dimension.

| Part Number | Spindle Thread | Adapter Thread |
|-------------|----------------|----------------|
| 400145 | 1/2"–20 | 5/8"–11 |
| 400146 | 5/8"–11 | 1/2"–20 |
| 400147 | 5/8"–11 | 1-1/4"–7 |
| 400148 | 1-1/4"–7 | 5/8"–11 |

4. **Shaft Extensions:** Extend the depth to which a core bit will drill when the carriage travel has reached the maximum travel distance of the column.

| Part Number | Spindle Thread | Length |
|-------------|----------------|--------|
| 402754 | 1-1/4"–7 | 9" |
| 402755 | 1-1/4"–7 | 3.5" |
| 402756 | 1-1/4"–7 | 12" |
| 402757 | 5/8"–11 | 12" |
| 402758 | 5/8"–11 | 6" |
| 402759 | 5/8"–11 | 3" |

5. **Motor Spacer Plate Kit:** **Part Number: 407012** Moves the motor away from the column so that the drill will accept up to a fourteen inch bit.

# ASSEMBLY DRAWINGS

United Rentals 0033

# DM 450 & 500

# CORE DRILLS



15

United Rentals 0034

# IV.  PARTS LIST SECTION
### D.  Service parts list for DM Core Drills.

## Drill Base And Column



16

EXHIBIT

DAvis 22

## Drill Base And Column

| Item | Part # | Qty | Description | Item | Part # | Qty | Description |
|------|--------|-----|-------------|------|--------|-----|-------------|
| 1 | 407001 | 1 | Column 2-1/2" SQ x 42" (Includes 2 & 3) | 44 | 407024 | 1 | Pinion Gear Only |
| 2 | 407002 | 1 | Gear Rack Only 32" | 45 | 8041002 | 1 | Scr 1/4-20 x 1/2" Hex Head Cap |
| 3 | 407003 | 1 | Col. Top With Pins | 46 | 8177010 | 1 | Washer 1/4" Lock |
| 4 | 407004 | 1 | Ceiling Jack | 47 | 407025 | 1 | Washer 1/4" ID x 1-1/4 OD Fender |
| 5 | 407005 | 1 | Comb. Base Assy. (Includes 6-26) | 48 | 407026 | 1 | Handle |
| 6 | 407006 | 1 | Comb. Base Only | 49 | 407027 | 2 | Handle Knob |
| 7 | 407007 | 1 | Vacuum Gasket | 50 | 407028 | 1 | Shim Assy (Includes 51-56) |
| 8 | 8041145 | 4 | Scr 5/8-11 x3 Hex Head Cap | 51 | 407029 | 2 | Adj Shim Brass 1/8 x 5/8 x 8-7/8 |
| 9 | 407008 | 1 | Vacuum Mount | 52 | 407030 | 1 | Adj Shim Brass 1/8 x 1-1/2 x 9 |
| 10 | 8058134 | 4 | Scr #10-32 x 5/8" Cap | 53 | 407031 | 1 | Non-Adj Shim 1/8 x 1-1/2 x 9 |
| 11 | 8172005 | 4 | Washer #10 USS Flat | 54 | 407032 | 1 | Non-Adj Shim 1/8 x 1-1/2 x 9 |
| 12 | 8041094 | 3 | Scr 1/2-13 x1" Hex Head Cap | 55 | 407033 | 6 | Scr 1/4-20 x 5/8" Flat Head Brass |
| 13 | 8172011 | 1 | Washer 1/2 USS | 56 | 407034 | 4 | Scr 1/4-20 x 1" Flat Head Brass |
| 14 | 407009 | 1 | Slot Cap (Includes 15-16) | 57 | 407035 | 2 | Scr 1/4-20 x 1/2" Set |
| 15 | 407010 | 1 | Slot Cap Only | 58 | 407036 | 4 | Scr 1/4-20 x 3/8" Set |
| 16 | 407011 | 1 | Slot Cap Gasket | 59 | 407037 | 1 | Carriage Lock 1/2-13 |
| 19 | 8041104 | 2 | Scr 1/2-13 x 3-1/2" Hex Head Cap | 60 | 407038 | 1 | Motor Mount Assy (Includes 61-66) |
| 20 | 8177014 | 4 | Washer 1/2 Lock | 61 | 407039 | 1 | Motor Mount Plate |
| 21 | 8143005 | 1 | Nut 1/2-13 Jam | 62 | 407040 | 4 | Scr 3/8-16 x 2-1/4 |
| 22 | 407013 | 1 | Wheel Assembly (Includes 23-26) | 63 | 8177012 | 4 | Washer 3/8" Lock |
| 23 | 407014 | 4 | Cotter Pin 3/32" x 1" | 64 | 407041 | 2 | Key 3/8"SQ x 4" |
| 24 | 8172013 | 4 | Washer 5/8" Flat | 65 | 407042 | 4 | Scr 1/4-28 x 1  Dewalt |
| 25 | 407015 | 2 | Wheel 6" | 66 | 407043 | 4 | Scr 1/4-20 x 1  Milw. |
| 26 | 407016 | 1 | Wheel Mount Bracket | | | | |
| 30 | 8041106 | 1 | Scr 1-8 x 4-3/4" Hex Head Cap | -NA- | 407012 | 1 | Spacer Block With Hardware |
| 31 | 407017 | 1 | Nut 1-8 Jam | | | | |
| 38 | 407018 | 1 | Anchor Base (Small) Assy (Includes 12,19-26,39, & 40) | | | | |
| 39 | 407019 | 1 | Anchor Base Only | | | | |
| 40 | 407020 | 4 | Scr 1/2-13 x 4" Hex Head Cap | | | | |
| 41 | 407021 | 1 | Carriage Assy (Includes 42-66) | | | | |
| 42 | 407022 | 1 | Carriage Only | | | | |
| 43 | 407023 | 1 | Pinion Gear Assy (Includes 44-47) | | | | |

## Vacuum Base Assembly

17

United Rentals 0036



| Item | Part # | Qty | Description |
|------|--------|-----|-------------|
| -NA- | 407000 | 1 | Vacuum Pump Assy 110-volt (Includes 1-18) |
| 1 | 407044 | 1 | Vacuum Pump, 110-volt (Includes 2-9) |
| 2 | 407045 | 1 | Muffler |
| 3 | 403076 | 1 | Water Trap Jar Assy (Includes 4-9) |
| 4 | 407047 | 1 | Water Trap Jar |
| 5 | 407048 | 1 | Float Ball |
| 6 | 407049 | 1 | Water Trap Top |
| 7 | 407050 | 1 | Water Jar Gasket |
| 8 | 407051 | 1 | Brass Funnel Fitting |
| 9 | 407052 | 1 | O-Ring |
| 10 | 407053 | 1 | Hose Assy 9-1/4" Long (Includes 11-14) |
| 11 | 407054 | 1 | 1/4" Hose Barb To 1/2" Male Pipe |
| 12 | 407055 | 2 | Hose Clamp 1/2" Pinch On |
| 13 | 407056 | 1 | Hose 1/4" ID x 9-1/4" Long |
| 14 | 407057 | 1 | Fitting 1/4" Hose Barb To 1/8" Male Pipe |
| 15 | 407058 | 2 | Pipe Tee 1/2" NPT |
| 16 | 407059 | 1 | Vacuum Gauge |
| 17 | 407060 | 3 | Close Nipple 1/4" NPT |
| 18 | 407061 | 1 | Air Petcock |

18

United Rentals 0037

## Electrical Box Assembly



| Item | Part # | Qty | Description |
|------|--------|-----|-------------|
| -NA- | 407062 | 1 | Electrical Box Assembly 110-volt (Includes 1-19) |
| 1 | 407063 | 1 | Switch Box |
| 2 | 407064 | 1 | Switch Base |
| 3 | 407065 | 1 | Stud ½"-13 x 2" |
| 4 | 407066 | 1 | Jam Nut ½-13 |
| 5 | 407067 | 1 | Receptacle 110-volt |
| 6 | 407068 | 1 | Spacer Gasket |
| 7 | 407069 | 1 | Amp Meter 110-volt |
| 8 | 407070 | 1 | Toggle Switch 20-Amp |
| 9 | 407071 | 1 | On-Off Plate |
| 10 | 407072 | 1 | Sealing Lock Nut ¾" |
| 11 | 407073 | 1 | Cord Connector ¾" |
| 12 | 407074 | 1 | Line Cord 110-volt |
| 13 | 407075 | 4 | Scr #10-24 x 7/8" Machine Round Head |
| 14 | 407076 | 1 | Plug 30 Amp |
| 15 | 407077 | 1 | Mount Plate |
| 16 | 407078 | 2 | Scr #6-32 x ½" Machine Round Head |
| 17 | 407079 | 2 | Washer #6 Lock |
| 18 | 407080 | 2 | Nut #6-32 Hex |
| 19 | 407081 | 1 | Transformer 110-volt |

United Rentals 0038

## I.    OPERATING AND MAINTENANCE INSTRUCTIONS (MODEL DOA-V185A-AA)

Do not at any time lubricate any of the parts with oil, grease, or petroleum products nor clean with acids, caustics or chlorinated solvents. Be very careful to keep the diaphragm from contracting any petroleum product or hydro carbons. It can affect the service life of the pump.

Danger: To prevent explosive hazard, Do NOT pump combustible liquids or vapors with these units. Personal Injury and/or Property Damage would result.

To replace the diaphragm, remove the socket cap screws from the head of the pump. The diaphragm is held in place by two Phillips head screws. Remove screws, retainer plate, and the diaphragm. The diaphragm will fit in any position on the connecting rod. Replace the plate and the two Phillips head screws. Torque to 30 inch-pounds on DOA and DAA. torque to 12 inch-pounds on MOA and MAA.

Caution: Do not raise any burrs or nicks on the heads of these screws. These burrs could cause damage to the inlet valve.

For replacing the inlet and outlet valve, remove the slotted machine screw that holds each valve in place. The stainless steel inlet and outlet valves are interchangeable.* Clean them with water. When replacing the outlet valve, place the new valve in location and note there is a retaining bar near the machine screw hole. This retaining bar holds the valve in position. When replacing the inlet valve, note that the valve holder is marked with an X in one corner. This X should be in the lower right hand corner toward the inlet of the air chamber. Replace the head and tighten the socket head screws to 90-100 inch-pounds of torque on DOA and DAA Torque to 30 inch-pounds on MOA and MAA. *DOA and DAA models only.

WARNING-The motor may be thermally protected and can automatically restart when the overload resets. Always disconnect power source before servicing. Personal Injury and/or Property Damage could result.

Do not attempt to replace the connecting rod or motor bearings. If after cleaning the unit and/or installing a new Service Kit, the unit still does not operate properly, contact your representative, the factory , or return the pump to one of the GAST authorized Service Centers.

IF YOUR PUMP IS EQUIPPED WITH PLASTIC PLUGS IN THE EXHAUST AND/OR INTAKE PORTS, REMOVE BEFORE STARTING UNIT.

### WIRING INFORMATION

For any D.C. unit-red lead goes to positive side of power source.

For any permanent split capacitor motor which has four leads(4) leads is as follows:
Brown leads to capacitor.

Black leads to Power Source.

For any permanent split capacitor for DOA & DAA motor which has (3) leads is as follows: Figure 3





Figure 3

DO NOT ATTEMPT AT ANY TIME TO REMOVE THE CONNECTING ROD OR COMPLETELY DISASSEMBLE THE PUMP. IF IT DOES NOT GIVE YOU THE PROPER SERVICE EVEN AFTER INSTALLING A NEW SERVICE KIT, PLEASE RETURN IT TO ONE OF THE AUTHORIZED GAST SERVICE CENTERS LISTED IN THE SERVICE CENTER PAGES.

United Rentals 0039

# DeWalt





United Rentals 0040



22

United Rentals 0041

## AUTHORIZED SERVICE CENTERS

### DeWalt

**ALABAMA**
Power Tools Services Inc.
1113 4th Avenue South
Birmingham, Alabama 35233

**ALABAMA**
Smith Power Tool Inc.
2503 Commercial Park Drive
Mobile, Alabama 36636

**ALASKA**
Aero Services Inc.
203 Post Road
PO Box 1554
Anchorage, Alaska 99701

**ALASKA**
D & D Industries
3960 S. Cushman
Fairbanks, Alaska 99701

**ARIZONA**
Glenn's Tool Service
4036 North 13th Way East
Phoenix, Arizona 85014

**ARIZONA**
Electric Motor Company
1028 East Broadway
Tucson, Arizona 85014

**ARKANSAS**
Henninger, Inc.
1206 South Main Street
Little Rock, Arkansas 72202

**CALIFORNIA**
Blackstone Electric Motor Shop
1251 Blackstone Avenue
Fresno, California 93703

**CALIFORNIA**
Sacramento Industrial Electric Co.
6325 Elvas Avenue
Sacramento, California 93703

**CALIFORNIA**
Star Tool & Supply Company
3941 Main Street
San Diego, California 92110

**CALIFORNIA**
Precision Mechanical
260 Commercial Street
San Jose, California 95112

**CONNECTICUT**
Portable Power Tool Repair Company
447 Arch Street, Rear
New Berlin, Connecticut 06051

**FLORIDA**
Florida Electric Motor Service
1128 Atlanta Avenue
Orlando, Florida 32806

**FLORIDA**
Electrical Repair Company
1228 East Cass Street
Tampa, Florida 33602

**FLORIDA**
Holland Repair
6410 Norwood Avenue
Jacksonville, Florida 32208

**HAWAII**
Central Service & Sales Inc.
687 Auahi Street
Honolulu, Hawaii 96813

**IDAHO**
K.C. Supply Company
814 North Manville Street
Boise, Idaho 83704

**IDAHO**
Wade Tool Service
513 Thain Road
Lewiston, Idaho 83501

**ILLINOIS**
Couch & Heyle
2500 North Main Street
East Peoria, Illinois 61611

**INDIANA**
Anderson Brothers Tool Repair
3531 Southeastern Avenue
Indianapolis, Indiana 46203

**INDIANA**
Ram Supply Company Inc.
1301 West Franklin Street
Evansville, Illinois 47701

**IOWA**
Jim's Appliance Service
901 Ninth Street, S.W.
Cedar Rapids, Iowa 52404

## AUTHORIZED SERVICE CENTERS

United Rentals 0042

## DEWALT

**IOWA**
Five Cities Tool Service Inc.
921 Ninth Street, S.W.
Davenport, Iowa 52802

**IOWA**
Electrical Engineering & Equipment Company
1808 Delaware Street
Des Moines, Iowa 50317

**KANSAS**
B & B Electric
332 Lulu
Wichita, Kansas 67211

**KENTUCKY**
City Electric Motor Shop
492 East High Street
Lexington, Kentucky 40217

**KENTUCKY**
Tool Repair Service
1200 Goss Avenue
Louisville, Kentucky 40508

**LOUISIANA**
Baton Rouge Electric Motor Service
5409 Evangeline Street
Baton Rouge, Louisiana 70805

**LOUISIANA**
Beerman Precision Machine Works Inc.
2021 Thalia St. / PO Box 53432
New Orleans, Louisiana 70150

**MARYLAND**
Roland Electric Company
330 West 23rd Street
Baltimore, Maryland 21211

**MARYLAND**
Turner Electric Company
201 Ethan Allen Avenue
Takoma Park, Maryland 20012

**MASSACHUSSETTS**
Reliance Electric Service Company
573 South Canal Street
Holyoke, Massachusetts 01040

**MICHIGAN**
J.T. Hoeksema Company
2499 28th Street, S.W.
Grand Rapids, Michigan 49509

**MINNESOTA**
Horvick Electric Motor Company
303-307 Main Avenue
Moorhead, Minnesota 56560

**MISSISSIPPI**
Flannigan Electric Company, Inc.
328 Oakdale Street
Jackson, Mississippi 39204

**MISSOURI**
P.M. Electric Company, Inc.
5280 Flyer Avenue
St. Louis, Missouri 63139

**MONTANA**
Electro Service Center
1919 Harve
Missoula, Montana 59801

**MONTANA**
Mosen Electric Company
326 3rd Avenue, South
Great Falls, Montana 59801

**MONTANA**
Ted's Electric Service
902 Howard Avenue
Billings, Montana 59102

**NEBRASKA**
Flohr Electric Service, Inc.
2516 Cuming Street
Omaha, Nebraska 68131

**NEW MEXICO**
Telco Electric Inc.
2906 4th Street
Albuquerque, New Mexico 87170

**NEW YORK**
Richter Electric Service, Inc.
1559 Niagara Street
Buffalo, New York 14213

**NEW YORK**
Barrett Electric Service, Inc.
112 Henry Street
Schenectady, New York 12304

**NEW YORK**
Ramsing Electric Service Company
125 Charles Avenue (Syracuse)
Solvay, New York 13209

## AUTHORIZED SERVICE CENTERS

24

United Rentals 0043

DEWALT

**NORTH CAROLINA**
Portable Tool Service
3209 Cullman Avenue
Charlotte, North Carolina  28206

**OHIO**
Cincinnati Electrical Repair Company
2023 Elm Street
Cincinnati, Ohio  45210

**OHIO**
Columbus Electrical Works Company
777 North Fourth Street
Columbus, Ohio  45210

**OHIO**
M & R Electric Motor Service, Inc.
1516 East Fifth Street
Dayton, Ohio  45210

**OKLAHOMA**
Capitol Electric Motor Repair Inc.
2215 Southwest 11th
Oklahoma City, Oklahoma  74120

**OKLAHOMA**
Hammond Electric Company
1510 East Third Street
Tulsa, Oklahoma  74120

**OREGON**
Keith's Electric Motor Service
678 Olive Street
Eugene, Oregon  97401

**OREGON**
Walker Electric Works
206 Northwest 10th Avenue
Portland, Oregon  97209

**PENNSYLVANIA**
Power Tool Service [P.T.S.]
38 West Allen Street
Mechanicsburg, Pennsylvania  17055

**PENNSYLVANNIA**
Snyder Electric Company
1500 Chateau Street
Pittsburgh, Pennsylvania  15233

**PUERTO RICO**
Power Tool Repair Center
Duarte 166
Hato Rey, Puerto Rico  00917

**RHODE ISLAND**
Babine Electric Service Inc.
315 Jefferson Boulevard
Warwick, Rhode Island  02888

**SOUTH CAROLINA**
Mann Electric Repair Company
2909 Main Street
Columbia, South Carolina

**SOUTH CAROLINA**
Delta Industrial Electric Company, Inc.
1906 Meeting Street [PO Box 622]
Charleston, South Carolina  29402

**TENNESSEE**
Electric Service Company
3914 McCalla Avenue
Knoxville, Tennessee  37914

**TENNESSEE**
Southern Electric Company
812 Porter Street
Memphis, Tennessee

**TENNESSEE**
Allied Electric Motor Company, Inc.
939 - 4th Avenue South
Nashville, Tennessee  37210

**TENNESSEE**
Dixie Industrial Service Inc.
2108 East Main Street
Chattanooga, Tennessee  37210

**TEXAS**
Electric Motor Sales & Service
1514 East Commerce Street
San Antonio, Texas  78205

**TEXAS**
G.E. Jones Electric Company, Inc.
212 North Polk
Amarillo, Texas  78722

**TEXAS**
Hamilton Electric Works, Inc.
3800 Airport Boulevard
Austin, Texas  78722

**TEXAS**
Tool House Inc.
1711 Texas Avenue
Lubbock, Texas  79401

**AUTHORIZED SERVICE CENTERS**

**DEWALT**

25

United Rentals 0044

**UTAH**
Diamond Electric Motor Service
1465 South Second West Street
Salt Lake City, Utah  84104
**VERMONT**
Burlington Rent-All
340 Dorset Street
Burlington, Vermont  05401
**VIRGINIA**
Bryan Electric Company
424 West 25th Street
Norfolk, Virginia  23517
**VIRGINIA**
Lloyd Electric Company Inc.
521s West Salem Avenue
Reanoke, Virginia  24016
**VIRGINIA**
Wingfield & Hundley, Inc.
2403 East Franklin Street
Richmond, Virginia  23205
**Washington**
K & N Electric Motors, Inc.
217 West Cataldo
Spokane, Washington  98902
**WISCONSIN**
Jet Power Tool Repair, Inc.
970 Jonathon Drive
Madison, Wisconsin 53717
**WISCONSIN**
Power Tool Service Company
310 North Webster Avenue
Green Bay, Wisconsin  54301

# FACTORY SERVICE CENTERS

## MILWAUKEE POWER TOOL

26

United Rentals 0045

**ANAHEIM**
1130 North Magnolia Street
Anaheim, California 92801
Phone: 714 827-3970
          213 624-7615
          213 860-0349

**ATLANTA**
2381 John Glenn Drive
Suite 102
Chamblee, Georgia 30341
Phone: 404 455-7300

**BOSTON**
143 California Street
Newton, Massachusetts 02158
Phone: 617 244-4483

**CHICAGO**
7315 North Monticello Avenue
Skokie, Illinois 60076
Phone: 312 539-9173

**CLEVELAND**
7600 Wall Street
Cleveland, Ohio 44125
Phone: 216 524-8040

**DALLAS**
7205 Envoy Court
Dallas, Texas 75247
Phone: 214 637-4820

**DENVER**
2620 West 2nd Street
Denver, Colorado 80290
Phone: 303 922-1163

**DETROIT**
999 Troy Court
Troy, Michigan 48084
Phone: 313 585-8252

**HOUSTON**
4801 Katy Freeway
Houston, Texas 77007
Phone: 713 861-4671

**KANSAS CITY**
1506 Topping
Kansas City Missouri 64120
Phone: 816 241-7300

**MIAMI**
8101 North West 33rd Street
Miami, Florida 33122
Phone: 305 592-0442

**MILWAUKEE**
4057 North 128th Street
Brookfield, Wisconsin 53005
Phone: 414 781-0951

**MINNEAPOLIS**
2200 West 94th Street
Bloomington, Minnesota 55431
Phone 612 884-7258

**NEW YORK**
27-07 Brooklyn Queens Expressway W.
Woodside, New York 11377
Phone: NY 212 721-5151
          NJ 201 622-7752

**PHILADELPHIA**
388 Reed Road
PO Box 224
Broomall, Pennsylvania 19008
Phone: 215 544-5544
Philadelphia: 215 528-6771

**SAN FRANCISCO**
329 Littlefield Avenue
South San Francisco, California 94080
Phone: 415 583-8484
San Francisco: 415 761-2851

**SEATTLE**
503 South Michigan Street
PO Box 80346
Seattle, Washington 98108
Phone: 206 762-8430

# FACTORY SERVICE CENTERS

## GAST

27

United Rentals 0046

**BRENNER-FIELD & ASSOCIATES**
13824 Bentley Place
Cerritos, California 90701
[213] 404-2721

**GAST MANUUFACTURING CORPORATION**
505 Washington Avenue
Carlstadt, NJ 07072
[201] 933-8484

**WAINBEE LIMITED**
215 Brunswick Boulevard
Pointe Claire, Montreal, Canada H9R 4R7
(514) 697-8810

**GAST MANUUFACTURING CORPORATION**
2550 Meadowbrook Road
Benton Harbor, Michigan 49022
[616] 926-6171

**WAINBEE, LIMITED**
121 City View Drive
Rexdale, Ontario, Canada M9W 5A9
[416] 243-1900

**GAST MANUFACTURING COMPANY., LTD**
Halifax Road, Cressex Estate
High Wycombe, Bucks HP12 3SN
England
High Wycombe 23571

1. Machine Service Log

## Service Log

| MODEL: | Serial #: |
| --- | --- |

28

United Rentals 0047

| Date | Parts Serviced | Remarks |
|------|----------------|---------|
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |
|      |                |         |

United Rentals 0048

**Norton Construction Products**
PO Box 2898, Gainesville, Georgia 30503-2898
Phone: 800-554-8003 or 770-967-3954
(8:00 A.M. to 7:00 P.M. Eastern Time)
Fax: 800-443-1092 or 770-967-4287

*clipper*

# WARNING

Some dust created by power sanding, sawing, grinding, drilling, and other construction activities contains chemicals known to cause cancer, birth defects or other reproductive harm. Some examples of these chemicals are:

* Lead from lead-based paints,
* Crystalline silica from bricks and cement and other masonry products, and
* Arsenic and chromium from chemically-treated lumber.

Your risk from these exposures varies, depending on how often you do this type of work. To reduce your exposure to these chemicals: work in a well ventilated area, and work with approved safety equipment, such as those dust masks that are specially designed to filter out microscopic particles.

30

United Rentals 0049