**APPENDIX II**

**Milwaukee Core Drill Operators' Manual**



OPERATOR'S MANUAL
MANUEL de L'UTILISATEUR
MANUAL del OPERADOR

## DYMODRILLS
## FOREUSES DYMODRILL
## DYMODRILLS

| Cat. No. | 4004 | 20A |
| Cat. No. | 4005 | 20A |
| Cat. No. | 4079 | 20A |
| Cat. No. | 4090 | 15A |
| Cat. No. | 4092-20 | 15A |
| Cat. No. | 4094 | 20A |
| Cat. No. | 4096 | 20A |
| Cat. No. | 4097-20 | 15A |

## DYMORIGS
## OUTILLAGE DYMORIG
## DYMORIGS

Cat. No.  4115  Small base
Petite base
Base pequeña

Cat. No.  4125  Small base
Petite base
Base pequeña

Cat. No.  4120  Large base
Grande base
Base grande

Cat. No.  4130  Large base
Grande base
Base grande



## HEAVY-DUTY DIAMOND CORING EQUIPMENT
## EXTRA ROBUSTE OUTILLAGE DE CAROTTAGE AU DIAMANT
## EQUIPO DE PERFORACION CON PUNTAS DE DIAMANTE PARA TRABAJOS PESADOS

TO REDUCE THE RISK OF INJURY, USER MUST READ AND UNDERSTAND OPERATOR'S MANUAL.
AFIN DE REDUIRE LE RISQUE DE BLESSURES, L'UTILISATEUR DOIT LIRE ET BIEN COMPRENDRE LE MANUEL DE L'UTILISATEUR.
PARA REDUCIR EL RIESGO DE LESIONES, EL USUARIO DEBE LEER Y ENTENDER EL MANUAL DEL OPERADOR.

# GENERAL SAFETY RULES



**⚠ WARNING**

**READ AND UNDERSTAND ALL INSTRUCTIONS.** Failure to follow all instructions listed below, may result in electric shock, fire and/or serious personal injury.

**SAVE THESE INSTRUCTIONS.**

## WORK AREA

1. Keep your work area clean and well lit. Cluttered benches and dark areas invite accidents.

2. Do not operate power tools in explosive atmospheres, such as in the presence of flammable liquids, gases, or dust. Power tools create sparks which may ignite the dust or fumes.

3. Keep bystanders, children, and visitors away while operating a power tool. Distractions can cause you to lose control. Protect others in the work area from debris such as chips and sparks. Provide barriers or shields as needed.

## ELECTRICAL SAFETY

4. Grounded tools must be plugged into an outlet properly installed and grounded in accordance with all codes and ordinances. Never remove the grounding prong or modify the plug in any way. Do not use any adaptor plugs. Check with a qualified electrician if you are in doubt as to whether the outlet is properly grounded. If the tools should electrically malfunction or break down, grounding provides a low resistance path to carry electricity away from the user.

5. Double Insulated tools are equipped with a polarized plug (one blade is wider than the other). This plug will fit in a polarized outlet only one way. If the plug does not fit fully in the outlet, reverse the plug. If it still does not fit, contact a qualified electrician to install a polarized outlet. Do not change the plug in any way. Double insulation ▣ eliminates the need for the three wire grounded power cord and grounded power supply system.

6. Avoid body contact with grounded surfaces such as pipes, radiators, ranges and refrigerators. There is an increased risk of electric shock if your body is grounded.

7. Do not expose power tools to rain or wet conditions. Water entering a power tool will increase the risk of electric shock.

8. Do not abuse the cord. Never use the cord to carry the tools or pull the plug from an outlet. Keep cord away from heat, oil, sharp edges or moving parts. Replace damaged cords immediately. Damaged cords increase the risk of electric shock.

9. When operating a power tool outside, use an outdoor extension cord marked "W-A" or "W". These cords are rated for outdoor use and reduce the risk of electric shock.

## PERSONAL SAFETY

10. Stay alert, watch what you are doing, and use common sense when operating a power tool. Do not use tool while tired or under the influence of drugs, alcohol, or medication. A moment of inattention while operating power tools may result in serious personal injury.

11. Dress properly. Do not wear loose clothing or jewelry. Contain long hair. Keep your hair, clothing, and gloves away from moving parts. Loose clothes, jewelry, or long hair can be caught in moving parts.

12. Avoid accidental starting. Be sure switch is off before plugging in. Carrying tools with your finger on the switch or plugging in tools with the switch on invites accidents.

13. Remove adjusting keys or wrenches before turning on the tool. A wrench or a key that is left attached to a rotating part of the tool may result in personal injury.

14. Do not overreach. Keep proper footing and balance at all times. Proper footing and balance enables better control of the tool in unexpected situations.

15. Use safety equipment. Always wear eye protection. Dust mask, non-skid safety shoes, hard hat, or hearing protection must be used for appropriate conditions.

## TOOL USE AND CARE

16. Use clamps or other practical way to secure and support the workpiece to a stable platform. Holding the work by hand or against your body is unstable and may lead to loss of control.

17. Do not force tool. Use the correct tool for your application. The correct tool will do the job better and safer at the rate for which it is designed.

18. Do not use tool if switch does not turn it on or off. Any tool that cannot be controlled with the switch is dangerous and must be repaired.

19. Disconnect the plug from the power source before making any adjustments, changing accessories, or storing the tool. Such preventive safety measures reduce the risk of starting the tool accidentally.

20. Store idle tools out of reach of children and other untrained persons. Tools are dangerous in the hands of untrained users.

21. Maintain tools with care. Keep cutting tools sharp and clean. Properly maintained tools with sharp cutting edge are less likely to bind and are easier to control. Do not use a damaged tool. Tag damaged tools "Do not use" until repaired.

22. Check for misalignment or binding of moving parts, breakage of parts, and any other condition that may affect the tool's operation. If damaged, have the tool serviced before using. Many accidents are caused by poorly maintained tools.

23. Use only accessories that are recommended by the manufacturer for your model. Accessories that may be suitable for one tool, may become hazardous when used on another tool.

## SERVICE

24. Tool service must be performed only by qualified repair personnel. Service or maintenance performed by unqualified personnel could result in a risk of injury.

25. When servicing a tool, use only identical replacement parts. Follow instructions in the Maintenance section of this manual. Use of unauthorized parts or failure to follow Maintenance Instructions may create a risk of electric shock or injury.

**SPECIFIC SAFETY RULES**

1. **Hold tool by insulated gripping surfaces when performing an operation where the cutting tool may contact hidden wiring or its own cord.** Contact with a "live" wire will make exposed metal parts of tool "live" and shock the operator.

2. **Maintain tools carefully.** Keep handles dry, clean and free from oil and grease. Keep cutting edges sharp and clean. Follow instructions for lubricating and changing accessories. Periodically inspect tool cords and extension cords for damage. Have damaged parts repaired or replaced by a *MILWAUKEE* service facility.

3. **Maintain labels and nameplates.** These carry important information. If unreadable or missing, contact a *MILWAUKEE* service facility for a free replacement.

4. **WARNING!** Some dust created by power sanding, sawing, grinding, drilling, and other construction activities contains chemicals known to cause cancer, birth defects or other reproductive harm. Some examples of these chemicals are:

   • lead from lead-based paint

   • crystalline silica from bricks and cement and other masonry products, and

   • arsenic and chromium from chemically-treated lumber.

   Your risk from these exposures varies, depending on how often you do this type of work. To reduce your exposure to these chemicals: work in a well ventilated area, and work with approved safety equipment, such as those dust masks that are specifically designed to filter out microscopic particles.

5. **Always use anchor bolts to secure the base on cracked, uneven, porous or vertical surfaces.**

6. **Diamond coring equipment requires the use of water.** Since the use of electrical equipment in wet areas is hazardous, the equipment must be grounded (see "Grounding"). Wear insulated footwear and gloves for extra protection against shock hazards.

7. **Provide proper protection for people and property below the coring area when coring through floors.**

8. **A meter box must always be used with Diamond Coring Equipment so that amperage can be monitored. See "Accessories".**

## Specifications

| | Amps | Volts | Motor Protection | Speed (RPM) | Suggested Diameters in Medium Aggregate |
|---|---|---|---|---|---|
| | 20 | 120 | Clutch | Low - 300<br>High - 600 | Low - 7" - 14"<br>High - 4" - 7" |
| | 20 | 120 | Shear Pin | Low - 300<br>High - 600 | Low - 7" - 14"<br>High - 4" - 7" |
| | 15 | 120 | Clutch | Low - 375<br>High - 750 | Low - 5" - 8"<br>High - 2-1/2" - 5" |
| | 20 | 120 | Clutch | Low - 450<br>High - 900 | Low - 6" - 10"<br>High - 3" - 6" |

## Symbology



| | |
|---|---|
| (UL) | Underwriters Laboratories, Inc. |
| (CSA) | Canadian Standards Association |
| V~ | Volts Alternating Current |
| $n_o$ xxxx/min. | No Load Revolutions per Minute (RPM) |
| A | Amperes |

## FUNCTIONAL DESCRIPTION



1. Twist-lock plug
2. Cord
3. Gear/shift lever
4. Water shut-off valve
5. Threaded spindle

**Clutch model**

1. Twist-lock plug
2. Cord
3. Gear shift lever
4. Water shut-off valve
5. Spindle sleeve
6. Retaining ring
7. Shear pin

**Shear pin model**



## GROUNDING

⚠ **WARNING**

*Improperly connecting the grounding wire can result in the risk of electric shock. Check with a qualified electrician if you are in doubt as to whether the outlet is properly grounded. Do not modify the plug provided with the tool. Never remove the grounding prong from the plug. Do not use the tool if the cord or plug is damaged. If damaged have it repaired by a qualified service center before use. If the plug will not fit the outlet, have a proper outlet installed by a qualified electrician.*

MILWAUKEE Dymodrills are provided with a 20 amp locking plug (NEMA L5-20). MILWAUKEE meter boxes may be provided with either a 20 amp locking or a 30 amp (NEMA L5-30) locking plug depending on the model.

**Grounded Tools:**
**Tools with Three Prong Plugs**

Tools marked "Grounding Required" have a three wire cord and three prong grounding plug. The plug must be connected to a properly grounded outlet (See Figures A and B). If the tool should electrically malfunction or break down, grounding provides a low resistance path to carry electricity away from the user, reducing the risk of electric shock.



Fig. A

The grounding prong in the plug is connected through the green wire inside the cord to the grounding system in the tool. The green wire in the cord must be the only wire connected to the tool's grounding system and must never be attached to an electrically "live" terminal.



Fig. B

Your tool must be plugged into an appropriate outlet, properly installed and grounded in accordance with all codes and ordinances. The plug and outlet should look like those in Figures A and B.

**Double Insulated Tools:**
**Tools with Two Prong Plugs**

Tools marked "Double Insulated" do not require grounding. They have a special double insulation system which satisfies OSHA requirements and complies with the applicable standards of Underwriters Laboratories, Inc., the Canadian Standard Association and the National Electrical Code. Double Insulated tools may be used in either of the 120 volt outlets shown in Figures C and D.



Fig. C          Fig. D



⚠ **WARNING**

*To reduce the risk of injury, always use a drain pan to catch water when drilling, and the equipment to reduce the risk of electrical hazard. Always position the GFCI as close as possible to the power source.*

## EXTENSION CORDS

Grounded tools require a three wire extension cord. Double insulated tools can use either a two or three wire extension cord. As the distance from the supply outlet increases, you must use a heavier gauge extension cord. Using extension cords with inadequately sized wire causes a serious drop in voltage, resulting in loss of power and possible tool damage. Refer to the table shown to determine the required minimum wire size.

The smaller the gauge number of the wire, the greater the capacity of the cord. For example, a 14 gauge cord can carry a higher current than a 16 gauge cord. When using more than one extension cord to make up the total length, be sure each cord contains at least the minimum wire size required. If you are using one extension cord for more than one tool, add the nameplate amperes and use the sum to determine the required minimum wire size.

**Guidelines for Using Extension Cords**

- If you are using an extension cord outdoors, be sure it is marked with the suffix "W-A" ("W" in Canada) to indicate that it is acceptable for outdoor use.

- Be sure your extension cord is properly wired and in good electrical condition. Always replace a damaged extension cord or have it repaired by a qualified person before using it.

- Protect your extension cords from sharp objects, excessive heat and damp or wet areas.

**Recommended Minimum Wire Gauge for Extension Cords***

| Nameplate Amperes | Extension Cord Length | | | | | |
|---|---|---|---|---|---|---|
| | 25' | 50' | 75' | 100' | 150' | 200' |
| 0 - 5 | 16 | 16 | 16 | 14 | 12 | 12 |
| 5.1 - 8 | 16 | 16 | 14 | 12 | 10 | -- |
| 8.1 - 12 | 14 | 14 | 12 | 10 | -- | -- |
| 12.1 - 15 | 12 | 12 | 10 | 10 | -- | -- |
| 15.1 - 20 | 10 | 10 | 10 | -- | -- | -- |

* Based on limiting the line voltage drop to five volts at 150% of the rated amperes.

**READ AND SAVE ALL INSTRUCTIONS FOR FUTURE USE.**

TOOL ASSEMBLY



⚠ **WARNING**

## Assembling Dymorigs & Vac-U-Rig® Stands

For Cat. No. 4125 & 4130 only (Fig. 1).



Fig. 1

1. Set the base on the ground. Loosen the hex bolt and nut (wrench not supplied). Raise the column upright.

2. **To core vertically or horizontally**, insert the large column bolt (provided in separate accessory bag) through the bottom of column ...nto the base. Tighten hex bolt and nut (wrench not supplied).

...angle core, tilt the column to the desired angle and tighten the hex bolt and nut. Save the column bolt for future use when vertical or horizontal coring.

3. Tighten the two (2) black socket set screws located on the base with the supplied wrench.

4. Screw the four (4) handle spokes (provided in separate accessory bag) into the hub on the cradle assembly.

For Cat. No. 4115 & 4120 only (Fig. 2).



Fig. 2

Set the base on the ground.

...e two (2) bolts and two (2) lockwashers from accessory ...

Place the column in the slot of the base.

Insert two (2) bolts and two (2) lockwashers and tighten securely.

### Moving the Handle to the Other Side

For Cat. Nos. 4125 & 4130 only (Fig. 3).



Fig. 3

1. Tighten the cradle lock.
2. Loosen the socket head screw and remove the meter box.
3. Remove four (4) socket head screws holding the spoked handle housing.
4. Turn the assembly around 180°.
5. Replace the four (4) socket head screws and tighten securely.
6. Attach meter box to opposite side (see "Mounting the Meter Box").

For Cat. Nos. 4115 & 4120 only (Fig. 4).



Fig. 4

1. Loosen the cradle lock.
2. Raise the cradle to the maximum height.
3. Lift the cradle an additional 1/2" by hand.
4. Tighten the cradle lock.
5. Loosen the socket head screw and remove the meter box.
6. Remove the meter box stud from the cradle.
7. Remove the screw and washer from the end of the pinion shaft.
8. Remove the handle and pinion shaft assembly.
9. Turn the assembly around 180° and insert into cradle.
10. Replace the screw and washer and tighten securely.
11. Replace the meter stud on the side opposite the handle.
12. Attach meter box to opposite side (see "Mounting the Meter Box").
13. Loosen the cradle lock and lower the cradle until the pinion engages the rack.
14. Tighten the cradle lock.

## Mounting the Meter Box

For All Catalog Nos. (Fig. 3 & 4).

A meter box is standard equipment with the Vac-U-Rig®, but it must be [ ]ased separately for other Dymorigs (see "Accessories"). Attach th[ ]er box to the cradle on the side opposite of the handle.

1. [ ] the collar on the meter box over the stud on the cradle.
2. Position the meter box as desired and tighten the 1/4"-20 threaded socket head screw.

   **NOTE:** For horizontal (wall) coring, the ammeter gauge must face upward in view of the operator. Otherwise, water flow from the water shut-off valve might drip into the outlets on the meter box.

## Mounting the Dymodrill Motor to the Stand

For All Cat. Nos. (Fig. 5 & 6).

Dymorigs include a mounting bracket which mounts Dymodrill motors to the stand. An optional spacer assembly is available (see "Accessories"), which can be used when coring with any bits; but it must be used with any bit over 10" (outside diameter).

1. To mount the motor, loosen the cradle lock. Raise the cradle on the column using the spoked handle to allow room for installing the bit later. Tighten the cradle lock.

   **NOTE:** If the cradle is difficult to move on the column, loosen the gib screws (see "Adjusting the Gib Screws").

2. [ ]n the mounting bracket or the optional spacer assembly to the [ ] drill (Fig. 5) motor using the four (4) 1/4"-20 threaded socket head screws and four (4) lock washers (they are the smaller of the two provided in separate accessory bag). Make sure the square key on the mounting bracket or spacer assembly engages with the slot on the Dymodrill motor.

3. Fasten the mounting bracket (or optional spacer assembly) and motor assembly to the cradle slot (Fig. 6) by inserting the four (4) 3/8"-16 threaded socket head cap screws and lock washers (they [ ]re the larger of the two provided in separate accessory bag) [ ]h the cradle. Place screws through the holes from the other [ ] of the Dymorig and place lock washers on the side of the mounting bracket.

[Af]ter the Dymodrill motor is mounted, make sure the cradle is rigid against [th]e column to prevent the motor or bit from wobbling during coring. [B]efore coring, try to wiggle the cradle and motor with your hands. If the [cr]adle is secure, it should not move. If it does move, tighten the gib [sc]rews that secure the cradle to the column (see "Adjusting the Gib [S]crews").



Fig. 5



Fig. 6

Slot

## Adjusting the Gib Screws (Fig. 7)

After the motor is mounted, make sure the cradle and motor are rigid against the column to prevent the motor or bit from wobbling during coring. Before coring, try to wiggle the cradle with your hands. If the cradle is secure, it should not move. If it does move, tighten the six (6) gib screws that secure the cradle to the column as follows.



Fig. 7

Gib Screws

For Cat. No. 4125 & 4130 only.

Tighten the six (6) gib screws with the hex wrench (supplied in a separate accessory bag).

For Cat. No. 4115 & 4120 only.

To tighten the six (6) gib screws: loosen the hex nuts, tighten the screws and then tighten the hex nuts.

## Selecting and Installing a Core Bit (Fig. 8)

*MILWAUKEE* offers both standard and premium Dymobits designed to cut through a variety of materials including poured concrete, steel-reinforced concrete, and prestressed concrete. Always use clean, sharp bits.



Fig. 8

Water Control Valve

Copper Washer

1. To install a bit, grease the spindle and bit threads to prevent corrosion and to help prevent the bit from seizing on the threaded spindle.
2. Slip one copper washer (provided in separate accessory bag with the water shut-off valve components) onto the threaded spindle against the spindle shoulder. The bag should contain an extra copper washer; save it for future use.
3. Thread the bit securely onto the threaded spindle.

## Selecting Speeds

Dymodrills operate in either high or low gear. Use low speed for large diameter bits and high speed for small diameter bits (see "Specifications").

## Assembling the Water Shut-Off Valve to the Dymodrill (Fig. 9)



Fig. 9

Attach to Dymodrill

Hose nut

Rubber washer

Shut-off valve

Hose adapter

1. Remove the water shut-off valve components from the accessory bag. (The copper washers inside the bag are for bit installation.)

2. Insert the hose adapter into the hose nut. Then insert the rubber washer into the hose nut.

3. Insert the hose nut assembly into the shut-off valve and securely tighten the assembly with the supplied socket wrench; some threads on the hose adapter will still be exposed.

4. Screw the shut-off valve assembly into the water swivel housing on the Dymodrill motor (Fig. 8). Hand-tighten the assembly and then tighten it approximately 1/4 turn with an adjustable wrench (not provided).

## Methods for Securing Equipment to Work Surface



NOTE: Some building materials contain steel reinforcements. *MILWAUKEE* Dymobits can cut through embedded steel, but are not recommended for cutting solid steel plates.

### Horizontal Coring (walls)

For specific instructions on using anchors, see "Using an Expansion-Type Anchor".



### Vertical Coring (floors)

Two methods will work to secure the rig for vertical coring: either an expansion-type anchor OR a vacuum pump and vacuum pad system. Securing the rig with an anchor gives better bit performance because the attachment is more rigid. For specific instructions on assembling the vacuum system, see "Assembling and Using a Vacuum System".

### Optional Telescoping Assembly

The telescoping assembly can be used to supplement either securing method.

NOTE: Vac-U-Rig® Cat. No. 4136 includes a vacuum pump and vacuum pad. However, for some applications, you may choose to use an expansion-type anchor to secure the tool.

Anchors and Telescoping Assembly are not supplied with any of the above rigs. Telescoping Assembly can be purchased separately (see "Accessories"). Anchors unavailable through *MILWAUKEE*.

---

**OPERATION**

## Securing the Equipment to the Work Surface - Using an Expansion-Type Anchor (Fig. 10)

For Catalog No. 4125 & 4130 only.



Fig. 10

Leveling Screws

Rod or Bolt

Nut & Washer or Vacuum Pad Nut

Use a 5/8" expansion-type anchor (not supplied) that will accept a 5/8" threaded rod or bolt to secure the base to the work surface.

1. Level the stand with the four (4) leveling screws using the bubble level as a guide. When the stand is level, tighten the four (4) nuts on the leveling screws.

2. Using an expansion-type anchor, insert a threaded rod or bolt through the slot located on the base of the Dymorig and tighten the bolt or washer and nut firmly in the anchor following the anchor manufacturer's instructions.

## Assembling and Using a Vacuum System (Fig. 11 & 12)

For Catalog No. 4115, 4125 & 4130 only.



Fig. 11

Vacuum Gauge

Filter Jar

Vacuum Release Valve

Small Hole for Attaching Pump to Dymorig Stand

Coupler

Vacuum Hose



Fig. 12

Leveling Screws

Vacuum Pad Stud

Vacuum Pad

Vacuum Pad Nut

Vacuum Line Coupler

One vacuum pad is supplied with the Vac-U-Rig® and they can be purchased separately for other Dymorigs. The vacuum pad is most effective when it is secured to a relatively smooth surface such as poured concrete. If the surface is too porous or rough, the pad may not hold securely. Before using a vacuum pad, always check the gasket on the underside of the pad to make sure it isn't worn, cracked or torn. If it is, immediately replace the gasket, otherwise the vacuum pad may not hold the rig securely. To replace the gasket, see "Replacing Vacuum Pad Gaskets" in the "Maintenance" section. See "Accessories" for gasket part number.

1.  To use the vacuum pad, tilt the base of the rig and slide the vacuum pad under it so the threaded stud goes through the hole on the end of the center slot on the base. Then set the stand upright.

2.  Position the rig as required for coring the hole.

3.  Level the rig with the four (4) leveling screws using the bubble level (4125 & 4130 only) as a guide. When the rig is level, tighten the four (4) nuts (4125 & 4130 only) on the leveling screws.

4.  Connect one end of the supplied vacuum hose to the vacuum line coupler on the vacuum pad. To do this, pull back the collar on the hose and push the end of the hose onto the coupler until in snaps into place. Then, connect the other end of the vacuum hose to the coupler on the vacuum pump following the same procedure.

5.  The vacuum pump may be set on a dry surface away from the rig or mounted to the base of the Dymorig as shown. However, DO NOT mount the vacuum pump to the Dymorig when angle coring.

    To mount the vacuum pump on the Dymorig, place the small hole on the vacuum pump mounting bracket over the vacuum pad stud on the Dymorig.

6.  Plug the vacuum pump into the power source—the pump will start automatically. Step on the vacuum pad or the vacuum pad stud until the vacuum pad lowers and adheres to the work surface.

7.  After the pad is secured to at least 20 inches of mercury vacuum, tighten the vacuum pad nut securely.



### Using an Expansion-Type Anchor (Fig. 13)



Fig. 13

Leveling Screws

Rod or Bolt

For Cat. No. 4115 & 4120 only.

Use a 5/8" expansion-type anchor (not supplied) that will accept a 5/8" threaded rod or bolt to secure the base to the work surface.

1.  Remove the rubber gasket from the base.

2.  Level the rig with the four (4) leveling screws.

3.  Using an expansion-type anchor, insert a threaded rod or bolt through the slot located in the base of the Dymorig and tighten the bolt or washer and nut firmly in the anchor following the manufacturer's instructions.

### Assembling and Using a Vacuum System (Fig. 14 & 15)



Fig. 14

Vacuum Release Valve

Filter Jar

Vacuum Gauge

Small Hole for Attaching Pump to Dymorig Stand

Coupler

Vacuum Hose



Fig. 15

Vacuum Pad Gasket

Leveling Screws

Vacuum Line Coupler

Vacuum Adapter Assembly

For Cat. No. 4120 only.

The vacuum pad is most effective when it is secured to a relatively smooth surface such as poured concrete.

If the surface is too porous or rough, the vacuum pad may not hold securely. Before using the vacuum pad, always check the gasket on the underside of the base to make sure it isn't worn, cracked or torn. If it is, immediately replace the gasket, otherwise the vacuum may not hold the rig securely.

To replace the gasket, see "Replacing Vacuum Pad Gaskets" in the "Maintenance" section. See "Accessories" for gasket part number.

1.  Position the rig as required for coring the hole.

2.  Loosen the four (4) leveling screws until the ends are above the bottom surface of the base.

3.  Place the vacuum adapter assembly into the slot in the base.

4.  Connect one end of the supplied vacuum hose to the vacuum line coupler on the vacuum base. To do this, pull back the collar on the hose and push the end of the hose onto the coupler until it snaps into place. Connect the other end of the vacuum hose to the coupler on the vacuum pump following the same procedure.

5.  The vacuum pump may be set on a dry surface away from the rig or mounted to the base of the Dymorig as shown. To mount the vacuum pump on the base, place the small holes on the vacuum pump mounting bracket over the two tapped holes on the base. Attach the vacuum pump to the base with two (2) 1/4" - 20 screws supplied in the accessory bag.

6.  Plug the vacuum pump into the power source - the pump will start automatically. Step on the base until it lowers and adheres to the work surface.

7.  Tighten the four (4) leveling screws only enough to eliminate rocking. Over-tightening can lift the gasket off the ground and release the vacuum.



## Using the Optional Telescoping Assembly

1. Secure the rig using either an expansion-type anchor or a vacuum system (see "Securing the Equipment to the Work Surface").

   Place the top flange of the extension against a ceiling or wall and place the other end on the jack screw at the top of the Dymorig column.

   The assembly is adjustable up to 14 feet. Turn the jack screw to tighten the assembly and to make small adjustments.

## Supply an Adequate Water Flow

An adequate supply of water must flow freely and constantly during the entire cut. Dymodrills are equipped with a built-in water shut-off valve to allow water to flow down the inside and up around the outside of the bit. This acts to cool the bit and flush cuttings from the hole.

## Reading the Meter Box (Fig. 16)



Fig. 16
20 Amp
Operating
Range

15 Amp
Operating
Range

The ammeter is the dial indicator on the meter box, which is standard equipment with the Vac-U-Rig® and can be purchased separately for other Dymorigs. The ammeter provides pressure feedback during coring, allowing you to help prevent motor overload and premature bit wear. The green area on the ammeter is the operating range and the red area ...tes that you are applying too much pressure.



## Shear Pin and Clutch (Fig. 17)



Fig. 17
Shear Pin

Spindle Sleeve
(Shear pin models)

Threaded Spindle
(Clutch Models)

Retaining Ring
(shear pin model only)

Dymodrill Nos. 4079, 4090, and 4094 contain a shear pin to protect the gear and motor against overload. This pin drives the spindle sleeve. If the bit binds, the pin will shear to prevent gear and motor damage. Extra shear pins are supplied with each Dymodrill and can be replaced (see "Accessories" for part numbers). It is important to check the condition of the spindle before using the tool each time. The spindle must be smooth without grooves or pitting. If the spindle is not in good condition, it is possible for the threaded spindle sleeve and the internal spindle to weld together and seize during coring (see "Lubricating the Spindle for Dymodrills with a Shear Pin" in the "Maintenance" section for spindle lubricating instructions).

Cat. Nos. 4004, 4005, 4092, 4096 and 4097 feature a friction clutch rather than a shear pin to protect the motor and gears. If the motor overloads, the clutch will begin to slip and the bit will stop rotating. The clutch is factory-set and does not require adjustment. Nuisance (frequent) clutch slippage should be addressed by an authorized *MILWAUKEE* service center.



## Coring Procedure (Fig. 18)

1. Select and install a bit following guidelines in "Selecting and Installing a Core Bit".

2. Secure the rig to the work surface using one of the methods described in "Methods for Securing Equipment to Work Surface".

3. With the motor OFF, adjust the gear to either high or low speed according to the guidelines in "Selecting Speeds".

   **NOTE: DO NOT SHIFT SPEEDS WHEN THE DYMODRILL MOTOR IS ON.** To adjust the speed on all Dymodrills, move the gear shift lever to the desired setting.



Fig. 18
Gear
Shift
Lever

Water
Shut-Off
Valve

4. Connect the water hose to the Dymodrill water shut-off valve and to the water supply. Make sure the seal is watertight. Use a standard garden hose if you require additional length. Set up a water collection system.

5. If you are using a vacuum system, read the instructions for specific setup in "Assembling & Using a Vacuum System".

Do not continue the following steps until the vacuum gauge reads at least 20 inches of mercury vacuum. Never operate the Dymodrill if the gauge reads less than 20 inches (see "Methods for Securing Equipment to Work Surface"). Always monitor the vacuum gauge during coring. If water collects in the vacuum pump filter jar, empty it to prevent damage to the pump.



6. Turn the Dymodrill motor ON. Turn the water on so it flows freely through the water shut-off valve (see "Supply an Adequate Water Flow"). Turn the valve clockwise to increase water flow and counterclockwise to decrease water flow.

While holding the handle, slightly loosen the cradle lock handle and slowly rotate the handle to lower the bit into the workpiece, applying steady, even pressure. To help reduce bit wandering, always use a light load to start the hole and wait for the tip of the bit to penetrate the work surface completely before increasing the load.

8. Use sufficient pressure so the bit cuts constantly. Use the ammeter on the meter box as a guide for proper pressure.

NOTE: If the rig shifts during coring, stop the motor, reposition the rig and resume coring.

Monitor the water flow (see "Diamond Coring"). Generally, water should flow at a rate of approximately one to two gallons per minute. If the water flow is too heavy, the two holes in the water swivel housing will leak. If that happens, reduce water flow. Water flow is adequate when the water and cuttings are flushed in a circular pattern about 1/2" around the bit. Keep the work area dry.

10. When the cut is complete, keep the drill motor ON and rotate the handle clockwise to remove the bit. The bit may become stuck in the hole if you turn the motor OFF before the bit is completely removed. Once the bit is removed from the work surface, turn the motor OFF. Tighten the cradle lock handle. Unplug the meter box from the power supply before removing the vacuum pump to prevent accidental starting of the motor when the vacuum pump is released.

If you are using a vacuum pump, unplug it and open the vacuum release valve to release the vacuum.

## Retrieving Cores and Deep Coring

When coring holes that are longer than the core bit, follow the steps below.

1. Begin coring the hole as usual. When you have cored to the length of the bit, stop the Dymodrill motor.

2. Remove the core by driving a chisel or slender wedge into the cut between the core and the work surface. You may also use a special core tongs, bent wire or anchor bolts to remove the core.

3. After removing the core, reinsert the bit or use a bit extension and continue coring (see "Accessories"). Removing cores with diameters greater than twice their length can be difficult. One method to remove such cores is to first break the core into smaller pieces and then remove the pieces. Electric hammers and chisels are ideal for breaking cores.



## Diamond Coring

Factors that influence diamond core performance:

- Amount of coolant
- Dymorig rigidity
- Dymorig condition
- RPM of drill motor
- Feed pressure applied to bit by operator
- Amount of steel
- Size of embedded steel
- Age of concrete
- Aggregate (size, type, hardness, abrasiveness)
- Type of sand–manufactured vs. river (natural)
- Operator technique
- Operator care
- Bit runout

## Operator Technique

Core with consistent, firm feed pressure. Do not subject the bits to sudden impacts. Uneven feed rate cracks diamonds. Low feed pressure polishes diamonds, slows penetration and contributes to bit glazing. High feed pressure can overload the drill motor or can cause diamonds to pull out prematurely, particularly when coring embedded steel. Make the bit work, but do not try to jam the bit through the material.

If vibration occurs:

1. Stop drilling.
2. Turn motor off.
3. Check for loose bolts, nuts and gib screws. Tighten if required.
4. Check for bit runout. Replace if required.

If vibration continues to occur, remove the core and loose material.

If vibration continues to occur after attempting these measures, return the rig to the nearest *MILWAUKEE* service facility.

## Water

Water provides two main benefits during coring:

1. ...ater acts as a coolant, eliminating the heat caused by the friction ... .e coring action. This preserves the integrity of the diamonds, ... .ond matrix, the segment solder, and core tube. Without a cool-ant, the heat buildup during coring can cause all of these compo-nents to fail.

2. Water flushes loose, abrasive particles created during coring. These particles consist of aggregate, sand, diamond particles and various metals from embedded steel and the core bit matrix. The hole must be free of debris to allow the core bit to work. If loose particles are not properly flushed from the hole, an unnecessary drag will occur along the side of the core barrel. This can contribute to bit glazing through lack of power as well as motor damage through amperage increases due to bit resistance. In addition, loose particles tend to wear the bit tube, which can eventually result in the loss of seg-ments.

Monitor water flow. Water volume should be adjusted until water return is a muddy, solid color. Clear water or clear streaks indicate too much water volume. Excess water is a leading cause of bit glazing and failure. Other factors contribute to glazing, but water adjustment is one of the most easily controlled by the operator. Excessive water prevents ad-equate segment/material contact. When the bit segments do not properly contact the work surface, the desired "controlled erosion" effect which m-i-tains bit sharpness does not occur and the bit begins to glaze. This i ...especially with smaller diameter bits. Adequate water volume va....according to the bit diameter. Use only enough water during cor-ing to flush the cuttings from the work surface.

## Equipment

• Make sure machinery is in good operating condition. The column, carriage, motor connection and base should all be firmly connected and should not vibrate during coring.

• Motors should be of proper size (amperage and RPM) for the diam-... of the core bit used. Consult motor guide in catalog.

• Always make sure the Dymorig is rigidly mounted with an anchor or vacuum; any movement or vibration will shorten the life of the core bit. Standing on the rig's base as a form of anchoring is dangerous and does not provide the necessary rigidity.

## Diamond Core Bits

• For the first 2 or 3 holes, use light feed pressure, so the new diamond gradually breaks in.

• ..-er the bit very slowly onto the work surface. Use light feed ..ure until the bit crown has penetrated or "seated" into the .aterial.

• If the core bit encounters embedded steel, slow down the feed pressure and let the bit core at its own pace. Don't force the bit. Typically the water around the bit will clear when embedded steel is encountered. Do not allow any vibration whatsoever or severe dia-mond breakage or pullout will occur.

• Keep bits sharp.

## Bit Glazing & Diamond Core Motor Shear Pins

Bit binding is caused by one of two things: a dull (glazed) bit or a poorly stabilized rig.

Causes of bit glazing:

• Wrong RPM for bit diameter
• High feed pressure
• Low feed pressure
• High steel content in work surface
• Large, hard aggregate
• Too much water
• Low motor power

A sharp bit typically has good diamond exposure and will cut/grind al-most anything in its path, including embedded steel.

## Sharpening Procedure for Core Bits

To work efficiently, diamond core bits must maintain good diamond expo-sure. Many factors work together to provide the "controlled erosion" cycle of the tool's segment to occur. When this "controlled erosion" cycle is altered, the bit can become dull or "glazed." Glazing becomes notice-able when the coring feed rate slows dramatically or the bit does not cut. Examine the bit immediately. If the diamonds are flush with the metal, they are underexposed or "glazed."

The following steps will often correct the problem:

1. Reduce water flow until it becomes very muddy. Continue using as little water as possible until penetration increases.

2. If the bit does not open up, remove from hole. Pour into the kerf a thick (1/4") layer of silica sand (the coarser the better).

3. Resume drilling for approximately 3 to 5 minutes with very little wa-ter and at a lower RPM if possible.

4. Gradually increase water flow to flush sand from kerf.

5. Repeat as needed.

## The Effects of Steel in Coring

• To self-sharpen, diamond-impregnated core bits require interaction with an abrasive material. This abrasive material wears away the metal composition in the segment's matrix. As this is done, sharp diamonds are exposed and the grinding action created by the dia-monds continues.

• Embedded metal (rebar) is not an abrasive material. It does not provide the degree of abrasiveness required for matrix wear to occur and expose sharp diamonds embedded in the segment's ma-trix.

• A high degree of exposure to embedded metal by the bit's segments creates glazing. Glazing prevents the bit from cutting and coring.



## Maintaining Tools

Keep your tool in good repair by adopting a regular maintenance program. Before use, examine the general condition of your tool. Inspect guards, switches, tool cord set and extension cord for damage. Check for loose screws, misalignment, binding of moving parts, improper mounting, broken parts and any other condition that may affect its safe operation. If abnormal noise or vibration occurs, turn the tool off immediately and have the problem corrected before further use. Do not use a damaged tool. Tag damaged tools "DO NOT USE" until repaired (see "Repairs").

Under normal conditions, relubrication is not necessary until the motor brushes need to be replaced. After six months to one year, depending on use, return your tool to the nearest MILWAUKEE service facility for the fo

› Lubrication

› Brush inspection and replacement

› Mechanical inspection and cleaning (gears, spindles, bearings, housing, etc.)

› Electrical inspection (switch, cord, armature, etc.)

› Testing to assure proper mechanical and electrical operation

## Lubricating Rack and Pinion

Apply a light coat of MILWAUKEE Type "E" Grease on the rack and pinion gears to reduce friction and wear.

## Lubricating the Spindle for Dymodrills with a Shear Pin

Before each use, clean and lubricate the spindle or spindle sleeve with MILWAUKEE Type "E" Grease to prevent the spindle from seizing during coring.

1. To maintain the spindle on shear pin models, remove the retaining ring with a screwdriver. Then remove the spindle sleeve.

2. Remove dust and debris from the inside and outside diameter of the spindle and spindle sleeve and from the water hole in the spindle. Place a light coating of MILWAUKEE Type "E" grease on the spindle.

3. Replace the spindle sleeve onto the spindle. Make sure the spindle sleeve rotates freely on the spindle. Then replace the retaining ring.

## Replacing Vacuum Pad Gaskets
For Cat. No. 4115, 4125 & 4130 only.

Through normal use, the rubber gaskets on the underside of the vacuum pads can become worn, requiring replacement. If replacement is required, take the pad to an authorized service center or replace the gasket as follows:

1. Remove the old gasket and thoroughly remove the old glue from the groove.

2. Squeeze a continuous bead of rubber cement (Cat. No. 44-22-0060) in the entire bottom of the groove.

3. Immediately place a new gasket (Cat. No. 43-44-0570) in the groove and press firmly in place.

4. Turn the pad over and place the gasket side on a smooth flat surface. apply pressure to all edges of the pad.
Allow cement to dry for 24 hours before using.

For Cat. No. 4120 only.

With normal use, the rubber gasket on the underside of the base can become worn, requiring replacement. If replacement is required, take the base to an authorized service center or replace the gasket as follows:

1. Remove the motor and bit.
2. Tip the Dymorig on its back so that the wheels point down.
3. Remove the old gasket.
4. Squeeze a continuous bead of rubber cement (Cat. No. 44-22-0060) in the entire bottom of the groove.
5. Place the new gasket (Cat. No. 43-44-0605) into the groove making sure it is pushed in completely.
6. Stand the Dymorig upright again.
7. Reinstall the motor and bit.

## Cleaning the Filter on the Vacuum Pump

Periodically clean the filter felts to keep the vacuum pump operating efficiently. To clean the filter felts, remove the plastic jar and remove the felts from the plastic tube. Remove dust and debris from the felts and clean the plastic jar. Then replace the felts on the plastic tube and position the jar onto the filter assembly.



## Cleaning

Clean dust and debris from vents. Keep the tool handles clean, dry and free of oil or grease. Use only mild soap and a damp cloth to clean your tool since certain cleaning agents and solvents are harmful to plastics and other insulated parts. Some of these include: gasoline, turpentine, lacquer thinner, paint thinner, chlorinated cleaning solvents, ammonia and household detergents containing ammonia. Never use flammable or combustible solvents around tools.

## Repairs

If your tool is damaged, return the entire tool to the nearest service center listed on the back cover of this operator's manual.

Every MILWAUKEE tool is tested before leaving the factory and is warranted to be free from defects in material and workmanship. MILWAUKEE will repair or replace (at MILWAUKEE's discretion), without charge, any tool (including battery chargers) which examination proves to be defective in material or workmanship from five (5) years after the date of purchase. Return the tool and a copy of the purchase receipt or other proof of purchase to a MILWAUKEE Factory Service/Sales Support Branch location or MILWAUKEE Authorized Service Station, freight prepaid and insured. This warranty does not cover damage from repairs made or attempted by other than MILWAUKEE authorized personnel, abuse, normal wear and tear, lack of maintenance, or accidents.

Battery Packs, Flashlights, and Radios are warranted for one (1) year from the date of purchase.

THE REPAIR AND REPLACEMENT REMEDIES DESCRIBED HEREIN ARE EXCLUSIVE. IN NO EVENT SHALL MILWAUKEE BE LIABLE FOR ANY INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, INCLUDING LOSS OF PROFITS.

THIS WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, OR CONDITIONS, WRITTEN OR ORAL, EXPRESSED OR IMPLIED FOR MERCHANTABILITY OR FITNESS FOR PARTICULAR USE OR PURPOSE.

This warranty gives you specific legal rights. You may also have other rights that vary from state to state and province to province. In those states that do not allow the exclusion of implied warranties or limitation of incidental or consequential damages, the above limitations or exclusions may not apply to you. This warranty applies to the United States, Canada, and Mexico only.



For a complete listing of accessories refer to your *MILWAUKEE* Electric Tool catalog or go on-line to www.mil-electric-tool.com. To obtain a catalog, contact your local distributor or a service center listed on the back cover of this operator's manual.

**Meter Boxes**
**Cat. No. 48-51-0100 (30 amp, 120 volt)**
**(Not available in Canada)**
Same as supplied with Vac-U-Rig® Attachment Kit No. 49-22-7075 and with Cat. No. 4136. Ammeter and power switch appear on the front panel and a single 20 amp twist lock receptacle for the drill motor and two convenience outlets are on the back of the box.

**Meter Boxes**
**Cat. No. 48-51-0120 (20 amp, 120 volt)**
**(Can be used in Canada)**
Ammeter and power switch appear on the front panel with a single 20 amp twist lock receptacle for the drill motor on the back.

**Telescoping Extension Assembly**
**Cat. No. 49-95-1000**
This assembly braces the rig between the floor and ceiling for maximum rigidity. It adjusts for 14-foot ceilings and features fixed hole adjustments.

**Copper Washer**
**Cat. No. 45-88-8565**
Before using the tool, slip this washer onto the spindle to prevent the bit from seizing on spindle during coring.

**Spacer Assembly**
**Cat. No. 49-67-0110**
For use with Cat. Nos. 4125 and 4130. Mounts between cradle and Dymodrill motor when using 10" - 14" coring bits.

**Spacer Assembly**
**Cat. No. 49-67-0115**
For use with Cat. Nos. 4115 and 4120. Mounts between cradle and Dymodrill motor when using 10" - 14" coring bits.

**Water Collecting Ring**
**Cat. No. 48-70-0060**
For use where water flow from coring must be trapped and drained. Dike-type collector ring holds water for fast disposal when used with bits up to 10" in diameter. A built-in vacuum hose fitting also allows the ring to be used with a wet/dry vacuum cleaner.

**Water Hose**
**Cat. No. 49-18-0055**
This 8-foot water hose features a 5/8" coupling and standard brass male and female water hose fittings.

**Water Tank**
**Cat. No. 49-76-0055**
This 3-1/2 gallon heavy-duty, impact-resistant poly tank is for use where a regular tap water supply is not available.

**Vacuum Pump Assembly (Single Pad)**
**Cat. No. 49-22-7100**
This single vacuum pad is the same as supplied with Vac-U-Rig® Attachment Kit No. 49-22-7075. Can be used with Cat. Nos. 4115, 4125 and 4130.

**Vacuum Pump Assembly (115 Volts)**
**Cat. No. 49-50-0160**
This heavy-duty 1/8 H.P. pump comes complete with vacuum gauge, air filter and cord. May be mounted to the base of the unit. Same as furnished with Vac-U-Rig® 49-22-7075. Can be used with Cat. Nos. 4115, 4125 and 4130.

**Vacuum Pump Assembly (115 Volts)**
**Cat. No. 49-50-0165**
This heavy-duty 1/8 H.P. pump comes complete with vacuum gauge, air filter and cord. May be mounted to the base of the unit. Can be used with Cat. No. 4120.

**Vac-U-Rig® Attachment Kit (115 Volts)**
**Cat. No. 49-22-7065**
This kit includes: (1) vacuum pad; (1) vacuum pump assembly with gauge, filter, 8-foot air hose, and fittings. Can be used with Cat. No. 4120.

**Vac-U-Rig® Attachment Kit**
**Cat. No. 49-22-7075**
This kit includes: (1) vacuum pad; (1) vacuum pump assembly with gauge, filter, 8-foot air hose, and fittings. Can be used with Cat. Nos. 4115, 4125 & 4130.

**Threaded Adapter**
**Cat. No. 48-04-0160**
Thread Adapter reduces the thread size of 1-1/4"-7 to 5/8"-11 *MILWAUKEE* Dymobits and extensions.

**Shear Pin No. 44-60-0065 (Low Strength Shear Pin)**
**Shear Pin No. 44-60-0032* (High Strength Shear Pin)**
* (Standard equipment on Dymodrills except clutch Cat. Nos. 4004, 4005, 4092, 4206 and 4097).

**9" Bit Extension**
**Cat. No. 48-95-1500**
Extension threaded on both ends with a 1-1/4"-7 thread. For use with Diamond Core Bits over 2" in diameter and a 1-1/4"-7 thread. Extension mounts directly to the Dymodrill. Two or more extensions can be used together to core deep holes.

**10-1/2" Bit Extension**
**Cat. No. 48-95-2100**
Extension threaded on both ends with a 5/8"-11 thread. For use with 1-1/4" and 1-1/2" diameter Diamond Core Bits with a 5/8"-11 thread. Extension requires Threaded Adapter No. 48-04-0160 for mounting to Dymodrills. Two or more extensions can be used together to core deep holes.

**3/16" Socket Wrench**
**Cat. No. 49-96-0085**
Use to mount Dymodrills onto the cradle on Dymorigs.

**1-3/8" Open End Wrench**
**Cat. No. 49-96-4700**
Use to install bits onto Dymodrills.

**Vacuum Pad Gasket**
**Cat. No. 43-44-0570**
Replacement part for vacuum pads on Cat. Nos. 4115, 4125 & 4130

**Vacuum Base Gasket**
**Cat. No. 43-44-0605**
Replacement part for vacuum base Cat. No. 4120.

**Rubber Cement**
**Cat. No. 44-22-0060**
Use to bond vacuum pad gaskets to vacuum pads on Cat. Nos. 4120, 4125 and 4130.

**Type "E" Grease**
**Cat. No. 49-08-4122**
Use for lubricating rack and pinion as well as spindle.

Injury on Core Drill
The Warren Group File No.: 60334
October 13, 2006

# APPENDIX III

## Oil-Less Diaphragm Vacuum Pumps & Compressors

## Operation & Maintenance Manual

**PART NO. 70 - 3000 G442PL  (REV-E)**

# OIL-LESS DIAPHRAGM
# VACUUM PUMPS & COMPRESSORS
## OPERATION & MAINTENANCE MANUAL





Model DOA Shown          Model MOA Shown          Model DAA Shown

Thank you for purchasing this Gast product.  It is manufactured to the highest standards
using quality materials.  Please follow all recommended maintenance, operational
and safety instructions and you will receive years of trouble free service.

**-IMPORTANT:  PLEASE READ THIS MANUAL AND SAVE FOR FUTURE REFERENCE.**

**Product Use Criteria:**

- Pump only clean, dry air.
- Operate at 40ºF - 104ºF (4.4ºC - 40ºC).
- Protect unit from dirt & moisture.
- Do not pump flammable or explosive gases or
  use in an atmosphere that contains such gases.
- Protect all surrounding items from exhaust air. This
  exhaust air can become very hot.
- Corrosive gases and particulate material will
  damage unit. Water vapor, oil-based contaminants
  or other liquids must be filtered out.
- Consult your Gast Distributor/Representative
  before using at high altitudes.



**ISO 9001 & 14001 CERTIFIED**   **www.gastmfg.com**

*A Unit of IDEX Corporation*

®Registered Trademark/™Trademark of Gast Manufacturing Inc., Copyright ©2002 Gast Manufacturing Inc.  All Rights Reserved.

## Your safety and the safety of others is extremely important.

We have provided many important safety messages in this manual and on your product. Always read and obey all safety messages.

 This is the safety alert symbol. This symbol alerts you to hazards that can kill or hurt you and others. The safety alert symbol and the words "DANGER" and "WARNING" will precede all safety messages. These words mean:

### ⚠ DANGER

You **will** be killed or seriously injured if you don't follow instructions.

### ⚠ WARNING

You **can** be killed or seriously injured if you don't follow instructions.

All safety messages will identify the hazard, tell you how to reduce the chance of injury, and tell you what can happen if the safety instructions are not followed.

## INSTALLATION

### ⚠ WARNING

 

#### Electrical Shock Hazard

Disconnect electrical power at the circuit breaker or fuse box before installing this product.

Install this product where it will not come into contact with water or other liquids.

Install this product where it will be weather protected.

Electrically ground this product.

Failure to follow these instructions can result in death, fire or electrical shock.

Correct installation is your responsibility. Make sure you have the proper installation conditions and that installation clearances do not block air flow.

Blocking air flow over the product in any way can cause the product to overheat.

### Mounting
This product can be installed in any orientation. Mounting the product to a stable, rigid operating surface and using shock mounts will reduce noise and vibration.

### Plumbing
Remove plugs from the IN and OUT ports. Connect with pipe and fittings that are the same size or larger than the product's threaded ports. Be sure to connect the intake and exhaust plumbing to the correct inlet and outlet ports.

### Accessories
Filters and mufflers are supplied with some models. These should be checked periodically and replaced when necessary. Please consult your Gast Distributor/Representative for additional filter recommendations.

Install relief valves and gauges at inlet or outlet, or both, to monitor performance. Check valves may be required to prevent back streaming through the pump.

### Motor Control
It is your responsibility to contact a qualified electrician and assure that the electrical installation is adequate and in conformance with all national and local codes and ordinances. The metal capacitor shell **must** be grounded.

Determine the correct overload setting required to protect the motor (see motor starter manufacturer's recommendations). Select fuses, motor protective switches or thermal protective switches to provide protection. Fuses act as short circuit protection for the motor, not as protection against overload. Incoming line fuses must be able to withstand the motor's starting current. Motor starters with thermal magnetic overload or circuit breakers protect motor from overload or reduced voltage conditions.

The wiring diagram supplied with the product provides required electrical information. Check that power source is correct to properly operate the dual-voltage motors.

## OPERATION

### ⚠ WARNING

#### Injury Hazard
Install proper safety guards as needed.

Product surfaces become very hot during operation, allow product surfaces to cool before handling.

Air stream from product may contain solid or liquid material that can result in eye or skin damage, wear proper eye protection.

Failure to follow these instructions can result in burns, eye injury or other serious injury.

It is your responsibility to operate this product at recommended pressures or vacuum duties and room ambient temperatures.

### Start Up
If motor fails to start or slows down significantly under load, shut off and disconnect from power supply. Check that the voltage is correct for motor and that motor is turning in the proper direction.

2

## MAINTENANCE

### ⚠ WARNING

 

**Electrical Shock Hazard**

Disconnect electrical power supply cord before performing maintenance on this product.

If product is hard wired into system, disconnect electrical power at the circuit breaker or fuse box before performing maintenance on this product.

Failure to follow these instructions can result in death, fire or electrical shock.

### ⚠ WARNING

**Injury Hazard**
Product surfaces become very hot during operation, allow product surfaces to cool before handling.

Air stream from product may contain solid or liquid material that can result in eye or skin damage, wear proper eye protection.

Clean this product in a well ventilated area.

Failure to follow these instructions can result in burns, eye injury or other serious injury.

It is your responsibility to:
• Regularly inspect and make necessary repairs to product in order to maintain proper operation.
• Make sure that pressure and vacuum is released from product before starting maintenance.

Check intake and exhaust filters after first 500 hours of operation. Clean filters and determine how frequently filters should be checked during future operation. This one procedure will help to assure the product's performance and service life.

### Solvent Cleaning
Use only Gast AH255B Solvent or other non-petroleum based solvent. Do Not use kerosene or ANY other combustible solvent to clean product.

1. Remove the four (MOA) or five (DOA) screws in the top of the product. Remove the top plate.
2. Remove filters and clean with Gast AH255B solvent or other non-petroleum based solvent. Use compressed air to dry filters and make sure all moisture is removed. Reinstall filters.
3. Clean the gasket with water and dry thoroughly. Reinstall gasket.
4. Reinstall top plate and screws.

Check that all external accessories such as relief valves and gauges are attached to cover and are not damaged before re-operating product.

## SHUTDOWN PROCEDURES

It is your responsibility to follow proper shutdown procedures to prevent product damage. NEVER ADD OIL TO THIS OIL-LESS PUMP.

Proper shutdown procedures must be followed to prevent pump damage. Failure to do so may result in premature pump failure. Gast Manufacturing Oil-Less Diaphragm Vacuum Pumps and Compressors are constructed of ferrous metals or aluminum which are subject to rust and corrosion when pumping condensable vapors such as water. Follow the steps below to assure correct storage and shutdown between operating periods.

1. Disconnect plumbing.
2. Operate product for at least 5 minutes without plumbing.
3. Run at maximum vacuum for 10 to 15 minutes.
4. Repeat step 2.
5. Disconnect power supply.
6. Plug open ports to prevent dirt or other contaminants from entering product.

## SERVICE KIT INSTALLATION

### ⚠ WARNING

 

**Electrical Shock Hazard**

Disconnect electrical power supply cord before installing Service Kit.

If product is hard wired into system, disconnect electrical power at the circuit breaker or fuse box before installing Service Kit.

Disconnect air supply and vent all air lines to release pressure or vacuum.

Failure to follow these instructions can result in death, fire or electrical shock.

Gast will NOT guarantee field-rebuilt product performance. For performance guarantee, the product must be returned to a Gast Authorized Service Facility.

Service Kit contents vary. Most contain gaskets and filter parts.

1. Disconnect electrical power to pump.
2. Disconnect air supply and vent all air lines to release pressure or vacuum.
3. Remove the socket cap screws from the head of the pump. Remove the head of the pump.

3

**Replacing Diaphragm**

1. Remove the two Phillips-head screws then the retainer plate and diaphragm.
2. Install the new diaphragm, pattern side up for compressors, pattern side down for vacuum pumps, onto the connecting rod.
3. Replace the retainer plate and attach with two screws. Torque the screws to 30 in. lbs. on DOA and DAA units and to 12 in. lbs. on MOA and MAA units.

**Replacing Inlet and Outlet Valves**

1. Remove the slotted machine screw that holds each valve in place.
2. Clean the stainless steel valves with water. Valves are interchangeable on DOA and DAA units.
3. Replace the outlet valve or install a new valve so that the retaining bar is near the machine screw hole. The retainer bar holds the valve in place.
4. Replace the inlet valve or install a new valve so that the notch marked on the valve is in the lower right hand corner towards the inlet of the air chamber.

4. Replace the head on the pump. Torque the socket cap screws to 90-100 in. lbs. on the DOA and DAA units and 30 in. lbs. on the MOA and MAA units.

**Do Not replace the connecting rod or motor bearings.**

**Check that all external accessories such as relief valves and gauges are attached to cover and are not damaged before re-operating product.**

If pump still does not produce proper vacuum or pressure, send unit to a Gast Authorized Service Facility for repair.

4

## EXPLODED PRODUCT VIEW, PARTS & ORDERING INFORMATION

### DAA / DOA SERIES



| REF | DESCRIPTION | QTY | DOA-P101-AA<br>DOL-101-AA<br>DOA-P101-BN<br>DOA-P101-JH | DAA-P103-EB*<br>DAA-V155-EB* |
|-----|-------------|-----|------------|------------|
| 1 | COVER | 1 | AF808 | |
| | | 2 | | AF808 |
| 2 Δ | HEAD GASKET | 1 | AF820 | |
| | | 2 | | AF820 |
| 3 Δ | FILTER/MUFFLER ELEMENT | 2 | AT713 | |
| | | 4 | | AT713 |
| 4 Δ | FILTER ELEMENT | 1 | AT712 | |
| | | 2 | | AT712 |
| 5 | HEAD | 1 | AF804 | |
| | | 2 | | AF804 |
| 6 Δ | VALVE SCREW | 2 | BB317 | |
| | | 4 | | BB317 |
| 7 Δ | VALVE LIMITER | 1 | AF856 | |
| | | 2 | | AF856 |
| 8 Δ | LEAF VALVE | 2 | AF817 | |
| | | 4 | | AF817 |
| 9 Δ | VALVE RETAINER | 1 | AF819A | |
| | | 2 | | AF819A |
| 10 | RETAINER PLATE | 1 | AF809 | |
| | | 2 | | AF809 |
| 11 | DIAPHRAGM<br>Compressor-Blue | 1 | AF818A**** | |
| | | 2 | | AF818A**** |
| | DIAPHRAGM<br>Vacuum-RED | 2 | | AF818B |
| 12 | FELT SPACER | 3 | AA929 | |
| | | 6 | | AA929 |
| 12A | SPACER | 1 | AD996 | |
| | | 2 | | AD996 |
| 13 | FAN - Clockwise | 1 | AT837 | AT837 |
| 13A | FAN - Counterclockwise | 1 | | AT837A |
| 14 | GRILLE | 1 | AF807 | |
| | | 2 | | AF807 |
| 15 | RIVOT | 4 | AE946 | |
| | | 8 | | AE946 |
| *** | SERVICE KIT | 1 | K294A | |
| | | 2 | | K294A |

\* DOA shown. The Double-ended (DAA – not illustrated) models are two DOAs mounted back to back with heads rotated.
\*** Item not shown.
\****Pattern side up for compressors. Pattern side down for vacuum pumps.
Δ Denotes parts included in the Service Kit.
Δ The service kit may contain parts for more than one model or style diaphragm pump. Parts not needed may be discarded.
Parts listed are for stock models. For specific OEM models, please consult the factory.
When corresponding or ordering parts, please give complete model and serial numbers.

5

## EXPLODED PRODUCT VIEW, PARTS & ORDERING INFORMATION

**MAA / MOA SERIES**

| REF | DESCRIPTION | QTY | MAA-V103-HB* | MOA-P101-AA MOA-P101-CD MOA-P101-JH** |
|---|---|---|---|---|
| 1 | COVER | 1 | | AF780 |
| | | 2 | AF780 | |
| 2 △ | HEAD GASKET | 1 | | AF783 |
| | | 2 | AF783 | |
| 3 △ | FILTER/MUFFLER ELEMENT | 2 | | AT712 |
| | | 4 | AT712 | |
| 4 △ | NUT | 1 | | BC164 |
| | | 2 | BC164 | |
| 5 △ | VALVE RETAINER | 1 | | AF819A |
| | | 2 | AF819A | |
| 5A △ | LIMITER | 1 | | AH406 |
| | | 2 | AH406 | |
| 6 △ | LEAF VALVE | 1 | | AJ827 |
| | | 2 | AJ827 | |
| 6A △ | EXHAUST LEAF VALVE | 1 | | AG973 |
| | | 2 | AG973 | |
| 7 △ | SCREW | 1 | | BB319 |
| | | 2 | BB319 | |
| 8 | HEAD | 1 | | AF779 |
| | | 2 | AF779 | |
| 9 | RETAINER PLATE | 1 | | AF778 |
| | | 2 | AF778 | |
| 10 | DIAPHRAGM-Pressure-Red | 1 | | AG288 |
| | DIAPHRAGM-Vacuum-Red | 2 | AG288 | |
| 11 | FAN | 1 | AJ856 | AJ856 |
| 12 | FAN | 1 | AF785B | AF785B |
| 13 | GRILLE | 2 | AG774 | AG774 |
| *** | SERVICE KIT | 1 | | K309 |
| | | 2 | K309 | |



LOCATE NOTCH
IN THIS CORNER
ON BOTTOM SIDE

Air Flow

\* MOA shown.  The Double-ended (MAA – not illustrated) models are two MOAs mounted back to back with heads rotated.
\*\*MOA-P101-JH does not have an AF785B fan.
\*\*\* Item not shown.
\*\*\*\*Pattern side up for compressors.  Pattern side down for vacuum pumps.
△ Denotes parts included in the Service Kit.
△ The service kit may contain parts for more than one model or style diaphragm pump.  Parts not needed may be discarded.
Parts listed are for stock models.  For specific OEM models, please consult the factory.
When corresponding or ordering parts, please give complete model and serial numbers.

6

## WARRANTY

Gast finished products, when properly installed and operated under normal conditions of use, are warranted by Gast to be free from defects in material and workmanship for a period of twelve (12) months from the date of purchase from Gast or an authorized Gast Representative or Distributor. In order to obtain performance under this warranty, the buyer must promptly (in no event later than thirty (30) days after discovery of the defect) give written notice of the defect to Gast Manufacturing Incorporated, PO Box 97, Benton Harbor Michigan USA 49023-0097 or an authorized Service Center (unless specifically agreed upon in writing signed by both parties or specified in writing as part of a Gast OEM Quotation). Buyer is responsible for freight charges both to and from Gast in all cases.

This warranty does not apply to electric motors, electrical controls, and gasoline engines not supplied by Gast. Gast's warranties also do not extend to any goods or parts which have been subjected to misuse, lack of maintenance, neglect, damage by accident or transit damage.

THIS EXPRESS WARRANTY EXCLUDES ALL OTHER WARRANTIES OR REPRESENTATIONS EXPRESSED OR IMPLIED BY ANY LITERATURE, DATA, OR PERSON. GAST'S MAXIMUM LIABILITY UNDER THIS EXCLUSIVE REMEDY SHALL NEVER EXCEED THE COST OF THE SUBJECT PRODUCT AND GAST RESERVES THE RIGHT, AT ITS SOLE DISCRETION, TO REFUND THE PURCHASE PRICE IN LIEU OF REPAIR OR REPLACEMENT.

GAST WILL NOT BE RESPONSIBLE OR LIABLE FOR INDIRECT OR CONSEQUENTIAL DAMAGES OF ANY KIND, however arising, including but not limited to those for use of any products, loss of time, inconvenience, lost profit, labor charges, or other incidental or consequential damages with respect to persons, business, or property, whether as a result of breach of warranty, negligence or otherwise. Notwithstanding any other provision of this warranty, BUYER'S REMEDY AGAINST GAST FOR GOODS SUPPLIED OR FOR NON-DELIVERED GOODS OR FAILURE TO FURNISH GOODS, WHETHER OR NOT BASED ON NEGLIGENCE, STRICT LIABILITY OR BREACH OF EXPRESS OR IMPLIED WARRANTY IS LIMITED SOLELY, AT GAST'S OPTION, TO REPLACEMENT OF OR CURE OF SUCH NONCONFORMING OR NON-DELIVERED GOODS OR RETURN OF THE PURCHASE PRICE FOR SUCH GOODS AND IN NO EVENT SHALL EXCEED THE PRICE OR CHARGE FOR SUCH GOODS. GAST EXPRESSLY DISCLAIMS ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE WITH RESPECT TO THE GOODS SOLD. THERE ARE NO WARRANTIES WHICH EXTEND BEYOND THE DESCRIPTIONS SET FORTH IN THIS WARRANTY, notwithstanding any knowledge of Gast regarding the use or uses intended to be made of goods, proposed changes or additions to goods, or any assistance or suggestions that may have been made by Gast personnel.

Unauthorized extensions of warranties by the customer shall remain the customer's responsibility.

CUSTOMER IS RESPONSIBLE FOR DETERMINING THE SUITABILITY OF GAST PRODUCTS FOR CUSTOMER'S USE OR RESALE, OR FOR INCORPORATING THEM INTO OBJECTS OR APPLICATIONS WHICH CUSTOMER DESIGNS, ASSEMBLES, CONSTRUCTS OR MANUFACTURES.

This warranty can be modified only by authorized Gast personnel by signing a specific, written description of any modifications.

## MAINTENANCE RECORD

| DATE | PROCEDURE PERFORMED |
|------|---------------------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## PART NO. 70 - 3000 G442PL  (REV-E)

### TROUBLESHOOTING CHART

| Low Vacuum | Low Pressure | High Vacuum | High Pressure | Pump Overheat | Motor Overload | Excess Noise | Reason and remedy for problem. |
|---|---|---|---|---|---|---|---|
| • | • | At Pump | | • | • | | Filter dirty.  Clean or replace. |
| • | • | | At pump | • | • | | Muffler dirty.  Clean or replace. |
| • | • | | | | | | Valves dirty or valves bent. Clean or replace. |
| • | • | | | | | | Worn piston rings. Repair or replace. |
| | | | • | • | • | | Relief valve set too high. Inspect and adjust. |
| • | • | | | | | | Relief valve set too low. Inspect and adjust. |
| • | • | At pump | At pump | • | • | | Plugged vacuum/pressure line. Inspect and repair. |
| • | | At pump | | | | | Collapsed vacuum line. Inspect and repair. |
| | | | | • | • | | Low voltage, won't start. Check power source. |
| | | | | • | • | • | Voltage wrong. Check power source. |
| • | • | | | | | • | Worn rings/piston hitting cylinder. Replace. |
| | | | | | | | Cylinder misadjustment. Realign. |
| • | • | | | | | | Leaky hose or check valve. Replace. |
| • | • | | | • | • | • | Dirt or liquid on top of piston. Inspect and clean. |
| • | • | | | • | • | | Motor not wired correctly. Check wiring diagram/line voltage. |
| • | • | | | | | • | Blown head gasket. Replace. |



AUTHORIZED SERVICE FACILITIES



**GAST.** A Unit of IDEX Corporation    ISO 9001 & 14001 CERTIFIED    www.gastmfg.com

**Injury on Core Drill**
**The Warren Group File No.: 60334**
**October 13, 2006**

Page    IV

## APPENDIX IV

### Electrical Schematic for Alternate Design of Chipper DM 500 Core Drill

# Electrical Schematic for Alternate Design of Chipper DM 500 Core Drill



**Injury on Core Drill**                                      Page      V
**The Warren Group File No.: 60334**
**October 13, 2006**


**APPENDIX V**

**- Curriculum Vitae for ROGER E. DAVIS**

The **Warren** Group



The Warren Group, Inc.
PO Box 1608
Irmo, SC 29063

803.732.6600
803.732.7576 (Fax)
888.827.7823 (Toll Free)
www.warren-group.com

## *Roger E. Davis, P.E., CFEI, CVFI*

### Engineer: Mechanical

**Cranes and Aerial Lifts**

**Failure Analysis**

**Water and Sewer Systems**

**Fire and Explosion Analysis: Origin and Cause**

**Heavy Equipment Fires**

**Industrial Accident Reconstruction**

**Machine Safeguarding**

**Products Liability**

**Vehicle Mechanical Failure**

# EDUCATION

| | |
|---|---|
| 1975 | **Masters of Business Administration**<br>University of South Carolina |
| 1968 | **Bachelor of Mechanical Engineering**<br>University of South Carolina |

# EXPERIENCE

**1998 TO PRESENT**

The Warren Group, Inc., Columbia, South Carolina.  Senior Consulting Engineer performing specialized consulting and training related to property loss analysis, reconstruction of accidents and the analysis of designs with regard to safety.

**Safety Design Analysis (both personal injury and property damage)**
Fire and explosion analysis, industrial accident reconstruction, machine safeguarding, machine controls, warnings, OSHA compliance, standards and codes compliance, maintenance, products liability, product failures, failure analysis, consumer products, vehicle mechanical failures.

**Fire & Explosion Analysis**
Determine origin and cause, cause of fire spread, cause of the injury or property damage and establish responsibility for fires involving agricultural, heavy equipment and industrial machinery.

**Training**
Fire and life safety, standards and codes, hazard identification, risk assessment, engineering design for safety and products liability.

**1995 to 1998**

Founding Partner, WDS Development, Lexington, South Carolina. Development of residential properties.

**1987 TO 1995**

Laidlaw Environmental Services, Inc., Columbia, South Carolina.  Vice President, Engineering and Regulatory Affairs.  Largest hazardous/industrial waste management firm in North America.  Responsible for a professional staff of 150 employees involved in Engineering, Health and Safety and Regulatory compliance for all North American operations (over 100 sites).

The **Warren** Group

## EXPERIENCE, Continued

**1987 TO 1995**
(Continued)

- Played major role in due diligence investigations of targeted acquisitions, including a multi-site company purchased for more than $230 million.

- Developed and marketed OSHA/DOT/RCRA internal training programs to outside clients, including such firms as Dow-Jones, Lockheed, City of Los Angeles and others.

- Served on steering committee for business process improvement (re-engineering).

- Responsible for major capital construction, including successful major modifications to the largest hazardous waste incinerator in North America, under very tight regulatory controls, schedule and budget.

- Dramatic improvements realized in safety performance over a four-year period. Auto liability costs reduced by 83% (despite increased mileage), Worker's Compensation claims per million hours worked reduced by 50%.

- Oversight of medical surveillance program.

- Instituted internal and external compliance audit programs improving performance and reducing liability. Company cited by EI Digest, a major trade publication, or environmental excellence at 11 major facilities in 1995.

- Developed and promoted positions on legislation and regulations, initiated legal challenges, as necessary.

**1983 TO 1987**    Laidlaw Environmental Services, Inc., Pinewood, South Carolina. Facility Manager. Overall manager of site with Profit and Loss responsibility, involving transportation, treatment and disposal of wastes, production and marketing of absorbent clays (cat litter), and major civil construction activities.

- Developed the conceptual design for major components of the most advanced landfill in the United States.

- Internalized construction costs of landfill cells to realize savings over 30%.

- Instituted significant improvements in worker protection, site security, site appearance and regulatory compliance.

- Personally handled majority of community and media relations for a site inherently objectionable to much of the public.

The **Warren** Group

## EXPERIENCE, Continued

**1981 TO 1983**    South Carolina Department of Health and Environmental Control, Columbia, South Carolina.  Assistant Deputy Commissioner for Environmental Quality Control.  Responsible for all environmental programs and special assignments.

**1971 TO 1981**    South Carolina Department of Health and Environmental Control, Columbia, South Carolina.  Engineer/Manager of Water Supply Division; District Director, Central Midlands Health District; Director, Domestic Wastewater Division.  Responsibilities included roles in both management and field inspections for certification of utilities construction (water/sewer/landfills).

**1969 TO 1971**    The Torrington Company, Clinton, South Carolina.  Manufacturing Engineer.

**1968 TO 1969**    Charleston Naval Shipyard, Charleston, South Carolina.  Fluid Power Engineer

**1968 TO 1974**    South Carolina Air National Guard.  Non-destructive Inspection Technician

**1966 TO 1968**    Cummins Carolina Diesel, Columbia, South Carolina. Diesel Mechanic

## PROFESSIONAL ORGANIZATIONS

National Association of Fire Investigators (NAFI)

American Society of Mechanical Engineers (ASME)

**Past Affiliations**

Chairman of Building Committee, Lexington Medical Center Board, Lexington, South Carolina

ASM International

Vice President, Board Member of Environmental Technology Council, Washington D.C.

Advisory Committee, Environmental Training Center, Central Carolina Community College, Sumter, South Carolina

Young Engineer of the Year, Columbia Chapter, South Carolina Society of Professional Engineers

Advisory Committee, State Water Plan (Water Resources Commission)

Participant on Governor's Task Force on National Resources and Environment

Water and Pollution Control Association of South Carolina

South Carolina Industrial Waste Management Association

South Carolina Chamber of Commerce Technical Committee



## REGISTRATION

Professional Engineer in South Carolina #04958

Professional Engineer in North Carolina #031145

National Council of Examiners for Engineering and Surveying #20291

Certified Fire and Explosion Investigator #7055-2637

Certified Vehicle Fire Investigator #7055-2637V

## CONTINUING EDUCATION

**March 29, 1999**

Property Loss Research Bureau, 1999 Claims Conference: *Advanced Property Subrogation*, New Orleans, Louisiana

**March 30, 1999**

Property Loss Research Bureau, 1999 Claims Conference: *Preparing for a Deposition*, New Orleans, Louisiana

**March 30, 1999**

Property Loss Research Bureau, 1999 Claims Conference: *Managing Major Commercial Building Loses*, New Orleans, Louisiana

**March 31, 1999**

Property Loss Research Bureau, 1999 Claims Conference: *Boiler versus Open Peril Coverage and Loss Adjusting*, New Orleans, Louisiana

**March 31, 1999**

Property Loss Research Bureau, 1999 Claims Conference: *Legal Issues in Arson Defense*, New Orleans, Louisiana

**March 22, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Electrical Fire Causes*

**March 23, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Explosion Investigation*


The Warren Group

## CONTINUING EDUCATION, (Continued)

**March 24, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Fire Scene Analysis*

**March 25, 2000**

Eastern Kentucky University, 2000 National Advanced Fire, Arson and Explosion Investigation Science and Technology Program, *Computer Fire Modeling*

**June 26, 2003**

The National Association of Safety Professionals, *Machine Guarding Technician Course*, On-Line Curriculum

**October 7, 2003**

*Root Cause Failure Analysis*, ASME Seminar, Columbia, South Carolina

**October 9, 2003**

*Law School for Experts*, SEAK, Inc. Seminar, Columbia, South Carolina

**June 29 – July 2, 2004**

*Crane Safety*, Georgia Institute of Technology, Distance Learning and Professional Education Center, Atlanta, Georgia

**September 16, 2004**

Report Writing, SEAK, Inc., Columbia, South Carolina

**September 27-30, 2004**

Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, Eastern Kentucky University, Richmond, Kentucky

The ***Warren*** Group

# COURSES, SEMINARS AND LECTURES PRESENTED

**March 1984**

Speech to Conference on Textile Wastewater Treatment and Air Pollution Control, Office of Professional Development of the College of Commerce and Industry, Clemson University.

**October 1 & 2, 1984**

Speech on "Environmental Management" to South Carolina Society of Professional Engineers.

**September 20, 1986**

Speech to Board, South Carolina Medical Association, Hilton Head Island, South Carolina

**March 31, 1988**

Speech on "Current Environmental Issues" presented to Environmental Law Society, University of South Carolina School of Law.

**1988**

Speech on "Treatment Methods for Waste Management" presented to the School of Public Health, University of South Carolina.

**October 4, 1989**

Speech presented to South Atlantic Section of Air and Waste Management Association, Virginia Beach, Virginia.

**October 19, 1989**

Speech on "Government Involvement in Industry" presented to the Carolinas Chapter of National Solid Waste Management Association, Charlotte, North Carolina.

**January 16, 1990**

Seminar presenter at the "Solid Waste and Sludge Workshop," Davis and Floyd Engineers, Greenwood South Carolina

**April 25, 1990**

Speech on "Regulation of Hazardous Waste Management" presented to Fiber Producer Conference, Greenville, South Carolina, through Clemson College of Engineering Continuing Education.



## COURSES, SEMINARS AND LECTURES PRESENTED, (Cont.)

**June 6, 1990**

Technical presentation, "Secure Landfills" presented at Haz Mat International 1990 Conference, Atlantic City, New Jersey.

**April 24, 1991**

Speech on "Current Environmental Issues in the Legal/Political Arena" presented to the Paralegal Association, Columbia, South Carolina.

**September 27, 1991**

Case Study Presentation, "Environmental Risk Assessment and Risk Communication Seminar," presented to the South Carolina Chamber of Commerce Technical Committee.

**June 25, 1991**

Speech given to The Ninth Carolina Regional Conference on Issues in Environmental Law and Technology sponsored by the Greenville, South Carolina Chamber of Commerce.

**June 1994**

Speech presented to the Safety Council of Nebraska, Inc., at the Ninth Annual Environmental Management Conference.

**October 8, 2004**

Speech presented to the South Carolina Association of Legal Investigators, "Who Else Owns this Loss and other Investigative Techniques," Spartanburg, South Carolina

**September 28, 2005**

Course presented to insurance adjusters and industry, "Engineering Aspects of Residential & Commercial Losses," at the Investigate, Mitigate and Subrogate Seminar, Charlotte, North Carolina

## PUBLICATIONS

*"A Simple Property Damage Claim?"* The Analyst Newsletter, October, 1998.

*"Don't Blow Your Pipes: Failures Associated with Pressurized CPVC Water Piping,"* The Analyst Newsletter, April 2001

*"The Year of the Crane,"* The Warren Group 2003 Year in Review, March 2004.

(Updated 8/2006)



Injury on Core Drill
The Warren Group File No.: 60334
October 13, 2006

## APPENDIX VI

### - List of Trials and Depositions for ROGER E. DAVIS

The **Warren** Group

## Trials for Roger E. Davis
## Within the Last Four Years

| TWG NO. | DEPOSITION DATE | TRIAL DATE | DOCKET NUMBER | TYPE CASE |
|---------|-----------------|------------|---------------|-----------|
| **40065** | 1/31/2006 | 8/2/2006 | 03-CP-07-851 | Plaintiff |
| Bobby and Clara Holland | | *vs.* South Carolina Electric and Gas Company, Et. Al. | | |
| South Carolina | Court of Common Pleas | State of South Carolina | | Beaufort County |
| **10231** | | 8/25/2003 | 2001-CP-43-1154 | Plaintiff |
| Bobby Quick | | *vs.* Brock & Goodman Building Repairs and Lincoln Brock | | |
| South Carolina | Court of Common Pleas | State of South Carolina | | Sumter County |
| **20098** | | 12/16/2002 | 01CP46-286 | Plaintiff |
| Theodore Gordon | | *vs.* Phillips Utilities, Inc. | | |
| South Carolina | Court of Common Pleas | State of South Carolina | | York County |

Add: Fed. case = charleston, S.C.

Larry Connor vs.

Finger caught in Folding Beach chair

# Depositions for the Last Four Years for Roger E. Davis

| TWG NO. | DEPOSITION DATE | TRIAL DATE | DOCKET NUMBER | TYPE CASE |
|---|---|---|---|---|
| **40065** | 1/31/2006 | 8/2/2006 | 03-CP-07-851 | Plaintiff |
| Bobby and Clara Holland | | *vs.* South Carolina Electric and Gas Company, Et. Al. | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Beaufort County |
| **50175** | 7/12/2006 | | 2:05-01215-18 | Plaintiff |
| Larry Connor | | *vs.* Baum Brothers., et al. | | |
| South Carolina | United States District Court | | District of South Carolina | Charleston Division |
| **40179** | 10/24/2005 | | 05-CP-04-0380 | Defense |
| Allen Brothers Milling Company, Inc. | | *vs.* Penn Millers Insurance Company and Greater South Agency, Inc. | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Richland County |
| **40170** | 8/11/2005 | | 03-CP-29-521 | Plaintiff |
| Joseph C. Culp and Virginia B. Culp | | *vs.* City of Lancaster | | |
| South Carolina | Court of Common Pleas | | Sixth Judicial Circuit | Lancaster County |
| **50064** | 7/8/2005 | | 2003-CP-10-3671 | Plaintiff |
| Butler Ware Trucking, Inc. | | *vs.* Peterbilt of Savannah, Inc. | | |
| South Carolina | Court of Common Pleas | | Ninth Judicial Circuit | Charleston County |
| **11152** | 1/17/2005 | | 00CP-32-2504 | Plaintiff |
| L. Louise Pettit, by and through Charles A. Pettit, her Attorney in Fact, and Charles A. Pettit, Personal Representative of the Estate of Basil Pettit | | *vs.* Richland-Lexington Airport District, Delta Air Lines, Inc., International Total Services, Inc. G & T Conveyor Company, and Heyward Woodrum Fant & Associates, Ltd. | | |
| South Carolina | Court of Common Pleas | | Eleventh Judicial Circuit | Lexington County |
| **40024** | 11/8/2004 | | 03-CP-18-0049 | Plaintiff |
| Teresa Sekula, Individually and as Guardian a Litem of Brandon Sekula | | *vs.* South Carolina Electric and Gas, Inc., a South Carolina Corporation | | |
| South Carolina | Court of Common Pleas | | State of South Carolina | Dorchester County |
| **30196** | 8/25/2004 | | 02VS-039687E | Plaintiff |
| Teddy Greer and Della Greer | | *vs.* Dearman Grading and Hauling, Inc., Case Corporation, CHN Global, Genesis Grading Contractors, Inc., Southern Power and Equipment, LLC, Eric Gude, Jon Doe Manufacturing Co., and John Doe Maintenance Co., Jointly and Severally | | |
| Georgia | State Court | | | Fulton County |