IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATTHEW RILEY,** )<br>)<br>   **Plaintiff,** )<br>) **Case No.: 1:05cv994-T**<br>**vs.** )<br>)<br>**UNITED RENTALS (NORTH** )<br>**AMERICA), Inc. et al.,** )<br>)<br>   **Defendants.** ) | |

**PLAINTIFF'S NOTICE OF SETTLEMENT OF ALL REMAINING CLAIMS**

COMES NOW Plaintiff and submits his Notice of Settlement of all claims against the remaining defendants in this action, including United Rentals (North America) Inc., and Saint-Gobain Abrasives, Inc. Plaintiff has also reached an agreement in settlement of the subrogation interest being pursued by Ralcorp, Inc.

In that a settlement agreement has been reached on all remaining claims in this matter, the trial scheduled for January 8th, 2007, is moot.

RESPECTFULLY SUBMITTED, this the 5th day of January, 2007.

                                                                **COCHRAN, CHERRY, GIVENS,**
                                                                **SMITH, LANE & TAYLOR, P.C.**

                                                                /s/ Joseph D. Lane
                                                                **JOSEPH D. LANE**
                                                                Alabama Bar No. 118498
                                                                163 W. Main Street
                                                                 Post Office Box 927
                                                                 Dothan, Alabama  36302
                                                                 (334) 793-1555
                                                                 (334) 793-8280 (facsimile)
                                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of the same in the United States mail, postage pre-paid, addressed as follows, on this the 5th day of January, 2007:

C. Winston Sheehan, Jr., Esq.
Ball, Ball, Matthews & Novak, P.A.
Post Office Box 2148
Montgomery, Alabama  36102-2148

Robert H. Sprain, Jr., Esq.
Sprain & Shires, P.C.
1707 29th Court South
Homewood, Alabama 35209

Joseph T. Brasher, Esq.
Hamilton, Westby, Antonowich & Anderson
One Georgia Center
17th Floor
600 W. Peachtree Street, N.W.
Atlanta, Georgia 30308

             /s/ Joseph D. Lane
             **OF COUNSEL**